UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | October 20, 2003 |

## MOTION TO WITHDRAW APPEARANCE

I, David Pickle, move, pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, for on order permitting him to withdraw his appearance as counsel in the above captioned case. I have withdrawn from the law firm of Kilpatrick Stockton LLP. Those defendants for whom I have appeared will continue to be represented by my former partners, Steven J. Sacher and William H. Boice of Kilpatrick Stockton LLP and by Benjamin H. Green and William J. Egan of Brown Raysman Millstein Felder & Steiner LLP. The defendants have been notified of my change in affiliation and have consented to the granting of this Motion.

David Pickle (ct 11356)
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Suite 200
Washington, DC  20036-1221
(202) 778-9000

DC-600415 v1 0950000-102

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 24th day of October, 2003, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

HARTFORD 9196v2

| | |
|---|---|
| Michael D. Ryan<br>Senior Counsel<br>**Xerox Corporation**<br>800 Long Ridge Road<br>Stamford, CT 06904<br>**In-House Counsel for Xerox** | Derek W. Loeser<br>Lynn Sarko<br>Erin Riley<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>**Co-Lead Counsel for Plaintiffs** |
| J. Brian McTigue<br>Bruce F. Rinaldi<br>**McTigue Law Firm**<br>5513 Connecticut Avenue, Suite 220<br>Washington, D.C. 20014<br>**Counsel for Plaintiff** | Steven J. Sacher<br>**Kilpatrick Stockton LLP**<br>607 – 14th Street, N.W.<br>Suite 900<br>Washington, DC 20005-2018<br>**Counsel for Defendants** |

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

HARTFORD9196v2