*02cv1138mwdatty*

#84

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | October 20, 2003 |

## MOTION TO WITHDRAW APPEARANCE

I, David Pickle, move, pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, for on order permitting him to withdraw his appearance as counsel in the above captioned case. I have withdrawn from the law firm of Kilpatrick Stockton LLP. Those defendants for whom I have appeared will continue to be represented by my former partners, Steven J. Sacher and William H. Boice of Kilpatrick Stockton LLP and by Benjamin H. Green and William J. Egan of Brown Raysman Millstein Felder & Steiner LLP. The defendants have been notified of my change in affiliation and have consented to the granting of this Motion.

David Pickle (ct 11356)
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036-1221
(202) 778-9000

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT    11/4/03

DC-600415 v1 0950000-102