UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 14 P 12: 07
US DISTRICT COURT
HARTFORD CT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138(AWT)

CLASS ACTION

This Document Relates to:

ALL ACTIONS

November 11, 2003

## MOTION TO WITHDRAW APPEARANCE

I, Karlene J. Rogers, move, pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, for an order permitting her to withdraw her appearance as counsel in the above-captioned case. I worked as an associate with Attorney Benjamin H. Green on this case when Mr. Green was affiliated with Emmet, Marvin & Martin, LLP. Mr. Green is now a partner at Brown Raysman Millstein Felder & Steiner LLP. Those defendants for whom I have appeared will continue to be represented by Benjamin H. Green and William J. Egan of Brown Raysman Millstein Felder & Steiner, LLP. Said counsel for the defendants have been notified of my intent to withdraw and have consented to the granting of this Motion.

Karlene J. Rogers (CT 18439)
Emmet, Marvin & Martin, LLP
1351 Washington Boulevard
Stamford, CT 06902-4543
(203) 425-1400

238753_1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | November 11, 2003 |

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw Appearance was mailed this 11th day of November 2003, via U.S. First Class Mail, to the following counsel of Record:

| | |
|---|---|
| Charles R. Watkins, Esq.<br>Susman & Watkins<br>Two First National Plaza<br>Suite 600<br>Chicago, IL 60603 | Michael D. Ryan<br>Senior Counsel<br>Xerox Corporation<br>800 Long Ridge Road<br>Stamford, CT 06904 |
| Daniel M. Harris, Esq.<br>Law Offices of Daniel M. Harris<br>150 North Wacker Drive<br>Suite 3000<br>Chicago, IL 60606 | Steven J. Sacher<br>Kilpatrick Stockton LLP<br>607 14th Street, Suite 900<br>Washington, D.C. 20005 |
| Lynn Lincoln Sarko<br>Erin M. Riley<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101-3052 | William H. Boice<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309 |

238781_1

| | |
|---|---|
| Gary A. Gotto<br>Laurie B. Ashton<br>Keller Rohrback, PLC<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ  85012-2600 | Benjamin H. Green<br>Brown Raysman Millstein Felder &<br>Steiner LLP<br>CityPlace II, 10th Floor<br>185 Asylum Street<br>Hartford, CT  06103 |
| Joseph H. Meltzer<br>Marc A. Topaz<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA  19004 | Michael T. Hannafan & Associates, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601 |
| Sherrie R. Savett<br>Joy Clairmont<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | Ellen Doyle<br>Malakoff Doyle & Finberg, P.C.<br>437 Grant Street, Suite 200<br>Pittsburgh, PA  15219 |
| McTigue Law Firm<br>Brian McTigue<br>Bruce Rinaldi<br>5513 Connecticut Avenue, Suite 2200<br>Washington, D.C.  20015 | John M. McKenna<br>Goodman, Rosenthal & McKenna, P.C.<br>68 South Main Street<br>West Hartford, CT  06107-2445 |

Karlene J. Rogers (CT 18439)
Emmet, Marvin & Martin, LLP
1351 Washington Boulevard
Stamford, CT  06902-4543
(203) 425-1400