UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA          Master File No. 02-CV-1138 (AWT)
LITIGATION

                                        CLASS ACTION
This Document Relates to:

ALL ACTIONS                             November 11, 2003


MOTION TO WITHDRAW APPEARANCE

I, Karlene J. Rogers, move, pursuant to Rule 7(e) of the Local Civil Rules of the

United States District Court for the District of Connecticut, for an order permitting her to

withdraw her appearance as counsel in the above-captioned case.  I worked as an

associate with Attorney Benjamin H. Green on this case when Mr. Green was affiliated

with Emmet, Marvin & Martin, LLP.  Mr. Green is now a partner at Brown Raysman

Millstein Felder & Steiner LLP.  Those defendants for whom I have appeared will

continue to be represented by Benjamin H. Green and William J. Egan of Brown

Raysman Millstein Felder & Steiner, LLP.  Said counsel for the defendants have been

notified of my intent to withdraw and have consented to the granting of this Motion.

Karlene J. Rogers (CT 18439)
Emmet, Marvin & Martin, LLP
1351 Washington Boulevard
Stamford, CT 06902-4543
(203) 425-1400

GRANTED.  It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    11/25/03

238753_1