*02cv1138motion ext time.wpd*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA LITIGATION

This Document Relates To:

ALL ACTIONS

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

December 5, 2003

### DEFENDANT MYRA R. DRUCKER'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her response to Plaintiffs' Notice of Filing of Supplemental Authorities in Opposition to Defendants' Motion to Dismiss, dated November 21, 2003. Ms. Drucker respectfully moves that she be granted until January 12, 2004 to file her response, to provide her counsel time to review and analyze the lengthy Enron opinion to which Plaintiffs' Notice Of Supplemental Filing is addressed. It appears plaintiffs' counsel required more than fifty days to prepare its November 21, 2003 filing after the Enron decision was issued and an extended period of time is appropriate for Ms. Drucker.

On December 1, 2003, counsel for Ms. Drucker, Benjamin H. Green, spoke with John McKenna, counsel for plaintiffs regarding this request. Attorney McKenna has informed Mr. Green that plaintiffs consent to this extension of time. This is Ms. Drucker's first request for extension of time to respond to the Plaintiff's November 21, 2003 Notice of Filing of Supplemental Authorities.

**Extension GRANTED, to and including January 12, 2004. It is so ordered.**

Alvin W. Thompson, U.S.D.J.

Hartford, CT   12/18/03

HARTFORD 80978v1