UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

This Document Relates To:

CLASS ACTION

ALL ACTIONS

December 5, 2003

**MOTION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES**

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their response to Plaintiffs' Notice of Filing of Supplemental Authorities in Opposition to Defendants' Motion to Dismiss, dated November 21, 2003. Defendants respectfully move that they be granted until January 12, 2004 to file their response which will provide counsel time to review and analyze the lengthy Enron opinion to which Plaintiffs' Notice Of Supplemental Filing is addressed. It appears plaintiffs' counsel required more than fifty days to prepare its November 21, 2003 filing after the Enron decision was issued and an extended period of time is appropriate for Defendants.

On December 1, 2003, counsel for the Defendants, Benjamin H. Green, spoke with John McKenna, counsel for plaintiffs regarding this request. Attorney McKenna has informed Mr. Green that the plaintiffs consent to this extension of time. This is the Defendants' first request for extension of time to respond to the Plaintiff's November 21, 2003 Notice of Filing of Supplemental Authorities.

**Extension GRANTED, to and including January 12, 2004. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT    12/18/03

HARTFORD 80978v1