UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) <br> ) Master File No. 02-CV-1138 (AWT) <br> ) <br> ) CLASS ACTION <br> ) |
| This Document Relates to: | ) <br> ) JANUARY 27, 2004 <br> ) |
| ALL ACTIONS | ) <br> ) |

**MOTION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANTS RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS DATED JANUARY 12, 2004**

The Plaintiffs in the above referenced matter hereby move this Court pursuant to Local Rules of Civil Procedure for an extension of time to file their Reply to Defendants' Response To Plaintiffs' Notice Of Supplemental Authority Regarding Enron ERISA Litigation In Opposition To Defendants' Motion To Dismiss, dated January 12, 2004. Plaintiffs respectfully move that they be granted until February 11, 2004 to adequately prepare and file a Reply to Defendants' Response.

On January 26, 2004, this office as Counsel for the Plaintiffs, spoke with Defendants' Counsel, Benjamin H. Green, regarding this request for an Extension of

Time. Attorney Green informed this office that the Plaintiffs consent to this extension of time. This is the Plaintiffs' first request for an extension of time to reply to Defendants' January 12, 2004 Response.

WHEREFORE, the Plaintiffs move this Court for an extension of time, up to and including, February 11, 2004, to file their Reply to <u>Defendants' Response to Plaintiffs' Notice Of Supplemental Authority Regarding Enron ERISA Litigation In Opposition To Defendants' Motion to Dismiss.</u>

Dated this 27th day of January, 2004.

Respectfully submitted,

John F. McKenna, Esq. (ct00104)
Goodman Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06106
860-231-2800
Liason Counsel

Keller Rohrback, LLP
Lynn Lincoln Sarko
Gary A. Gotto
Laurie B. Ashton
Erin M. Riley
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
206-623-1900 (Seattle)
602-248-0088 (Phoenix)
Co-Lead Counsel

Susman & Watkins
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, Illinois 60603
312-346-3466
Co-Lead Counsel

Steering Committee Counsel:

Law Offices of Daniel M. Harris
Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-960-1802
Counsel for Plaintiffs

Berger & Montague, P.C.
Todd Collins
1622 Locus Street
Philadelphia, PA 19103-6365
(215) 875-3040

Schiffrin & Barroway
Marc A. Topaz
Joseph H. Meltzer
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates to:<br><br>ALL ACTIONS | ) ) JANUARY 27, 2004 ) ) ) |

## CERTIFICATION

This is to certify that a copy of the foregoing, Motion To Extend Time To File Plaintiffs' Reply To Defendants' Response To Plaintiffs' Notice Of Supplemental Authority Regarding *Enron ERISA Litigation* In Opposition To Defendants' Motion To Dismiss, dated January 12, 2004, was mailed this 27th day of January, 2004, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL 60603

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Lynn Lincoln Sarko
Erin M. Riley
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Gary A. Gotto
Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Benjamin H. Green, Esq.
William J. Egan, Esq.
Brown Raysman Millstein Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

_____
John M. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107-2119
(860) 231-2800/Fax: (860) 236-4824