*96*

*02cv1138 mext*

FILED

2004 JAN 27 P 12: 51

U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) |
|  | ) |
|  | ) CLASS ACTION |
|  | ) |
| This Document Relates to: | ) |
|  | ) JANUARY 27, 2004 |
|  | ) |
| ALL ACTIONS | ) |
|  | ) |

**MOTION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY TO**
**DEFENDANTS RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL**
**AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION**
**TO DEFENDANTS' MOTION TO DISMISS DATED JANUARY 12, 2004**

The Plaintiffs in the above referenced matter hereby move this Court pursuant to

Local Rules of Civil Procedure for an extension of time to file their Reply to Defendants'

Response To Plaintiffs' Notice Of Supplemental Authority Regarding Enron ERISA

Litigation In Opposition To Defendants' Motion To Dismiss, dated January 12, 2004.

Plaintiffs respectfully move that they be granted until February 11, 2004 to adequately

prepare and file a Reply to Defendants' Response.

On January 26, 2004, this office as Counsel for the Plaintiffs, spoke with

Defendants' Counsel, Benjamin H. Green, regarding this request for an Extension of

Extension GRANTED, absent objection, to and including
February 11 , 2004. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/30/04