UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | February 19, 2004 |

**REQUEST FOR LEAVE TO FILE DEFENDANTS' SURREPLY
TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL
AUTHORITY REGARDING *ENRON ERISA LITIGATION*
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby request leave of this Court pursuant to Rule 7(a) and (d) of the Local Rules of Civil Procedure to file the short Surreply to the Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding Enron Erisa Litigation in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004 ("Reply") which is appended hereto as Exhibit A ("Surreply").

Defendants respectfully represent that significant and complex issues have been raised in the briefs filed by the parties in the above captioned case and a short (3 page) Surreply should be permitted by this Court to address a narrow but important issue in Plaintiff's Reply. Plaintiffs' Reply focuses in part on Defendants' argument that none of the Defendants are fiduciaries under the Xerox Plans with respect to investment in the Xerox Stock Fund. This is one of Defendants' central arguments in their Motions to Dismiss. As Plaintiffs continue to misinterpret this argument, Defendants' are seeking leave to file a short Surreply to insure that the there is no confusion on Defendants' position regarding this issue.

HARTFORD 83112v2

To facilitate the Court's review of the Plaintiff's Surreply and to avoid delay of this case, Plaintiffs are filing their Surreply contemporaneously with this Request for Leave to file the Surreply.

WHEREFORE, the Defendants request leave of this Court to file the Surreply to Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding Enron Erisa Litigation in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004, which accompanies this motion.

          Respectfully submitted,

          */s/ Wm. J. Egan*
          Benjamin H. Green (ct2332)
          William J. Egan (ct07975)
          Brown Raysman Millstein Felder & Steiner, LLP
          CityPlace II, 185 Asylum Street
          Hartford, CT  06103
          (860) 275-6400

          Steven J. Sacher (ct 24024)
          Kilpatrick Stockton LLP
          607 14th Street, Suite 900
          Washington, DC  2005-2018
          (202) 508-5800

          Attorneys for all Defendants
          Except Ms. Myra Drucker

## CERTIFICATE OF SERVICE

    This is to certify that I have served a copy of the foregoing on all counsel of record on this 19th day of February, 2004, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

HARTFORD 83112v2

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

HARTFORD 83112v2