UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS | February 19, 2004 |

**DEFENDANT MYRA R. DRUCKER'S REQUEST FOR LEAVE ADOPT DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendant Ms. Myra Drucker ("Ms. Drucker") hereby joins in her co-defendants' request, dated February 19, 2004 for leave to file their Surreply to the Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding Enron Erisa Litigation in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004 ("Reply") and to adopt the arguments contained in said Surreply.

Ms. Drucker respectfully represents that significant and complex issues have been raised in the briefs filed by the parties in the above captioned case and a short (3 page) Surreply should be permitted by this Court to address a narrow but important issue in Plaintiff's Reply. Plaintiffs' Reply focuses in part on Ms. Drucker and her co-defendants' argument that none of the defendants are fiduciaries under the Xerox Plans with respect to investment in the Xerox Stock Fund. This is one of defendants' central arguments in their Motions to Dismiss. As Plaintiffs continue to misinterpret this argument, Ms. Drucker seeks to adopt the short Surreply being filed by her co-defendants contemporaneously with this Request to insure that the there is no confusion on Ms. Drucker's position regarding this issue.

HARTFORD 83112v2

WHEREFORE, Ms. Drucker respectfully joins in co-defendants request for leave to file surreply and further seeks leave to adopt her co-defendants' Surreply, dated February 19, 2004 to Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding <u>Enron Erisa Litigation</u> in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004.

                       Respectfully submitted,

                       _/s/ Wm J. Egan_
                       Benjamin H. Green (ct2832)
                       William J. Egan (ct07975)
                       Brown Raysman Millstein Felder & Steiner, LLP
                       CityPlace II, 185 Asylum Street
                       Hartford, CT  06103
                       (860) 275-6400

                       Michael T. Hannafan
                       Michael T. Hannafan & Associates, Ltd.
                       One East Wacker Drive
                       Chicago, IL 60601
                       (312) 527-0055

                       Attorneys for Defendant Myra R. Drucker

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 19th day of February, 2004, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

HARTFORD 83112v2

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

HARTFORD 83112v2