UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, )<br>)<br>) | Master File No. 02-CV-1138 (AWT) |
| )<br>This Document Relates to:   )<br>) | CLASS ACTION |
| )<br>) | MARCH 4, 2004 |
| ALL ACTIONS.   )<br>) | |

**REQUEST FOR LEAVE TO FILE PLAINTIFFS' SURSURREPLY TO DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs in the above-referenced matter hereby request leave of this Court pursuant to Rule 7(a) and (d) of the Local Rules of Civil Procedure to file the short Sursurreply to Defendants' Surreply to Plaintiffs' Reply in Support of Their Notice of Supplemental Authority Regarding Enron ERISA Litigation in Opposition to Defendants' Motion to Dismiss, dated February 19, 2004 ("Surreply") which is appended hereto as Exhibit A ("Sursurreply").

Plaintiffs respectfully request that a short Sursurreply be permitted by this Court to address an important issue in Defendants Surreply.  Defendants' Surreply focuses in part on Plaintiffs' argument that Defendants cannot exempt themselves from their duties under ERISA and the governing plan instruments.  Plaintiffs respectfully submit this Sursurreply since Defendants misconstrue this argument, which is key to Plaintiffs'

Opposition to Defendants' Motion to Dismiss.

To facilitate the Court's review of the Plaintiffs' Sursurreply and to avoid delay of this case, Plaintiffs are filing their Sursurreply contemporaneously with this Request for Leave to File the Sursurreply.

WHEREFORE, the Plaintiffs request leave of this Court to file the Sursurreply to Plaintiffs' Reply in Support of Their Notice of Supplemental Authority Regarding <u>Enron ERISA Litigation</u> in Opposition to Defendants' Motion to Dismiss, dated February 19, 2004.

DATED this 4TH day of March, 2004.

                                                                                         _____

GOODMAN, ROSENTHAL & MCKENNA, PC
John F. McKenna, Esq. - ct00104
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06106
Tel. (860)231-2800/Fax – 860-523-9235
**Liaison Counsel**

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Laurie B. Ashton
Erin M. Riley
1201 Third Avenue, Suite 3200
Seattle, Washington  98101-3052
206-623-1900 (Seattle)
602-248-0088 (Phoenix)
**Co-Lead Counsel**

SUSMAN & WATKINS
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, Illinois  60603
312-346-3466
**Co-Lead Counsel**

**Steering Committee Counsel:**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
312-960-1802

BERGER & MONTAGUE, P.C.
Todd Collins
1622 Locus Street
Philadelphia, Pennsylvania  19103-6365
(215) 875-3040

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

MALAKOFF Doyle & FINBERG, P.C.
Ellen M. Doyle
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219
(412) 481-8400

MCTIGUE LAW FIRM
Brian McTigue
Bruce Rinaldi
5301 Connecticut Ave. NW, Suite 350
Washington, D.C. 20015
(202) 364-6900

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates to: | ) ) ) MARCH 4, 2004 ) |
| ALL ACTIONS | ) ) ) |

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing, Request For Leave To File Plaintiffs' Sursurreply To Defendants' Surreply To Plaintiffs' Reply In Support Of Their Notice Of Supplemental Authority Regarding *ENRON ERISA Litigation* In Opposition To Defendants' Motion To Dismiss, was mailed this 4th day of March, 2004, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL  60603

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL  60606

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Connecticut Ave.,N.W.Ste 350
Washington, D.C.  20015

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Lynn Lincoln Sarko
Erin M. Riley
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Gary A. Gotto
Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Benjamin H. Green, Esq.
William J. Egan, Esq.
Brown Raysman Millstein Felder &
Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

---

John M. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna,P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107-2119
(860) 231-2800/Fax: (860) 236-4824