UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

February 19, 2004

### REQUEST FOR LEAVE TO FILE DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby request leave of this Court pursuant to Rule 7(a) and (d) of the Local Rules of Civil Procedure to file the short Surreply to the Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding Enron Erisa Litigation in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004 ("Reply") which is appended hereto as Exhibit A ("Surreply").

Defendants respectfully represent that significant and complex issues have been raised in the briefs filed by the parties in the above captioned case and a short (3 page) Surreply should be permitted by this Court to address a narrow but important issue in Plaintiff's Reply. Plaintiffs' Reply focuses in part on Defendants' argument that none of the Defendants are fiduciaries under the Xerox Plans with respect to investment in the Xerox Stock Fund. This is one of Defendants' central arguments in their Motions to Dismiss. As Plaintiffs continue to misinterpret this argument, Defendants' are seeking leave to file a short Surreply to insure that the there is no confusion on Defendants' position regarding this issue.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford    3/10/04

HARTFORD 83112v2