/101

FILED

2004 MAR -4 P 3:50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, ) ) ) | |
| ) | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: ) ) | CLASS ACTION |
| ) ) | MARCH 4, 2004 |
| ALL ACTIONS. ) ) | |

**REQUEST FOR LEAVE TO FILE PLAINTIFFS' SURSURREPLY TO DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs in the above-referenced matter hereby request leave of this Court pursuant to Rule 7(a) and (d) of the Local Rules of Civil Procedure to file the short Sursurreply to Defendants' Surreply to Plaintiffs' Reply in Support of Their Notice of Supplemental Authority Regarding Enron ERISA Litigation in Opposition to Defendants' Motion to Dismiss, dated February 19, 2004 ("Surreply") which is appended hereto as Exhibit A ("Sursurreply").

Plaintiffs respectfully request that a short Sursurreply be permitted by this Court to address an important issue in Defendants Surreply. Defendants' Surreply focuses in part on Plaintiffs' argument that Defendants cannot exempt themselves from their duties under ERISA and the governing plan instruments. Plaintiffs respectfully submit this Sursurreply since Defendants misconstrue this argument, which is key to Plaintiffs'

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT  3/11/04

2004 MAR 12 A 11: 25
DISTRICT COURT
HARTFORD, CT.
FILED