**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) ) ) | Master File No. 02-CV-1138 (AWT) |
| | ) ) | CLASS ACTION |
| This Document Relates to: | ) ) ) | PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL |
| ALL ACTIONS. | ) ) ) | AUTHORITY IN OPPOSITION TO MOTION TO DISMISS |
| | ) ) ) | MARCH 29, 2004 |

Plaintiffs, by their undersigned counsel, move for leave to file, as a supplemental authority in opposition to Defendants' Motion to Dismiss the Consolidated Complaint, Judge Darrah's Memorandum Opinion and Order in *In re Sears, Roebuck & Co. ERISA Litigation*, No. 02-C-8324, 2004 WL 407007 (N.D. Ill. March 3, 2004) ("*Sears*"); (2) Judge Doty's Order in *In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation*, No. 02-2655 (D. Minn. March 10, 2003) ("*Xcel*"); and (3) Judge Davis' Practice and Procedure Order No. 5 in *In re Electronic Data Systems Corp. "ERISA" Litigation*, No. 6:03-MD-01512, 2004 WL 253736 (E.D. Tex. Feb. 2, 2004) ("*EDS*"). The *Sears*, *Excel* and *EDS* opinions are annexed hereto as Exhibits A through C, respectively.

In support of this Motion, Plaintiffs state as follows:

*Sears*, *Excel* and *EDS* were issued after the close of briefing on Defendants'

Motion to Dismiss the Consolidated Amended Complaint in this ERISA case.

Defendants' Motion to Dismiss is *sub judice*.  All three of these recent decisions deny

motions to dismiss ERISA claims, in whole or in part.

*Sears*, *Excel* and *EDS* address several of the issues that are before this Court in

connection with Defendants' Motion to Dismiss.  The following chart identifies those

issues, along with the relevant pages of *Sears*, *Excel* and *EDS* and the pages of Plaintiffs'

Memorandum in Opposition to Defendants' Motion to Dismiss Consolidated Amended

Class Action Complaint dated February 28, 2003 ("Pltfs. Opp. Mem.").

| **Issue** | **Supplemental Authority** | **Pltfs. Opp. Mem.** |
|---|---|---|
| ERISA fiduciary broadly defined | *Sears* at *3-4; *Xcel* at 8-9; *EDS* at *4-5 | pp. 5-6 |
| Whether specific defendants acted as fiduciaries under ERISA | *Sears* at *3-5; *Xcel* at 16-19, 22-23; *EDS* at *5-7 | pp. 6-10, 36-39 |
| Resolution of issues of fact premature on motion to dismiss | *Sears* at *4, 6, 7, 8; *Xcel* at 17-19, 21, 23, 27-28 | pp. 1, 11-12, 16 n.18, 17, 27 n.29, 36-39 |
| Defendants' discretion to override plan terms | *Sears* at *4-6; *Xcel* at 11, 24-25 | pp. 13-16 |
| The securities laws provide no shield against ERISA liability | *Sears* at *5, *8; *Xcel* at 25-26; *EDS* at *12 | pp. 16-20 |
| Plaintiffs' nondisclosure claims | *Sears* at *6-7; *Xcel* at 12-15, 27-28; *EDS* at *11-12 | pp. 25-27 |

| **Issue** | **Supplemental Authority** | **Pltfs. Opp. Mem.** |
|---|---|---|
| The ERISA Defendants' duty to monitor appointed fiduciaries | *Sears* at *7-8; *Xcel* at 11-12; *EDS* at *9-10 | pp. 20-22 |
| Relief is available under ERISA § 502(a)(2) and (3), 29 U.S.C. 1132(a)(2) and (3) | *Xcel* at 21-22 | pp. 29-35 |

WHEREFORE, Plaintiffs move for leave to file *Sears*, *Excel* and *EDS* as

supplemental authority in opposition to Defendants' Motion to Dismiss.

Respectfully submitted this 29th day of March, 2004.


GOODMAN, ROSENTHAL & McKENNA, PC
John F. McKenna, Esq. - ct00104
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06106
860-231-2800
**Liaison Counsel**

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Laurie B. Ashton
Elizabeth A. Leland
Erin M. Riley
1201 Third Avenue, Suite 3200
Seattle, Washington  98101-3052
206-623-1900 (Seattle)
602-248-0088 (Phoenix)
**Co-Lead Counsel**

SUSMAN & WATKINS
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, Illinois  60603
312-346-3466
**Co-Lead Counsel**

**Steering Committee Counsel:**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
312-960-1802

BERGER & MONTAGUE, P.C.
Todd Collins
1622 Locus Street
Philadelphia, Pennsylvania  19103-6365
(215) 875-3040

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

MALAKOFF Doyle & FINBERG, P.C.
Ellen M. Doyle
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219
(412) 481-8400

MCTIGUE LAW FIRM
Brian McTigue
Bruce Rinaldi
5513 Connecticut Ave., Suite 2200
Washington, D.C.  20015
(202) 364-6900

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) |
| | ) |
| | ) <u>CLASS ACTION</u> |
| _____ | ) |
| This Document Relates to: | ) |
| | ) MARCH 29, 2004 |
| | ) |
| ALL ACTIONS | ) |
| _____ | ) |
| | ) |

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing, Plaintiff's Motion For Leave To File Supplemental Authority In Opposition To Motion To Dismiss, was mailed this 29th day of March, 2004, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL  60603

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Connecticut Ave.,N.W.Ste 350
Washington, D.C.  20015

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL  60606

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Lynn Lincoln Sarko
Erin M. Riley
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Gary A. Gotto
Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Benjamin H. Green, Esq.
William J. Egan, Esq.
Brown Raysman Millstein Felder &
Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Michael T. Hannafan & Associates,
Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

_____
John M. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna,P.C.

977 Farmington Avenue, Suite 200
West Hartford, CT 06107-2119
(860) 231-2800/Fax:  (860) 236-4824