106

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) ) ) Master File No. 02-CV-1138 (AWT) ) ) **CLASS ACTION** ) ) PLAINTIFF'S MOTION FOR ) LEAVE TO FILE SUPPLEMENTAL ) AUTHORITY IN OPPOSITION TO ) MOTION TO DISMISS ) ) ) MARCH 29, 2004 ) |
| This Document Relates to: ALL ACTIONS. | |

Plaintiffs, by their undersigned counsel, move for leave to file, as a supplemental authority in opposition to Defendants' Motion to Dismiss the Consolidated Complaint, Judge Darrah's Memorandum Opinion and Order in *In re Sears, Roebuck & Co. ERISA Litigation*, No. 02-C-8324, 2004 WL 407007 (N.D. Ill. March 3, 2004) ("*Sears*"); (2) Judge Doty's Order in *In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation*, No. 02-2655 (D. Minn. March 10, 2003) ("*Xcel*"); and (3) Judge Davis' Practice and Procedure Order No. 5 in *In re Electronic Data Systems Corp. "ERISA" Litigation*, No. 6:03-MD-01512, 2004 WL 253736 (E.D. Tex. Feb. 2, 2004) ("*EDS*"). The *Sears*, *Excel* and *EDS* opinions are annexed hereto as Exhibits A through C, respectively.

GRANTED. The Court will consider the supplemental authority attached hereto.
/s/ Thompson, U.S.D.J.
Hartford, CT 4/6/04

FILED 2004 APR -6