UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2004 APR 20  P 4: 04

DISTRICT COURT
HARTFORD CT

In re XEROX CORPORATION ERISA
LITIGATION

This Document Relates To:

ALL ACTIONS

Master File No. 02-CV-1138 (AWT)

<u>CLASS ACTION</u>

April 20, 2004

**REQUEST FOR LEAVE TO FILE DEFENDANTS' RESPONSE
TO PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITIES
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

All of the Defendants except for Ms. Myra Drucker in the above referenced

matter ("Defendants") hereby request leave of this Court pursuant to Rule 7(a) of the Local

Rules of Civil Procedure to file their Response ("Response") to the Plaintiffs' Fourth Notice

of Supplemental Authorities in Opposition to Defendants' Motion to Dismiss, dated March

29, 2004. The Defendants' Response is appended hereto as <u>Exhibit A</u>. Attorney John

McKenna represents the plaintiffs and has stated he has no objection to the filing of

Defendants' Response.

Defendants respectfully represent that the Plaintiffs have submitted three cases

as supplemental authorities in support of the Plaintiffs' Objection to the Defendants' Motion

to Dismiss, pending before this Court. Plaintiffs mischaracterize both the meaning and the

import of the cited supplemental authority, as more fully set forth in the attached Defendants'

Response of even date herewith.

HARTFORD 84924v2

WHEREFORE, the Defendants request leave of this Court to file their Response to the Plaintiffs' Notice of Fourth Supplemental Authority in Opposition to Defendants' Motion to Dismiss, dated March 29, 2004.

Respectfully submitted,

Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT  06103
(860) 275-6400

Steven J. Sacher (ct 24024)
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, DC  2005-2018
(202) 508-5800

Attorneys for all Defendants
Except Ms. Myra Drucker

HARTFORD 84924v2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 20th day of April, 2004, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan