UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | April 20, 2004 |

**DEFENDANT MYRA R. DRUCKER'S REQUEST FOR LEAVE ADOPT DEFENDANTS' RESPONSE TO PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO <u>DEFENDANTS' MOTION TO DISMISS</u>**

Defendant Ms. Myra Drucker ("Ms. Drucker") hereby joins in her co-defendants' request, dated April 20, 2004 for leave to file their Response ("Response") to the Plaintiffs' Fourth Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss, dated March 29, 2004 and to adopt the arguments contained in said Response. Attorney John McKenna represents the plaintiffs and has stated he has no objection to the filing of Defendants' Response.

Ms. Drucker respectfully represents that Plaintiffs have mischaracterized both the meaning and import of their cited supplemental authority. Ms. Drucker adopts her co-defendants' Response to said supplemental authorities filed this 20th day of April, 2004.

HARTFORD 84924v2

WHEREFORE, Ms. Drucker respectfully joins in co-defendants request for leave to file a response and further seeks leave to adopt her co-defendants' Response, dated April 20, 2004 to Plaintiffs' Fourth Notice of Supplemental Authority Regarding in Opposition to Defendants' Motion to Dismiss, dated March 29, 2004.

Respectfully submitted,

_____
Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT  06103
(860) 275-6400

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Chicago, IL 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

HARTFORD 84924v2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 20th day of April, 2004, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

HARTFORD 84924v2

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

HARTFORD 84924v2