108

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20 P 4:04

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | April 20, 2004 |

**REQUEST FOR LEAVE TO FILE DEFENDANTS' RESPONSE
TO PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITIES
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby request leave of this Court pursuant to Rule 7(a) of the Local Rules of Civil Procedure to file their Response ("Response") to the Plaintiffs' Fourth Notice of Supplemental Authorities in Opposition to Defendants' Motion to Dismiss, dated March 29, 2004. The Defendants' Response is appended hereto as Exhibit A. Attorney John McKenna represents the plaintiffs and has stated he has no objection to the filing of Defendants' Response.

Defendants respectfully represent that the Plaintiffs have submitted three cases as supplemental authorities in support of the Plaintiffs' Objection to the Defendants' Motion to Dismiss, pending before this Court. Plaintiffs mischaracterize both the meaning and the import of the cited supplemental authority, as more fully set forth in the attached Defendants' Response of even date herewith.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   4/26/04

FILED
2004 APR 26 A 11:__
U.S. DISTRICT COURT
HARTFORD, CT

HARTFORD 84924v2