*109*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20 P 4: 03

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

April 20, 2004

### DEFENDANT MYRA R. DRUCKER'S REQUEST FOR LEAVE ADOPT DEFENDANTS' RESPONSE TO PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendant Ms. Myra Drucker ("Ms. Drucker") hereby joins in her co-defendants' request, dated April 20, 2004 for leave to file their Response ("Response") to the Plaintiffs' Fourth Notice of Supplemental Authority in Opposition to Defendants' Motion to Dismiss, dated March 29, 2004 and to adopt the arguments contained in said Response. Attorney John McKenna represents the plaintiffs and has stated he has no objection to the filing of Defendants' Response.

Ms. Drucker respectfully represents that Plaintiffs have mischaracterized both the meaning and import of their cited supplemental authority. Ms. Drucker adopts her co-defendants' Response to said supplemental authorities filed this 20th day of April, 2004.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   4/26/04

FILED
2004 APR 26 A 11: 06
U.S. DISTRICT COURT
HARTFORD, CT.

HARTFORD 84924v2