FILED

2004 MAY 11 A 9:46

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS | MAY 11, 2004 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *RANKIN V. ROTS* ("*KMART*") IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs seek leave to file their Notice of Supplemental Authority regarding *Rankin v. Rots*, --- F. Supp. 2d ---, No. 02-71045, 2004 WL 831124 (E.D. Mich. April 16, 2004) ("*Kmart*"), in order to provide the Court with District Judge Cohn's April 16, 2004 Order granting class certification.

Judge Cohn's Order in *Kmart* is the most recent in a string of cases granting class certification on the facts presented here: claims that ERISA fiduciaries breached duties to a Plan and its participants related to the offering and retention of Company stock as a Plan investment.

DATED this 11TH day of May, 2004.

                                    Respectfully Submitted By

                                    Goodman, Rosenthal & McKenna, PC
                                    John F. McKenna, Esq. - ct00104
                                    977 Farmington Avenue, Suite 200
                                    West Hartford, Connecticut 06107
                                    860-231-2800
                                    **Plaintiffs' Liaison Counsel**

                                    Keller Rohrback L.L.P.
                                    Lynn Lincoln Sarko
                                    Laurie B. Ashton
                                    Elizabeth A. Leland
                                    1201 Third Avenue, Suite 3200
                                    Seattle, Washington 98101-3052
                                    206-623-1900 (Seattle)
                                    602-248-0088 (Phoenix)
                                    **Plaintiffs' Co-Lead Counsel**

                                    Susman & Watkins
                                    Charles R. Watkins
                                    John R. Wylie
                                    Two First National Plaza, Suite 600
                                    Chicago, Illinois 60603
                                    312-346-3466
                                    **Plaintiffs' Co-Lead Counsel**

                                    **Plaintiffs' Steering Committee Counsel:**

                                    Law Offices of Daniel M. Harris
                                    Daniel M. Harris
                                    150 North Wacker Drive, Suite 3000
                                    Chicago, Illinois 60606
                                    312-960-1802

Berger & Montague, P.C.
Todd Collins
1622 Locus Street
Philadelphia, PA 19103-6365
(215) 875-3040

Schiffrin & Barroway
Marc A. Topaz
Joseph H. Meltzer
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

Malakoff Doyle & Finberg, P.C.
Ellen M. Doyle
437 Grant Street, Suite 200
Pittsburgh, PA 15219
(412) 481-8400

McTigue Law Firm
Brian McTigue
Bruce Rinaldi
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
(202) 364-6900

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) | Master File No. 02-CV-1138 (AWT) <br><br> CLASS ACTION |
| This Document Relates to: ) ) ) ALL ACTIONS ) ) | MAY 11, 2004 |

## CERTIFICATION

This is to certify that a copy of the foregoing, Plaintiff's Motion For Leave To File Notice of Supplemental Authority Regarding *Rankin v. Rots* ("KMART") In Support Of Plaintiffs' Motion For Class Certification, was mailed this 11th day of May, 2004, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL 60603

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Connecticut
Ave., N.W. Ste 350
Washington, D.C. 20015

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Lynn Lincoln Sarko
Erin M. Riley
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Gary A. Gotto
Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Benjamin H. Green, Esq.
William J. Egan, Esq.
Brown Raysman Millstein Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-28000/Fax-860-523-9235