# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) Master File No. 02-CV-1138 (AWT) |
| | ) <u>CLASS ACTION</u> |
| | ) |
| | ) |
| | ) |
| | ) |
| This Document Relates to: | ) |
| ALL ACTIONS | MAY 13, 2004 |
| | ) |
| | ) |
| | ) |
| | ) |

## **<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing, Plaintiffs; Reply Re: Fourth Notice Of Supplemental Authorities In Opposition To Defendants' Motion To Dismiss, was mailed this 13th day of May, 2004, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.  
Susman & Watkins  
Two First National Plaza  
Suite 600  
Chicago, IL  60603  

Daniel M. Harris, Esq.  
Law Offices of Daniel M. Harris  
150 North Wacker Drive  
Suite 3000  
Chicago, IL  60606  
Lynn Lincoln Sarko  
Erin M. Riley  
Elizabeth A. Leland  
Keller Rohrback, LLP  
1201 Third Avenue, Suite 3200  
Seattle, Washington 98l0l-3052  

Gary A. Gotto  
Laurie B. Ashton  
Keller Rohrback, PLC  
3101 North Central Avenue, Suite 900  
Phoenix, AZ  85012-2600  

Joseph H. Meltzer  
Marc A. Topaz  
Schiffrin & Barroway, LLP  
Three Bala Plaza East, Suite 400  
Bala Cynwyd, PA 19004  

J. Brian McTigue, Esq.  
Bruce Rinaldi, Esq.  
McTigue Law Firm  
5301 Connecticut Ave.,N.W.Ste 350  
Washington, D.C.  20015  

Michael D. Ryan  
Senior Counsel  
Xerox Corporation  
800 Long Ridge Road  
Stamford, CT 06904  

Steven J. Sacher  
Kilpatrick Stockton LLP  
607 14th Street, Suite 900  
Washington, D.C. 20005  

William H. Boice  
Kilpatrick Stockton LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, GA  30309  

Benjamin H. Green, Esq.  
William J. Egan, Esq.  
Brown Raysman Millstein Felder & Steiner LLP  
CityPlace II, 10th Floor  
185 Asylum Street

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA  15219

Hartford, CT  06103

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL  60601

_____
John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-28000/Fax-860-523-9235