113

02cv1138mlf

**FILED**

2004 MAY 11  A 9:46

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS | MAY 11, 2004 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *RANKIN V. ROTS* ("*KMART*") IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs seek leave to file their Notice of Supplemental Authority regarding *Rankin v. Rots*, --- F. Supp. 2d ---, No. 02-71045, 2004 WL 831124 (E.D. Mich. April 16, 2004) ("*Kmart*"), in order to provide the Court with District Judge Cohn's April 16, 2004 Order granting class certification.

Judge Cohn's Order in *Kmart* is the most recent in a string of cases granting class certification on the facts presented here: claims that ERISA fiduciaries breached duties to a Plan and its participants related to the offering and retention of Company stock as a Plan investment.

FILED 2004 MAY 20 PM 12:46 U.S. DISTRICT COURT HARTFORD CT

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    5/19/04