UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS | May 20, 2001 |

### DEFENDANT MYRA R. DRUCKER'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her response to Plaintiffs' Notice of Supplemental Authority Regarding *Rankin v. Rots ("KMART")* in Support of Motion for Class Certificaiton, dated May 11, 2004. Ms. Drucker respectfully moves that she be granted until June 14, 2004 to file her response, to provide her counsel time to review and analyze the *KMART* opinion to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is Ms. Drucker's first request for extension of time to respond to the Plaintiff's May 11, 2004 Notice of Supplemental Authority. Counsel for Ms. Drucker, Benjamin H. Green, spoke with John McKenna, counsel for the plaintiffs, and Attorney McKenna has consented to this motion for extension of time.

HARTFORD 85818v3

WHEREFORE, Ms. Drucker moves this Court for an extension of time to June 14, 2004 to file her response to Plaintiffs' Notice of Filing of Supplemental Authorities in Opposition to Defendants Motion to Dismiss.

Respectfully submitted,

*/s/ Wm J. Egan*

Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6400

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Chicago, IL 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

HARTFORD 85818v3

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 20$^h$ day of May, 2004, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

HARTFORD 85818v3

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

HARTFORD 85818v3