117

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 20 A 11: 08
U.S. DISTRICT COURT
HARTFORD, CT.

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

May 20, 2001

### DEFENDANT MYRA R. DRUCKER'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her response to Plaintiffs' Notice of Supplemental Authority Regarding *Rankin v. Rots ("KMART")* in Support of Motion for Class Certificaiton, dated May 11, 2004. Ms. Drucker respectfully moves that she be granted until June 14, 2004 to file her response, to provide her counsel time to review and analyze the *KMART* opinion to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is Ms. Drucker's first request for extension of time to respond to the Plaintiff's May 11, 2004 Notice of Supplemental Authority. Counsel for Ms. Drucker, Benjamin H. Green, spoke with John McKenna, counsel for the plaintiffs, and Attorney McKenna has consented to this motion for extension of time.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford CT   5/25/04

U.S. DISTRICT COURT
HARTFORD, CT.

2004 MAY 25 P 3:09

FILED

HARTFORD 85818v3