118

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 A 11: 08
U.S. DISTRICT COURT
HARTFORD, CT.

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

May 20, 2004

**MOTION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES**

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their response to Plaintiffs' Notice of Supplemental Authority Regarding *Rankin v. Rots ("KMART")* in Support of Motion for Class Certification, dated May 11, 2004. Defendants respectfully move that they be granted until June 14, 2004 to file their response which will provide counsel time to review and analyze the *KMART* opinion to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is the Defendants' first request for extension of time to respond to the Plaintiff's May 11, 2004 Notice of Filing of Supplemental Authorities. Counsel for the Defendants, Benjamin H. Green, spoke with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.

GRANTED. It is so ordered.

/s/ Alvin W. Thompson, U.S.D.J
Hartford, CT    5/25/04

FILED 2004 MAY 25 P 3:06 U.S. DISTRICT COURT HARTFORD, CT.

HARTFORD 85818v3