## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ ) | | |
| In re XEROX CORPORATION ERISA ) LITIGATION, ) ) | Master File No. 02-CV-1138 (AWT) | |
| _____) | CLASS ACTION | |
| ) | | |
| This Document Relates to: ) | | |
| ) | | |
| ALL ACTIONS ) | MAY 25, 2004 | |
| _____) | | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

By their undersigned counsel, Plaintiffs move for leave of this Court to file as supplemental authority in opposition to Defendants' Motion To Dismiss the Consolidated Complaint the following recent opinions, which Plaintiffs believe have a direct bearing on the Court's decision regarding the motion: (1) *Hill v. BellSouth Corp.,* No. 02-CV-2440-JOF (N. D. Ga. March 30, 2004); (2) *In re CMS Energy ERISA Litigation, No.* 02-72834 (E. D. Mich. March 31, 2004); and *Lalonde v. Textron, Inc.,* 2004 WL, 1039844 (1st Cir. May 7, 2004). Copies of these opinions are attached hereto as Exhibits A to C, respectively.

In support of this motion, Plaintiffs state:

*BellSouth, CMS* and *Lalonde* were decided after the close of briefing on Defendants' motion. That motion is currently under advisement with the Court. *BellSouth* and CMS, as did the previously submitted supplemental authorities, denied motions to dismiss similar ERISA cases, and *Lalonde* reversed in part the District Court's dismissal of such a claim.

Also as with the previous supplemental authority submitted by Plaintiffs, *BellSouth, CMS,* and *Lalonde* address issues that are before the Court on the present motion to dismiss. The following chart lists those issues, the relevant pages from those opinions on which such topics are discussed, and the pages of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint dated February 3, 2003 ("Plts. Opp. Mem.").

| Issue | Supp. Authority | Phs. Opp. Mem. |
|---|---|---|
| ERISA fiduciary duties broadly Defined | *CMS* 10, 13-14 | pp. 5-6 |
| Whether specific defendants acted as fiduciaries under ERISA | CMS 10, 13-14 | pp. 6-10, 36-39 |
| Resolution of issues of fact premature on motion to dismiss | *BellSouth* 10-11; CMS 11, 13-14, 24 n. 10, 27-28; *Lalonde* at *4 | 1, 11-12, 16 n. 18, 17, 27 n. 29, 36-39 |
| Defendants' discretion to override plan terms | *BellSouth* 8; CMS 12, 22-24 | pp. 13-16 |
| Securities laws provide no shield against ERISA liability | CMS 26 | pp. 16-20 |
| Plaintiffs' nondisclosure claims | *BellSouth* 12-14; CMS 27-28 | pp. 25-27 |
| The ERISA defendants' duty to monitor appointed fiduciaries | *BellSouth* 16; CMS 28-29 | pp. 20-22 |

| Relief is available under ERISA § 502(a)(2) and (3), 29 U.S.C. 1132(a)(2) and (3) | *CMS* 20-22 | pp. 29-35 |
|---|---|---|
| Co-fiduciary liability | CMS 16-17; 29-30 | pp. 22-24 |
| Failure to act loyally by protecting the Plan and its beneficiaries from defendants' conflicts of interest | *BellSouth* 14-16 | pp. 27-29 |

WHEREFORE, Plaintiffs move for leave to file *BellSouth, CMS,* and *Lalonde* as supplemental authority in opposition to Defendants' Motion to Dismiss.

Respectfully submitted this 25th day of May, 2004.

_____

John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-28000/Fax-860-523-9235

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | )Master File No. 02-CV-1138 (AWT) |
| | ) |
| | )CLASS ACTION |
| This document Relates to: | ) |
| | ) |
| ALL ACTIONS | )MAY 25, 2004 |
| | ) |
| | ) |
| | |
| | ) |

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing, Plaintiffs' Motion For Leave To

File Supplemental Authorities In Opposition To Defendants' Motion To Dismiss, was

mailed this 25th day of May, 2004, via U.S. First Class mail, to the following counsel of

record:

Charles R. Watkins, Esq.          J. Brian McTigue, Esq.
Susman & Watkins                  Bruce Rinaldi, Esq.
Two First National Plaza          McTigue Law Firm
Suite 600                         5301 Wisconsin Ave.
Chicago, IL  60603                N.W.Ste 350
                                  Washington, D.C.  20015


Daniel M. Harris, Esq.            Michael D. Ryan
Law Offices of Daniel M. Harris   Senior Counsel

150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Lynn Lincoln Sarko
Erin M. Riley
Elizabeth A. Leland
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98l0l-3052

Gary A. Gotto
Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Benjamin H. Green, Esq.
William J. Egan, Esq.
Brown Raysman Millstein Felder &
Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Michael T. Hannafan & Associates,
Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

_____

John F. McKenna, Esq. – ct00104

5

Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-28000/Fax-860-523-9235