121

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS | MAY 25, 2004 |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

By their undersigned counsel, Plaintiffs move for leave of this Court to file as supplemental authority in opposition to Defendants' Motion To Dismiss the Consolidated Complaint the following recent opinions, which Plaintiffs believe have a direct bearing on the Court's decision regarding the motion: (1) *Hill v. BellSouth Corp.*, No. 02-CV-2440-JOF (N. D. Ga. March 30, 2004); (2) *In re CMS Energy ERISA Litigation*, No. 02-72834 (E. D. Mich. March 31, 2004); and *Lalonde v. Textron, Inc.*, 2004 WL, 1039844 (1st Cir. May 7, 2004). Copies of these opinions are attached hereto as Exhibits A to C, respectively.

In support of this motion, Plaintiffs state:

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT   5/27/04