UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | June 9, 2004 |

**MOTION TO EXTEND TIME TO FILE DEFENDANT MYRA DRUCKER'S
SURREPLY TO PLAINTIFFS' REPLY RE: FOURTH NOTICE OF
SUPPLEMENTAL AUTHORITIES
<u>IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**

Defendant Ms. Myra Drucker in the above referenced matter ("Ms. Drucker") hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her Surreply to Plaintiffs' May 13, 2004 Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendant Drucker's Motion to Dismiss. Defendant Drucker respectfully moves that she be granted until June 25, 2004 to file her Surreply which will provide counsel time to review and analyze the Plaintiffs' Reply Re: Fourth Notice Of Supplemental Authorities In Opposition to Defendant Drucker's Motion to Dismiss.

This is Ms. Drucker's first request for an extension of time to file a Surreply to the Plaintiff's May 13, 2004 Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendants' Motion to Dismiss. Benjamin H. Green, counsel for the Defendants spoke with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.

HARTFORD 86532v1

WHEREFORE, Ms. Drucker moves this Court for an extension of time to June 25, 2004 to file her Surreply to Plaintiffs' Reply Re: Fourth Notice of Supplemental Authorities in Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

*/s/ Wm J. Egan*

Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6400

Steven J. Sacher (ct 24024)
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, DC 2005-2018
(202) 508-5800

Attorneys for Defendant
Myra Drucker

2

HARTFORD 86532v1

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Motion for Extension of Time on all counsel of record on this 9th day of June, 2004 postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

HARTFORD 86532v1

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

_____
William J. Egan

4

HARTFORD 86532v1