123

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -9 P 3: 42

U.S. DISTRICT COURT
HARTFORD, CT.

In re XEROX CORPORATION ERISA
LITIGATION

This Document Relates To:

ALL ACTIONS

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

June 9, 2004

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE THEIR RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their Response to Plaintiffs' May 25, 2004 Motion for Leave to File Supplemental Authorities in Opposition to the Defendants' Motion to Dismiss. Defendants respectfully move that they be granted until June 25, 2004 to file their Response, which will provide counsel time to review and analyze the Plaintiffs' Supplemental Authorities In Opposition to Defendants' Motion to Dismiss.

This is the Defendants' first request for an extension of time to respond to the Plaintiff's May 25, 2004 Motion for Leave to File Supplemental Authorities In Opposition to Defendants' Motion to Dismiss. Benjamin H. Green, counsel for the Defendants has spoken with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    6 / 11 / 04

2004 JUN 11 P 2 2
U.S. DISTRICT COURT
HARTFORD, CT.

HARTFORD 86525v1