124

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -9 P 3: 42

U.S. DISTRICT COURT
HARTFORD, CT.

In re XEROX CORPORATION ERISA
LITIGATION

Master File No. 02-CV-1138 (AWT)

This Document Relates To:

CLASS ACTION

ALL ACTIONS

June 9, 2004

**DEFENDANT MYRA DRUCKER'S MOTION TO EXTEND TIME TO FILE HER
RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Defendant, Ms. Myra Drucker in the above referenced matter ("Ms.

Drucker") hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil

Procedure for an extension of time to file her Response to Plaintiffs' May 25, 2004 Motion for

Leave to File Supplemental Authorities in Opposition to Ms. Drucker's Motion to Dismiss.

Ms. Drucker respectfully moves that she be granted until June 25, 2004 to file her Response,

which will provide counsel time to review and analyze the Plaintiffs' Supplemental

Authorities In Opposition to Ms. Drucker's Motion to Dismiss.

This is Ms. Drucker's first request for extension of time to respond to the

Plaintiff's May 25, 2004 Motion for Leave to File Supplemental Authorities In Opposition to

Ms. Drucker's Motion to Dismiss. Benjamin H. Green, counsel for Ms. Drucker has spoken

with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this

extension of time.

**GRANTED.  It is so ordered.**

_____

**Alvin W. Thompson, U.S.D.J**

Hartford, CT    6/11/04

HARTFORD 86528v1