

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUN -9 P 3:42
U.S. DISTRICT COURT
HARTFORD, CT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS          June 9, 2004

### MOTION TO EXTEND TIME TO FILE DEFENDANTS' SURREPLY TO PLAINTIFF'S REPLY RE: FOURTH NOTICE OF SUPPLEMENTAL AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their Surreply to Plaintiffs' Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendants' Motion to Dismiss, dated May 13, 2004.

Defendants respectfully move that they be granted until June 25, 2004 to file their Surreply which will provide counsel time to review and analyze the Plaintiffs' Reply Re: Fourth Notice Of Supplemental Authorities In Opposition to Defendants' Motion to Dismiss.

This is the Defendants' first request for an extension of time to file a Surreply to the Plaintiff's May 13, 2004 Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendants' Motion to Dismiss. Benjamin H. Green, counsel for the Defendants spoke with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.



**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    6/11/04

HARTFORD 86531v1