126

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -9 P 3:42
U.S. DISTRICT COURT
HARTFORD, CT.

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

June 9, 2004

**MOTION TO EXTEND TIME TO FILE DEFENDANT MYRA DRUCKER'S SURREPLY TO PLAINTIFFS' REPLY RE: FOURTH NOTICE OF SUPPLEMENTAL AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendant Ms. Myra Drucker in the above referenced matter ("Ms. Drucker") hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her Surreply to Plaintiffs' May 13, 2004 Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendant Drucker's Motion to Dismiss. Defendant Drucker respectfully moves that she be granted until June 25, 2004 to file her Surreply which will provide counsel time to review and analyze the Plaintiffs' Reply Re: Fourth Notice Of Supplemental Authorities In Opposition to Defendant Drucker's Motion to Dismiss.

This is Ms. Drucker's first request for an extension of time to file a Surreply to the Plaintiff's May 13, 2004 Reply Re: Fourth Notice of Supplemental Authorities In Opposition to Defendants' Motion to Dismiss. Benjamin H. Green, counsel for the Defendants spoke with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.

FILED 2004 JUN 11 P 1:24 U.S. DISTRICT COURT HARTFORD, CT

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT    6/11/04

HARTFORD 86532v1