UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION
ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

### DEFENDANT MYRA DRUCKER'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *RANKIN V. ROTS ("KMART")* IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendant Myra Drucker ("Ms. Drucker") hereby joins with the other defendants and adopts their Response to Plaintiff' Notice of Supplemental Authority Regarding *Rankin v. Rots ("Kmart")* in Support of Plaintiffs' Motion for Class Certification.

Plaintiffs begin their Notice of Supplemental Authority with the following statement: "Defendants' primary arguments against class certification have been rejected..." Ms. Drucker is perplexed by the plaintiffs' assertion because she and the other defendants have not substantively responded to plaintiffs' Motion for Class Certification. Upon the filing of plaintiffs' Motion for Class Certification, the defendants filed a Motion to Postpone Class Certification Briefing. In this Motion, the defendants did not discuss the basis for their intended opposition to plaintiffs' Motion. Rather, the defendants argued that to maintain the orderly progression of this case, the Court should postpone class discovery and class briefing until after the Court rules on defendants' Motion to Dismiss. Thus, the defendants' have addressed only the procedure and timing of class certification discovery and briefing, not the merits (or lack thereof). Perhaps plaintiffs have confused this case with another.

In fact, the case plaintiffs seek to bring to this Court's attention, *Rankin v. Rots*, 229 F.R.D 511 (E.D. Mich. 2004) ("Kmart"), is consistent with Ms. Drucker's position on how to proceed. In the *Kmart* litigation, the court ruled first on the defendants' Motions to Dismiss. 278 F. Supp. 2d 853 (E.D. Mich. 2003). Thereafter, the *Kmart* court entered a scheduling order with respect to deposition of the class representative and briefing on plaintiffs' Motion for Class Certification. *Kmart*, 02-CV- 71045 (E.D. Mich.), Rec. Doc. No. 73 (a copy is attached hereto). Ms. Drucker has simply sought the same logical progression in this case. If necessary, Ms. Drucker will address the merits of *Kmart* class certification decision in her brief in opposition to plaintiffs' Motion for Class Certification.

Respectfully submitted,

Benjamin H. Green (ct 2332)
William J. Egan (ct07975)
Brown Raysman Millstein
Felder & Steiner LLP
Cityplace II
185 Asylum Street
Hartford, CT  06103
(860) 275-6400

Steven J. Sacher (ct 24024)
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, DC  2005-2018
(202) 508-5800
Attorneys for Ms. Myra Drucker

2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 14th day of June, 2004, postage prepaid and properly addressed to:

John F. McKenna
Goodman, Rosenthal & McKenna, PC
68 South Main Street
West Hartford, CT  06106
Liaison Counsel for Plaintiffs

Charles R. Watkins
John R. Wylie
Susman & Watkins
Two First National Plaza, Suite 600
Chicago, IL  60603
Co-Lead Counsel for Plaintiffs

Daniel M. Harris
Law Offices of Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, IL  60606
Co-Counsel for Plaintiffs

Gary Gotto
Laurie Ashton
Dalton, Gotto, Samson & Kilgard
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012-2600
Co-Counsel for Plaintiffs

Joseph H. Meltzer
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Co-Counsel for Plaintiffs

Sherrie R. Savett
Stuart Guber
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365
Co-Counsel for Plaintiffs

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
In-House Counsel for Xerox

Derek W. Loeser
Lynn Sarko
Erin Riley
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Co-Lead Counsel for Plaintiffs

J. Brian McTigue
Bruce F. Rinaldi
McTigue Law Firm
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
Counsel for Plaintiff

Steven J. Sacher
Kilpatrick Stockton LLP
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
Counsel for Defendants

Michael T Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312) 527-0055
Counsel for Defendant Myra R. Drucker


_____
William J. Egan

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

'03 OCT 24 P4 :54

| | |
|---|---|
| QUINCIE RANKIN, individually and on behalf of all others similarly situated; on behalf of herself and on behalf of the Kmart Corporation Retirement Savings Plan "A," ) ) ) ) ) ) ) | |
| Plaintiff, ) | |
| vs. ) ) | Civil Action No. 02-71045 |
| DAVID P. ROTS, CHARLES C. CONAWAY, ) RICHARD J. STATUTO, LILYAN H. AFFINITO, ) RICHARD G. CLINE, WILLIE D. DAVIS, ) JOSEPH P. FLANNERY, JAMES B. ADAMSON, ) ROBERT D. KENNEDY, ROBIN B. SMITH, ) THOMAS T. STALLKAMP, MARTY E. WELCH, ) TIM CROW, JOHN McDONALD, JIM ) DEFEBAUGH, DON MORFORD, STEPHEN F. ) BOLLENBACH, J. RICHARD MUNRO, JAMES ) O. WELCH, JR., ) ) ) | Judge Avern Cohn Magistrate Judge Scheer STIPULATION AND PROPOSED SCHEDULING ORDER |
| Defendants. ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective counsel, that the following scheduling order should be entered:

1. The parties shall serve initial disclosures pursuant to Rule 26(a)(1) by November 7, 2003.

2. Plaintiffs shall file a class certification motion by November 14, 2003. Deposition of plaintiff relating to class certification shall take place by December 19, 2003. Defendants shall respond to plaintiffs' class certification motion by January 23, 2004. Plaintiffs shall file a reply thereto by February 6, 2004.

3. Oral Argument on the class certification motion will be heard on February 20, 2004 at 10:00 a.m.

4. No depositions of the director defendants (i.e., the Outside Directors and Charles C. Conaway) shall commence until the date the Court enters its decision on class certification.

