UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | **CLASS ACTION** |
| | **DECLARATION OF STEVEN SACHER** |
| ALL ACTIONS | December 3, 2004 |

**STEVEN SACHER,** declares as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice*. I am a partner with Kilpatrick Stockton LLP, attorneys for defendant Xerox Corporation and the individual defendants in this action who move to dismiss the Consolidated Amended Complaint. I am fully familiar with the facts of the above-captioned matter. I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint.

2. Attached hereto is a true and correct copy of the "Investment Objectives and Policies Effective as of October 1, 1998," for the Xerox Corporation Savings Plan ("Salaried Plan") and the Profit Sharing Plan of Xerox Corporation and the Xerographic Division, Union of Needles, Industrial and Textile Employees, A.F.L. – C.I.O. – C.L.C. ("Union Plan").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of December, 2004.

Steven J. Sacher – ct 24024
Kilpatrick Stockton LLP
607 – 14th Street, N.W., Suite 900
Washington, D.C. 20005-2018
(202) 508-5800
**Attorney for All Defendants
Except Ms. Myra Drucker**

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the Declaration of Steven Sacher to all counsel of record on this 3rd day of December, 2004, postage prepaid and properly addressed to:

John F. McKenna
Goodman, Rosenthal & McKenna, PC
68 South Main Street
West Hartford, CT 06106
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
Law Offices of Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
Sussman & Watkins
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
**Co-Lead Counsel for Plaintiffs**

Garry Gotto
Laurie Ashton
Dalton, Gotto, Samson & Kilgard
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

J. Brian McTigue
Bruce F. Rinaldi
McTigue Law Firm
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiffs**

Michael D. Ryan
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Defendant Xerox**

Michael T. Hannafan
Michael T. Hannafan Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601
**Counsel for Defendant Myra Drucker**

_____
Benjamin H. Green

**Master Trust for the Profit Sharing and Savings, and Retirement Income Guarantee Plans of Xerox Corporation, and of Xerox Corporation and The Xerographic Division, Union of Needletrades, Industrial and Textile Employees, A.F.L. - C.I.O. – C.L.C.**

## Investment Objectives and Policies
### Effective as of October 1, 1998

### INCOME FUND

Investment Objectives
- To provide competitive fixed income returns.
- To emphasize preservation of capital and liquidity.
- To outperform the fund's benchmark, which is a published fixed income index, over the intermediate to longer term (i.e., three to five year time periods).

Investment Policy
- The Income Fund will invest primarily in interest bearing instruments. These include, but are not limited to, government and corporate bonds, mortgage and asset backed securities, contracts with banks and insurance companies, and money market instruments.
- Because the fund is a conservative investment option, fluctuations in value will be dampened by maintaining an average portfolio duration in the short to intermediate range. The weighted average credit quality of the fund's investments will be maintained at a minimum of approximately 'A' as rated by the major credit rating services.

### ENHANCED BOND FUND

Investment Objectives
- To provide competitive fixed income returns from both income and capital appreciation.
- To outperform the fund's benchmark, which is a published fixed income index, over the intermediate to longer term (i.e., three to five year time periods).

Investment Policy
- The majority of the fund's assets will be invested in investment grade debt securities. These include, but are not limited to government and corporate bonds, mortgage and asset backed securities, and money market instruments. The fund may also invest in fixed income securities that are below investment grade, including comparable unrated securities.
- The average duration of the fund will be in the intermediate range. The weighted average credit quality of the fund's investments will be maintained at an investment grade level.

1

**BALANCED FUNDS**

Investment Objectives
- To achieve a real rate of return, greater than the rate of inflation, over the long term (i.e., successive five-year time periods).
- To outperform the funds' policy benchmarks, which are composites of established indices for each asset class, over the intermediate to longer term (i.e., three to five year time periods).
- To reduce the magnitude of short term declines in asset values due to adverse financial market conditions via diversification of asset categories and investment techniques.

Investment Policy
- Assets will be invested in a combination of equity-oriented vehicles, which have the potential to increase in value over time, and fixed income instruments, which provide interest income and less volatility than equities. Within equity and fixed income, investments will be allocated among asset classes that tend to have different market cycles, in order to diversify the fund's holdings.
- The investment policies for the Balanced Funds are expressed in terms of target weights and asset mix ranges, which allow for strategic and tactical moves around those targets.

