## TABLE OF CONTENTS

INTRODUCTION……………...…………………………………......….………...1

I.    Defendants Incorrectly State That No Fiduciary Could Be Responsible
      For Investment of the Plan's Assets In the Xerox Stock Fund ………...…...…1

II.   An ERISA Plan Cannot, and These Plans Do Not, "Carve
      Out" Certain Plan Assets From Fiduciary Oversight …………………..…..…4

III.  Defendants' Efforts to Distinguish Certain Recent Cases
      Are Unavailing ……………………………………………………………..7

IV.   Plaintiffs Properly Seek Plan-Wide Relief Under Section 502(a)(2) ……… .9

V.    The Court Should Disregard the Exhibit Attached to Defense
      Counsel's Declaration ……………………………………………………..10

CONCLUSION ……………………………………………………………10

**<u>TABLE OF AUTHORITIES</u>**

**<u>Cases</u>**

<u>Page</u>

*Custer v. Sweeney*,
    89 F. 3d 1156 (4th Cir. 1996)……………………………………….……….4

*Goldman v. Belden*,
    754 F. 2d 1059 (2d Cir. 1985)…………………………………….…………..10

*Hill v. BellSouth Corp.*,
    313 F. Supp. 2d 1361 (N.D. Ga. 2004)……………………………………….7

*In re AEP ERISA Litig.*,
    327 F. Supp. 2d 812 (S.D. Ohio 2004) ………………………………………...7

*In re CMS Energy ERISA Litigation*,
    312 F. Supp. 898 (E.D. Mich. 2004)…………………………………………6

*In re Elec. Data Sys. Corp. "ERISA" Litig.*,
    305 F. Supp. 2d 658 (E.D. Tex. 2004)……………………………………….7

*In re Enron Corp. Sec., Derivative, & ERISA Litig.*,
    284 F.Supp.2d 511 (S.D. Tex. 2003)……………………………………7,8

*In re Schering-Plough ERISA Litig.*,
    No. Civ. A. 03-1204, 2004 WL 1774760 (D.N.J. June 28, 2004)………………...9

*In re Sears, Roebuck & Co. ERISA Litigation*,
    2004 WL 407007 (N.D. Ill. March 3, 2004)……………………………………7

*In re WorldCom, Inc. ERISA Litig.*,
    263 F. Supp. 2d 745 (S.D.N.Y. 2003) ……………………………….8, 9, 10

*In re Xcel Energy, Inc., Sec., Derivative, & ERISA Litig.*,
    312 F. Supp 2d 1165 (D. Minn 2004)………………………………………5, 7

*Lopresti v. Terwilliger*,
    126 F. 3d 34 (2d Cir. 1997)……………………………………………….3

*Rankin v. Rots,*
    278 F. Supp.2d 853 (E.D Mich. 2003)…………………………………………….5,8

## STATUTES

29 U.S.C. § 502(a)(2) …………………………………………………………………9

## OTHER AUTHORITIES

DOL Advisory Opinion No. 98-04(A), 1998 WL 326300 ………………………………8

Letter from the Pension and Welfare Benefits Administration, U.S. Department of Labor
to Douglas O. Kant, 1997 WL 1824017
(Nov. 26, 1997)…………………………………………………………………..………8