UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

February 19, 2004

**DEFENDANT MYRA R. DRUCKER'S REQUEST FOR LEAVE ADOPT DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING *ENRON ERISA LITIGATION* IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendant Ms. Myra Drucker ("Ms. Drucker") hereby joins in her co-defendants' request, dated February 19, 2004 for leave to file their Surreply to the Plaintiffs' Reply in Support of the Plaintiffs' Notice of Supplemental Authority Regarding Enron Erisa Litigation in Opposition to Defendants' Motion to Dismiss, dated February 11, 2004 ("Reply") and to adopt the arguments contained in said Surreply.

Ms. Drucker respectfully represents that significant and complex issues have been raised in the briefs filed by the parties in the above captioned case and a short (3 page) Surreply should be permitted by this Court to address a narrow but important issue in Plaintiff's Reply. Plaintiffs' Reply focuses in part on Ms. Drucker and her co-defendants' argument that none of the defendants are fiduciaries under the Xerox Plans with respect to investment in the Xerox Stock Fund. This is one of defendants' central arguments in their Motions to Dismiss. As Plaintiffs continue to misinterpret this argument, Ms. Drucker seeks to adopt the short Surreply being filed by her co-defendants contemporaneously with this Request to insure that the there is no confusion on Ms. Drucker's position regarding this issue.

GRANTED. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J
Hartford, CT   2/2/05

HARTFORD 83112v2