UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS | September 9, 2005 |

**DEFENDANT MYRA R. DRUCKER'S MOTION TO EXTEND
TIME TO FILE RESPONSE TO PLAINTIFF'S NOTICE
<u>OF FILING OF SUPPLEMENTAL AUTHORITIES</u>**

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her response to Plaintiffs' Notice of Supplemental Authority Regarding in support of Plaintiffs Opposition to Defendants' Motion to Dismiss dated August 31, 2005. Ms. Drucker respectfully moves that she be granted until September 30, 2005 to file her response, to provide her counsel time to review and analyze the opinion in In Re Schering-Plough Corp., to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is Ms. Drucker's first request for extension of time to respond to the August 31, 2005 Notice of Supplemental Authority. Counsel for Ms. Drucker, Benjamin H. Green, spoke with John McKenna, counsel for the plaintiffs, and Attorney McKenna has consented to this motion for extension of time.

HARTFORD 126358v1

WHEREFORE, Ms. Drucker moves this Court for an extension of time to September 30, 2005 to file her response to Plaintiffs' Notice of Filing of Supplemental Authorities in Opposition to Defendants Motion to Dismiss.

Respectfully submitted,

_____
Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6400

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Chicago, IL 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

HARTFORD 126358v1

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 9th day of September, 2005, postage prepaid and properly addressed to:

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
**Counsel for Defendant Myra R. Drucker**

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford Connecticut, 06107-2119
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
Kilpatrick Stockton LLP
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

_____
Benjamin H. Green

HARTFORD 126358v1