UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA
LITIGATION

Master File No. 02-CV-1138 (AWT)

This Document Relates To:

CLASS ACTION

ALL ACTIONS

September 9, 2005

## MOTION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITIES

All of the Defendants except for Ms. Myra Drucker in the above referenced matter ("Defendants") hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their response to Plaintiffs' Notice of Supplemental Authority in support of Plaintiffs Opposition to Defendants' Motion to Dismiss, dated August 31, 2005. Defendants respectfully move that they be granted until September 30, 2005 to file their response to provide counsel time to review and analyze the opinion in In Re Schering-Plough Corp., to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is the Defendants' first request for extension of time to respond to the August 31, 2005 Notice of Filing of Supplemental Authorities. Counsel for the Defendants, Benjamin H. Green, spoke with John McKenna, counsel for the Plaintiffs, and Attorney McKenna has consented to this extension of time.

Extension GRANTED, absent objection, to and including September 30 2005 It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9 /13/05

HARTFORD 126358v1