UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re XEROX CORPORATION ERISA LITIGATION

Master File No. 02-CV-1138 (AWT)

CLASS ACTION

This Document Relates To:

ALL ACTIONS

September 9, 2005

**DEFENDANT MYRA R. DRUCKER'S MOTION TO EXTEND
TIME TO FILE RESPONSE TO PLAINTIFF'S NOTICE
OF FILING OF SUPPLEMENTAL AUTHORITIES**

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file her response to Plaintiffs' Notice of Supplemental Authority Regarding in support of Plaintiffs Opposition to Defendants' Motion to Dismiss dated August 31, 2005. Ms. Drucker respectfully moves that she be granted until September 30, 2005 to file her response, to provide her counsel time to review and analyze the opinion in In Re Schering-Plough Corp., to which Plaintiffs' Notice Of Supplemental Authority is addressed.

This is Ms. Drucker's first request for extension of time to respond to the August 31, 2005 Notice of Supplemental Authority. Counsel for Ms. Drucker, Benjamin H. Green, spoke with John McKenna, counsel for the plaintiffs, and Attorney McKenna has consented to this motion for extension of time.

Extension GRANTED, absent objection, to and including September 30, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/13/05

HARTFORD 126358v1