UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION (AWT) <br><br> This Document Relates to: <br><br> ALL ACTIONS | Master File No. 02-CV-1138 <br><br> **CLASS ACTION** <br><br> SEPTEMBER 30, 2005 |

### DEFENDANT MYRA R. DRUCKERS' RESPONSE TO PLAINTIFFS' SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Myra R. Drucker ("Defendant Drucker") hereby adopts the Defendants' Response to Plaintiff's Sixth Notice of Supplemental Authority ("Defendant's Response") as Defendant Drucker's Response to Plaintiff's Sixth Notice of Supplemental Authority.

Accordingly, Defendant Drucker respectfully asks this Court to apply the reasoning of *Russell* and the other cases cited in Part 2 of the Defendant's Response, and to dismiss the Consolidated Amended Complaint.

_____
Benjamin H. Green (ct2332)
William J. Egan (ct07975)
Brown Raysman Millstein Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
(860) 275-6400

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Chicago, IL 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

HARTFORD 127356v1

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on this 30th day of September, 2005, postage prepaid and properly addressed to:

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
**Counsel for Defendant Myra R. Drucker**

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford Connecticut, 06107-2119
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiff**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
Kilpatrick Stockton LLP
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

Benjamin H. Green

HARTFORD 127356v1