UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION (AWT) ) ) ) | Master File No. 02-CV-1138 |
| ) ) | CLASS ACTION |
| This Document Relates to: ) ) | |
| ALL ACTIONS ) ) | FEBRUARY 9, 2006 |

## MOTION TO WITHDRAW APPEARANCE

I, William J. Egan, hereby move, pursuant to Rule 7(e) of the Local Civil Rules for the United States District Court for the District of Connecticut, for an order permitting me to withdraw my Appearance as Counsel in the above-captioned matter. Attorney Benjamin H. Green is primary local counsel on this case and he has moved his practice from Brown Raysman Millstein Felder & Steiner LLP to Dreier LLP. Primary counsel for the defendants for whom I have appeared are hereby notified of this motion and that these defendants will continue to be represented by Benjamin H. Green of Dreier LLP.

WHEREFORE, the undersigned respectfully moves this Court for permission to withdraw his appearance for all defendants.

Respectfully submitted,

_____
William J. Egan (ct07975)
Brown Raysman Millstein
Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
860-275-6400
Attorney for all Defendants

HARTFORD 132019v1

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Withdrawal on all counsel of record on this 9th day of February, 2006, postage prepaid and properly addressed to:

Blake T. Hannafan
Michael T. Hannafan
**Michael T. Hannafan**
**& Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
**Counsel for Defendant Myra R. Drucker**

John F. McKenna
Rebecca B. Lamont
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford Connecticut, 06107-2119
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**
J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5513 Connecticut Avenue, Suite 220
Washington, D.C. 20014
**Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Alexander Perkins
Derek W. Loeser
Lynn Sarko & Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
David Pickle
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W., Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**
Benjamin H. Green, Esq.
**Dreier LLP**
One Landmark Square,
20th Floor
Stamford, CT 06901
**Counsel for Defendants**

HARTFORD 132019v1

William H. Boice
**Kilpatrick Stockton**
1100 Peachtree Street
Atlanta, Georgia 30309-4350
**Counsel for Defendants**

                                            _____
                                            William J. Egan