UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION (AWT) ) ) ) | Master File No. 02-CV-1138 |
| ) | |
| This Document Relates to: ) ) ) | **CLASS ACTION** |
| ) | |
| ALL ACTIONS ) | FEBRUARY 21, 2006 |

### DEFENDANTS' MOTION FOR PERMISSION TO ACCEPT FOR FILING AND TO ATTACH EXHIBIT TO PREVIOSLY FILED PLEADING

Defendants move this court for an order permitting the Clerk of the Court to accept the appended Exhibit B for filing and to attach said exhibit to Defendants' Notice of Supplemental Authority, dated February 6, 2006, ("Notice of Supplemental Authority") which was previously served on all counsel of record and filed with the Court.

On February 6, 2006, Defendant's served their Notice of Supplemental Authority and filed it with the court on or about February 7, 2006. Subsequently, counsel for defendants, realized that it had inadvertently failed to append Exhibit B referenced in footnote 5 on page 5 of the Notice of Supplemental Authority.

Exhibit B is the December 5, 2005 slip opinion of the United District Court for the Northern District of California in the case of In Re Calpine Corporation

{00150212.DOC;}

ERISA Litigation. It is cited in the Notice of Supplemental Authority its submission as an exhibit was intended for the convenience of the court and the parties. It is respectfully submitted that to permit Exhibit B to be filed and attached the Notice of Supplemental Authority will simply correct an inadvertent oversight without prejudice to any party.

Wherefore it is respectfully requested that the Court grant this motion.

Respectfully submitted,

_____
Benjamin H. Green (ct2332)
Dreier LLP
One Landmark Square.
20th Floor
Stamford, CT 06901
Attorney for All Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on the 21st day of February, 2006, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
997 Farmington Avenue, Suite 200
West Hartford, CT 06107
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, PA 19087
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
**Co-Counsel for Plaintiffs**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

{00137614.DOC;}

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

                                                                             _____
                                                                              Benjamin H. Green (ct 2332)

{00137614.DOC;}