/50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION (AWT) | Master File No. 02-CV-1138 |
| This Document Relates to: | **CLASS ACTION** |
| ALL ACTIONS | FEBRUARY 9, 2006 |

2006 FEB 10 A 10: 

DISTRICT COURT
HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

I, William J. Egan, hereby move, pursuant to Rule 7(e) of the Local Civil Rules for the United States District Court for the District of Connecticut, for an order permitting me to withdraw my Appearance as Counsel in the above-captioned matter. Attorney Benjamin H. Green is primary local counsel on this case and he has moved his practice from Brown Raysman Millstein Felder & Steiner LLP to Dreier LLP. Primary counsel for the defendants for whom I have appeared are hereby notified of this motion and that these defendants will continue to be represented by Benjamin H. Green of Dreier LLP.

WHEREFORE, the undersigned respectfully moves this Court for permission to withdraw his appearance for all defendants.

Respectfully submitted,

_____
William J. Egan (ct07975)
Brown Raysman Millstein
Felder & Steiner, LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103
860-275-6400
Attorney for all Defendants

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/28/06

02cv1138 endorsed

HARTFORD 132019v1