/51/

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION (AWT) | ) ) ) Master File No. 02-CV-1138 ) |
| This Document Relates to: | ) ) **CLASS ACTION** ) ) |
| ALL ACTIONS | ) ) FEBRUARY 21, 2006 ) |

### DEFENDANTS' MOTION FOR PERMISSION TO ACCEPT FOR FILING AND TO ATTACH EXHIBIT TO PREVIOSLY FILED PLEADING

Defendants move this court for an order permitting the Clerk of the Court to accept the appended Exhibit B for filing and to attach said exhibit to Defendants' Notice of Supplemental Authority, dated February 6, 2006, ("Notice of Supplemental Authority") which was previously served on all counsel of record and filed with the Court.

On February 6, 2006, Defendant's served their Notice of Supplemental Authority and filed it with the court on or about February 7, 2006. Subsequently, counsel for defendants, realized that it had inadvertently failed to append Exhibit B referenced in footnote 5 on page 5 of the Notice of Supplemental Authority.

Exhibit B is the December 5, 2005 slip opinion of the United District Court for the Northern District of California in the case of In Re Calpine Corporation

GRANTED. It is so ordered.

{00150212.DOC;}

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/1/06