UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02-CV-1138 (AWT) ) |
| This Document Relates to: | ) ) CLASS ACTION ) |
| ALL ACTIONS | ) June 12, 2003 |

**DEFENDANTS' MOTION TO
POSTPONE CLASS CERTIFICATION BRIEFING**

In July 2002, plaintiffs, who are participants in two Xerox Corporation 401(k) retirement income plans, filed this purported class action alleging that defendants, Xerox Corporation and certain of its present and former directors, officers, and employees, violated fiduciary duties imposed by the Employee Retirement Income Security Act of 1974, as amended.

In October 2002, the Court entered a scheduling order, Pretrial Order No. 1, that provides instructions concerning the filing of an amended complaint, motions to dismiss, motions for class certification and other matters. Plaintiffs filed a consolidated amended complaint and defendants filed a Motion to Dismiss[1] that was briefed in accordance with Pretrial Order No. 1. Defendants' Motion to Dismiss is currently pending before the Court.

Paragraph 16 of Pretrial Order No. 1 provides that "[t]he parties shall meet and confer at an appropriate time regarding scheduling of motions for class certification and discovery and invoke the Court's aid as necessary." However,

---

[1] Defendants filed a Motion to Dismiss on behalf of all defendants except Myra Drucker. Ms. Drucker's attorney filed a similar motion to dismiss on her behalf.