UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 JUN 12 P 1:05
U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | June 12, 2003 |

## DEFENDANT MYRA R. DRUCKER'S MOTION TO POSTPONE CLASS CERTIFICATION BRIEFING

Defendant Myra R. Drucker moves this court for an order postponing the briefing of class certification until after a ruling on her pending Motion to Dismiss. In support of this motion, defendant joins in, adopts and incorporates by reference the reasons and arguments set forth in Defendants' Motion to Postpone Class Certification Briefing.

Benjamin H. Green (ct2332)
Brown Raysman Millstein
Felder & Steiner LLP
Cityplace II
185 Asylum Street
Hartford, CT 06103
(860) 275-6400

Michael T. Hanafan
Michael T. Hannafan & Associated Ltd.
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/31/06

HARTFORD 76116v1