UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
In re XEROX CORPORATION            Lead Case No. 3:02cv01138
ERISA LITIGATION

This Document Relates to:

    ALL ACTIONS
-------------------------------x
```

**ENDORSEMENT ORDER**

Plaintiffs' Motion to Proceed with Formal Discovery (Doc. No. 70) is hereby GRANTED for substantially the reasons set forth by the plaintiffs in their supporting papers.

It is so ordered.

Dated this 31th day of March 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
    Alvin W. Thompson
United States District Judge