UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) <br> ) <br> ) Master File No. 02-CV-1138 (AWT) <br> ) |
| This Document Relates to: | ) CLASS ACTION <br> ) <br> ) |
| ALL ACTIONS. | ) MARCH 31, 2006 <br> ) |

**PLAINTIFFS' REPLY IN SUPPORT OF CROSS-NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants' attempt to distinguish the holding in *Sherrill v. Federal Mogul Corporation Retirement Program Committee*, No. 04-72949, 2006 U.S. Dist. LEXIS 4978 (E.D. Mich. Feb. 9, 2006), distorts the factual aspects of that case and ignores significant portions of the opinion that, as Plaintiffs previously discussed, bear directly on the issues now before this Court. Contrary to Defendants' arguments, *Federal-Mogul* strongly supports denial of Defendants' motion to dismiss.

Several issues in Defendants' response bear discussion. Defendants assert that the Federal-Mogul plan is not comparable to the Xerox plans because Federal-Mogul's company match was all invested in company stock, which meant that all plan members had at least some Federal-Mogul shares, whereas not all Xerox participants held company stock. Thus, Defendants argue, *Federal-Mogul* does not lend support to Plaintiffs' contentions that they have properly alleged claims for class-wide relief.

That argument is a red herring. As Plaintiffs have discussed previously, fiduciaries are not relieved of liability for plan losses simply because those losses may not "ultimately redound to the benefit of all participants." *See* Plaintiffs' Reply To Defendants' Response To Plaintiff's Sixth Notice Of Supplement Authority, quoting *In re Schering-Plough Corp. ERISA Litig.*, 420 F.3d 231, 235 (3d Cir. 2005). As in *Schering-Plough*, Judge Cohn's decision in *Federal-Mogul* properly focuses on allegations of losses caused to the plan's assets, not the individual plan participants. 2006 U.S. Dist. LEXIS at *32-33 (complaint language requesting "Plan-wide relief under ERISA 409(a) to recover losses sustained by the" plans, "makes clear that [plaintiffs] are bringing this action for plan-wide relief").

Moreover, Defendants' response completely ignores the issues of co-fiduciary liability and insider trading discussed in Plaintiffs' initial brief regarding *Federal-Mogul*. The *Federal-Mogul* court's discussion of those issues fully supports Plaintiffs' arguments against Defendants' Motion to Dismiss.

Finally, with respect to plan document interpretation and other fact-based issues, Judge Cohn recognized that development of a complete factual record is required, and that the factual allegations set forth in the complaint are to be construed in the light most favorable to plaintiffs and subject to the liberal pleading requirements of Fed. R. Civ. P. 8(a). *Id.* at *29 n.13, 42-45, 59.

Judge Cohn's decision in *Federal-Mogul* is another in an ever-growing body of case law holding that the determination of prudence is a question of fact, the resolution of which is premature on a motion to dismiss.  Consequently, Defendants' motion should be denied.

        Respectfully submitted,

_____
Goodman, Rosenthal & McKenna, PC
John F. McKenna, Esq. - ct00104
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06106
860-231-2800/Fax-860-523-9235

*Liaison Counsel*

Susman, Watkins & Wylie, LLP
Charles R. Watkins
John R. Wylie
Two First National Plaza, Suite 600
Chicago, Illinois 60603
312-346-3466
*Co-Lead Counsel*

Keller Rohrback L.L.P.
Lynn Lincoln Sarko
Laurie B. Ashton
Elizabeth A. Leland
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
206-623-1900 (Seattle)
602-248-0088 (Phoenix)
*Co-Lead Counsel*

*Steering Committee Counsel:*

Law Offices of Daniel M. Harris
Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-960-1802

Berger & Montague, P.C.
Todd Collins
1622 Locus Street
Philadelphia, Pennsylvania 19103-6365
(215) 875-3040

Schiffrin & Barroway
Marc A. Topaz
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

Malakoff Doyle & Finberg, P.C.
Ellen M. Doyle
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
(412) 481-8400

McTigue Law Firm
J. Brian McTigue
5301Wisconsin Ave., NW, Suite 350
Washington, D.C. 20015
(202) 364-6900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | )<br>)<br>) Master File No. 02-CV-1138 (AWT)<br>) |
| This Document Relates to: | ) CLASS ACTION<br>)<br>) |
| ALL ACTIONS. | ) MARCH 31, 2006 |

## CERTIFICATION

This is to certify that a copy of the foregoing, **Plaintiffs' Reply In Support of Cross-Notice of Supplemental Authority,** was mailed this 31st day of March, 2006, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Susman, Watkins & Wylie, LLP
Two First National Plaza
Suite 600
Chicago, IL  60603

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Wisconsin Ave. NW
Ste 350
Washington, D.C.  20015

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL  60606

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Lynn Lincoln Sarko
Erin M. Riley
Elizabeth A. Leland
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98l0l-3052

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

| | |
|---|---|
| Laurie B. Ashton<br>Keller Rohrback, PLC<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ  85012-2600 | William H. Boice<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309 |
| Joseph H. Meltzer<br>Marc A. Topaz<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Benjamin H. Green, Esq.<br>Dreier LLP<br>One Landmark Square<br>20th Floor<br>Stamford, CT  06901 |
| Sherrie R. Savett<br>Joy Clairmont<br>Todd Collins<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | Michael T. Hannafan & Associates, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601 |
| Ellen M. Doyle<br>Malakoff Doyle & Finberg, P.C.<br>437 Grant Street, Suite 200<br>Pittsburgh, PA  15219 | |

_____
John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800/Fax-860-523-9235