UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS | June 9, 2006 |

### DEFENDANT MYRA R. DRUCKER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS

Defendant Ms. Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an Extension of Time to Respond to Plaintiffs' First Request for Production of Documents to all Defendants. Ms. Drucker respectfully moves that she be granted until June 16, 2006 to respond.

This is Ms. Drucker's second request for Extension of Time to Respond to Plaintiffs First Request for Production of Documents to all Defendants. The additional time is necessary for counsel to confer with their client who had been traveling until recently Counsel for Ms. Drucker, Benjamin H. Green, has attempted to contact John McKenna, counsel for the Plaintiffs on several occasions, but has so far been unable to speak to regarding Plaintiffs' position with respect to this motion.

{00167184.DOC;2}

WHEREFORE, Ms. Drucker moves this Court for an extension of time to June 16, 2006 to file her response to Plaintiffs First Request for Production of Documents to all Defendants.

        Respectfully submitted,

        _____
        Benjamin H. Green, Esq. (ct2332)
        Michel Bayonne, Esq. (ct24628)
        Dreier LLP
        1 Landmark Square
        Stamford, CT 06901
        (203) 425-9500

        Michael T. Hannafan
        Michael T. Hannafan & Associates, Ltd.
        One East Wacker Drive
        Chicago, IL 60601
        (312) 527-0055

        Attorneys for Defendant Myra R. Drucker

{00167184.DOC;2}

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel of record on the 9th day of June, 2006, postage prepaid and properly addressed to:

John F. McKenna
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
**Liaison Counsel for Plaintiffs**

Daniel M. Harris
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
**Co-Counsel for Plaintiffs**

Joseph H. Meltzer
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, PA 19087
**Co-Counsel for Plaintiffs**

Michael D. Ryan
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

Charles R. Watkins
John R. Wylie
**Susman & Watkins**
Two First National Plaza, Suite 600
Chicago, IL 60603
**Co-Lead Counsel for Plaintiffs**

Gary Gotto
Laurie Ashton
**Dalton, Gotto, Samson & Kilgard**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
**Co-Counsel for Plaintiffs**

Sherrie R. Savett
Stuart Guber
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
**Co-Counsel for Plaintiffs**

Derek W. Loeser
Lynn Sarko
Erin Riley
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
**Co-Lead Counsel for Plaintiffs**

{00167184.DOC;2}

J. Brian McTigue
Bruce F. Rinaldi
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
**Co-Counsel for Plaintiffs**

Michael T Hannafan
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, Il 60601
(312)527-0055
**Counsel for Defendant Myra R. Drucker**

Steven J. Sacher
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018
**Counsel for Defendants**

_____
Michel Bayonne, Esq. (ct24628)

{00167184.DOC;2}