UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) Master File No. 02-CV-1138 (AWT) ) ) JOINT MOTION FOR ENTRY OF ) AMENDED CONSENT |
| This Document Relates to: | ) PROTECTIVE ORDER ) |
| ALL ACTIONS | ) **CLASS ACTION** ) ) July 26, 2006 |

**JOINT MOTION FOR ENTRY OF
AMENDED CONSENT PROTECTIVE ORDER**

The parties have, through their attorneys, conferred and agreed to amend and restate the Consent Protective Order entered by this Court on January 6, 2003, Rec. Doc. 43. The proposed amended and restated Consent Protective Order is attached.

The parties jointly move for the entry of the attached Order.

Respectfully submitted,

THE PLAINTIFFS

By:_____
John F. McKenna (ct00104)
Goodman, Rosenthal & McKenna, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
**Liaison Counsel for Plaintiffs**

THE DEFENDANTS

By:_____
Benjamin Green (ct2332)
Michel Bayonne, Esq. (ct24628)
Dreier LLP
One Landmark Square
20th Floor
Stamford, CT 06901
**Local Counsel for All Defendants**

| | |
|---|---|
| Charles R. Watkins (admitted pro hac vice)<br>Futterman Howard Watkins Wylie &<br>Ashley, Chtd.,<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL  60603<br>312-427-3600<br>**Co-Lead Counsel for Plaintiffs** | Steven J. Sacher (ct24024)<br>Kilpatrick Stockton LLP<br>607 14th Street, Suite 900<br>Washington, DC 20005-2018<br>202-508-5800<br>**Counsel for All Defendants except**<br>**Myra Drucker** |
| Lynn Sarko (admitted pro hac vice)<br>Laurie Ashton<br>Elizabeth Leland<br>Erin Riley<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>**Co-Lead Counsel for Plaintiffs** | Michael T. Hannafan (admitted pro hac vice)<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601<br>**Counsel for Defendant Myra Drucker** |

## CERTIFICATE OF SERVICE

I herby certify that on July 31, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

John F. McKenna, Esq.
Rebecca B. Lamont, Esq.
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107

Daniel M. Harris, Esq.
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606

Joseph H. Meltzer, Esq.
**Schiffrin & Barroway, LLP**
280 King of Prussia Road
Radnor, PA 19087

Michael D. Ryan, Esq.
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904

Steven J. Sacher, Esq.
David Pickle, Esq.
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W.
Suite 900
Washington, DC 20005-2018

Charles R. Watkins, Esq.
**Futterman Howard Watkins Wylie & Ashley, Chtd.**
122 South Michigan Ave, Ste. 1850
Chicago, IL 60603

Laurie Ashton, Esq.
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Sherrie R. Savett, Esq.
Stuart Guber, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365

J. Brian McTigue, Esq.
Bruce F. Rinaldi, Esq.
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015

Michael T Hannafan, Esq.
Blake T. Hannafan, Esq.
**Michael T. Hannafan & Associates, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601

| | |
|---|---|
| William H. Boice, Esq.<br>Ellen Doyle, Esq.<br>**Kilpatrick Stockton**<br>1100 Peachtree St., Ste. 2800<br>Atlanta, GA 30309 | Derek W. Loeser, Esq.<br>Lynn Sarko, Esq.<br>Erin Riley, Esq.<br>Alexander Perkins, Esq.<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 |

_____
Michel Bayonne

{00174872.DOC;}