UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | Master File No. 02 CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates To: | August 4, 2006 |
| ALL ACTIONS. | |

**STIPULATED AMENDMENT TO CONSOLIDATED AMENDED COMPLAINT**

COME NOW, Plaintiffs in the above-captioned consolidated ERISA action, and amend their Consolidated Amended Complaint, filed November 15, 2002, (the "Complaint"), as follows:

1. Plaintiffs adopt and incorporate by reference each and every allegation set forth in the Complaint, as if set forth fully herein, except that Paragraphs 12 and 13 of the Complaint are revised to allege as follows:

> 12. Plaintiff Alliet is a resident of Pittsford, New York. Mr. Alliet worked for Xerox for almost 39 years and is a current participant of the Plan. A substantial portion of his total savings in the Plan was invested in the Xerox Stock Fund during the Class Period.
>
> 13. Plaintiff Willis is a resident of Summerville, South Carolina. She worked for Xerox for more than 25 years and was a participant in the Plan during the Class Period. A substantial

participant in the Plan during the Class Period. A substantial portion of her total savings in the Plan was invested in the Xerox Stock Fund during the Class Period.

Any other references in the Complaint to Michael Taddonio or John Hopkins are hereby replaced by David Alliet or Linda Willis, respectively.

2. Accordingly, Plaintiffs add as Parties/Plaintiffs to the above-captioned consolidated ERISA action David Alliet and Linda Willis.

3. Plaintiffs withdraw as Parties/Plaintiffs Michael Taddonio and John Hopkins.

4. By their counsel's signature below, the Defendants consent to this amendment and the parties satisfy Fed. R. Civ. P. 15(a), which permits amendment of a party's pleading "by written consent of the adverse party."

5. Nothing herein shall affect the pending motions to dismiss, or the citation to any part of the Consolidated Amended Complaint contained therein.

Dated this 4th day of August, 2006.

| | |
|---|---|
| GOODMAN, ROSENTHAL & MCKENNA, PC | DREIER LLP |
| By: _____ | By: _____ |
| John F. McKenna, Esq. - ct00104 | Benjamin H. Green – ct05166 |
| 977 Farmington Avenue, Suite 200 | DREIER LLP |
| West Hartford, Connecticut 06107 | One Landmark Square, 20th Floor |
| Telephone: 860-231-2800 | Stamford, CT 06901 |
| Facsimile: 860-523-9235 | Telephone: 203-425-9500 |
| **Liaison Counsel** | Facsimile: 203-425-9595 |
| | **Local Counsel for Defendants** |

| | |
|---|---|
| KELLER ROHRBACK L.L.P.<br>Lynn Lincoln Sarko<br>Laurie B. Ashton<br>Ron Kilgard<br>Elizabeth A. Leland<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101<br>Telephone:(206) 623-1900(Seattle)<br>Telephone:(602) 248-0088 (Phoenix)<br>Facsimile:(206) 623-3384 (Seattle)<br>Facsimile: (602) 248-2822(Phoenix)<br>**Co-Lead Counsel for Plaintiffs** | William H. Boice<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530<br>Telephone: 404-815-6500<br>Facsimile: 404-815-6555<br>**Counsel for Defendants** |
| FUTTERMAN HOWARD WATKINS<br>WYLIE & ASHLEY, CHTD.<br>Charles R. Watkins<br>John Wylie<br>122 South Michigan Avenue<br>Suite 1850<br>Chicago, Illinois 60603<br>Telephone: 312-427-3600<br>**Co-Lead Counsel for Plaintiffs** | Steven J. Sacher<br>KILPATRICK STOCKTON LLP<br>607 14th Street, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202-508-5800<br>Facsimile: 202-508-5858<br>**Counsel for Defendants** |
| **Steering Committee Counsel:**<br><br>LAW OFFICES OF DANIEL M.<br>HARRIS<br>Daniel M. Harris<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: 312-960-1802 | Michael D. Ryan<br>Senior Counsel<br>Xerox Corporation<br>800 Long Ridge Road<br>Stamford, CT 06904<br>**In-House Counsel for Xerox** |
| BERGER & MONTAGUE, P.C.<br>Todd Collins<br>1622 Locus Street<br>Philadelphia, Pennsylvania 19103-6365<br>Telephone: (215) 875-3040 | Michael T. Hannafan<br>Michael T. Hannafan & Associates, Ltd.<br>One East Wacker Drive, Suite 2710<br>Chicago, IL 60601<br>Telephone: 312-527-0055<br>Facsimile: 312-527-0220<br>**Counsel for Defendant Myra Drucker** |

3

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

MALAKOFF DOYLE
& FINBERG, P.C.
Ellen M. Doyle
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Telephone: (412) 481-8400

MCTIGUE LAW FIRM
Brian McTigue
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
Telephone: (202) 364-6900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | )<br>)<br>) Master File No. 02-CV-1138 (AWT)<br>) |
| This Document Relates to: | ) CLASS ACTION<br>)<br>) |
| ALL ACTIONS. | ) August 4, 2006<br>) |

### CERTIFICATION

This is to certify that a copy of the foregoing, Stipulated Amendment To Consolidated Amended Complaint, was mailed this 17th day of August, 2006, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
Futterman Howard Watkins
Wylie & Ashley, Chtd.
122 South Michigan Ave.
Suite 1850
Chicago, IL 60603

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Lynn Lincoln Sarko
Erin M. Riley
Elizabeth A. Leland
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Wisconsin Ave., NW
Ste 350
Washington, D.C. 20015

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

5

| | |
|---|---|
| Laurie B. Ashton<br>Keller Rohrback, PLC<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ  85012-2600 | William H. Boice<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309 |
| Joseph H. Meltzer<br>Marc A. Topaz<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Benjamin H. Green, Esq.<br>Dreier LLP<br>One Landmark Square<br>20th Floor<br>Stamford, CT  06901 |
| Sherrie R. Savett<br>Joy Clairmont<br>Todd Collins<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | Michael T. Hannafan & Associates, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601 |
| Ellen M. Doyle<br>Malakoff Doyle & Finberg, P.C.<br>437 Grant Street, Suite 200<br>Pittsburgh, PA  15219 | John F. McKenna, Esq.<br>Goodman, Rosenthal & McKenna, PC<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107 |

Benjamin H. Green, Esq. –ct05166
DREIER LLP
One Landmark Square
20th Floor
Stamford, CT 06901
Telephone: 203-425-9500
Facsimile:  203-425-9595

6