UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02 CV-1138 (AWT) ) |
| This Document Relates To: ALL ACTIONS. | ) CLASS ACTION ) ) August 30, 2006 ) ) ) |

**MOTION TO ADMIT VISITING ATTORNEY
UNDER LOCAL RULE 83.1(d)**

The undersigned, a member of the Bar of this Court, respectfully requests that visiting attorney, **ELIZABETH A. LELAND,** be permitted to represent Plaintiffs in the above-caption action in this Court.

Visiting Attorney Elizabeth A. Leland has an office at:

Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

and is a member of the Washington State Bar. Attorney Leland has not been denied admission or disciplined by this Court or any other Court.

Admission of Attorney Leland will not require modification of a scheduling order or any standing order deadlines.

Attorney Leland was admitted to the Washington State Bar in the year 1993.

Pursuant to Local Rule 83.1(d), movant requests that this Court admit Attorney Leland for practice in these proceedings before this Court.

Respectfully submitted,

By: _____
John F. McKenna, Esq.
Fed. Bar No. ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT  06107-2445
(860) 231-2800 / Fax: (860) 523-9235

*Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

In re XEROX CORPORATION ERISA )
LITIGATION, )
) Master File No. 02-CV-1138 (AWT)
)
This Document Relates to: ) CLASS ACTION
)
)
ALL ACTIONS. ) August 30, 2006
)
_____ )

## CERTIFICATION

This is to certify that a copy of the foregoing, Motion To Admit Visiting Attorney

Under Local Rule 83.1(d), was mailed this 30th day of August, 2006, via U.S. First Class

mail, to the following counsel of record:

Charles R. Watkins, Esq.
Futterman Howard Watkins
Wylie & Ashley, Chtd.
122 South Michigan Ave.
Suite 1850
Chicago, IL 60603

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Lynn Lincoln Sarko
Erin M. Riley
Elizabeth A. Leland
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Wisconsin Ave., NW
Ste 350
Washington, D.C. 20015

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005

Laurie B. Ashton
Keller Rohrback, PLC
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087

Sherrie R. Savett
Joy Clairmont
Todd Collins
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA  15219

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309

Benjamin H. Green, Esq.
Dreier LLP
One Landmark Square
20th Floor
Stamford, CT  06901

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL  60601

John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800/Fax-860-523-9235

## ORDER

The foregoing motion having been presented to this Court, **IT IS HEREBY ORDERED:**

**GRANTED / DENIED**

BY THIS COURT:

_____
Judge/Clerk