UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 02 CV-1138 (AWT)<br><br>CLASS ACTION<br><br>August 4, 2006 |

**AFFIDAVIT OF ELIZABETH A. LELAND, VISITING ATTORNEY AND APPLICATION FOR ADMISSION TO PRACTICE**

I, ELIZABETH A. LELAND, hereby depose and say that:

1. I am over the age of eighteen and understand the meaning and obligation of an oath.

2. I have personal knowledge of the facts contained herein.

3. I have been a member in good standing of the Washington State Bar since 1993.

4. I have been admitted to practice in the following courts: the United States District Court, Western District of Washington; the Washington State Supreme Court; and the United States Courts of Appeals for the Fifth, Ninth, Seventh, and Eleventh Circuits.

5. The main concentration of my practice is in Complex Multi-Litigation.

6. I am familiar and I have studied carefully the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

7. I have never been convicted of any crime, and have never been denied admission to or disciplined by any Court.

I submit this Affidavit in support of the attached Motion to Admit.

The above statements are true and accurate to the best of my knowledge and belief.

*Elizabeth A. Leland*
Elizabeth A. Leland

SWORN and subscribed to before me this _4th_ day of _August_, 2006.

*Mavis J. Bates*
Notary Public/~~Commissioner of the Superior Court~~

[Notary Seal: MAVIS J. BATES, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 09-01-06]

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

ELIZABETH ANN LELAND

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR #23433

**CERTIFICATE OF GOOD STANDING**

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

ELIZABETH ANN LELAND

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on December 01, 1993, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this

3rd day of August, 2006

C.J. MERRITT, SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT