UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02 CV-1138 (AWT) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS ACTION ) ) August 25, 2006 ) ) |

**AFFIDAVIT OF ELIZABETH A. LELAND, VISITING ATTORNEY
AND APPLICATION FOR ADMISSION TO PRACTICE**

I, ELIZABETH A. LELAND, hereby depose and say that:

1. I am over the age of eighteen and understand the meaning and obligation of an oath.

2. I am a partner at the firm of Keller Rohrback L.L.P. The office address of Keller Rohrback L.L.P is 1201 Third Avenue, Suite 3200, Seattle, Washington. The telephone number is (206) 623-1900 and the facsimile number is (206) 623-3384. My email address is bleland@kellerrohrback.com.

3. I have personal knowledge of the facts contained herein.

4. I have been a member in good standing of the Washington State Bar since 1993.

5. I have been admitted to practice in the following courts: the United States District Court, Western District of Washington; the Washington State Supreme Court;

and the United States Courts of Appeals for the Fifth, Ninth, Seventh, and Eleventh Circuits.

    6.    The main concentration of my practice is in Complex Multi-Litigation.

    7.    I am familiar and I have studied carefully the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

    8.    I have never been convicted of any crime, and have never been denied admission to or disciplined by any Court.

I submit this Affidavit in support of the attached Motion to Admit.

The above statements are true and accurate to the best of my knowledge and belief.

                                                */s/ Elizabeth A. Leland*
                                                Elizabeth A. Leland

SWORN and subscribed to before me this 5th day of September, 2006.



                                                */s/ Cathy A. Hopkins*
                                                Notary Public/Commissioner of the Superior Court