UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re: XEROX CORPORATION ERISA
LITIGATION,                                    :     Master File No. 02-CV-1138(AWT)

                                               :
This Document Relates to:                      :

                                               :

                                               :

                                               :

ALL ACTIONS                                    :     September 20, 2006

                                               :

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1(d) and upon the accompanying

affidavit of Stephen E. Baskin, the undersigned counsel, a member in good standing of the Bar of

the District of Connecticut, hereby moves the Court to admit Stephen E. Baskin, an attorney who

is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the

defendants except Myra R. Drucker, in the trial of this action. In support of this motion

undersigned counsel avers as follows:

    1.      Stephen E. Baskin is a member in good standing of the Bars of Ohio (inactive),

the District of Columbia, and Virginia; and admitted to the following courts: the Northern

District of Ohio; the U.S. Court of Appeals for the Sixth Circuit; the U.S. Court of Appeals for

the Ninth Circuit; the Eastern District of Virginia; the U.S. District Court for the District of

Columbia; and the U.S. court of Appeals for the District of Columbia.

2.      Stephen E. Baskin is presently a member of the law firm Kilpatrick Stockton LLP, and resident in its offices located at 607 14th Street, Suite 900 Washington, DC 20005; Tel no. (202) 508-5899; Fax no. (202) 585-0044; E-mail SBaskin@KilpatrickStockton.com.

3.      Stephen E. Baskin has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has he been disbarred, investigated, denied admission or disciplined by any other Court.

4.      The granting of this motion will not require the modification of any scheduling order of the deadlines established by the standing order on scheduling in civil cases.

5.      Stephen E. Baskin has fully reviewed and is familiar with the rules for the United States District Court for the District of Connecticut, and agrees to be subject to these Rules.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Attorney Stephen E. Baskin to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker.

THE DEFENDANTS

By _____
Benjamin H. Green (ct05166)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
(203) 425-9500
(203) 425-9595
Attorney for all Defendants

## CERTIFICATION OF SERVICE

I herby certify that on September 20, 2006, a copy of the foregoing Affidavit In Support

of Motion For Admission *Pro Hac Vice* and Motion to Admit Counsel *Pro Hac Vice* was sent

via U.S. First Class Mail to the following:

Charles R. Watkins, Esq.
Futterman Howard Watkins
Wylie & Ashley, Chtd.
122 South Michigan Ave., Suite 1850
Chicago, IL 60603

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, IL 60606

Lynn Lincoln Sarko
Eric M. Riley
Elizabeth A. Leland
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052

Laurie B. Ashton
Keller Rohrback, LLP
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600

Joseph H. Meltzer
Marc A. Topaz
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

J. Brian McTigue, Esq.
Bruce Rinaldi, Esq.
McTigue Law Firm
5301 Wisconsin Ave., NW, Suite 350
Washington, D.C. 20015

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Sherrie R. Savett
Joy Clairmont
Todd Collins
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

William H. Boice
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
437 Grant Street, Suite 200
Pittsburgh, PA 15219

3

John F. McKenna
Goodman Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 2000
West Hartford, CT 06107

Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

Steven J. Sacher
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, D.C. 20005


_____
Benjamin H. Green