UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT)<br><br>**CLASS ACTION**<br><br>September 14, 2006 |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Personally appeared, Stephen E. Baskin, to me known, who being duly sworn, did depose and say under oath the following:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained herein.

3. I am a member in good standing of the Bars of Ohio (inactive), the District of Columbia and Virginia; and am admitted in the following courts: the Northern District of Ohio; the U.S. Court of Appeals for the Sixth Circuit; the U.S. Court of Appeals for the Ninth Circuit; the Eastern District of Virginia; the U.S. District Court for the District of Columbia; and the U.S. Court of Appeals for the District of Columbia.

4. I am a member of the law firm, Kilpatrick Stockton LLP, and resident in its offices located at 607 14th Street, Suite 900, Washington, DC 20005; Tel. no. (202) 508-5899; Fax no. (202) 585-0044; E-mail SBaskin@KilpatrickStockton.com.

1

5.  I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

6.  I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

7.  I seek admission into the United Stated District Court for the District of Connecticut *pro hac vice* to represent all of the Defendants except Myra R. Drucker in the above encaptioned action.

8.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at Washington, D.C. this 14th day of September 2006

_____
Stephen E. Baskin

Subscribed and sworn to before me, this 14th day of September, 2006.

_Sandra L. Roy_
Notary Public

My Commission Expires on:

December 14, 2008