**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
IN RE XEROX CORPORATION ERISA :
LITIGATION                    :
                              : Civ. No. 3:02CV01138(AWT)
                              :
                              :
------------------------------x
```

### ORDER RE DEFENDANT MYRA R. DRUCKER'S MOTION TO DISMISS

Defendant Myra R. Drucker's Motion to Dismiss the Consolidated Amended Complaint (Doc. No. 59), which adopts and incorporates by reference the arguments made in the other defendants' Memorandum in Support of Motion to Dismiss Consolidated Amended Complaint, is hereby GRANTED in part with leave to file an amended complaint within 30 days, and DENIED in part.  See Ruling on Motion to Dismiss Consolidated Amended Complaint (Doc. No. 175).

It is so ordered.

Dated this 17th day of April 2007 at Hartford, Connecticut.

                                              /s/AWT
                                    Alvin W. Thompson
                             United States District Judge