**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
IN RE XEROX CORPORATION ERISA :
LITIGATION                    :
                              : Civ. No. 3:02CV01138(AWT)
                              :
                              :
------------------------------x
```

## ORDER RE MOTION TO CERTIFY CLASS

In light of the court's ruling on the defendants' motions to dismiss, the Plaintiffs' Motion for Class Certification (Doc. No. 62) is hereby DENIED without prejudice. The court will discuss with the parties at a status conference the appropriate timing for filing a renewed motion.

It is so ordered.

Dated this 17th day of April 2007 at Hartford, Connecticut.

                              /s/AWT
                         Alvin W. Thompson
                      United States District Judge