**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) ) ) <u>CLASS ACTION</u> |
| This Document Relates to: | ) ) CERTIFICATE OF SERVICE ) |
| ALL ACTIONS | ) ) ) ) |

This is to certify that a copy of the foregoing document, entitled *Second Amended Consolidated Complaint* was mailed this 17th day of May, 2007, via U.S. First Class mail, to the following counsel of record:

**<u>Attorneys for Plaintiffs:</u>**
**<u>VIA ELECTRONIC MAIL</u>**

John F. McKenna
jmckenna@grmattorneys.com
Goodman, Rosenthal & McKenna, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Charles R. Watkins
John R. Wylie
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
Futterman Howard Watkins Wylie
 & Ashley
122 S. Michigan Ave., Ste 1850
Chicago IL 60603
Tel: 312-427-3600

Sherrie R. Savett
srs@bm.net
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365
Tel:  215-875-3000

Ellen Doyle
edoyle@mdfpc.com
Malakoff Doyle & Finberg, P.C.
The Frick Building
437 Grant Street, Suite 200
Pittsburgh, PA  15219-6003
Tel: (412) 281-8400

**VIA U.S. MAIL**

Daniel M. Harris
lawofficedh@yahoo.com
Law Offices of Daniel M. Harris
150 North Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel:  312-960-1802

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  610-667-7706

Brian McTigue
bmctigue@mctiguelaw.com
McTigue & Porter LLC
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC  20015
Tel: (202) 364-6900

Gary A. Gotto
ggotto@kellerrohrback.com
Keller Rohrback P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  (602) 248-0088

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**

Benjamin H. Green
bgreen@dreierllp.com
Dreier LLP
One Landmark Square
20th Floor
Stamford, CT  06901
Tel:  203-425-9500

Steven J. Sacher (ct24024)
sjsacher@jonesday.com
Jones Day Reavis & Pogue
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel:  202-879-5402

Stephen E. Baskin
sbaskin@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, Suite 900
Washington, DC  20005
Tel:  202-508-5800

William H. Boice
bboice@kilpatrickstockton.com
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4530
Tel:  404-815-6500

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
mth@hannafanlaw.com
bth@hannafanlaw.com
Hannafan & Hannafan
One East Wacker Drive, Suite 2710
Chicago, IL  60601
Tel: 312-527-0055

**VIA U.S. MAIL**

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT  06904

/s/
Elizabeth A. Leland
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900 / Fax (206) 623-3384