**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) ) ) ) ) ) ) ) | Master File No. 02-CV-1138 (AWT) |
| | | NOTICE OF CHANGE OF ADDRESS |
| This Document Relates to: | | |
| ALL ACTIONS | | May 24, 2007 |

**NOTICE OF CHANGE OF ADDRESS**

Steven Sacher (ct 24024), counsel of record in the above captioned case, has moved his practice to the following address:

> Steven J. Sacher, Esq.
> Jones Day
> 51 Louisiana Avenue, NW
> Washington, DC  20001
> Phone: (202) 879-5402
> Fax:   (202) 626-1700
> E-mail: sjsacher@jonesday.com

Pursuant to Local Rule 83.1(c)(3) the Clerk of this Court has been notified.

Respectfully Submitted,

_____
Steven J. Sacher, Esq. (ct 24024)
Jones Day
51 Louisiana Avenue, NW
Washington, DC  20001
Phone: (202) 879-5402
Fax:   (202) 626-1700
sjsacher@jonesday.com

Attorney for all Defendants except Myra R. Drucker