UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) Master File No. 02-CV-1138 (AWT) ) ) ) |
| This Document Relates to: | ) **CLASS ACTION** ) |
| ALL ACTIONS | ) June 8, 2007 ) ) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The Parties herby move this court for the entry of a scheduling order in the form attached hereto as Exhibit A. The parties have, through their attorneys, conferred and agreed to the schedule reflected in Exhibit A attached hereto.

Respectfully submitted,

THE PLAINTIFFS

By: /s/ John McKenna by BJ Green
John F. McKenna (ct00104)
Goodman, Rosenthal & McKenna, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
**Liaison Counsel for Plaintiffs**

THE DEFENDANTS

By: /s/ Ben Green
Benjamin Green (ct2332)
Dreier LLP
One Landmark Square
20th Floor
Stamford, CT 06901
**Local Counsel for All Defendants**

| | |
|---|---|
| Charles R. Watkins (admited pro hac vice)<br>Futterman Howard Watkins Wylie &<br>Ashley, Chtd.,<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>**Co-Lead Counsel for Plaintiffs** | Steven J. Sacher (ct24024)<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>202-879-5402<br>**Counsel for All Defendants except**<br>**Myra Drucker** |
| Lynn Sarko (admitted pro hac vice)<br>Laurie Ashton<br>Elizabeth Leland<br>Erin Riley<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>**Co-Lead Counsel for Plaintiffs** | Michael T. Hannafan (admitted pro hac vice)<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>**Counsel for Defendant Myra Drucker** |

## CERTIFICATE OF SERVICE

I herby certify that on June 8, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Counsel for Defendants:**
**VIA U.S. MAIL AND ELECTRONIC MAIL**

Steven J. Sacher, Esq.
**Jones Day**
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
202-879-5402
202-626-1700 (fax)
sjsacher@jonesday.com

Michael T Hannafan, Esq.
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
312-527-0055
312-527-0220 (fax)
mth@hannafanlaw.com

Steven E. Baskin, Esq.
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W., Suite 900
Washington, DC 20005-2018
202-508-5899
202-585-0044 (fax)
sbaskin@kilpatrickstockton.com

Benjamin H. Green, Esq.
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, CT 06901
203-425-9500
203-425-9595 (fax)
bgreen@dreierllp.com

**Counsel for Defendants:**
**VIA U.S. MAIL ONLY**
Michael D. Ryan, Esq.
Senior Counsel
**XEROX Corporation**
800 Long Ridge Road
Stamford, CT 06904

**Counsel for Plaintiffs:**
**VIA ELECTRONIC MAIL**

Charles R. Watkins, Esq.
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie & Ashley, Chtd.**
122 South Michigan Ave, Ste. 1850
Chicago, IL 60603
312-427-3600
312-427-1850 (fax)
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com

James Brian McTigue, Esq.
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
202-364-6900
202-364-9960 (fax)
bmctigue@mctiguelaw.com

John F. McKenna, Esq.
Rebecca B. Lamont, Esq.
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800
860-523-9235 (fax)
johnm@grmattorneys.com
rlamont@grmattorneys.com

Gary A. Gotto, Esq.
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
602-248-0088
602-248-2822 (fax)
ggotto@kellerrohrback.com

{00263019.DOC;}                                    4

**Counsel for Plaintiffs**
**VIA US MAIL ONLY**
Sherrie R. Savett, Esq.
Joy Clairmont, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
215-875-3000
215-875-4604 (fax)
srs@bm.net

Ellen Doyle, Esq.
**Malakoff Doyle & Finberg**
The Frick Building, Suite 200
Pittsburgh, PA 15219-6003
412-281-8400
412-281-3262 (fax)
edoyle@mdfpc.com

Daniel M. Harris, Esq.
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
312-960-1802
312-960-1936 (fax)
lawofficedh@yahoo.com

Joseph H. Meltzer, Esq.
**Schiffrin & Barroway Topaz & Kessler, LLP**
Three Bala Plaza East, Suite 400
610-667-7706
610-667-7056 (fax)
jmeltzer@sbclasslaw.com

_____
Benjamin H. Green