# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02 CV-1138 (AWT) ) |
| This Document Relates To: ALL ACTIONS. | ) CLASS ACTION ) ) May ___, 2007 ) ) |

### [PROPOSED] SCHEDULING ORDER

WHEREAS, the parties have conferred pursuant to Fed. R. Civ. P. 26(f) and have agreed upon the Proposed Pre-Trial Scheduling Order;

WHEREAS, the parties to this case, *In re Xerox Corporation ERISA Litigation*, Civil Action No. 02 CV-1138 (AWT) (the "ERISA Litigation"), have conducted a Planning Meeting, pursuant to Fed. R. Civ. P. 26(f) and Local Rule of Civil Procedure 26(f), and thereafter filed with the Court the required Report of Parties' Planning Meeting;

WHEREAS, the parties to the ERISA Litigation have agreed that, subject to this Court's approval, this Proposed Scheduling Order should govern this Litigation; and

WHEREAS, the Court recognizes that litigation of this size and complexity makes it difficult, if not impossible, to set immovable deadlines for the completion of various stages of the litigation;

US2000 9973079.3
NYI-3990325v1-2

NOW THEREFORE, the parties to the ERISA Litigation hereby stipulate and submit to the Court for approval the following schedule and deadlines, which, if approved, will govern the prosecution of the ERISA Litigation, subject to amendment: (i) by stipulation of the parties, subject to this Court's approval; (ii) by order of the Court, upon motion by one or more of the parties; or (iii) at any time at the discretion of the Court.

## I. AMENDED COMPLAINT AND RESPONSE THERETO

1. Plaintiffs' Amended Complaint is due May 17, 2007.

2. Defendants shall respond to the amended complaint on or before June 18, 2007.

## II. CLASS CERTIFICATION

1. Plaintiffs shall file their motion for class certification no later than July 9, 2007.

2. Defendants' opposition to Plaintiffs' motion for class certification shall be filed no later than November 9, 2007. If Defendants require additional time to conduct limited discovery related to class certification issues, the parties will meet and confer to discuss an appropriate adjustment for the filing of Defendants' opposition brief and for Plaintiffs' reply brief. If the parties cannot agree on such an adjustment, Defendants will seek the Court's assistance in determining the appropriate extension of the briefing schedule.

3. Plaintiffs' reply in support of their motion for class certification shall be filed no later than December 9, 2007.

## III. DISCOVERY

A.     **Initial Disclosures**

1.     The parties shall exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before July 10, 2007.

B.     **Fact Discovery**

1.     Defendants are in the process of producing documents in response to Plaintiffs' First Request for Production of Documents. The parties shall commence the remaining fact discovery as of June 19, 2007. The parties shall make reasonable efforts to minimize expenses and maximize efficiency in the production of documents and other tangible and electronic discovery materials.

2.     Subject to rulings on any objections and related motions, good faith production of all documents shall be completed no later than January 22, 2008.

3.     All fact discovery shall be completed no later than September 29, 2008, eight (8) months after the completion of document production.

4.     The parties shall not be required to respond to contention interrogatories until after the close of fact discovery.

5.     The twenty-five (25) interrogatory limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of seventy-five (75) interrogatories for each side.

6.     The ten (10) deposition limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of forty-two (42) depositions for each side.


## III. DISCOVERY

A.     **Initial Disclosures**

1.     The parties shall exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before July 10, 2007.

B.     **Fact Discovery**

1.     Defendants are in the process of producing documents in response to Plaintiffs' First Request for Production of Documents. The parties shall commence the remaining fact discovery as of June 19, 2007. The parties shall make reasonable efforts to minimize expenses and maximize efficiency in the production of documents and other tangible and electronic discovery materials.

2.     Subject to rulings on any objections and related motions, good faith production of all documents shall be completed no later than January 22, 2008.

3.     All fact discovery shall be completed no later than September 29, 2008, eight (8) months after the completion of document production.

