UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02 CV-1138 (AWT) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS ACTION ) ) May ___, 2007 ) ) |

### [PROPOSED] SCHEDULING ORDER

WHEREAS, the parties have conferred pursuant to Fed. R. Civ. P. 26(f) and have agreed upon the Proposed Pre-Trial Scheduling Order;

WHEREAS, the parties to this case, *In re Xerox Corporation ERISA Litigation*, Civil Action No. 02 CV-1138 (AWT) (the "ERISA Litigation"), have conducted a Planning Meeting, pursuant to Fed. R. Civ. P. 26(f) and Local Rule of Civil Procedure 26(f), and thereafter filed with the Court the required Report of Parties' Planning Meeting;

WHEREAS, the parties to the ERISA Litigation have agreed that, subject to this Court's approval, this Proposed Scheduling Order should govern this Litigation; and

WHEREAS, the Court recognizes that litigation of this size and complexity makes it difficult, if not impossible, to set immovable deadlines for the completion of various stages of the litigation;

NOW THEREFORE, the parties to the ERISA Litigation hereby stipulate and submit to the Court for approval the following schedule and deadlines, which, if approved, will govern the prosecution of the ERISA Litigation, subject to amendment: (i) by stipulation of the parties, subject to this Court's approval; (ii) by order of the Court, upon motion by one or more of the parties; or (iii) at any time at the discretion of the Court.

## I. AMENDED COMPLAINT AND RESPONSE THERETO

1. Plaintiffs' Amended Complaint is due May 17, 2007.

2. Defendants shall respond to the amended complaint on or before June 18, 2007.

## II. CLASS CERTIFICATION

1. Plaintiffs shall file their motion for class certification no later than July 9, 2007.

2. Defendants' opposition to Plaintiffs' motion for class certification shall be filed no later than November 9, 2007. If Defendants require additional time to conduct limited discovery related to class certification issues, the parties will meet and confer to discuss an appropriate adjustment for the filing of Defendants' opposition brief and for Plaintiffs' reply brief. If the parties cannot agree on such an adjustment, Defendants will seek the Court's assistance in determining the appropriate extension of the briefing schedule.

3. Plaintiffs' reply in support of their motion for class certification shall be filed no later than December 9, 2007.

### III. DISCOVERY

A.  **Initial Disclosures**

1.  The parties shall exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before July 10, 2007.

B.  **Fact Discovery**

1.  Defendants are in the process of producing documents in response to Plaintiffs' First Request for Production of Documents. The parties shall commence the remaining fact discovery as of June 19, 2007. The parties shall make reasonable efforts to minimize expenses and maximize efficiency in the production of documents and other tangible and electronic discovery materials.

2.  Subject to rulings on any objections and related motions, good faith production of all documents shall be completed no later than January 22, 2008.

3.  All fact discovery shall be completed no later than September 29, 2008, eight (8) months after the completion of document production.

4.  The parties shall not be required to respond to contention interrogatories until after the close of fact discovery.

5.  The twenty-five (25) interrogatory limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of seventy-five (75) interrogatories for each side.

6.  The ten (10) deposition limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of forty-two (42) depositions for each side.

7. The time limit on certain designated depositions shall be extended as follows: each side may designate up to seven (7) depositions to extend for eleven (11) hours; up to five (5) depositions to extend for nine (9) hours; and up to three (3) depositions to extend for eighteen (18) hours (the "Extended Depositions"). Notice of the depositions designated as Extended Depositions shall be made no later than five (5) business days prior to the scheduled deposition date.

8. The limits set forth in paragraphs 5 through 7 are based on good faith pre-discovery estimates. If either Party believes that further extensions are necessary, the parties will make a good faith effort to reach an agreement. In the absence of an agreement, the parties will submit the matter to the Court.

C.  **Expert Discovery**

1. Plaintiffs shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within forty-five (45) days after the close of fact discovery.

2. Defendants shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within forty-five (45) days after the production of Plaintiffs' expert reports.

3. The depositions of the parties' experts are to be concluded within forty-five (45) days after the production of Defendants' expert reports.

4. The parties shall produce any rebuttal expert reports within thirty (30) days after the last deposition of the opposing party's expert(s).

## IV. DISPOSITIVE MOTIONS

1. Dispositive motions, if any, shall be filed no later than sixty (60) days after the close of fact and expert discovery.

2. Briefs in opposition to dispositive motions shall be filed no later than sixty (60) days after service of said motions. Reply briefs shall be filed within thirty (30) days thereafter.

## V. PRE-TRIAL ORDER

1. The submission of pre-trial memoranda and motions in limine will be scheduled once a trial date has been set by the Court.

2. A pre-trial conference in the ERISA Litigation will be scheduled once a trial date has been set by the Court.

3. Trial in the ERISA Litigation shall be scheduled after resolution of dispositive motions subject to the Court's trial calendar.

Respectfully submitted this ___ day of May, 2007.

KELLER ROHRBACK L.L.P.

By: *Elizabeth A. Leland*
Lynn Lincoln Sarko (ct23927)
Gary Gotto (ct23952)
Elizabeth A. Leland (phv01338)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
206-623-1900(Seattle)
602-248-0088 (Phoenix)
206-623-3384 (Seattle fax)
602-248-2822(Phoenix fax)
**Co-Lead Counsel for Plaintiffs**

JONES DAY

By: _____
Steven J. Sacher (ct24024)
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
202-879-5402
202-626-1700 (fax)
**Counsel for Defendants**

US2000 9973079.3
NYI-3990325v12

FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY, CHTD.

By: /s/ Chuck Watkins (By elizabeth with permission)
Charles R. Watkins (ct23936)
John Wylie (ct23937)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
312-427-3600
312-427-1850 (fax)
**Co-Lead Counsel for Plaintiffs**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
860-231-2800
860-523-9235 (fax)
**Liaison Counsel**

**Steering Committee Counsel:**
Daniel M. Harris
LAW OFFICES OF DANIEL M.
HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
312-960-1802
312-960-1936 (fax)

Sherrie Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, Pennsylvania 19103-6365
215-875-3040
215-875-4604 (fax)

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
610-667-7056 (fax)

HANNAFAN & HANNAFAN, Ltd.

By: /s/ Michael T. Hannafan
Michael T. Hannafan (ct11859)
Blake T. Hannafan (ct24594)
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601
312-527-0055
312-527-0220 (fax)
**Counsel for Defendant Myra Drucker**

Benjamin H. Green (ct05166)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
203-425-9500
203-425-9595 (fax)
**Local Counsel for Defendants**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

US2000 9973979.3
NYI-3990325v12

Ellen M. Doyle
MALAKOFF DOYLE
 & FINBERG, P.C.
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
412-481-8400
412-281-3262 (fax)

Brian McTigue
MCTIGUE LAW FIRM
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
202-364-6900
202-364-9960 (fax)

## ORDER

IT IS SO ORDERED.

Dated: June 12, 2007

_____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge