IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | Master File No. 02 CV-1138 (AWT) |
| This Document Relates To:  ALL ACTIONS | June 15, 2007 |

**MOTION FOR EXTENSION OF TIME**

Defendants in the above referenced matter hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file their response to the Second Consolidated Amended Complaint (the "Complaint"). Pursuant to the Scheduling Order entered by this Court on June 12, 2007, Defendants' response to the Complaint is due June 18, 2007. Defendants respectfully move that they be granted until July 18, 2007 to file their response. Such time is needed to permit the Defendants to review and analyze the Complaint and prepare their response thereto in light of the recent change in law firms of Defendants' counsel and the addition of associated counsel. This is Defendants' first motion to extend time to file a response to the Complaint.

In the interest of efficiency and judicial economy this motion also requests a modification to the briefing schedule connected with Plaintiffs' motion for class

{00265353.DOC;}
WAI-2832296v2

certification. In conferring with Plaintiffs' counsel regarding the extension requested above, Plaintiffs asked to adjust the due dates for the motions on class certification by an equal time period in order to maintain the timing schedule previously negotiated by the parties and to avoid a conflict with the extension of time sought by the Defendants. Defendants do not oppose, and accordingly move this court, pursuant to Local Rule 7(b), for the following extensions of time to file pleadings connected to Plaintiffs' motion for class certification:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | August 9, 2007 |
| Defendants' Opposition | December 10, 2007 |
| Plaintiffs' Reply | January 9, 2008 |

The parties respectfully request that all other provisions of the June 12, 2007 Scheduling Order remain in effect.

On June 13, 2007, counsel for the parties conferred regarding the request for extension of time contained in this motion and consented to the extensions contained herein.

WHEREFORE, the Defendants respectfully request that the grant the above-indicated extensions of time.

THE DEFENDANTS

By: /s/Benjamin H. Green

Benjamin H. Green (CT05166)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT 06901

Attorney for All Defendants

{00265353.DOC;}

- 3 -

WAI-2832296v2

## CERTIFICATE OF SERVICE

      I herby certify that on June 15, 2007, a copy of the foregoing was filed via Federal Express and served by mail to the parties below. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Counsel for Defendants:**
**VIA U.S. MAIL AND ELECTRONIC MAIL**

Steven J. Sacher, Esq.
**Jones Day**
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
202-879-5402
202-626-1700 (fax)
sjsacher@jonesday.com

Michael T Hannafan, Esq.
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
312-527-0055
312-527-0220 (fax)
mth@hannafanlaw.com

Steven E. Baskin, Esq.
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W., Suite 900
Washington, DC 20005-2018
202-508-5899
202-585-0044 (fax)
sbaskin@kilpatrickstockton.com

Benjamin H. Green, Esq.
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, CT 06901
203-425-9500
203-425-9595 (fax)
bgreen@dreierllp.com

**Counsel for Defendants:**
**VIA U.S. MAIL ONLY**
Michael D. Ryan, Esq.
Senior Counsel
**XEROX Corporation**
800 Long Ridge Road
Stamford, CT 06904

{00263026.DOC;}

**Counsel for Plaintiffs:**
**VIA ELECTRONIC MAIL**

Charles R. Watkins, Esq.
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie & Ashley, Chtd.**
122 South Michigan Ave, Ste. 1850
Chicago, IL 60603
312-427-3600
312-427-1850 (fax)
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com

James Brian McTigue, Esq.
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
202-364-6900
202-364-9960 (fax)
bmctigue@mctiguelaw.com

John F. McKenna, Esq.
Rebecca B. Lamont, Esq.
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800
860-523-9235 (fax)
johnm@grmattorneys.com
rlamont@grmattorneys.com

Gary A. Gotto, Esq.
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
602-248-0088
602-248-2822 (fax)
ggotto@kellerrohrback.com

**Counsel for Plaintiffs**
**VIA US MAIL ONLY**

Sherrie R. Savett, Esq.
Joy Clairmont, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
215-875-3000
215-875-4604 (fax)
srs@bm.net

Ellen Doyle, Esq.
**Malakoff Doyle & Finberg**
The Frick Building, Suite 200
Pittsburgh, PA 15219-6003
412-281-8400
412-281-3262 (fax)
edoyle@mdfpc.com

Daniel M. Harris, Esq.
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
312-960-1802
312-960-1936 (fax)
lawofficedh@yahoo.com

Joseph H. Meltzer, Esq.
**Schiffrin & Barroway Topaz & Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
610-667-7056 (fax)
jmeltzer@sbclasslaw.com

/s/ _____
Benjamin H. Green

{00263026.DOC;}