UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT) **CLASS ACTION** June 14, 2007 |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1 (d) and upon the accompanying affidavit of Evan Miller, the undersigned counsel, a member in good standing of the Bar of the District of Connecticut, hereby moves the Court to admit Evan Miller, an attorney who is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the defendants except Myra R. Drucker, in the trial of this action. In support of this motion undersigned counsel avers as follows:

1. Evan Miller is a member in good standing of the Bar of the District of Columbia; the U.S. Court of Appeals for the Eighth Circuit; and the U.S. District Courts for District of Columbia and Eastern District of Michigan.

2. Evan Miller is presently a partner in the law firm of Jones Day, and resident in its offices located at 51 Louisiana Avenue, Washington, DC, 20001; Tel. no (202) 879-3840, Fax no. (202) 626-1700; E mail emiller@jonesday.com.

3. Evan Miller has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has he been denied admission or disciplined by any other Court.

4. The granting of this motion will not require the modification of any scheduling order or the deadlines established by the standing order on scheduling in civil cases.

5. Evan Miller has fully reviewed and is familiar with the rules of the United States District Court for the District of Connecticut, and agrees to be subject to these Rules.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Evan Miller to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker.

>THE DEFENDANTS
>EXCEPT MYRA R. DRUCKER
>
>By _____
>Benjamin H. Green (CT05166)
>Dreier LLP
>One Landmark Square, 20th Floor
>Stamford, CT 06901
>Attorney for All Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) | Master File No. 02-CV-1138 (AWT) |
| ) This Document Relates to:  ) ) ) | **CLASS ACTION** |
| ALL ACTIONS  ) ) | June 11, 2007 |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Personally appeared, Evan Miller, to me known, who being duly sworn, did depose and say under oath the following:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained herein.

3. I am a member in good sanding of the Bars of the District of Columbia; the U.S. Court of Appeals for the Eighth Circuit; and the U.S. District Courts for District of Columbia and Eastern District of Michigan.

4. I am a member of the law firm of Jones Day, and resident in its offices located at 51 Louisiana Avenue, Washington, DC, 20001; Tel. no (202) 879-3840, Fax no. (202) 626-1700; E mail emiller@jonesday.com.

5. I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

{00262730.DOC;}
WAI-2831765v1

6. I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

7. I seek admission into the United Stated District Court for the District of Connecticut pro hac vice to represent all of the Defendants except Myra R Drucker in the above encaptioned action.

8. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at Washington, DC this 11th day of June 2007.

_____

Subscribed and sworn to before me, this 11th day of June 2007.

_____
Notary Public
My Commission Expires on

C. A. Kendall
Notary Public, District of Columbia
My Commission Expires March 31, 2011

{00262730.DOC;}
WAI-2831765v1

2