# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, ) ) ) | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: ) ) ) | <u>CLASS ACTION</u> |
| ALL ACTIONS ) | |

## <u>NOTICE OF FIRM NAME CHANGE</u>

PLEASE TAKE NOTICE that the McTigue Law Firm has changed its name to McTigue & Porter LLP.  All further reference to the firm in this matter should be to McTigue & Porter LLP.  This change does not affect the firm's mailing address, phone and fax numbers, nor does it affect its attorney's e-mail addresses.

Dated: June 26, 2007                                         Respectfully submitted,

                                                            /s/ J. Brian McTigue
                                                            J. Brian McTigue, Esq.
                                                            McTigue & Porter LLP
                                                            5301 Wisconsin Avenue, N.W., Suite 350
                                                            Washington, D.C.  20015
                                                            (202) 364-6900
                                                            bmctigue@mctiguelaw.com

                                                            Counsel for Plaintiff Cheryl L. Wright

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Notice of Firm Name Change** was sent this 26th day of June, 2007, via electronic mail or, as indicated, via U.S Mail, to the following counsel of record:

Charles R. Watkins, Esq.
John R. Wylie, Esq.
Futterman Howard Watkins Wylie & Ashley, Chtd.
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
Email: Cwatkins@futtermanhoward.com
Email: jwylie@futtermanhoward.com

Lynn Lincoln Sarko, Esq.
Erin M. Riley, Esq.
Derek W. Loeser, Esq.
Elizabeth A. Leland, Esq.
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: lsarko@kellerrohrback.com
Email: eriley@kellerrohrback.com
Email: dloeser@kellerrohrback.com
Email: bleland@kellerrohrback.com

John F. McKenna, Esq.
Goodman, Rosenthal & McKenna, PC
977 Farmington Avenue
Suite 200
West Hartford, CT 06107
Email: johnm@grmattorneys.com

Steven J. Sacher, Esq.
Jones Day
51 Louisiana Avenue, Northwest
Washington, DC 20005-2018
Email: sjsacher@jonesday.com

William H. Boice, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Email: bboice@kilpatrickstockton.com

Michael T. Hannafan
Blake T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Suite 1208
Chicago, IL 60601
Email: mth@hannafanlaw.com

Email: bth@hannafanlaw.com

Rebecca B. Lamont
Goodman, Rosenthal & McKenna
977 Farmington Avenue
Suite 200
West Hartford, CT 06107
Email: rlamont@grmattorneys.com

Evan Miller (U.S. Mail)
Kevin R. Noble
Jones Day
51 Louisiana Ave., NW
Washington, DC 20001
emiller@jonesday.com
krnoble@jonesday.com

Benjamin H. Green, Esq.
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Email: bgreen@dreierllp.com

Stephen E. Baskin
Kilpatrick Stockton
607 14th Street, Suite 900
Washington, DC 20005
Email: Sbaskin@KilpatrickStockton.com

Gary A. Gotto (U.S. Mail)
Keller Rohrback
3101 N. Central Ave.
Suite 900
Phoenix, AZ 85012


Date: June 26, 2007              /s/ J. Brian McTigue
                                 J. Brian McTigue, Esq.