**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, ) ) ) | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: ) ) ) | <u>CLASS ACTION</u> |
| ALL ACTIONS ) | |

**<u>NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD</u>**

PLEASE TAKE NOTICE that Bruce F. Rinaldi, an attorney of record for plaintiff Cheryl L. Wright and all others similarly situated, has ceased to be an attorney of record for plaintiff for the above-entitled case. Mr. Rinaldi is no longer with McTigue & Porter LLP.

Dated: June 26, 2007                    Respectfully submitted,

    /S/J. Brian McTigue
J. Brian McTigue, Esq.
McTigue & Porter LLP
5301 Wisconsin Avenue, N.W., Suite 350
Washington, D.C. 20015
(202) 364-6900
bmctigue@mctiguelaw.com

Counsel for Plaintiff Cheryl L. Wright

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) ) ) |
| | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | ) ) CLASS ACTION ) ) |
| ALL ACTIONS | ) |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Notice of Withdrawal of Attorney of Record** was sent this 26th day of June, 2007, via electronic mail or, as indicated, via U.S Mail, to the following counsel of record:

Charles R. Watkins, Esq.
John R. Wylie, Esq.
Futterman Howard Watkins Wylie & Ashley, Chtd.
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
Email: Cwatkins@futtermanhoward.com
Email: jwylie@futtermanhoward.com

Lynn Lincoln Sarko, Esq.
Erin M. Riley, Esq.
Derek W. Loeser, Esq.
Elizabeth A. Leland, Esq.
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Email: lsarko@kellerrohrback.com
Email: eriley@kellerrohrback.com
Email: dloeser@kellerrohrback.com
Email: bleland@kellerrohrback.com

John F. McKenna, Esq.
Goodman, Rosenthal & McKenna, PC
977 Farmington Avenue
Suite 200
West Hartford, CT 06107
Email: johnm@grmattorneys.com

Steven J. Sacher, Esq.
Jones Day
51 Louisiana Avenue, Northwest
Washington, DC 20005-2018
Email: sjsacher@jonesday.com

William H. Boice, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Email: bboice@kilpatrickstockton.com

| | |
|---|---|
| Michael T. Hannafan<br>Blake T. Hannafan<br>Michael T. Hannafan & Associates, Ltd.<br>One East Wacker Drive<br>Suite 1208<br>Chicago, IL 60601<br>Email: mth@hannafanlaw.com<br>Email: bth@hannafanlaw.com | Benjamin H. Green, Esq.<br>Dreier LLP<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Email: bgreen@dreierllp.com |
| Rebecca B. Lamont<br>Goodman, Rosenthal & McKenna<br>977 Farmington Avenue<br>Suite 200<br>West Hartford, CT 06107<br>Email: rlamont@grmattorneys.com | Stephen E. Baskin<br>Kilpatrick Stockton<br>607 14th Street, Suite 900<br>Washington, DC 20005<br>Email: Sbaskin@KilpatrickStockton.com |
| Evan Miller (U.S. Mail)<br>Kevin R. Noble<br>Jones Day<br>51 Louisiana Ave., NW<br>Washington, DC 20001<br>emiller@jonesday.com<br>krnoble@jonesday.com | Gary A. Gotto (U.S. Mail)<br>Keller Rohrback<br>3101 N. Central Ave.<br>Suite 900<br>Phoenix, AZ 85012<br><br>Alexander Perkins (U.S. Mail)<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101 |

Date: June 26, 2007         /s/ J. Brian McTigue
                            J. Brian McTigue, Esq.