UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT)<br><br>**CLASS ACTION** |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1 (d) and upon the accompanying affidavit of Benjamin H. Green, the undersigned counsel, a member in good standing of the Bar of the District of Connecticut, hereby moves the Court to admit Aviva Warter Sisitsky, an attorney who is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the defendants except Myra R. Drucker, in the trial of this action. In support of this motion undersigned counsel avers as follows:

1. Aviva Warter Sisitsky is a member in good standing of the Bars of New York, New Jersey, and the United States District Courts for the Districts of New York and New Jersey.

{00268956.DOC;}

2. Aviva Warter Sisitsky is presently an associate at the law firm of Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No 212.326.3939; Fax No. 212.755.7306; E mail aswarter@jonesday.com.

3. Aviva Warter Sisitsky has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has she been denied admission or disciplined by any other Court.

4. The granting of this motion will not require the modification of any scheduling order or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Aviva Warter Sisitsky to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker.

THE DEFENDANTS
EXCEPT MYRA R. DRUCKER

By _____
Benjamin H. Green (CT05166)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Attorney for All Defendants

{00268956.DOC;}

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT)  **CLASS ACTION** |

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

Personally appeared, Aviva Warter Sisitsky, to me known, who being duly sworn, did depose and say under oath the following:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained herein.

3. I am a member in good standing of the Bars of New York, New Jersey, and the United States District Courts for the Districts of New York and New Jersey.

4. I am an associate at the law firm Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No. 212.326.3939; Fax No. 212.755.7306; Email aswarter@jonesday.com.

5. I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

6. I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

NYI-3998110v1

7. I seek admission into the United Stated District Court for the District of Connecticut pro hac vice to represent all of the Defendants except Myra R. Drucker in the above captioned action.

8. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at New York, NY, this 21st day of June 2007

Subscribed and sworn to before me, this 21st day of June 2007.

Notary Public
My Commission Expires on



## CERTIFICATE OF SERVICE

I herby certify that on June 29, 2007, a copy of the foregoing was filed via Federal Express and served as indicated to the parties below.

**Counsel for Defendants:**
VIA U.S. MAIL AND ELECTRONIC MAIL

Steven J. Sacher, Esq.
**Jones Day**
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
202-879-5402
202-626-1700 (fax)
sjsacher@jonesday.com

Michael T Hannafan, Esq.
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
312-527-0055
312-527-0220 (fax)
mth@hannafanlaw.com

Steven E. Baskin, Esq.
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W., Suite 900
Washington, DC 20005-2018
202-508-5899
202-585-0044 (fax)
sbaskin@kilpatrickstockton.com

Benjamin H. Green, Esq.
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, CT 06901
203-425-9500
203-425-9595 (fax)
bgreen@dreierllp.com

**Counsel for Defendants:**
VIA U.S. MAIL ONLY
Michael D. Ryan, Esq.
Senior Counsel
**XEROX Corporation**
800 Long Ridge Road
Stamford, CT 06904

{00263026.DOC;}

**Counsel for Plaintiffs:**
**VIA ELECTRONIC MAIL**

Charles R. Watkins, Esq.
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie & Ashley, Chtd.**
122 South Michigan Ave, Ste. 1850
Chicago, IL 60603
312-427-3600
312-427-1850 (fax)
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com

John F. McKenna, Esq.
Rebecca B. Lamont, Esq.
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800
860-523-9235 (fax)
johnm@grmattorneys.com
rlamont@grmattorneys.com

James Brian McTigue, Esq.
**McTigue Law Firm**
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
202-364-6900
202-364-9960 (fax)
bmctigue@mctiguelaw.com

Gary A. Gotto, Esq.
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012-2600
602-248-0088
602-248-2822 (fax)
ggotto@kellerrohrback.com

**Counsel for Plaintiffs**
**VIA US MAIL ONLY**

Sherrie R. Savett, Esq.
Joy Clairmont, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
215-875-3000
215-875-4604 (fax)
srs@bm.net

Daniel M. Harris, Esq.
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
312-960-1802
312-960-1936 (fax)
lawofficedh@yahoo.com

Ellen Doyle, Esq.
**Malakoff Doyle & Finberg**
The Frick Building, Suite 200
Pittsburgh, PA 15219-6003
412-281-8400
412-281-3262 (fax)
edoyle@mdfpc.com

Joseph H. Meltzer, Esq.
**Schiffrin & Barroway Topaz & Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
610-667-7056 (fax)
jmeltzer@sbclasslaw.com

_____
Benjamin H. Green

{00263026.DOC;}