UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT) **CLASS ACTION** July 10, 2007 |

## NOTICE OF APPEARANCE

Please enter the Appearance of Frances Codd Slusarz on behalf of the defendants, in the above captioned matter.

THE DEFENDANTS

By     /s/
Frances Codd Slusarz (CT 24442)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Phone: (203) 425-9500
Fax: (203) 425-9595
jrapuano@dreierllp.com

*Attorney for All Defendants*

{00270859.DOC;}

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| John F. McKenna, Esq.<br>Rebecca B. Lamont, Esq.<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107 | Charles R. Watkins, Esq.<br>**Futterman Howard Watkins Wylie & Ashley, Chtd.**<br>122 South Michigan Ave, Ste. 1850<br>Chicago, IL 60603 |
| Daniel M. Harris, Esq.<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Laurie Ashton, Esq.<br>**Keller Rohrback, P.L.C.**<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012-2600 |
| Joseph H. Meltzer, Esq.<br>**Schiffrin & Barroway, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Sherrie R. Savett, Esq.<br>Stuart Guber, Esq.<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 |
| Michael D. Ryan, Esq.<br>Senior Counsel<br>**Xerox Corporation**<br>800 Long Ridge Road<br>Stamford, CT 06904 | J. Brian McTigue, Esq.<br>Bruce F. Rinaldi, Esq.<br>**McTigue Law Firm**<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015 |
| Steven J. Sacher, Esq.<br>David Pickle, Esq.<br>**Kilpatrick Stockton LLP**<br>607 – 14th Street, N.W.<br>Suite 900<br>Washington, DC 20005-2018 | Michael T Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>**Michael T. Hannafan & Associates, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601 |

| William H. Boice, Esq.<br>Ellen Doyle, Esq.<br>**Kilpatrick Stockton**<br>1100 Peachtree St., Ste. 2800<br>Atlanta, GA 30309 | Derek W. Loeser, Esq.<br>Lynn Sarko, Esq.<br>Erin Riley, Esq.<br>Alexander Perkins, Esq.<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 |

                              /s/
                         Frances Codd Slusarz

{00270859.DOC;}