UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ) <br> ERISA LITIGATION ) <br> ) <br> ) <br> ——————————————————————) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL ACTIONS ) | Master File No. <br> 02-CV-1138(AWT) <br><br> <u>CLASS ACTION</u> <br><br> July 12, 2007 |

**UNOPPOSED MOTION OF DEFENDANT MYRA DRUCKER FOR
EXTENSION OF TIME TO FILE INITIAL DISCLOSURES AND ANSWER**

Defendant Myra Drucker hereby moves this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to and including July 25, 2007, to file her Rule 26(a)(1) initial disclosures and Answer to the Second Consolidated Amended Complaint (the "Complaint"). Pursuant to the modified Scheduling Order entered by this Court, Ms. Drucker's initial disclosures were due to be served on July 10, 2007 and her Answer to the Complaint is due to be filed on July 18, 2007. Such time is needed to permit Ms. Drucker's counsel to personally meet with her and adequately prepare her responses. This is Ms. Drucker's first motion to extend time to file Rule 26(a)(1) initial disclosures and second request for an extension of time to answer the Complaint.

On July 10, 2007, lead Chicago counsel for Ms. Drucker, Michael T. Hannafan, telephoned Charles Watkins, one of plaintiffs' Co-Lead Counsel, and asked him if

{00271956.DOC;}

plaintiffs would object to Ms. Drucker's Motion for Extension of Time. Later in the day, Mr. Watkins told Mr. Hannafan that plaintiffs had no objection and would not oppose this Motion provided none of the dates under the Court's Modified Scheduling Order will be affected by the granting of this Motion.

WHEREFORE, Defendant Myra Drucker respectfully requests that the Court grant her an extension of time to serve her Rule 26(a)(1) initial disclosures and to file her Answer to the Complaint to and including July 25, 2007.

Dated: July 12, 2007

Respectfully submitted,

_____/s/_____
Benjamin H. Green (ct2332)
Frances Codd Slusarz (ct 24442)
Joanne Rapuano (ct27102)
Dreier LLP
1 Landmark Square
Stamford, CT 06901
(203) 425-9500

Michael T. Hannafan (ct11859)
Blake T. Hannafan (ct24594)
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
(312) 527-0055

Attorneys for Defendant Myra R. Drucker

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, a copy of the foregoing was served by electronic mail and regular U.S. First Class mail to the following:

| | |
|---|---|
| **Stephen E. Baskin**<br>Kilpatrick Stockton<br>607 14th Street, Suite 900<br>Washington, DC 20005<br>202-508-5899<br>202-585-0044 (fax)<br>SBaskin@KilpatrickStockton.com<br><br>**William H. Boice**<br>Kilpatrick Stockton<br>1100 Peachtree St.<br>Ste. 2800<br>Atlanta, GA 30309-4530<br>404-815-6464<br>404-541-3134 (fax)<br>bboice@kilpatrickstockton.com<br><br>**Blake T. Hannafan**<br>Michael T. Hannafan & Assoc<br>One East Wacker Dr.<br>Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>bth@hannafanlaw.com<br><br>**Michael T. Hannafan**<br>Michael T. Hannafan & Assoc<br>One East Wacker Dr.<br>Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>mth@hannafanlaw.com | **Gary A. Gotto**<br>Keller Rohrback<br>3101 N. Central Ave.<br>Suite 900<br>Phoenix, AZ 85012<br>Phone: 602.230.6322<br>Fax: 602.248.2822<br>ggotto@kellerrohrback.com<br><br>**Benjamin H. Green**<br>Drier LLP<br>One Landmark Sq., 20th Fl.<br>Stamford, CT 06901<br>203-425-9500<br>203-425-9595 (fax)<br>bgreen@dreierllp.com<br><br>**Rebecca B. Lamont**<br>Goodman, Rosenthal & McKenna<br>977 Farmington Ave.<br>Suite 200<br>West Hartford, CT 06107<br>860-231-2800<br>860-523-9235 (fax)<br>rlamont@grmattorneys.com<br><br>**Elizabeth A. Leland**<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101<br>206-623-3384<br>206-623-3384 (fax)<br>bleland@kellerrohrback.com |

| | |
|---|---|
| **Derek W. Loeser**<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101<br>206-224-7562<br>206-623-3384 (fax)<br>dloeser@kellerrohrback.com<br><br>**John F. McKenna**<br>Goodman, Rosenthal & McKenna<br>977 Farmington Ave.<br>Suite 200<br>West Hartford, CT 06107<br>860-231-2800<br>860-523-9235 (fax)<br>johnm@grmattorneys.com<br><br>**Kevin R. Noble**<br>Jones Day-DC<br>51 Louisiana Ave., NW<br>Washington, DC 20001-2113<br>202-879-3882<br>202-626-1700 (fax)<br>krnoble@jonesday.com<br><br>**Erin M. Riley**<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>206-623-3384 (fax)<br>eriley@kellerrohrback.com<br><br>**Gary D. Shapiro**<br>Jones Day - NY<br>222 East 41st Street<br>New York, NY 10017-6702<br>212-326-3939 | **James Brian McTigue**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>bmctigue@mctiguelaw.com<br><br>**Evan Miller**<br>Jones Day-DC<br>51 Louisiana Ave., NW<br>Washington, DC 20001-2113<br>202-879-3840<br>202-626-1700 (fax)<br>emiller@jonesday.com<br><br>**Steven J. Sacher**<br>Jones Day-DC<br>51 Louisiana Ave., NW<br>Washington, DC 20001-2113<br>202-879-5402<br>202-626-1700 (fax)<br>sjsacher@jonesday.com<br><br>**Lynn Lincoln Sarko**<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>206-623-3384 (fax)<br>lsarko@kellerrohrback.com<br><br>**Jayant W. Tambe**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>212-326-3939<br>212-755-7306 (fax)<br>jtambe@jonesday.com |

| | |
|---|---|
| 212-755-7306 (fax)<br>gshapiro@jonesday.com<br><br>**Aviva W. Sisitsky**<br>Jones Day - NY<br>222 East 41st Street<br>New York, NY 10017-6702<br>212-326-3939<br>212-755-7306 (fax)<br>aswarter@jonesday.com<br><br>**Cornish Hitchcock**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>chitchcock@mctiguelaw.com<br><br>**Jennifer Strouf**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>jstrouf@mctiguelaw.com | **Charles R. Watkins**<br>Futterman Howard Watkins Wylie & Ashley, Chtd.<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>Cwatkins@futtermanhoward.com<br><br>**John R. Wylie**<br>Futterman Howard Watkins Wylie & Ashley, Chtd.<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>312-427-1850 (fax)<br>jwylie@futtermanhoward.com<br><br>**David Bond**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>dbond@mctiguelaw.com |

                                /s/
                        Benjamin Green