# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 02-cv-1138 (AWT)

This Document Relates to: ALL ACTIONS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

In re Xerox Corporation ERISA Litigation

June 21, 2007
**Date**

PHV01959
**Connecticut Federal Bar Number**

202-879-3882
**Telephone Number**

202-626-1700
**Fax Number**

krnoble@jonesday.com
**E-mail address**

*[Signature]*
**Signature**

Kevin Noble
**Print Clearly or Type Name**

51 Louisiana Avenue, N.W.
**Address**

Washington, D.C. 20001

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a copy of the foregoing was served by electronic mail. Notice of this filing will be sent by email to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic filing. Parties many access this filing through the Court's CM/ECF System.

| | |
|---|---|
| **Stephen E. Baskin**<br>Kilpatrick Stockton<br>607 14th Street, Suite 900<br>Washington, DC 20005<br>202-508-5899<br>202-585-0044 (fax)<br>SBaskin@KilpatrickStockton.com | **Gary A. Gotto**<br>Keller Rohrback<br>3101 N. Central Ave.<br>Suite 900<br>Phoenix, AZ 85012<br>Phone: 602.230.6322<br>Fax: 602.248.2822<br>ggotto@kellerrohrback.com |
| **William H. Boice**<br>Kilpatrick Stockton<br>1100 Peachtree St.<br>Ste. 2800<br>Atlanta, GA 30309-4530<br>404-815-6464<br>404-541-3134 (fax)<br>bboice@kilpatrickstockton.com | **Benjamin H. Green**<br>Drier LLP<br>One Landmark Sq., 20th Fl.<br>Stamford, CT 06901<br>203-425-9500<br>203-425-9595 (fax)<br>bgreen@dreierllp.com |
| **Blake T. Hannafan**<br>Michael T. Hannafan & Assoc<br>One East Wacker Dr.<br>Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>bth@hannafanlaw.com | **Rebecca B. Lamont**<br>Goodman, Rosenthal & McKenna<br>977 Farmington Ave.<br>Suite 200<br>West Hartford, CT 06107<br>860-231-2800<br>860-523-9235 (fax)<br>rlamont@grmattorneys.com |
| **Michael T. Hannafan**<br>Michael T. Hannafan & Assoc<br>One East Wacker Dr.<br>Suite 1208<br>Chicago, IL 60601<br>312-527-0055<br>312-527-0220 (fax)<br>mth@hannafanlaw.com | **Elizabeth A. Leland**<br>Keller, Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101<br>206-623-3384<br>206-623-3384 (fax)<br>bleland@kellerrohrback.com |

**Derek W. Loeser**
Keller, Rohrback
1201 Third Ave.
Suite 3200
Seattle, WA 98101
206-224-7562
206-623-3384 (fax)
dloeser@kellerrohrback.com

**John F. McKenna**
Goodman, Rosenthal & McKenna
977 Farmington Ave.
Suite 200
West Hartford, CT 06107
860-231-2800
860-523-9235 (fax)
johnm@grmattorneys.com

**Kevin R. Noble**
Jones Day-DC
51 Louisiana Ave., NW
Washington, DC 20001-2113
202-879-3882
202-626-1700 (fax)
krnoble@jonesday.com

**Erin M. Riley**
Keller, Rohrback
1201 Third Ave.
Suite 3200
Seattle, WA 98101
206-623-1900
206-623-3384 (fax)
eriley@kellerrohrback.com

**Gary D. Shapiro**
Jones Day - NY
222 East 41st Street
New York, NY 10017-6702
212-326-3939
212-755-7306 (fax)
gshapiro@jonesday.com

**James Brian McTigue**
McTigue & Porter LLP
5301 Wisconsin Ave., NW, Suite 350
Washington, DC 20015
202-364-6900
202-364-9960 (fax)
bmctigue@mctiguelaw.com

**Evan Miller**
Jones Day-DC
51 Louisiana Ave., NW
Washington, DC 20001-2113
202-879-3840
202-626-1700 (fax)
emiller@jonesday.com

**Steven J. Sacher**
Jones Day-DC
51 Louisiana Ave., NW
Washington, DC 20001-2113
202-879-5402
202-626-1700 (fax)
sjsacher@jonesday.com

**Lynn Lincoln Sarko**
Keller, Rohrback
1201 Third Ave.
Suite 3200
Seattle, WA 98101
206-623-1900
206-623-3384 (fax)
lsarko@kellerrohrback.com

**Jayant W. Tambe**
Jones Day
222 East 41st Street
New York, NY 10017
212-326-3939
212-755-7306 (fax)
jtambe@jonesday.com

| | |
|---|---|
| **Aviva W. Sisitsky**<br>Jones Day - NY<br>222 East 41st Street<br>New York, NY 10017-6702<br>212-326-3939<br>212-755-7306 (fax)<br>aswarter@jonesday.com<br><br>**Cornish Hitchcock**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>chitchcock@mctiguelaw.com<br><br>**Jennifer Strouf**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>jstrouf@mctiguelaw.com | **Charles R. Watkins**<br>Futterman Howard Watkins Wylie &<br>Ashley, Chtd.<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>Cwatkins@futtermanhoward.com<br><br>**John R. Wylie**<br>Futterman Howard Watkins Wylie &<br>Ashley, Chtd.<br>122 S. Michigan Ave., Ste 1850<br>Chicago, IL 60603<br>312-427-3600<br>312-427-1850 (fax)<br>jwylie@futtermanhoward.com<br><br>**David Bond**<br>McTigue & Porter LLP<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015<br>202-364-6900<br>202-364-9960 (fax)<br>dbond@mctiguelaw.com |

                                                    /s/
                                            Benjamin Green

{00273058.DOC;}