IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) This Document Relates To:   ) ) ALL ACTIONS   ) ) | Master File No. 02 CV-1138 (AWT)  July 18, 2007 |

**DEFENDANTS' (EXCEPT MYRA DRUCKER)
PARTIAL MOTION TO DISMISS
THE SECOND CONSOLIDATED AMENDED COMPLAINT**

Defendants (except Myra Drucker)[1] submit this partial motion to dismiss the Second Consolidated Amended Complaint ("SCAC") pursuant to Rules 8(a), 12(b)(6) and 65 of the Federal Rules of Civil Procedure (the "Rules").  In particular, this motion seeks to dismiss:  (1) Count I for failure to adequately plead a claim against the alleged "Plan Administrator Defendants" for fiduciary breach in connection with asset management, (2) Counts I-III for failure adequately to plead co-fiduciary liability against all Defendants, and (3) Plaintiffs' prayer for injunctive relief against all Defendants.

**REQUEST FOR ORAL ARGUMENT**

Defendants request an oral hearing on this motion to dismiss.

---

[1] Specifically, Xerox Corporation, Lawrence Becker, Sally Conkright, Patricia Nazemetz, Arlyn Kaster, Kathleen Russell, William Strusz, William Roscoe, Lance Davis, Gregory Tayler, Christina Clayton, Gary Kaburek, Lawrence Zimmerman, Paul Allaire, Anne Mulcahy, William Buehler, Barry Romeril, B.R. Inman, Vernon Jordan, Hilmar Kopper, George Mitchell, N.J. Nicholas, Patricia Russo, Martha Seger, Thomas Theobald and Richard Thoman.

{00273729.DOC;}

ALL DEFENDANTS
(EXCEPT MYRA DRUCKER)


By:       /s/ Steven J. Sacher
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin R. Noble (phv01959)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
Gary D. Shapiro (phv01991)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Benjamin Green  (ct05166)
Frances Codd Slusarz (ct24442)
DREIER LLP
One Landmark Square, 20th Floor
Telephone:  (203) 425-9500
Facsimile:  (203) 425-9595

{00273729.DOC;}

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| John F. McKenna, Esq.<br>Rebecca B. Lamont, Esq.<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107 | Charles R. Watkins, Esq.<br>**Futterman Howard Watkins Wylie & Ashley, Chtd.**<br>122 South Michigan Ave, Ste. 1850<br>Chicago, IL 60603 |
| Daniel M. Harris, Esq.<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Laurie Ashton, Esq.<br>**Keller Rohrback, P.L.C.**<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012-2600 |
| Joseph H. Meltzer, Esq.<br>**Schiffrin & Barroway, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Sherrie R. Savett, Esq.<br>Stuart Guber, Esq.<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365 |
| Michael D. Ryan, Esq.<br>Senior Counsel<br>**Xerox Corporation**<br>800 Long Ridge Road<br>Stamford, CT 06904 | J. Brian McTigue, Esq.<br>Bruce F. Rinaldi, Esq.<br>**McTigue Law Firm**<br>5301 Wisconsin Ave., NW, Suite 350<br>Washington, DC 20015 |
| Steven J. Sacher, Esq.<br>David Pickle, Esq.<br>**Kilpatrick Stockton LLP**<br>607 – 14th Street, N.W.<br>Suite 900<br>Washington, DC 20005-2018 | Michael T Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>**Michael T. Hannafan & Associates, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601 |

{00273729.DOC;}

| | |
|---|---|
| William H. Boice, Esq.<br>Ellen Doyle, Esq.<br>**Kilpatrick Stockton**<br>1100 Peachtree St., Ste. 2800<br>Atlanta, GA 30309 | Derek W. Loeser, Esq.<br>Lynn Sarko, Esq.<br>Erin Riley, Esq.<br>Alexander Perkins, Esq.<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052 |

      /s/ Frances Codd Slusarz
Frances Codd Slusarz