IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **IN RE XEROX CORPORATION ERISA LITIGATION** ) ) ) ) ) ) **This Document Relates To:** ) ) **ALL ACTIONS** ) ) ) | **Master File No. 02 CV-1138 (AWT)** <br><br> July 18, 2007 |

### DECLARATION OF KEVIN NOBLE IN SUPPORT OF THE MEMORANDUM IN SUPPORT OF DEFENDANTS' (EXCEPT MYRA DRUCKER) PARTIAL MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

I, Kevin Noble, declare the following under penalty of perjury under the laws of the United States:

1. I am an attorney with the law firm Jones Day, counsel to Defendants (except Myra Drucker), in the above-captioned action. I submit this declaration to put before the Court true and correct copies of certain documents that are pertinent to the Memorandum In Support Of Defendants' (except Myra Drucker) Partial Motion To Dismiss The Second Consolidated Amended Complaint.

2. I attach hereto as Exhibit 1 a true and correct copy of a computer-generated "blackline" comparison of the Consolidated Amended Complaint, dated November 15, 2002, and the Second Consolidated Amended Complaint, dated May 17, 2007.

3. I attach hereto as Exhibit 2 a true and correct copy of this Court's April 17, 2007 Opinion, *In re Xerox Corp. ERISA Litig.*, 483 F. Supp. 2d 206 (D. Conn. 2007).

    4.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 18, 2007
                Washington, DC

                        *s/ Kevin Noble* _____
                        Kevin Noble (phv01959)
                        Jones Day
                        51 Louisiana Ave., NW
                        Washington, DC 20001
                        Tel: 202-879-3882
                        Fax: 202-626-1700
                        krnoble@jonesday.com