UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS | |

## AMENDED CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2007, I caused the (1) Defendants' Partial Motion to Dismiss The Second Consolidated Amended Complaint, (2) Declaration of Kevin Noble with exhibits thereto and (3) Memorandum of Law In Support of Defendants' Partial Motion to Dismiss the Second Consolidated Amended Complaint to be served electronically by ECF and by first class mail on anyone unable to accept electronic filing, as indicated on the Notice of Electronic filing, upon the following counsel:

**Attorneys for Defendants:**

Steven J. Sacher
sjsacher@jonesday.com
Evan Miller
Kevin Noble
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe
jtambe@jonesday.com
Aviva Warter Sisitsky
Gary Shapiro
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: 312-527-0055

Michael D. Ryan, Esq.
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904

**Attorneys for Plaintiffs:**

John F. McKenna
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
**Futterman Howard Watkins Wylie
  & Ashley**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Sherrie R. Savett
srs@bm.net
Joy Clairmont
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
**Schiffrin Barroway Topaz & Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087

Brian McTigue
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Elizabeth A. Leland
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

Gary A. Gotto
ggotto@kellerrohrback.com
**Keller Rohrback P.L.C.**
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802

Ellen Doyle
edoyle@mdfpc.com
**Malakoff Doyle & Finberg, P.C.**
The Frick Building
437 Grant Street, Suite 200
Pittsburgh, PA 15219-6003
Tel: 412-281-8400

I declare under penalty of perjury that the foregoing is true and correct.

This 19th day of July, 2007

/s/ Frances Codd Slusarz
Frances Codd Slusarz