# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
|  | ) | CASE NUMBER:    Master File No. 02 CV-1138 (AWT) |
| **This Document Relates To:** | ) |  |
|  | ) |  |
| **ALL ACTIONS** | ) |  |
| _____ | ) |  |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    all Defendants except for Myra Drucker

| | |
|---|---|
| July 24, 2007 | *Signature* |
| **Date** | **Signature** |
| phv01990 | Aviva Warter Sisitsky |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name**  Jones Day |
| (212) 326-3939 | 222 East 41st Street |
| **Telephone Number** | **Address** |
| (212) 755-7306 | New York, NY 10017-6702 |
| **Fax Number** | |
| aswarter@jonesday.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001