# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS )<br>) | **APPEARANCE**<br><br>CASE NUMBER:  Master File No. 02 CV-1138 (AWT) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    all Defendants except for Myra Drucker

July 24, 2007
_____
**Date**

ct15992
_____
**Connecticut Federal Bar Number**

(212) 326-3939
_____
**Telephone Number**

(212) 755-7306
_____
**Fax Number**

jtambe@jonesday.com
_____
**E-mail address**

_____
Signature

Jayant W. Tambe
_____
Print Clearly or Type Name

Jones Day
222 East 41st Street
_____
Address

New York, NY 10017-6702
_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001