IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) Master File No. 02 CV-1138 (AWT) <br><br> July 26, 2007 |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS'
PARTIAL MOTION TO DISMISS SECOND AMENDED
CONSOLIDATED COMPLAINT**

Plaintiffs in the above-referenced matter hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file memoranda in opposition to Defendants' Partial Motion to Dismiss Second Consolidated Amended Complaint (the "Motion to Dismiss") filed by Defendants on July 18, 2007.

Pursuant to LR Rule 7(a)(1), memoranda in opposition to any motion shall be filed within twenty-one (21) days from the filing of the motion. Plaintiffs respectfully move that they be granted forty-five (45) days, from date of the motion, to and including Friday, August 31, 2007, to file their memorandum in opposition to the Motion to Dismiss.

On July 23, 2007, counsel for the parties conferred regarding Plaintiffs' request for the extension of time contained in this motion and Defense counsel do not object.

This is the first motion by Plaintiffs to extend time to file a response to the Motion to Dismiss.

Pursuant to LR Rule 7(d), any reply brief must be filed within ten (10) days of the filing of the responsive brief to which reply is being made. To the extent Defendants will require an

extension of time for their reply, the parties have agreed Defendants will move separately for such relief without objection by Plaintiffs.

Plaintiffs respectfully request that all other provisions of the June 12, 2007 Scheduling Order remain in effect.

WHEREFORE, Plaintiffs move this Court for the above-indicated extensions of time.

Respectfully submitted this 26th day of July, 2007.

        KELLER ROHRBACK L.L.P.


        By: /s/ Elizabeth A. Leland
        Lynn Lincoln Sarko (ct23927)
        Gary Gotto (ct23952)
        Elizabeth A. Leland (phv01338)
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
        206-623-1900 (Seattle)
        602-248-0088 (Phoenix)
        206-623-3384 (Seattle fax)
        602-248-2822 (Phoenix fax)
        **Co-Lead Counsel for Plaintiffs**

        Charles R. Watkins (ct23936)
        John Wylie (ct23937)
        FUTTERMAN HOWARD WATKINS
        WYLIE & ASHLEY, CHTD.
        122 South Michigan Avenue, Suite 1850
        Chicago, Illinois 60603
        Tel: 312-427-3600
        Fax: 312-427-1850
        **Co-Lead Counsel for Plaintiffs**


        John F. McKenna, Esq. (ct00104)
        GOODMAN, ROSENTHAL &
        MCKENNA, PC
        977 Farmington Avenue, Suite 200
        West Hartford, Connecticut 06107
        Tel: 860-231-2800
        Fax: 860-523-9235
        **Liaison Counsel**

**Steering Committee Counsel:**
Daniel M. Harris
LAW OFFICES OF DANIEL M.
HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
Tel: 312-960-1802
Fax: 312-960-1936

Sherrie Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, Pennsylvania  19103-6365
Tel: 215-875-3040
Fax: 215-875-4604

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

Ellen M. Doyle
MALAKOFF DOYLE
  & FINBERG, P.C.
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219
Tel: 412-481-8400
Fax: 412-281-3262

Brian McTigue
MCTIGUE & PORTER LLP
5513 Connecticut Ave., Suite 2200
Washington, D.C.  20015
Tel: 202-364-6900
Fax: 202-364-9960)

- 4 -

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) <br> ) Master File No. 02-CV-1138 (AWT) <br> ) <br> ) CLASS ACTION |
| This Document Relates to: | ) <br> ) CERTIFICATE OF SERVICE <br> ) |
| ALL ACTIONS | ) <br> ) <br> ) <br> ) |

This is to certify that a copy of the foregoing document, entitled *Unopposed Motion to Extend Briefing Schedule on Defendants' Partial Motion To Dismiss Second Amended Consolidated Complaint* was served this 26th day of July, 2007 on the following counsel of record:

**Attorneys for Plaintiffs:**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John F. McKenna <br> jmckenna@grmattorneys.com <br> Goodman, Rosenthal & McKenna, PC <br> 977 Farmington Avenue, Suite 200 <br> West Hartford, CT 06107 <br> Tel: 860-231-2800 | Charles R. Watkins <br> John R. Wylie <br> cwatkins@futtermanhoward.com <br> jwylie@futtermanhoward.com <br> Futterman Howard Watkins Wylie <br>  & Ashley <br> 122 S. Michigan Ave., Ste 1850 <br> Chicago IL 60603 <br> Tel: 312-427-3600 |
| Sherrie R. Savett <br> srs@bm.net <br> Joy Clairmont <br> jclairmont@bm.net <br> Berger & Montague, P.C. <br> 1622 Locust Street <br> Philadelphia, PA 19103-6365 <br> Tel: 215-875-3000 | Ellen Doyle <br> edoyle@mdfpc.com <br> Malakoff Doyle & Finberg, P.C. <br> The Frick Building <br> 437 Grant Street, Suite 200 <br> Pittsburgh, PA 15219-6003 <br> Tel: (412) 281-8400 |

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Daniel M. Harris<br>lawofficedh@yahoo.com<br>Law Offices of Daniel M. Harris<br>150 North Wacker Drive, Ste. 3000<br>Chicago, IL 60606<br>Tel:  312-960-1802 | Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:  610-667-7706 |
| Brian McTigue<br>bmctigue@mctiguelaw.com<br>McTigue & Porter LLP<br>5301 Wisconsin Avenue, N.W., Ste. 350<br>Washington, DC  20015<br>Tel: (202) 364-6900 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>Keller Rohrback P.L.C.<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ  85012<br>Tel:  (602) 248-0088 |

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Benjamin H. Green<br>bgreen@dreierllp.com<br>Frances Codd Slusarz<br>fslusarz@dreierllp.com<br>Joanne Rapuano<br>jrapuano@dreierllp.com<br>Dreier LLP<br>One Landmark Square<br>20th Floor<br>Stamford, CT  06901<br>Tel:  203-425-9500 | Steven J. Sacher (ct24024)<br>sjsacher@jonesday.com<br>Kevin R. Noble<br>krnoble@jonesday.com<br>Evan Miller<br>emiller@jonesday.com<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Tel:  202-879-5402 |
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>Nicholas Pavich, Esq.<br>Hannafan & Hannafan<br>One East Wacker Drive, Suite 2710<br>Chicago, IL  60601<br>Tel: 312-527-0055<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com<br>nap@hannafanlaw.com<br>**Counsel for Myra Drucker** | Jayant W. Tambe<br>Aviva Warter Sisitsky<br>Gary D. Shapiro<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>Tel: (212) 326-3939<br>jtambe@jonesday.com<br>aswarter@jonesday.com<br>gshapiro@jonesday.com |

| | |
|---|---|
| **VIA U.S. MAIL**<br><br>Michael D. Ryan<br>Senior Counsel<br>Xerox Corporation<br>800 Long Ridge Road<br>Stamford, CT  06904 | |

/s/
Elizabeth A. Leland
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900 / Fax (206) 623-3384