# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) | **APPEARANCE**<br><br>CASE NUMBER:   Master File No. 02 CV-1138 (AWT) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   all Defendants except for Myra Drucker

July 24, 2007
**Date**

*[Signature]*
**Signature**

phv01990
**Connecticut Federal Bar Number**

Aviva Warter Sisitsky
**Print Clearly or Type Name**

(212) 326-3939
**Telephone Number**

Jones Day
222 East 41st Street
**Address**

(212) 755-7306
**Fax Number**

New York, NY 10017-6702

aswarter@jonesday.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001