UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | Master File No.: 02 CV-1138 (AWT) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | JULY 30, 2007 |

## MOTION TO ADMIT ELLEN M. DOYLE AS A VISITING ATTORNEY UNDER LOCAL RULE 83.1(d)

The undersigned, a member of the Bar of this court, respectfully requests that **ELLEN M. DOYLE** be permitted as a visiting attorney to represent Plaintiffs Thomas Patti and Cheryl L. Wright in the above-captioned action in this Court.

1. Attorney Ellen M. Doyle is a partner of the firm of Malakoff, Doyle & Finberg, P.C., located at The Frick Building, Suite 200, 437 Grant Street, Pittsburgh PA 15219, telephone 412.281.8400, fax 412.281.3262. Ms. Doyle's e-mail address is: edoyle@mdfpc.com. She has been a member of the Pennsylvania State Bar since 1975.

2. Ms. Doyle is a member of the Bars of the Supreme Court of Pennsylvania; United States District Court for the Western District of Pennsylvania; the United States District Court for the Eastern District of Michigan; the United States Courts of Appeal for the Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth and Eleventh Circuits; and the United States Supreme Court.

3. Attorney Doyle has not been denied admission nor has she been disciplined by this Court or any other Court.

4. The granting of this motion for admission of Attorney Doyle as a visiting attorney will not require modification of a scheduling order entered pursuant to Fed.R.Civ.P. 16(b) or any standing order deadlines.

5. Pursuant to Local Rule 83.1(d), movant requests that this Court admit Attorney Ellen M. Doyle for practice in these proceedings before this Court.

Respectfully submitted,

By: _____
John F. McKenna (ct00104)
**GOODMAN ROSENTHAL & MCKENNA PC**
977 Farmington Avenue, Suite 200
West Hartford CT 06107-2445
860.231.2800
Fax: 860.523.9235
e-mail: johnm@grmattorneys.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2007, the within *Motion to Admit Ellen M. Doyle as a Visiting Attorney Under Local Rule 83.1(d)* was electronically filed using the Court's CM/ECF system, which automatically serves notification of this filing via e-mail transmission upon the following ECF-registered counsel of record:

| | |
|---|---|
| Charles R. Watkins | cwatkins@futtermanhoward.com |
| John R. Wiley | jwylie@futtermanhoward.com |
| Daniel M. Harris | lawofficedh@yahoo.com |
| Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| Erin M. Riley | eriley@kellerrohrback.com |
| Elizabeth A. Leland | bleland@kellerrohrback.com |
| Derek W. Loeser | dloeser@kellerrohrback.com |
| Gary A. Gotto | ggotto@kellerrohrback.com |
| Joseph H. Meltzer | jmeltzer@sbtklaw.com |
| Sherrie R. Savett | srs@bm.net |
| William H. Boice | bboice@kilpatrickstockton.com |
| Ellen M. Doyle | edoyle@mdfpc.com |
| John F. McKenna | johnm@grmattorneys.com |
| Michael T. Hannafan & Associates, Ltd. | mth@hannafanlaw.com; |
| bth@hannafanlaw.com | |
| Steven J. Sacher | sjsacher@jonesday.com |
| Benjamin H. Green | bgreen@dreierllp.com |

and was served via e-mail upon the following non-ECF counsel:

| | |
|---|---|
| Rebecca B. Lamont | rlamont@grmattorneys.com |
| Laurie B. Ashton | lashton@kellerrohrback.com |
| Stephen E. Baskin | sbaskin@kilpatrickstockton.com |
| Joy P. Clairmont | jclairmont@bm.net |

and was served via United States First Class Mail, postage prepaid, upon:

Michael D. Ryan, Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford  CT  06904

_____
John F. McKenna

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION ) ) ) | Master File No.: 02 CV-1138 (AWT) |
| This Document Relates To: ) ) | CLASS ACTION |
| ALL ACTIONS ) ) | |

### AFFIDAVIT OF ELLEN M. DOYLE IN SUPPORT OF MOTION TO ADMIT ELLEN M. DOYLE AS A VISITING ATTORNEY UNDER LOCAL RULE 83.1(d)

Commonwealth of Pennsylvania    )
                                ) ss:
County of Allegheny             )

Before me, the undersigned notary public, this day, personally appeared Ellen M. Doyle, to me known, who, being duly sworn according to law, deposes and says that:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am presently a partner in the law firm of Malakoff Doyle & Finberg PC located at The Frick Building, Suite 200, 437 Grant Street, Pittsburgh PA 15219, telephone 412.281.8400, fax 412.281.3262. My e-mail address is edoyle@mdfpc.com.

3. I am a member in good standing of the Bars of the Supreme Court of Pennsylvania; United States District Court for the Western District of Pennsylvania; the United States District Court for the Eastern District of Michigan; the United States Courts of Appeal for the Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth and Eleventh Circuits; and the United States Supreme Court.

4. I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor have I been disbarred, suspended, investigated, denied admission or disciplined by any other Court.

5. I seek admission as a visiting attorney to the United States District Court for the District of Connecticut to represent Thomas Patti and Cheryl L. Wright in the above-captioned action.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut and agree to be subject to its Rules.

1

7.  The granting of the motion for admission of Attorney Ellen M. Doyle as a visiting attorney will not require modification of a scheduling order entered pursuant to Fed.R.Civ.P. 16(b) or any standing order deadlines.

_____
Ellen M. Doyle

Sworn to and subscribed before me
this 27th day of July, 2007.

_____
Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda J. McNeil, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 12, 2011
Member, Pennsylvania Association of Notaries

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) )  Master File No.: 02 CV-1138 (AWT) ) |
| This Document Relates To: | ) CLASS ACTION ) |
| ALL ACTIONS | ) JULY 27, 2007 ) |

### ORDER OF COURT

Upon consideration of the *Motion to Admit Ellen M. Doyle as a Visiting Attorney Under Local Rule 83.1(d)*, said motion be and hereby is GRANTED.


Dated: _____          _____
                                             United States District Judge