**EXHIBIT B**

Non-Common Witnesses

| Number | Individual/Entity | Current or Former Affiliation |
|---|---|---|
| 1 | Peter Maria Brongers | Xerox |
| 2 | Jorge Canizares | Xerox |
| 3 | Terry J. Daly | Xerox |
| 4 | Pierre Danon | Xerox |
| 5 | Rafael Florez | Xerox |
| 6 | Patrick Fulford | Xerox |
| 7 | Peter Gallagher | Xerox |
| 8 | Marco Gutierrez | Xerox |
| 9 | Charles Hall | Xerox |
| 10 | Joseph Mancini | Xerox |
| 11 | David Maw | Xerox |
| 12 | Ricardo Newark | Xerox |
| 13 | Russell Okasako | Xerox |
| 14 | Ann Pettrone | Xerox |
| 15 | Patrick Ponchon | Xerox |
| 16 | Peter Rasch | Xerox |
| 17 | Antonio Robles | Xerox |
| 18 | Chris Ross-Parker | Xerox |
| 19 | Carlos Salles | Xerox |
| 20 | Nestor Sawicki | Xerox |
| 21 | Sandeep Thakore | Xerox |
| 22 | Erasmo Villafana | Xerox |
| 23 | Don Weber | Xerox |
| 24 | Haruhiko Yoshida | Fuji Xerox |
| 25 | Derek Barnes | KPMG Brazil |
| 26 | Leslie Coolidge | KPMG US |
| 27 | John Diggins | KPMG UK |
| 28 | Tim Egan | KPMG US |
| 29 | Mario Fernandez | KPMG Mexico |
| 30 | Rupert Hickman | KPMG UK |
| 31 | James Katsihtis | KPMG US |
| 32 | Chris McWilton | KPMG US |
| 33 | Jose Matos Nicolau | KPMG Brazil |
| 34 | Joanna Osborne | KPMG UK |
| 35 | David Schlissel | KPMG US |
| 36 | Timothy White | KPMG US |
| 37 | Timothy Young | KPMG Brazil |
| 38 | Satoshi Yura | KPMG Japan |
| 39 | David Bullwinkle | PricewaterhouseCoopers |
| 40 | Todd Morrison | PricewaterhouseCoopers |

| Number | Individual/Entity | Current or Former Affiliation |
|---|---|---|
| 41 | Dr. Jessica Pollner | PricewaterhouseCoopers |
| 42 | Christina Van Tassel | PricewaterhouseCoopers |
| 43 | Robert Bayless | SEC |
| 44 | Timothy England | SEC |
| 45 | John Morrissey | SEC |
| 46 | Akin Gump | N/A |
| 47 | Citibank, N.A. | N/A |
| 48 | The Gartner Group | N/A |
| 49 | Heller Financial | N/A |
| 50 | Paul Weiss | N/A |
| 51 | Skadden Arps | N/A |