UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT) **CLASS ACTION** |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1 (d) and upon the accompanying affidavit of Benjamin H. Green, the undersigned counsel, a member in good standing of the Bar of the District of Connecticut, hereby moves the Court to admit Michael F. Stoer, an attorney who is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the defendants except Myra R. Drucker, in the trial of this action. In support of this motion undersigned counsel avers as follows:

1. Michael F. Stoer is a member in good standing of the Bars of New York and the United States District Courts for the Southern and Eastern Districts of New York.

2. Michael F. Stoer is presently an associate at the law firm of Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No 212.326.3939; Fax No. 212.755.7306; E mail mfstoer@jonesday.com.

3. Michael F. Stoer has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has he been denied admission or disciplined by any other Court.

4. The granting of this motion will not require the modification of any scheduling order or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Michael F. Stoer to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker.

THE DEFENDANTS
EXCEPT MYRA R. DRUCKER

By _____
Benjamin H. Green (CT05166)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Attorney for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August, 2 2007, I caused a copy of the foregoing to be filed via Federal Express and electronic mail unless indicated otherwise:

**Attorneys for Defendants:**

Steven J. Sacher
sjsacher@jonesday.com
Evan Miller
Kevin Noble
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe
jtambe@jonesday.com
Aviva Warter Sisitsky
Gary Shapiro
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: 312-527-0055

**VIA U.S. MAIL**
Michael D. Ryan, Esq.
Senior Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, CT 06904

**Attorneys for Plaintiffs:**

John F. McKenna
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Brian McTigue
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
**Futterman Howard Watkins Wylie
 & Ashley**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Elizabeth A. Leland
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

Sherrie R. Savett
srs@bm.net
Joy Clairmont
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000

Gary A. Gotto
ggotto@kellerrohrback.com
**Keller Rohrback P.L.C.**
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
**Schiffrin Barroway Topaz & Kessler, LLP**
280 King of Prussia Road
Radnor, PA 19087

Daniel M. Harris
lawofficedh@yahoo.com
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802

| | |
|---|---|
| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA  15219<br>Tel: 412 281 8400 | Benjamin H. Green<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT  06901<br>Tel: 203 425 9500 |

I declare under penalty of perjury that the foregoing is true and correct.

This 2nd day of August, 2007

*/s/ Joanne Rapuano*
Joanne Rapuano