UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT) **CLASS ACTION** |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Personally appeared, Michael F. Stoer, to me known, who being duly sworn, did depose and say under oath the following:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained herein.

3. I am a member in good standing of the Bars of New York and the United States District Courts for the Southern and Eastern Districts of New York.

4. I am an associate at the law firm Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No 212.326.3939; Fax No. 212.755.7306; E-mail mfstoer@jonesday.com.

5. I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

6. I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

7. I seek admission into the United Stated District Court for the District of Connecticut pro hac vice to represent all of the Defendants except Myra R. Drucker in the above captioned action.

8. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at New York, NY, this 31st day of July 2007

*[signature]*
Michael F. Stoer

Subscribed and sworn to before me
this 31st day of July 2007.

*[signature]*
Notary Public
My Commission Expires on

CAROL GOLDMAKER
Notary Public, State of New York
No. 01GO4946052
Qualified in New York County
Commission Expires Jan. 27 2011