UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION<br><br>August 9, 2007 |

## UNOPPOSED MOTION TO AMEND DEFENDANTS' (EXCEPT MYRA DRUCKER) PARTIAL MOTION TO DISMISS

All Defendants except Myra Drucker[1] move this Court for an order permitting them to amend the Partial Motion to Dismiss the Second Consolidated Amended Complaint (Dkt. # 203) ("Motion to Dismiss") and the accompanying Memorandum of Law in Support of the Motion to Dismiss (Dkt. # 204) ("Memorandum of Law") filed on July 18, 2007. Defendants respectfully request this Court allow the addition of Defendant Eunice Filter to footnote #1 of both documents and a Table of Contents and Authorities to the Memorandum of Law.

Though the docket reflects that Ms. Filter is among the Defendants on whose behalf the Motion to Dismiss was originally filed on July, 18, 2007, the Motion to Dismiss and the Memorandum of Law filed on that date inadvertently omitted Ms. Filter's name in footnote #1, which identifies by name the specific Defendants on whose behalf the motion is made.

The Motion to Dismiss is currently pending before the Court. Plaintiffs' time to respond to the motion was extended up through and including August 31, 2007.

---

[1] Specifically, Xerox Corporation, Lawrence Becker, Sally Conkright, Patricia Nazemetz, Arlyn Kaster, Kathleen Russell, William Strusz, William Roscoe, Lance Davis, Gregory Tayler, Christina Clayton, Gary Kaburek, Lawrence Zimmerman, Paul Allaire, Anne Mulcahy, William Buehler, Barry Romeril, B.R. Inman, Vernon Jordan, Jr., Hilmar Kopper, George Mitchell, N.J. Nicholas, Jr., Patricia Russo, Martha Seger, Thomas Theobald, Richard Thoman and Eunice Filter.

Aviva Warter Sisitsky, counsel for all Defendants (except Myra Drucker), has conferred with Elizabeth A. Leland, Co-lead counsel for Plaintiffs, and Ms. Leland has consented on behalf of the Plaintiffs to the relief sought herein.

Accordingly, it is requested that the Court permit the filing of the amended motion papers attached hereto as Exhibits. Exhibit A is the Amended Motion to Dismiss and Exhibit B is the Memorandum of Law in Support of the Amended Motion to Dismiss. Each has been revised to add the name of Eunice Filter as a movant in footnote #1. Additionally, a Table of Contents and Authorities has been added to the Memorandum of Law in Support of the Amended Motion to Dismiss (Exhibit B).

Attached hereto as Exhibit C is the Declaration of Kevin Noble, with exhibits thereto (the "Declaration"), which was filed on July 18, 2007 (Dkt. # 205) along with the Motion to Dismiss and the accompanying Memorandum of Law. The Declaration is not amended, but in order to be consistent, Defendants have attached the Declaration to present a complete filing.

WHEREFORE, All Defendants (except Myra Drucker) request that the Court grant their Motion to Amend the Motion to Dismiss and the Memorandum of Law to add Eunice Filter to footnote #1 in each and to add a Table of Contents and Authorities to the Memorandum of Law and accept the annexed documents for filing.

Respectfully Submitted;

ALL DEFENDANTS
(EXCEPT MYRA DRUCKER)


By: /s/ Steven J. Sacher
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin R. Noble (phv01959)

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Benjamin Green (ct05166)
Frances Codd Slusarz (ct24442)
DREIER LLP
One Landmark Square, 20th Floor
Telephone: (203) 425-9500
Facsimile: (203) 425-9595

## CERTIFICATE OF SERVICE

I hereby certify that on August, 9 2007, I caused a copy of the foregoing Motion and Exhibits thereto filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Defendants:**

Steven J. Sacher
sjsacher@jonesday.com
Evan Miller
Kevin Noble
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe
jtambe@jonesday.com
Aviva Warter Sisitsky
Gary Shapiro
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: 312-527-0055

**Attorneys for Plaintiffs:**

John F. McKenna
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
**Futterman Howard Watkins Wylie
 & Ashley**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Brian McTigue
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Elizabeth A. Leland
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

| | |
|---|---|
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | Benjamin H. Green<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: 203 425 9500 |

                                                            /s/
                                                    _____
                                                    Joanne Rapuano

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge