# EXHIBIT A

Case 3:02-cv-01138-AWT    Document 220-2    Filed 08/09/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) ) ) This Document Relates To: ) ) ALL ACTIONS ) ) | Master File No. 02 CV-1138 (AWT)<br><br>August 9, 2007 |

### DEFENDANTS' (EXCEPT MYRA DRUCKER) AMENDED PARTIAL MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

Defendants (except Myra Drucker)[1] submit this amended partial motion to dismiss the Second Consolidated Amended Complaint ("SCAC") pursuant to Rules 8(a), 12(b)(6) and 65 of the Federal Rules of Civil Procedure (the "Rules"). In particular, this motion seeks to dismiss: (1) Count I for failure to adequately plead a claim against the alleged "Plan Administrator Defendants" for fiduciary breach in connection with asset management, (2)

---

[1] Specifically, Xerox Corporation, Lawrence Becker, Sally Conkright, Patricia Nazemetz, Arlyn Kaster, Kathleen Russell, William Strusz, William Roscoe, Lance Davis, Gregory Tayler, Christina Clayton, Gary Kaburek, Lawrence Zimmerman, Paul Allaire, Anne Mulcahy, William Buehler, Barry Romeril, B.R. Inman, Vernon Jordan, Jr., Hilmar Kopper, George Mitchell, N.J. Nicholas, Jr., Patricia Russo, Martha Seger, Thomas Theobald, Richard Thoman and Eunice Filter.

Counts I-III for failure adequately to plead co-fiduciary liability against all Defendants, and (3) Plaintiffs' prayer for injunctive relief against all Defendants.

## REQUEST FOR ORAL ARGUMENT

Defendants request an oral hearing on this motion to dismiss.

ALL DEFENDANTS
(EXCEPT MYRA DRUCKER)

By:      /s/ Steven J. Sacher
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin R. Noble (phv01959)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
Gary D. Shapiro (phv01991)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Benjamin Green  (ct05166)
Frances Codd Slusarz (ct24442)
DREIER LLP
One Landmark Square, 20th Floor
Telephone: (203) 425-9500
Facsimile:  (203) 425-9595