EXHIBIT D

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Pension and Welfare Benefits<br>Administration<br><br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee<br>Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e),<br>6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with<br>the instructions to the Form 5500. | Official Use Only<br>OMB Nos 1210 - 0110<br>1210 - 0089<br><br>**2000**<br><br>This Form is Open to<br>Public Inspection |
| --- | --- | --- |

**Part I    Annual Report Identification Information**

For the calendar plan year 2000 or fiscal plan year beginning _____ , and ending _____ ,

A   This return/report is for:   (1) ☐ a multiemployer plan;   (3) ☐ a multiple-employer plan; or

(2) ☒ a single-employer plan (other than a   (4) ☐ a DFE (specify) _____

multiple-employer plan);

B   This return/report is:   (1) ☐ the first return/report filed for the plan;   (3) ☐ the final return/report filed for the plan;

(2) ☐ an amended return/report;   (4) ☐ a short plan year return/report (less than 12 months).

C   If the plan is a collectively-bargained plan, check here ............................................................................. ▶ ☒

D   If you filed for an extension of time to file, check the box and attach a copy of the extension application .................. ▶ ☒

**Part II    Basic Plan Information** — enter all requested information.

| 1a   Name of plan<br>THE PROFIT SHARING PLAN OF XEROX CORPORATION AND<br>THE XEROGRAPHIC DIVISION, U.N.I.T.E.,<br>A.F.L.-C.I.O.-C.L.C. | 1b   Three-digit<br>plan number (PN)   ▶   002 |
| --- | --- |
| | 1c   Effective date of plan (mo., day, yr.)<br>01/01/1964 |
| 2a   Plan sponsor's name and address (employer, if for a single-employer plan)<br>(Address should include room or suite no.)<br>XEROX CORPORATION<br><br><br><br>800 LONG RIDGE RD<br><br><br><br><br>STAMFORD                                              CT   06904 | 2b   Employer Identification Number (EIN)<br>16-0468020 |
| | 2c   Sponsor's telephone number<br>203-968-4664 |
| | 2d   Business code (see instructions)<br>334110 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements, and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

X ___*Arlyn B Kaster*___ 9/20/01    ARLYN B. KASTER
   Signature of plan administrator    Date    Typed or printed name of individual signing as plan administrator

X ___*Arlyn B Kaster*___ 9/20/01    ARLYN B. KASTER
   Signature of employer/plan sponsor/DFE    Date    Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.**    v3.2    Form **5500** (2000)

0 2 0 0 1 8 0 1 4 G

XC 001415

Official Use Only

| 3a Plan administrator's name and address (If same as plan sponsor, enter "Same") | 3b Administrator's EIN |
|---|---|
| XEROX CORPORATION | 06-1212339 |
| JOINT ADMINISTRATIVE BOARD | 3c Administrator's telephone number |
| | 203-968-4664 |
| 800 LONG RIDGE RD | |
| STAMFORD                          CT    06904 | |

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

a Sponsor's name

b EIN

c PN

**5** Preparer information (optional)   a Name (including firm name, if applicable) and address

b EIN

c Telephone number

| | | | |
|---|---|---|---|
| **6** Total number of participants at the beginning of the plan year | | 6 | 5928 |
| **7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | | | |
| a Active participants | | 7a | 5124 |
| b Retired or separated participants receiving benefits | | 7b | 112 |
| c Other retired or separated participants entitled to future benefits | | 7c | 517 |
| d Subtotal. Add lines 7a, 7b, and 7c | | 7d | 5753 |
| e Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | | 7e | 54 |
| f Total. Add lines 7d and 7e | | 7f | 5807 |
| g Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | | 7g | 4870 |
| h Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | | 7h | 0 |
| i If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | | 7i | 42 |

**8** Benefits provided under the plan (complete 8a through 8c, as applicable)

a [X] Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): [2E] [2F] [2G] [2J] [2K] [3H] [ ] [ ] [ ] [ ]

b [ ] Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions): [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

c [ ] Fringe benefits (check this box if the plan provides fringe benefits)

| 9a Plan funding arrangement (check all that apply) | 9b Plan benefit arrangement (check all that apply) |
|---|---|
| (1) [ ] Insurance | (1) [ ] Insurance |
| (2) [ ] Section 412(i) insurance contracts | (2) [ ] Section 412(i) insurance contracts |
| (3) [X] Trust | (3) [X] Trust |
| (4) [ ] General assets of the sponsor | (4) [ ] General assets of the sponsor |

0 2 0 0 1 8 0 2 4 H

XC 001417

Form 5500 (2000)                                                                    Page **3**

Official Use Only

**10**   Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)

**a**   **Pension Benefit Schedules**

(1) [X]        R        (Retirement Plan Information)

(2) [ ]  ____  T        (Qualified Pension Plan Coverage Information)

If a Schedule T is not attached because the plan
is relying on coverage testing information for a
prior year, enter the year   .................... ► 1999

(3) [ ]        B        (Actuarial Information)

(4) [ ]        E        (ESOP Annual Information)

(5) [X]        SSA      (Separated Vested Participant Information)

**b**   **Financial Schedules**

(1) [X]        H        (Financial Information)

(2) [ ]        I        (Financial Information – Small Plan)

(3) [ ]  ____  A        (Insurance Information)

(4) [ ]        C        (Service Provider Information)

(5) [X]        D        (DFE/Participating Plan Information)

(6) [ ]        G        (Financial Transaction Schedules)

(7) [X]   1    P        (Trust Fiduciary Information)

**c**   **Fringe Benefit Schedule**

[ ]        F        (Fringe Benefit Plan Annual Information)



0 2 0 0 1 8 0 3 4 1

XC 001418