# EXHIBIT J

> **MCTIGUE & PORTER LLP**
> 5301 Wisconsin Avenue, NW
> Suite 350
> Washington, D.C. 20015

**McTigue & Porter LLP** represents participants in traditional pension plans, 401(k) salary deferral plans, savings plans, and Employee Stock Ownership Plans (ESOPs). The firm confines itself to the litigation of complex class actions. The usual action alleges violations of federal pension law, known as ERISA. The emphasis is on representing and protecting employees in pension plans when the plans have lost a significant part of the plan's assets because the plan's employer-fiduciaries and trustees, entrusted with management of the plan, failed to live up to their obligations under applicable law.

We were probably the first law firm, years before the Enron, Worldcom, and Global Crossing scandals, to recognize the need for lawyers to protect baby boom generation employees against the growing risks of imprudently-invested 401(k) and Employee Stock Ownership Plans. These plans are allowed by federal law to invest 100% of their assets in the company that sponsors the 401(k) Plan. By contrast, federal pension law prevents the older style, defined benefit pension plans, typical for the post-World War II unionized workforce, from investing more than 10% of their assets in the company that sponsors the plan. The risk to 401(k) type plan participants is magnified because the federal Pension Benefit Guarantee Corporation (PBGC) insures older style pension plans, but does not insure 401(k)s and ESOPs. Because of its exposure to losses, the threat of PBGC litigation serves as a deterrent to poor investment by older style plans. There is no such deterrent to imprudent investment by sponsors of 401(k) and similar style plans. In the early 1990s, the value of assets in 401(k) and similar plans eclipsed the value in the older style plans.

Representative cases include:

- *Presley v. CHH, et al.*, 97-cv-04316 (SC) (N.D. California). CHH, was the Los Angeles holding company for the Broadway, Emporium, Capwells, and Weinstocks department stores, with more than 24,000 employees in its 401(k) plan. More than half of the plan's assets were invested in CHH stock when the chain filed for bankruptcy. Nearly $39 million was recovered for the plan from defendants.

- *Blyler v. Agee, et al, CV97-0332-(BLW) (D. Idaho). This litigation involved pension plans with 8,000 employees sponsored by Morrison Knudsen Corporation which declared bankruptcy in 1996.*

- *Koch v. Dwyer, et al., 98-cv-5519 (RPP) (S.D.New York). This litigation involved JWP, Inc., a S&P 500 company that declared bankruptcy. A $6.4 million settlement was reached in 2002 on behalf of JWP's pension plan.*

- *In re CMS Energy ERISA Litigation, 02-cv-72834 (GCS) (E.D. Michigan.). This litigation, on behalf of more than 10,000 pension plan participants, involves a former Detroit based utility. A $28 million settlement was reached in .*

> - *In Re Computer Associates ERISA Litigation, CV-02-6281 (TCP) (E.D. New York). Class action on behalf of Computer Associates 401(k) plan after Computer Associates revealed questionable accounting.*

**MCTIGUE & PORTER LLP**

> - *In Re McKesson HBOC, Inc. ERISA Litigation, C 00-20030 (RMW) (N.D. Calif.). Plan with 8,000 participants, $23 million settlement.*
>
> - *Sherrill v. Federal Mogul Corp. Retirement Programs Committee, et al 04072949 (E.D. Michigan). Plan with 12,000 participants. $12.75 million settlement.*

Combined, the plans cover more than 70,000 employees. To date, the firm has recovered over $119 million on behalf of tens of thousands of pension, 401(k) and ESOP participants. Many lawsuits involved allegations of fiduciary breaches with respect to a pension plan sponsored by a S&P 500 or similar company.

The firm currently litigates other cases throughout the United States on behalf of thousands of other pension plan participants, in both public and private sector plans, who have lost retirement assets due to a trustee's or fiduciary's breach of fiduciary duty.

