IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>**CERTIFICATE OF SERVICE**<br><br>August 9, 2007 |

This is to certify that a copy of the foregoing documents, entitled: (1) ***Plaintiffs' Motion For Class Certification***; (2) ***Plaintiffs' Memorandum In Support Of Motion For Class Certification;*** (3) ***Declaration Of Lynn L. Sarko In Support Of Plaintiffs' Motion For Class Certification;*** and (4) ***[Proposed] Order Granting Plaintiffs' Motion For Class Certification*** was served this 9th day of August, 2007 on the following counsel of record:

**Attorneys for Plaintiffs:**
**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John F. McKenna, Esq. (ct00104)<br>GOODMAN, ROSENTHAL & MCKENNA, PC<br>977 Farmington Avenue, Suite 200<br>West Hartford, Connecticut 06107<br>Tel: 860-231-2800<br>Fax: 860-523-9235<br>jmckenna@grmattorneys.com<br>**Liaison Counsel** | Charles R. Watkins (ct23936)<br>John Wylie (ct23937)<br>FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Tel: 312-427-3600<br>Fax: 312-427-1850<br>cwatkins@futtermanhoward.com<br>jwylie@futtermanhoward.com<br>**Co-Lead Counsel for Plaintiffs** |
| Sherrie R. Savett<br>Joy Clairmont<br>BERGER & MONTAGUE, P.C.<br>1622 Locus Street<br>Philadelphia, Pennsylvania  19103-6365<br>Tel: 215-875-3000<br>Fax: 215-875-4604<br>ssavett@bm.net | Ellen M. Doyle<br>STEMBER FEINSTEIN DOYLE & PAYNE, LLC<br>The Allegheny Building, 17th floor<br>429 Forbes Avenue<br>Pittsburgh  PA  15219<br>Tel: 412.281.8400<br>Fax: 412.232.3730 |

jclairmont@bm.net
**Steering Committee Counsel**

edoyle@stemberfeinstein.com
**Steering Committee Counsel**

**VIA U.S. MAIL**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
Tel: 312-960-1802
Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  610-667-7706
Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Brian McTigue
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC  20015
Tel: 202-364-6900
Fax: 202-364-9960
bmctigue@mctiguelaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088
Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**
Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square
20th Floor
Stamford, CT  06901
Tel:  203-425-9500
Fax: 203-425-9595
bgreen@dreierllp.com
fslusarz@dreierllp.com
jrapuano@dreierllp.com
**Local Counsel for Defendants**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel:  202-879-5402
Fax: 202-626-1700
sjsacher@jonesday.com
krnoble@jonesday.com
emiller@jonesday.com
**Counsel for Defendants**

| | |
|---|---|
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>Nicholas Pavich, Esq.<br>HANNAFAN & HANNAFAN<br>One East Wacker Drive, Suite 2710<br>Chicago, IL  60601<br>Tel: 312-527-0055<br>Fax: 312-527-0220<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com<br>nap@hannafanlaw.com<br>**Counsel for Defendant Myra Drucker** | Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>Gary D. Shapiro (phv01991)<br>Michael F. Stoer<br>JONES DAY REAVIS & POGUE<br>222 East 41st Street<br>New York, NY  10017<br>Tel: 212-326-3939<br>Fax: 212-755-7306<br>jtambe@jonesday.com<br>aswarter@jonesday.com<br>gshapiro@jonesday.com<br>mfstoer@jonesday.com<br>**Counsel for Defendants** |

**VIA U.S. MAIL**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT  06904
**In-House Counsel for Xerox**

    /s/Elizabeth A. Leland
    Elizabeth A. Leland (phv01338)
    eleland@kellerrohrback.com
    Keller Rohrback L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101
    (206) 623-1900 / Fax (206) 623-3384