IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | Master File No. 02 CV-1138 (AWT) |
| | August 17, 2007 |
| This Document Relates To: ALL ACTIONS | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Fed. R. Civ. P. Rule 7(e), the undersigned hereby moves to withdraw William H. Boice of the law firm Kilpatrick Stockton as an attorney of record for all Defendants (except Myra Drucker). Those defendants for whom Mr. Baskin has appeared will continue to be represented by Steven J. Sacher, Evan Miller, Kevin R. Noble, Jayant W. Tambe, Aviva Warter Sisitsky and Gary D. Shapiro of Jones Day and Benjamin Green, Frances Codd Slusarz and Joanne Rapuano of Dreier, LLP. Those defendants are aware of this application and have consented to it.

WHEREFORE, counsel moves the court to enter an order granting the withdrawal of William H. Boice as attorney for Defendants (except Myra Drucker), in the above-entitled case.

Dated: August 17, 2007

{00281345.DOC;}

Respectfully submitted,

By:_____/s/_____
William H. Boice, Esq.
**Kilpatrick Stockton LLP**
607 – 14th Street, N.W., Suite 900
Washington, DC 20005-2018
202-508-5899
202-585-0044 (fax)
bboice@kilpatrickstockton.com

Benjamin H. Green, Esq.
Frances Codd Slusarz, Esq.
Joanne Rapuano, Esq.
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, Connecticut 06901
Phone: 203-425-9500
Fax: 203-425-9595

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Defendants:**

| | |
|---|---|
| Steven J. Sacher<br>sjsacher@jonesday.com<br>Evan Miller<br>Kevin Noble<br>**Jones Day** | Michael T. Hannafan, Esq.<br>mth@hannafanlaw.com<br>Blake T. Hannafan, Esq.<br>**Hannafan & Hannafan, Ltd.**<br>One East Wacker Drive, Suite 1208 |

| | |
|---|---|
| 51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Tel: 202-879-3939 | Chicago, IL 60601<br>Tel: 312-527-0055 |
| Jayant W. Tambe<br>jtambe@jonesday.com<br>Aviva Warter Sisitsky<br>Gary Shapiro<br>**Jones Day**<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: 212-326-3939 | Benjamin H. Green<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: 203 425 9500 |

**Attorneys for Plaintiffs:**

| | |
|---|---|
| John F. McKenna<br>jmckenna@grmattorneys.com<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel: 860-231-2800 | Brian McTigue<br>bmctigue@mctiguelaw.com<br>**McTigue & Porter LLC**<br>5301 Wisconsin Avenue, NW, Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900 |
| Charles R. Watkins<br>cwatkins@futtermanhoward.com<br>John R. Wylie<br>**Futterman Howard Watkins Wylie<br> & Ashley**<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Tel: 312-427-3600 | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Elizabeth A. Leland<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: 206-623-1900 |
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400 |

- 4 -

| | |
|---|---|
| Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | |

                                              /s/<br>
                                        Joanne Rapuano