UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ) <br> ERISA LITIGATION ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL ACTIONS. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | Master File No: 02 CV-1138 (AWT) <br><br> <u>CLASS ACTION</u> <br><br><br> AUGUST 27, 2007 |

### MOTION TO ADMIT VISITING ATTORNEY UNDER LOCAL RULE 83.1(d)

The undersigned, a member of the Bar of this Court, respectfully requests that visiting attorney, Joy P. Clairmont, be permitted to represent Plaintiffs in the above-caption action in this Court.

Visiting attorney Joy P. Clairmont has an office at:

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

and is a member of the Pennsylvania State Bar. Attorney Clairmont has not been denied admission or disciplined by this Court or any other Court.

Admission of Attorney Clairmont will not require modification of a scheduling order or any standing order deadlines.

Attorney Clairmont was admitted to the Pennsylvania State Bar in the year 1998.

Pursuant to Local Rule 83.1(d), movant requests that this Court admit Attorney Clairmont for practice in these proceedings before this Court.

malta430624-003.wpd

Respectfully submitted,

*/s/*

John F. McKenna, Esquire
Federal Bar No: ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue - Suite 200
West Hartford, CT 06107-2445
TEL: (860)231-2800
FAX: (860)523-9235

Liaison Counsel For Plaintiffs

malta430624-003.wpd

## **ORDER**

The foregoing motion having been presented to this Court, **IT IS HEREBY ORDERED**:

**GRANTED / DENIED**

                                          BY THIS COURT:

                                          _____

                                          Judge/Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | )<br>)<br>)<br>) Master File No. 02-CV-1138 (AWT)<br>) |
| This Document Relates to: | ) CLASS ACTION<br>)<br>) |
| ALL ACTIONS. | ) AUGUST 27, 2007<br>) |

## CERTIFICATION

This is to certify that a copy of the foregoing, MOTION TO ADMIT VISITING ATTORNEY UNDER LOCAL RULE 83.1(d), was mailed this 27th day of August, 2007, via U.S. First Class mail, to the following counsel of record:

Charles R. Watkins, Esq.
John R. Wylie, Esq.
Futterman Howard Watkins
Wylie & Ashley, Chtd.
122 South Michigan Ave.
Suite 1850
Chicago, IL 60603

J. Brian McTigue, Esq.
McTigue & Porter, LLP
5301 Wisconsin Ave., NW
Suite 350
Washington, D.C. 20015

Daniel M. Harris, Esq.
Law Offices of Daniel M. Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904

Derek W. Loeser, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
Alexander Perkins, Esq.
Elizabeth A. Leland, Esq.
Keller Rohrback, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Benjamin H. Green, Esq.
Joanne Rapuano, Esq.
Frances Codd Slusarz, Esq.
Dreier, LLP
One Landmark Square
20th Floor
Stamford, CT 06901

Blake T. Hannafan, Esq.
Michael T. Hannafan, Esq.
Michael T. Hannafan & Associates,
One East Wacker Drive, Suite 1208
Chicago, IL 60601

Ellen M. Doyle
Stember Feinstein Doyle & Payne, LLC
Allegheny Bldg, 17th Fl.
429 Forbes Avenue
Pittsburgh, PA 15219

Steven J. Sacher
Evan Miller, Esq.
Kevin R. Noble, Esq.
Jones Day-DC
51 Louisiana Avenue, NW
Washington, D.C. 20001

Gary D. Shapiro, Esq.
Michael F. Stoer, Esq.
Jayant W. Tambe, Esq.
Aviva W. Sisitsky, Esq.
Jones Day - NY
222 East 41st Street
New York, NY 10017

Rebecca B. Lamont, Esq.
Goodman, Rosenthal & McKenna
977 Farmington Ave., Suite 200
West Hartford, CT 06107

Gary A. Gotto, Esq.
Keller Rohrback, LLP
3101 N. Central Avenue
Suite 900
Phoenix, AZ 85012

_____
John F. McKenna, Esq. – ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
860-231-2800/Fax-860-523-9235

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) | Master File No: 02 CV-1138 (AWT) |
| This Document Relates To: | ) ) ) ) | CLASS ACTION July 25, 2007 |
| ALL ACTIONS. | ) ) ) | |

## AFFIDAVIT OF JOY P. CLAIRMONT, VISITING ATTORNEY, AND APPLICATION FOR ADMISSION TO PRACTICE

I, Joy P. Clairmont, hereby depose and say that:

1. I am over the age of eighteen and understand the meaning and obligation of an oath.

2. I have personal knowledge of the facts contained herein.

3. I have been a member in good standing of the Pennsylvania State Bar since 1998.

4. I have been admitted to practice in the following courts: the United States District Court, Eastern District of Pennsylvania, and the Pennsylvania State Supreme Court.

5. The main concentration of my practice is in Complex Litigation.

6. I am familiar and I have studied carefully the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

7. I have never been convicted of any crime, and have never been denied admission to or disciplined by any Court.

malta430624-003.wpd

I submit this Affidavit in support of the attached Motion to Admit.

The above statements are true and accurate to the best of my knowledge and belief.

_____
Joy P. Clairmont

**SWORN** and subscribed to before me this 8th day of August, 2007.

_____
Notary Public

[Notary seal: COMMONWEALTH OF PENNSYLVANIA — Notary Public, City of Philadelphia, Phila. County]
malta430624-003.wpd



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Joy Clairmont, Esq.*

**DATE OF ADMISSION**

*December 4, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 30, 2007

Patricia A. Johnson
Chief Clerk