IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | § § § Master File No. 02-CV-1138 (AWT) § § CLASS ACTION § |
| This Document Relates to: | § § September 10, 2007 |
| ALL ACTIONS | § § § |

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)
REGARDING DEFENDANT WILLIAM ROSCOE**

    Defendants Xerox Corporation and the individually named Defendants, except Myra Drucker, Eunice M. Filter and William Roscoe, suggest upon the record, pursuant to Rule 25(a)(1), the death of Defendant William Roscoe during the pendency of this action.

Respectfully submitted,

ALL DEFENDANTS
(except Myra Drucker, Eunice M. Filter and William Roscoe)

By: /s/ Benjamin H. Green
Benjamin H. Green (ct05166)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Telephone: (203) 425-950
Facsimile: (203) 425-9595

Steven J. Sacher (ct24024)
Evan Miller (phv01958)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2007, I caused a copy of the foregoing to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Defendants:**

Steven J. Sacher, Esq.
sjsacher@jonesday.com
Evan Miller, Esq.
Kevin Noble, Esq.
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel:  202-879-3939

Jayant W. Tambe, Esq.
jtambe@jonesday.com
Aviva Warter Sisitsky, Esq.
Gary Shapiro, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel:  212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
bth@hannafanlaw.com
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel:  312-527-0055

**Attorneys for Plaintiffs:**

John F. McKenna, Esq.
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel:  860-231-2800

Charles R. Watkins, Esq.
cwatkins@futtermanhoward.com
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie & Ashley, Chartered**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel:  312-427-3600

Brian McTigue, Esq.
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, N.W., Suite 350
Washington, D.C. 20015
Tel:  202-364-6900

Lynn Lincoln Sarko, Esq.
lsarko@kellerrohrback.com
Elizabeth A. Leland, Esq.
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel:  206-623-1900

| | |
|---|---|
| Sherrie R. Savett, Esq.<br>srs@bm.net<br>Joy Clairmont, Esq.<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel:  215-875-3000 | Gary A. Gotto, Esq.<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel:  602-248-0088 |
| Joseph H. Meltzer, Esq.<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:  610-667-7706 | Daniel M. Harris, Esq.<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel:  312-960-1802 |
| Ellen M. Doyle, Esq.<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC.**<br>The Allegheny Building, Suite 1700<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel:  412-281-8400 | |

       /s/ Joanne J. Rapuano
       Joanne J. Rapuano