UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) ) ) | Master File No. 02-CV-1138 (AWT) |
| | ) | CLASS ACTION |
| This Document Relates to: | ) ) | September 10, 2007 |
| | ) ) | |
| ALL ACTIONS | ) ) | |

**UNOPPOSED MOTION BY DEFENDANTS (EXCEPT MYRA DRUCKER, EUNICE M. FILTER AND WILLIAM ROSCOE) FOR AN EXTENSION OF TIME**

All Defendants, except Myra Drucker, Eunice M. Filter and William Roscoe, in the above-referenced matter hereby move this Court pursuant to Rule 7(b) of the Local Rules of Civil Procedure for an extension of time to file a reply to Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss the Second Consolidated Amended Complaint, filed by Plaintiffs on August 31, 2007 ("Plaintiffs' Opposition").

Defendants reply to Plaintiffs' Opposition is due on September 20, 2007, in accordance with the current briefing schedule set forth in Plaintiffs' Unopposed Motion to Extend Briefing Schedule on Defendants' Partial Motion to Dismiss Second Consolidated Amended Complaint, dated July 26, 2007 and which was entered by the Court on July 27, 2007 ("Plaintiffs' Motion to Extend Briefing Schedule"). Defendants respectfully move that they be granted an extension of three (3) business days from that date, up through and including September 25, 2007, to file their reply to Plaintiffs' Opposition.

{00288345.DOC;}

On July 23, 2007, counsel for the parties conferred regarding Plaintiffs' request for an extension of time within which to file Plaintiffs' Opposition. At that time, Plaintiffs' counsel agreed that should Defendants require additional time within which to reply to Plaintiffs' Opposition, Plaintiffs would not oppose such a request. Such relief was set forth in Plaintiffs' Motion to Extend Briefing Schedule. Accordingly, on September 10, 2007, counsel for the parties conferred regarding the relief sought herein and Plaintiffs' counsel did not object.

This is the first motion by Defendants to extend time to file a reply to Plaintiffs' Opposition and the second time Defendants have requested an extension of time in connection with their Partial Motion to Dismiss the Second Consolidated Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court grant the above-indicated extension of time.

ALL DEFENDANTS
(except Myra Drucker, Eunice M. Filter and William Roscoe)


By: _/s/ Steven J. Sacher_
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin R. Noble (phv01959)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Benjamin Green (ct05166)
Frances Codd Slusarz (ct24442)
DREIER LLP
One Landmark Square, 20th Floor
Telephone: (203) 425-9500
Facsimile: (203) 425-9595

## CERTIFICATE OF SERVICE

       I hereby certify that on September 10, 2007, I caused a copy of the foregoing to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Defendants:**

Steven J. Sacher
sjsacher@jonesday.com
Evan Miller
Kevin Noble
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe
jtambe@jonesday.com
Aviva Warter Sisitsky
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: 312-527-0055

**Attorneys for Plaintiffs:**

John F. McKenna
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
**Futterman Howard Watkins Wylie**

Brian McTigue
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Elizabeth A. Leland
**Keller Rohrback L.L.P.**

<div style="display: flex; justify-content: space-between;">

**& Ashley**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

</div>

| | |
|---|---|
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | Benjamin H. Green<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: 203 425 9500 |

_____/s/_____
Joanne J. Rapuano