UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA ) <br> LIGITAGION ) <br> ) <br> ) <br> _____ ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL ACTIONS ) <br> _____ ) | APPEARANCE <br><br> CASE NUMBER: 02 CV-1138 (AWT) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   all Defendants' (except Myra Drucker, William Roscoe, and Eunice Filter)

September 20, 2007
**Date**

*[Signature]*
**Signature**

phv02063
**Connecticut Federal Bar Number**

Michael F. Stoer
**Print Clearly or Type Name**

(212) 326-3923
**Telephone Number**

Jones Day
222 East 41st Street
**Address**

(212) 755-7306
**Fax Number**

New York, NY 10017

mfstoer@jonesday.com
**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached.

*[Signature: Joanne Capuano]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2007, I caused a copy of the foregoing to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Defendants:**

Steven J. Sacher, Esq.
sjsacher@jonesday.com
Evan Miller, Esq.
Kevin Noble, Esq.
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe, Esq.
jtambe@jonesday.com
Aviva Warter Sisitsky, Esq.
Michael F. Stoer, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Michael T. Hannafan, Esq.
mth@hannafanlaw.com
Blake T. Hannafan, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Suite 1208
Chicago, IL 60601
Tel: 312-527-0055

Benjamin H. Green, Esq.
bgreen@dreierllp.com
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203 425 9500

**Attorneys for Plaintiffs:**

John F. McKenna, Esq.
jmckenna@grmattorneys.com
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Charles R. Watkins, Esq.
cwatkins@futtermanhoward.com
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie & Ashley**
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Brian McTigue, Esq.
bmctigue@mctiguelaw.com
**McTigue & Porter LLC**
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Lynn Lincoln Sarko, Esq.
lsarko@kellerrohrback.com
Elizabeth A. Leland, Esq.
**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

| | |
|---|---|
| Sherrie R. Savett, Esq.<br>srs@bm.net<br>Joy Clairmont, Esq.<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto, Esq.<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer, Esq.<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris, Esq.<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| Ellen Doyle, Esq.<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | |

/s/ Joanne J. Rapuano
Joanne J. Rapuano