IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE NO. 02-CV-1138 (AWT)<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION**<br><br>OCTOBER 1, 2007 |

COME NOW Plaintiffs, through their undersigned counsel, and hereby move unopposed to extend the briefing schedule with respect to Plaintiffs' Motion for Class Certification and entry of the following proposed Order, as follows:

### I. MOTION

1. Plaintiff's Motion for Class Certification was filed on August 7, 2007;

2. On August 30, 2007, Defendants (except Myra Drucker) served Plaintiffs with (A) Defendants' (Except Myra Drucker) First Set of Interrogatories to Plaintiffs; and (B) Defendants' (Except Myra Drucker) First Request for Production of Documents to Plaintiffs. Plaintiffs' responses to this discovery are due on October 2, 2007. Defendants' have agreed to Plaintiffs' request for a 37-day extension of time to respond to these discovery requests, to and until November 8, 2007.

3. In light of the extension, the parties have agreed to seek an extension of the class certification briefing schedule. Pursuant to this Court's Order of June 19, 2007, Defendants' brief in opposition to Plaintiffs' Motion for Class Certification is due December 10, 2007; the parties hereto have agreed that Defendants shall have a 55-day extension of time, to and

1

including February 4, 2008, within which to file and serve their brief in opposition to Plaintiffs' Motion for Class Certification.

4.  Pursuant to this Court's Order of June 19, 2007, Plaintiffs' brief in reply to Defendants' opposition to Plaintiffs' Motion for Class Certification is due January 9, 2008; the parties hereto have agreed that Plaintiffs shall have a 55-day extension of time, to and including March 4, 2008 within which to file and serve their brief in reply to Defendants' opposition to Plaintiffs' Motion for Class Certification.

DATED this 1st day of October, 2007.

KELLER ROHRBACK L.L.P.


By:/s/ Elizabeth A. Leland
   Lynn Lincoln Sarko (ct23927)
   Gary Gotto (ct23952)
   Elizabeth A. Leland (phv01338)
   KELLER ROHRBACK L.L.P.
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   206-623-1900(Seattle)
   602-248-0088 (Phoenix)
   206-623-3384 (Seattle fax)
   602-248-2822(Phoenix fax)
   **Co-Lead Counsel for Plaintiffs**

   Charles R. Watkins (ct23936)
   John Wylie (ct23937)
   FUTTERMAN HOWARD WATKINS
   WYLIE & ASHLEY, CHTD.
   122 South Michigan Avenue, Suite 1850
   Chicago, Illinois 60603
   Tel: 312-427-3600
   Fax: 312-427-1850
   **Co-Lead Counsel for Plaintiffs**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel: 860-231-2800
Fax: 860-523-9235
**Liaison Counsel**

**Steering Committee Counsel:**
Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312-960-1802
Fax: 312-960-1936

Sherrie Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, Pennsylvania 19103-6365
Tel: 215-875-3040
Fax: 215-875-4604

SCHIFFRIN & BARROWAY
Marc A. Topaz
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

Ellen M. Doyle
MALAKOFF DOYLE
 & FINBERG, P.C.
437 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
Tel: 412-481-8400
Fax: 412-281-3262

Brian McTigue
MCTIGUE & PORTER LLP
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
Tel: 202-364-6900
Fax: 202-364-9960)

## II. [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____

                                               _____
                                               THE HONORABLE ALVIN W. THOMPSON
                                               United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE |

This is to certify that a copy of the foregoing document, entitled *STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION* was served this 1st day of October, 2007 on the following counsel of record:

**Attorneys for Plaintiffs:**

**VIA ELECTRONIC MAIL**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel: 860-231-2800
Fax: 860-523-9235
jmckenna@grmattorneys.com
**Liaison Counsel**

Charles R. Watkins (ct23936)
John Wylie (ct23937)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: 312-427-3600
Fax: 312-427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, Pennsylvania 19103-6365
Tel: 215-875-3040
Fax: 215-875-4604
srs@bm.net
jclairmont@bm.net
**Steering Committee Counsel**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel: 412.281.8400
Fax: 412.232.3730
edoyle@stemberfeinstein.com
**Steering Committee Counsel**

**VIA U.S. MAIL**
Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312-960-1802
Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**

Brian McTigue
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC 20015
Tel: 202-364-6900
Fax: 202-364-9960
bmctigue@mctiguelaw.com
**Steering Committee Counsel**

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**
Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square
20th Floor
Stamford, CT 06901
Tel: 203-425-9500
Fax: 203-425-9595
bgreen@dreierllp.com
fslusarz@dreierllp.com
jrapuano@dreierllp.com
**Local Counsel for Defendants**

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
Nicholas Pavich, Esq.
HANNAFAN & HANNAFAN
One East Wacker Drive, Suite 2710
Chicago, IL 60601
Tel: 312-527-0055
Fax: 312-527-0220
mth@hannafanlaw.com
bth@hannafanlaw.com

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: 202-879-5402
Fax: 202-626-1700
sjsacher@jonesday.com
krnoble@jonesday.com
emiller@jonesday.com
**Counsel for Defendants**

Jayant W. Tambe (ct15992)
Aviva Warter Sisistky (phv01990)
Gary D. Shapiro (phv01991)
Michael F. Stoer (phv02063)
JONES DAY REAVIS & POGUE
222 East 41st Street
New York, NY 10017
Tel: 212-326-3939
Fax: 212-755-7306
jtambe@jonesday.com

nap@hannafanlaw.com
**Counsel for Defendant Myra Drucker**

aswarter@jonesday.com
gshapiro@jonesday.com
mfstoer@jonesday.com
**Counsel for Defendants**

**VIA U.S. MAIL**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

/s/Elizabeth A. Leland
Elizabeth A. Leland (phv01338)
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 / Fax (206) 623-3384