IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION )))))) | Master File No. 02-CV-1138 (AWT) October 30, 2007 |
| This Document Relates To: ALL ACTIONS ))))) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Local Civil. Rule 7(e), Gary D. Shapiro ("Attorney Shapiro") of the law firm Jones Day, admitted *pro hac vice* on July 3, 2007 [Dkt. # 196], hereby moves to withdraw as an attorney of record for all Defendants (except Myra Drucker, Eunice M. Filer and William Roscoe). Those defendants for whom Attorney Shapiro has appeared will continue to be represented by Steven J. Sacher, Evan Miller, Kevin R. Noble, Jayant W. Tambe and Aviva Warter Sisitsky of Jones Day and Benjamin Green, Frances Codd Slusarz and Joanne Rapuano of Dreier, LLP.

WHEREFORE, counsel moves the court to enter an order granting the withdrawal of Gary D. Shapiro as attorney for all Defendants (except Myra Drucker, Eunice M. Filer and William Roscoe), in the above-entitled case.

{00301671.DOC;}

Dated: October 30, 2007

                                              Respectfully submitted,

By: _____/s/_____
      Gary D. Shapiro, Esq. (phv01991)
      **Jones Day**
      222 East 41st Street
      New York, New York 10017-6702
      212-326-3939
      gshapiro@jonesday.com

      Benjamin H. Green, Esq.
      Frances Codd Slusarz, Esq.
      Joanne Rapuano, Esq.
      **Dreier LLP**
      One Landmark Square, 20th Floor
      Stamford, Connecticut 06901
      Phone: 203-425-9500
      Fax: 203-425-9595

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Plaintiffs:**

| | |
|---|---|
| John F. McKenna<br>jmckenna@grmattorneys.com<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel: 860-231-2800 | Brian McTigue<br>bmctigue@mctiguelaw.com<br>**McTigue & Porter LLC**<br>5301 Wisconsin Avenue, NW, Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900 |
| Charles R. Watkins<br>cwatkins@futtermanhoward.com<br>John R. Wylie<br>**Futterman Howard Watkins Wylie & Ashley**<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Tel: 312-427-3600 | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Elizabeth A. Leland<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: 206-623-1900 |
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| | |

- 4 -

| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA  15219<br>Tel: 412 281 8400 | |

**Attorneys for Defendants:**

| Steven J. Sacher<br>sjsacher@jonesday.com<br>Evan Miller<br>Kevin Noble<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC  20001-2113<br>Tel:  202-879-3939 | Michael T. Hannafan, Esq.<br>mth@hannafanlaw.com<br>Blake T. Hannafan, Esq.<br>**Hannafan & Hannafan, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601<br>Tel:  312-527-0055 |
| Jayant W. Tambe<br>jtambe@jonesday.com<br>Aviva Warter Sisitsky<br>Michael F. Stoer<br>**Jones Day**<br>222 East 41st Street<br>New York, NY  10017-6702<br>Tel:  212-326-3939 | Benjamin H. Green<br>Frances Codd Slusarz<br>Joanne Rapuano<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT  06901<br>Tel: 203 425 9500 |

        /s/
        Joanne Rapuano