## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) ) ) ) | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | ) ) ) ) ) | **CLASS ACTION** |
| ALL ACTIONS | ) ) ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1 (d) and upon the accompanying affidavit of Benjamin H. Green, the undersigned counsel, a member in good standing of the Bar of the District of Connecticut, hereby moves the Court to admit Arthur J. Margulies, an attorney who is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the defendants except Myra Drucker, William Roscoe, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler in the trial of this action. In support of this motion undersigned counsel avers as follows:

1.      Arthur J. Margulies is a member in good standing of the Bar of New York and the United States District Courts for the Southern, Eastern and Western Districts of New York.

2.      Arthur J. Margulies is presently an associate at the law firm of Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No 212.326.3939; Fax No. 212.755.7306; Email: ajmargulies@jonesday.com.

3.      Arthur J. Margulies has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has he been denied admission or disciplined by any other Court.

4.    The granting of this motion will not require the modification of any scheduling order or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Arthur J. Margulies to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker.

THE DEFENDANTS

By _Benjamin Green_____

Benjamin H. Green (CT05166)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Attorney for All Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION | ) ) ) ) | Master File No. 02-CV-1138 (AWT) |
| | ) ) | **CLASS ACTION** |
| This Document Relates to: | ) ) ) | |
| ALL ACTIONS | ) ) ) | |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

Personally appeared, Arthur J. Margulies, to me known, who being duly sworn, did depose and say under oath the following:

1.    I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.    I have personal knowledge of the facts contained herein.

3.    I am a member in good standing of the Bar of New York and the United States District Courts for the Southern, Eastern and Western Districts of New York.

4.    I am an associate at the law firm Jones Day, and resident in its offices located at 222 East 41st Street, New York, NY 10017; Tel. No 212.326.3939; Fax No. 212.755.7306; Email: ajmargulies@jonesday.com.

5.    I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

6.    I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

7.    I seek admission into the United Stated District Court for the District of Connecticut pro hac vice to represent all of the Defendants except Myra Drucker, William

Roscoe, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler in the above captioned action.

8.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at New York, NY, this 2nd day of November 2007

Subscribed and sworn to before me, this 2nd day of November, 2007.

Notary Public
My Commission Expires on    6/23/10

LAUREL H. LAME
Notary Public, State of New York
No. 41-4862089
Qualified in Queens County
Commission Expires June 23, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Plaintiffs:**

| | |
|---|---|
| John F. McKenna<br>jmckenna@grmattorneys.com<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel: 860-231-2800 | Brian McTigue<br>bmctigue@mctiguelaw.com<br>**McTigue & Porter LLC**<br>5301 Wisconsin Avenue, NW, Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900 |
| Charles R. Watkins<br>cwatkins@futtermanhoward.com<br>John R. Wylie<br>**Futterman Howard Watkins Wylie<br>& Ashley**<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Tel: 312-427-3600 | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Elizabeth A. Leland<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: 206-623-1900 |
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| | |

| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA  15219<br>Tel: 412 281 8400 | |

**Attorneys for Defendants:**

| Steven J. Sacher<br>sjsacher@jonesday.com<br>Evan Miller<br>Kevin Noble<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC  20001-2113<br>Tel:  202-879-3939 | Michael T. Hannafan, Esq.<br>mth@hannafanlaw.com<br>Blake T. Hannafan, Esq.<br>**Hannafan & Hannafan, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL  60601<br>Tel:  312-527-0055 |
| Jayant W. Tambe<br>jtambe@jonesday.com<br>Aviva Warter Sisitsky<br>Michael F. Stoer<br>**Jones Day**<br>222 East 41st Street<br>New York, NY  10017-6702<br>Tel:  212-326-3939 | Benjamin H. Green<br>Frances Codd Slusarz<br>Joanne Rapuano<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT  06901<br>Tel: 203 425 9500 |

Joanne Rapuano