# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 02-CV-1138 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

In re XEROX CORPORATION ERISA LITIGATION,

Except Myra R. Drucker, Eunice M. Filter and William Roscoe

| | |
|---|---|
| 11/7/07 | *Arthur J. Margulies* (signature) |
| **Date** | **Signature** |
| | Arthur J. Margulies |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| phv02256 | 222 East 41st Street |
| **Telephone Number** | **Address** |
| 212-326-3939/212-755-7305 | New York, New York 10017 |
| **Fax Number** | |
| ajmargulies@jonesday.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached service list.

*Joanne Raparano* (signature)
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Plaintiffs:**

| | |
|---|---|
| John F. McKenna<br>jmckenna@grmattorneys.com<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel: 860-231-2800 | Brian McTigue<br>bmctigue@mctiguelaw.com<br>**McTigue & Porter LLC**<br>5301 Wisconsin Avenue, NW, Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900 |
| Charles R. Watkins<br>cwatkins@futtermanhoward.com<br>John R. Wylie<br>**Futterman Howard Watkins Wylie & Ashley**<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Tel: 312-427-3600 | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Elizabeth A. Leland<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: 206-623-1900 |
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| | |

{00303081.DOC;}

| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | |

**Attorneys for Defendants:**

| Steven J. Sacher<br>sjsacher@jonesday.com<br>Evan Miller<br>Kevin Noble<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Tel: 202-879-3939 | Michael T. Hannafan, Esq.<br>mth@hannafanlaw.com<br>Blake T. Hannafan, Esq.<br>Nick Pavich, Esq.<br>nap@hannafanlaw.com<br>**Hannafan & Hannafan, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>Tel: 312-527-0055 |
| Jayant W. Tambe<br>jtambe@jonesday.com<br>Aviva Warter Sisitsky<br>Michael F. Stoer<br>**Jones Day**<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: 212-326-3939 | Benjamin H. Green<br>Frances Codd Slusarz<br>Joanne Rapuano<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: 203 425 9500 |

*/s/ Joanne Rapuano*
Joanne Rapuano