**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION<br><br>November 15, 2007 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**

By their undersigned counsel, the ERISA Plaintiffs hereby submit as supplemental authorities in support of their Motion for Class Certification (docket No. 221; filed Aug. 9, 2007): (1) *Brieger v. Tellabs, Inc.*, No. 06-1882, 2007 WL 2712106 (N.D. Ill. Sept. 19, 2007); and the Secretary of Labor's Brief in Support of Plaintiffs-Appellees, filed October 10, 2007 in the matter of *Lively et al. v. Dynegy, Inc., et al.*, No. 07-2073 (7th Cir.) ("*DOL Dynegy Brief*"). Copies of the *Tellabs* decision and the *DOL Dynegy Brief*, both of which became available only after Plaintiffs filed their motion in support of class certification, are attached hereto as Exhibits A and B, respectively. Plaintiffs submit these authorities now in order to provide Defendants an ample opportunity to respond to them in their opposition brief, which is presently due February 4, 2008.

In *Tellabs*, the District Court certified a class of ERISA plan participants and beneficiaries who, like the Plaintiffs here, sought to proceed under certification pursuant to Fed. R. Civ. P. 23(b)(1). 2007 WL 2712106 at *13. In *Dynegy*, the Secretary of Labor weighed in on behalf of a certified class of ERISA plaintiffs-appellees seeking to defend against defendants'

Fed. R. Civ. P. 23(f) petition. *DOL Dynegy Brief.* at 7.[1] In both instances, the district courts held,

consistent with the DOL's position and the Plaintiffs' position here, that: (1) so-called

"individual" investment decisions by plan participants, and (2) individualized factual analyses of

whether potential class members exercised "control" over their plan investments as defined in

ERISA Section 404(c) are both irrelevant to class certification in the context of an action such as

this one, which is as a matter of law brought by and on behalf of the plan(s), rather than on

behalf of any individual plan participants. *Tellabs*, 2007 WL 2712106 at *4-5, *11-12, *7-8;

*Lively v. Dynegy*, Inc., No. 2007 WL 685861, *8-10 (S.D. Ill. March 2, 2007); *DOL Dynegy*

*Brief* at 16-27.

Plaintiffs have prepared the chart below listing specific issues addressed in Plaintiffs'

Motion for Class Certification, the relevant pages from the *Tellabs* decision and the *DOL Dynegy*

*Brief*, along with the pages of Plaintiffs' Memorandum in Support of Class Certification ("Pl.

Mem.") where those topics are discussed.

| Issue | Supplemental Authority | Pl. Mem. |
|---|---|---|
| Commonality (Fed. R. Civ. P. 23(a)(2)) satisfied: Defendants' actions and decisions pertaining to the plan amount to a common course of conduct *vis-à-vis* the putative class | *Tellabs*, 2007 WL 2712106 at *4; *see also DOL Dynegy Br.* at 15, 16-20 (rejecting intra-class conflict argument for purposes of commonality, as well as typicality and adequacy, as indicated below) | Pl. Mem. at 13-15 |
| Typicality (Fed R. Civ. P. 23(a)(3)) satisfied: Plaintiffs seek plan-wide relief under § 502(a)(2) | *Tellabs*, 2007 WL 2712106 at *4; *DOL Dynegy Br.* at 9-16 | Pl. Mem. at 9-10, 17 |

---

[1]      "The regulations of the Secretary of Labor . . . are entitled to deference as the reasonable
interpretations of the official specifically authorized to define ERISA's terms." *Mulligan v.
Amer. Inst. of Certified Public Accountants Insurance Trust*, No. CI399CV01407AWT, 2001
WL 777437, at *2 n.1 (D. Conn. June 26, 2001) (Thompson, J.), *citing Massachusetts v. Morosh*,
490 U.S. 107, 108 (1989).

| Rejecting intra-class conflict argument with respect to commonality, typicality, and adequacy challenges; even substantial differences in the investment behavior of plan participants do not give rise to conflicts that would affect class suitability | *Tellabs*, 2007 WL 2712106 at *4-5, *11-12; *DOL Dynegy Br.* at 16-20 | Pl. Memo. at 15-16 |
|---|---|---|
| The theoretical possibility of a § 404(c) affirmative defense does not defeat typicality | *Tellabs*, 2007 WL 2712106 at *7-8; *DOL Dynegy Br.* at 21-27 | Pl. Mem. at 17-18 |
| Allegations of plan-wide nondisclosure and misrepresentation do not give rise to a need for individualized inquiries | *Tellabs*, 2007 WL 2712106 at *9 | Pl. Mem. at 6, 14, 18, 23 and n.7 |
| Fed. R. Civ. P. 23(b)(1) met where, as here, Plaintiffs bring claims on behalf of the plan as a whole to recover benefits from the plan | *Tellabs*, 2007 WL 2712106 at *13 | Pl. Mem. at 20-24 |

For these reasons, Plaintiffs respectfully request the Court to consider the *Tellabs* decision and the *DOL Dynegy Brief* as further authority supporting Plaintiffs' Motion for Class Certification.

Respectfully submitted this 15th day of November, 2007.

_/s/ Charles R. Watkins_
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
Charles R. Watkins
*cwatkins@futtermanhoward.com*
John R. Wylie
*jwylie@futtermanhoward.com*
122 South Michigan Avenue, Suite 1850

3

Chicago, Illinois 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
*lsarko@kellerrohrback.com*
Gary A. Gotto
*ggotto@kellerrohback.com*
Elizabeth A. Leland
*bleland@kellerrohrback.com*
Erin M. Riley
*eriley@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
*lawofficedh@yahoo.com*
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
*ssavett@bm.net*
Joy Clairmont
*jclairmont@bm.net*
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
*mtopaz@sbclasslaw.com*
Joseph H. Meltzer
*jmeltzer@sbclasslaw.com*

4

280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
*edoyle@stemberfeinstein.com*
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
*bmctigue@mctiguelaw.com*
Jennifer H. Strouf
*jstrouf@mctiguelaw.com*
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC 20015
Telephone: (202) 364-6900
Facsimile: (202) 364-9960
**Steering Committee Counsel for the Union Plan**

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna, Esq. - ct00104
*jmckenna@grmattorneys.com*
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Telephone: (860) 231-2800
Facsimile: (860) 523-9235
**Liaison Counsel**