IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF FILING** |

To:   Attached service list

PLEASE TAKE NOTE that we filed PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION with the Clerk of the United States District Court for the District of Connecticut via electronic filing on this 15th day of November, 2007, a true and correct copy of which is attached and hereby served upon you.

/s/ *Charles R. Watkins*
Charles R. Watkins (ct23936)
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850

G:\KATE\Xerox\Pleadings\NOF CertServ.doc

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION, | MASTER FILE NO. 02-CV-1138 (AWT) |
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| ALL ACTIONS | CERTIFICATE OF SERVICE |

The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTICE OF FILING and PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION was served this 15th day of November, 2007 on the following counsel of record:

| **Attorneys for Plaintiffs:** **VIA ELECTRONIC MAIL** | |
|---|---|
| John F. McKenna, Esq. (ct00104) GOODMAN, ROSENTHAL & MCKENNA, PC 977 Farmington Avenue, Suite 200 West Hartford, CT 06107 Tel: 860-231-2800 Fax: 860-523-9235 *jmckenna@grmattorneys.com* **Liaison Counsel** | Lynn Lincoln Sarko Elizabeth A. Leland Erin M. Riley KELLER ROHRBACK L.L.P. 1201 Third Avenue, Suite 3200 Seattle, WA 98101 Tel: 206-623-1900 Fax: 206-623-3384 *lsarko@kellerrohrback.com* *bleland@kellerrohrback.com* *eriley@kellerrohrback.com* **Co-Lead Counsel** |
| Sherrie R. Savett Joy Clairmont BERGER & MONTAGUE, P.C. 1622 Locus Street Philadelphia, PA 19103-6365 Tel: 215-875-3040 Fax: 215-875-4604 *srs@bm.net* *jclairmont@bm.net* **Steering Committee Counsel** | Ellen M. Doyle STEMBER FEINSTEIN DOYLE & PAYNE, LLC The Allegheny Building, 17th floor 429 Forbes Avenue Pittsburgh, PA 15219 Tel: 412-281-8400 Fax: 412-232-3730 *edoyle@stemberfeinstein.com* **Steering Committee Counsel** |

| | |
|---|---|
| **VIA U.S. MAIL:**<br><br>Daniel M. Harris<br>LAW OFFICES OF DANIEL M. HARRIS<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802<br>Fax: 312-960-1936<br>*lawofficedh@yahoo.com*<br>**Steering Committee Counsel** | Joseph H. Meltzer<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: 610-667-7706<br>Fax: 610-667-7056<br>*jmeltzer@sbclasslaw.com*<br>**Steering Committee Counsel** |
| Brian McTigue<br>MCTIGUE & PORTER LLP<br>5301 Wisconsin Avenue, N.W., Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900<br>Fax: 202-364-9960<br>*bmctigue@mctiguelaw.com*<br>**Steering Committee Counsel** | Gary A. Gotto (ct23952)<br>KELLER ROHRBACK P.L.C.<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088<br>Fax: 602-248-2822<br>*ggotto@kellerrohrback.com*<br>**Co-Lead Counsel for Plaintiffs** |
| **Attorneys for Defendants:**<br>**VIA ELECTRONIC MAIL:** | |
| Benjamin H. Green (ct05166)<br>Frances Codd Slusarz (ct24442)<br>Joanne Rapuano (ct27102)<br>DREIER LLP<br>One Landmark Square<br>20th Floor<br>Stamford, CT 06901<br>Tel: 203-425-9500<br>Fax: 203-425-9595<br>*bgreen@dreierllp.com*<br>*fslusarz@dreierllp.com*<br>*jrapuano@dreierllp.com*<br>**Local Counsel for Defendants** | Steven J. Sacher (ct24024)<br>Kevin R. Noble (phv01959)<br>Evan Miller (phv01958)<br>JONES DAY REAVIS & POGUE<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Tel: 202-879-5402<br>Fax: 202-626-1700<br>*sjsacher@jonesday.com*<br>*krnoble@jonesday.com*<br>*emiller@jonesday.com*<br>**Counsel for Defendants** |

| | |
|---|---|
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>Nicholas Pavich, Esq.<br>HANNAFAN & HANNAFAN<br>One East Wacker Drive, Suite 2710<br>Chicago, IL 60601<br>Tel: 312-527-0055<br>Fax: 312-527-0220<br>*mth@hannafanlaw.com*<br>*bth@hannafanlaw.com*<br>*nap@hannafanlaw.com*<br>**Counsel for Defendant Myra Drucker** | Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>Gary D. Shapiro (phv01991)<br>Michael F. Stoer<br>JONES DAY REAVIS & POGUE<br>222 East 41st Street<br>New York, NY 10017<br>Tel: 212-326-3939<br>Fax: 212-755-7306<br>*jtambe@jonesday.com*<br>*aswarter@jonesday.com*<br>*gshapiro@jonesday.com*<br>*mstoer@jonesday.com*<br>**Counsel for Defendants** |
| **VIA U.S. MAIL:**<br><br>Michael D. Ryan<br>Senior Counsel<br>XEROX CORPORATION<br>800 Long Ridge Road<br>Stamford, CT 06904<br>**In-House Counsel for Xerox** | |

                                                            */s/ Charles R. Watkins*
                                    Charles R. Watkins (ct23936)
                                    FUTTERMAN HOWARD WATKINS WYLIE &
                                    ASHLEY, CHTD.
                                    122 South Michigan Avenue, Suite 1850
                                    Chicago, Illinois 60603
                                    Telephone: (312) 427-3600
                                    Facsimile: (312) 427-1850

G:\KATE\Xerox\Pleadings\NOF CertServ.doc