**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to:  All Actions | |

## CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties hereto, as follows:

1.    Plaintiffs in the above-captioned matter served four nonparties, including State Street Bank And Trust Company ("State Street"), with subpoenas duces tecum.

2.    Subject to written responses and objections to its Subpoena, State Street will be producing certain documents that contain internal proprietary business information or other private or confidential information.  Such documents will be designated as confidential by the placement of the legend "CONFIDENTIAL" on each page of the documents prior to production.

3.    The parties agree that any document designated as CONFIDENTIAL, which is produced by any nonparty in response to any subpoena served by any party to this Action, shall be treated as such and will be subject to all of the protections set forth in the Amended Consent Protective Order entered August 1, 2006 (Dkt. # 167) (the "Protective Order"), the terms of which are incorporated by reference herein.  A copy of the Protective Order is attached hereto as Exhibit A.

AGREED TO:

**Counsel for Plaintiffs:**

November 30, 2007

*s/ Elizabeth A. Leland*
Elizabeth A. Leland (phv01338)
Lynn Lincoln Sarko (ct23927)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

Charles R. Watkins (ct23936)
John R. Wylie (ct23937)
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603

Brian McTigue
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015

John F. McKenna (ct00104)
GOODMAN, ROSENTHAL & MCKENNA PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107

Sherrie R. Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ & KESSLER,
LLP
280 King of Prussia Road
Radnor, PA 19087

2

Ellen Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL  60606

**Counsel for Defendants (Except Myra R.
Drucker):**

November 30, 2007                  *s/ Steven J. Sacher*
                                   Steven J. Sacher (ct24024)
                                   Evan Miller (phv01958)
                                   Kevin R. Noble (phv01959)
                                   JONES DAY
                                   51 Louisiana Avenue, N.W.
                                   Washington, D.C. 20001-2113

                                   Jayant W. Tambe (ct15992)
                                   Aviva Warter Sisitsky (phv01990)
                                   Michael F. Stoer
                                   Arthur J. Margulies (phv02256)
                                   JONES DAY
                                   222 East 41st Street
                                   New York, NY  10017-6702

                                   Benjamin H. Green (ct05166)
                                   DREIER LLP
                                   One Landmark Square, 20th Floor
                                   Stamford, CT  06901

                                   **Counsel for Myra R. Drucker:**

November 30, 2007                  *s/ Michael T. Hannafan*
                                   Michael T. Hannafan (ct11859)
                                   Blake T. Hannafan (ct24594)
                                   Nicholas Pavich
                                   HANNAFAN & HANNAFAN, LTD.
                                   One East Wacker Drive, Suite 2800
                                   Chicago, IL  60601

3

SO ORDERED this _____ day of _____, 2007.

_____
Alvin W. Thompson
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 4, 2007, the foregoing document was served by electronic

mail and regular U.S. First Class mail to the following counsel:

**Attorneys for Defendants:**

Steven J. Sacher
sjsacher@jonesday.com
Evan Miller
emiller@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Tel:  202-879-3939

Michael T. Hannafan
mth@hannafanlaw.com
Blake T. Hannafan
bth@hannafanlaw.com
Nick Pavich
nap@hannafanlaw.com
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel:  312-527-0055

Jayant W. Tambe
jtambe@jonesday.com
Aviva Warter Sisitsky
aswarter@jonesday.com
Arthur J. Margulies
ajmargulies@jonesday.com
JONES DAY
222 East 41st Street
New York, NY  10017-6702
Tel:  212-326-3939

Benjamin H. Green
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Tel: 203-425-9500

**<u>Attorneys for Plaintiffs</u>:**

Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL  60603
Tel:  312-427-3600

Sherrie R. Savett
srs@bm.net
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365
Tel:  215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087

John F. McKenna
jmckenna@grmattorneys.com
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
Tel:  860-231-2800

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  206-623-1900

Gary A. Gotto
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M.
HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL  60606
Tel:  312-960-1802

Brian McTigue
bmctigue@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC  20015
Tel:  202-364-6900

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: 412 281 8400

_____/s/_____
Joanne Rapuano