IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u><br><br>December 6, 2007 |

**PLAINTIFFS' MOTION TO SUBSTITUTE PARTY DEFENDANTS
IN PLACE OF DECEASED DEFENDANTS EUNICE M. FILTER AND
WILLIAM ROSCOE OR IN THE ALTERNATIVE TO EXTEND THE TIME FOR
FILING A MOTION TO SUBSTITUTE IN RELATION TO
<u>SUCH DECEASED DEFENDANTS</u>**

Plaintiffs move pursuant to Rule 25(a)(1), Fed. R. Civ. P., for an order substituting the following parties as defendants in place of deceased Defendant Eunice M. Filter ("Filter Substitute Defendants"):

    (1)    Henry Charles Filter, III;

    (2)    Henry Charles Filter, III, and John Musicaro, Jr., as Trustees of the Trust for the benefit of Henry Charles Filter, III and his descendants under Article II of the Eunice M. Filter Insurance Trust under Agreement dated January 19, 1995, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901; and

    (3)    Jerry W. Hostetter and John Musicaro, Jr., Trustees of the Marital Trust under Article IV of the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901.

Plaintiffs also move pursuant to Rule 25(a)(1), Fed. R. Civ. P., for an order substituting the following party as defendant in place of deceased Defendant William Roscoe ("Roscoe Substitute Defendant"):

    Barbara D. Roscoe.

Plaintiffs have been advised by counsel for the Filter and Roscoe estates that the foregoing are the correct parties to substitute. However, to guard against the possibility that Plaintiffs have been misadvised regarding the identities of the proper substitute parties, Plaintiffs also move pursuant to Rule 6(b), Fed. R. Civ. P., for an order enlarging the time within which Plaintiffs must move to substitute new defendants for Defendants Eunice M. Filter and William Roscoe, if that is necessary, from the present deadline of December 10, 2007 (90 days after the Defendants served their Rule 25, Fed. R. Civ. P., suggestion of death) until sixty (60) days after it is determined and Plaintiffs are advised that the foregoing substitute party information is incorrect and learn of the correct substitute party information.

In support of their Rule 25 motion, Plaintiffs state that Defendants Eunice M. Filter and William Roscoe are deceased and that the ERISA, 29 U.S.C. §1001, *et seq.*, claims alleged in this lawsuit survive their death. In addition, this motion is timely, is believed to name the proper parties, and has been properly served. The requirements of Rule 6(b), Fed. R. Civ. P., likewise are satisfied, the interests of justice will be served by granting this Rule 6(b) motion, and Plaintiffs will be prejudiced by its denial, all as further set forth in Plaintiffs' Brief in Support of this motion, submitted contemporaneously herewith.

Dated: December 6, 2007

          Respectfully submitted,

By:   */s/ Charles R. Watkins*
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.
Charles R. Watkins (ct23936)
*cwatkins@futtermanhoward.com*
John R. Wylie (ct23937)
*jwylie@futtermanhoward.com*
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Elizabeth A. Leland (ct01338)
*eleland@kellerrohrback.com*
Erin M. Riley
*eriley@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Gary A. Gotto (ct23952)
*ggotto@kellerrohback.com*
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
*lawofficedh@yahoo.com*
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
*ssavett@bm.net*
Joy Clairmont
*jclairmont@bm.net*
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
*mtopaz@sbclasslaw.com*
Joseph H. Meltzer
*jmeltzer@sbclasslaw.com*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
*edoyle@stemberfeinstein.com*
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
*bmctigue@mctiguelaw.com*
Jennifer H. Strouf
*jstrouf@mctiguelaw.com*
5301 Wisconsin Avenue, N.W., Suite 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the Union Plan**

4

                                                                                                 5

                                           GOODMAN ROSENTHAL & MCKENNA PC
                                           John F. McKenna (ct00104)
                                           *jmckenna@grmattorneys.com*
                                           977 Farmington Avenue, Suite 200
                                           West Hartford, CT  06107
                                           Telephone:  (860) 231-2800
                                           Facsimile:  (860) 523-9235
                                           **Liaison Counsel**

G:\KATE\Xerox\Pleadings\Mot to substitute Filter Roscoe.doc