UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: XEROX CORPORATION ERISA LITIGATION, | ) ) ) ) Master File No. 02-CV-1138 (AWT) |
| This document relates to | ) ) CLASS ACTION ) ) |
| ALL ACTIONS. | ) ) December 6, 2007 |

**NOTICE OF HEARING**

TO:   See attached service list.

     PLEASE TAKE NOTICE that PLAINTIFFS' MOTION TO SUBSTITUTE PARTY DEFENDANTS IN PLACE OF DECEASED DEFENDANTS EUNICE M. FILTER AND WILLIAM ROSCOE OR IN THE ALTERNATIVE TO EXTEND THE TIME FOR FILING A MOTION TO SUBSTITUTE IN RELATION TO SUCH DECEASED DEFENDANTS will be heard at a time and place to be set by the Court.

DATED:   December 6, 2007

*/s/ Charles R. Watkins*
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
Charles R. Watkins (ct23936)
*cwatkins@futtermanhoward.com*
John R. Wylie (ct23937)
*jwylie@futtermanhoward.com*
122 South Michigan Avenue, Suite 1850
Chicago, IL  60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Elizabeth A. Leland (ct01338)
*eleland@kellerrohrback.com*
Erin M. Riley
*eriley@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Gary A. Gotto (ct23952)
*ggotto@kellerrohback.com*
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
*lawofficedh@yahoo.com*
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile:  (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
*ssavett@bm.net*
Joy Clairmont
*jclairmont@bm.net*
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
*mtopaz@sbclasslaw.com*
Joseph H. Meltzer
*jmeltzer@sbclasslaw.com*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
*edoyle@stemberfeinstein.com*
The Allegheny Building, 17th floor

429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
*bmctigue@mctiguelaw.com*
Jennifer H. Strouf
*jstrouf@mctiguelaw.com*
5301 Wisconsin Avenue, N.W., Suite 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the Union Plan**

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna (ct00104)
*jmckenna@grmattorneys.com*
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**

G:\KATE\Xerox\Pleadings\Notice of Hearing.doc