## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: XEROX CORPORATION ERISA LITIGATION, | ) ) ) Master File No. 02-CV-1138 (AWT) ) |
| This document relates to | ) <u>CLASS ACTION</u> ) ) |
| ALL ACTIONS. | ) December 6, 2007 ) |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that a true and correct copy of NOTICE OF HEARING, PLAINTIFFS' MOTION TO SUBSTITUTE PARTY DEFENDANTS IN PLACE OF DECEASED DEFENDANTS EUNICE M. FILTER AND WILLIAM ROSCOE OR IN THE ALTERNATIVE TO EXTEND THE TIME FOR FILING A MOTION TO SUBSTITUTE IN RELATION TO SUCH DECEASED DEFENDANTS and BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE PARTY DEFENDANTS IN PLACE OF DECEASED DEFENDANTS EUNICE M. FILTER AND WILLIAM ROSCOE OR IN THE ALTERNATIVE TO EXTEND THE TIME FOR FILING A MOTION TO SUBSTITUTE IN RELATION TO SUCH DECEASED DEFENDANTS was served this 6th day of December, 2007 on the following counsel of record:

**Attorneys for Plaintiffs:**
**VIA ELECTRONIC MAIL:**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL & MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800
Fax: 860-523-9235
*jmckenna@grmattorneys.com*
**Liaison Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
*ggotto@kellerrohrback.com*
**Co-Lead Counsel for Plaintiffs**

Elizabeth A. Leland (ct01338)
Erin M. Riley
KELLER ROHRBACK P.L.C.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locus Street
Philadelphia, PA 19103-6365
Tel: 215-875-3040
Fax: 215-875-4604
*srs@bm.net*
*jclairmont@bm.net*
**Steering Committee Counsel**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412-281-8400
Fax: 412-232-3730
*edoyle@stemberfeinstein.com*
**Steering Committee Counsel**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802
Fax: 312-960-1936
*lawofficedh@yahoo.com*
**Steering Committee Counsel**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056
*jmeltzer@sbclasslaw.com*
**Steering Committee Counsel**

Brian McTigue
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Suite 350
Washington, DC 20015
Tel: 202-364-6900
Fax: 202-364-9960
*bmctigue@mctiguelaw.com*
**Steering Committee Counsel**

**Attorneys for the Filter and Roscoe Substitute Defendants (not of record in this case):**
**VIA ELECTRONIC MAIL:**

John Musicaro
CUMMINGS & LOCKWOOD, LLC
Six Landmark Square
Stamford, CT 06901
Tel: 203-327-1700
Fax: 203-351-4535
*jmusic@cl-law.com*

Lisa Arrington
LACY KATZEN, LLP
The Granite Building
130 East Main Street, Second Floor
Rochester, NY 14604
Tel: 585-454-5650
Fax: 585-269-3077
*larrington@lacykatzen.com*

**Attorneys for Defendants, including Filter and Roscoe Substitute Defendants:**
**VIA ELECTRONIC MAIL:**

Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203-425-9500
Fax: 203-425-9595
*bgreen@dreierllp.com*
*fslusarz@dreierllp.com*
*jrapuano@dreierllp.com*
**Local Counsel for Defendants**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: 202-879-5402
Fax: 202-626-1700
*sjsacher@jonesday.com*
*krnoble@jonesday.com*
*emiller@jonesday.com*
**Counsel for Defendants**

Jayant W. Tambe (ct15992)
Aviva Warter Sisistky (phv01990)
Gary D. Shapiro (phv01991)
Michael F. Stoer
JONES DAY REAVIS & POGUE
222 East 41st Street
New York, NY 10017
Tel: 212-326-3939
Fax: 212-755-7306
*jtambe@jonesday.com*
*aswarter@jonesday.com*
*gshapiro@jonesday.com*
*mstoer@jonesday.com*
**Counsel for Defendants**

**Attorneys for Defendant Myra Drucker:**
**VIA ELECTRONIC MAIL:**

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
Nicholas Pavich, Esq.
HANNAFAN & HANNAFAN
One East Wacker Drive, Suite 2710
Chicago, IL 60601
Tel: 312-527-0055
Fax: 312-527-0220
*mth@hannafanlaw.com*
*bth@hannafanlaw.com*
*nap@hannafanlaw.com*
**Counsel for Defendant Myra Drucker**

**VIA U.S. MAIL:**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT 06904
**In-House Counsel for Xerox**

|  |  |
|---|---|
|  | */s/ Charles R. Watkins* |
|  | Charles R. Watkins (ct23936) |
|  | John Wylie (ct23937) |
|  | FUTTERMAN HOWARD WATKINS |
|  |     WYLIE & ASHLEY, CHTD. |
|  | 122 South Michigan Avenue, Suite 1850 |
|  | Chicago, IL 60603 |
|  | Tel: (312) 427-3600 |
|  | Fax: (312) 427-1850 |

G:\KATE\Xerox\Pleadings\CertServ.doc