UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS PATTI, et al., :<br><br>Plaintiffs, :<br><br>vs. :<br><br>XEROX CORPORATION, et al. :<br><br>Defendants. : | 3:02-CV-01138 (AWT)<br>ALL CASES<br><br>December 10, 2007 |

### DEFENDANTS' MOTION FOR ADMISSION OF ADAM S. ADERTON AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Civil Rules of this Court, Benjamin H. Green, counsel to defendants Paul Allaire, Barry Romeril, William Buehler and Gregory Tayler, and a member of the bar of this Court, respectfully moves that Adam S. Aderton, an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington D.C. 20006, be admitted as a visiting attorney to represent, in association with the undersigned, the defendants Paul Allaire, Barry Romeril, William Buehler and Greg Tayler in the above-captioned matter.

The accompanying Affidavit states that Mr. Aderton is a member in good standing of the Bars of the District of Columbia and the State of Maryland and that Mr. Aderton has neither been denied admission nor been disciplined by this Court or any other court.

{00311592.DOC;}

Accompanying this motion is a check in the amount of $25.00 as payment of the fee required by Local Rule 83.1(d).

        DEFENDANTS PAUL ALLAIRE, BARRY ROMERIL, WILLIAM BUEHLER AND GREGORY TAYLER

By_____
        Benjamin H. Green (ct 05166)
        Joanne Rapuano (ct 27102)
        Dreier LLP
        One Landmark Square, 20th Floor
        Stamford, Connecticut 06901
        Telephone: (203) 425-9500
        Fax: (203) 425-9595

{00311592.DOC;}

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, a copy of the forgoing Motion for Admission of Adam S. Aderton as a Visiting Attorney was sent via First Class Mail, postage prepaid, to the following counsel of record:


Joy P. Clairmont, Esq.
Sherrie R. Savett, Esq.
**Berger & Montague, PC**
1622 Locust Street
Philadelphia, PA  19103

Benjamin H. Green, Esq.
Frances Codd Slusarz, Esq.
Joanne Rapuano, Esq.
**Dreier LLP**
One Landmark Square, 20th Floor
Stamford, CT  06901

Charles R. Watkins, Esq.
John R. Wylie, Esq.
**Futterman Howard Watkins Wylie
& Ashley, Chtd.**
122 South Michigan Avenue, Ste. 1850
Chicago, IL  60603

Rebecca B. Lamont, Esq.
John F. McKenna, Esq.
**Goodman, Rosenthal & McKenna, PC**
977 Farmington Avenue, Ste. 200
West Hartford, CT  06107

Blake T. Hannafan, Esq.
Michael T. Hannafan, Esq.
Nick Pavich, Esq.
**Hannafan & Hannafan, Ltd.**
One East Wacker Drive, Ste. 2800
Chicago, IL  60601

{00311592.DOC;}

Aviva Warter Sisitsky, Esq.
Arthur J. Margulies, Esq.
Jayant W. Tambe, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017

Steven J. Sacher, Esq.
Evan Miller, Esq.
Kevin R. Noble, Esq.
**Jones Day**
51 Louisiana Avenue, NW
Washington, DC 20001

Elizabeth A. Leland, Esq.
Derek W. Loeser, Esq.
Alexander Perkins, Esq.
Erin M. Riley, Esq.
Lynn Lincoln Sarko, Esq.
**Keller Rohrback LLP**
1201 Third Avenue, Ste. 3200
Seattle, WA 98101

Gary A. Gotto, Esq.
**Keller Rohrback PLC**
3101 North Central Avenue, Ste. 1400
Phoenix, AZ 85012

James Brian McTigue, Esq.
**McTigue & Porter LLP**
5301 Wisconsin Avenue, NW, Ste. 350
Washington, DC 20015

Ellen M. Doyle, Esq.
**Stember Feinstein Doyle & Payne, LLC**
Allegheny Building
429 Forbes Avenue
Pittsburg, PA 15219

Joseph H. Meltzer, Esq.
**Schiffrin Barroway Topaz & Kessler, LLP**

{00311592.DOC;}

280 King of Prussia Road
Radnor, PA 19087

Daniel M. Harris, Esq.
**Law Offices of Daniel M. Harris**
150 North Wacker Drive, Suite 3000
Chicago, IL 60606

/s/ Joanne Rapuano
Joanne Rapuano

{00311592.DOC;}