UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS PATTI, et al., | |
| Plaintiffs, | |
| | 3:02-CV-01138 (AWT) |
| vs. | ALL CASES |
| XEROX CORPORATION, et al. | December 7, 2007 |
| Defendants. | |

## AFFIDAVIT OF FELIPE D. MENDOZA

I, Felipe D. Mendoza, under penalty of perjury, hereby state as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP located at 1875 Pennsylvania Avenue, Washington, D.C. 20006; telephone number, 202-663-6051; facsimile number, 202-663-6363; email address, felipe.mendoza@wilmerhale.com. Pursuant to Rule 83.1(d) of the Local Rules of the United States District Court for the District of Connecticut, I submit this Affidavit in support of Defendants' Motion for Admission of Visiting Attorney Felipe D. Mendoza in the above-captioned matter.

2. I am a member in good standing of the State Bar of California.

3. I have neither been denied admission nor been disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Felipe D. Mendoza

District of Columbia /ss

Subscribed and sworn to before me
This 7th day of December 2007.

_____
Notary Public (My Commission Expires June 14, 2012)