UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS PATTI, et al., : | |
| Plaintiffs, : | |
| : | 3:02-CV-01138 (AWT) |
| vs. : | ALL CASES |
| XEROX CORPORATION, et al. : | December 7, 2007 |
| Defendants. : | |

### AFFIDAVIT OF ELIZABETH K. CANIZARES

I, Elizabeth K. Canizares, under penalty of perjury, hereby state as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP located at 1875 Pennsylvania Avenue, Washington, D.C. 20006; telephone number, 202-663-6125; facsimile number, 202-663-6363; email address, elizabeth.canizares@wilmerhale.com. Pursuant to Rule 83.1(d) of the Local Rules of the United States District Court for the District of Connecticut, I submit this Affidavit in support of Defendants' Motion for Admission of Visiting Attorney Elizabeth K. Canizares in the above-captioned matter.

2. I am a member in good standing of the State Bar of New York.

3. I have neither been denied admission nor been disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Elizabeth K. Canizares

District of Columbia /ss

Subscribed and sworn to before me
This 7th day of December 2007.

_____
Notary Public (My Commission Expires June 14, 2012 )