# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

**CASE NUMBER:**   3:02-CV-01138 (AWT)

**To the Clerk of this court and all parties of record:**

**Please enter my appearance as counsel in this case for:**    Paul A. Allaire
Barry D. Romeril
William Buehler
Gregory Tayler

| | |
|---|---|
| December 13, 2007 | *[signature]* |
| **Date** | **Signature** |
| phv0994 | Adam S. Aderton |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 202-663-6399 | 1875 Pennsylvania Ave, NW |
| **Telephone Number** | **Address** |
| 202-663-6363 | Washington, DC  20006 |
| **Fax Number** | |
| adam.aderton@wilmerhale.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, a copy of the foregoing Appearance for Adam S. Aderton was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Adam. S. Aderton  (phv0994)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  202-663-6399
Facsimile: 202-663-6363
Email:  adam.aderton@wilmerhale.com