IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:  All Actions | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u> |

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Pursuant to Local Civil Rule 7(e), Steven J. Sacher, Evan Miller, Kevin R. Noble, Jayant W. Tambe, Aviva Warter Sisitsky and Michael F. Stoer, of the law firm of Jones Day (collectively, "Jones Day Counsel"), hereby move to withdraw as attorneys of record for defendants Gregory B. Tayler, Paul A. Allaire, William F. Buehler and Barry D. Romeril.  Those defendants will continue to be represented by John A. Valentine, Adam S. Aderton, Felipe D. Mendoza and Elizabeth K. Canizares of the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, and Benjamin H. Green of the law firm of Dreier LLP.  Further, those defendants are aware of this application and have consented to it.

WHEREFORE, Jones Day Counsel move the court to enter an order granting their withdrawal as attorneys of record for defendants Gregory B. Tayler, Paul A. Allaire, William F. Buehler and Barry D. Romeril, in the above-captioned case.

Dated:  December 14, 2007

RESPECTFULLY SUBMITTED,

JONES DAY

/s/
_____
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin R. Noble (phv01959)
Jones Day
51 Louisiana Avenue, N.W.

Washington, DC  20001-2113
Tel:  202-879-3939

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
Michael F. Stoer (phv02063)
Jones Day
222 East 41st Street
New York, NY  10017-6702
Tel:  212-326-3939


ORDERED this _____ day of _____, 2007.


_____
Alvin W. Thompson
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 14, 2007, the foregoing document was served by electronic mail and regular U.S. First Class mail to the following counsel:

**Attorneys for Defendants:**

Steven J. Sacher (ct24024)
sjsacher@jonesday.com
Evan Miller (phv01958)
emiller@jonesday.com
Kevin Noble (phv01959)
krnoble@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe (ct15992)
jtambe@jonesday.com
Aviva Warter Sisitsky (phv01990)
aswarter@jonesday.com
Michael F. Stoer (phv02063)
mfstoer@jonesday.com
Arthur J. Margulies (phv02256)
ajmargulies@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Benjamin H. Green (ct05166)
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203-425-9500

Michael T. Hannafan (ct11859)
mth@hannafanlaw.com
Blake T. Hannafan (ct24594)
bth@hannafanlaw.com
Nicholas Pavich (ct6257828)
nap@hannafanlaw.com
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: 312-527-0055

John Valentine (ct25941)
john.valentine@wilmerhale.com
Adam Aderton (phv0994)
adam.aderton@wilmerhale.com
Felipe Mendoza
felipe.mendoza@wilmerhale.com
Elizabeth Canizares
elizabeth.canizares@wilmerhale.com
WILMERHALE
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: 202-663-6399

**Attorneys for Plaintiffs:**

Charles R. Watkins (ct23936)
cwatkins@futtermanhoward.com
John R. Wylie (ct23927)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706

John F. McKenna (ct00104)
jmckenna@grmattorneys.com
GOODMAN, ROSENTHAL & MCKENNA,
PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE & PAYNE,
LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412 281 8400

Lynn Lincoln Sarko (ct23927)
lsarko@kellerrohrback.com
Elizabeth A. Leland (phv01338)
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

Gary A. Gotto (ct23952)
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802

Brian McTigue
bmctigue@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

/s/ _____
Joanne Rapuano