# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:  3:02-CV-01138 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Paul A. Allaire
Barry D. Romeril
William F. Buehler
Gregory B. Tayler

December 14, 2007
**Date**

ct25941
**Connecticut Federal Bar Number**

202-663-6131
**Telephone Number**

202-663-6363
**Fax Number**

john.valentine@wilmerhale.com
**E-mail address**

*[Signature]*
**Signature**

John A. Valentine
**Print Clearly or Type Name**

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, DC  20006
**Address**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, a copy of the foregoing Appearance of John A. Valentine was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Adam S. Aderton