## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION<br><br>DEFENDANTS' UNOPPOSED<br>MOTION AND [PROPOSED] ORDER<br>TO AMEND THE SCHEDULING<br>ORDER |

COME NOW Defendants, through their undersigned counsel, hereby move unopposed to amend the current Scheduling Order, as follows:

### I. Motion

1. Plaintiffs' Motion for Class Certification was filed on August 7, 2007.

2. On August 30, 2007, Defendants (except Myra Drucker) served Plaintiffs with (a) Defendants' (Except Myra Drucker) First Set of Interrogatories to Plaintiffs and (b) Defendants' (Except Myra Drucker) First Request for Production of Documents to Plaintiffs (collectively, the "Discovery Requests").  Pursuant to the parties' agreement, the Plaintiffs and proposed class representatives responded to the Discovery Requests on November 8, 2007.

3. Defendants believe that there remain outstanding discovery issues in connection with Plaintiffs' and the proposed class representatives' responses to the Discovery Requests. Plaintiffs disagree.  The parties are working together to resolve any remaining issues.

4. On January 15, 2008, counsel for Defendants and Plaintiffs had a conference call to discuss the briefing schedule for class certification and the depositions of the named Plaintiffs and proposed class representatives.

5. The parties agreed to amend the Scheduling Order, specifically to extend the briefing schedule for Plaintiffs' Motion for Class Certification.

6. Pursuant to this Court's Order of October 5, 2007, Defendants' Opposition to Plaintiffs' Motion for Class Certification is due February 4, 2008. The parties agreed that Defendants shall have an extension of time, up through and including April 28, 2008, within which to file and serve their Opposition to Plaintiffs' Motion for Class Certification.

7. Pursuant to this Court's Order of October 5, 2007, Plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification is due March 4, 2008. The parties agreed that Plaintiffs shall have an extension of time, up through and including June 4, 2008, within which to file and serve their reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification.

8. Pursuant to Local Civil Rule 7(b)(3), this is Defendants' first request for the extensions sought herein.

9. Therefore, it is respectfully requested that the time within which Defendants may file and serve their Opposition to Plaintiffs' Motion for Class Certification be extended up through and including April 28, 2008, and the time within which Plaintiffs may file and serve their reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification be extended up through and including June 4, 2008.

Dated: January 28, 2008                    RESPECTFULLY SUBMITTED,

                                           JONES DAY

/s/ Steven J. Sacher
--- 
Steven J. Sacher (ct24024)
Evan Miller (phv01958)
Kevin Noble (phv01959)
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Tel:  202-879-3939

Jayant W. Tambe (ct15992)
Aviva Warter Sisitsky (phv01990)
Michael F. Stoer (phv02063)
Arthur Margulies (phv02256)
Jones Day
222 East 41st Street
New York, NY  10017-6702
Tel: 212-326-3939

Benjamin H. Green (ct05166)
Dreier LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Tel: 203-425-9500

Michael T. Hannafan (ct11859)
Blake T. Hannafan (ct24594)
Nicholas Pavich (ct6257828)
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel:  312-527-0055

John Valentine (ct25941)
Adam Aderton (phv0994)
Felipe Mendoza (phv02242)
Elizabeth Canizares (phv02306)
WilmerHale
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  202-663-6399

## II. [PROPOSED] ORDER

IT IS SO ORDERED that the Scheduling Order shall be amended as follows:

1. Defendants shall have up through and including April 28, 2008 to file and serve their Opposition to Plaintiffs' Motion for Class Certification; and

2. Plaintiffs shall have up through and including June 4, 2008 to file and serve their reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification.

Dated: _____.

_____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge

## CERTIFICATE OF SERVICE

       I hereby certify that on January 28, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

**Attorneys for Defendants:**

Steven J. Sacher (ct24024)
sjsacher@jonesday.com
Evan Miller (phv01958)
emiller@jonesday.com
Kevin Noble (phv01959)
krnoble@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Tel:  202-879-3939

Jayant W. Tambe (ct15992)
jtambe@jonesday.com
Aviva Warter Sisitsky (phv01990)
aswarter@jonesday.com
Michael F. Stoer (phv02063)
mfstoer@jonesday.com
Arthur J. Margulies (phv02256)
ajmargulies@jonesday.com
JONES DAY
222 East 41st Street
New York, NY  10017-6702
Tel: 212-326-3939

Benjamin H. Green (ct05166)
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Tel: 203-425-9500

Michael T. Hannafan (ct11859)
mth@hannafanlaw.com
Blake T. Hannafan (ct24594)
bth@hannafanlaw.com
Nicholas Pavich (ct6257828)
nap@hannafanlaw.com
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel:  312-527-0055

John Valentine (ct25941)
john.valentine@wilmerhale.com
Adam Aderton (phv0994)
adam.aderton@wilmerhale.com
Felipe Mendoza (phv02242)
felipe.mendoza@wilmerhale.com
Elizabeth Canizares (phv02306)
elizabeth.canizares@wilmerhale.com
WILMERHALE
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  202-663-6399

**Attorneys for Plaintiffs:**

Charles R. Watkins (ct23936)
cwatkins@futtermanhoward.com
John R. Wylie (ct23927)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL  60603
Tel:  312-427-3600

Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365
Tel:  215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087
Tel:  610-667-7706

John F. McKenna (ct00104)
jmckenna@grmattorneys.com
GOODMAN, ROSENTHAL & MCKENNA,
PC
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
Tel:  860-231-2800

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE & PAYNE,
LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: 412 281 8400

Lynn Lincoln Sarko (ct23927)
lsarko@kellerrohrback.com
Elizabeth A. Leland (phv01338)
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  206-623-1900

Gary A. Gotto (ct23952)
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL  60606
Tel:  312-960-1802

Brian McTigue
bmctigue@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC  20015
Tel:  202-364-6900

*/s/ Joanne Rapuano*
Joanne Rapuano