IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u><br><br>February 20, 2008 |

**PLAINTIFFS' REVISED AND UNOPPOSED MOTION REGARDING
SUBSTITUTION OF PARTIES PURSUANT TO RULE 25 FED. R. CIV. P.**

Plaintiffs, through their undersigned counsel, hereby move unopposed to substitute party defendants in place of deceased Defendants Eunice M. Filter and William Roscoe pursuant to Rule 25 of the Federal Rules of Civil Procedure (the "Rules").

1. Plaintiffs move pursuant to Rule 25(a)(1) for an order substituting the following parties as defendants in place of deceased Defendant Eunice M. Filter ("Filter Substitute Defendants"):

   (1) Henry Charles Filter, III, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002;

   (2) Henry Charles Filter, III, and John Musicaro, Jr., as Trustees of the Trust for the benefit of Henry Charles Filter, III and his descendants under Article II of the Eunice M. Filter Insurance Trust under Agreement dated January 19, 1995, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901; and

   (3) Jerry W. Hostetter and John Musicaro, Jr., Trustees of the Marital Trust under Article IV of the Eunice M. Filter Revocable Trust dated February 25, 2002, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901.

2. Plaintiffs also move pursuant to Rule 25(a)(1) for an order substituting the following party as defendant in place of deceased Defendant William Roscoe ("Roscoe Substitute Defendant"):

> Barbara D. Roscoe as beneficiary of property passing pursuant to the Last Will and Testament of William C. Roscoe, dated December 30, 2005, in place of deceased Defendant William Roscoe.

3. The form of Order Plaintiffs request the Court to now enter is submitted contemporaneously herewith and entitled UNOPPOSED ORDER REGARDING SUBSTITUTION OF PARTIES PURSUANT TO RULE 25, FED. R. CIV. P. Plaintiffs have been advised by counsel for the Filter and Roscoe estates that the foregoing persons are believed to be the correct substitute defendants. However, if it is later determined that the foregoing substitute defendants are not the proper substitute defendants, Plaintiffs move that the foregoing relief, sought pursuant to Rule 25(a)(1), be without prejudice to Plaintiffs to seek the appropriate relief. The proposed Order submitted herewith so provides.

4. On December 6, 2007, Plaintiffs filed their Motion to Substitute Party Defendants In Place Of Deceased Defendants Eunice M. Filter and William Roscoe Or In The Alternative To Extend The Time For Filing A Motion To Substitute In Relation To Such Deceased Defendants ("Motion"). Plaintiffs request that upon entry of the Order submitted herewith such Motion be withdrawn.

Dated: February 20, 2008

Respectfully submitted,

By:   */s/ Charles R. Watkins*
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.
Charles R. Watkins (ct23936)
*cwatkins@futtermanhoward.com*
John R. Wylie (ct23937)
*jwylie@futtermanhoward.com*
122 South Michigan Avenue, Suite 1850
Chicago, IL 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Elizabeth A. Leland (ct01338)
*eleland@kellerrohrback.com*
Erin M. Riley
*eriley@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
**Co-Lead Counsel**

KELLER ROHRBACK L.L.P.
Gary A. Gotto (ct23952)
*ggotto@kellerrohback.com*
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088
Fax: 602-248-2822
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
*lawofficedh@yahoo.com*
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
**Steering Committee Counsel**

3

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
*ssavett@bm.net*
Joy Clairmont
*jclairmont@bm.net*
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
*mtopaz@sbclasslaw.com*
Joseph H. Meltzer
*jmeltzer@sbclasslaw.com*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
*edoyle@stemberfeinstein.com*
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
*bmctigue@mctiguelaw.com*
Jennifer H. Strouf
*jstrouf@mctiguelaw.com*
5301 Wisconsin Avenue, N.W., Suite 350
Washington, DC 20015
Telephone: (202) 364-6900
Facsimile: (202) 364-9960
**Steering Committee Counsel for the Union Plan**

4

                                                                                                        5

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna (ct00104)
*jmckenna@grmattorneys.com*
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**

G:\KATE\Xerox\Pleadings\Mot for substitution.doc