IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br>　　ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION |

**UNOPPOSED ORDER REGARDING SUBSTITUTION OF PARTIES
PURSUANT TO RULE 25, FED. R. CIV. P.**

　　This matter having come before the Court pursuant to PLAINTIFFS' REVISED AND UNOPPOSED MOTION REGARDING SUBSTITUTION OF PARTIES PURSUANT TO RULE 25, FED. R. CIV. P.

　　**IT IS HEREBY ORDERED** THIS ___ DAY of _____ 2008 that:

1.　　Plaintiffs' motion to substitute the following individuals, in place of deceased Defendant Eunice M. Filter, is granted:

　　(a)　　Henry Charles Filter, III, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002;

　　(b)　　Henry Charles Filter, III, and John Musicaro, Jr., as Trustees of the Trust for the benefit of Henry Charles Filter, III and his descendants under Article II of the Eunice M. Filter Insurance Trust under Agreement dated January 19, 1995, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901; and

　　(c)　　Jerry W. Hostetter and John Musicaro, Jr., as Trustees of the Marital Trust under Article IV of the Eunice M. Filter Revocable Trust dated February 25, 2002, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901.

2.　　Plaintiffs' motion to substitute Barbara D. Roscoe as beneficiary of property passing pursuant to the Last Will and Testament of William C. Roscoe, dated December 30, 2005, in place of deceased Defendant William Roscoe is granted.

3. This Order is without prejudice to Plaintiffs to seek the appropriate relief if it is later determined that the foregoing substitute Defendants are not the proper substitute Defendants.

DATED: _____, 2008

**ENTER:**

_____
Judge Alvin W. Thompson

G:\KATE\Xerox\Pleadings\Substitution Order.doc