UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Civil No. 02-CV-1138 (AWT)<br><br>CLASS ACTION |

ORDER REGARDING SUBSTITUTION
OF PARTIES PURSUANT TO FED. R. CIV. P. 25

This matter having come before the court pursuant to PLAINTIFFS' REVISED AND UNOPPOSED MOTION REGARDING SUBSTITUTION OF PARTIES PURSUANT TO FED. R. CIV. P. 25,

**IT IS HEREBY ORDERED** that:

1.  Plaintiffs' motion to substitute the following individuals, in place of deceased Defendant Eunice M. Filter, is granted:

    (a)  Henry Charles Filter, III, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002;

    (b)  Henry Charles Filter, III, and John Musicaro, Jr., as Trustees of the Trust for the benefit of Henry Charles Filter, III and his descendants under Article II of the Eunice M. Filter Insurance Trust under Agreement dated January 19, 1995, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901; and

    (c)  Jerry W. Hostetter and John Musicaro, Jr., as Trustees of the Marital Trust under Article IV of the Eunice M. Filter Revocable Trust dated February 25, 2002, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901.

2.  Plaintiffs' motion to substitute Barbara D. Roscoe as beneficiary of property passing pursuant to the Last Will and Testament of William C. Roscoe, dated December 30, 2005, in place of deceased Defendant William Roscoe is granted.

3.     This Order is without prejudice to Plaintiffs to seek the appropriate relief if it is later determined that the foregoing substitute Defendants are not the proper substitute Defendants.

It is so ordered.

Dated this 21st day of February 2008 at Hartford, Connecticut.

                                            _____/s/AWT_____
                                                 Alvin W. Thompson
                                         United States District Judge