# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:02-CV-1138 (AWT)

To the Clerk of this court and all parties of record:

In place of deceased Defendant Eunice M. Filter, enter my appearance as counsel in this case for:

1. Henry Charles Filter, III, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002;

2. Henry Charles Filter, III, and John Musicaro, Jr., as Trustees of the Trust for the benefit of Henry Charles Filter, III and his descendants under Article II of the Eunice M. Filter Insurance Trust under Agreement dated January 19, 1995, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901; and

3. Jerry W. Hostetter and John Musicaro, Jr., Trustees of the Marital Trust under Article IV of the Eunice M. Filter Revocable Trust dated February 25, 2002, as beneficiary of property passing pursuant to the Will of Eunice M. Filter dated February 25, 2002 to the Eunice M. Filter Revocable Trust dated February 25, 2002, c/o John Musicaro, Jr., Cummings & Lockwood LLC, Six Landmark Square, Stamford, CT 06901.

In place of deceased Defendant William Roscoe, enter my appearance as counsel in this case for:

1. Barbara D. Roscoe as beneficiary of property passing pursuant to the Last Will and Testament of William C. Roscoe, dated December 30, 2005.

| February 25, 2008 | /s/ Signature |
|---|---|
| Date | Signature |
| phv01959 | Kevin Noble |
| Connecticut Federal Bar Number: | Print clearly or type |

| | |
|---|---|
| (202) 879-3882 <br> Telphone Number: | Jones Day <br> 51 Louisiana Avenue, N.W. <br> Washington, DC 20001-2113 <br> Address |
| (202) 626-1700 <br> Fax Number: | |
| krnoble@jonesday.com <br> E-mail address: | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 26, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

**Attorneys for Defendants:**

| | |
|---|---|
| Steven J. Sacher (ct24024) | Michael T. Hannafan (ct11859) |
| sjsacher@jonesday.com | mth@hannafanlaw.com |
| Evan Miller (phv01958) | Blake T. Hannafan (ct24594) |
| emiller@jonesday.com | bth@hannafanlaw.com |
| Kevin Noble (phv01959) | Nicholas Pavich (ct6257828) |
| krnoble@jonesday.com | nap@hannafanlaw.com |
| JONES DAY | HANNAFAN & HANNAFAN, LTD. |
| 51 Louisiana Avenue, N.W. | One East Wacker Drive, Suite 2800 |
| Washington, DC 20001-2113 | Chicago, IL 60601 |
| Tel: 202-879-3939 | Tel: 312-527-0055 |
| | |
| Jayant W. Tambe (ct15992) | John Valentine (ct25941) |
| jtambe@jonesday.com | john.valentine@wilmerhale.com |
| Aviva Warter Sisitsky (phv01990) | Adam Aderton (phv0994) |
| aswarter@jonesday.com | adam.aderton@wilmerhale.com |
| Michael F. Stoer (phv02063) | Felipe Mendoza |
| mfstoer@jonesday.com | felipe.mendoza@wilmerhale.com |
| Arthur J. Margulies (phv02256) | Elizabeth Canizares |
| ajmargulies@jonesday.com | elizabeth.canizares@wilmerhale.com |
| JONES DAY | WILMERHALE |
| 222 East 41st Street | 1875 Pennsylvania Ave., NW |
| New York, NY 10017-6702 | Washington, DC 20006 |
| Tel: 212-326-3939 | Tel: 202-663-6399 |

Benjamin H. Green (ct05166)
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203-425-9500

**Attorneys for Plaintiffs:**

Charles R. Watkins (ct23936)
cwatkins@futtermanhoward.com
John R. Wylie (ct23927)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL  60603
Tel:  312-427-3600

Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365
Tel:  215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087
Tel:  610-667-7706

John F. McKenna (ct00104)
jmckenna@grmattorneys.com
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, CT  06107
Tel:  860-231-2800

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: 412 281 8400

Lynn Lincoln Sarko (ct23927)
lsarko@kellerrohrback.com
Elizabeth A. Leland (phv01338)
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  206-623-1900

Gary A. Gotto (ct23952)
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL  60606
Tel:  312-960-1802

Brian McTigue
bmctigue@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC  20015
Tel:  202-364-6900

*/s/ Joanne Rapuano*
Joanne Rapuano