UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | : CIVIL ACTION NO.<br>: 3:02-CV-01138 (AWT) |
| ALL CASES | : MARCH 13, 2008 |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned hereby moves to withdraw his appearance as counsel in this action for defendants Paul A. Allaire, Barry D. Romeril, William F. Buehler, and Gregory B. Tayler. In support of this motion, the undersigned states that he is leaving Wilmer Cutler Pickering Hale and Dorr LLP and that other lawyers from that firm have entered appearances for and are representing defendants Allaire, Romeril, Buehler, and Tayler.

WHEREFORE, the undersigned respectfully requests that his appearance be withdrawn for defendants Allaire, Romeril, Buehler, and Tayler.

By: /s/ Adam S. Aderton
Adam S. Aderton (phv0994)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 663-6399
Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, a copy of the foregoing Motion to Withdraw Appearance as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_Adam S. Aderton_