UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) ) ) No. 3:02-CV-1138 (AWT)<br><br>March 10, 2008 |

## MOTION TO ADMIT AS VISITING LAWYER UNDER LOCAL RULE 83.1(d)

The undersigned, a member of the Bar of this Court, respectfully requests that Jennifer H. Strouf be specially admitted as a Visiting Lawyer to represent Cheryl L. Wright in proceedings in this Court. Ms. Wright was the plaintiff in *Wright v. Allaire*, No. 3:03-CV-229 (AWT), which was consolidated with *In Re Xerox Corporation ERISA Litigation*, No. 02-CV-1138 (AWT), by Amended Pretrial Order No. 1 (Dkt. # 40).

1. Ms. Strouf is an attorney at McTigue & Porter, LLP, 5301 Wisconsin Avenue, NW, Suite 350, Washington, DC, 20015. The telephone number is (202) 364-6900; the facsimile number is (202) 364-9960; the e-mail address is jstrouf@mctiguelaw.com.

2. Ms. Strouf is a member in good standing of the bars of Florida, the District of Columbia and Illinois.

3. Ms. Strouf has not been denied admission or disciplined by this Court or any other court. She has fully reviewed and is familiar with the Rules of this Court. Her admission as a Visiting Lawyer will not require modification of a scheduling order or any standing order deadlines.

Pursuant to Local Rule 83.1(d) movant requests that this Court admit Ms. Strouf for practice as a Visiting Lawyer in these proceedings before this Court.

PLAINTIFF, CHERYL L. WRIGHT

By: _____
John M. McKenna, Esq
Fed. Bar No. ct00104
Goodman, Rosenthal & McKenna, P.C.
977 Farmington Avenue, Suite 200
West Hartford, CT 06107-2445
(860) 231-2800/Fax: (860) 523-9235

## ORDER

The foregoing motion having been presented to this Court, **IT IS HEREBY**

**ORDERED:**

**GRANTED/DENIED**

BY THIS COURT:

_____
Judge/Clerk

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, a copy of the above document was filed with the Court, and copies thus to be sent electronically to:

Steven J. Sacher (sjsacher@jonesday.com)
Evan Miller (emiller@jonesday.com)
Kevin Noble (krnoble@jonesday.com)
Jayant Tambe (jtambe@jonesday.com)
Aviva Warter Sisitsky (aswarter@jonesday.com)
Michael Stoer (mfstoer@jonesday.com)
Arthur Margulies (ajmargulies@jonesday.com)
Michael T. Hannafan (mth@hannafanlaw.com)
Blake T. Hannafan (bth@hannafanlaw.com)
Nicholas Pavich (nap@hannafanlaw.com)
John Valentine (john.valentine@wilmerhale.com)
Adam Aderton (adam.aderton@wilmerhale.com)
Felipe Mendoza (felipe.mendoza@wilmerhale.com)
Elizabeth Canizares (elizabeth.canizares@wilmerhale.com)
Benjamin H. Green (bgreen@dreierllp.com)
Charles R. Watkins (cwatkins@futtermanhoward.com)
John R. Wylie (jwylie@futtermanhoward.com)
Lynn Lincoln Sarko (lsarko@kellerrohrback.com)
Elizabeth Leland (eleland@kellerrohrback.com)
Gary A. Gotto (ggotto@kellerrohrback.com)
Sherrie R. Savett (ssavett@bm.net)
Joy Clairmont (jclairmont@bm.net)
Joseph H. Meltzer (jmeltzer@sbclasslaw.com)
Daniel Harris (lawofficedh@yahoo.com)
John F. McKenna (jmckenna@grmattorneys.com)
Ellen Doyle (edoyle@stemberfeinstein.com)

And by US Mail to:

Michael D. Ryan
Senior Counsel
Xerox Corporation
800 Long Ridge Road
Stamford CT 06904

/s/ David Bond
McTigue & Porter LLP
5301 Wisconsin Avenue NW
Suite 350
Washington, DC 20015
202-364-6900

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION | No. 3:02-CV-1138 (AWT)<br><br>March 6, 2008 |

## AFFIDAVIT OF JENNIFER H. STROUF
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jennifer H. Strouf declares and states as follows:

1. I am over 18 years of age and have personal knowledge of the facts herein.

2. I am an attorney with McTigue & Porter, LLP, with offices at 5301 Wisconsin Avenue, NW, Suite 350, Washington, DC 20015. The telephone number is (202) 364-6900; the facsimile number is (202) 364-9960; the e-mail address is jstrouf@mctiguelaw.com.

3. I am a member in good standing of the bars of Florida, the District of Columbia and Illinois.

4. I have not been denied admission to or disciplined by this Court or any other court. I have reviewed and am familiar with the Rules of this Court.

*/s/ Jennifer H. Strouf*
Jennifer H. Strouf

CITY OF WASHINGTON   )
DISTRICT OF COLUMBIA )

Subscribed and sworn before me this 6th day of March, 2008.

*/s/ Rita Abrams*
Notary Public

Rita Abrams
Notary Public, District of Columbia
My Commission Expires 6-14-2010