UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) | ) Master File No. 02-CV-1138 (AWT) ) |
| This Document Relates to: ) | ) **CLASS ACTION** ) |
| ALL ACTIONS ) | ) June 6, 2008 ) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The Parties herby move this court for the entry of a scheduling order in the form attached hereto as Exhibit A. The parties have, through their attorneys, conferred and agreed to the schedule reflected in Exhibit A attached hereto.

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By:/s/ Elizabeth A. Leland
Elizabeth A. Leland (ct01338)
Lynn Lincoln Sarko (ct23927)
Gary Gotto (ct23952)
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel:   (206) 623-1900 (Seattle)
Tel:   (602) 248-0088 (Phoenix)
Fax:   (206) 623-3384 (Seattle fax)
Fax:   (602( 248-2822(Phoenix fax)

**JONES DAY**

By:/s/ Steven J. Sacher
Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel:   (202) 879-3939
Fax:   (202) 626-1700

{00361398.DOC;}

Charles R. Watkins (ct23936)
John Wylie (ct23937)
**FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.** 122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel:   (312) 427-3600
Fax:   (312) 427-1850

*Co-Lead Counsel for Plaintiffs*

Jayant W. Tambe (ct15992)
Aviva Warter Sisistky (phv01990)
**JONES DAY**
222 East 41st Street
New York, NY 10017
Tel: 212.326.3939
Fax: 212.755.7306

*Counsel for All Defendants except Paul Allaire, William Buehler, Barry Romeril, Gregory Tayler, and Myra Drucker.*

**LAW OFFICES OF DANIEL M. HARRIS**
Daniel M. Harris
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel:   (312) 960-1802
Fax:   (312) 960-1936

*Steering Committee Counsel*

**DREIER LLP**
Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel:   (203) 425-9500
Fax:   (203) 425-9595

*Local Counsel for All Defendants*

Sherrie Savett
Joy Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locus Street
Philadelphia, Pennsylvania 19103-6365
Tel:   (215) 875-3040
Fax:   (215) 875-4604

*Steering Committee Counsel*

Marc A. Topaz
Joseph H. Meltzer
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

*Steering Committee Counsel*

Ellen M. Doyle
**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel:   (412) 281-8400
Fax:   (412) 232-3730

*Steering Committee Counsel for the Union Plan*

Brian McTigue
Jennifer H. Strouf
**MCTIGUE & PORTER LLP**
5513 Connecticut Ave., Suite 2200
Washington, D.C. 20015
Tel:   (202) 364-6900
Fax:   (202) 364-9960

*Steering Committee Counsel for the Union Plan*

**WILMER CUTLER PICKERING HALE and DORR LLP**

By: /s/ John A. Valentine
John A. Valentine
Felipe D. Mendoza
Elizabeth K. Canizares
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: 202.663.6399
Fax: 202.663.6363

*Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler*

**HANNAFAN & HANNAFAN**

By:/s/ Michael T. Hannafan
Michael T. Hannafan
Blake T. Hannafan
Nicholas Pavich
One East Wacker Drive, Suite 2710
Chicago, IL 60601
Tel:   (312) 527-0055
Fax:   (312)527-0220

*Counsel for Defendant Myra Drucker*

3

{00361398.DOC;}

John F. McKenna, Esq. (ct00104)
**GOODMAN, ROSENTHAL & MCKENNA, PC**
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel:   (860) 231-2800
Fax:   (860) 523-9235

*Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

**Attorneys for Plaintiffs:**

| | |
|---|---|
| John F. McKenna<br>jmckenna@grmattorneys.com<br>**Goodman, Rosenthal & McKenna, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel: 860-231-2800 | Brian McTigue<br>bmctigue@mctiguelaw.com<br>**McTigue & Porter LLC**<br>5301 Wisconsin Avenue, NW, Suite 350<br>Washington, DC 20015<br>Tel: 202-364-6900 |
| Charles R. Watkins<br>cwatkins@futtermanhoward.com<br>John R. Wylie<br>**Futterman Howard Watkins Wylie & Ashley**<br>122 S. Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Tel: 312-427-3600 | Lynn Lincoln Sarko<br>lsarko@kellerrohrback.com<br>Elizabeth A. Leland<br>**Keller Rohrback L.L.P.**<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: 206-623-1900 |
| Sherrie R. Savett<br>srs@bm.net<br>Joy Clairmont<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103-6365<br>Tel: 215-875-3000 | Gary A. Gotto<br>ggotto@kellerrohrback.com<br>**Keller Rohrback P.L.C.**<br>3101 North Central Avenue<br>Suite 1400<br>Phoenix, AZ 85012<br>Tel: 602-248-0088 |

{00361398.DOC;}

| | |
|---|---|
| Joseph H. Meltzer<br>jmeltzer@sbclasslaw.com<br>**Schiffrin Barroway Topaz & Kessler, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087 | Daniel M. Harris<br>lawofficedh@yahoo.com<br>**Law Offices of Daniel M. Harris**<br>150 North Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312-960-1802 |
| Ellen Doyle<br>edoyle@stemberfeinstein.com<br>**Stember Feinstein Doyle & Payne, LLC**<br>Suite 1700 Allegheny Building<br>429 Forbes Avenue<br>Pittsburg, PA 15219<br>Tel: 412 281 8400 | |

**Attorneys for Defendants:**

| | |
|---|---|
| Steven J. Sacher<br>sjsacher@jonesday.com<br>Evan Miller<br>Kevin Noble<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Tel: 202-879-3939 | Michael T. Hannafan, Esq.<br>mth@hannafanlaw.com<br>Blake T. Hannafan, Esq.<br>Nick Pavich, Esq.<br>nap@hannafanlaw.com<br>**Hannafan & Hannafan, Ltd.**<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>Tel: 312-527-0055 |
| Jayant W. Tambe<br>jtambe@jonesday.com<br>Aviva Warter Sisitsky<br>Michael F. Stoer<br>**Jones Day**<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: 212-326-3939 | Benjamin H. Green<br>Frances Codd Slusarz<br>Joanne Rapuano<br>bgreen@dreierllp.com<br>**Dreier LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: 203 425 9500 |
| | |

{00361398.DOC;}

| | |
|---|---|
| **Wilmer Cutler Pickering Hale and Dorr LLP**<br>John A. Valentine<br>Felipe D. Mendoza<br>Elizabeth K. Canizares<br>john.valentine@wilmerhale.com<br>felipe.mendoza@wilmerhale.com<br>elizabeth.canizares@wilmerhale.com<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel: 202.663.6399<br>Fax: 202.663.6363 | |

                                                             /s/
                                           Joanne Rapuano

{00361398.DOC;}