# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) Master File No. 02 CV-1138 (AWT) ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS ACTION<br>)<br>) June 6, 2008<br>) ) |

### (JOINTLY PROPOSED) AMENDED SCHEDULING ORDER

WHEREAS, the Parties wish to amend the Scheduling Order of June 12, 2007 as follows

**I. AMENDED COMPLAINT AND RESPONSE THERETO**

    1.    Plaintiffs' amended complaint shall be filed by July 1, 2008.

    2.    Defendants shall respond to the amended complaint on or before July 15, 2008.

**II. CLASS CERTIFICATION**

    1.    Plaintiffs shall file their motion for class certification no later than July 1, 2008.

    2.    Depositions of purported class representatives shall be completed by August 8, 2008.

    3.    Defendants' opposition to Plaintiffs' motion for class certification shall be filed no later than September 5, 2008

    4.    Plaintiffs' reply in support of their motion for class certification shall be filed no later than September 26, 2008.

### III. DISCOVERY

#### A. Fact Discovery

    1.    All fact discovery shall be completed by November 14, 2008.

    2.    The parties shall not be required to respond to contention interrogatories until after the close of fact discovery.

    3.    The twenty-five (25) interrogatory limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of seventy-five (75) interrogatories for each side.

    4.    The ten (10) deposition limitation set forth in the Federal Rules of Civil Procedure is amended to permit a total of forty-two (42) depositions for each side.

    5.    Notwithstanding paragraph 2 of the Stipulation and [Proposed] Order Regarding The Scheduling And Coordination Of Depositions [Dkt. No. 216], entered and ordered by this Court on August 2, 2007 [Dkt. No. 217], all depositions shall be limited to one (1) day of seven (7) hours, except up to ten (10) depositions may extend as long as two (2) days of seven (7) hours (for a total of up to 14 hours). Multi-day depositions shall be scheduled for consecutive days to the extent practicable. The parties shall work in good faith concerning scheduling. Notice of the

depositions designated as Extended Depositions shall be made no later than five (5) business days prior to the scheduled deposition date.

6. The limits set forth above are based on good faith pre-discovery estimates. If either Party believes that further extensions are necessary, the parties will make a good faith effort to reach an agreement. In the absence of an agreement, the parties will submit the matter to the Court.

**B. Expert Discovery**

1. Plaintiffs shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within thirty (30) days after the close of fact discovery.

2. Defendants shall identify their testifying experts pursuant to Fed. R. Civ. P. 26(a)(2)(A) and produce expert reports pursuant to Fed. R. Civ. P. 26(b)(4)(A) within thirty (30) days after the production of Plaintiffs' expert reports.

3. The depositions of the parties' experts are to be concluded within thirty (30) days after the production of Defendants' expert reports.

4. The parties shall produce any rebuttal expert reports within thirty (30) days after the last deposition of the opposing party's expert(s).

## IV. DISPOSITIVE MOTIONS

1. Dispositive motions, if any, shall be filed no later than sixty (60) days after the close of fact and expert discovery.

2. Briefs in opposition to dispositive motions shall be filed no later than sixty (60) days after service of said motions. Reply briefs shall be filed within thirty (30) days thereafter.

## V. PRE-TRIAL ORDER

1. The submission of pre-trial memoranda and motions in limine will be scheduled once a trial date has been set by the Court.

2. A pre-trial conference in the ERISA Litigation will be scheduled once a trial date has been set by the Court.

3. Trial shall be scheduled after resolution of dispositive motions, subject to the Court's trial calendar.

Respectfully submitted this 6th day of June, 2008.

**KELLER ROHRBACK L.L.P.**

By:/s/ Elizabeth A. Leland
Elizabeth A. Leland (ct01338)
Lynn Lincoln Sarko (ct23927)
Gary Gotto (ct23952)
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel:   (206) 623-1900 (Seattle)
Tel:   (602) 248-0088 (Phoenix)
Fax:   (206) 623-3384 (Seattle fax)
Fax:   (602( 248-2822(Phoenix fax)

**JONES DAY**

By:/s/ Steven J. Sacher
Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel:   (202) 879-3939
Fax:   (202) 626-1700

| | |
|---|---|
| Charles R. Watkins (ct23936)<br>John Wylie (ct23937)<br>**FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.** 122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Tel: (312) 427-3600<br>Fax: (312) 427-1850<br><br>*Co-Lead Counsel for Plaintiffs* | Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>**JONES DAY**<br>222 East 41st Street<br>New York, NY 10017<br>Tel: 212.326.3939<br>Fax: 212.755.7306<br><br>*Counsel for All Defendants except Paul Allaire, William Buehler, Barry Romeril, Gregory Tayler, and Myra Drucker.* |
| **LAW OFFICES OF DANIEL M. HARRIS**<br>Daniel M. Harris<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Tel: (312) 960-1802<br>Fax: (312) 960-1936<br><br>*Steering Committee Counsel* | **DREIER LLP**<br>Benjamin H. Green (ct05166)<br>Frances Codd Slusarz (ct24442)<br>Joanne Rapuano (ct27102)<br>One Landmark Square, 20th Floor<br>Stamford, CT 06901<br>Tel: (203) 425-9500<br>Fax: (203) 425-9595<br><br>*Local Counsel for All Defendants* |
| Sherrie Savett<br>Joy Clairmont<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locus Street<br>Philadelphia, Pennsylvania 19103-6365<br>Tel: (215) 875-3040<br>Fax: (215) 875-4604<br><br>*Steering Committee Counsel* | |

{00361398.DOC;}

| | |
|---|---|
| Marc A. Topaz<br>Joseph H. Meltzer<br>**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:    (610) 667-7706<br>Fax:    (610) 667-7056<br><br>*Steering Committee Counsel*<br><br>Ellen M. Doyle<br>**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**<br>The Allegheny Building, 17th floor<br>429 Forbes Avenue<br>Pittsburgh  PA  15219<br>Tel:    (412) 281-8400<br>Fax:   (412) 232-3730<br><br>*Steering Committee Counsel for the Union Plan*<br><br><br>Brian McTigue<br>Jennifer H. Strouf<br>**MCTIGUE & PORTER LLP**<br>5513 Connecticut Ave., Suite 2200<br>Washington, D.C.  20015<br>Tel:    (202) 364-6900<br>Fax:   (202) 364-9960<br><br>*Steering Committee Counsel for the Union Plan* | **WILMER CUTLER PICKERING HALE and DORR LLP**<br><br>By: /s/ John A. Valentine<br>John A. Valentine<br>Felipe D. Mendoza<br>Elizabeth K. Canizares<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel:  202.663.6399<br>Fax:  202.663.6363<br><br>*Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler*<br><br><br>**HANNAFAN & HANNAFAN**<br><br>By:/s/ Michael T. Hannafan<br>Michael T. Hannafan<br>Blake T. Hannafan<br>Nicholas Pavich<br>One East Wacker Drive, Suite 2710<br>Chicago, IL  60601<br>Tel:    (312) 527-0055<br>Fax:   (312)527-0220<br><br>*Counsel for Defendant Myra Drucker* |

13

John F. McKenna, Esq. (ct00104)
**GOODMAN, ROSENTHAL &
MCKENNA, PC**
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel:   (860) 231-2800
Fax:   (860) 523-9235

*Liaison Counsel*

## ORDER

IT IS SO ORDERED.

Dated: _____

_____  _____
THE HONORABLE ALVIN W. THOMPSON
United States District Judge

14

{00361398.DOC;}