IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION<br>ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>**PLAINTIFFS' MOTION FOR<br>CLASS CERTIFICATION**<br><br>July 1, 2008 |

Plaintiffs respectfully move this Honorable Court as follows: (1) for an Order under Fed. R. Civ. P. 23(a), (b)(1)(A) and (b)(1)(B)[1] granting certification of two classes – the first being referred to as the "Salaried Plan Class"[2] and the second being referred to as the "Union Plan Class"[3]; (2) that Plaintiffs David Alliet and Linda Willis be appointed as class representatives for the Salaried Plan Class; (3) that Plaintiff Thomas Patti and proposed Union Plan Class member Cheryl Wright be appointed as class representative(s) for the Union Plan Class; and (4) that the Court appoint the following Class Counsel: Keller Rohrback L.L.P. and Futterman Howard Watkins Wylie & Ashley, Chtd. as Co-Lead Counsel for the Salaried and Union Plan Classes; Goodman, Rosenthal & McKenna, P.C. as Liaison Counsel for the Salaried and Union Plan

---

[1] In the alternative, Plaintiffs also request class certification under Rule 23(b)(3).

[2] The Salaried Plan Class is defined as "all persons who were participants in or beneficiaries of the Salaried Plan, excluding the Defendants, at any time between May 12, 1997 and June 28, 2002, and who made or maintained investments in the Xerox Stock Fund."

[3] The Union Plan Class is defined as "all persons who were participants in or beneficiaries of the Union Plan, excluding the Defendants, at any time between May 12, 1997 and June 28, 2002, and who made or maintained investments in the Xerox Stock Fund."

**ORAL ARGUMENT REQUESTED**

Classes; Berger & Montague, P.C., Law Offices of Daniel M. Harris, and Schiffrin Barroway Topaz & Kessler, LLP as Steering Committee Counsel for the Salaried and Union Plan Classes; and Stember Feinstein Doyle & Payne LLC and McTigue & Porter LLP as Steering Committee Counsel for the Union Plan Classes.

In support of this motion, we rely upon the allegations of the Second Consolidated Amended Complaint and all amendments thereto, the accompanying Memorandum in Support of Plaintiffs' Motion for Class Certification, and the Declaration of Lynn Lincoln Sarko in Support of Plaintiffs' Motion for Class Certification. A proposed Order is presented for the Court's convenience.

## ORAL ARGUMENT

Pursuant to Local Rule 7(a)(1), Plaintiffs request oral argument on this motion.

DATED this 1st day of July, 2008.

                    Respectfully Submitted By

                    /s/Elizabeth A. Leland
                    KELLER ROHRBACK L.L.P.
                    Lynn Lincoln Sarko
                    lsarko@kellerrohrback.com
                    Gary A. Gotto
                    ggotto@kellerrohback.com
                    Elizabeth A. Leland
                    eleland@kellerrohrback.com
                    1201 Third Avenue, Suite 3200
                    Seattle, WA 98101
                    Telephone: (206) 623-1900
                    Facsimile: (206) 623-3384
                    **Co-Lead Counsel**

                    FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
                    Charles R. Watkins

cwatkins@futtermanhoward.com
John R. Wylie
jwylie@futtermanhoward.com
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
lawofficedh@yahoo.com
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
mtopaz@sbclasslaw.com
Joseph H. Meltzer
jmeltzer@sbclasslaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
edoyle@stemberfeinstein.com
The Allegheny Building, 17th floor
429 Forbes Avenue

Pittsburgh  PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
5301 Wisconsin Avenue, N.W.
Ste. 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the Union Plan**

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna, Esq. - ct00104
jmckenna@grmattorneys.com
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**

- 4 -