EXHIBIT I

**RESUME**

Name and Address:	Daniel M. Harris
		THE LAW OFFICES OF DANIEL HARRIS
		150 North Wacker Drive, Suite 3000
		Chicago, IL  60606

Telephone:	(312) 960-1802

## I. PERSONAL BACKGROUND

A native of Chicago, I graduated Phi Beta Kappa from Johns Hopkins University in 1972 and magna cum laude from Harvard Law School in 1977.  While in law school, I received the Sears Prize, which is awarded to the two students with the highest grades in the first year class.  I was also a member of the Harvard Law Review and served as a Note Editor for Volume 90.

Following graduation from Harvard, I clerked one year in San Francisco for the Honorable James Browning, Chief Judge of the United States Court of Appeals for the Ninth Circuit.  The following year I clerked in Washington, D.C. for the Honorable Justice William Brennan, Jr. Associate Justice of the United States Supreme Court.

After my clerkship for Justice Brennan, I worked in Los Angeles for the law firm of O'Melveny & Myers before returning to Chicago in 1980.  I then worked two years as an Assistant Attorney General for the State of Illinois, serving in the administration and trial divisions.  In 1982, I joined the law firm of Mayer, Brown & Platt and was promoted to partner on January 1, 1985.  In January 1989 I joined the United States Attorney's Office for the Southern District of New York.  In June 1991 I was detailed to the Civil Rights Division in Washington, D.C. to help review redistricting plans under the Voting Rights Act.  In September of 1992 I became Of Counsel to the law firm of Sachnoff & Weaver, Ltd.  In August 1995, I started my own firm.

## II. LITIGATION EXPERIENCE

**A.	Trial and Pretrial Litigation**

Since my clerkship for Justice Brennan, I have had considerable litigation experience at the trial and pretrial stages in both civil and criminal cases.  The following are examples of some of the cases I have worked on:  Instituto Nacional v. Continental Bank, 675 F. Supp. 1515 (N.D. Ill. 1987) (fraud and letter of credit jury trial in federal court); Empire of Carolina v. Deltona Corp., 514 A.2d 1091 (Del. 1986) (corporate takeover case); In Re Anderson, Clayton Shareholders Litigation, 519 A.2d 669 (Del. 1986) (corporate takeover case); Green v. Levitt (federal civil rights jury trial); People v. Ottenhausen (state court murder trial); People v. Burchette (state court automobile theft jury trial); Davenport v. DeRobertis, 653 F. Supp. 649 (N.D. Ill. 1987) (federal court civil rights jury trial); In Re Illinois Congressional Reapportionment Cases; Continental Bank v. John Stanley, 606 F. Supp. 558 (N.D. Ill. 1985) (successful motion for summary judgment and award of over $513 million); Hedburg v. Schank (securities fraud and breach of fiduciary duty); Raiders v. National Football League (antitrust

suit); Brunswick v. McKay (corporate and Indian law); Pine Top v. Century Indemnity (reinsurance insolvency preference action); General Microcomputer v. Murphy (bankruptcy and breach of fiduciary duty).

I have had approximately fourteen jury trials, in ten of which I acted as lead counsel.

**B.     Class Action Experience**

I have worked on more than 30 class action cases, including approximately fifteen in which I was (or am) the class counsel or one of the lead counsel for the plaintiff class. About half of the cases were (or are) in the United States District Court for the Northern District of Illinois. I have also worked on class actions in (among other places) New York, Puerto Rico, Louisiana, Texas, North Dakota and California.

In most of the class actions that I have worked on the defendant or defendants were charged with civil racketeering, breach of contract, breach of fiduciary duty, consumer fraud and/or violation of the Truth in Lending Act. However, I have also worked on securities fraud class actions, antitrust litigation, and class actions under the federal civil rights laws. For example, in Davenport v. DeRobertis, I acted as lead counsel in a federal civil rights jury trial which resulted in significant equitable relief for the plaintiff class. See Davenport v. DeRobertis, 653 F.Supp. 649, 664 n.2 (N.D. Ill. 1987) ("Daniel M. Harris and [other lawyers] were appointed to represent the plaintiff class. Appointed counsel provided excellent professional services on behalf of the plaintiffs."). I argued the appeal. The injunction was modified by the Court of Appeals, but preserved in its most important aspects, and affirmed as modified. See Davenport v. DeRobertis, 844 F.2d 1310 (7th Cir. 1988).

**C.     Appellate Experience**

I also have considerable appellate experience. I wrote the briefs for the State of Illinois in Illinois v. Gates, 462 U.S. 213 (1983), in which we helped persuade the Supreme Court to redefine its standard for probable cause and relax the Fourth Amendment's restrictions on searches and seizures. I also assisted in writing the successful government briefs in Illinois v. Lafayette, 462 U.S. 640 (1983) (search and seizure) and the successful amicus briefs of the Anti-Defamation League of B'nai B'rith in Memphis Firefighters v. Stotts, 467 U.S. 561 (1984) (Title VII remedies), Wygant v. Jackson School Board, 476 U.S. 267 (1986) (equal protection) and City of Richmond v. J.A. Croson Co., 109 S.Ct. 706 (1989) (equal protection).

