# EXHIBIT J

**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219-1639
(412) 281-8400 Tel. / (412) 281-1007 Fax
www.stemberfeinstein.com

---

**JOHN STEMBER**

John Stember is a partner in Stember Feinstein Doyle & Payne, and specializes in litigating class action lawsuits that seek to protect the retirement benefits of employees and retirees.

John received his B.A. (cum laude) from Ohio University in 1972 and his J.D. from the University of Pittsburgh School of Law in 1976.  After graduation, he worked for Neighborhood Legal Services (from 1976 to 1995.  He then joined Healey, Davidson & Hornack, PC, representing individuals and unions regarding Title VII, ERISA, NLRB, and unemployment insurance.  From 1996 through 2003, John practiced solo concentrating in employment, labor, employee benefits and ERISA and represented unions and employees.  In 2003, he established Stember Feinstein specializing in ERISA class action litigation and employment discrimination.

Over the last decade, John has been litigating a number of large class actions involving termination or reduction of retiree healthcare benefits.  These cases have involved thousands of former union employees, including former Steelworkers, Chemical Workers, United Electrical Workers and members of PACE.  See, e.g., Crown Cork & Seal v. United Steelworkers of America, 32 E.B.C. 1950, 2004 U.S. Dist. LEXIS 760 (W.D. Pa. 2004); Rexam, Inc. v. United Steelworkers of America, 2006 WL 2530384 (D.Minn. Aug. 31, 2006); Pringle v. Continental Tire North America, 06-cv-02985 (N.D. Ohio); Santos v. Pechiney Plastics Packaging Inc., Case C 05-00149 (N.D. Calif.); Theis v. Sunoco, Case  04-0199 (W.D. Pa); United Auto Workers v. General Motors, 235 F.R.D. 383 (E.D. Mich. 2006); United Auto Workers v. Ford Motor Co., 2006 U.S. Dist. LEXIS 70471 (E.D. Mich. July 13, 2006).

John is the longtime Chair of the Board of the Mon Valley Unemployed Committee, a non-profit group dedicated to assisting dislocated workers throughout Western Pennsylvania. He was a founding Board Member of the Steel Valley Authority, one of the first municipal authorities created to facilitate industrial retention.  John was also past president of the Iron City Legal Assistance Workers / UAW Local.  He is also a member of the LCC (Lawyer's Coordinating Committee) and NELA (National Employment Lawyers Association).

John is admitted to practice in all state courts in Pennsylvania, the U.S. District Court for the Western District of Pennsylvania, the Northern District of Ohio, the Southern District of Ohio, the Eastern District of Michigan, several circuit courts of appeals, and the United States Supreme Court.

**EDWARD J. FEINSTEIN**

Edward is a partner in Stember Feinstein Doyle & Payne, and specializes in litigating class action lawsuits under ERISA.

Ed received his B.A. from the University of Massachusetts – Amherst in 1970 and his J.D. from Boston College Law School in 1973.  After law school, Ed worked as an attorney for the Connecticut Public Interest Research Group.  From 1975 to 1978, he was a staff attorney with Connecticut Legal Services in Norwalk, CT.  From 1978 through 1986, he was an attorney with Neighborhood Legal Services Association in Pittsburgh, PA where he concentrated in civil rights, disabilities, institutional reform and health care access.  Since 1986, he has been in private practice concentrating in class actions (ERISA), civil rights, special education law, and employment discrimination.  He and John Stember formed Stember Feinstein in 2003, which became Stember Feinstein Doyle & Payne in August 2007.

