# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Master File No. 02-CV-1138 (AWT) <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF SERVICE |

This is to certify that copies of the foregoing documents:

- PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
- PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
- DECLARATION OF LYNN L. SARKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
- [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

were served this 1st day of July, 2008 on the following counsel of record:

**Attorneys for Plaintiffs**
John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel: 860-231-2800
Fax: 860-523-9235
jmckenna@grmattorneys.com
**Liaison Counsel**

**(*VIA ELECTRONIC MAIL*)**
Charles R. Watkins (ct23936)
John Wylie (ct23937)
FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: 312-427-3600
Fax: 312-427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
**Co-Lead Counsel for Plaintiffs**

-1-

Sherrie R. Savett
Joy Clairmont
Shoshana Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103-6365
Tel: 215.875.3000
Fax: 215.875.4604
srs@bm.net
jclairmont@bm.net
stsavett@bm.net
**Steering Committee Counsel**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
Tel: 312-960-1802
Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**

Brian McTigue
Jennifer H. Strouf
Patrick de Gravelles
Dave Bond
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC  20015
Tel: 202.364.6900
Fax: 202.364.9960
bmctigue@mctiguelaw.com
jstrouf@mctiguelaw.com
pdegravelles@mctiguelaw.com
dbond@mctiguelaw.com
**Steering Committee Counsel for the Union Plan**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh  PA  15219
Tel: 412.281.8400
Fax: 412.232.3730
edoyle@stemberfeinstein.com
**Steering Committee Counsel for the Union Plan**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  610-667-7706
Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088
Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

| | |
|---|---|
| **Attorneys for Defendants:**<br>Benjamin H. Green (ct05166)<br>Frances Codd Slusarz (ct24442)<br>Joanne Rapuano (ct27102)<br>DREIER LLP<br>One Landmark Square<br>20th Floor<br>Stamford, CT  06901<br>Tel:  203-425-9500<br>Fax: 203-425-9595<br>bgreen@dreierllp.com<br>fslusarz@dreierllp.com<br>jrapuano@dreierllp.com<br>**Local Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe** | **(*VIA ELECTRONIC MAIL*)**<br>Steven J. Sacher (ct24024)<br>Kevin R. Noble (phv01959)<br>Evan Miller (phv01958)<br>JONES DAY REAVIS & POGUE<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Tel:  202-879-5402<br>Fax: 202-626-1700<br>sjsacher@jonesday.com<br>krnoble@jonesday.com<br>emiller@jonesday.com<br>**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe** |
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>HANNAFAN & HANNAFAN<br>One East Wacker Drive, Suite 2710<br>Chicago, IL  60601<br>Tel: 312-527-0055<br>Fax: 312-527-0220<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com<br>nap@hannafanlaw.com<br>**Counsel for Defendant Myra Drucker** | Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>Arthur J. Margulies (phv02256)<br>JONES DAY REAVIS & POGUE<br>222 East 41st Street<br>New York, NY  10017<br>Tel: 212-326-3939<br>Fax: 212-755-7306<br>jtambe@jonesday.com<br>aswarter@jonesday.com<br>gshapiro@jonesday.com<br>amargulies@jonesday.com<br>**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings** |

**Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

John A. Valentine
Felipe D. Mendoza
Elizabeth K. Canizares
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  202.663.6399
Fax:  202.663.6363
john.valentine@wilmerhale.com
felipe.mendoza@wilmerhale.com
elizabeth.canizares@wilmerhale.com
**Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler**

**VIA U.S. MAIL**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT  06904
**In-House Counsel for Xerox**

/s/
Elizabeth A. Leland (phv01338)
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900 / Fax (206) 623-3384