IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Master File No. 02-CV-1138 (AWT) <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF SERVICE <br><br> July 15, 2008 |

This is to certify that a copy of the foregoing document, entitled *NOTICE OF ERRATA RE: EXHIBIT K TO DECLARATION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION* was served this 15th day of July, 2008 on the following counsel of record:

**Attorneys for Plaintiffs:**
**VIA ELECTRONIC MAIL**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL & MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel: 860-231-2800
Fax: 860-523-9235
jmckenna@grmattorneys.com
**Liaison Counsel**

Charles R. Watkins (ct23936)
John Wylie (ct23937)
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: 312-427-3600
Fax: 312-427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Joy Clairmont
Shoshana Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365
Tel: 215.875.3000
Fax: 215.875.4604
srs@bm.net
jclairmont@bm.net
stsavett@bm.net

**Steering Committee Counsel**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel: 412.281.8400
Fax: 412.232.3730
edoyle@stemberfeinstein.com
**Steering Committee Counsel**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois  60606
Tel: 312-960-1802
Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**


Brian McTigue
Jennifer H. Strouf
Patrick de Gravelles
Dave Bond
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC  20015
Tel: 202.364.6900
Fax: 202.364.9960
bmctigue@mctiguelaw.com
jstrouf@mctiguelaw.com
pdegravelles@mctiguelaw.com
dbond@mctiguelaw.com
**Steering Committee Counsel**
**(with respect to the U.N.I.T.E. Plan)**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:  610-667-7706
Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ  85012
Tel:  602-248-0088
Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**

Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square
20th Floor
Stamford, CT 06901
Tel: 203-425-9500
Fax: 203-425-9595
bgreen@dreierllp.com
fslusarz@dreierllp.com
jrapuano@dreierllp.com
**Local Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
HANNAFAN & HANNAFAN
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: 312-527-0055
Fax: 312-527-0220
mth@hannafanlaw.com
bth@hannafanlaw.com
nap@hannafanlaw.com
**Counsel for Defendant Myra Drucker**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: 202-879-5402
Fax: 202-626-1700
sjsacher@jonesday.com
krnoble@jonesday.com
emiller@jonesday.com
**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

Jayant W. Tambe (ct15992)
Aviva Warter Sisistky (phv01990)
Arthur J. Margulies (phv02256)
JONES DAY REAVIS & POGUE
222 East 41st Street
New York, NY 10017
Tel: 212-326-3939
Fax: 212-755-7306
jtambe@jonesday.com
aswarter@jonesday.com
gshapiro@jonesday.com
amargulies@jonesday.com
**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles**

John A. Valentine
Felipe D. Mendoza
Elizabeth K. Canizares
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  202.663.6399
Fax:  202.663.6363
john.valentine@wilmerhale.com
felipe.mendoza@wilmerhale.com
elizabeth.canizares@wilmerhale.com
**Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler**

**Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

**VIA U.S. MAIL**

Michael D. Ryan
Senior Counsel
XEROX CORPORATION
800 Long Ridge Road
Stamford, CT  06904
**In-House Counsel for Xerox**

/s/
Elizabeth A. Leland (phv01338)
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900 / Fax (206) 623-3384