UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | : | MASTER FILE NO. 02-CV-1138 (AWT) |
| | : | |
| | : | |
| This Document Relates to: | : | |
| | : | |
| ALL ACTIONS | : | AUGUST 8, 2008 |

## ENTRY OF APPEARANCE

Please enter my appearance as attorney for defendant G. Richard Thoman in the above-captioned action.

                DEFENDANT, G. RICHARD THOMAN


                By /s/ Thomas D. Goldberg
                     Thomas D. Goldberg (ct04386)
                     Day Pitney LLP
                     One Canterbury Green
                     Stamford, Connecticut 06901-2047
                     (203) 977-7300 (telephone)
                     (203) 977-7301 (facsimile)

                His Attorneys

71461839.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone not registered to accept electronic filings.  Parties may access this filing through the Court's system

/s/     Thomas D. Goldberg
       Thomas D. Goldberg