UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | : | MASTER FILE NO. 02-CV-1138 (AWT) |
| | : | |
| | : | |
| This Document Relates to: | : | |
| | : | |
| ALL ACTIONS | : | AUGUST 12, 2008 |

## ENTRY OF APPEARANCE

    Please enter my appearance as attorney for defendant G. Richard Thoman in the above-captioned action.

                          DEFENDANT, G. RICHARD THOMAN


                          By    /s/ Rosemary Q. Barry
                               Rosemary Q. Barry (ct20273)
                               Day Pitney LLP
                               One Canterbury Green
                               Stamford, Connecticut 06901-2047
                               (203) 977-7300 (telephone)
                               (203) 977-7301 (facsimile)

                               His Attorneys

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone not registered to accept electronic filings. Parties may access this filing through the Court's system

               /s/  Rosemary Q. Barry
                   Rosemary Q. Barry