# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:02-CV-1138 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in *In re Xerox Corporation ERISA Litigation* for all Defendants, except Myra R. Drucker, Paul Allaire, William F. Buehler, Barry D. Romeril and Gregory B. Tayler.

August 22, 2008
Date

*[Signature]*
Signature

phv02833
Connecticut Federal Bar Number:

Sara Pikofsky
Print clearly or type

(202) 879-3939
Telephone Number:

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Address

(202) 626-1700
Fax Number:

spikofsky@jonesday.com
E-mail address:

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2008, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

**Attorneys for Defendants:**

Steven J. Sacher (ct24024)
sjsacher@jonesday.com
Evan Miller (phv01958)
emiller@jonesday.com
Sara Pikofsky (phv02833)
spikofsky@jonesday.com
Kevin Noble (phv01959)
krnoble@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-3939

Jayant W. Tambe (ct15992)
jtambe@jonesday.com
Aviva Warter Sisitsky (phv01990)
aswarter@jonesday.com
Arthur J. Margulies (phv02256)
ajmargulies@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: 212-326-3939

Benjamin H. Green (ct05166)
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203-425-9500

John A. Valentine (ct25941)
john.valentine@wilmerhale.com
Elizabeth Canizares
elizabeth.canizares@wilmerhale.com
Felipe Mendoza
felipe.mendoza@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: 202-663-6399

Michael T. Hannafan (ct11859)
mth@hannafanlaw.com
Blake T. Hannafan (ct24594)
bth@hannafanlaw.com
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: 312-527-0055

Thomas D. Goldberg (ct04386)
tdgoldberg@daypitney.com
Terence J. Gallagher (ct22415)
tjgallagher@daypitney.com
Rosemary Q. Barry (ct20273)
rqbarry@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
Tel: 203-977-7300

**Attorneys for Plaintiffs:**

Charles R. Watkins (ct23936)
cwatkins@futtermanhoward.com
John R. Wylie (ct23927)
FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706

Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
Patrick P. de Gravelles
pdegravelles@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412 281 8400

Lynn Lincoln Sarko (ct23927)
lsarko@kellerrohrback.com
Elizabeth A. Leland (phv01338)
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

Gary A. Gotto (ct23952)
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802

John F. McKenna (ct00104)
jmckenna@grmattorneys.com
GOODMAN, ROSENTHAL & MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

/s/ *Joanne Rapuano*
Joanne Rapuano