**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>CLASS ACTION<br><br>**AUGUST 25, 2008** |

### PLAINTIFFS' MOTION TO COMPEL HEWITT ASSOCIATES, L.L.C. TO COMPLY WITH SUBPOENA DUCES TECUM

Plaintiffs move this Court pursuant to Rule 45(c)(2)(b), Fed. R. Civ. P. for an order compelling Hewitt Associates, L.L.C. ("Hewitt"), a non-party, to produce documents pursuant to Plaintiffs' duly served subpoena duces tecum.

In support of this motion, Plaintiffs submit the accompanying Memorandum and the Declaration of Elizabeth A. Leland. As set forth in the Leland Declaration, Plaintiffs have complied with D. Conn. Local Civ. R. 37(a).

The relief requested in this Motion is: (1) an Order that Hewitt fully comply with the subpoena duces tecum served on October 3, 2007, and specifically, that Hewitt produce all documents (including electronic records) responsive to subpoena document categories 6 and 9 (which seek emails and other communications) and category 14 (which seeks documents pertaining to the Plans' purchase, sale, and holding of Xerox stock); (2) an Order that Hewitt comply with the subpoena on or before a date certain, and in no event more than ten (10) days after the filing of the Court's Order (*see* D. Conn. Local Civ. R. 37(d)); and (3) an Order that Hewitt is in contempt of Court (*see* Fed. R. Civ. P. 45(e)) and that appropriate sanctions be imposed.

DATED this 25th day of August, 2008.

Submitted By

/s/Elizabeth A. Leland
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Gary A. Gotto
ggotto@kellerrohback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
**Co-Lead Counsel**

FUTTERMAN    HOWARD    WATKINS
WYLIE & ASHLEY, CHTD.
Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
jwylie@futtermanhoward.com
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
lawofficedh@yahoo.com
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile:  (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net

1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
mtopaz@sbclasslaw.com
Joseph H. Meltzer
jmeltzer@sbclasslaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
**Steering Committee Counsel**

STEMBER  FEINSTEIN  DOYLE  &
PAYNE, LLC
Ellen M. Doyle
edoyle@stemberfeinstein.com
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh  PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the
Union Plan**

MCTIGUE & PORTER LLP
Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
5301 Wisconsin Avenue, N.W.
Ste. 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the
Union Plan**

GOODMAN ROSENTHAL & MCKENNA
PC
John F. McKenna, Esq. - ct00104

jmckenna@grmattorneys.com
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**