**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u><br><br>**AUGUST 25, 2008** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
HEWITT ASSOCIATES, L.L.C. TO COMPLY
WITH SUBPOENA DUCES TECUM**

Plaintiffs' Motion for an order compelling Hewitt Associates, L.L.C. ("Hewitt"), a non-party, to produce documents pursuant to Plaintiffs' duly served subpoena duces tecum having come on for hearing this ___ day of _____, 2008, and the Court having considered each written submission presented, the arguments of counsel, and being fully advised in the premises, now rules as follows:

Plaintiffs' Motion for an order compelling Hewitt Associates, L.L.C. ("Hewitt"), a non-party, to produce documents pursuant to Plaintiffs' duly served subpoena duces tecum is <u>granted</u>. This court finds Hewitt to be in contempt of court, and further orders as follows:

(1)     Hewitt is to fully comply with the subpoena duces tecum served on October 3, 2007, and specifically, to produce all documents (including electronic records) responsive to subpoena document categories 6 and 9 (which seek emails and other communications), as well as category 14 (which seeks documents pertaining to the Plans' purchase, sale, and holding of Xerox stock);

(2) Hewitt is hereby ordered to complete production of documents responsive to the subpoena no later than ten (10) days after the filing of the Court's Order (*see* D. Conn. Local Civ. R. 37(d)); and

(3) Monetary sanctions in the amount of $_____ are imposed against Hewitt and are to be paid to Plaintiffs' Counsel within ten (10) days after the filing of the Court's Order.

Dated: _____

 

                                            The Honorable Alvin W. Thompson
                                            United States District Judge

Presented by:


/s/Elizabeth A. Leland
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Gary A. Gotto
ggotto@kellerrohback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
**Co-Lead Counsel**

FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.
Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
jwylie@futtermanhoward.com
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
lawofficedh@yahoo.com
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile:  (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Marc A. Topaz
mtopaz@sbclasslaw.com
Joseph H. Meltzer
jmeltzer@sbclasslaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
**Steering Committee Counsel**

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
edoyle@stemberfeinstein.com
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh  PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the Union Plan**

MCTIGUE & PORTER LLC
Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf

jstrouf@mctiguelaw.com
5301 Wisconsin Avenue, N.W.
Ste. 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the Union Plan**

GOODMAN, ROSENTHAL & MCKENNA, PC
John F. McKenna, Esq. - ct00104
jmckenna@grmattorneys.com
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**