# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:<br><br>    ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br>**CLASS ACTION**<br><br>CERTIFICATE OF SERVICE<br><br>August 25, 2008 |

    This is to certify that a copy of the foregoing documents:

- PLAINTIFFS' MOTION TO COMPEL HEWITT ASSOCIATES, L.L.C. TO COMPLY WITH SUBPOENA DUCES TECUM

- MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL HEWITT ASSOCIATES, L.L.C. TO COMPLY WITH SUBPOENA DUCES TECUM

- DECLARATION OF ELIZABETH A. LELAND

- [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL HEWITT ASSOCIATES, L.L.C. TO COMPLY WITH SUBPOENA DUCES TECUM

were served this 25th day of August, 2008 on the following counsel of record:

**Attorneys for Plaintiffs:**
**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John F. McKenna, Esq. (ct00104)<br>GOODMAN, ROSENTHAL &<br>MCKENNA, PC<br>977 Farmington Avenue, Suite 200<br>West Hartford, Connecticut 06107<br>Tel: 860-231-2800/Fax: 860-523-9235<br>jmckenna@grmattorneys.com | Charles R. Watkins (ct23936)<br>John Wylie (ct23937)<br>FUTTERMAN HOWARD WATKINS<br>WYLIE & ASHLEY, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Tel: 312-427-3600/Fax: 312-427-1850 |

**Liaison Counsel**

Sherrie R. Savett
Joy Clairmont
Shoshana Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365
Tel: 215-875-3000/Fax: 215-875-4604
srs@bm.net
jclairmont@bm.net
stsavett@bm.net
**Steering Committee Counsel**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312-960-1802/Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**

Brian McTigue
Jennifer H. Strouf
Patrick de Gravelles
Dave Bond
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC 20015
Tel: 202-364-6900/Fax: 202-364-9960
bmctigue@mctiguelaw.com
jstrouf@mctiguelaw.com
pdegravelles@mctiguelaw.com
dbond@mctiguelaw.com
**Steering Committee Counsel
(with respect to the U.N.I.T.E. Plan)**

cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
**Co-Lead Counsel for Plaintiffs**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel: 412-281-8400/Fax: 412-232-3730
edoyle@stemberfeinstein.com
**Steering Committee Counsel**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706/Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088/Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**

Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Tel:  203-425-9500/Fax: 203-425-9595
bgreen@dreierllp.com
fslusarz@dreierllp.com
jrapuano@dreierllp.com
**Local Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
Sara Pikofsky
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel:  202-879-5402/Fax: 202-626-1700
sjsacher@jonesday.com
krnoble@jonesday.com
emiller@jonesday.com
spikofsky@jonesday.com
**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

Michael T. Hannafan, Esq.
Blake T. Hannafan, Esq.
HANNAFAN & HANNAFAN
One East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel: 312-527-0055/Fax: 312-527-0220
mth@hannafanlaw.com
bth@hannafanlaw.com
**Counsel for Defendant Myra Drucker**

Jayant W. Tambe (ct15992)
Aviva Warter Sisistky (phv01990)
Arthur J. Margulies (phv02256)
JONES DAY REAVIS & POGUE
222 East 41st Street
New York, NY  10017
Tel: 212-326-3939/Fax: 212-755-7306
jtambe@jonesday.com
aswarter@jonesday.com
gshapiro@jonesday.com
amargulies@jonesday.com
**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings**

**Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

| | |
|---|---|
| John A. Valentine | Terrence J. Gallagher III |
| Felipe D. Mendoza | Thomas D. Goldberg |
| Elizabeth K. Canizares | Rosemary Q. Barry |
| Wilmer Cutler Pickering Hale & Dorr LLP | DAY PITNEY LLP |
| 1875 Pennsylvania Ave., NW | One Canterbury Green |
| Washington, DC 20006 | Stamford, CT 06901-2047 |
| Tel: 202-663-6399/Fax: 202-663-6363 | Tel: 203-977-7504/Fax: 203-977-7301 |
| john.valentine@wilmerhale.com | tjgallagher@daypitney.com |
| felipe.mendoza@wilmerhale.com | tdgoldberg@daypitney.com |
| elizabeth.canizares@wilmerhale.com | rqbarry@daypitney.com |
| **Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler** | **Counsel for Defendants G. Richard Thoman** |

**VIA U.S. MAIL ONLY**          **VIA U.S. MAIL ONLY**

Michael D. Ryan                          Ilene Grant
Senior Counsel                           Hewitt Associates
XEROX CORPORATION                        100 Half Day Road
800 Long Ridge Road                      Lincolnshire, Illinois 60069-3342
Stamford, CT 06904
**In-House Counsel for Xerox**

/s/
Elizabeth A. Leland (phv01338)
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 / Fax (206) 623-3384