IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | MASTER FILE NO. 02-CV-1138 (AWT)<br><br>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**<br><br>**September 4, 2008** |

Attached hereto as Exhibit A is the Affidavit of Service of Process of Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum; Memorandum of Law in Support of Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum; Declaration of Elizabeth A. Leland; and [Proposed] Order Granting Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum.

DATED this 4th day of September, 2008.

        KELLER ROHRBACK L.L.P.


        By:/s/ Elizabeth A. Leland
          Lynn Lincoln Sarko (ct23927)
          Gary Gotto (ct23952)
          Elizabeth A. Leland (phv01338)
          KELLER ROHRBACK L.L.P.
          1201 Third Avenue, Suite 3200
          Seattle, Washington 98101
          Telephone:  (206) 623-1900(Seattle)
          Telephone:  (602) 248-0088 (Phoenix)
          Facsimile:  (206) 623-3384 (Seattle)
          Facsimile:  (602) 248-2822 (Phoenix)
          **Co-Lead Counsel for Plaintiffs**

FUTTERMAN HOWARD WATKINS WYLIE &
  ASHLEY, CHTD.
Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
jwylie@futtermanhoward.com
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
**Co-Lead Counsel**

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
lawofficedh@yahoo.com
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936
**Steering Committee Counsel**

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
**Steering Committee Counsel**

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Marc A. Topaz
mtopaz@sbtklaw.com
Joseph H. Meltzer
jmeltzer@sbtklaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
**Steering Committee Counsel**

        STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
edoyle@stemberfeinstein.com
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh  PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
**Steering Committee Counsel for the Union
  Plan**

MCTIGUE & PORTER LLP
Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960
**Steering Committee Counsel for the Union
  Plan**

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna, Esq. - ct00104
jmckenna@grmattorneys.com
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
**Liaison Counsel**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master File No. 02-CV-1138 (AWT)<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF SERVICE |

This is to certify that a copy of the foregoing document, entitled ***SUPPLEMENTAL AFFIDAVIT OF SERVICE OF SUBPOENA IN A CIVIL CASE*** was served this 4th day of September, 2008, on the following counsel of record:

**Attorneys for Plaintiffs:**
**VIA ELECTRONIC MAIL**

John F. McKenna, Esq. (ct00104)
GOODMAN, ROSENTHAL &
MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
Tel: 860-231-2800/Fax: 860-523-9235
jmckenna@grmattorneys.com
**Liaison Counsel**

Charles R. Watkins (ct23936)
John Wylie (ct23937)
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: 312-427-3600/Fax: 312-427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com
**Co-Lead Counsel for Plaintiffs**

Sherrie R. Savett
Joy Clairmont
Shoshana Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365
Tel: 215-875-3000/Fax: 215-875-4604
srs@bm.net
jclairmont@bm.net
stsavett@bm.net
**Steering Committee Counsel**

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh PA 15219
Tel: 412-281-8400/Fax: 412-232-3730
edoyle@stemberfeinstein.com
**Steering Committee Counsel**

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312-960-1802/Fax: 312-960-1936
lawofficedh@yahoo.com
**Steering Committee Counsel**

Brian McTigue
Jennifer H. Strouf
Patrick de Gravelles
Dave Bond
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC 20015
Tel: 202-364-6900/Fax: 202-364-9960
bmctigue@mctiguelaw.com
jstrouf@mctiguelaw.com
pdegravelles@mctiguelaw.com
dbond@mctiguelaw.com
**Steering Committee Counsel**
**(with respect to the U.N.I.T.E. Plan)**

**Attorneys for Defendants:**
**VIA ELECTRONIC MAIL**
Benjamin H. Green (ct05166)
Frances Codd Slusarz (ct24442)
Joanne Rapuano (ct27102)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Tel: 203-425-9500/Fax: 203-425-9595
bgreen@dreierllp.com
fslusarz@dreierllp.com
jrapuano@dreierllp.com
**Local Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706/Fax: 610-667-7056
jmeltzer@sbclasslaw.com
**Steering Committee Counsel**

