# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) Master File No. 02-CV-1138 (AWT) <br> ) <u>CLASS ACTION</u> |
| This Document Relates to: ALL ACTIONS | ) September 5, 2008 |

## DECLARATION OF ARTHUR J. MARGULIES

I, Arthur J. Margulies, declare the following under penalty of perjury under the laws of the United States:

1. I am an associate at the law firm of Jones Day, attorneys for all Defendants except Myra Drucker, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler. I submit this declaration to put before the Court true and correct copies of certain documents that are pertinent to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2. Attached to this declaration, under the identified attachment cover sheets, are true and correct copies of the following documents:

| | |
|---|---|
| Attachment 1 | Expert Report of David J. Ross, and Exhibits attached thereto. |
| Attachment 2 | Deposition Transcript of Thomas Patti dated July 2, 2008 (excerpts). |
| Attachment 3 | Deposition Transcript of Cheryl Wright dated July 23, 2008 (excerpts). |
| Attachment 4 | Deposition Transcript of David Alliet dated August 5, 2008 (excerpts). |
| Attachment 5 | Deposition Transcript of Linda Willis dated August 8, 2008 (excerpts). |

| | |
|---|---|
| Attachment 6 | Xerox Corporation Profit Sharing and Savings Plan, 1998 Restatement (XC000095-XC000183). |
| Attachment 7 | Profit Sharing Plan of Xerox Corporation and the Xerographic Division, Union of Needletrades, Industrial and Textile Employees, A.F.L.-C.I.O.-C.L.C. (Formerly "The Xerographic Division, A.C.T.W.U., A.F.L.-C.I.O."), 1998 Restatement (XC00031600-XC00031671). |
| Attachment 8 | 1998 WealthWise Benefits Handbook (XC002419-XC002498). |
| Attachment 9 | 1994 Benefits Handbook for Monroe County Employees (XC001052-XC001086). |
| Attachment 10 | 1998 Investment Funds Annual Report (TP000308-TP000360). |
| Attachment 11 | 1999 Investment Funds Annual Report (MD0195-MD0234). |
| Attachment 12 | Spreadsheet Detailing the Purported Class Representatives' Activity in the Xerox Stock Fund During the Class Period (XC00056754-XC00056760 and XC00056762-XC00056781). |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 5, 2008
New York, New York

/s/ Arthur J. Margulies
Arthur J. Margulies
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
ajmargulies@jonesday.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | ) <br> ) Master File No. 02-CV-1138 (AWT) <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) September 5, 2008 <br> ) |
| This Document Relates to: ALL ACTIONS | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008, a copy of the foregoing Declaration of Arthur J. Margulies, including all attachments, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Arthur J. Margulies*
Arthur J. Margulies (phv02256)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306
ajmargulies@jonesday.com

NYI-4118425