# Attachment 2

```
00001
 1
 2  IN THE UNITED STATES DISTRICT COURT
 3  FOR THE DISTRICT OF CONNECTICUT
 4  Master File No. 02 CV-1138 (AWT)
 5  -----------------------------------x
 6  IN RE XEROX CORPORATION ERISA LITIGATION
 7  ---------------------------------
 8  This Document Relates to:
 9
10            ALL ACTIONS
11  ----------------------------------x
12          July 2, 2008
13          9:59 a.m.
14
15          CONFIDENTIAL TRANSCRIPT
16
            Videotaped deposition of THOMAS
17  PATTI, taken by Defendants, pursuant to
    Notice, held at the offices of Jones Day
18  LLP, 222 East 41st Street, New York, New
    York, before Jineen Pavesi, a Registered
19  Professional Reporter, Registered Merit
    Reporter, Certified Realtime Reporter and
20  Notary Public of the State of New York.
21
22
23
24
25
```

00067

1
2  MR. WYLIE: Objection, form.
3  A.  Can you restate that, please.
4  (Record read.)
5  MR. WYLIE: Same objection.
6  A.  I don't know how to answer
7  that, I will be honest with you.
8  If you can word it a different
9  way, possibly.
10 Q.  What don't you understand about
11 the question?
12 MR. WYLIE: Objection.
13 A.  Do I have knowledge knowing
14 that these people had the obligation to
15 remove the money from that fund, is that
16 what you're asking me, sir?
17 Q.  What I am asking is do you
18 believe that any of the defendants had a
19 fiduciary duty to prevent the Xerox stock
20 fund from experiencing losses?
21 MR. WYLIE: Objection.
22 A.  I will say this; I believe they
23 have an obligation to the people to
24 stabilize the fund if they see such
25 massive losses and by that I mean

Patti, Thomas 07/02/2008                    Page 67

00068

1
2  reallocating the money to a different fund
3  to, like I said, stop the bleeding, stop
4  the losses.
5  Q.  Do you understand that no one
6  can trade in your 401 K plan besides you?
7  A.  That's correct.
8  Q.  What was your obligations?
9  MR. WYLIE: Objection, form.
10 A.  I am not sure of the question,
11 sir.
12 Q.  What were your obligations with
13 respect to your participation in the 401 K
14 plan?
15 A.  My obligations, I am an
16 investor, sir, I put money in, hopefully
17 it grows.
18 Q.  If your 401 K plan is
19 experiencing losses, do you have an
20 obligation to prevent that from happening?
21 A.  I don't have control over that.
22 I can reallocate my money to
23 other funds, absolutely.
24 Q.  So then there is something you
25 can do, correct?

Patti, Thomas 07/02/2008                    Page 68

00069

1
2  A.  Absolutely.
3  Q.  Do you take any responsibility
4  for the losses that you allegedly
5  experienced in your 401 K plan?
6  A.  I would say I do to an extent
7  of my stupidity for not getting out
8  sooner.
9  Q.  When do you think you should
10 have gotten out?
11 A.  It is hard to say.
12 Q.  You thought about this case,
13 correct?
14 A.  Absolutely.
15 Q.  I'm sure you have gone back in
16 your mind about the events and allegations
17 of the complaint, correct?
18 A.  Correct.
19 Q.  So you have never thought about
20 when you should have gotten out?
21 A.  I would say it was after the
22 admission by Xerox and the manipulation of
23 the books done in Mexico that I had
24 decided I believe to divert funds.
25 Q.  Explain what you mean by that.

Patti, Thomas 07/02/2008                    Page 69

00070

1
2  A.  Took money out and reallocated
3  it.
4  Q.  You took money out of the Xerox
5  stock fund?
6  A.  And allocated it to other
7  funds.
8  Q.  Did you take your money out of
9  the Xerox stock fund the first time you
10 heard about this alleged wrongdoing that
11 you just mentioned?
12 A.  I can't recall, sir.
13 Q.  Who is Patricia Nazemetz?
14 A.  I am not sure, sir; there are
15 so many people named in the complaint.
16 Q.  Is it fair to say you have no
17 idea who Patricia Nazemetz is or why she
18 is named as a defendant in this case?
19 A.  I believe she had fiduciary
20 duties.
21 Q.  What fiduciary duties were
22 those?
23 A.  Again, to make sure that the
24 fund is performing in a positive manner
25 and if there was knowledge of any

Patti, Thomas 07/02/2008                    Page 70

00098

2 after the judgment as far as Mexico, I
3 would say he had a great play in this
4 role.
5 Q.  What knowledge is that?
6 A.  That, again, the books were
7 manipulated and I believe he was in charge
8 of the subsidiary.
9 Q.  He was in charge of what
10 subsidiary?
11 A.  Mexico.
12 Q.  How did you come to believe
13 that?
14 A.  Through common knowledge at
15 Xerox.
16 Q.  Speaking to people?
17 A.  Just statements, fact books
18 they put out every year telling you whose
19 who and what they do.
20 Q.  Do you believe Mr. Romeril had
21 a fiduciary duty to the plan?
22 A.  Absolutely.
23 Q.  What was that duty?
24 A.  To stop the bleeding, the
25 losses.

