# Attachment 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Master File No. 02 CV-1138 (AWT)

----------------------------------x

IN RE XEROX CORPORATION ERISA LITIGATION

----------------------------------x

This Document Relates to:

    ALL ACTIONS
----------------------------------x
        July 23, 2008
        9:34 a.m.

   CONFIDENTIAL TRANSCRIPT


   Videotaped Deposition of CHERYL WRIGHT, taken by Defendants, pursuant to Notice, held at the offices of Jones Day LLP, 222 East 41st Street, New York, New York, before Todd DeSimone, a Registered Professional Reporter and Notary Public of the State of New York.

Page 153

WRIGHT - CONFIDENTIAL

2  account and profit sharing and that was          01:27:38PM
3  eliminated in the mid '90s I believe.            01:27:43PM
4       Q.   Would you please turn to page          01:27:53PM
5  XC1065.  I'm looking at the bottom section       01:27:57PM
6  that starts in bold print "Investing in          01:28:05PM
7  Accounts," and goes on to the next page.         01:28:09PM
8  Would you take a brief moment and look           01:28:15PM
9  over those two paragraphs.                       01:28:17PM
10           (Witness perusing document.)           01:28:31PM
11      Q.   Do you recall reading this part        01:28:31PM
12 of the handbook?                                 01:28:37PM
13           MS. STROUF:  Objection as to           01:28:39PM
14 form.  And objection to relevance.               01:28:40PM
15      A.   I have read it before, but I           01:28:45PM
16 don't remember exactly when.                     01:28:47PM
17      Q.   Did you read this handbook at          01:28:53PM
18 all during the class period?                     01:28:56PM
19           MS. STROUF:  Objection as to           01:28:58PM
20 relevance.                                       01:28:59PM
21      A.   I don't remember.                      01:28:59PM
22      Q.   Do you know if you read it             01:29:04PM
23 before the class period?                         01:29:05PM
24           MS. STROUF:  Objection as to           01:29:09PM
25 relevance.                                       01:29:10PM

Page 154

WRIGHT - CONFIDENTIAL

2       A.   I don't remember.                      01:29:10PM
3       Q.   Did you understand during the          01:29:16PM
4  class period that you had the ability to         01:29:18PM
5  invest your plan account in six different        01:29:20PM
6  investment alternatives?                         01:29:23PM
7       A.   I understood --                        01:29:26PM
8            MS. LELAND:  Could you clarify         01:29:29PM
9  which plan account you are referring to?         01:29:30PM
10      Q.   Your 401(k) plan.                      01:29:32PM
11      A.   I understood there were                01:29:34PM
12 different choices, but I didn't know -- I        01:29:36PM
13 couldn't say how many or what they were.         01:29:38PM
14      Q.   Could we agree that when I talk        01:29:41PM
15 about the plan or your plan account I'm          01:29:43PM
16 talking about your 401(k) plan?                  01:29:45PM
17      A.   Correct.                               01:29:47PM
18      Q.   So you understood that you had         01:29:51PM
19 the ability to invest your 401(k) plan           01:29:52PM
20 among six different investment                   01:29:56PM
21 alternatives, correct?                           01:29:58PM
22      A.   I knew there were different            01:30:01PM
23 choices.  I couldn't say I knew there were       01:30:03PM
24 six exactly.                                     01:30:06PM
25      Q.   But you knew that you had a            01:30:07PM

