# Attachment 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Master File No. 02 CV-1138 (AWT)

----------------------------------x

IN RE XEROX CORPORATION ERISA LITIGATION

----------------------------------

This Document Relates to:


ALL ACTIONS

----------------------------------x

August 5, 2008

9:27 a.m.


CONFIDENTIAL TRANSCRIPT


      Videotaped deposition of DAVID ALLIET, taken by Defendants, pursuant to Notice, held at the offices of Jones Day LLP, 222 East 41st Street, New York, New York, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

Page 63

ALLIET - CONFIDENTIAL

2   A.   That's correct, 1957.   10:24:24AM
3   Q.   And you graduated from   10:24:26AM
4  Rochester Institute of Technology in 1960?   10:24:28AM
5   A.   Also in 1967 I graduated with a   10:24:32AM
6  baccalaureate degree in chemistry cum   10:24:36AM
7  laude and I did graduate work at the   10:24:42AM
8  University of Rochester and I did not   10:24:44AM
9  receive a degree there, but I did graduate   10:24:45AM
10 work in chemical engineering.   10:24:48AM
11  Q.   And that was '76 to '77?   10:24:51AM
12  A.   That was 1976 to 1980,   10:24:53AM
13 probably.   10:24:59AM
14  Q.   Did you take any courses either   10:25:01AM
15 in college or graduate school that   10:25:04AM
16 pertained to economics?   10:25:06AM
17  A.   I think we all took economics   10:25:11AM
18 in undergraduate, so I did pass -- in   10:25:13AM
19 fact I did quite well, I think I got an A   10:25:16AM
20 in it.   10:25:18AM
21  Q.   I believe that.   10:25:19AM
22       What about finance, courses in   10:25:20AM
23 finance in graduate or undergraduate?   10:25:23AM
24  A.   Undergraduate, I believe I did   10:25:27AM
25 take a course on the stock market   10:25:30AM

Page 64

ALLIET - CONFIDENTIAL

2  somewhere along the line when I was at   10:25:34AM
3  RIT.   10:25:37AM
4       That's a long time ago, so I   10:25:37AM
5  don't remember the details.   10:25:39AM
6   Q.   Is there anything you remember   10:25:40AM
7  about the course on the stock market?   10:25:42AM
8   A.   Other than it goes up and down.   10:25:44AM
9   Q.   What goes up must come down.   10:25:46AM
10  A.   And there are a lot of things   10:25:48AM
11 that influence it.   10:25:49AM
12  Q.   What types of things influence   10:25:51AM
13 the stock market?   10:25:52AM
14  A.   Right now I think it is the oil   10:25:55AM
15 prices and the credit market for the   10:25:57AM
16 current problems.   10:26:01AM
17      Certainly corporation profits   10:26:02AM
18 affect it, the general state of the   10:26:08AM
19 economy, wars, disasters, Katrina affected   10:26:11AM
20 it, 9/11 certainly affected it.   10:26:21AM
21  Q.   9/11, that was 2001, right?   10:26:24AM
22  A.   2001.   10:26:27AM
23  Q.   What else besides 9/11 in 2001   10:26:35AM
24 affected the stock market during the class   10:26:38AM
25 period, '97 to about 2002?   10:26:40AM

Page 65

ALLIET - CONFIDENTIAL

2   A.   Well, we had a recession in   10:26:43AM
3  2000, 2001, that affected the stock   10:26:45AM
4  market.   10:26:48AM
5       I think that was a recessional   10:26:49AM
6  period, but it was different than now.   10:26:51AM
7   Q.   How did it affect the stock   10:26:53AM
8  market, the recession?   10:26:54AM
9   A.   The stock market went down 20   10:26:57AM
10 percent, it was a bear market, similar to   10:26:59AM
11 what we're seeing now but for different   10:27:06AM
12 reasons.   10:27:08AM
13  Q.   Anything else that could have   10:27:09AM
14 affected the market during the class   10:27:10AM
15 period of '97 to 2002?   10:27:12AM
16  A.   You're talking specifically the   10:27:19AM
17 stock market now?   10:27:20AM
18  Q.   Yes.   10:27:22AM
19  A.   Corporate profits I think were   10:27:23AM
20 hindered during that period to some   10:27:25AM
21 degree.   10:27:27AM
22  Q.   What is that due to the stock   10:27:27AM
23 market?   10:27:30AM
24  A.   Well, I think -- doesn't it --   10:27:30AM
25 maybe it doesn't affect the overall   10:27:34AM

Page 66

ALLIET - CONFIDENTIAL

2  market, but it affects particular   10:27:35AM
3  corporations.   10:27:37AM
4   Q.   Did it affect Xerox   10:27:38AM
5  Corporation?   10:27:40AM
6   A.   I think to some degree, but I   10:27:40AM
7  think the major thing that affected Xerox   10:27:42AM
8  during the 2000 period was the fraud.   10:27:45AM
9   Q.   What fraud would that be?   10:27:53AM
10  A.   This was the fraud in which   10:27:54AM
11 Xerox was misrepresenting its accounting   10:27:55AM
12 and its sales and profits during the   10:28:01AM
13 period of roughly 1997 to 2001.   10:28:03AM
14  Q.   What about competition?  Did   10:28:11AM
15 Xerox's competition affect the Xerox stock   10:28:13AM
16 fund, do you think, or Xerox common stock   10:28:16AM
17 during that time period?   10:28:18AM
18  A.   Well, if you look at the end of   10:28:19AM
19 1999, Xerox reported profits of -- $1.4   10:28:21AM
20 billion, sales of -- $2 a share earnings,   10:28:25AM
21 approximately $19 billion in sales at the   10:28:37AM
22 end of 1999.   10:28:40AM
23      The only thing that affected   10:28:45AM
24 the stock at that particular time that I   10:28:47AM
25 am aware of was some irregularities in the   10:28:49AM

Page 113

ALLIET - CONFIDENTIAL

us that the Mexican operation was an isolated case and that we didn't have to worry about things.

