# Attachment 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Master File No. 02 CV-1138 (AWT)

----------------------------------x

IN RE XEROX CORPORATION ERISA LITIGATION

----------------------------------x

This Document Relates to:

    ALL ACTIONS
----------------------------------x
        August 8, 2008
        9:38 a.m.

   CONFIDENTIAL TRANSCRIPT


   Videotaped Deposition of LINDA WILLIS, taken by Defendants, pursuant to Notice, held at the offices of Jones Day LLP, 222 East 41st Street, New York, New York, before Todd DeSimone, a Registered Professional Reporter and Notary Public of the State of New York.

Page 58

WILLIS - CONFIDENTIAL

Q. Could you take a look at page Bates numbered 351 of that 1998 report, ma'am. 10:52:56AM 10:52:59AM 10:53:03AM

Under "Investment Strategy for the Xerox Stock Fund," it states "This fund invests only in Xerox common stock. It is not actively managed." 10:53:08AM 10:53:09AM 10:53:11AM 10:53:14AM

Do you see that? 10:53:16AM

A. Yes. 10:53:16AM

Q. Does that refresh your recollection? 10:53:17AM 10:53:21AM

A. I see that here. 10:53:25AM

Q. Does that refresh your recollection that you were told that the Xerox Stock Fund was not actively managed? 10:53:26AM 10:53:28AM 10:53:30AM

A. Yes. 10:53:35AM

Q. So you now do recall that you knew it was not actively managed? 10:53:36AM 10:53:39AM

A. Now that I see it here. 10:53:41AM

Q. Okay, thank you. 10:53:43AM

Also in that -- there is a box there, "Risk Versus Return Profile." Do you see that? 10:53:45AM 10:53:49AM 10:53:55AM

A. Yes. 10:53:55AM

Page 59

WILLIS - CONFIDENTIAL

Q. Do you recall reading that back in 1998-1999? 10:53:55AM 10:53:57AM

A. You know, I don't. 10:53:58AM

Q. Any reason to believe that you didn't? 10:54:01AM 10:54:05AM

A. No. 10:54:05AM

Q. Did you understand back at that time that -- well, strike that. I will move on to something else. 10:54:08AM 10:54:11AM 10:54:16AM

In any of these documents, the four exhibits I just showed you, 13, 49, 37 and 56, anywhere in those four annual reports can you show me any recommendation by Ms. Drucker that Xerox employees invest in the Xerox Stock Fund? 10:54:23AM 10:54:26AM 10:54:30AM 10:54:39AM 10:54:44AM 10:54:49AM

A. No. 10:54:52AM

Q. Can you show me anything in those same four exhibits where Ms. Drucker wrote any words to that effect suggesting or recommending that employees invest in the Xerox Stock Fund? 10:54:52AM 10:54:55AM 10:54:58AM 10:55:03AM 10:55:04AM

A. No. 10:55:10AM

Q. Ms. Willis, would you agree with me that Ms. Drucker, in her assistant 10:55:12AM 10:55:14AM

Page 60

WILLIS - CONFIDENTIAL

treasurer messages in these annual reports, always stressed diversification for investments in the 401(k) plan? 10:55:19AM 10:55:22AM 10:55:25AM

A. Yes. 10:55:28AM

Q. Would you also agree with me that she always discussed risks involved in investing in these funds, and, in particular, individual stocks? 10:55:30AM 10:55:32AM 10:55:37AM 10:55:42AM

A. Yes. 10:55:47AM

Q. Did you follow Ms. Drucker's advice with regards to your investments in the 401(k) plan? 10:55:50AM 10:55:53AM 10:55:55AM

A. Yes. 10:56:11AM

Q. Did you ever discuss any of these annual -- the investment funds annual reports with anyone else? 10:56:16AM 10:56:17AM 10:56:22AM

