# Attachment 8

# Part A



WEALTHWISE
XC002419
YOUR GUIDE TO A FINANCIALLY SECURE FUTURE
YOU & XEROX
Defts
EXHIBIT NO. 43
INEEN PAVESI
CERTIFIED REALTIME SPECIALIST

This benefits handbook is intended as a summary reference to the retirement, profit sharing, and savings plans that constitute the retirement and savings portion of Xerox's comprehensive benefits program for exempt and non-exempt salaried employees (employees who are not covered by a collective bargaining agreement).* It supersedes the portions of all previous handbooks relating to these plans, which were published under the titles *You and Xerox* (published in 1984), *You and Xerox: 1986, You and Xerox, 1987-88, You and Xerox* (published in 1990), and *You and Xerox: Benefits for Salaried Employees* (published in 1993), and any supplements published up to this date.

Key features of each plan, including eligibility requirements, are summarized in this book. However, it cannot cover all the details. Those details can be found in the official plan documents that legally govern all aspects of the plans. In the event of a discrepancy between the plan documents and the summaries in this book, the plan documents are controlling. If you have any questions, or if you need any additional information about your Xerox benefits, call the Xerox Benefits Center (1-888-979-9961).

The plans summarized and described in this book, prepared in September 1998, are subject to change. This handbook does not create a contract between Xerox and any employee. In order to meet its needs under changing conditions, the Company, at its discretion, may at any time terminate or change any of these plans or the statements made in this handbook.

Specifically designated portions of this document constitute part of a prospectus covering securities that have been registered under the Securities Act of 1933. These specifically designated portions are this page, and the sections of *You and Xerox: WealthWise* entitled "Making the Plans Work For You," "401(k) Savings Plan," "Profit Sharing," the two sections on "Accessing Your Funds," "Distribution Options," and "Administrative Information."

The Profit Sharing and Savings Plan is subject to the provisions of the Employee Retirement Income Security Act (ERISA) dealing with reporting and disclosure, participation and vesting, and fiduciary responsibility. It is not subject to the funding or plan termination insurance provisions of ERISA because they do not apply to profit sharing plans. These provisions do apply to the Retirement Income Guarantee Plan (RIGP).

In addition, the Profit Sharing and Savings Plan is intended to constitute a plan under Section 404(c) of ERISA, and Title 29 of the Code of Federal Regulations Section 2550.404c-1, and fiduciaries of the plan may be relieved of liability for any losses that are the direct and necessary result of investment instructions given by participants or beneficiaries.

* Independent contractors, including (without limitation) leased employees, supplemental contract workers, consultants, agents, or anyone classified as such by the Company, or any other third-party personnel who perform services for the Company, are neither eligible for nor covered by the plans summarized herein (unless qualifying as an eligible dependent of an employee).

# Total Pay

## and Your Financial Security Benefits

The plans summarized in this book are based on our Total Pay concept at Xerox. *Total Pay* is all the value you receive from Xerox in return for your contribution to the business. Generally, this includes your base salary, payouts from results-based pay programs, profit sharing, and your benefits.

The idea behind *Total Pay* is simple: We want the combined total value you receive from all these elements to be competitive in the marketplace. And we want you to have as much flexibility as possible in deciding how you receive and use this total value.

*Total Pay* links two of our most important business strategies—diversity and empowerment.

The strength of our diversity means that each of us has very different needs and priorities. To reflect this, we include many different options and ways to receive value in our *Total Pay* programs.

Our empowerment strategy for business success is to give you the tools and support you need, the freedom to act, and accountability for results. Our *Total Pay* programs give you valuable resources to work with, the critical decision-making role, and accountability for making the plans work for you.

Our Financial Security Benefits illustrate this well. You have several plans to work with to build your financial strategy. They have the flexibility to be customized for your individual needs through the decisions you make. For example: In the 401(k) savings plan you can choose from before- and after-tax savings, you have a wide range of ways to invest your money, and you have several options for accessing it. You can take half your profit sharing contribution as "pay" by taking it in cash, or as a "benefit" by deferring it in the 401(k) savings plan.

The You and Xerox relationship is designed to support the Company's business goals and your personal goals. Our *Total Pay* approach helps Xerox hire and keep great talent and helps meet your individual needs so you can be focused and productive at work. It gives you the tools and financial support to manage your personal needs and reach your personal goals.