5. All fact discovery shall be completed by July 30, 2004 subject to the resolution of any outstanding motions to compel, quash or for a protective order.

6. In the event that any party believes that depositions or interrogatories in excess of the limits provided for in Rules 30 and 33 are necessary due to the complexity of the case, the parties shall confer in good faith and attempt to reach agreement on any proposed extension of those limitations.

7. No motion related to discovery shall be filed until after counsel has conferred as directed by Fed. R. Civ. P. 37(a)(2)(A) and have also talked to the Court by telephone conference call and received permission to file the motion.

8. Expert reports pursuant to FRCP 26(a)(2)(B) shall be served by August 23, 2004. Any rebuttal expert reports shall be served by September 20, 2004. Expert depositions shall be completed by October 15, 2004.

9. The parties may alter any discovery deadline set forth herein by agreement without the need for Court approval as long as all discovery is completed by October 15, 2004.

10. Dispositive motions, if any, shall be filed by November 15, 2004. Responses to any such dispositive motions shall be filed by December 15, 2004. Replies to any such dispositive motions shall be filed by January 14, 2005.

2

11. Oral argument on any dispositive motions will be held on January 26, 2005 at 10:00 a.m.

12. The parties shall file by February 25, 2005 a joint pretrial statement unless postponed pursuant to LR 16.1(f). The requirements for the joint pretrial statement are set forth in LR 16.2 Joint Final Pretrial Order.

13. A final pretrial conference will be held on March 18, 2005 at 10:00 a.m.

14. If any counsel believes a preliminary pretrial conference would further the progress of this case, resolve any problems or increase the likelihood of settlement, it may be scheduled through the Deputy Clerk, JUDY CASSIDY at (313) 234-5160.

15. The parties shall file trial briefs and requests for jury instructions by March 28, 2005.

16. Trial is scheduled to begin on April 11, 2005 or on such later date as the Court shall direct or as may be provided for by LR 16.1(f).

17. The Court is available by pre-arrangement with the deputy Clerk by conference telephone call to assist in informal resolution of discovery and other pretrial problems.

By: _____

Joe R. Whatley, Jr.                    Mary Ellen Gurewitz
Andrew C. Allen                        I. Mark Steckloff
Glen M. Connor                         SACHS WALDMAN
WHATLEY DRAKE, LLC                     Professional Corporation
2323 2nd Avenue North                  1000 Farmer Street
Birmingham, AL 35203                   Detroit, MI 48226
Tel.: (205) 328-9576                   Tel.: (313) 965-3464

Attorneys for Plaintiff

3

By: _Seth C. Farber/RCD_____

Robert C. Myers
Seth C. Farber
Lisa B. Deutsch
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel.: (212) 259-8000/Fax: (212) 259-6333

Walter B. Connolly, Jr. (P23646)
Daniel P. Colling (P61900)
FOLEY & LARDNER
150 West Jefferson Avenue, Suite 1000
Detroit, Michigan 48226-4443
Tel.: (313) 963-9517/Fax: (313) 963-9308

Attorneys for the Outside Directors

By: _____

Sharon Woods
Todd Mendel
Barris, Sott, Denn & Driker PLLC
211 West Fort Street, 15th Floor
Detroit, MI 48226
Tel.: (313) 965-9725/Fax: (313) 965-2493

Walter C. Carlson
Scott A. Lassar
Erin E. Kelly
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7000/Fax: (312) 853-7036

Attorneys for Conaway

By: _Jon R. Steiger/gje_____

Jon R. Steiger
Quinn Emanuel Urquhart Oliver & Hedges,
LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 624-7707/Fax: (213) 624-0643

Philip Carter
Howard & Howard
1400 N. Woodward Ave., Ste. 101
Bloomfield Hills, MI 48304-2568
Tel: (248) 723-0359/Fax: (248) 645-1568

Attorneys for Morford & Defebaugh

IT IS SO ORDERED:

Dated: ___OCT 24 2003___          _____
                                        Cohn, J.

4

By: _____

    Robert C. Myers
    Seth C. Farber
    Lisa B. Deutsch
    DEWEY BALLANTINE LLP
    1301 Avenue of the Americas
    New York, New York 10019-6092
    Tel.: (212) 259-8000/Fax: (212) 259-6333

    Walter B. Connolly, Jr. (P23646)
    Daniel P. Colling (P61900)
    FOLEY & LARDNER
    150 West Jefferson Avenue, Suite 1000
    Detroit, Michigan 48226-4443
    Tel.: (313) 963-9517/Fax: (313) 963-9308

Attorneys for the Outside Directors

By: _____

    Sharon Woods
    Todd Mendel
    Barris, Sott, Denn & Driker PLLC
    211 West Fort Street, 15th Floor
    Detroit, MI 48226
    Tel.: (313) 965-9725/Fax: (313) 965-2493

    Walter C. Carlson
    Scott A. Lassar
    Erin E. Kelly
    Sidley Austin Brown & Wood
    Bank One Plaza
    10 South Dearborn Street
    Chicago, IL 60603
    Tel.: (312) 853-7000/Fax: (312) 853-7036

Attorneys for Conaway

By: _____

    Jon R. Steiger
    Quinn Emanuel Urquhart Oliver & Hedges,
      LLP
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Tel: (213) 624-7707/Fax: (213) 624-0643

    Philip Carter
    Howard & Howard
    1400 N. Woodward Ave., Ste. 101
    Bloomfield Hills, MI 48304-2568
    Tel.: (248) 723-0359/Fax: (248) 645-1568

Attorneys for Morford & Defebaugh

IT IS SO ORDERED:

Dated: _____     _____
                                      Cohn, J.

4