Balanced Funds
Investment Policies

|  | Balanced Fund—More Stocks | Balanced Fund—Fifty/Fifty | Balanced Fund—More Bonds |
|---|---|---|---|
| **EQUITY** |  |  |  |
| **Ranges** | 50-85% | 35-60% | 20-40% |
| **Targets** |  |  |  |
| Domestic | 55% | 40% | 25% |
| International | 15% | 10% | 5% |
| Total Equity | 70% | 50% | 30% |
| **FIXED INCOME** |  |  |  |
| **Ranges** | 15-50% | 40-65% | 60-80% |
| **Targets** |  |  |  |
| Bonds | 25% | 40% | 60% |
| Cash | 5% | 10% | 10% |
| Total Fixed Income | 30% | 50% | 70% |

2

**DIVERSIFIED EQUITY FUNDS**

Investment Objectives
- To achieve a real rate of return, greater than the rate of inflation, over the long term (i.e., successive five-year time periods).

- To outperform the funds' benchmarks, which are published equity indices, over the intermediate to longer term (i.e., three to five year time periods).

Investment Policies
- The **U.S. Stock Fund** will invest primarily in large and medium-sized companies based in the U.S. The fund may hold other investments, including but not limited to, international stocks, small company stocks, bonds, and cash equivalents, but the majority of its assets will be in U.S. stocks of large to medium capitalization.

- The **International Stock Fund** will invest primarily in non-U.S. stocks. It may hold other investments, including but not limited to, U.S. stocks and bonds, foreign bonds, and dollar and non-dollar denominated cash equivalents, but the majority of its holdings will be in international stocks.

- The **Small Company Stock Fund** will invest primarily in stocks of small U.S. companies. The fund may hold other investments including, but not limited to, large and medium-sized companies, international stocks, bonds, and cash equivalents, but the majority of its assets will be in companies representing the smallest 20% of the broad stock market.


**XEROX STOCK FUND**

Investment Objectives
- To provide an opportunity for savings plans participants to invest in the future growth of Xerox Corporation.

Investment Policy
- The fund will invest in Xerox Corporation common stock, and in cash equivalents to meet liquidity needs.

3

**ALL FUNDS**

In addition to the individual fund objectives and policies, the following investment policies apply to all the investment funds, except the Xerox Stock Fund:

- Except for securities issued or guaranteed by the United States government or any of its instrumentalities, no combination of equities or, separately, fixed income securities of a single issuer and affiliates may exceed 5% of the total market value of a fund, and no overall combination of securities of a single issuer and affiliates may exceed 10% of the total market value of a fund.

- Unless otherwise authorized by the ~~Treasurer or her delegee~~<u>Named Fiduciary for investment purposes</u>, the aggregate holdings of the voting securities of a single issuer, including convertibles, shall always be less than 5% of the total outstanding voting securities of that issuer.

- No investments shall be made in any securities issued by Xerox Corporation or any subsidiary of Xerox Corporation, except in the context of an investment in a commingled fund.

- In addition to the specific investments listed in the fund descriptions, the fund investment managers may, where authorized by the ~~Treasurer~~<u>Named Fiduciary for investment purposes</u>, also invest in a variety of instruments, including, but not limited to, options, futures, currency forwards, privately placed securities, convertible securities, and real estate. The funds may engage in securities lending on a fully collateralized basis.

- A multiple manager approach will be used, with day-to-day responsibility for managing the assets generally delegated to investment advisors deemed to have special expertise in managing a designated class of investments.

- All funds will be managed in a manner consistent with requirements for prudence set forth in the Employee Retirement Income Security Act.

**REVIEW AND MODIFICATION**

- Investment managers are responsible for requesting a review of these policies and their individual guidelines if at any time the policies or guidelines would constrain the investment approach they deem appropriate given their outlook for the capital markets.

- Any changes deemed necessary by either Xerox Corporation or by the investment advisors will be agreed upon by all parties and confirmed in writing.

- These investment objectives and policies may be amended from time to time by the Finance Committee of the Board of Directors and the Joint Administrative Board.