4.     The parties shall not be required to respond to contention interrogatories until after the close of fact discovery.

5.     The twenty-five (25) interrogatory limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of seventy-five (75) interrogatories for each side.

6.     The ten (10) deposition limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of forty-two (42) depositions for each side.

7. The time limit on certain designated depositions shall be extended as follows: each side may designate up to seven (7) depositions to extend for eleven (11) hours; up to five (5) depositions to extend for nine (9) hours; and up to three (3) depositions to extend for eighteen (18) hours (the "Extended Depositions"). Notice of the depositions designated as Extended Depositions shall be made no later than five (5) business days prior to the scheduled deposition date.

8. The limits set forth in paragraphs 5 through 7 are based on good faith pre-discovery estimates. If either Party believes that further extensions are necessary, the parties will make a good faith effort to reach an agreement. In the absence of an agreement, the parties will submit the matter to the Court.

C. **Expert Discovery**

1. Plaintiffs shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within forty-five (45) days after the close of fact discovery.

2. Defendants shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within forty-five (45) days after the production of Plaintiffs' expert reports.

3. The depositions of the parties' experts are to be concluded within forty-five (45) days after the production of Defendants' expert reports.

4. The parties shall produce any rebuttal expert reports within thirty (30) days after the last deposition of the opposing party's expert(s).

## IV. DISPOSITIVE MOTIONS

1. Dispositive motions, if any, shall be filed no later than sixty (60) days after the close of fact and expert discovery.

2. Briefs in opposition to dispositive motions shall be filed no later than sixty (60) days after service of said motions. Reply briefs shall be filed within thirty (30) days thereafter.

## V. PRE-TRIAL ORDER

1. The submission of pre-trial memoranda and motions in limine will be scheduled once a trial date has been set by the Court.

2. A pre-trial conference in the ERISA Litigation will be scheduled once a trial date has been set by the Court.

3. Trial in the ERISA Litigation shall be scheduled after resolution of dispositive motions subject to the Court's trial calendar.

Respectfully submitted this ___ day of May, 2007.

KELLER ROHRBACK L.L.P.

By: *Elizabeth A. Leland*
Lynn Lincoln Sarko (ct23927)
Gary Gotto (ct23952)
Elizabeth A. Leland (phv01338)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
206-623-1900(Seattle)
602-248-0088 (Phoenix)
206-623-3384 (Seattle fax)
602-248-2822(Phoenix fax)
**Co-Lead Counsel for Plaintiffs**

JONES DAY

By: _____
Steven J. Sacher (ct24024)
Jones Day
51 Louisiana Ave., N.W.
Washington, DC  20001-2113
202-879-5402
202-626-1700 (fax)
**Counsel for Defendants**

US2000 9973079.3
NYI-3990325v4 2

| | |
|---|---|
| FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.<br><br>By: *Chuck Watkins* (By Elizabeth Ward, with permission)<br>Charles R. Watkins (ct23936)<br>John Wylie (ct23937)<br>FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>312-427-3600<br>312-427-1850 (fax)<br>**Co-Lead Counsel for Plaintiffs** | HANNAFAN & HANNAFAN, Ltd.<br><br>By: *Michael T. Hannafan*<br>Michael T. Hannafan (ct11859)<br>Blake T. Hannafan (ct24594)<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>**Counsel for Defendant Myra Drucker** |
| John F. McKenna, Esq. (ct00104)<br>GOODMAN, ROSENTHAL & MCKENNA, PC<br>977 Farmington Avenue, Suite 200<br>West Hartford, Connecticut 06107<br>860-231-2800<br>860-523-9235 (fax)<br>**Liaison Counsel** | Benjamin H. Green (ct05166)<br>DREIER LLP<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>203-425-9500<br>203-425-9595 (fax)<br>**Local Counsel for Defendants** |
| **Steering Committee Counsel:**<br>Daniel M. Harris<br>LAW OFFICES OF DANIEL M. HARRIS<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>312-960-1802<br>312-960-1936 (fax) | Michael D. Ryan<br>Senior Counsel<br>XEROX CORPORATION<br>800 Long Ridge Road<br>Stamford, CT 06904<br>**In-House Counsel for Xerox** |
| Sherrie Savett<br>Joy Clairmont<br>BERGER & MONTAGUE, P.C.<br>1622 Locus Street<br>Philadelphia, Pennsylvania 19103-6365<br>215-875-3040<br>215-875-4604 (fax) | |
| SCHIFFRIN & BARROWAY<br>Marc A. Topaz<br>Joseph H. Meltzer<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610-667-7706<br>610-667-7056 (fax) | |