The Defendants in these cases include some of the nation's larger banks and mutual funds as well as prominent individuals in the financial, corporate, and political world who have served as fiduciaries of the plans. The lawsuits allege a variety of federal pension law violations, including that fiduciaries of these plans failed to perform their fiduciary duties to the funds and their pension plan members as required by federal law, participated in breaches of fiduciary duty, including co-fiduciary breaches, and engaged in prohibited transactions, or conflicts of interest, under federal pension law.

The events of late 2001 and the first half of 2002, including the financial collapse and bankruptcy filings by the ENRON, WorldCom and Global Crossing confirm the risks that participants in defined contribution pension plans are exposed to because of large portfolios of Company Stock.

The nature of the risk to 401(k) plan participants was brought to the attention of the United States Department of Labor in 1997 by Mr. McTigue when he was invited to testify before the Department's pension fund Advisory Council.

Principal attorneys are:

<u>J. Brian McTigue</u>

Prior to private practice, Mr. McTigue was counsel to committees of the United States House of Representatives and Senate. His legislative work included investigations and legislation pertaining to federal pension law and pension fund investment.

      As a Senate Legal Counsel for Special Projects, Mr. McTigue was responsible for initiating the first legislative proposal, in 1996, to reduce the percentage of Company Stock permitted in the portfolios of 401(k) and similar defined contribution pension plans.  The bill represented the first congressional recognition of problems with the typical pension plan of the baby boom generation.   Although opposed by many employers and employer groups, several of the concepts embodied in the bill became law.  Mr. McTigue has since assisted congressional offices with draft legislation which would give ERISA fiduciary breach claims greater protection when companies sponsoring plans file for bankruptcy.

**MCTIGUE & PORTER LLP**

      Mr. McTigue's congressional investigation of Michael Milken, Drexel Burham Lambert and the junk bond market was a basis for *FDIC v. Milken, et al.* brought by the Federal Deposit Insurance Corporation which settled for $1.3 billion.  His congressional investigations of the funding of pension plans through annuities issued by the California -based Executive Life Insurance Company identified issues giving rise, when Executive Life became insolvent several years later, to a plethora private class actions and United States Department of Labor litigation alleging violations of federal pension law, the Labor Department's adoption of new fiduciary standards for pension plan termination annuities, and to the passage of the Pension Annuitants Protection Act.

      Prior to his legislative work, Mr. McTigue was an investigative reporter and television news producer for ABC and NBC News.  His investigative reporting was awarded Emmys and a George Polk Award.  Mr. McTigue is a graduate of Notre Dame and the Golden Gate University Law School, San Francisco, California.  Mr. McTigue is a member of the District of Columbia Bar and the State Bar of California.  He is also a member of the Bars of the United States District Courts for the District of Columbia, Northern District of California, and the Eastern District of Michigan.  Mr. McTigue is from Fort Dodge, Iowa.

<u>Cornish F. Hitchcock</u>

      Cornish F. Hitchcock has had more than 25 years of significant federal litigation experience, primarily with Public Citizen Litigation Group, the litigation arm of Public Citizen, the public interest firm started by Ralph Nader, and most recently in his own firm.  He has been lead counsel in more than 25 federal and state trial courts and has briefed and argued more than 50 appeals in nine federal circuits and several state appellate courts.  In addition, he has successfully argued five cases in the United States Supreme Court.

      Mr. Hitchcock's specialty areas include corporate and securities work, administrative law and constitutional law.  He has litigated a number of "test" cases involving novel questions of law in these fields.  For more than ten years he has represented and advised institutional investors and individuals on issues pertaining to corporate governance and shareholder rights.  He has also represented individual class members who have objected to proposed class action settlements on fairness grounds, including where the proposed settlements were rejected or modified to address  concerns about fairness.