In addition to my Supreme Court practice, I have argued several cases in the United States Court of Appeals for the Seventh Circuit, one in the United States Court of Appeals for the Ninth Circuit, two in the Illinois Appellate Court and two in the Illinois Supreme Court. They include: Instituto Nacional v. Continental Bank, 858 F.2d 1264 (7th Cir. 1988) (letter of credit law); Davenport v. DeRobertis, 844 F.2d 1310 (7th Cir. 1988) (constitutional law, equitable remedies); Veal v. DeRobertis, 693 F.2d 642 (7th Cir. 1982) (constitutional law, federal habeas corpus, criminal procedure); Jones v. E*Trade Mortgage, 397 F.3d 810 (9th Cir. 2005) (Truth In Lending Act); People v. Alexander, 93 Ill.2d 73 (1982) (criminal procedure); Illinois v. General Electric, 683 F.2d 206 (7th Cir. 1982) (constitutional law, federal preemption and federal

2

jurisdiction); Ryan v. State Board of Elections, 661 F.2d 1130 (7th Cir. 1981) (constitutional law, federal jurisdiction); Green v. Greer, 667 F.2d 585 (7th Cir. 1981) (habeas corpus procedure).

While I was an Assistant United States Attorney, I had eleven arguments in the United States Court of Appeals for the Second Circuit.

### III.  CORPORATE EXPERIENCE

I have also worked on a number of major corporate transactions.  They include:  The Quaker Oats Company's acquisitions of Stokely Van Camp and Anderson, Clayton & Co.; the reorganization of Inland Steel; Baxter Travenol's acquisition of American Hospital Supply; First Decatur Bank's successful defense of a hostile takeover attempt by SCB Bancorp, Inc.; Deltona Corporation's successful defense of a hostile takeover attempt by Empire of Carolina, Inc.; Rio Grande Industries' acquisition of the Southern Pacific Transportation Co.; National Freight Consortium's acquisition of Allied Van Lines, Inc.

### IV.  TEACHING EXPERIENCE

In the 1980's, I helped teach a class at the University of Chicago Law School on corporate and securities law, with special emphasis on issues relating to corporate takeovers.  I have taught a class on agency law at IIT/Chicago Kent Law School and a class on agency and partnership law at the University of Chicago Law School.

### V. ARBITRATION EXPERIENCE

Since 2002, I have served as an arbitrator in more than two dozen arbitration on the Cook County Circuit Court.

### VI. SELECTED PUBLICATIONS

Contributing Author, Developments in the Law: Class Actions, 89 Harvard Law Review 1318 (1976).

The Supreme Court, 1975 Term, Case Comment on Buffalo Forge Co. v. United Steelworkers, 90 Harvard Law Rev. 56, 247 (1976).

The Fourth Amendment:  Past and Future, 68 Judicature 37 (9184).

The Return to Common Sense:  A Response to "The Incredible Shrinking Fourth Amendment", 22 American Criminal Law Review 25 (1984).

The Politics of Statutory Construction, 4 Brigham Young Univ. L. Rev. 745 (1985).

Herzel and Harris, Uninsured Boards Mount Weak Defense, National Law Journal, p. 19, April 21, 1986.

Herzel, Davis and Harris, <u>Consents of Trouble</u>, 42 Bus. Law 135 (1986).

Frey, Geller and Harris, <u>Opposing Review: The Art of Finding 'Uncertworthiness'</u>, 1 Inside Litigation 27 (1987).

Junewicz, Kravitt and Harris, <u>Community Banks Can Deter and Defend Takeover Attempts</u>, American Banker, p. 38, March 25, 1987.

Herzel and Harris, <u>Arbitration as Protection Against Punitive Damages</u>, Financial Times, p. 8, July 30, 1987.

Herzel and Harris, <u>A Practical Solution to the Ambiguities of Greenmail and Other Takeover Defenses</u>, 5 Midland Corporate Financial Journal 46 (1987).

Kravitt, Harris and Junewicz, <u>Defense Against Takeovers of Community Banks</u>, National Law Journal, p. 24, September 21, 1987.

Herzel and Harris, <u>Judge Bork and Business Law Are Losers</u>, Financial Times, p. 6, October 12, 1987 (authors' title).

Herzel and Harris, <u>The One Share-One Vote Controversy</u>, Financial Times, p. 16, October 30, 1987.

Herzel and Harris, <u>A Solution To All Problems</u>, Financial Times (London version), p. 32, March 17, 1988.

Herzel and Harris, <u>Survey of State Antitakeover Laws in the U.S.</u>, Business Law Briefs, p. 5, May 1988.

Herzel and Harris, <u>An Ambiguous Victory for the Small Brokerage Client</u>, Financial Times (London version), p. 10, June 30, 1988.

Herzel and Harris, <u>Fighting Crime on the Street</u>, Financial Times, September 15, 1988.

Herzel and Harris, <u>State Anti-Takeover Laws</u>, The CBA Record, October 1988.

Herzel and Harris, <u>A More Just and Contentious Society</u>, London Financial Times, p. 15, November 3, 1988.

Herzel and Harris, <u>Litigation in the United States</u>, National Westminster Bank Quarterly Review, November 1988.

Herzel and Harris, <u>California Car Insurance Groups in a Spin</u>, London Financial Times, November 29, 1988.

**REFERENCES**

The following persons can provide additional information about my work and experience:

The Honorable James Browning
United States Court of Appeals for the Ninth Circuit
U.S. Courthouse
San Francisco, California

Tyrone C. Fahner, former Attorney General of Illinois, currently a partner at
Mayer, Brown, Rowe & Maw LLP (312) 782-0600

Stephen M. Shapiro, former Deputy Solicitor General, currently a partner at
Mayer, Brown, Rowe & Maw LLP (312) 782-0600

Leo Herzel, retired partner of Mayer, Brown, Rowe & Maw LLP
(312) 782-0600

    Additional references are available on request.