Ed has served as class counsel in a number of class actions for over the last 20 years.  These have included: *Rexam, Inc. v. United Steelworkers of America*, 2006 WL 2530384 (D.Minn. Aug. 31, 2006) (ERISA – retiree health benefits); *United Auto Workers v. General Motors*, 235 F.R.D. 383 (E.D. Mich. 2006) (ERISA – retiree health); *United Auto Workers v. Ford Motor Co.*, 2006 U.S. Dist. LEXIS 70471 (E.D.Mich. July 13, 2006) (ERISA – retiree health); ACF Industries v. Chapman, 2004 U.S. Dist. LEXIS 27245 (E.D. Mo. 2004) (ERISA – retiree health); Asarco v. United Steelworkers of America, 2005 U.S. Dist. Lexis 20873 (D. Ariz. 2005) (ERISA – retiree health); *Inmates of the Allegheny County Jail v. Wecht, et al.*, 565 F. Supp. 1278 (W.D. Pa, 1983) (class action jail conditions and overcrowding lawsuit resulting in population cap and remedy for unconstitutional conditions); Hoots, et al. v. Comm. of Pa., et al., Case  71-538 (W.D. Pa. 1973) (class action inter-district school desegregation case; representation from 1983 through declaration of unitary status in 2003); Tillery, et al., v. Owens, et al., 719 F. Supp. 1256 (W.D. Pa. 1989), 907 F.2d 879 (3d Cir. 1990) (successful class action challenge to state prison overcrowding and unconstitutional conditions); United States and Richard Ganaway, et al., v. Charleston County School District, et al., Case  81-50-8 (D.S.C.) (class action litigation to desegregate schools across the "constituent districts: of Charleston County, South Carolina).

**ELLEN M. DOYLE**

Ellen M. Doyle is a partner in Stember Feinstein Doyle & Payne, LLC.  Since 1982 (after seven years of civil rights litigation in the public interest sector) she has been litigating complex class actions against a broad range of large financial and corporate defendants in federal and state courts.

She has extensive experience in representing classes of ERISA plan participants who allege breaches of fiduciary duties with respect to 401k plans, ESOP plans, or other defined contribution plans.  Indeed, in 1997, Ms. Doyle initiated Blyler v. Agee, Case  CV 97-0332 (D. Idaho), in which she served as co-lead counsel in one of the very first actions challenging the prudence of investment in the company stock fund by a 401(k) plan's fiduciaries.  That same year she began litigation in which she served as co-lead counsel in Presley v. Carter Hawley

2

Hale Profit Sharing Plan, Case 97-CV-04316 (N.D. Cal.), which involved an ESOP plan which held company stock into the company's bankruptcy.

Examples of other ERISA class actions challenging the prudence of investment in company stock in which Ms. Doyle has been appointed to serve as co-lead counsel are Sherrill v. Federal Mogul Corp. Retirement Programs Committee, Case 04-72949 (E.D. Mich.), In Re RCN Corporation ERISA Litigation, Master File : 04-CV-5068 (D.N.J.), In re CMS Energy ERISA Litig., 02-72834 (E.D. Mich.), In re Computer Associates ERISA Litig., Case CV-02-6281 (S.D.N.Y.); Kling v. Fidelity Management Trust Co., 01-11939 (D. Mass.); In re McKesson HBOC, Inc. ERISA Litig., C00-20030 (N.D. Cal.); Koch v. Dwyer, 98-Civ.-5519 (S.D.N.Y). Koch was one of the first company stock cases litigated in this District. Ms. Doyle had years of experience in litigating ERISA class actions before 1997 when she started filing company stock cases. She has also represented classes of plan participants in defined benefit pension plans, including in cases such as DiCioccio v. Duquesne Light Co., 93-0442 (W.D. Pa.); Barnes v. Bell Helicopter Textron, Inc., CA-92-CV-0694-D (N.D. Tex.); In re Gulf Pension Litig., H-86-4365 (S.D. Tex.).

Ellen has also served as class counsel for medical benefit plan participants in ERISA covered plans, including Fischel v. The Equitable Life Assurance Society of the United States, Case 96-04202 (N.D. Cal.); In re Blue Cross of Western Pennsylvania Litig., 93-1591 (W.D. Pa.); and Kennedy v. United Healthcare of Ohio, Inc., C2-98-128 (S.D. Ohio).

Ellen's current representations include litigation on behalf of 401(k) plan participants in a number of cases alleging breaches of fiduciary duty through imprudent investing, representing ERISA health plan participants in cases involving wrongful denial of benefits, representing homeowners in Pennsylvania denied replacement cost benefits by a major insurance carrier, and representing hundreds of thousands of retirees in ERISA retiree health benefit litigation involving General Motors, the Ford Motor Company, and Chrysler LLC.