Gary A. Gotto (ct23952)
KELLER ROHRBACK P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088/Fax: 602-248-2822
ggotto@kellerrohrback.com
**Co-Lead Counsel for Plaintiffs**

Steven J. Sacher (ct24024)
Kevin R. Noble (phv01959)
Evan Miller (phv01958)
Sara Pikofsky
JONES DAY REAVIS & POGUE
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Tel: 202-879-5402/Fax: 202-626-1700
sjsacher@jonesday.com
krnoble@jonesday.com
emiller@jonesday.com
spikofsky@jonesday.com
**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe**

| | |
|---|---|
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>HANNAFAN & HANNAFAN<br>One East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>Tel: 312-527-0055/Fax: 312-527-0220<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com<br>**Counsel for Defendant Myra Drucker** | Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>Arthur J. Margulies (phv02256)<br>JONES DAY REAVIS & POGUE<br>222 East 41st Street<br>New York, NY 10017<br>Tel: 212-326-3939/Fax: 212-755-7306<br>jtambe@jonesday.com<br>aswarter@jonesday.com<br>gshapiro@jonesday.com<br>amargulies@jonesday.com<br>**Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe** |
| John A. Valentine<br>Felipe D. Mendoza<br>Elizabeth K. Canizares<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel: 202-663-6399/Fax: 202-663-6363<br>john.valentine@wilmerhale.com<br>felipe.mendoza@wilmerhale.com<br>elizabeth.canizares@wilmerhale.com<br>**Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler** | Terrence J. Gallagher III<br>Thomas D. Goldberg<br>Rosemary Q. Barry<br>DAY PITNEY LLP<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>Tel: 203-977-7504/Fax: 203-977-7301<br>tjgallagher@daypitney.com<br>tdgoldberg@daypitney.com<br>rqbarry@daypitney.com<br>**Counsel for Defendants G. Richard Thoman** |
| **VIA U.S. MAIL ONLY**<br>Michael D. Ryan, Senior Counsel<br>XEROX CORPORATION<br>800 Long Ridge Road<br>Stamford, CT 06904<br>**In-House Counsel for Xerox** | **VIA U.S. MAIL ONLY**<br>Ilene Grant<br>HEWITT ASSOCIATES<br>100 Half Day Road<br>Lincolnshire, Illinois 60069-3342<br>**Counsel for Hewitt Associates** |

/s/
_____
Elizabeth A. Leland (phv01338)
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900 / Fax (206) 623-3384

# EXHIBIT A

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Connecticut

Case Number: 02-VC-1138(AWT)

Plaintiff:
**IN RE XEROX CORP. ERISA LITIGATION**
vs.
Defendant:

For:
Elizabeth Leland
KELLER ROHRBACK L.L.P.
1201 Third Avenue
Suite 3200
, WA 98101

Received by One Legal on the 25th day of August, 2008 at 4:09 pm to be served on **Hewitt Associates, L.L.C., One Corporate Center, Floor 11, Hartford, CT 06103**.

I, Stuart Perlmutter, being duly sworn, depose and say that on the **27th day of August, 2008 at 3:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum; Memorandum of Law in Support of Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum; Declaration of Elizabeth A. Leland; [Proposed] Order Granting Plaintiffs' Motion to Compel Hewitt Associates, L.L.C. to Comply with Subpoena Duces Tecum** with the date and hour of service endorsed hereon by me, to: **CT Corporation System, Angie Fareneau, as Person Authorized To Accept Service Of Process** for Hewitt Associates, L.L.C., at the address of: **One Corporate Center, Floor 11, Hartford, CT 06103**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of September, 2008 by the affiant who is personally known to me.

_Linda J. Perlmutter_
NOTARY PUBLIC
My Commission Expires 12/31/08

**Stuart Perlmutter**
Process Server

One Legal
504 Redwood Blvd.
#223
Novato, CA 94947
(415) 491-0606
Our Job Serial Number: 2008000031

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2w