Patti, Thomas 07/02/2008                                Page 98

00099

2 Q.  What do you mean when you say
3 stop the bleeding?
4 A.  When you see your money go from
5 $100 to $80 to $50 to $30, I think it is
6 time to pull that money out so you don't
7 go down to zero dollars.
8 Q.  But didn't you have the ability
9 to pull your money out?
10 A.  I did, just like everybody
11 else.
12 Q.  So did you have any
13 responsibility for whether or not you
14 suffered losses?
15 A.  To a certain extent I would say
16 yes, because it was my own stupidity for
17 not seeing the writing on the wall.
18 Q.  If you saw your account go down
19 from 100 to 80, would that be writing on
20 the wall?
21 A.  Yes, but then when you're told
22 that things are okay and the ship is going
23 to right itself and we're going to stay on
24 course and things are going to get rosy,
25 you tend to believe people who are in

Patti, Thomas 07/02/2008                                Page 99

00100

2 charge, that's why we put faith in these
3 people to be our leaders.
4 Q.  You said at several different
5 points in the past few minutes about how
6 these people had responsibility to stop
7 the bleeding.
8     What do you think they should
9 have done?
10 A.  Pulled the money out, put it in
11 a safe account.
12 Q.  You think they should have
13 taken your money out of the Xerox stock
14 fund and put it somewhere else?
15 A.  I think they should have took
16 out the plan's money and put it someplace
17 else.
18 Q.  So you believe these defendants
19 should have taken your money out of the
20 Xerox stock fund --
21     MR. WYLIE: Objection to form.
22 A.  Not my money, everyone's money,
23 sir.
24 Q.  What should they have done with
25 it?

Patti, Thomas 07/02/2008                                Page 100

00101

2 A.  Put it in a safer account.
3     See, the knowledge they had
4 caused all this misery because they had
5 knowledge of wrongdoing which led to our
6 demise.
7     So if they knew that and they
8 had insight on that, they should have came
9 to the people and said, look, this fund is
10 no longer available, we're switching it
11 over to a stable fund, and again, it is no
12 guarantee of positive or negative results,
13 but it would have been way better than
14 what we were dealing with.
15 Q.  Do you think people might have
16 sued them if they had taken their money
17 out of the Xerox stock fund and put it in
18 other accounts?
19     MR. WYLIE: Objection.
20 A.  I can't speculate on that, sir.
21 Q.  You said demise, what do you
22 mean by demise?
23 A.  The fall, the debacle, the
24 bleeding, like I stated earlier; these
25 people painted a picture of perfect health

Patti, Thomas 07/02/2008                                Page 101

00191

1
2  A.  According to this, that's
3  correct.
4  Q.  To the extent those documents
5  were painting any kind of picture, it
6  didn't really matter, right?
7  A.  No.
8     MR. WYLIE: Objection to form.
9  A.  That's not true.
10  Q.  Well, if you believe that those
11 documents painted a rosy picture and you
12 didn't invest in the Xerox stock fund,
13 what does that say to you?
14    MR. WYLIE: Objection, form.
15  A.  Fool for me obviously.
16  Q.  What?
17  A.  I was the fool.
18  Q.  But you were not relying on
19 what the company was telling you, were
20 you?
21    MR. WYLIE: Objection, form.
22  A.  Absolutely.
23  Q.  In what way?
24  A.  Just because I didn't invest my
25 money doesn't mean that I didn't rely on

00192

1
2 what they were saying.
3  Q.  Well, you didn't rely on what
4 they were saying in making your plan
5 investment decisions, is that right?
6  A.  According to this sheet, no,
7 sir.
8  Q.  Do you have any reason to
9 believe the sheet is inaccurate?
10  A.  No.
11  Q.  How would you describe your
12 performance, the performance of your
13 holdings in the Xerox stock fund during
14 the one-year period between February '97
15 and March '98?
16  A.  According to this sheet,
17 decent.
18  Q.  On $4,700 you earned 3,000,
19 right?
20  A.  Yes.
21  Q.  Earlier we saw in the
22 investment fund annual report that the
23 company suggested that sometimes when
24 things are going well, it is a good time
25 to rebalance and reallocate your

00193

1
2 portfolio, right?
3  A.  That's correct.
4  Q.  When you saw this annual
5 report, did you think about reallocating
6 your portfolio?
7  A.  I may have, I can't speculate.
8  Q.  You don't remember whether you
9 did or not?
10  A.  I cannot recall.
11  Q.  You testified that from time to
12 time you would reevaluate your portfolio,
13 though, right?
14  A.  That's correct.
15  Q.  And you didn't do that here?
16  A.  I can't recall, sir.
17  Q.  Let's go back to Defendants'
18 Exhibit 9.
19    (Witness complying.)
20  Q.  Page XC 016404, as of December
21 31, 1998, statement.
22    MR. WYLIE: That's the first
23 page.
24    MR. MARGULIES: XC 016416, I'm
25 sorry.