Page 155

WRIGHT - CONFIDENTIAL

2  choice to invest your money any way you          01:30:10PM
3  wanted to amongst those six different            01:30:13PM
4  funds, correct?                                  01:30:15PM
5       A.   Yes.                                   01:30:16PM
6       Q.   It was up to you, right?               01:30:16PM
7       A.   Yes.                                   01:30:18PM
8       Q.   What was your understanding            01:30:21PM
9  during the class period as to who managed        01:30:23PM
10 the investments you made in your 401(k)          01:30:25PM
11 plan?                                            01:30:28PM
12      A.   I don't think I actually knew          01:30:32PM
13 or questioned that.                              01:30:34PM
14      Q.   Did you think that you were            01:30:39PM
15 responsible for managing the investments         01:30:40PM
16 in your 401(k) plan?                             01:30:42PM
17           MS. STROUF:  Objection as to           01:30:44PM
18 form.  Go ahead.                                 01:30:45PM
19      A.   I was responsible for managing         01:30:48PM
20 my choices.                                      01:30:51PM
21      Q.   And also managing how much             01:30:54PM
22 money you put into your 401(k) plan,             01:30:56PM
23 right?                                           01:30:58PM
24      A.   Correct.                               01:30:59PM
25      Q.   And also managing how you would        01:30:59PM

Page 156

WRIGHT - CONFIDENTIAL

2  take loans out of your 401(k) plan, right?       01:31:02PM
3            MS. STROUF:  Objection as to           01:31:07PM
4  relevance.                                       01:31:07PM
5       A.   Correct.                               01:31:08PM
6       Q.   And managing how you would             01:31:08PM
7  repay loans to your 401(k) plans?                01:31:12PM
8            MS. STROUF:  Objection as to           01:31:12PM
9  relevance.                                       01:31:14PM
10      A.   What was the last part?                01:31:15PM
11      Q.   Managing how you would make            01:31:16PM
12 payments, loan repayments to your 401(k)         01:31:18PM
13 plan.                                            01:31:20PM
14      A.   Actually, it wasn't -- oh, as          01:31:21PM
15 far as choices, yes.                             01:31:23PM
16      Q.   And you could also make                01:31:24PM
17 transfers from one investment fund to            01:31:26PM
18 another, correct?                                01:31:26PM
19      A.   Yes.                                   01:31:28PM
20      Q.   If you wanted to get out of the        01:31:30PM
21 income fund and put money -- take that           01:31:32PM
22 money and put it in the Xerox stock fund,        01:31:35PM
23 you could do that, right?                        01:31:37PM
24           MS. STROUF:  Objection, form.          01:31:39PM
25      A.   Yes.  But as I said before, it         01:31:42PM

VERITEXT REPORTING COMPANY
212-267-6868         www.veritext.com         516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a

Page 178

```
 1        WRIGHT - CONFIDENTIAL
 2          MS. STROUF: Objection to form.    01:58:07PM
 3    Q.    I'm handing you a document that   01:58:29PM
 4  has previously been admitted as           01:58:32PM
 5  Defendants' Exhibit 8.  It is the 1996    01:58:33PM
 6  Investment Funds Annual Report.           01:58:36PM
 7          Earlier we were talking about     01:58:39PM
 8  annual reports and I showed you those two 01:58:42PM
 9  financial reports.  Is this the kind of   01:58:45PM
10  report you were talking about back then?  01:58:47PM
11    A.    I think so.  I don't remember     01:58:51PM
12  as much paperwork as that, getting        01:58:52PM
13  something like that, in such detail.      01:58:54PM
14    Q.    Do you recall receiving           01:58:57PM
15  documents like this?                      01:58:58PM
16    A.    Yes.                              01:59:00PM
17    Q.    Do you recall whether or not      01:59:02PM
18  you received the 1996 Investment Funds    01:59:03PM
19  Annual Report?                            01:59:07PM
20    A.    I don't recall.                   01:59:08PM
21    Q.    Earlier you talked about how      01:59:14PM
22  when you did receive these you would      01:59:16PM
23  usually skim them, correct?               01:59:18PM
24    A.    Yes.                              01:59:19PM
25    Q.    Would you have read this          01:59:20PM
```