Q. So he told you about what was going on in Mexico, correct?

A. Right.

Q. So --

A. There were some irregularities in accounting going on in Mexico at the time, this was late '99, early 2000.

Q. In late '99, early 2000, Mr. Allaire on a videotape discussed and advised as to the issues going on in Mexico concerning the accounting irregularities.

A. Right, and how the corporation was doing.

Q. And how the corporation was doing.

A. Right.

Q. Did anything specific that you can remember that Mr. Allaire said cause you to make a decision to invest in the Xerox stock fund?

---

Page 114

ALLIET - CONFIDENTIAL

A. Other than we all felt good about the company.

Q. Were there other reasons you felt good about the company besides what Mr. Allaire was saying?

A. I knew the products we were developing at that particular time and they were going to really make an impact on the market in the future.

Q. So you believed in the products that Xerox was developing at the time?

A. Outstanding products and they are the reasons Xerox is doing so well right now, because of those products.

Q. You believed that those products were going to increase Xerox's revenue?

A. That's correct.

Q. That Xerox was going to do well when those --

A. Long range, right.

Q. So you had a view that Xerox was going to do well long range; when did that view start?

---

Page 115

ALLIET - CONFIDENTIAL

A. The whole time from the 9/14 on.

Q. Until you retired, you believed Xerox was going to do well?

A. Right, great company, that's why I stayed there so long.

Q. Notwithstanding the restatement, did you still believe Xerox had great products and could do well in the long-term?

A. Say that again.

Q. Notwithstanding the restatement of the earnings, that didn't affect your belief in Xerox's products and that long-term Xerox could bounce back and do well?

A. Well, as I stated earlier, I believed that the corporation should have been fair in the beginning and taken its fiduciary responsibilities and removed the Xerox stock fund from the plan, I think they totally should have removed it.

Q. That wasn't my question. I was asking about your belief

---

Page 116

ALLIET - CONFIDENTIAL

in the products that Xerox was developing.

A. I believed in the products for the future --

Q. Irrespective --

A. Irrespective of the accounting.

Q. Irrespective of the accounting issues, you believed in the product Xerox was developing and that that could help Xerox long-term do well?

A. It would have done well if it hadn't been for the fraud.

Q. But irrespective of the fraud, you still believed in the company, you still have money in Xerox today?

A. That's right, I still believe in the company.

Q. In the Rochester Convention Center, you said Mr. Allaire attended a pep rally?

A. Right, he or Thoman was still involved at that time before he was terminated, he came from IBM and he was the president of the company and Paul Allaire was the CEO.

Page 168

ALLIET - CONFIDENTIAL

2  stock during the class period but didn't    12:13:30PM
3  sell it, so they were not actively    12:13:32PM
4  trading?    12:13:37PM
5      A.    Held and didn't sell it.    12:13:37PM
6            Although they may have sold    12:13:44PM
7  part of it during the class period.    12:13:45PM
8      Q.    Do you believe that you have a    12:13:47PM
9  duty to supervise your lawyers in this    12:13:48PM
10  matter?    12:13:49PM
11      A.    Supervise my lawyers, I would    12:13:55PM
12  say I don't have a right to supervise    12:13:57PM
13  them.    12:13:59PM
14            I can contribute, which they    12:13:59PM
15  have been very open about.    12:14:02PM
16      Q.    But you don't feel --    12:14:04PM
17      A.    Asking for my comments.    12:14:05PM
18      Q.    But you don't feel you have a    12:14:06PM
19  duty to supervise them, correct?    12:14:08PM
20      A.    No, no.    12:14:09PM
21      Q.    How many decisions have you    12:14:13PM
22  made with respect to this lawsuit,    12:14:14PM
23  personally, would you say, so far?    12:14:18PM
24      A.    I have made comments based on    12:14:27PM
25  the documents when I got them as to my own    12:14:29PM

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 169

ALLIET - CONFIDENTIAL

2  as well as the other plaintiffs.    12:14:31PM
3            I haven't made a large    12:14:33PM
4  contribution, I have let the attorneys do    12:14:35PM
5  most of the work, obviously, mainly    12:14:37PM
6  because I don't understand the laws other    12:14:39PM
7  than in generalities.    12:14:41PM
8      Q.    Do you know what a Web Board    12:14:46PM
9  is?    12:14:47PM
10      A.    Web Board. I should know what    12:14:49PM
11  a Web Board is, but I am not sure.    12:14:51PM
12      Q.    I don't really know what a Web    12:14:53PM
13  Board is.    12:14:54PM
14            Sitting here today, you can't    12:14:56PM
15  say that you ever accessed a Web Board,    12:14:58PM
16  can you?    12:15:02PM
17      A.    No; I have to say no, because I    12:15:03PM
18  am not sure what it is.    12:15:08PM
19      Q.    You visited Xerox's web site,    12:15:09PM
20  correct?    12:15:12PM
21      A.    Right.    12:15:14PM
22      Q.    Did you ever hear of something    12:15:15PM
23  called a management communique?    12:15:16PM
24      A.    Yes, that's something that was    12:15:18PM
25  sent out, I don't have access to that    12:15:19PM