A. No. 10:56:23AM

Q. Did you ever discuss them with your husband? 10:56:23AM 10:56:24AM

A. I don't recall that we did. We may have on occasion. 10:56:27AM 10:56:30AM

Q. Is your husband employed? 10:56:33AM

A. Yes. 10:56:35AM

Q. What does he do? 10:56:35AM

Page 61

WILLIS - CONFIDENTIAL

A. He is a procurement agent. 10:56:36AM

Q. Who does he work for? 10:56:38AM

A. Vought Aircraft Industries. 10:56:40AM

Q. Has he been with them for a while? 10:56:43AM 10:56:46AM

A. One year. 10:56:46AM

Q. Back in the late '90s, 2000, 2001, was he employed? 10:56:50AM 10:56:53AM

A. Yes. 10:56:55AM

Q. What did he do then? 10:56:56AM

A. He was in sales. 10:57:00AM

Q. Who did he work for? 10:57:02AM

A. I believe he worked for a company called Cavannagh, C-a-v-a-n-n-a-g-h. 10:57:06AM 10:57:08AM 10:57:15AM

Q. Did your husband go to college? 10:57:16AM

A. He attended college, yes. 10:57:19AM

Q. Do you know if he graduated? 10:57:21AM

A. He did not. 10:57:22AM

MR. HANNAFAN: I'm just going to take a moment. 10:57:46AM 10:57:46AM

THE VIDEOGRAPHER: We are off the record. The time is 10:57. 10:57:49AM 10:57:50AM

(Recess taken.) 11:03:59AM

16 (Pages 58 to 61)

## Page 88

WILLIS - CONFIDENTIAL

2  A. She had interest in joining the 11:31:28AM
3  lawsuit, but not in the capacity as a 11:31:30AM
4  class action rep. 11:31:33AM
5  Q. Do you know why? 11:31:34AM
6  A. No. 11:31:34AM
7  Q. She didn't say why? 11:31:36AM
8  A. She didn't. 11:31:38AM
9  Q. Did any of them tell you that 11:31:46AM
10 they felt at least partially responsible 11:31:47AM
11 for the losses they had in their plan? 11:31:50AM
12 A. No. 11:31:53AM
13 Q. Do you feel that you are 11:31:53AM
14 responsible in part for the losses you had 11:31:55AM
15 in your plan? 11:31:57AM
16 A. I don't. 11:31:58AM
17 Q. Why not? 11:32:03AM
18 A. Because the -- you know, I'm 11:32:10AM
19 not an investor. I don't say that I know 11:32:12AM
20 anything about investing. But it just 11:32:14AM
21 seems to me that the people at the highest 11:32:16AM
22 level should have known that, based on 11:32:20AM
23 things that were happening internally, 11:32:23AM
24 take the Xerox stock out of the 401(k) 11:32:27AM
25 plan, and that didn't happen. 11:32:29AM

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400
e816a50a-62f7-47ec-9780-d6c69b256163

## Page 89

WILLIS - CONFIDENTIAL

2  Q. The decision to invest in the 11:32:30AM
3  Xerox Stock Fund was yours, correct? 11:32:33AM
4  A. Correct. 11:32:34AM
5  Q. Nobody else, right? 11:32:34AM
6  A. That's correct. 11:32:36AM
7  Q. You weren't required to invest 11:32:36AM
8  in the Xerox Stock Fund? 11:32:37AM
9  A. That's correct. 11:32:39AM
10 Q. And in fact the documents you 11:32:43AM
11 saw earlier showed that the documents you 11:32:47AM
12 did receive from the company warned you 11:32:51AM
13 about the risks of investing in the Xerox 11:32:53AM
14 Stock Fund, right? 11:32:55AM
15 A. I read about them. 11:32:56AM
16 Q. But you invested anyway, right? 11:32:57AM
17 A. I did. 11:32:59AM
18 Q. In 2002, after you sent those 11:33:16AM
19 documents to Ms. Leland, what happened 11:33:20AM
20 next? 11:33:28AM
21 A. I didn't hear from her for a 11:33:31AM
22 while, a month or so, and she just would 11:33:34AM
23 update me on various things that were 11:33:38AM
24 happening, delays and motions and things 11:33:41AM
25 like that. 11:33:44AM

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400
e816a50a-62f7-47ec-9780-d6c69b256163

## Page 90

WILLIS - CONFIDENTIAL

2  Q. Even though you weren't a 11:33:45AM
3  client? 11:33:46AM
4  A. Correct. I had asked her to 11:33:47AM
5  update me. 11:33:49AM
6  Q. Was 2006 the first time that 11:34:01AM
7  you considered becoming a plaintiff? 11:34:06AM
8  A. No. 11:34:09AM
9  Q. Did you want to become a 11:34:11AM
10 plaintiff in 2002? 11:34:12AM
11 A. I wasn't sure. I had some 11:34:17AM
12 other things that I was dealing with. 11:34:22AM
13 Q. Like what? 11:34:24AM
14 A. Personal things, a stepmother 11:34:25AM
15 that had Alzheimer's, so I had different 11:34:29AM
16 priorities. And I was also dealing with 11:34:32AM
17 cancer. 11:34:36AM
18 Q. If you wanted to be a plaintiff 11:34:37AM
19 in 2002, could you have been? 11:34:39AM
20 A. I could have been, yes. 11:34:44AM
21 Q. Did you have any doubts as to 11:34:51AM
22 the merits of your claims in 2002? 11:34:52AM
23 A. No. 11:34:54AM
24 Q. Have you received any monetary 11:35:07AM
25 payment from your lawyers in this case? 11:35:09AM