XC002421

# Table of contents

## INTRODUCTION

Your retirement income ____ 2
How to use this book ____ 3

## MAKING THE PLANS WORK FOR YOU

Why should I save now? ____ 4
Time: the wealth builder ____ 4
It pays to start early ____ 5
Dollar-cost averaging ____ 5
What are my investment choices? ____ 6
- Tier I: Broad Strategy Funds ____ 6
- Tier II: Focused Strategy Funds ____ 6
- Tier III: Marketplace Window ____ 7

How do I decide among these choices? ____ 7
Determine your personal tolerance for risk ____ 8
- Risk quiz ____ 9
- Sample investment allocations ____ 10

What's the difference between stocks and bonds? ____ 12
- Stocks ____ 12
- Bonds ____ 13

How much do I need to know about risk? ____ 14
How stocks and bonds perform against inflation ____ 15
Diversification: the risk tamer ____ 16
- Ways to diversify ____ 16

Putting it all together ____ 17
Once I've made my decision, I can sit back and relax, right? ____ 17

## HOW THE PLANS WORK 401(K) SAVINGS PLAN

At a glance ____ 18
How it works ____ 19
Who is eligible? ____ 20
Before-tax contributions ____ 20
After-tax contributions ____ 21
Other ways to use the 401(k) savings plan ____ 21
Investment choices ____ 22
- Tier I: Broad Strategy Funds ____ 22
- Tier II: Focused Strategy Funds ____ 23
- Tier III: Marketplace Window ____ 23

Fund valuations ____ 24
Checking your funds ____ 24
Designating your beneficiary ____ 24
Loans and withdrawals ____ 24

# Table of contents

## HOW THE PLANS WORK PROFIT SHARING

- At a glance — 25
- Who is eligible? — 26
- Calculating your contribution — 26
- About stock options — 28
- Tax withholding — 32
- When you leave Xerox or go on long-term disability — 33
- Designating your beneficiary — 33
- 1998: A transition year — 33

## HOW THE PLANS WORK EMPLOYEE STOCK OWNERSHIP PLAN

- At a glance — 34
- Who is eligible? — 35
- How your ESOP account grows — 35
- The value of your account — 36
- Stock rights — 37
- Diversification election — 38
- Federal limits — 38
- Designating your beneficiary — 39

## HOW THE PLANS WORK RETIREMENT INCOME GUARANTEE PLAN

- At a glance — 40
- Who is eligible? — 41
- Benefit eligibility — 41
- About your beneficiary — 41
- Calculating your benefit for the best result — 42
- Early retirement reduction — 44
- Factors that could affect your retirement benefit — 48
- If you leave Xerox — 49
- Reemployment — 49
- Disability — 50
- If you die before retirement — 51
- Settling with the plan — 51
- Prior distributions — 51

## ACCESSING YOUR FUNDS DURING YOUR EMPLOYMENT

- Loans — 56
- Withdrawals — 58

## ACCESSING YOUR FUNDS

Distributions from the 401(k) savings plan 61
Treatment of profit sharing stock options 61
Distributions from the Employee Stock Ownership Plan 62
Distributions from RIGP 63

## DISTRIBUTION OPTIONS

Cash distributions 65
Rollovers 65
Annuities 65
Installment payment option 66
Minimum distributions 66

## TAX TREATMENT OF DISTRIBUTIONS

Mandatory withholding 67
10% additional tax 68
Voluntary withholding 68
Special tax treatment for lump sums 68
Tax treatment of stock distributions 69
Impact of before-tax savings and salary redirection 70
Qualified Domestic Relations Orders 70
Social Security 70

## ADMINISTRATIVE INFORMATION

Your rights under ERISA 71
Claims denial and appeal procedures 72
Plan documents 73
Plan continuation 73
Employer identification number 73
Plan Administrator 74



You and Xerox: *WealthWise* is your reference book for information about the array of financial benefits that Xerox provides to all salaried employees. These financial benefits are structured to help provide you with a sufficient retirement income.

Having a comfortable retirement income requires the combination of all of the plans below. Your savings in the 401(k) savings plan can become a significant part of your total retirement income.

The 401(k) savings plan gives you the flexibility to invest in a range of funds. Hand in hand with that freedom of choice comes the responsibility to manage your investments. To help you make the most of your choices, the information provided in *You and Xerox: WealthWise* explains how the plans work and provides some important information about making investment decisions.

## Your retirement income

What Xerox provides at no cost to you
Equal contributions by you and Xerox
Your contributions
Retirement Income Guarantee Plan (RIGP)
Employee Stock Ownership Plan (ESOP)
Profit Sharing and Savings Plan
Social Security
401(k) savings plan (a component of the Profit Sharing and Savings Plan)

# How to use this book

Information about how to participate in each plan appears under the heading of each plan. Information about what happens to your accounts when you terminate or retire appears in "**Accessing your funds.**"

A special section, "**Making the plans work for you,**" is a guide to demystifying investment decisions, like the ones you'll need to make when you save in the 401(k) savings plan.