US2000 9973079.3
NYI-3990325v+2

Ellen M. Doyle
MALAKOFF DOYLE
 & FINBERG, P.C.
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
412-481-8400
412-281-3262 (fax)

Brian McTigue
MCTIGUE LAW FIRM
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
202-364-6900
202-364-9960 (fax)

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing [Proposed] Scheduling Order, was served this ___ day of May, 2007, on the below-listed counsel in the manner indicated:

**Counsel for Defendants:**
**VIA U.S. MAIL AND ELECTRONIC MAIL**

| | |
|---|---|
| Steven J. Sacher<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>202-879-5402<br>202-626-1700 (fax)<br>sjsacher@jonesday.com | Michael T. Hannafan<br>Blake T. Hannafan<br>Hannafan & Hannafan, Ltd.<br>One East Wacker Dr., Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>mth@hannafanlaw.com |
| Stephen E. Baskin<br>Kilpatrick Stockton<br>607 14th Street, Suite 900<br>Washington, D.C. 20005<br>202-508-5899<br>202-585-0044 (fax)<br>sbaskin@kilpatrickstockton.com | Benjamin H. Green<br>Drier LLP<br>One Landmark Square, 20th Fl.<br>Stamford, CT 06901<br>203-425-9500<br>203-425-9595 (fax)<br>bgreen@dreierllp.com |

**Counsel for Defendants:**
**VIA U.S. MAIL ONLY**
Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT 06904

**Counsel for Plaintiffs:**
**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Charles R. Watkins<br>John R. Wylie<br>Futterman Howard Watkins Wylie &<br>Ashley, Chtd.<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>312-427-1850 (fax)<br>Cwatkins@futtermanhoward.com<br>jwylie@futtermanhoward.com<br>James Brian McTigue | John F. McKenna<br>Rebecca B. Lamont<br>Goodman, Rosenthal & McKenna<br>977 Farmington Ave., Suite 200<br>West Hartford, CT 06107<br>860-231-2800<br>860-523-9235 (fax)<br>johnm@grmattorneys.com<br>rlamont@grmattorneys.com<br><br>Gary A. Gotto |

US2000 9973079.3
NYI-3990325v12

McTigue Law Firm
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
202-364-6900
202-364-9960 (fax)
bmctigue@mctiguelaw.com

**Counsel for Plaintiffs:**
**VIA U.S. MAIL ONLY**
Sherrie R. Savett
Joy Clairmont
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
215-875-3000
215-875-4604 (fax)
(srs@bm.net)

Ellen Doyle
Malakoff Doyle & Finberg
The Frick Building
Suite 200
Pittsburgh, PA 15219-6003
412-281-8400
412-281-3262 (fax)
(edoyle@mdfpc.com)

Keller Rohrback P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
602-248-0088
602-248-2822 (fax)
ggotto@kellerrohrback.com

Daniel M. Harris
Law Offices of Daniel M. Harris
150 North Wacker Drive, Ste. 3000
Chicago, IL 60606
312-960-1802
312-960-1936 (fax)
(lawofficedh@yahoo.com)

Joseph H. Meltzer
Schiffrin Barroway Topaz & Kessler, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
610-667-7706
610-667-7056 (fax)
(jmeltzer@sbclasslaw.com)