      Mr. Hitchcock is licensed in the District of Columbia, Connecticut, and Maryland, as well as a number of federal courts. He is a graduate of the University of Chicago and Georgetown University Law Center. He was elected to and served two terms on the Board of Governors of the District of Columbia Bar, the unified bar in that jurisdiction. He has served since 1990 as a court-appointed mediator in the United States District Court of the District of Columbia, and he is a member of the Committee on Admissions and Grievances of the United States Court of Appeals for the District of Columbia Circuit. He is a member of the American Law Institute. Mr. Hitchcock is from Canaan, Connecticut.

**MCTIGUE & PORTER LLP**

Gregory Y. Porter

      Mr. Porter has extensive experience litigating complex pension, consumer fraud, insurance sales, and RICO class actions in federal and state courts throughout the United States. Since joining McTigue & Porter LLP, Mr. Porter has represented pension plan participants in several complex ERISA actions, including *In re CMS Energy ERISA Litigation*, 02-cv-72834 (GCS) (E.D. Mich.) and *Sherrill v. Federal Mogul Programs Retirement Plan Committee*, 04-cv-72949-AC (E.D. Mich.).

      Prior to joining McTigue & Porter LLP, Mr. Porter practiced at the Washington, D.C., office of O'Melveny & Myers LLP, a premier class action and ERISA litigation defense firms. Mr. Porter's practice at O'Melveny consisted primarily of representing Fortune 500 companies in complex employee benefits class actions under ERISA and in other complex class actions. He has represented defendants in several cases alleging that the pension plan fiduciaries breached their duties of loyalty and prudence to the plan with respect to the plan's investments in employer stock, including: *Koch v. Dwyer,* No. 98-CV-5519 (RPP) (S.D.N.Y.); *Tittle v. Enron*, No. 01-CV-3913 (MH) (S.D. Tex.); *Rankin v. Rots*, No. 02-CV-71045 (AC) (E.D. Mich); *Blyler v. Agee*, No. CV 97-332 (BLW) (D. Ida.). Other representative ERISA cases include *Kifafi v. Hilton Hotels Retirement Plan*, No. 98-1517 (D.D.C.), a case involving benefit-accruals and alleged back-loading in a defined benefit plan, and *Dupree v. The Prudential Ins. Co. Of Am., Inc.*, No. 99-8337 (S.D. Fla.), a case involving allegations that the plan sponsor charged the plan excessive fees for managing plan assets.

      Mr. Porter has also worked on other complex class actions. Mr. Porter represented The Prudential Insurance Company of America in *In re The Prudential Insurance Company of America Sales Practices Litig.*, No. 95-CV-4704 (D.N.J.), one of the most complex insurances sales class actions ever litigated in United States Courts. He represented Humana Inc. in *In re Managed Care Litig.*, MDL 1334-MD (S.D. Fla.), a complex RICO class action pitting America's physicians against several large health insurance companies.

      Mr. Porter is a member of the Employee Benefits Committee of the American Bar Association's Labor and Employment Law Section, speaks at the committee's annual meeting, and contributes to the annual supplement to the committee's respected treatise, *Employee Benefits Law*. Mr. Porter graduated from the Univeristy of Southern California Law School in

1996 where he was an editor of the Southern California Law Review and received the Order of the Coif. Mr Porter was raised in Berkeley, California, and Amherst, Massachusetts.

**MCTIGUE & PORTER LLP**

Jennifer Hope Strouf

     Jennifer Strouf joined the firm in June of 2006 after receiving a Masters Degree in Employee Benefits from the John Marshall Law School in Chicago, Illinois. She brings considerable courtroom experience to her knowledge of benefits law, having tried more than 50 cases during three years as an attorney in the Public Defender's Office of the Fifth Judicial Circuit of Florida. Since coming to McTigue & Porter, Ms. Strouf has worked on complex class actions involving both public and private pension plans.

     A graduate of the University of South Florida and the Stetson University School of Law, Ms. Strouf is a member of both the Florida and Illinois Bars. She currently serves as Vice-Chair of the Florida Bar's Student Education and Admissions to the Bar Committee and is a member of the Labor and Employment Law Section of the Florida Bar.

\*   \*   \*