Ellen was selected for membership in the Academy of Trial Lawyers of Allegheny County and has served on that organization's Board of Directors, has served as Chair of the Insurance Section of the American Trial Lawyers Association, has served as the Vice-Chair of the Advisory Committee for the Rules of the United States District Court for the Western District of Pennsylvania.

Ellen has authored numerous publications, including: *ERISA Litigation*: *The View from the Plaintiff's Side*, Vol. XXII, The Barrister (Autumn, 1991); *Fiduciaries Beware: Communications Between Administrators and Counsel Are Not Privileged*, Vol. 6, Benefits Law Journal, 2 (Summer 1993); *The 80/20 Percent Solution: Enforcing Medical Coverage Promises*, Vol. 32, Trial 10 (October 1996) (co-author); *Suing Banks and Financial Institutions: Perspective of Plaintiffs' Counsel*, Banking and Financial Services Conference, Pennsylvania Bar Institute (1990); *Non-Party Written Discovery: Requirements and Techniques*, Pennsylvania Bar Institute (1992); *Keeping Secrets: Confidentiality in Medical Benefits Plan Administration and Litigation*, Vol. 8, Benefits Law Journal, 1 (Spring, 1995); and *Taking Legal Action to Protect Policyholders' Ownership Rights in the Wake of the Continuing Trend Toward Insurance Company Demutualization*, ATLA Insurance Law Section Newsletter (Fall, 2000) (co-author).

Ellen is admitted to practice in Pennsylvania, the United States District Courts for the Western District of Pennsylvania and the Eastern District of Michigan, the Second, Third, Fourth, Fifth, Sixth, Seventh and Ninth Circuit Courts of Appeal and the United States Supreme Court.  She has been given the highest possible rating (AV) by the Martindale-Hubbell Law Directory.

Ellen is a 1975 graduate of Northeastern University School of Law, has been a member of the Pennsylvania Bar since 1975.

**WILLIAM T. PAYNE**

William T. Payne is a partner in Stember Feinstein Doyle & Payne, and specializes in litigating class action lawsuits that seek to protect retirement benefits of employees and retirees.

Over the past twenty-five years, Bill has served as counsel for retirees or employees in more than eighty class action lawsuits throughout the United States, many of which challenged cuts in company-provided retiree health care benefits.  For example, in 2006, Bill was appointed as class counsel to represent nearly 600,000 former UAW members (and spouses of members) in actions against General Motors and Ford that were worth billions of dollars.  See UAW v. Ford Motor Co., 2006 U.S. Dist. LEXIS 70471 (E.D. Mich. 2006); UAW v. GM, 2006 U.S. Dist. LEXIS 14890 (D. Mich. 2006).  In other consolidated cases, Bill served as one of the counsel for a class of former employees of Continental Can who were terminated to prevent them from becoming eligible for pension and other retirement benefits. The dispute turned into a nine-year legal battle that ultimately resulted in $415 million settlement. See Gavalik v. Continental Can, 812 F.2d 834 (3d Cir. 1987); McLendon v. Continental Group, 749 F. Supp. 582 (D.N.J. 1989), aff'd, 908 F.2d 1171 (3d Cir. 1990).

Bill received his B.A. (summa cum laude) from the University of Pittsburgh in 1975, and received his J.D. from the University of California-Berkeley (Boalt Hall) in 1979.  During law school, he served as Associate Editor of the Industrial Relations Law Journal (now known as Berkeley Journal of Employment and Labor Law), and received the AmJur Award.  After three years of practicing labor law (first in Washington, D.C., and then in San Francisco), Bill served as Assistant General Counsel of the United Steelworkers in Pittsburgh between 1982 and 1991.  For most of those nine years, he had primary responsibility for the Union's ERISA litigation throughout the United States.  From 1991 to 2006, Bill was partner and later Of Counsel to the firm of Schwartz, Steinsapir, Dohrmann & Sommers, LLP in Los Angeles, CA and in Pittsburgh, PA.

Bill actively participates in the American Bar Association's Labor and Employment Law Section, and serves as chairperson of the Subcommittee for Benefit Claims and Individual Rights within that Section's Benefits Committee.  He is also member of the Lawyers Coordinating Committee for the AFL-CIO, and of the National Employment Lawyers Association.  Bill is a Charter Fellow of the American College of Employee Benefits Counsel, and also served on the Board of the Los Angeles County Bar Association.