00194

1
2  Q.  I will try again; XC 016408,
3 which is the June 30, 1998, statement.
4    (Witness perusing document.)
5  Q.  This is your statement for the
6 period of April 1, 1998, through June 30,
7 1998, correct?
8  A.  Correct.
9  Q.  Investment elections it shows
10 100 percent of your future elections to
11 the income fund, correct?
12  A.  Correct.
13  Q.  Same as the last statement we
14 looked at?
15  A.  Correct.
16  Q.  Did you consider changing your
17 future elections at any time during this
18 quarter?
19  A.  I can't recall.
20  Q.  It shows during this quarter,
21 on June 10, 1998, you borrowed another
22 $2,345 from your 401 K plan, do you see
23 that on your loan summary?
24  A.  Yes.
25  Q.  Do you remember why you took

00204

```
 1
 2  was marked for identification, as of this   02:
 3  date.)                                      02:
 4        (Defendants' Exhibit 15,              02:
 5  investment fund annual report for 2000,     02:
 6  was marked for identification, as of this   02:
 7  date.)                                      02:
 8        (Defendants' Exhibit 16,              02:
 9  investment fund annual report for 2001,     02:
10  was marked for identification, as of this   02:
11  date.)                                      02:
12  Q.   We have gone through a couple          02:
13  of these already.                           02:
14        Do you recognize these                02:
15  documents?                                  02:
16  A.   I do.                                  02:
17  Q.   You received these every year,         02:
18  right?                                      02:
19  A.   Yes, sir.                              02:
20  Q.   When you receive them, did you         02:
21  read them?                                  02:
22  A.   I believe I went through them;         02:
23  I can't say I read them front to back.      02:
24        I retained much of the                02:
25  information over a long period of time.     02:
```

Patti, Thomas 07/02/2008                              Page 204

00205

```
 1
 2  Q.   What would you do with them            02:
 3  after you received them?                    02:
 4  A.   File them.                             02:
 5  Q.   As we have seen in the                 02:
 6  investment fund annual reports for '96 and  02:
 7  '97, there is some reoccurring language     02:
 8  that appears in these investment fund       02:
 9  annual reports.                             02:
10        Starting with the 1998 report,        02:
11  page TP 349, you see the same word about    02:
12  risk that we have seen in the other annual  02:
13  reports, correct?                           02:
14  A.   Yes, sir.                              02:
15  Q.   The special risks that are             02:
16  associated with investing in Xerox stock    02:
17  fund, right?                                02:
18  A.   Yes, sir.                              02:
19  Q.   On the following page, 350,            02:
20  again you see disadvantages, no             02:
21  diversification, correct?                   02:
22        (Witness perusing document.)          02:
23  A.   Yes, sir.                              02:
24  Q.   On the page after that, page           02:
25  351, same warning that we have seen         02:
```

Patti, Thomas 07/02/2008                              Page 205

00206

```
 1
 2  before, the stock is not actively managed,  02:
 3  right?                                      02:
 4  A.   Yes, sir.                              02:
 5  Q.   And its investments are made           02:
 6  without regard to stock price or            02:
 7  investment outlook, correct?                02:
 8  A.   Yes, sir.                              02:
 9  Q.   And then we see on the chart           02:
10  like the other charts we have seen before   02:
11  on the same page where there is a table     02:
12  and at the top of the table is Xerox stock  02:
13  fund and under the expected risk, the       02:
14  highest risk, highest return, and Xerox     02:
15  stock fund is at the top, correct?          02:
16  A.   Sure.                                  02:
17  Q.   These warnings were made in            02:
18  '96, '97, '98, and throughout the class     02:
19  period; if you want to look at the '99      02:
20  annual --                                   02:
21        MR. WYLIE: Is that a question         02:
22  or is that a statement; I don't think you   02:
23  asked him a question.                       02:
24        MR. MARGULIES: We will get to         02:
25  it.                                         02:
```