Page 179

```
 1        WRIGHT - CONFIDENTIAL
 2  carefully?                                01:59:21PM
 3    A.    No.                               01:59:22PM
 4    Q.    And then what would you have      01:59:27PM
 5  done with it?                             01:59:29PM
 6    A.    Put it in my filing pile.         01:59:32PM
 7    Q.    The Xerox box, right?             01:59:34PM
 8    A.    Yes.                              01:59:36PM
 9    Q.    Did you ever make investment      01:59:49PM
10  decisions with respect to your 401(k) plan 01:59:53PM
11  based on anything that you read in these  01:59:56PM
12  investment funds annual reports that you  01:59:59PM
13  received during the class period?         02:00:00PM
14    A.    No.                               02:00:02PM
15    Q.    Would you please turn to page     02:00:12PM
16  TP188.  This is a chart of the range of   02:00:15PM
17  investment funds, correct?                02:00:25PM
18    A.    Yes, this is a chart of the       02:00:38PM
19  range of investment funds.                02:00:42PM
20    Q.    And based on this chart, what     02:00:47PM
21  is the riskiest investment option offered 02:00:49PM
22  to 401(k) plan participants?              02:00:54PM
23          MS. STROUF: Objection to form.    02:00:57PM
24    A.    The higher risk is the Xerox      02:01:13PM
25  Stock Fund.                               02:01:18PM
```

Page 180

```
 1        WRIGHT - CONFIDENTIAL
 2    Q.    Do you recall seeing charts       02:01:18PM
 3  like this during the class period?        02:01:22PM
 4    A.    I do not recall seeing charts     02:01:25PM
 5  like this.                                02:01:27PM
 6    Q.    And, correct me if I'm wrong,     02:01:32PM
 7  but earlier you said you did not believe  02:01:33PM
 8  that the Xerox Stock Fund was the riskiest 02:01:34PM
 9  of all the investments?                   02:01:37PM
10          MS. STROUF: Objection.            02:01:39PM
11    Q.    That's what you said, right?      02:01:39PM
12          MS. STROUF: I'm still             02:01:43PM
13  objecting.                                02:01:44PM
14    A.    Repeat that, please.              02:01:44PM
15          (The record was read.)            02:02:09PM
16    A.    Correct, I didn't believe that,   02:02:09PM
17  yes.                                      02:02:13PM
18    Q.    Because the stock was rising,     02:02:13PM
19  right?                                    02:02:20PM
20    A.    Yes.                              02:02:21PM
21    Q.    I'm handing you what has been     02:03:01PM
22  previously marked as -- oh, it has not    02:03:03PM
23  been previously marked.  I'm sorry.       02:03:07PM
24          MR. MARGULIES:  To be marked as   02:03:12PM
25  Defendants' Exhibit 32, a 1997 Investment 02:03:13PM
```

Page 181

```
 1        WRIGHT - CONFIDENTIAL
 2  Funds Annual Report, Bates stamped TP271  02:03:15PM
 3  through 307.                              02:03:26PM
 4          (Defendants' Exhibit 32 marked    02:03:41PM
 5  for identification.)                      02:03:43PM
 6    Q.    And then also what has been       02:03:43PM
 7  previously marked as Defendants' Exhibit  02:03:45PM
 8  13, which is the 1998 Investment Funds    02:03:46PM
 9  Annual Report.                            02:03:50PM
10          MR. PORTER:  Are we looking at    02:04:09PM
11  three reports or two right now?           02:04:10PM
12          MR. MARGULIES:  I think we have   02:04:12PM
13  '96, '97, '98.                            02:04:12PM
14    Q.    And here is the 1999 Investment   02:05:12PM
15  Funds Annual Report which has been        02:05:14PM
16  previously marked as Defendants' Exhibit  02:05:16PM
17  14.                                       02:05:17PM
18          So the point I'm trying to make   02:05:29PM
19  is that -- so let's turn to the 1997      02:05:32PM
20  Investment Funds Annual Report.  To your  02:05:54PM
21  knowledge, did you receive a copy of this 02:06:02PM
22  during the class period?                  02:06:05PM
23    A.    Which one is that?                02:06:06PM
24    Q.    The 1997 Annual -- Investment     02:06:08PM
25  Funds Annual Report, which has just been  02:06:11PM
```