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 170

ALLIET - CONFIDENTIAL

2  anymore because I am no longer an    12:15:21PM
3  employee, I am a retiree, so after I left    12:15:25PM
4  in 1999 I could not get onto that Web    12:15:27PM
5  Board.    12:15:30PM
6      Q.    You have seen management    12:15:30PM
7  communiques prior to retiring in 1999?    12:15:32PM
8      A.    Correct.    12:15:34PM
9      Q.    But after '99 you had no    12:15:35PM
10  access?    12:15:37PM
11      A.    Right.    12:15:38PM
12      Q.    Did you ever make an investment    12:15:38PM
13  based on something you read, investment in    12:15:40PM
14  the Xerox stock fund, on something you    12:15:43PM
15  read in the management communique?    12:15:46PM
16      A.    Yes, probably.    12:15:47PM
17      Q.    But sitting here today, you    12:15:48PM
18  can't say for sure?    12:15:50PM
19      A.    Yes, it is a long time ago.    12:15:51PM
20            Other than the company at the    12:15:54PM
21  time, before the information came out on    12:15:56PM
22  the accounting irregularities, everything    12:15:57PM
23  looked good.    12:15:59PM
24      Q.    But there isn't --    12:16:01PM
25      A.    For what was being reported.    12:16:03PM

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 171

ALLIET - CONFIDENTIAL

2      Q.    But you can't recall a specific    12:16:04PM
3  management communique sitting here today    12:16:06PM
4  that caused you to invest in the Xerox    12:16:08PM
5  stock fund, is that correct?    12:16:10PM
6      A.    Not specific, right.    12:16:11PM
7      Q.    Have you heard of something    12:16:12PM
8  called Today at Xerox?    12:16:14PM
9      A.    Yes. That was something that    12:16:15PM
10  was published regularly on the Internet    12:16:17PM
11  and was also -- there was a Web Board at    12:16:19PM
12  the end of the hall that had the    12:16:23PM
13  communique for the day.    12:16:26PM
14            They were announcements of    12:16:27PM
15  something that was happening at Xerox that    12:16:29PM
16  day or that week.    12:16:30PM
17      Q.    Did you read those regularly    12:16:32PM
18  during the class period?    12:16:34PM
19      A.    Yes, I think all the employees;    12:16:35PM
20  I think we got them on our computers, if I    12:16:36PM
21  remember, too, as part of our mail.    12:16:38PM
22      Q.    Today at Xerox was accessible    12:16:40PM
23  only to Xerox employees or to the public    12:16:44PM
24  at large?    12:16:47PM
25      A.    Only to Xerox employees.    12:16:48PM

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 198

ALLIET - CONFIDENTIAL

   7/29/99?  12:42:07PM
   Q. Yes.  12:42:08PM
   When did you make that 12:42:09PM
notation? 12:42:10PM
   A. Probably when I received the 12:42:12PM
certificates in the mail from the State 12:42:13PM
Street Bank, they are the ones that 12:42:17PM
control the stock. 12:42:18PM
   Q. Did you typically make 12:42:21PM
notations contemporaneously with receipt 12:42:25PM
of documents? 12:42:27PM
   A. The second was purchased 12:42:31PM
6/16/2004, after the class period, do you 12:42:33PM
notice that? 12:42:36PM
   Q. Yes. 12:42:36PM
   A. That was the remainder of my 12:42:37PM
ESOP shares and they required us to either 12:42:38PM
roll the money into the 401 K or purchase 12:42:44PM
the stock. 12:42:46PM
   Q. What made you decide not to 12:42:50PM
roll into the 401 K-- 12:42:54PM
   A. I decided to -- at that time 12:42:57PM
the stock had recovered, as you remember, 12:42:59PM
in 2004 it had recovered quite a bit, that 12:43:01PM

Page 199

ALLIET - CONFIDENTIAL

was after the class period. 12:43:04PM
   Q. You don't have a stockbroker, 12:43:12PM
do you? 12:43:14PM
   A. Right now what I have done with 12:43:15PM
the stock is I have held it now in an 12:43:19PM
account with Wachovia, which is A.G. 12:43:21PM
Edwards, and the dividends from Xerox are 12:43:24PM
reinvested in the stock, in additional 12:43:27PM
shares. 12:43:30PM
   I no longer have the 12:43:35PM
certificates, I turned the certificates 12:43:37PM
over to them and I just have an account 12:43:38PM
with them and I decided to roll over the 12:43:39PM
dividends that Xerox was paying into 12:43:41PM
shares of stock. 12:43:43PM
   Q. What about during the class 12:43:46PM
period, did you have a stockbroker during 12:43:47PM
the class period? 12:43:48PM
   A. No. 12:43:51PM
   Q. So no one else besides you had 12:43:54PM
any discretionary authority to buy or sell 12:43:56PM
Xerox stock on your behalf? 12:43:58PM
   A. Correct. 12:44:00PM
   Q. Whether in the stock fund or 12:44:00PM