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400
e816a50a-62f7-47ec-9780-d6c69b256163

## Page 91

WILLIS - CONFIDENTIAL

2  A. No. 11:35:10AM
3  Q. Do you expect to receive any 11:35:11AM
4  compensation for being a named plaintiff? 11:35:13AM
5  A. No. 11:35:15AM
6  Q. Or a class representative? 11:35:15AM
7  A. No. 11:35:17AM
8  Q. Would you be willing to invest 11:35:31AM
9  your own money to keep this lawsuit going? 11:35:33AM
10 A. I would. 11:35:36AM
11 Q. Earlier you said that you 11:35:45AM
12 thought you lost about $10,000, did you 11:35:46AM
13 say? 11:35:51AM
14 A. I said under 30. I didn't lose 11:35:51AM
15 as much as other people did. 11:35:55AM
16 Q. How much would you be willing 11:36:01AM
17 to spend to keep this lawsuit going? 11:36:03AM
18 A. The expenses. 11:36:06AM
19 Q. Are you paying the expenses 11:36:08AM
20 now? 11:36:11AM
21 A. I'm being reimbursed for my 11:36:11AM
22 trip up here, yes. 11:36:14AM
23 Q. All of your expenses? 11:36:16AM
24 A. Just my hotel and air. 11:36:18AM
25 Q. Are you or any members of your 11:36:22AM

VERITEXT REPORTING COMPANY
212-267-6868    www.veritext.com    516-608-2400
e816a50a-62f7-47ec-9780-d6c69b256163

Page 150

WILLIS - CONFIDENTIAL

Mr. Romeril and Paul Allaire would make informal comments to the effect in the workplace and during meals with other Xerox employees. In addition, plaintiff states that all nonprivileged responsive documents in plaintiff's possession will be produced."

Q. When did you work for Barry Romeril?

A. I didn't work for Barry Romeril. I never did. I don't know why that says that.

Q. We talked about earlier how you made this statement under the penalty of perjury, correct?

A. Right.

Q. And you reviewed it carefully before you signed it?

A. Yes.

Q. Well, why didn't you correct that statement when you read it?

A. It was an oversight.

Q. It is another oversight, right?

A. It is an oversight. I didn't

---

Page 151

WILLIS - CONFIDENTIAL

work for Barry Romeril.

Q. Like the one on your educational history, that kind of oversight?

A. Yes.

Q. Did you work for Paul Allaire?

A. Yes.

Q. When did you work for Paul Allaire?

A. I believe it was 1993. I can't be certain of the precise date. I believe it was that time.

Q. Did you work directly for Mr. Allaire?

A. I was one of three administrative assistants that supported him, yes.

Q. How long did you work for Mr. Allaire?

A. About I believe 13, 14 months, as I recollect. I could be wrong. But about that time.

Q. Did you ever have any direct communications with Mr. Allaire?

---

Page 152

WILLIS - CONFIDENTIAL

A. Yes.

Q. You spoke to him?

A. Yes, I did.

Q. And he spoke to you?

A. Yes.

Q. Did Mr. Allaire ever talk to you about your 401(k) plan?

A. He talked to other women in the office, the other two admin aides about Xerox stock.

MR. MARGULIES: Could you please read back the question.

(The record was read.)

Q. Can you answer that question, please?

A. Yes.

Q. When did he talk to you about your 401(k) plan?

A. During working hours and then at an off-site dinner.

Q. And what did he say to you?

A. "Invest in Xerox stock. The company is doing well."

Q. And where were you when he said

---

Page 153

WILLIS - CONFIDENTIAL

that?