If you're new to investing or if investment decisions make you nervous, then take a look at "**Making the plans work for you.**" It explains some of the basics about investing, including types of investments, the different kinds of investment risk and why it is important to identify your savings goals and time horizons.

Even if you're a more experienced investor, "**Making the plans work for you**" has important information about your investment options.

While "**Making the plans work for you**" may be helpful as you decide which funds to select in the 401(k) savings plan, it also applies to your larger total investment picture. That includes all the plans that Xerox provides for you. And it includes your personal savings and investments.

It's helpful to keep this larger picture in mind when making all your investment decisions.



For more detailed information on your investment options, refer to the latest **Xerox 401(k) Savings Plan Investment Funds Guide**, which is included with this book, and the **Investment Funds Annual Report.**

XC002426



# Making the plans work for you

Saving for retirement might sound intimidating. If you are tempted to put off saving in the 401(k) savings plan because you think it sounds too complicated, then this section is for you. If you're ready to start saving or you're already saving but want to rethink your asset mix, this section is for you, too.

"Making the plans work for you" is designed to help you ask the right questions about investing your money and to come up with answers that make sense for your individual circumstances and needs.

## Why should I save now?

### TIME: THE WEALTH BUILDER

Starting a savings program early in your career is important. The earlier you begin saving for retirement, the more opportunity there is for your money to grow.

Your money grows faster in a tax-deferred plan like your 401(k) savings plan. That's because of the power of compounding. All the dividends, interest, and capital gains from your investments are reinvested in your funds, and you don't have taxes taken out along the way. Reinvesting means you earn money on your investment returns, which makes your account balance grow faster.

The longer you keep your money invested, the more powerful effect compounding can have on the value of your funds. Through compounding, even small differences in investment returns can add up to big differences over a ten-, 20-, or 30-year span.

XC002427



IT PAYS TO START EARLY
In the following illustration, both savers make $40,000 a year.
Assumes each saver receives a 5% salary increase and achieves a 10% annual investment return.
Source: Ibbotson Associates
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$0
0 1 2 3 4 5 6 7 8 9 10 11 12 13 14
Saver A begins right away, saving 4% of pay from the first year of her career.
Saver B waits until the eighth year to begin saving. To make up for lost time, Saver B saves twice as much—8% of pay.
But at the end of 14 years, Saver A still has almost $10,000 more than Saver B, even though she is saving half as much. It will take Saver B four more years to catch up with Saver A.

## Dollar-cost averaging

By saving through payroll deduction, you are actually using a technique called dollar-cost averaging recommended by investment professionals. You're investing regular amounts at fixed intervals, without trying to predict the best time.

That means you automatically buy more when the price is low and less when the price is high. The result is a better average share price. Dollar-cost averaging keeps you focused on long-term investment goals instead of short-term market performance.

# What are my investment choices?

Xerox provides a wide range of investment choices for your savings. To make those choices easier, the funds are now grouped in three tiers. You can select funds from one, two, or all three tiers when allocating your savings contributions.

The funds are listed in order of increasing risk within each tier.

**About Tier I and Tier II funds**

The funds in Tiers I and II were created exclusively for Xerox employees. The Xerox Trust Investments group establishes the investment guidelines and selects the investment managers for the funds. These professional money managers also manage segments of the Xerox pension funds, so your contributions are managed with the same professionalism and rigor as the Company's money.

The Xerox Trust Investments group may select multiple managers with complementary investment styles for each fund. Having more than one manager adds a level of additional diversification that may help to improve the fund's performance.

All funds must pay administrative expenses and investment management fees. Historically, Xerox has maintained significantly lower expense ratios than comparable mutual funds. For the funds in Tier I and Tier II, Xerox uses the combined purchasing power of the pension fund and the 401(k) savings plan funds to negotiate what are, in essence, wholesale management rates. Management fees are paid from fund performance, so these lower fees are an important factor in the overall performance of your funds.

## TIER I: BROAD STRATEGY FUNDS

Balanced Fund—More Bonds
Balanced Fund—Fifty/Fifty
Balanced Fund—More Stocks

The Broad Strategy Funds provide the convenience of one-stop shopping. They are the most diversified of all the Xerox fund options. They invest in a wide range of asset classes, including U.S. and international stocks, bonds, money market instruments, and private investments. Any of the Broad Strategy Funds is diversified enough to be your savings portfolio.

## TIER II: FOCUSED STRATEGY FUNDS

Income Fund
Enhanced Bond Fund
U.S. Stock Fund
International Stock Fund
Small Company Stock Fund
Xerox Stock Fund

As the name implies, the funds in Tier II focus on specific types of assets, like the stocks of large companies or small ones, U.S. stocks or international stocks, and bonds with high quality and short duration or a wider quality range and longer duration. One or more of these funds are best used in some combination with each other or with Tier I funds.