Bill has also authored numerous papers relating to labor and employment law, such as "Battling for Benefits," Trial (December 2005) (with J. Stember and S. Pincus); "Protecting Rights to Early Retirement Benefits," 2 Employee Rights Quarterly 58 (2001); "Retiree Health Benefits: Sixth Circuit Deals the Retirees Out," 14 The Labor Lawyer 475 (1999) (with S. Sacher); "Lawsuits Challenging Termination or Modification of Retiree Welfare Benefits," 10 The Labor Lawyer 91 (1994); and "Enjoining Employers Pending Arbitration," 3 Ind.Rel.L.J. 169 (1979). He has served as both a Contributing Author and Chapter Editor of Employee Benefits Law (BNA Books), authored by the ABA Labor Section's Benefits Committee. He frequently lectures on labor and employment law topics at educational conferences.

Bill is admitted to practice in all state courts in California and Pennsylvania, as well as in numerous federal district and circuit courts, and before the United States Supreme Court.

### PAMINA EWING

Pamina Ewing is an attorney with Stember Feinstein Doyle & Payne, LLC.

Pamina is a 1984 graduate of Carleton College in Northfield, Minnesota (cum laude), and a 1990 graduate of the University of Pittsburgh School of Law where she was Executive Editor of the Law Review.

Following graduation from law school, Ms. Ewing clerked for the Honorable Gustave Diamond of the United States District Court for the Western District of Pennsylvania and then worked at Reed Smith for several years where she focused her work in employment law and general litigation. She joined the predecessor to Stember Feinstein Doyle & Payne in 2003 and has focused her work on the firm's class action litigation. She is admitted to practice in Pennsylvania, as well as in numerous federal district and circuit courts.

### STEPHEN M. PINCUS

Stephen M. Pincus is an attorney with Stember Feinstein Doyle & Payne, LLC focusing on employment, employee benefits, and class action cases.

Stephen is an honors graduate from the University of Michigan – Ann Arbor (B.A., 1989). He received his law degree (with honors) in 1993 from the University of Maryland School of Law. Following graduation from law school, Stephen was selected by Yale Law School to be a Robert M. Cover Fellow in Public Interest Law. As a Cover Fellow, Stephen co-directed a legal clinic at Yale that served the needs of persons with HIV/AIDS. After the two-year fellowship, Mr. Pincus served as the first law clerk to the Honorable Janet Bond Arterton of the United States District Court for the District of Connecticut.

Following the clerkship, Stephen worked as an attorney with the law firm of Rosen & Dolan in New Haven, Connecticut, where he specialized in representing individuals in employment, civil rights, and personal injury cases. Among his more notable cases was a civil rights case against the State of Connecticut in which the jury awarded a record $1 million for the loss of life for a

person with mental retardation.  Stephen also brought numerous cases against municipalities for discriminatory hiring and violations of due process and civil rights laws.  Stephen then became counsel for SBC Communications where he litigated employment discrimination cases.  Since joining the predecessor to Stember Feinstein Doyle & Payne in 2003, Stephen has concentrated his work in representing individuals in employment law actions and retirees in a series of nationwide class actions law suits involving cuts to health benefits.

Stephen is a member of the bars of Pennsylvania, Connecticut and Maryland (inactive).  He has written articles in legal publications including *Trial*, *Stetson Law Review*, *Clinical Law Review, Pennsylvania Municipalities*, and the Allegheny County Bar Association's *Legal Journal*.  In 2005, he was named by *Pittsburgh Magazine* as one of Pittsburgh's "40 under 40" who are making a positive contribution to the region.  In 2006, he was named by the *Legal Intelligencer*, Philadelphia's legal newspaper, as one of Pennsylvania's "Lawyers on a Fast Track."