Patti, Thomas 07/02/2008                              Page 206

00207

```
 1
 2  Q.   Let's go to 1999 investment            02:
 3  fund annual report and we can look at the   02:
 4  same warnings.                              02:
 5        (Witness perusing document.)          02:
 6  Q.   Again, if you turn to page TP          02:
 7  388, in the 1999 investment fund annual     02:
 8  report, again you see the same warnings,    02:
 9  on page TP 388, correct?                    02:
10  A.   Yes.                                   02:
11  Q.   Funds only holding Xerox               02:
12  stocks, special risks.                      02:
13        Did you read this when you            02:
14  received this?                              02:
15  A.   I can't recall, sir.                   02:
16  Q.   Is there any reason to believe         02:
17  that you didn't?                            02:
18  A.   I can't recall.                        02:
19  Q.   Same warning about how the fund        02:
20  invests only in Xerox stock and is not      02:
21  actively managed, correct, page 389?        02:
22  A.   I agree with what you said.            02:
23  Q.   If you look on page 389 you            02:
24  have the same arrow with Xerox stock fund   02:
25  at the top and income fund at the bottom.   02:
```

Patti, Thomas 07/02/2008                              Page 207

00247
1
2  back in, hopefully to recoup and be in the
3  right investment fund, and then decided
4  that it wasn't the right fund to be in,
5  that indeed we weren't as rosy as it was
6  being painted to be.
7  Q.  But the only people who were
8  saying that it wasn't as rosy as it was
9  being painted to be, according to your
10 testimony earlier, were I think you called
11 them the common folk on the floor,
12 correct?
13 A.  Yes, in one respect that's
14 true.
15     You're not going to have people
16 touting the company, things are great, and
17 then turn around and say, oh, we were
18 lying and it is not great, so you're not
19 going to hear that from people in charge.
20 Q.  Were things not great in the
21 third quarter of 1999?
22     MR. WYLIE: Objection to form.
23 A.  I can't recall, sir, I would
24 have to look at statements to verify that.
25 Q.  But you don't recall reading

Patti, Thomas 07/02/2008                          Page 247

00248
1
2  anything about the company or Xerox stock
3  during the third quarter of 1999?
4  A.  Dates and years are very vague
5  in my memory.
6      It has been so long, you're
7  talking nine years ago, it is hard.
8  Q.  The changes that you made in
9  your plan in the third and fourth quarter
10 of 1999, you really can't say why you made
11 those changes, is that right?
12     MR. WYLIE: Objection.
13 A.  Not specific.
14 Q.  Is that no?
15 A.  Not specifically.
16 Q.  But you are saying what the
17 company told you was different than what
18 you and your friends believed on the
19 floor, right?
20 A.  In one respect, yes, you wanted
21 to believe them.
22 Q.  What in particular made you
23 think things weren't as rosy as they were
24 being painted to be?
25 A.  The loss in the fund.

Patti, Thomas 07/02/2008                          Page 248

00249
1
2  Q.  But you had losses in your
3  other funds, too, right?
4  A.  Sure.
5  Q.  Small company stock fund didn't
6  do so great?
7  A.  Again, I am going to say this;
8  if somebody tells you things are going
9  well and you're making money and you find
10 out you're losing money, how much trust
11 are you going to have in these people.
12     MR. MARGULIES: Can you read
13 that back.
14     (Record read.)
15 Q.  So without trusting the
16 company, it must have made it hard to
17 believe anything they said to you?
18 A.  After a while, absolutely,
19 absolutely, you couldn't tell the truth
20 from the lies because they lied so well.
21 Q.  Was that the case during the
22 last half of 1999?
23 A.  I can't recall.
24 Q.  But you're suggesting it was?
25 A.  I believe it was one of the

Patti, Thomas 07/02/2008                          Page 249

00250
1
2  reasons why I got out completely.
3  Q.  What lies are you talking
4  about?
5  A.  That we're doing well
6  financially, everything is on track,
7  things are looking great, never a mention
8  of any problems, accounting woes.
9  Q.  Where did you hear these things
10 or read them?
11 A.  Particularly which statements,
12 sir?
13 Q.  The statements you were just
14 mentioning, about how things were going
15 great.
16 A.  We would hear them like, as I
17 said, the town meetings, where they would
18 have conferences or what they call town
19 meetings, I believe they are termed as.
20 Q.  Let's go back to your account
21 statement for the fourth quarter of 1999
22 real quick and I want to look at pages XC
23 16433 to 16434.
24     This shows, like we talked
25 about earlier, that you had transferred

Patti, Thomas 07/02/2008                          Page 250

### Page 262

```
 2  Q.   What was that based on?
 3  A.   My own knowledge.
 4  Q.   Of what?
 5  A.   Just a deduction I came up
 6       with, just my own thoughts.
 7  Q.   Earlier we talked about putting
 8       all your eggs in one basket, you mentioned
 9       how you mother told you never to place all
10       your eggs in one basket.
11       But here you're really placing
12       all of your eggs in the riskiest basket,
13       aren't you?
14  A.   Yes.
15  Q.   We talked about the importance
16       of diversification and coming up with a
17       plan of allocation that you could feel
18       comfortable with and stick with over the
19       long run, but you didn't do that here, did
20       you?
21  A.   No, I did not.
22  Q.   Did you talk to anyone in the
23       company before making this huge transfer
24       into the Xerox stock fund?
25  A.   Not that I recall.
```