46 (Pages 178 to 181)

Page 221

WRIGHT - CONFIDENTIAL

```
 2  don't believe you can change your          03:05:07PM
 3  investments by the amount.  It is only by  03:05:12PM
 4  the percentage.                            03:05:15PM
 5      Q.    Are you saying that if you had   03:05:15PM
 6  $100,000 in your plan, that you could      03:05:17PM
 7  instruct the company to take that $100,000 03:05:25PM
 8  and put it in different investment options 03:05:27PM
 9  based on a percentage?                     03:05:29PM
10      A.    Yes.  That's what I believe,     03:05:31PM
11  how it's done.  I don't think you can say  03:05:35PM
12  "I want this amount."                      03:05:37PM
13      Q.    I see.  So basically what you    03:05:41PM
14  are saying is that change that occurred in 03:05:44PM
15  the second quarter was based on an         03:05:45PM
16  instruction to have -- to reduce the       03:05:48PM
17  percentage of your allocation in the Xerox 03:05:52PM
18  Stock Fund?                                03:05:57PM
19          MS. LELAND:  Could you repeat      03:05:57PM
20  that.                                      03:05:59PM
21          (The record was read.)             03:06:20PM
22          MR. MARGULIES:  Let me try         03:06:20PM
23  again.  Because I think the end result is  03:06:21PM
24  the same.                                  03:06:30PM
25      Q.    What you are saying is that      03:06:33PM
```

VERITEXT REPORTING COMPANY
212-267-6868        www.veritext.com        516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a

Page 222

WRIGHT - CONFIDENTIAL

```
 2  these transfers in and out of the Xerox    03:06:34PM
 3  Stock Fund were based on you telling the   03:06:37PM
 4  company that you wanted different          03:06:40PM
 5  percentages of everything you had invested 03:06:42PM
 6  in different investment funds?             03:06:49PM
 7      A.    Yes, that's what I believe.      03:06:50PM
 8      Q.    But the effect is the same,      03:06:51PM
 9  right?  In other words, the first          03:06:53PM
10  instruction that you gave in the first     03:06:55PM
11  quarter of 1998 had the effect of putting  03:06:56PM
12  $18,000 from other funds into the Xerox    03:06:58PM
13  Stock Fund?                                03:07:01PM
14      A.    Yes.                             03:07:02PM
15      Q.    And the instruction that you     03:07:02PM
16  gave in the second quarter of 1998 had the 03:07:03PM
17  effect of putting $17,000 out of the Xerox 03:07:05PM
18  Stock Fund, right?                         03:07:09PM
19      A.    Yes.                             03:07:10PM
20      Q.    Earlier you mentioned the HR     03:07:25PM
21  policy about trying to play the market?    03:07:30PM
22      A.    Yes.                             03:07:32PM
23      Q.    Do you remember what that        03:07:33PM
24  policy stated?                             03:07:34PM
25      A.    Not exactly.  I actually might   03:07:38PM
```

VERITEXT REPORTING COMPANY
212-267-6868        www.veritext.com        516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a

Page 223

WRIGHT - CONFIDENTIAL

```
 2  have given it to my lawyers.               03:07:42PM
 3      Q.    And I think that -- I think we   03:07:48PM
 4  just saw it also in one of the investment  03:07:54PM
 5  fund annual reports that we just looked    03:07:57PM
 6  at.  Take a look at Defendants' Exhibit    03:08:13PM
 7  14, page TP389.                            03:08:39PM
 8      A.    I'm sorry, what page?            03:08:45PM
 9      Q.    TP389.                           03:08:46PM
10      A.    Okay.                            03:08:53PM
11      Q.    And if you look in this box in   03:08:56PM
12  the upper right-hand corner it says        03:08:58PM
13  "Short-term traders take notice," correct? 03:09:00PM
14      A.    Okay.  Actually the details      03:09:20PM
15  that are in there, I'm not sure if that    03:09:24PM
16  was in the HR policy that I read, the end  03:09:26PM
17  of it, "Sales should not be made within a  03:09:30PM
18  period of six months from the most recent  03:09:32PM
19  date of purchase."                         03:09:34PM
20      Q.    Do you recall a policy like      03:09:36PM
21  that during the class period?              03:09:38PM
22      A.    A policy about --                03:09:42PM
23      Q.    About sales should not be made   03:09:44PM
24  within six months from the date of         03:09:46PM
25  purchase.                                  03:09:48PM
```