Page 200

ALLIET - CONFIDENTIAL

outside the stock fund? 12:44:02PM
   A. Correct. 12:44:03PM
   Q. And you understood that during 12:44:04PM
the class period only you could make a 12:44:06PM
decision whether to take money out of the 12:44:09PM
stock fund or to put money into the stock 12:44:11PM
fund? 12:44:13PM
   A. That's correct. 12:44:13PM
   Q. You also didn't have any kind 12:44:16PM
of investment advisor during the class 12:44:20PM
period, correct? 12:44:21PM
   A. No. 12:44:22PM
   Q. What about an accountant, did 12:44:25PM
you have an accountant during the class 12:44:27PM
period? 12:44:29PM
   A. No. 12:44:29PM
   Q. You never paid anybody or 12:44:32PM
relied on anybody unpaid for any kind of 12:44:35PM
advice with respect to your Xerox stock 12:44:38PM
fund, correct? 12:44:39PM
   A. No. 12:44:40PM
   Q. Did you ever have an E trade 12:44:40PM
account? 12:44:42PM
   A. No. 12:44:44PM

Page 201

ALLIET - CONFIDENTIAL

   Q. Never bought or sold stock or 12:44:46PM
bonds on the Internet, correct? 12:44:50PM
   A. No. 12:44:52PM
   Q. Did you ever talk to anybody at 12:44:56PM
Xerox about how to achieve your investment 12:44:58PM
goals during the class period? 12:44:59PM
   A. No one in Xerox, no. 12:45:05PM
   Q. What about outside Xerox? 12:45:06PM
   A. No, I did not. 12:45:08PM
   Now I am with Wachovia. 12:45:10PM
   Q. But during the class period? 12:45:12PM
   A. No, the answer would be no. 12:45:13PM
   Q. Ever hear of an entity called 12:45:15PM
Financial Engines? 12:45:18PM
   A. No, I don't recollect. 12:45:22PM
   Q. What factors do you usually 12:45:31PM
consider in deciding when to purchase a 12:45:33PM
stock? 12:45:35PM
   A. The rule of thumb is you buy 12:45:38PM
low and sell high, right? 12:45:39PM
   Q. Okay. 12:45:41PM
   A. So I bought high and sold low, 12:45:42PM
just the opposite. 12:45:45PM
   But then again, that was I 12:45:47PM

Page 203

ALLIET - CONFIDENTIAL

2  made these imprudent investments in the          12:46:37PM
3  Xerox stock fund as part of our                  12:46:39PM
4  retirement, I think Xerox would have done        12:46:41PM
5  well, I think it would have gone with the        12:46:43PM
6  market, it probably would have done better       12:46:45PM
7  than the market.                                 12:46:46PM
8          The only reason Xerox hasn't             12:46:48PM
9  totally rebounded with its improvement in        12:46:50PM
10 the last four years is because they are          12:46:53PM
11 still being hand-whipped by Wall Street,         12:46:57PM
12 given what they did back in 2000.                12:47:00PM
13     Q.    That's your opinion, though?           12:47:01PM
14     A.    That's my opinion, but I think         12:47:02PM
15 there has been a lot of market reports           12:47:05PM
16 about that; if you read stock analysts, it       12:47:06PM
17 was don't buy, neutral, and now it is buy        12:47:09PM
18 and strong buy, if you look at Xerox stock       12:47:11PM
19 right now.                                       12:47:13PM
20          Most analysts are saying either         12:47:14PM
21 neutral, very few though, only the most          12:47:15PM
22 conservative, most are saying buy or             12:47:18PM
23 strong buy.                                      12:47:22PM
24     Q.    And you listen to the analysts?        12:47:22PM
25     A.    Yes, and Internet.                     12:47:24PM

Page 204

ALLIET - CONFIDENTIAL

2      Q.    During the class period,               12:47:25PM
3  though, you read what the analysts were          12:47:27PM
4  saying and when they said buy, you took          12:47:29PM
5  that into consideration when you bought?         12:47:31PM
6      A.    Correct.                               12:47:32PM
7      Q.    In 2000, the analysts were             12:47:33PM
8  saying buy?                                      12:47:35PM
9      A.    Early 2000 they were saying            12:47:36PM
10 buy, yes, for long-term capital gains.           12:47:38PM
11     Q.    Any other factors that you             12:47:46PM
12 considered in deciding when to purchase          12:47:48PM
13 stocks; initially you said the rule of           12:47:50PM
14 thumb was buy low and sell high?                 12:47:53PM
15     A.    I thought I was buying low.            12:47:56PM
16     Q.    What other factors would you           12:47:57PM
17 consider to be important?                        12:47:59PM
18     A.    Other than I had insider               12:48:01PM
19 information on the company as to how             12:48:02PM
20 products were developing.                        12:48:04PM
21     Q.    And that insider information           12:48:05PM
22 was what kind of products they were              12:48:07PM
23 developing?                                      12:48:08PM
24     A.    I saw those products, I helped         12:48:10PM
25 develop them, so I knew the company was,         12:48:11PM