A. In the office on one occasion and at a restaurant in Westport, Connecticut.

Q. Let's talk about the first occasion. Was there only one occasion?

A. Two occasions.

Q. One at the office, one at the restaurant?

A. Correct.

Q. Let's talk about the occasion at the restaurant -- I mean at the workplace, okay?

A. All right.

Q. Now, you said that you worked for him between 1993 --

A. Yes, I believe that was the date.

Q. You worked for him prior to the class period?

A. Yes.

Q. And the second time at the restaurant, when did that happen?

A. I remember it was

Page 156

WILLIS - CONFIDENTIAL

A. I'm on the first paragraph. The fourth sentence from the end, is that what you are saying?
Q. Start at the third sentence from the end.
A. "Plaintiff responds that she communicated informally with Barry Romeril and Paul Allaire as well as other coworkers regarding purchasing or holding Xerox stock as part of her retirement investment."
Q. Did you ever communicate informally with Barry Romeril?
A. When he came into the office on occasion, he would talk to us, yes.
Q. Did he talk to you about your investments in the Xerox Stock Fund?
A. Well, one of those -- yes.
Q. And was Paul there also in the room?
A. Yes.
Q. Is this the first occasion that you talked about earlier?
A. Yes.

Page 157

WILLIS - CONFIDENTIAL

Q. So at the time that Paul Allaire talked to you and two other administrative assistants, Barry Romeril was also there?
A. Correct.
Q. So this is in 1993, correct?
A. Correct.
Q. Did you talk to Mr. Romeril at any other time?
A. No.
Q. In this same sentence that you just read, you mentioned that you communicated informally with other coworkers regarding purchasing or holding Xerox stock as a part of your retirement investment, correct?
A. Correct.
Q. Who were those coworkers?
A. That would have been -- you mean in relation to this, is that what you are referring to?
Q. Well, this is your response to our interrogatory. So you need to tell me what you were referring to when you said

Page 158

WILLIS - CONFIDENTIAL

this, please.
A. Other coworkers during that occasion?
Q. I don't know what you meant.
A. I don't either. I'm not sure if I was referring to the other two people that I worked with during that period.
Q. Well, you signed this document on November 8th, 2007, correct?
A. Correct.
Q. That is not that long ago, right?
A. Correct.
Q. So sitting here today, you can't tell me what you meant when you said that you responded -- that you communicated informally with coworkers regarding purchasing or holding Xerox stock?
A. I was referring to people that I worked with at Xerox, coworkers.
Q. Were you referring to those two other administrative assistants?
A. Yes.

Page 159

WILLIS - CONFIDENTIAL

Q. Anybody else?
A. No.
Q. And that was before the class period, correct?
A. Correct.
Q. I would like you to take another look at Defendants' Exhibit 59 which has been marked here. It is the Xerox personal history form that we took a look at earlier this morning. This is a Xerox personal history form that is dated June 2nd, 1994, correct?
A. Correct.
Q. And this was -- you created this document while you were an administrative assistant at the office of the chairman and CEO, right?
A. Correct.
Q. That's when you worked for Mr. Allaire?
A. Yes.
Q. What did you do after you worked for Mr. Allaire?
A. I relocated with a Xerox

## Page 209

WILLIS - CONFIDENTIAL

2  A. Voice mail is audio, not 02:52:23PM
3  visual, and you call into a number and you 02:52:26PM
4  hear a speaker. 02:52:29PM
5  Q. Did you ever listen to a voice 02:52:30PM
6  mail broadcast during the class period? 02:52:32PM
7  A. Yes. 02:52:34PM
8  Q. How many times? 02:52:34PM
9  A. I would say not more than five. 02:52:36PM
10 Q. Did you ever make any changes 02:52:38PM
11 with respect to your 401(k) plan 02:52:39PM
12 investment as a result of what you heard? 02:52:42PM
13 A. Not that I recall. 02:52:45PM
14 Q. Did anybody who spoke on these 02:52:46PM
15 messages from the CEO have a role with 02:52:48PM
16 respect to the 401(k) plans? 02:52:50PM
17 A. Yes. 02:52:52PM
18 Q. In what way? 02:52:53PM
19 A. Just that they were an officer 02:52:56PM
20 of the company. 02:52:57PM
21 Q. This is what we talked about 02:52:58PM
22 earlier, right, that because they were the 02:53:00PM
23 CEO you believe they had a role with 02:53:02PM
24 respect to the plan, right? 02:53:04PM
25 A. Yes. 02:53:06PM