## TIER III: MARKETPLACE WINDOW

The Marketplace Window provides access to mutual funds outside of Xerox. A wide variety of mutual funds is available here, including specialized funds like an index fund and a money market fund not found within Tiers I and II.

### Caveat Emptor: Let the Buyer Beware!

**The Latin warning "Caveat Emptor" applies when you step beyond the Xerox funds in Tiers I and II. Tier III funds are not Xerox-managed or created funds, so employees who select funds from this tier assume more investment responsibility. Although the Xerox Trust Investments group monitors fund performance, it does not set investment strategy or select investment managers in the Marketplace Window. The funds in this tier are highly reputable, but individuals who participate in these funds must play a more active role in monitoring their investments. Before choosing funds from this tier, make sure you are comfortable assuming that role.**

## How do I decide among these choices?

The decisions you make in allocating your savings in the 401(k) savings plan can affect whether you will have enough money when you retire. If you play it too safe, your funds may not earn enough money by the time you retire to provide you with enough retirement income. On the other hand, if you concentrate on the highest potential returns without diversifying, you could stand to lose too much money.

How do you decide what's right for you?

To sum it up, you need to answer three important questions that affect your investment decisions.

- How long will it be until you need the money?
- What's your total investment picture, including other savings or investments?
- What's your personal appetite for risk?

The first step is to determine how much risk you can or should take. Every investment bears some type of risk. Selecting a balance between risk and return should take into account your personal needs and appetite for risk.

The **Risk Profile Quiz** on page 9 will help you understand the kind of investor you are.

### Where to get more fund information

**The Xerox 401(k) Savings Plan Investment Funds Guide** accompanies *You and Xerox: WealthWise;* also available from the Xerox Benefits Center

**The Investment Funds Annual Report,** published by the Xerox Trust Investments group; mailed to you each year in March, or available from the Xerox Benefits Center

**The Xerox Benefits Center**
1-888-979-9961

**Your Benefits Resources,**
the Xerox benefits Web site
http://resources.hewitt.com/xerox

### The sleep factor

But no matter how you score on the quiz, there's another, more personal consideration. Call it the Sleep Factor. This is, simply, how much risk can you tolerate and still sleep at night? The only right answer is the one you provide.



Determine your personal
tolerance for risk

100

XC002431

MAKING THE PLANS

**A**nswer this quiz to help you decide how much investment risk you're willing to take.

Review each pair of statements below.
Circle the number that best describes where you fall between the two statements.

| | | |
|---|---|---|
| My primary goal is to protect my retirement savings. I'm concerned about losing money | 1 2 3 4 5 | My primary goal is to earn enough on my retirement savings to stay ahead of inflation. I am willing to risk some losses to do so. |
| I would definitely be upset if my 401(k) savings plan statement showed a loss. | 1 2 3 4 5 | A loss on my 401(k) savings plan statement wouldn't necessarily bother me. |
| If the stock market dropped, I'd take my losses and pull my savings out of stocks. | 1 2 3 4 5 | If the stock market dropped, I'd put more of my money into the market to catch it before it moves back up. |
| If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the cash. | 1 2 3 4 5 | If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the chance. |
| I would worry about short-term investment losses. | 1 2 3 4 5 | I wouldn't worry about short-term investment losses. |
| I wouldn't invest in a start-up company, even one with a promising idea. | 1 2 3 4 5 | I'd invest in a start-up company if it had a promising idea. |
| I plan to begin withdrawing my savings within the next five years. | 1 2 3 4 5 | I do not plan to take money out of my 401(k) savings plan for at least 25 years. |
| My 401(k) savings represent the majority of my personal savings and investments. | 1 2 3 4 5 | My 401(k) savings represent only a small portion of my personal savings and investments. |

Your Score:__________

Total the numbers from the statements above and note your score. Then check the description of risk tolerance for your score. Does it sound like you?

**8–13 Conservative**

**14–20 Conservative to Moderate**

Conservative investors are generally concerned about the stability of their investments. Their most important objective is to avoid short-term risk, and they are willing to give up return to do so.

**Moderate**

Moderate investors generally seek a balance between risk and return. They generally select a mix of funds with varying levels of risk.

**28–34 Moderate to Aggressive**

**35–40 Aggressive**

Aggressive investors look for a high return from growth investments over the long term. They are often willing to take on more risk (and short-term fluctuations) for a higher return.