**JOEL R. HURT**

Joel R. Hurt is an attorney with Stember Feinstein Doyle & Payne, LLC who spends the majority of his professional time engaged in class action litigation in the areas of employee benefits and insurance.  He has been actively involved in pursuing ERISA claims related to the imprudent investment of 401(k) plan and ESOP assets in employer securities, as well as claims involving the interpretation of group medical benefits plans.  See, e.g., Kling v. Fidelity Management Trust Co., Case 01-11939 (D.Mass.) (appointed class counsel in case for breach of fiduciary duty related to continued investment in employer stock in 401(k) plan, recovering $10.85 million); In re: CMS ERISA Litigation, Master File 02-72834 (E.D.Mich) ($28 million settlement of fiduciary breach case involving employer stock in 401(k) plan/ESOP); In re McKesson HBOC, Inc. ERISA Litigation, Master File C00-20030 RMW (N.D.Cal.) ($18.2 million settlement of fiduciary breach case involving employer stock in 401(k) plan); Kennedy, et al. v. United Healthcare of Ohio, Inc., Case C2-98-128 (S.D.Ohio) ($1.95 million recovery in case challenging allocation of co-payments by medical benefits administrator/insurer).  He has also actively participated in the prosecution of state-court class actions involving replacement cost homeowners insurance.  See Pogel v. State Farm Mut. Ins. Co., 74 Pa.D.&C. 4th 1, 2005 WL 3675376 (C.P., Allegheny, September 1, 2005) (granting summary judgment in favor of class of State Farm insureds).

Joel was selected as a 2006 Pennsylvania Super Lawyers Rising Star by the publishers of Law & Politics magazine.  He is also the author of "Winning With Grammar," published in the ATLA Insurance Law Section Newsletter, Winter 2006, addressing the use of expert testimony to demonstrate that an insurer's policy interpretation is unreasonable because it violates the rules of grammar.

Joel graduated from the University of Pittsburgh School of Law in 2000 and joined Stember Feinstein Doyle & Payne, LLC in 2007.  Prior to that, Mr. Hurt practiced with Malakoff Doyle & Finberg, PC from 2000 to 2007.  He is admitted to practice before the courts of Pennsylvania, the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Eleventh Circuit.  His professional memberships include the Allegheny

County Bar Association, the Pittsburgh Chapter of the American Inns of Court, the American Association for Justice and the Western Pennsylvania Trial Lawyers Association.

**JONATHAN K. COHN**

Jonathan Cohn is an attorney specializing in employee benefits, labor, employment, class action, and commercial litigation cases.

Jonathan received his undergraduate degree in history from the University of Texas at Austin, where he completed the Plan II Honors Liberal Arts Program. He graduated <u>cum</u> <u>laude</u> from Fordham University School of Law in New York City in 1997. His accomplishments in law school include serving as a member of the <u>Fordham Law Review</u> and selection for the Order of the Coif (top 10% of his class).

After graduating from law school, Jonathan served as a <u>Pro</u> <u>Se</u> Law Clerk for the United States Court of Appeals for the Second Circuit. He then worked in the general litigation department of Kramer Levin Naftalis and Frankel, a prominent law firm in New York City, for four and one-half years.

After relocating to Pittsburgh in 2004, Jonathan's practice focused on public and private sector union-side labor law and plaintiff-side employment law. He joined the predecessor to Stember Feinstein Doyle & Payne in 2006.

Jonathan's experience includes litigation in federal and state courts, as well as in the arbitration context. He has represented individuals in EEOC, PHRC, workers' compensation, unemployment compensation, and arbitration proceedings, and practiced before the National Labor Relations Board and Pennsylvania Labor Relations Board.

**MAUREEN DAVIDSON-WELLING**

Maureen ("Molly") Davidson-Welling is an attorney specializing in employment, employee benefits, civil rights, and class action cases.

Molly is a graduate from the Johns Hopkins University (B.A. 1999) and the University of Toronto (M.A. 2001). In 2007, she received her J.D. from the University of Pennsylvania and thereafter joined Stember Feinstein Doyle & Payne.

During law school, Molly clerked at Stember Feinstein, as well as at the Community Legal Services in Philadelphia. She also participated for two years as a member of the Journal of Law and Social Change and served on the Board of the pro bono Unemployment Compensation Project run by students of the University of Pennsylvania Law School.

Ms. Davidson-Welling is admitted to practice before the courts of Pennsylvania and before the Federal District Court for the Western District of Pennsylvania.

Prior to law school, Ms. Davidson-Welling worked as a research analyst for Consad Research Corporation.