Patti, Thomas 07/02/2008                     Page 262

### Page 263

```
 2  Q.   Did you read anything that the
 3       company provided to you that caused you to
 4       make this transfer to the Xerox stock
 5       fund?
 6  A.   I can't recall.
 7  Q.   Did any of the defendants say
 8       anything to you to make you transfer your
 9       money into the Xerox stock fund this way?
10  A.   I can't recall.
11  Q.   But we did see that the company
12       repeatedly talked about the risks of not
13       diversifying, the risks of investing in
14       the Xerox stock fund, the fact the Xerox
15       stock fund was not actively managed,
16       correct?
17  A.   Correct.
18  Q.   Did you think your portfolio
19       was was properly diversified on March 31,
20       2000?
21  A.   Diversified, no, sir.
22  Q.   Do you have any recollection of
23       why you transferred all of your holdings
24       out of the U.S. stock fund?
25  A.   No recollection.
```

Patti, Thomas 07/02/2008                     Page 263

### Page 264

```
 2  Q.   Do you have any recollection
 3       why you transferred your holdings out of
 4       the small company stock fund?
 5  A.   No, I do not.
 6  Q.   Do you remember why you
 7       transferred $10,700 out of the income
 8       fund?
 9  A.   Like I said, I believe it was
10       to try to recap.
11  Q.   We had just seen that you had
12       received an investment funds annual report
13       for 1999 that showed a negative 60.2 loss.
14  A.   Right.
15  Q.   That was, assuming you read it,
16       the most recent thing you had read about
17       the Xerox stock fund before making these
18       changes.
19  A.   Yes.
20       MR. WYLIE: Tom, he has to ask
21       a question first before you respond, okay?
22       THE WITNESS: Yes.
23  Q.   So what about the negative 60.2
24       investment results in the Xerox stock fund
25       made you want to take everything you had
```

Patti, Thomas 07/02/2008                     Page 264

### Page 265

```
 2       in your 401 K plan and invest it in the
 3       Xerox stock plan?
 4       MR. WYLIE: Objection.
 5  A.   I thought it had hit its
 6       bottom.
 7  Q.   So you thought you were getting
 8       a good bargain?
 9  A.   I wouldn't say that.
10  Q.   You thought you were buying at
11       a low price?
12  A.   I wouldn't say that either; I
13       just thought it was sooner or later going
14       to rise again.
15  Q.   You said you thought it hit
16       bottom, what does that mean?
17  A.   I didn't think it was going to
18       sustain any more losses.
19  Q.   You thought it was going to go
20       up?
21  A.   I thought along that line, yes.
22  Q.   Earlier you said that Xerox, we
23       were talking about the different
24       defendants and their fiduciary duties, and
25       you said defendants should have moved all
```

Patti, Thomas 07/02/2008                     Page 265

## Page 272

```
00272
 1
 2  an auditorium?
 3  A.  I can't recall.
 4  Q.  Did you ever -- here it says
 5  the statement was issued to employees by
 6  Today at Xerox; do you know what Today at
 7  Xerox is?
 8  A.  I believe it is a paper
 9  statement.
10  Q.  Did you used to read Today at
11  Xerox?
12  A.  I did.
13  Q.  You had access to Today at
14  Xerox?
15  A.  Everybody had, I believe, sir.
16  Q.  All employees did?
17  A.  I believe all Xerox employees
18  were either mailed it or given it at work.
19  Q.  Not just plan participants,
20  correct?
21  A.  Sorry?
22  Q.  Not only plan participants, but
23  everybody?
24  A.  Everybody, I believe.
25  Q.  Sitting here today, do you have
```

Patti, Thomas 07/02/2008    Page 272

## Page 273

```
00273
 1
 2  any recollection whether or not on October
 3  21, 1999, you heard defendant Thoman make
 4  these statements?
 5  A.  I can't say the date, sir.
 6  Q.  Earlier we talked about how in
 7  the fourth quarter of 1999 you actually
 8  transferred all of your money out of the
 9  Xerox stock fund, right?
10  A.  Correct.
11  Q.  Would you be surprised to learn
12  that you actually made that transfer out
13  of the Xerox stock fund on October 21,
14  1999?
15      MR. WYLIE:  Objection.
16  A.  I can't recall.
17  Q.  On the day that defendant
18  Thoman said that he thought Xerox stock
19  was a good thing to buy, that he thought
20  if you believe in the company you should
21  buy the stock, if all these allegations
22  were true, does it make sense on that very
23  same day you actually sold all of the
24  Xerox stock that you had?
25      MR. WYLIE:  Objection.
```