VERITEXT REPORTING COMPANY
212-267-6868        www.veritext.com        516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a

Page 224

WRIGHT - CONFIDENTIAL

```
 2      A.    No.  It was more excessive       03:09:48PM
 3  trading, like day-to-day switching.  I     03:09:53PM
 4  interpreted it as meaning they don't want  03:09:58PM
 5  you switching around from day to day.  And 03:10:00PM
 6  I'm not sure why.  I think it had to do    03:10:02PM
 7  with the cost of moving things back and    03:10:04PM
 8  forth to the company.                      03:10:08PM
 9      Q.    But you will agree that the      03:10:14PM
10  investment fund annual reports pretty      03:10:16PM
11  clearly say that sales should not be made  03:10:19PM
12  within a period of six months from the     03:10:20PM
13  most recent date of purchase, correct?     03:10:25PM
14          MS. STROUF:  Objection as to       03:10:27PM
15  form.                                      03:10:28PM
16      A.    It says that there.  But I have  03:10:28PM
17  never seen that and have heard anybody     03:10:30PM
18  talk about that.                           03:10:32PM
19      Q.    So then if you had read that     03:10:38PM
20  and understood it, would it have affected  03:10:40PM
21  your decision to make this large transfer  03:10:43PM
22  in to the Xerox Stock Fund in the first    03:10:46PM
23  quarter of '98 and then large transfer     03:10:48PM
24  back out in the second quarter of '98?     03:10:51PM
25          MS. STROUF:  Objection as to       03:10:54PM
```

VERITEXT REPORTING COMPANY
212-267-6868        www.veritext.com        516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a

Page 238

WRIGHT - CONFIDENTIAL

```
 2  for the whole class period.  If you are      03:27:43PM
 3  not willing to stipulate --                   03:27:46PM
 4          MS. STROUF:  Do you want to           03:27:48PM
 5  just ask that question?                       03:27:49PM
 6          MS. LELAND:  I thought he             03:27:51PM
 7  already had.                                  03:27:52PM
 8          MS. STROUF:  If you want to ask       03:27:53PM
 9  it for the whole period and just ask it as    03:27:54PM
10  one collective question.                      03:27:56PM
11      Q.  So throughout the class period,       03:28:06PM
12  from May 1997 to June 28th, 2002, did you     03:28:10PM
13  ever at any time have any knowledge of the    03:28:16PM
14  investments that were being made in your      03:28:19PM
15  401(k) plan?                                  03:28:21PM
16          MS. STROUF:  Knowledge or             03:28:22PM
17  recollection?                                 03:28:23PM
18          MS. SISITSKY:  Let's start with       03:28:24PM
19  knowledge.                                    03:28:25PM
20          MS. STROUF:  I'm going to             03:28:30PM
21  object on the record to that.                 03:28:32PM
22          MR. HANNAFAN:  On what grounds?       03:28:37PM
23          MS. STROUF:  Form.                    03:28:39PM
24      A.  I've had knowledge, yes, of the       03:28:41PM
25  transactions when I get these sheets, but     03:28:44PM
```