Page 205

ALLIET - CONFIDENTIAL

2  you know, if you look at the color               12:48:13PM
3  processors right now, there is nobody that       12:48:16PM
4  can touch them.                                  12:48:18PM
5      Q.    Do you know anybody else that          12:49:01PM
6  made their decisions to invest in Xerox          12:49:03PM
7  stock based on the products that were            12:49:04PM
8  being developed?                                 12:49:07PM
9      A.    I heard other employees were           12:49:08PM
10 putting money into, I don't know how many        12:49:09PM
11 shares they bought, whether they bought          12:49:12PM
12 more or less than I did, but there were          12:49:15PM
13 other employees talking at the time about        12:49:17PM
14 investing in Xerox.                              12:49:18PM
15     Q.    Would you say other of the             12:49:19PM
16 folks --                                         12:49:21PM
17     A.    I think probably more people           12:49:22PM
18 invested after the stock went down, after        12:49:23PM
19 the fraud; they were even investing at the       12:49:26PM
20 end of the year 2000, of course then it          12:49:29PM
21 was a good deal, it was $5 a share, right?       12:49:30PM
22     Q.    When the bad news hit, people          12:49:33PM
23 were buying Xerox stock?                         12:49:34PM
24     A.    Right.                                 12:49:35PM
25     Q.    And you believe that people            12:49:36PM

Page 206

ALLIET - CONFIDENTIAL

2  were buying Xerox stock when the bad news        12:49:37PM
3  hit --                                           12:49:41PM
4      A.    They waited a while, I don't           12:49:42PM
5  think they bought right away, I think they       12:49:43PM
6  waited until it hit bottom.                      12:49:46PM
7      Q.    But you never know really when         12:49:47PM
8  it is going to hit bottom, right?                12:49:48PM
9      A.    We had a feeling, I think; I           12:49:50PM
10 think most of the employees knew.                12:49:52PM
11     Q.    This was general chatter among         12:49:53PM
12 the employees?                                   12:49:54PM
13     A.    Yes.                                   12:49:55PM
14     Q.    That the stock was dropping and        12:49:56PM
15 the bad news became public or the bad--          12:49:58PM
16     A.    All the bad news was out by the        12:50:01PM
17 end of 2000.                                     12:50:03PM
18     Q.    The bad news that you allege to        12:50:03PM
19 be bad news, the alleged fraud, the              12:50:05PM
20 alleged artificial inflation of stock,           12:50:07PM
21 when that news hit people didn't sell,           12:50:10PM
22 they bought their stock, correct?                12:50:16PM
23     A.    Correct, correct.                      12:50:18PM
24     Q.    And that was because these are         12:50:20PM
25 folks that believed in the company and its       12:50:21PM

Page 230

```
 1        ALLIET - CONFIDENTIAL
 2   return column, do you see that?        02:06:19AM
 3      A.   Yes.                           02:06:21AM
 4      Q.   And at the top, the highest   02:06:23AM
 5   risk option that's listed here is Xerox 02:06:26AM
 6   stock fund, do you see that?          02:06:29AM
 7      A.   Correct.                       02:06:32AM
 8      Q.   And the lowest risk option is 02:06:33AM
 9   income fund, do you see that?         02:06:35AM
10      A.   Right, like a ZD.             02:06:36AM
11      Q.   Throughout the class period you 02:06:38AM
12   understood that the Xerox stock fund was 02:06:39AM
13   the highest risk option?              02:06:41AM
14      A.   Correct.                      02:06:43AM
15           As I mentioned earlier, under 02:06:47AM
16   normal market, even though it was a high 02:06:49AM
17   risk, it was still a good stock for   02:06:51AM
18   investment.                            02:06:56AM
19      Q.   Right, you believed in Xerox  02:06:57AM
20   stock.                                 02:06:58AM
21      A.   Yes.                           02:06:59AM
22      Q.   We have established that, and 02:06:59AM
23   you also knew throughout the class period 02:07:00AM
24   that investing in a company stock has 02:07:03AM
25   certain risks.                         02:07:05AM
```

Page 231

```
 1        ALLIET - CONFIDENTIAL
 2      A.   Correct.                       02:07:07AM
 3      Q.   On that same page, on the     02:07:07AM
 4   right-hand side, the print is kind of 02:07:11AM
 5   small, but right above that little window 02:07:13AM
 6   in the bottom right corner, right above it 02:07:15AM
 7   says "Xerox stock fund," do you see that? 02:07:18AM
 8      A.   Yes.                           02:07:20AM
 9      Q.   And it says, "It is not       02:07:21AM
10   diversified and therefore involves special 02:07:24AM
11   risks," do you see that?              02:07:26AM
12      A.   Yes.                           02:07:28AM
13      Q.   You understood that an        02:07:29AM
14   investment in the Xerox stock fund is not 02:07:31AM
15   a diversified investment and has special 02:07:33AM
16   risks, correct?                        02:07:36AM
17      A.   Under normal market conditions, 02:07:38AM
18   I will just mention that once more.   02:07:40AM
19      Q.   And you believed when you     02:07:42AM
20   invested in Xerox stock fund that there 02:07:44AM
21   were normal market conditions, correct? 02:07:46AM
22      A.   When I invested there was just 02:07:49AM
23   normal market conditions, right; the SEC's 02:07:50AM
24   suit hadn't filed yet.                 02:07:53AM
25      Q.   Do you think it is sound      02:08:02AM
```