## Page 210

WILLIS - CONFIDENTIAL

2  Q. But no other reason, right? 02:53:06PM
3  A. Correct. 02:53:08PM
4      MR. MARGULIES: Let's take a 02:53:10PM
5  break. 02:53:11PM
6      THE VIDEOGRAPHER: We are off 02:53:12PM
7  the record. The time is 2:52. 02:53:12PM
8      (Recess taken.) 03:13:45PM
9      THE VIDEOGRAPHER: We are back 03:13:49PM
10 on the record. The time is 3:13. This is 03:13:50PM
11 the beginning of tape five. 03:13:52PM
12 BY MR. MARGULIES: 03:13:55PM
13 Q. Okay, welcome back. So before 03:13:55PM
14 the break we went through all the various 03:13:57PM
15 communications that are alleged in the 03:14:01PM
16 Third Consolidated Amended Complaint. 03:14:03PM
17     You talked about the different 03:14:05PM
18 types of meetings and the XEN broadcasts 03:14:07PM
19 and the voice mail broadcasts and the 03:14:09PM
20 WebBoard, right? 03:14:12PM
21 A. Right. 03:14:12PM
22 Q. And you can't tell me, sitting 03:14:13PM
23 here today, can you, that you made any 03:14:14PM
24 decisions with respect to your plan 03:14:17PM
25 investments in the Xerox Stock Fund based 03:14:19PM

## Page 211

WILLIS - CONFIDENTIAL

2  on what you read in any of those 03:14:20PM
3  communications? 03:14:22PM
4  A. I don't recall one way or the 03:14:23PM
5  other. 03:14:24PM
6  Q. So then you can't tell me you 03:14:24PM
7  did, can you? 03:14:26PM
8  A. I cannot. 03:14:28PM
9  Q. I'm handing you what has been 03:15:05PM
10 previously marked in this case as 03:15:07PM
11 Defendants' Exhibit No. 43. Why don't you 03:15:09PM
12 take a moment and look through it. 03:15:26PM
13     (Witness perusing document.) 03:15:29PM
14 Q. Do you recognize this document? 03:15:31PM
15 A. Yes. 03:15:33PM
16 Q. When was the last time you saw 03:15:37PM
17 it? 03:15:39PM
18 A. I don't recall. 03:15:41PM
19 Q. When was the first time you saw 03:15:43PM
20 it? 03:15:44PM
21 A. I'm not sure, but when I 03:15:48PM
22 started my employment in 1977. 03:15:50PM
23 Q. When you received literature 03:16:00PM
24 related to your 401(k) plan, did you read 03:16:02PM
25 it? 03:16:07PM

## Page 212

WILLIS - CONFIDENTIAL

2  A. Yes. 03:16:07PM
3  Q. Do you recall reading this 03:16:14PM
4  document? 03:16:16PM
5  A. I don't recall one way or the 03:16:17PM
6  other. I don't recall one way or the 03:16:22PM
7  other. 03:16:25PM
8  Q. When you say you don't recall 03:16:26PM
9  one way or the other, that means that you 03:16:27PM
10 don't recall, correct? 03:16:29PM
11 A. That's correct. 03:16:32PM
12 Q. I would like to direct your 03:16:55PM
13 attention to page XC 2425. The center 03:16:56PM
14 paragraph that starts with "The 401(k) 03:17:06PM
15 savings plan," would you please read that 03:17:09PM
16 for me. 03:17:11PM
17 A. "The 401(k) savings plan gives 03:17:12PM
18 you the flexibility to invest in a range 03:17:14PM
19 of funds. Hand in hand with that freedom 03:17:16PM
20 of choice comes the responsibility to 03:17:20PM
21 manage your investments. To help you make 03:17:22PM
22 the most of your choices, the information 03:17:23PM
23 provided in You and Xerox Wealthwise 03:17:27PM
24 explains how the plans work and provide 03:17:30PM
25 some important information about making 03:17:32PM

VERITEXT REPORTING COMPANY
212-267-6868     www.veritext.com     516-608-2400
e816a50a-62f7-47ec-9780-d6c69b256163

Page 256

WILLIS - CONFIDENTIAL

2  Q.  This is one of the documents  04:10:13PM
3  that you printed out on October 23rd,  04:10:15PM
4  2002, right?  04:10:18PM
5  A.  Yes.  04:10:19PM
6  Q.  And that we looked at earlier.  04:10:19PM
7      I would like you to turn to  04:10:30PM
8  page LW 139.  If you would just read the  04:10:32PM
9  first paragraph.  04:10:50PM
10     (Witness perusing document.)  04:11:10PM
11 Q.  Do you recall reading this in  04:11:11PM
12 October of '99?  04:11:12PM
13 A.  I can't recall.  04:11:14PM
14 Q.  Here Mr. Thoman states that he  04:11:18PM
15 held Xerox stock and he believes in Xerox  04:11:24PM
16 stock and he is going to buy it because he  04:11:27PM
17 thinks it is a good thing to do, right?  04:11:29PM
18 A.  That's what was stated, yes.  04:11:31PM
19 Q.  And that if you believe in the  04:11:34PM
20 company, you will want to buy the stock,  04:11:36PM
21 too, basically, correct?  04:11:38PM
22 A.  Correct.  04:11:39PM
23 Q.  Did you change your plan  04:11:47PM
24 investments in the Xerox Stock Fund based  04:11:48PM
25 on what Mr. Thoman said here?  04:11:50PM