## Sample investment allocations

The following sample allocations represent possible investment allocations for each risk tolerance profile. The Xerox Stock Fund is not included in these profiles because you have opportunities to own Xerox stock through profit sharing and your account in the Employee Stock Ownership Plan. Keep in mind that you have to include all your ownership in Xerox stock when evaluating your portfolio. Too much of any one stock could affect achieving your investment objectives. For more information, see "About investing in Xerox common stock" on page 17.

### 8 to 13
### Conservative Risk Profile

Investors with a low tolerance for risk may be within three to five years of retirement or within several years of paying for college tuition. Because they will need access to their funds soon, they want to avoid market fluctuations. Capital preservation is the highest priority. But they do want some capital appreciation, since they expect to live another 25+ years.

■ 100% Income Fund

or

■ 50% Income Fund
■ 50% Enhanced Bond Fund

### [illegible]
### [illegible]rvative to Moderate
### [illegible] Profile

These investors are entering the last phase of their careers. They want some capital appreciation without taking undue risks to get it.

■ 40% Income Fund
■ 40% Enhanced Bond Fund
■ 20% U.S. Stock Fund

or

■ 100% Balanced Fund—More Bonds (70% bonds, 30% stocks)



40% Enhanced Bond Fund
30% U.S. Stock Fund
20% Small Company Stock Fund
10% International Stock Fund

or

100% Balanced Fund—Fifty/Fifty
(50% bonds, 50% stocks)

## 21 to 27
## Moderate Risk Profile

Investors in this profile may be at the mid-point of their careers. Their concerns about capital appreciation and capital preservation are about equal. Their overall allocation of stocks and fixed income investments is evenly split between the two.

## 28 to 34
## Moderate to Aggressive Risk Profile

Investors who fit this category may be in a mature phase of their careers. Retirement is still a way off, but they may be saving for children's college tuition. This investor may weight the portfolio more heavily to stocks than fixed income. Capital appreciation is more important than capital preservation.

35% U.S. Stock Fund
25% Small Company Stock Fund
20% Enhanced Bond Fund
20% International Stock Fund

or

100% Balanced Fund—More Stocks
The original Balanced Fund
(30% bonds, 70% stocks)

50% U.S. Stock Fund
25% Small Company Stock Fund
25% International Stock Fund

## 35 to 40
## Aggressive Risk Profile

Aggressive investors may be starting out in a career with a long time ahead before retirement. This investor may be a "do-it-yourself" investor who wants a high return and is willing to take chances to get it. High returns are the main motivator. This investor is less concerned about preserving capital.

## What's the difference between stocks and bonds?

Stocks and bonds represent different asset classes, and they perform differently. Funds that invest in either or both can be useful in your portfolio. First, here's how they work.

# Stocks

When you buy the common stock of a company, you are buying into the ownership or *equity* of the company. The value of your investment can grow in two ways:

- **Income**

  The company may pay you current income in the form of dividends on your stock. Dividends represent a part of corporate earnings distributed to shareholders.

- **Growth**

  The share price of the stock may increase.

Neither dividends nor growth in the share price of a stock is guaranteed. Stocks fluctuate in price, sometimes dramatically, over shorter periods of time. But as an investor, time is on your side.

Historically, the longer money has been invested in stocks, the more it has grown. Although stocks can (and do) go up and down in value significantly in the short-term, they have generally increased over the long term. The longer you have until retirement, the more time you have to weather short-term downward trends and take advantage of long-term gains.

Historically, the stock market has risen over time, but it does not always rise from year to year.

The period of 1973-1974 was the last severe sustained bear (down) market that U.S. stocks experienced. During those two years, if you were an investor in the U.S. stock market, you would have lost about half the value of your equity portfolio. Although these periods occur infrequently, they can and will happen.

The market crash of 1987 was a severe correction during an otherwise up year for U.S. stocks. The S&P 500 lost over 21% during the month of October. This kind of volatility underscores the higher risk of being invested in U.S. stocks.

$100,000

$10,000

$1,000

'60 '61 '62 '63 '64 '65 '66 '67 '68 '69 '70 '71 '72 '73 '74 '75 '76 '77 '78 '79 '80 '81 '82 '83 '84 '85 '86 '87 '88 89 '90 '91 '92 '93 '94 '95 '96 '97

The S&P 500 is an average of the prices of 500 widely held common stocks. It's an indicator of general stock market performance. This chart shows that the S&P 500 has risen over longer periods of time, but it's had significant fluctuations in value over shorter periods of time.

Source: Ibbotson Associates

# Bonds

Corporations, governments, and government agencies issue bonds as a way of borrowing money. Bonds are also called *debt*. When you buy a bond, you are lending money to the issuer. Bonds pay you interest and return your principal at the end of the term. The interest rate depends on the quality of the assets backing the bond and the length of time until the bond matures.