**JANICE M. PINTAR**

Janice M. Pintar is an attorney with Stember Feinstein Doyle & Payne, LLC.  She practices plaintiff's employment and civil rights law and ERISA cases involving employer-sponsored disability plans.

Janice graduated from the University of Wisconsin Law School, *cum laude*, in 2002. While in law school she was a managing editor of the *Wisconsin Law Review*. She received several awards from the school including an academic achievement award in the subject area of trial evidence. Following law school Janice practiced in Chicago, Illinois representing plaintiffs in a wide variety of employment and civil rights matters including state discrimination claims as well as claims arising under federal statutes including Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, Fair Labor Standards Act, Equal Pay Act, and claims arising under 42 USC § 1983.

Janice is admitted to practice in the states of Wisconsin, Illinois and Pennsylvania and is admitted to practice in the United States District Court for the Western District of Pennsylvania, the Northern and Central Districts of Illinois and the United States Court of Appeals for the Seventh Circuit. She is a member of the National Employment Lawyers Association (NELA). Janice is the author of:

> Negligent Infliction of Emotional Distress and the Fair Market Value Approach in Wisconsin: The Case fore Extending Tort Protection to Companion Animals and Their Owners

**TYBE ANN BRETT**

Tybe Ann Brett is of counsel to Stember Feinstein Doyle & Payne, LLC.  Her practice is concentrated on ERISA cases involving employer-sponsored disability, health, severance and pension plans.  She has also represented plaintiffs, both individually and in class actions, in a wide array of other types of litigation, including environmental contamination, toxic torts, trademark infringement, insurance and securities fraud.

Tybe graduated with a BA, magna cum laude, with honors in history, from Barnard College in 1976.  In 1979, she received her JD from Columbia University School of Law, where she was student articles editor of the Journal of Transnational Law.  From 1983 to 1990, she was an associate professor at the University of Maine School of Law, where she also directed an Environmental Law Clinic.  Since 1990, when she returned to her native Western Pennsylvania, she has been in private practice in Pittsburgh, but has continued her academic interests by publishing a number of articles on class actions and teaching toxic torts as an Adjunct Professor at the University of Pittsburgh School of Law.  Ms. Brett is admitted to practice in Pennsylvania

and Maine, as well as to the U.S. Supreme Court, the Second, Third, Fourth and Seventh Circuits, as well as district courts in Pennsylvania and other states.

**LAWRENCE A. FROLIK**

Larry Frolik is of counsel to Stember Feinstein Doyle & Payne and is a Professor of Law at the University of Pittsburgh School of Law, where he specializes in Elder Law and Employee Benefits.

A graduate of Harvard Law School, Professor Frolik's ground breaking scholarly work, particularly in the area of guardianship, has earned him recognition as a national expert on the legal issues of older Americans. One of the founders of the area now known as "Elder Law," he is the co-author of the treatise, *Advising the Elderly or Disabled Client* (Warren, Gorham, and Lamont, 2nd ed. 1999), a work that is widely praised by the practicing bar. He is also co-author of the first textbook on the legal problems of the elderly, *Elderlaw: Cases and Materials* (Lexis 2nd ed. 1999), co-authored the book – *Counseling the Older Client* (ALI/ABA 1997), and wrote *Residence Options for Older or Disabled Clients (*Warren, Gorham, and Lamont 1997), which reflects his current scholarly interest in the housing issues faced by elderly persons. He has also written numerous scholarly articles, and lectures frequently on elder law issues and on estate planning for families with disabled children.

Because of his expertise in elder law, Professor Frolik was appointed a congressional delegate to the White House Conference on Aging in 1995. He is Chair of the Pennsylvania Bar Association Elder Law Section, Chair American Bar Association Tort and Insurance Practice Section Seniors' Issues Committee, and is past president of both the American Association of Law Schools Section on Law and Aging and of the Pennsylvania Developmental Disabilities Advocacy Council. Professor Frolik holds memberships in the American College of Trust and Estate Counsel and in the National Academy of Elder Law Attorneys, at whose national symposiums on elder law he is a frequent presenter.

He is a Visiting Professor at the University of Miami Law School's L.L.M. program in Estate Planning.