Patti, Thomas 07/02/2008    Page 273

## Page 274

```
00274
 1
 2  A.  It is not what they said, sir,
 3  it is what they didn't say.
 4  Q.  If in fact you had heard him
 5  say this on October 21, 1999, it didn't
 6  necessarily affect your decision to invest
 7  or not invest in Xerox stock, right?
 8  A.  I can't recall.
 9  Q.  Well, if he said that you
10  should buy it and you did the opposite and
11  sold everything, what does that mean to
12  you?
13      MR. WYLIE:  Objection.
14  A.  Neither -- I make my own
15  decisions.
16  Q.  Let's go back to Exhibit 9, XC
17  16440.
18      (Witness complying.)
19  Q.  This is your statement for the
20  period of the second quarter of 2000,
21  correct?
22  A.  What was the page number again,
23  sir?
24  Q.  XC 016440.
25  A.  June 30, 2000?
```

Patti, Thomas 07/02/2008    Page 274

## Page 275

```
00275
 1
 2  Q.  Correct.
 3  A.  Yes.
 4  Q.  So this would be your statement
 5  for the period of April 1 through June 30,
 6  2000?
 7  A.  Correct.
 8  Q.  Here under contribution rates
 9  you have 5 percent and so far of all the
10  documents we have seen this is the first
11  time you have made contributions to your
12  401 K plan, correct?
13  A.  Yes.
14  Q.  Actually, scratch that; if you
15  go back to the previous statement, as of
16  March 31, 2000, 16436, you actually first
17  started making contributions to your 401 K
18  plan at least during the class period
19  during this first quarter of 2000, isn't
20  that right?
21  A.  Yes, I would have to go through
22  all these, but that's the way it appears.
23  Q.  Let's go back to the June 30
24  statement, 164400, and turn to the second
25  page of this particular statement, it
```

Patti, Thomas 07/02/2008    Page 275

## Page 280

```
00280
 1
 2   Q.  Do you remember receiving any
 3   oral or written communications from any of
 4   the defendants that mentioned the Xerox
 5   stock fund during this quarter?
 6   A.  I can't recall.
 7   Q.  Turn to XC 16444, third quarter
 8   of 2000, and if you just look through the
 9   first couple of pages here you continue to
10   have 5 percent of your payroll
11   contributions and your loan repayments
12   contributed to your 401 K plan and a
13   hundred percent of your future elections
14   were made out to the Xerox stock fund,
15   right?
16   A.  Yes, sir.
17   Q.  During this period your
18   investment results in the Xerox stock fund
19   were negative $2,610, is that correct?
20   A.  Yes, sir.
21   Q.  This was the fifth consecutive
22   quarter that the Xerox stock fund had
23   negative investment results, is that
24   right?
25   A.  I guess.
```

Patti, Thomas 07/02/2008                Page 280

## Page 281

```
00281
 1
 2   Q.  You said earlier that you did
 3   follow the -- actually, I am not quite
 4   clear.
 5       At one point you said that you
 6   followed the price of Xerox stock now and
 7   then, is that correct?
 8   A.  Yes.
 9   Q.  Were you following the price of
10   Xerox stock during 2000?
11   A.  I can't recall.
12   Q.  When you made decisions to
13   transfer money in or transfer money out or
14   invest in or withdraw money from the Xerox
15   stock fund, did you do it based on the
16   price of Xerox stock?
17   A.  I can't recall.
18   Q.  Do you recall what you did do
19   it based on?
20   A.  I can't recall that, sir.
21   Q.  Why did you continue to have a
22   hundred percent of your contributions
23   directed to the Xerox stock fund after
24   having negative investment results for
25   five consecutive quarters?
```

Patti, Thomas 07/02/2008                Page 281

## Page 282

```
00282
 1
 2   A.  I believe I stated that
 3   earlier, that I thought I could recoup and
 4   possibly the damage was over.
 5   Q.  Did you hear anything or read
 6   anything that caused you to continue
 7   making investments in the Xerox stock
 8   fund?
 9   A.  I can't recall.
10   Q.  You can't say for sure sitting
11   here today what your reasons were for
12   investing in the Xerox stock fund, is that
13   right?
14   A.  Not going back to those dates,
15   no, sir.
16   Q.  Do you recall at the time what
17   you thought had caused the poor investment
18   results?
19   A.  I can't recall for sure.
20   Q.  Did you read any of the
21   business magazines or newspapers?
22   A.  I can't recall, sir.
23   Q.  Did you read anything given to
24   you by the company?
25   A.  I can't recall.
```