Page 239

WRIGHT - CONFIDENTIAL

```
 2  I don't remember, some of these are over      03:28:46PM
 3  almost ten years ago.  So I don't remember    03:28:50PM
 4  individual transactions like this.            03:28:53PM
 5      Q.  Is it fair to say that from May       03:29:00PM
 6  1997 to June 28th, 2002 your husband made     03:29:03PM
 7  all of the decisions regarding your plan      03:29:08PM
 8  investments in the Xerox Stock Fund?          03:29:10PM
 9      A.  Yes.                                  03:29:14PM
10      Q.  And you have no idea what             03:29:44PM
11  motivated your husband to make those          03:29:46PM
12  investment decisions?                         03:29:48PM
13      A.  No.                                   03:29:59PM
14      Q.  No, you have no idea?                 03:30:02PM
15      A.  I know he watches the financial       03:30:04PM
16  channel on television, but I don't know if    03:30:08PM
17  he -- I don't know what made him decide to    03:30:10PM
18  make the changes that he did.                 03:30:13PM
19      Q.  Throughout the entire class           03:30:17PM
20  period?                                       03:30:21PM
21      A.  Throughout the entire class           03:30:22PM
22  period?                                       03:30:23PM
23      Q.  From May 17th, 1997 to June           03:30:24PM
24  28th, 2002.                                   03:30:28PM
25      A.  Are you asking me do I know why       03:30:29PM
```

Page 240

WRIGHT - CONFIDENTIAL

```
 2  he made the decisions?                        03:30:31PM
 3      Q.  Yes.                                  03:30:33PM
 4      A.  None that I can recall.               03:30:37PM
 5      Q.  I mean, we have looked at some        03:30:41PM
 6  of these statements and none of it seems      03:30:42PM
 7  to be ringing a bell, correct?                03:30:45PM
 8      A.  No.                                   03:30:46PM
 9          MR. MARGULIES:  Let's take five       03:30:57PM
10  minutes.                                      03:30:58PM
11          THE VIDEOGRAPHER:  We are off         03:30:59PM
12  the record.  The time is 3:31.                03:31:00PM
13          (Recess taken.)                       04:04:19PM
14          THE VIDEOGRAPHER:  We are back        04:04:26PM
15  on the record.  The time is 4:04.             04:04:26PM
16  BY MR. MARGULIES:                             04:04:31PM
17      Q.  During the break you reviewed         04:04:35PM
18  the account statements in Defendants'         04:04:37PM
19  Exhibit 34, correct?                          04:04:39PM
20      A.  Correct.                              04:04:40PM
21      Q.  To see if the information in          04:04:42PM
22  those statements refreshed your               04:04:44PM
23  recollection as to any particular             04:04:47PM
24  investment decisions that were made,          04:04:50PM
25  right?                                        04:04:51PM
```

Page 241

WRIGHT - CONFIDENTIAL

```
 2      A.  Correct.                              04:04:51PM
 3      Q.  Did reviewing those statements        04:04:53PM
 4  refresh your recollection as to any           04:04:56PM
 5  specific investment that you made in the      04:05:00PM
 6  Xerox Stock Fund?                             04:05:06PM
 7      A.  Not a specific investment, but        04:05:06PM
 8  I do want to make it clear that my husband    04:05:11PM
 9  never needed my permission to go in and       04:05:14PM
10  make changes.  So I was aware of changes      04:05:17PM
11  that he was making.                           04:05:18PM
12      Q.  Did reviewing the account             04:05:19PM
13  statements in Defendants' Exhibit 34          04:05:22PM
14  refresh your recollection as to any           04:05:24PM
15  transfer that you made in and out of the      04:05:26PM
16  Xerox Stock Fund?                             04:05:30PM
17      A.  Nothing that I can recall.            04:05:33PM
18  Looking at the time periods, it may have      04:05:36PM
19  been related to things I was hearing at my    04:05:38PM
20  workplace.                                    04:05:43PM
21      Q.  But you don't know?                   04:05:43PM
22      A.  I don't recall specific               04:05:45PM
23  examples.                                     04:05:49PM
24      Q.  And you can't tie any specific        04:05:49PM
25  transaction to anything you think you may     04:05:54PM
```

VERITEXT REPORTING COMPANY
212-267-6868   www.veritext.com   516-608-2400
73cd59c0-eb3e-4fe8-a79c-f66b2c25165a