Page 232

```
 1        ALLIET - CONFIDENTIAL
 2   financial planning not to be diversified 02:08:19AM
 3   in your 401 K plan?                   02:08:21AM
 4      A.   I think everyone, most analysts 02:08:26AM
 5   will tell you that today.             02:08:28AM
 6           I think back then, before all 02:08:30AM
 7   of these special things happened, they 02:08:31AM
 8   weren't telling you that.             02:08:40AM
 9      Q.   What did you think, you       02:08:40AM
10   consider yourself to be --            02:08:42AM
11      A.   You have to remember I was    02:08:43AM
12   inside the company and I knew what was 02:08:44AM
13   going on and my feeling is that Xerox was 02:08:45AM
14   going to do well over the long run.   02:08:49AM
15      Q.   You testified that you        02:08:52AM
16   considered yourself to be an experienced 02:08:54AM
17   investor, correct?                    02:08:56AM
18      A.   I feel I was, yes.            02:08:57AM
19      Q.   What is your view about the   02:09:00AM
20   risks of not being diversified?       02:09:05AM
21      A.   I think there is always risk in 02:09:09AM
22   the stock market whether you're       02:09:11AM
23   diversified or not.                   02:09:12AM
24      Q.   Is it more prudent, in your   02:09:13AM
25   view, to be diversified than not      02:09:15AM
```

Page 233

```
 1        ALLIET - CONFIDENTIAL
 2   diversified?                           02:09:16AM
 3      A.   I think that's what everybody 02:09:21AM
 4   tells you today, yes.                 02:09:22AM
 5      Q.   But what did you believe during 02:09:23AM
 6   the class period?                      02:09:25AM
 7      A.   During the class period I     02:09:26AM
 8   believed Xerox was the best investment in 02:09:28AM
 9   the fund.                              02:09:30AM
10      Q.   So during the class period,   02:09:30AM
11   despite what the company was telling you 02:09:34AM
12   about the fact that Xerox stock fund was 02:09:40AM
13   not diversified and involved special  02:09:42AM
14   risks, you believed it was a good company 02:09:45AM
15   and so that outweighed the fact that it 02:09:47AM
16   was not diversified for you?          02:09:50AM
17      A.   Correct, yes.                 02:09:52AM
18      Q.   And so you were willing to take 02:09:54AM
19   on the risks involved with investing in 02:09:56AM
20   company stock?                         02:09:59AM
21      A.   Right, based on what I knew   02:10:00AM
22   then.                                  02:10:03AM
23      Q.   That's what I am asking you.  02:10:04AM
24      A.   Early 2000.                   02:10:05AM
25      Q.   I am asking you about, I am   02:10:06AM
```

59 (Pages 230 to 233)

## Page 295

ALLIET - CONFIDENTIAL

Q. On the next page you can see that almost $20,000 of that goes into the Xerox stock fund.

A. Oh, yes, got you.

Q. Are you with me?

A. This was March of '99, okay.

Q. First quarter of '99.

A. Yes.

Q. What caused you to make those fund transfers?

A. Probably at that time Xerox was doing well, had just reported 1998 earnings, which were quite good and so I decided to put some of that in Xerox, which looks like what I did.

Q. You remember Myra Drucker telling you in some of these investment fund annual reports that, you know, strong results don't last forever, correct?

A. But she was talking about the whole -- all the funds, not just Xerox particularly.

Xerox did gain more than the others did that year, but she was talking

## Page 296

ALLIET - CONFIDENTIAL

about all the funds.

Q. Right, and we saw that it was up 60 percent one year and that's something that you looked at, how much it was up in the previous year when you considered whether to keep your money in or invest more in to the fund options?

A. Yes, and that's probably why you see more of a transfer in Xerox stock at that time.

Q. But specifically do you recall in this first quarter why you decided to transfer funds from the balanced fund and income fund and reallocate those funds into the U.S. stock fund and Xerox stock fund?

A. Probably because the U.S. stock fund and Xerox stock fund were doing better, returns were better.

Q. You were following the market?

A. Yes, following the market.

Q. How often did you keep track of stock prices during the class period?

A. Any stock or Xerox stock?

## Page 297

ALLIET - CONFIDENTIAL

Q. Let's go with the Xerox stock.

A. I kept track, it was reported monthly on the Internet, so I kept track pretty closely.

Q. You would go on the Internet and you were always aware of what Xerox was trading at, correct?

A. Correct.

Q. Do you recall at the time that you put almost $20,000 into the Xerox stock fund whether there was any statement, oral statement, made by anyone in the company to you that caused you to make that investment?

A. Well, 1998 was a good year and that might have been one of the management meetings where we were told things were looking good as far as future products go, the company was in a good financial position, this was all before any of the other information.

Q. There is nothing that's not truthful about that, correct?

A. Correct, at that time, what we

## Page 298

ALLIET - CONFIDENTIAL

were told.

But what you're told and what's going on behind the scenes --

Q. What I want to know is were there any statements that you remember in your head, somebody telling you or you reading, that actually caused you to put $20,000 into the Xerox stock fund?