Page 257

WILLIS - CONFIDENTIAL

2  A.  Yes.  04:11:52PM
3  Q.  You actually stopped investing  04:11:54PM
4  in the Xerox Stock Fund, right?  04:11:55PM
5  A.  Correct, yeah.  04:11:58PM
6  Q.  So you did the opposite of what  04:11:58PM
7  he said?  04:12:00PM
8  A.  Correct.  04:12:00PM
9  Q.  Do you recall making that  04:12:01PM
10 decision?  04:12:02PM
11 A.  Yes.  04:12:05PM
12 Q.  And what was your thinking at  04:12:07PM
13 the time?  04:12:09PM
14 A.  I don't recall exactly, except  04:12:12PM
15 that I just didn't have a comfort level  04:12:14PM
16 with the stock and some of the things that  04:12:21PM
17 that were being said.  04:12:24PM
18 Q.  So this is October '99,  04:12:26PM
19 correct?  04:12:28PM
20 A.  Correct.  04:12:28PM
21 Q.  So you didn't listen to  04:12:30PM
22 Mr. Thoman, right?  04:12:33PM
23 A.  That's correct.  04:12:34PM
24 Q.  Is it fair to say that you  04:12:37PM
25 would have been skeptical about anything  04:12:40PM

Page 258

WILLIS - CONFIDENTIAL

2  the company told you at that point?  04:12:44PM
3  A.  Yes.  04:12:46PM
4  Q.  So you would not have gambled  04:12:55PM
5  with your 401(k) plan based on something  04:12:57PM
6  the company had told you, right?  04:13:00PM
7  A.  Correct.  04:13:02PM
8  Q.  I would like to turn back to  04:13:23PM
9  your account statements, Defendants'  04:13:25PM
10 Exhibit 63, in particular, page 16633,  04:13:32PM
11 which is the statement for the fourth  04:13:42PM
12 quarter 2000.  04:13:44PM
13     Actually, I'm sorry, let's go  04:13:53PM
14 back to the first quarter of 2000, which  04:13:54PM
15 is page 16620.  04:14:08PM
16     You talked about earlier how  04:14:10PM
17 you discontinued your plan investments in  04:14:12PM
18 the Xerox Stock Fund during the third  04:14:14PM
19 quarter of 1999, correct?  04:14:16PM
20 A.  Correct.  04:14:18PM
21 Q.  Would you please turn to page  04:14:27PM
22 XC 16617.  There is just one thing I want  04:14:31PM
23 to touch upon here, which is the statement  04:14:34PM
24 for the third quarter of 1999.  04:14:41PM
25     Here you change your investment  04:14:43PM

Page 259

WILLIS - CONFIDENTIAL

2  elections again, correct?  04:14:44PM
3  A.  Correct.  04:14:46PM
4  Q.  And you went from having  04:14:47PM
5  payroll contributions placed in three  04:14:51PM
6  different funds to having all your payroll  04:14:52PM
7  contributions invested only in the  04:14:54PM
8  Balanced Fund - More Stocks, correct?  04:14:57PM
9  A.  Correct.  04:14:58PM
10 Q.  And according to these account  04:14:58PM
11 statements, that's what you did right  04:15:01PM
12 through to the end of the class period; do  04:15:03PM
13 you recall that?  04:15:05PM
14 A.  Yes.  04:15:05PM
15 Q.  That the only investment that  04:15:06PM
16 you invested in from the fourth quarter of  04:15:07PM
17 '99 until the end of June 2002 was  04:15:10PM
18 Balanced Fund - More Stocks, correct?  04:15:15PM
19 A.  Correct.  04:15:15PM
20 Q.  Do you recall why you made that  04:15:17PM
21 decision?  04:15:19PM
22 A.  I might have been looking at  04:15:19PM
23 graphs and charts of where the different  04:15:21PM
24 plans were.  04:15:23PM
25 Q.  You are guessing, right?  04:15:26PM