Higher interest rates may mean lower quality or longer terms: more risk. Lower interest rates may mean higher quality or shorter terms: less risk.

The period from 1990 to 1991, when viewed close up, shows how large drops can and do occur, even during times when the overall U.S. stock market is up. A similar event happened in 1997 when the Southeast Asian crisis caused a sudden drop in stock prices worldwide, even during a market that was moving strongly upward.

$25,000
$23,000
$21,000
$19,000
$17,000
$15,000
1/90
7/90
1/91
7/91

Each of these examples shows how you can lose money in the short term if you had to withdraw from the market during those times. If you remained invested, you would have likely recovered and increased your returns. How long is short-term? In these examples, it is as short as six months and as long as two years, and can be longer.

The past performance of the stock market in general, or any one stock in particular, is no guarantee of future performance.

**Interest rates and bond values**

Bond values fluctuate as current interest rates change. When interest rates drop, bond prices rise because their interest rates become more attractive. The opposite is also true. When interest rates rise, the bond prices fall because their interest rates are lower than current rates.



# How much do I need to know about risk?

The relationship between risk and return is like a seesaw, with market risk and higher potential returns at one end and inflation risk and lower, steadier returns at the other. Of course, you want the highest possible return on your investment. But along with that high return comes the potential for loss. On the other hand, investments that pay a predictable return may not earn enough to achieve your savings goals.

Striking the right balance between risk and return depends in part on the length of time before you need access to your money.

Market Risk
Higher Potential Return
Inflation Risk
Lower Potential Return

## Market risk: A short-term risk

Investments with the potential for the largest increase in value over the long term usually have the most risk of loss in the short term. Stocks generally go up and down in value frequently over the short term. But over the long term, as an asset class, they have produced greater returns.

**If you plan to leave your funds invested for some years, you don't have to worry as much about market risk.**

## Inflation risk: A long-term risk

Funds that have the most stable values in the short term tend to provide lower long-term returns. If the rate of return on your investment is lower than inflation, prices will rise faster than the value of your savings, making your savings worth less. Funds that invest in "fixed income" instruments, like bonds, have less market risk because their prices tend to fluctuate less. But over the long term, they have a more difficult time outpacing inflation.

**If you are going to withdraw your money in the near future, you don't have to worry as much about inflation risk.**

The degree of risk does not indicate whether the investment is good or bad or what the outcome will be. Rather, it indicates the **potential** to fluctuate in value and whether it is **likely** to outperform inflation in the long run.

# How stocks and bonds perform against inflation

During longer periods (20 years or more), stocks have always outperformed inflation. During shorter periods (e.g., five-year spans), they outperformed inflation nearly 80% of the time. Over any time period, Treasury Bonds have had a tougher time outperforming inflation.

■ U.S. Stocks ■ U.S. Bonds

Percentage of time that U.S. stocks and U.S. bonds beat inflation for all five-, 10-, 15-, and 20-year periods, 1900-1997.
Source: Frank Russell & Co.

# Diversification: the risk tamer

Remember the adage about not putting all your eggs in the same basket? One way to minimize risk is to spread your investments over a broad range of assets that don't all move together. By spreading your investments over different types of assets, you have more opportunity for some investments to perform well if others perform poorly.

## Ways to diversify

For example, investing in a stock fund that buys the stock of only one company or one industry sector, like utilities or technology, has a higher degree of risk than a fund that invests in many types of assets, or a broad range of stocks, like the Balanced Funds or the U.S. Stock Fund. But the more narrowly focused funds also have the potential to outperform other, more diversified investments.

You can create your own recipe for diversification by choosing a Broad Strategy Balanced Fund, or by selecting several Focused Strategy funds or funds from more than one tier.

**Select a diversified fund, like one of the Balanced Funds, and let the professionals make all the investment decisions.**

The Balanced Funds invest in a blend of stocks and bonds to achieve specific performance objectives. Any one of these funds is diversified enough to be your entire savings plan portfolio.

**Select a combination of different asset classes**

By investing in a combination of stock and bond funds, you have a greater likelihood of having some perform well when others are not.

**Select among several choices within the same asset class**

The various stock funds focus on different sizes of U.S. companies and on companies outside the United States. The bond funds invest for varying levels of risk.

## Putting it all together

By now, you probably have a better understanding of your own tolerance for risk. You've clarified your investment goals and thought about the length of time before you begin to withdraw the money. Together, these should help you decide how much market risk or inflation risk you can safely assume.

Remember to think about your entire investment picture when making any investment decision. Your total investment picture includes all of your Xerox-provided benefits and your own savings in the 401(k) savings plan, which your annual Value Added Statement reports in detail. Then factor in your personal savings and investments outside of Xerox. Don't forget to include your emergency savings, investment portfolios, real estate (including your home), and any life insurance policies and annuities.