Patti, Thomas 07/02/2008                Page 282

## Page 283

```
00283
 1
 2   Q.  Page XC 16452 -- before we get
 3   to that.
 4       Exhibit 15 is the 2000
 5   investment annual reports that we looked
 6   at before and we talked about how you
 7   would have received this probably in early
 8   2001, correct?
 9   A.  I'm sorry, which?
10   Q.  The 2000 investment fund annual
11   report, Exhibit 15.
12   A.  Thank you.
13       (Witness perusing document.)
14   Q.  You would have received this in
15   early 2001, correct?
16   A.  I believe that would be
17   correct.
18   Q.  I would like you to turn to
19   page XC 974, which shows your 2000 fund
20   results at a glance.
21       I will represent to you that
22   during 2000 you were invested in the U.S.
23   stock fund, small company stock fund and
24   Xerox stock fund, does that sound right?
25   A.  I believe so.
```

Patti, Thomas 07/02/2008                Page 283

```
00302
 1
 2  Q.  I handed you four different          05:
 3  types of SEC filings, correct?           05:
 4  A.  Yes, sir.                            05:
 5  Q.  Form S-8, 10-Ks 10-Q and 8-K.        05:
 6  A.  Yes, sir.                            05:
 7  Q.  Is it your testimony that you        05:
 8  reviewed all those different types of    05:
 9  filings during the class period?         05:
10  A.  No, sir.                             05:
11  Q.  Which of those filings did you       05:
12  review?                                  05:
13  A.  I can't recall.                      05:
14  Q.  Do you recall when you reviewed      05:
15  them?                                    05:
16  A.  No, sir.                             05:
17  Q.  How did you review them?             05:
18  A.  On-line.                             05:
19  Q.  Do you recall what any specific      05:
20  filing said?                             05:
21  A.  No, sir.                             05:
22  Q.  You can't recall which of those      05:
23  filings, whether it was a Form 10-K or   05:
24  10-K or 8-K?                             05:
25  A.  No, sir.                             05:
```

Patti, Thomas 07/02/2008                                    Page 302

```
00303
 1
 2  Q.  So you can't tell me today           05:
 3  whether or not you relied on any of those 05:
 4  SEC filings in deciding how to invest in  05:
 5  the Xerox stock fund, is that correct?    05:
 6      MR. WYLIE:  Objection to form.        05:
 7  A.  I don't recall, sir.                  05:
 8  Q.  So you don't recall one way or        05:
 9  the other whether you relied on one or all 05:
10  of them or none of them, is that correct? 05:
11      MR. WYLIE:  Objection to form.        05:
12  A.  I don't recall, sir.                  05:
13  Q.  Do you remember at any point          05:
14  reading an SEC filing and then making an  05:
15  investment in the Xerox stock fund because 05:
16  of what you read?                         05:
17  A.  I don't recall.                       05:
18  Q.  If any of the SEC filings had         05:
19  disclosed the wrongdoing that you allege  05:
20  in the complaint, would you have done     05:
21  anything differently with respect to your 05:
22  investments in the Xerox stock fund?      05:
23      MR. WYLIE:  Speculation.              05:
24  Q.  Speculate.                            05:
25      MR. WYLIE:  Objection.                05:
```

Patti, Thomas 07/02/2008                                    Page 303

```
00304
 1
 2  A.  I can't speculate on the past        05:
 3  sir, going back that many years, to know 05:
 4  what my mind frame was.                  05:
 5  Q.  So you can't say -- your             05:
 6  complaint alleges that certain things    05:
 7  should have been disclosed to you.       05:
 8      The question is what would you       05:
 9  have done if they had been disclosed in  05:
10  these statements?                        05:
11  A.  Had I read them thoroughly and       05:
12  they were disclosed, things probably would 05:
13  have been different.                     05:
14  Q.  How?                                 05:
15  A.  I would have probably invested       05:
16  in a different -- I would have invested  05:
17  differently.                             05:
18  Q.  That assumes that you would          05:
19  have read them, right?                   05:
20  A.  That's correct.                      05:
21  Q.  And you're not sure whether you      05:
22  did or not, right?                       05:
23  A.  I can't recall.                      05:
24  Q.  Can you say how you would have       05:
25  invested differently?                    05:
```

Patti, Thomas 07/02/2008                                    Page 304

```
00305
 1
 2      MR. WYLIE:  Calls for                05:
 3  speculation.                             05:
 4  A.  Again, I can't answer something      05:
 5  that happened in the past, to go back and 05:
 6  think how I was thinking back then.      05:
 7  Q.  These are your allegations,          05:
 8  right, that you make in the complaint,   05:
 9  that things should have been disclosed to 05:
10  you?                                     05:
11  A.  Absolutely.                          05:
12  Q.  And so I am asking you, if they      05:
13  had been disclosed, what would you have  05:
14  done differently?                        05:
15  A.  I may have invested                  05:
16  differently, I may have done something   05:
17  different with my accounts, I may have -- 05:
18  it is hard to speculate what I would have 05:
19  done.                                    05:
20  Q.  But you can't say what you           05:
21  would have done for sure, right?         05:
22  A.  Not at this point thinking back      05:
23  then, no.                                05:
24  Q.  The complaint makes various          05:
25  allegations about the company's internal 05:
```