A. No, that I can't answer honestly, if I remember a statement that would have caused me to do that, it may have been true, it may not have been true.

MR. KILGARD: Would this be a reasonable time for a break?

MS. SISITSKY: Sure.

THE VIDEO TECHNICIAN: Going off the record at approximately 3:13 p.m.

(Recess taken.)

THE VIDEO TECHNICIAN: Back on the record at approximately 3:31 p.m.

BY MS. SISITSKY:

Q. I just want to ask you real quick again, page 16259 of the account statements we were looking at, which I

Page 321

ALLIET - CONFIDENTIAL

Q. But that's what this shows, some of it was taken out of the Xerox stock fund? 03:53:00PM 03:53:02PM 03:53:03PM

A. Those are proportions, roughly proportion numbers percentage-wise. 03:53:04PM 03:53:07PM

Q. Turn to the second quarter of 2000, that's 16279, there were additional withdrawals in this second quarter of 2000, do you see that? 03:53:10PM 03:53:12PM 03:53:23PM 03:53:26PM

A. Yes. 03:53:27PM

Q. And that's from each of the funds that you were invested in? 03:53:27PM 03:53:28PM

A. Correct. 03:53:30PM

Q. What did you do with those withdrawals and distributions, with the proceeds? 03:53:31PM 03:53:33PM 03:53:35PM

A. Most of those funds -- the only thing that was withdrawn was I think I made a partial distribution during that period, none of that was invested in stocks. 03:53:36PM 03:53:38PM 03:53:44PM 03:53:46PM 03:53:49PM

Q. So none of the proceeds -- 03:53:50PM

A. I don't remember what those proceeds were for, I don't recollect right 03:53:51PM 03:53:53PM

Page 322

ALLIET - CONFIDENTIAL

now. 03:53:57PM

Q. So none of the proceeds, though, were reinvested outside the fund, correct? 03:53:57PM 03:53:59PM 03:54:01PM

A. No, no, went into my bank account. 03:54:01PM 03:54:06PM

Q. If you look at the investment results for each of the nine funds you were invested in in this quarter, the second quarter, they all decreased, is that correct? 03:54:07PM 03:54:09PM 03:54:12PM 03:54:16PM 03:54:18PM

A. They all decreased, but Xerox decreased the most. 03:54:18PM 03:54:26PM

Q. Correct; according to this record, Xerox decreased the most. 03:54:29PM 03:54:30PM

A. Right. 03:54:33PM

Q. But all of the funds decreased, correct? 03:54:34PM 03:54:35PM

A. Correct. 03:54:35PM

Q. What do you think contributed to the decrease in value of the balanced funds, do you have any knowledge of that? 03:54:36PM 03:54:39PM 03:54:40PM

A. I think it was just normal stock market. 03:54:45PM 03:54:47PM

Page 323

ALLIET - CONFIDENTIAL

Remember in 2000 Xerox had announced to the SEC that it needed to report its earnings -- 03:54:51PM 03:54:53PM 03:54:57PM

Q. I'm sorry, I don't mean to cut you off, but I am not asking about Xerox, I am asking about -- 03:54:58PM 03:55:00PM 03:55:01PM

A. The market was melting down, too, about the same time. 03:55:02PM 03:55:04PM

Q. The balanced funds, the three balanced fund options, my question to you is what do you think contributed to the decrease in value in those three funds in this quarter? 03:55:06PM 03:55:07PM 03:55:09PM 03:55:12PM 03:55:16PM

A. I think normal market conditions. 03:55:18PM 03:55:19PM

Q. Would those normal market conditions also be responsible for the decrease in value in the enhanced bond fund, U.S. stock fund, international stock fund and small company stock fund as well? 03:55:19PM 03:55:21PM 03:55:23PM 03:55:25PM 03:55:28PM

A. Yes, I think they all decreased. 03:55:30PM 03:55:31PM

Q. The Xerox stock fund we just said also decreased like all the others? 03:55:32PM 03:55:35PM

Page 324

ALLIET - CONFIDENTIAL

A. Decreased the most, right. 03:55:36PM

Q. Would those market forces also have affected the Xerox stock fund -- 03:55:38PM 03:55:40PM

A. Some of it, but I think -- 03:55:43PM

Q. Notwithstanding the issues with the SEC, but is it fair to say that the same markets forces that affected the other eight options also affected the Xerox stock fund? 03:55:44PM 03:55:46PM 03:55:50PM 03:55:52PM 03:55:57PM

A. Correct, that this wouldn't have been as much. 03:55:58PM 03:55:59PM

Q. Let's take a look at the fund transfers here. 03:56:08PM 03:56:10PM

Despite the fact that Xerox stock fund lost the most value from all the other fund choices, this shows that you nevertheless elected to transfer in this quarter 352,972.42, do you see that? 03:56:11PM 03:56:13PM 03:56:15PM 03:56:18PM 03:56:21PM

A. Correct. 03:56:27PM

Q. And you transferred that large significant sum of money in the second quarter of 2000 into the Xerox stock fund, correct? 03:56:28PM 03:56:30PM 03:56:32PM 03:56:35PM