Keeping your total investment picture in mind will help you make sound individual investment decisions when choosing your 401(k) savings plan fund allocations.

Investment funds generally have limits on the amount of any single stock that the fund can hold. This is done to prevent the fund from risking too much in a single stock. Even though there are no limits on how much you can invest in Company stock in the 401(k) savings plan, remember to think "big picture" and consider how much Company stock you already own through other plans before deciding to invest in the Xerox Stock Fund.

**A word to the wise**

If you decide to seek professional advice, here are a few more pointers. Make sure the fee-for-service investment planner you select has your needs in mind. Ask to see the fee schedule and make sure you are clear about how fees are charged.

**About investing in Xerox common stock**

As you think about how to allocate your payroll contributions in the 401(k) savings plan, there is an important point to consider about owning Xerox stock. Xerox provides various ways for you to participate in ownership of the Company. These include:

- The automatic deferral of 25% of your profit sharing contribution to the Xerox Stock Fund (beginning with profit sharing for 1999)
- Your 401(k) savings invested in the Xerox Stock Fund
- The 25% of your profit sharing paid in stock options
- Your account in the Employee Stock Ownership Plan (ESOP)

## Once I've made my decision, I can sit back and relax, right?

Well, not for long. It's a good idea to revisit your fund selections about once a year. Think of it as an annual investment checkup.

Much can change in a year that affects when you will need your savings. You could decide to get married. Have a child. Or start to save for future college tuition costs. The normal events of every day can affect how you allocate your savings contributions. Your once-a-year checkup is the time to step back and look at how life events might have changed your priorities. As your priorities change, so may your fund selections.

As part of your annual checkup, don't forget to take a look at your original percentage allocations and how fund performance during the year may have changed them. Fund performance can result in your allocations being out of proportion. If your original allocations are still valid, then it's a good idea to rebalance your funds so that your investment allocations remain in the right proportion.

As you can see, making investment decisions takes time and thought. But the investment of time is worth every minute. Building your retirement security is too important to take lightly. After all, it's your future.

XC002440

# How the plans work

# 401(k) savings plan

## AT A GLANCE

One of the most important components of your total retirement income will be your personal savings. The 401(k) savings plan lets you save money before you pay taxes on it and accumulate earnings that remain untaxed until you take out the money. Tax-deferred saving has the potential to build wealth faster, because your savings contributions and their earnings grow without being taxed until you withdraw your funds.

You can save up to 18% of eligible pay through payroll deductions, depending on how much you earn. You can also save after-tax and enjoy tax-deferred earnings until you take out the money.

You have a range of investment choices in three tiers of funds.

**Tier I: Broad Strategy Funds** are diversified enough for any one of them to be one-stop shopping for your savings allocation.

- Balanced Fund—More Bonds
- Balanced Fund—Fifty/Fifty
- Balanced Fund—More Stocks

[illegible] are six funds that invest in specific assets.

- Income Fund
- Enhanced Bond Fund
- U.S. Stock Fund
- International Stock Fund
- Small Company Stock Fund
- Xerox Stock Fund

**Tier III: The Marketplace Window** gives you access to a variety of mutual funds.

Your accounts are valued daily and you can make transactions as often as you wish.

You have access to your money through certain loan and withdrawal provisions while you are employed.

## HOW IT WORKS

The 401(k) savings plan, a component of the Xerox Corporation Profit Sharing and Savings Plan, is one of the key elements of your total retirement benefits. The others are your Retirement Income Guarantee Plan (RIGP) benefit, your Employee Stock Ownership Plan (ESOP) account, and the amount you will receive from Social Security. Experts agree that your personal savings are essential to having enough money when you retire. One of the key ideas behind the *Total Pay* approach at Xerox is to give you a great deal of flexibility in how you use your benefits and the overall responsibility for using them effectively.

The 401(k) savings plan is designed to help you save over the long term for retirement. You may also use it for shorter-term goals, like borrowing from your account to pay for college tuition. When you participate in the plan,

- You can save money before you pay income taxes on it.

  Your savings are withheld from your pay before your federal income tax is calculated. That means your taxable income is lower, and so are your income taxes. Since you're paying less in taxes, you can save without missing all of the money.

- Your investment results are not taxed until a later date, when you withdraw your money.

  All of your earnings are reinvested in the plan so your money grows faster.

- You have a range of investment fund choices managed by highly qualified investment managers.
- Xerox has negotiated lower investment fees in many of the fund options.
- You can also save on an after-tax basis and your earnings will grow tax-deferred.
- You can enjoy the benefits of dollar-cost averaging by saving regularly through payroll deductions.