Patti, Thomas 07/02/2008                                    Page 305

00343

1
2  Q.  Would you agree with me in the   06:
3  annual reports that we have looked at   06:
4  today, Ms. Drucker always advised that   06:
5  participants should have a diversified   06:
6  portfolio?   06:
7  A.  I would agree with that.   06:
8  Q.  In those same reports, sir,   06:
9  that we have looked at today, Ms. Drucker   06:
10 also always stated that participants   06:
11 should have a long-term goal and strategy?   06:
12 A.  That's correct.   06:
13 Q.  You stated earlier at one   06:
14 point, when Mr. Margulies was examining   06:
15 you, sir, at times you put more money into   06:
16 the Xerox stock because you wanted to   06:
17 recoup your losses, is that right?   06:
18 A.  That's correct.   06:
19 Q.  Are you a gambling man?   06:
20 A.  No, I am not, sir.   06:
21 Q.  What do you mean by recoup your   06:
22 losses?   06:
23 A.  Well, the stock -- the fund   06:
24 was at a certain amount of money, I lost   06:
25 money, I was hoping to regain some of the   06:

Patti, Thomas 07/02/2008    Page 343

00344

1
2  money I lost.   06:
3  Q.  You were sort of doubling down?   06:
4  MR. WYLIE:  Objection.   06:
5  A.  I don't know that term, sir.   06:
6  Q.  You have never heard that term?   06:
7  A.  I heard it, but I am not   06:
8  familiar with it.   06:
9  Q.  When you were saying that you   06:
10 were trying to recoup because it was down,   06:
11 you thought you would buy at a low price   06:
12 because you thought the stock would go up,   06:
13 correct?   06:
14 A.  No, I didn't say that either,   06:
15 sir.   06:
16 Q.  You bought because you   06:
17 thought -- you bought more of the Xeox   06:
18 stock because you thought the stock was   06:
19 going to go down, is that what you're   06:
20 telling me?   06:
21 A.  No, you said that I bought at a   06:
22 low price specifically; I wasn't looking   06:
23 at prices, I was looking to recoup money   06:
24 that I had lost.   06:
25 Q.  Sir, you would agree with me   06:

Patti, Thomas 07/02/2008    Page 344

00345

1
2  you weren't going to buy it and recoup any   06:
3  money if you thought it was going to go   06:
4  down, right?   06:
5  A.  That would be a true statement.   06:
6  Q.  You thought it was going to go   06:
7  up when you bought it, correct?   06:
8  A.  I thought my investment was   06:
9  going to pay off, sure.   06:
10 Q.  During your earlier testimony,   06:
11 sir, you stated several times, I'm not   06:
12 saying this in a way, this was I think   06:
13 your words, that you're not the smartest   06:
14 investor, is that right?   06:
15 A.  That's correct.   06:
16 Q.  You had a chance, though, to   06:
17 get personal investment advice?   06:
18 A.  I think everybody does, sure.   06:
19 Q.  In fact you had that option   06:
20 through the 401 K Xerox plan, didn't you?   06:
21 A.  I wasn't aware of that, sir.   06:
22 Q.  Take a look at Patti Exhibit   06:
23 15, sir.   06:
24 (Witness perusing document.)   06:
25 Q.  Take a look at XC 000715, I   06:

Patti, Thomas 07/02/2008    Page 345

00346

1
2  think we looked at this page earlier,   06:
3  where it says "time to get back to the   06:
4  basics," it says "This is a good time to   06:
5  reexamine your basic asset allocation,"   06:
6  correct?   06:
7  A.  That's correct.   06:
8  Q.  And you have seen this, you   06:
9  received a copy of this document, correct?   06:
10 A.  That's correct.   06:
11 Q.  This is the 2000 annual report,   06:
12 right, that's what it says on the second   06:
13 page?   06:
14 A.  Yes, sir.   06:
15 Q.  You would have received this in   06:
16 early 2001?   06:
17 A.  I believe so.   06:
18 Q.  Again, one of the key basics   06:
19 she has in mind, diversify, rebalance,   06:
20 contribute, correct?   06:
21 A.  Correct.   06:
22 Q.  Then do you see about a third   06:
23 of the way down it says "personal   06:
24 investment advice to meet your goals"?   06:
25 A.  Yes, I do.   06:

Patti, Thomas 07/02/2008    Page 346