A. Early second quarter. 03:56:35PM

Page 355

ALLIET - CONFIDENTIAL

```
 2  correct?                                      04:29:36PM
 3      A.    Correct.                            04:29:36PM
 4      Q.    I just want to be sure; these       04:29:37PM
 5  are the pages of that book that you were      04:29:40PM
 6  talking about that you looked at and          04:29:42PM
 7  relied on when you were determining           04:29:46PM
 8  whether Xerox would be a good investment      04:29:47PM
 9  in the first quarter of 2000, correct?        04:29:50PM
10      A.    That's correct.                     04:29:52PM
11            This is from the library.           04:29:56PM
12      Q.    You no longer have this book,       04:29:57PM
13  you returned it to the library?               04:29:59PM
14      A.    I returned it to the library;       04:30:00PM
15  you can still get it.                         04:30:02PM
16      Q.    Did you make the copies of          04:30:03PM
17  these pages when you had the book?            04:30:05PM
18      A.    Yes, just these few pages.          04:30:07PM
19      Q.    You made the copies of these        04:30:08PM
20  pages in or about February of 2000,           04:30:11PM
21  correct?                                      04:30:12PM
22      A.    Right.                              04:30:12PM
23      Q.    I notice there is a redaction       04:30:15PM
24  at the top of this, that can't possibly be    04:30:16PM
25  your Social Security number, I can't          04:30:23PM
```

Page 356

ALLIET - CONFIDENTIAL

```
 2  imagine, on this book.                        04:30:24PM
 3      A.    No, I do not know what the          04:30:26PM
 4  redaction would be.                           04:30:27PM
 5            MS. SISITSKY:  That would be,       04:30:29PM
 6  counsel, part of what we would want to        04:30:30PM
 7  ascertain as part of the redaction log        04:30:32PM
 8  we're looking for.                            04:30:34PM
 9      Q.    Do you read other materials by      04:30:44PM
10  Gene Walden?                                  04:30:47PM
11      A.    No, I don't recollect reading       04:30:50PM
12  anything else.                                04:30:52PM
13            I just noticed when I was here      04:30:56PM
14  in New York, I stopped in Barnes & Noble      04:30:58PM
15  the other day and there was a new edition.    04:31:00PM
16      Q.    Did you buy it?                     04:31:01PM
17      A.    No.                                 04:31:02PM
18            I think I mentioned earlier         04:31:06PM
19  that some of the companies that were in       04:31:07PM
20  this one are still in the new edition, but    04:31:08PM
21  Xerox is not.                                 04:31:18PM
22      Q.    Let's go back to Defendants'        04:31:21PM
23  Exhibit 40, your account statements.          04:31:23PM
24      A.    My account statements, right?       04:31:30PM
25      Q.    Yes, the account statements we      04:31:32PM
```

Page 357

ALLIET - CONFIDENTIAL

```
 2  were looking at earlier.                      04:31:33PM
 3      A.    Oh, this is the ones you            04:31:35PM
 4  produced, yes                                 04:31:36PM
 5      Q.    The ones with the XC Bates          04:31:37PM
 6  numbers.                                      04:31:39PM
 7      A.    Yes, correct.                       04:31:40PM
 8      Q.    Looking at the third quarter of     04:31:46PM
 9  2000, you made no fund transfers,             04:31:50PM
10  according to these records, correct?          04:31:57PM
11      A.    That's correct, everything was      04:32:00PM
12  left in Xerox, there was a $15,000            04:32:02PM
13  withdrawal made.                              04:32:04PM
14      Q.    Right, approximately $15,000        04:32:06PM
15  withdrawal from the Xerox stock fund, do      04:32:07PM
16  you see that?                                 04:32:09PM
17      A.    Correct.                            04:32:09PM
18      Q.    You had negative investment         04:32:10PM
19  results from the Xerox stock fund,            04:32:13PM
20  correct?                                      04:32:14PM
21      A.    Correct.                            04:32:14PM
22      Q.    You also had negative               04:32:15PM
23  investment results in this quarter in the     04:32:16PM
24  international stock fund, but obviously       04:32:18PM
25  that was relative to what you had             04:32:20PM
```

Page 358

ALLIET - CONFIDENTIAL

```
 2  invested?                                     04:32:22PM
 3      A.    Correct.                            04:32:23PM
 4      Q.    After this quarter, third           04:32:25PM
 5  quarter, after seeing these negative          04:32:30PM
 6  investment results, did you consider at       04:32:33PM
 7  that time transferring your money out of      04:32:35PM
 8  the Xerox stock fund?                         04:32:37PM
 9      A.    No, I didn't because I think --     04:32:38PM
10  almost all the bad news was out by then in    04:32:41PM
11  terms of the accounting errors and so we      04:32:44PM
12  assumed or I assumed that was probably it,    04:32:47PM
13  it was, what, 4.4 times 3, 13, $14 a          04:32:51PM
14  share.                                        04:32:55PM
15            So I had already lost a large       04:32:58PM
16  amount of my investment at that point so I    04:33:00PM
17  just held on.                                 04:33:02PM
18      Q.    Were you worried --                 04:33:05PM
19      A.    Thinking that it was going to       04:33:06PM
20  go up.                                        04:33:07PM
21      Q.    You bet on the fact that it was     04:33:09PM
22  going to go up and not that it was going      04:33:12PM
23  to go down?                                   04:33:14PM
24      A.    All the bad news was out, yes.      04:33:14PM
25      Q.    Is there any document that you      04:33:23PM
```