Each of these features alone can make your savings grow faster. Put them together and you have a powerful mechanism for building wealth.

## Who is eligible?

You are eligible to begin saving in the 401(k) savings plan as of your date of hire.

## Before-tax contributions

You can save up to 18% of your pay annually through payroll deduction, depending on how much you earn. The maximum amount is subject to limits set by federal regulations, which can change.

Before-tax contributions are deducted from your pay before income taxes are withheld. The amount you save directly reduces your taxable income. You invest your savings in a range of investments that you select, based on your personal goals.

Because you enjoy special tax advantages that are designed to help you save over the long term, access to your funds before you retire is limited.

**Saving before taxes makes a big difference**

Saving before you pay income taxes helps you save more money with less impact on your take-home pay.

| | Before-Tax Savings | No Savings |
|---|---|---|
| Monthly Pay | $ 2,916.67 | $ 2,916.67 |
| Before-Tax Savings | – 116.67 | – 0 |
| Taxable Income | $ 2,800.00 | $ 2,916.67 |
| Federal Income Tax* | – 349.28 | – 391.00 |
| FICA | – 223.17 | – 223.17 |
| Pay Before Other Taxes and Deductions | $ 2,227.55 | $ 2,302.50 |
| **Difference in take-home pay** | **$74.95** | |

*Assumptions:
1997 tax estimates for a single person with one exemption, earning $35,000, saving 4% of pay, taking the standard deduction

**Pay yourself first:** If you were saving $117 a month, you would be kicking in only $75 a month. The other $42—almost 40% of your total savings—is money that would have gone to pay taxes at this salary level and savings rate. So you get to keep that money working for you until you retire or withdraw from the plan.

You get to salt away much more than you'll miss in your take-home pay, making this a deal too good to pass up.

**Before-tax savings and profit sharing limits**
Federal regulations impose a limit on the *combination* of before-tax savings and the portion of the profit sharing payout you can defer into the 401(k) savings plan. This amount is subject to change each year, depending on inflation. In 1998, it is $10,000.

**Savings limits for 1998**

The federal government imposes overall limits, which are subject to annual change, on how much you can save in the 401(k) savings plan. The maximum tax-deferred saving in 1998 is $10,000.

| Xerox Earnings | Before-Tax | After-Tax | Maximum Before- and After-Tax |
|---|---|---|---|
| Up to $80,000 | 18% | 18% | 18% |
| $80,000 or more | 10% | 1% | 11% |

XC002443

## After-tax contributions

You can also save on an after-tax basis in the 401(k) savings plan. The earnings on your savings will grow tax-deferred as long as they remain in your account. You do not pay taxes on your after-tax contributions when you withdraw them. But you will owe income taxes on the money earned on those contributions when you withdraw your money. See page 58 for more information on how withdrawals from after-tax savings are taxed.

**Why make after-tax savings contributions?**

You might use after-tax savings if you have reached the before-tax maximum. With no taxes to pay on investment results until you withdraw the money, your wealth has the potential to grow faster. After-tax saving gives you easier access should you need some of your money, even though you must pay income tax on the earnings portion of your withdrawal. In most cases, you will also be liable for a 10% additional tax on the taxable portion of your withdrawal. The 10% tax does not apply if you are age 59½ or older, or if one of the exceptions listed on page 68 applies. You may be required to file IRS Form 5329 to avoid this additional tax.

**Nondiscrimination tests**

By law, Xerox must demonstrate that the 401(k) savings plan includes a fair mix of savings from all plan members and does not discriminate in favor of highly paid employees. At publication date, highly paid employees are defined under federal tax law as earning $80,000 or more. This definition is subject to change, based on increases in the Consumer Price Index and other criteria determined by the federal government. If you are a highly paid employee, your maximum savings rate will be reduced below the plan maximums for other employees. The Xerox Benefits Center will advise you of any adjustments to your maximum allowable savings rate.

## Other ways to use the 401(k) savings plan

You can defer the cash portion of any profit sharing payout into the 401(k) savings plan.

If you have a 401(k) plan from a previous employer, you can roll it over into the Xerox 401(k) savings plan. You can do this as a direct rollover from your previous employer, through a conduit IRA that has not been commingled with other funds, or by certified or cashier's check within 60 days of receiving the funds from your previous employer.

When you retire from Xerox, you can roll over a lump-sum distribution from the Retirement Income Guarantee Plan (RIGP) into the 401(k) savings plan and continue to manage your money in the plan, even though you have retired.

When you are eligible to diversify your ESOP account, you can invest the diversified amount in any of the funds in the 401(k) plan. For more information about diversifying your ESOP, see page 38.