# Attachment 8

# Part B

# Investment choices

To accommodate the broad range of employees' investment needs and goals, Xerox provides three tiers of investment choices.

The funds are listed in order of increasing risk within each tier.

## About Tier I and Tier II funds

The funds in Tiers I and II were created exclusively for Xerox employees. The Xerox Trust Investments professionals establish the investment guidelines and select the investment managers for the funds. These professional money managers also manage segments of the Xerox pension funds, so your contributions are managed with the same professionalism and rigor as the Company's money.

The Xerox Trust Investments group may select multiple managers with complementary investment styles for each fund. Having more than one manager adds a level of additional diversification that may help to improve the fund's performance.

All funds must pay administrative expenses and investment management fees. Historically, Xerox has maintained significantly lower expense ratios than comparable mutual funds. For the funds in Tier I and Tier II, Xerox uses the combined purchasing power of the pension fund and the 401(k) savings plan funds to negotiate what are, in essence, wholesale management rates. Management fees are paid from fund earnings, so these lower fees are an important factor in the overall performance of your funds.

## TIER I: BROAD STRATEGY FUNDS

The Broad Strategy Funds are three variations of Balanced Funds. These funds are the most diversified of all the Xerox fund options. In fact, any of the Tier I funds has an investment strategy broad enough for one-stop shopping. You may pick your desired level of risk, and choose any one of them to be your total savings portfolio. The Balanced Funds invest in stocks of U.S. companies, international stocks, a variety of bonds and fixed income securities, money market instruments, and private investments. Each fund varies in its ratio of stock to bond holdings. This ratio gives each fund a different risk and return profile.



**Balanced Fund—Fifty/Fifty** targets an equal amount of assets in stocks and bonds. This fund has a moderate level of risk and should generate a return somewhere between the Balanced Fund—More Stocks and the Balanced Fund—More Bonds.

**Balanced Fund—More Bonds** targets about 30% of fund assets in stocks and 70% in bonds. This is the most conservative mix of the three Balanced Funds. It will generally produce a steadier return, but the return will probably be lower than the other two Balanced Funds.



**Balanced Fund—More Stocks** targets about 70% of fund assets in stocks and 30% in bonds. Of the three Balanced Funds, this one has the highest potential for short-term fluctuations in value. It also has potential for the highest returns of the three Balanced Funds. This is the original Balanced Fund in which the Xerox pension assets are invested.

## Where to get more fund information

The Xerox 401(k) Savings Plan Investment Funds Guide accompanies You and Xerox: WealthWise, also available from the Xerox Benefits Center

The Investment Funds Annual Report, published by the Xerox Trust Investments group; mailed to you each year in March, or available from the Xerox Benefits Center

The Xerox Benefits Center
1-888-979-9961

Your Benefits Resources, the Xerox benefits Web site
http://resources.hewitt.com/xerox

22

## Caveat Emptor: Let the Buyer Beware!

We've said it before, but it bears repeating. Funds selected from Tier III place more responsibility on you to monitor your investment choices. Although the Xerox Trust Investments Group monitors fund performance in this tier, these funds have not been created specifically for Xerox. The Trust Investments group does not establish investment management guidelines for these funds as it does for the Xerox funds, nor does it select or structure a mix of investment managers. Although the funds selected for this tier are highly reputable, individuals who participate in Tier III funds must be comfortable assuming more responsibility for watching over their investments. Xerox recommends that you read the prospectus for each fund to understand the fund's investment strategy, expenses, and permitted investments before investing.

XC002445



**Higher Potential Risk/Return**

Xerox Stock Fund

Small Company Stock Fund

International Stock Fund

U.S. Stock Fund

Balanced Fund: More Stocks

Balanced Fund: Fifty/Fifty

Balanced Fund: More Bonds

Enhanced Bond Fund

Income Fund

**Lower Potential Risk/Return**

How Tier I and Tier II funds rank in potential market risk and return

Risk/Return

# TIER II: FOCUSED STRATEGY FUNDS

As the name implies, the six funds in Tier II focus on specific types of assets. One or more of these funds are best used in some combination with each other or with Tier I funds.

**The Income Fund** buys mostly short- to intermediate-term, high-quality bonds. It has a low short-term risk and relatively stable rate of return. It produces a lower long-term return than less conservative options.

**The Enhanced Bond Fund** is a diversified portfolio of bonds with an intermediate-term duration and a wider quality range than the Income Fund. About 30% of this fund is invested in high-yield, lower-quality bonds. It produces an anticipated higher long-term return than the Income Fund with slightly more risk.

**The U.S. Stock Fund** is a diversified portfolio of the stocks of large- and medium-sized U.S. companies. It has high long-term growth potential and moderate to large fluctuations in value in the short term.

**The International Stock Fund** is a diversified portfolio of the stocks of established companies based primarily in the economically developed countries within Europe and Asia. It has high long-term growth potential and moderate to large fluctuations in value. Currency movements are an added risk to this fund.



**The Small Company Stock Fund** invests in stocks of businesses that are among the smallest 20% on the stock market. This fund has high long-term growth potential but may experience large fluctuations in value. It has greater potential for fluctuation than the U.S. Stock Fund.

**The Xerox Stock Fund** invests only in Xerox common stock. Because this fund holds only Xerox stock, plus a small amount of cash for liquidity, it is not diversified and, therefore, involves special risks.

## TIER III: MARKETPLACE WINDOW

This window into the retail marketplace of mutual funds offers access to mutual funds outside of Xerox. The wide variety of mutual funds available includes a money market fund, index fund, and more stock and bond funds with a range of investment objectives. Fees and administrative expenses for many of the funds in the Marketplace Window may be higher than the fees for the funds in Tiers I and II.

To invest in funds in the Marketplace Window, you will need to speak with a representative at the Xerox Benefits Center. This representative can give you basic fund information and send you a prospectus. Be sure to read it before you invest. If you do not request a prospectus, one will be mailed to you as soon as you purchase shares in the fund.



## Fund valuations

The funds in the 401(k) savings plan are updated and valued every day that the New York Stock Exchange (NYSE) is open. Transactions placed before the NYSE closes (generally 4 p.m. Eastern time) will be executed at the prices in effect when the NYSE closes for that day. Transactions entered after the market close will be executed on the next market day, at that day's closing prices. The date your savings contributions are invested can vary; they are invested as soon as administratively possible.

Xerox policy prohibits employees from trading in Xerox common stock or any other Company securities. When you buy Company stock (other than exercising stock options), it should be for investment, meaning you intend to hold it for an indefinite period. Generally, you should not sell Company stock or transfer out of the Xerox Stock Fund for at least six months after you have invested in it.



**Checking your funds**

You can hear your balances and make transactions through the Xerox Benefits Center. And you can request a written Statement of Accounts at any time.

You also can access your fund balances and make transactions online at **Your Benefits Resources Web** site (http://resources.hewitt.com/xerox). You can access this site from any location where you have Internet access, whether from work, home, or another location.

Your Value Added Statement, which is mailed to your home each April, provides an annual summary of your accounts.

## Designating your beneficiary

You must designate a beneficiary to receive the value of your account in the event of your death. The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid. If you are married and designate someone other than your spouse as your beneficiary, you must have your spouse's written consent to do so. These rules are the same for the 401(k) savings plan as for the Xerox Retirement Income Guarantee Plan (RIGP) and the Employee Stock Ownership Plan (ESOP). They are described in more detail in "About your beneficiary" on page 41. Beneficiary designation forms are available from the Xerox Benefits Center.

## Loans and withdrawals

If you need access to your money before you retire or leave the Company, the 401(k) savings plan allows for loans and withdrawals from your savings and any profit sharing you have deferred into your savings account. After two years, the amount automatically deferred into the Xerox Stock Fund becomes available.

For more information, see the Loans and Withdrawals section on page 56 "Accessing your funds."

XC002447

# How the plans work

AT·A GLANCE

**P**rofit sharing is a critical part of Xerox's *Total Pay* concept. It can add significantly to the total value you receive from the Company. It creates a link between your contribution to the Company's success and your compensation. And it gives you an ownership stake in Xerox through stock options and investments in the Xerox Stock Fund. You have the flexibility to make important decisions about how you receive the value of this important part of your total pay.

The profit sharing structure, effective in 1999, links the profit sharing contribution to growth in diluted earnings per share of Xerox common stock.

You receive your contribution in three components:

50% is paid to you in cash or—subject to IRS limits—you can defer all or a portion of this 50% into your 401(k) savings plan account

25% is automatically deferred into the Xerox Stock Fund

25% is provided in the form of stock options

The automatic deferral to the Xerox Stock Fund does not count toward your maximum contribution to the 401(k) savings plan.

Your stock options vest over three years (one-third each year). You can exercise them after they are vested. The exercise period expires eight years after the options are granted.

XC002448

25



# Who is eligible?

You are eligible to participate in the program if you have completed one year of service. To receive profit sharing for a calendar year, in most cases, you must be working for Xerox on December 31 of that year.

For example, if you were hired on June 1, 1998, you would complete a full year of employment on May 31, 1999. You would then be eligible to **begin** participating in the program. Your first profit sharing contribution would be based on your eligible pay from June 1, 1999 through December 31, 1999.

Your eligible pay includes your base pay plus overtime, commissions, and certain bonuses and lump-sum wages (exclusive of lump-sum salary continuance payments and prior to any before-tax savings and/or salary redirection).

You are eligible for profit sharing (except for stock options) on eligible pay for the year in which you retire or die while employed. You are also eligible for profit sharing (except for stock options) on eligible Xerox pay for the year in which you transition to employment in a Xerox subsidiary or XNE (Xerox New Enterprises) entity.

Eligible employees qualify for profit sharing while they are on short-term disability (up to five months). Beginning with profit sharing for 1999 (payable in 2000), employees who are receiving long-term disability benefits are not eligible for profit sharing until they return to work. This change will apply to *all* employees receiving long-term disability benefits, regardless of when the disability began.

If you terminate prior to December 31, you are not eligible for profit sharing for that year.

# Calculating your contribution

The profit sharing contribution can range between 0% and 15% of your eligible pay. The amount is linked directly to the growth in diluted earnings per share (EPS) from the previous year. This amount may vary from year to year. If growth in EPS from the previous year is less than 5%, the profit sharing contribution is zero.

### Earnings Per Share (EPS)

EPS is a critical indicator of a company's strength and earnings ability, and of its ability to attract and reward investors. EPS provides a good reflection of Xerox' performance and our actions. It gives a clear snapshot of our work effort and results.

EPS is defined as net income divided by the number of diluted shares outstanding. The use of "diluted" shares in this calculation accounts for the existence of stock options and other securities that could become Company stock, which can affect the number of shares outstanding at any given point. The growth in diluted EPS is reported each quarter, as part of Xerox's earnings release.



**The link between EPS growth and profit sharing**

The profit sharing contribution percentage is the same as EPS growth, within the minimum and maximum amounts. If EPS growth is 8%, the profit sharing contribution is 8% of your eligible pay. If EPS growth is 13%, the contribution is 13%, and so on, up to the maximum of 15%. If EPS growth is below 5%, there is no contribution. EPS growth is calculated to the nearest quarter percent (for example, 12.25%, 12.5%). When EPS growth is at least 5%, the minimum profit sharing contribution will be $100.

■ EPS growth

■ Profit sharing contribution % of eligible pay

XC002449



**What affects EPS?**

EPS can increase when net income goes up. This might be the result of an increase in revenue or a decrease in expenses. It can also increase when the number of diluted shares outstanding goes down—such as when the Company repurchases some of its stock.

EPS can decrease when net income goes down, either as a result of decreasing revenue or increasing expenses. It can also decrease when the number of shares outstanding goes up—such as when a Company issues more shares of stock or stock options.

**Net income:** Xerox's profit from continuing operations after all expenses and taxes, exclusive of special charges

**Diluted shares outstanding:** the number of shares of Xerox common stock available, including stock options and other securities that could become stock

## How profit sharing is paid

Your profit sharing contribution has three components:

50% is paid to you in cash or, at your election and subject to IRS limits, deferred into your 401(k) savings plan account

You can take all or some of this portion in cash or defer all or some of it to your 401(k) savings plan account in 1% increments. See page 22 for information about your investment choices in the 401(k) savings plan.

25% is automatically deferred into the Xerox Stock Fund

This amount must remain invested in the Xerox Stock Fund for at least two years. After that, it can be invested in another fund, borrowed, or withdrawn. When you withdraw these funds, you will owe taxes on the money plus, in most cases, an additional 10% tax.

This automatic deferral into the stock fund does not count toward your maximum 401(k) savings plan contribution ($10,000 in 1998).

25% is provided in the form of stock options

The first two components are covered under the terms of the Xerox Corporation Profit Sharing and Savings Plan, which is a tax-qualified plan governed by the Employee Retirement Income Security Act (ERISA). Eligible pay for these two components is capped at the federal limit for qualified plans ($160,000 in 1998). Profit sharing on pay in excess of the limit will be paid in cash.

The stock options are provided under the terms of the 1998 Employee Stock Option Plan, which is not a qualified plan and is not subject to ERISA. There is no cap on eligible pay.

# About stock options

Stock options give you the right to buy shares of stock at a fixed price—the option price. The options remain in effect for eight years. This period is called the exercise period—the amount of time you have to exercise the stock options you receive as part of your profit sharing. The options expire at the end of this period.

After options are awarded, you become vested in the right to exercise them over a three-year period, at the rate of $\frac{1}{3}$ each year. If you do not exercise your options by the end of the eighth year, they will expire.

Stock options are awarded only to employees who are actively at work. No options are awarded if you are on long-term disability or if you are receiving salary continuance. Nor will options be awarded for the year in which you retire or die. (Short-term disability does not affect your eligibility for stock options.)

| Definitions | |
| --- | --- |
| Exercise period | eight years from the year of the award |
| Vesting | the right to exercise your options |
| Vesting period | up to three years—you become vested in $\frac{1}{3}$ of your options each year |
| Valuation date | the date on which the option price is set; the valuation date for all Xerox stock options awarded to employees is December 31 (or the last trading day in the year, if earlier) |
| Option price | the price at which you may purchase Xerox stock; it is the average of the high and low prices of the stock on the valuation date |
| Market price | the market price of Xerox stock on the day you exercise your options |

### How stock options are granted

If your total profit sharing allocation is $6,000, you know that you'll get 50% ($3,000) in cash, which you can elect to defer to your 401(k) savings plan account. You also know that 25% ($1,500) will be automatically deferred to the Xerox Stock Fund. Finally, you know that you'll get another 25% of your profit sharing, or $1,500 worth, in stock options. But figuring out how many options you'll receive is not obvious.

There are a couple of different ways to calculate the number of options. First is the shortcut method, which is shown in the box below. For this example, the option price—the average of the high and low prices of the stock on the valuation date—is $100. (The option price is the price at which you may purchase Xerox stock when you are vested.)



| Shortcut method | | |
| --- | --- | --- |
| Total Profit Sharing Allocation | = | Number of Options Granted |
| Option Price | | |
| $6,000 profit sharing allocation | = | 60 options granted at |
| $100 option price | | $100 option price |

28)

XC002451

The second method involves two steps and a little more math, but it will help you understand how stock options are "valued." Xerox assigns a "value" to stock options, to determine how many options to award to eligible participants. For profit sharing options, Xerox "values" each option at 25% of the option price.

So here's the second formula for calculating the number of options awarded.





**Step 1**

| Option Price x 25% | = | "Value" of Each Option |
| $100 x 25% | = | $25 |

**Step 2**

| Profit Sharing Payable in Stock Options | = | Number of Options Granted |
| "Value" of Each Option | | |
| $1,500 profit sharing payable in stock options | = | 60 options granted at $100 option price |
| $25 | | |

Both methods give the same answer—60 options to purchase Xerox stock at $100 a share. The shortcut method works because the total profit sharing allocation is four times the amount payable in stock options, and the option price is four times the "value" of each option.

### Rounding

Fractional options are rounded by adding 0.5 and dropping the remainder. For example:

22.57 options + 0.5 = 23.07 rounds to 23

22.34 options + 0.5 = 22.84 rounds to 22

### Earning money from stock options

If the price of Xerox common stock goes up, you benefit from options when you exercise them—when you buy and sell, or buy and hold, the stock. Your gain is the difference between the market price of the stock and the option price. You profit from the difference. You can exercise your options any time after you are vested in them, until they expire.

All stocks fluctuate in price. If the stock price falls below the option price, there is no value to the stock option.

Although Xerox common stock has increased in value in the recent past, there is no guarantee that it will continue to do so. For more information about understanding stocks and how they perform, see "Making the plans work for you," beginning on page 4.

### Cashing in

Let's say you received 60 options with an option price of $100. Three years later, when you decide to exercise half of your options, Xerox common stock is selling for $140 a share. You exercise 30 options at $140. You make $40 a share, for a total of $1,200. You will owe federal taxes on this gain.

## Exercising stock options

When you exercise your options, you can do so in a "cashless" transaction.

When you exercise them in this way, you are in effect buying shares and immediately selling them. A broker handles the transaction for you and charges a nominal fee for this service. Your profit equals the difference between the market price and the option price, minus the broker's fee and taxes. A brokerage firm serves as the stock option administrator for Xerox.

If you choose, you can also use your own funds to purchase and sell the shares or purchase and hold the shares. If you buy and hold the shares, you must also pay applicable taxes from your own funds.

The following table shows how options vest and accumulate over time. After the eighth year, a certain number of options will expire each year if they are not exercised.

| | | | | Accumulating ownership | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant Year | Employee Earnings | Stock Options Granted | Option Price | Year 1 1999 Options Vested | Year 2 2000 Options Vested | Year 3 2001 Options Vested | Year 4 2002 Options Vested | Year 5 2003 Options Vested | Year 6 2004 Options Vested | Year 7 2005 Options Vested | Year 8 2006 Options Vested | Year Options Expire |
| 1999 | $40,000 | 40 | $100 | 0 | 13 | 27 | 40 | 40 | 40 | 40 | 40 | 2006 |
| 2000 | $42,000 | 38 | $110 | | 0 | 13 | 26 | 38 | 38 | 38 | 38 | 2007 |
| 2001 | $44,100 | 36 | $121 | | | 0 | 12 | 24 | 36 | 36 | 36 | 2008 |
| 2002 | $46,305 | 35 | $133 | | | | 0 | 12 | 24 | 35 | 35 | 2009 |
| 2003 | $48,620 | 33 | $148 | | | | | 0 | 11 | 22 | 33 | 2010 |
| 2004 | $51,051 | | $161 | | | | | | 0 | 11 | 22 | 2011 |
| 2005 | $53,604 | 30 | $177 | | | | | | | 0 | 10 | 2012 |
| 2006 | $56,284 | 29 | $195 | | | | | | | | 0 | 2013 |
| Total Stock Options Vested | | | | 0 | 13 | 40 | 78 | 114 | 149 | 182 | 214 | |
| Stock Price at Beginning of Year | | | | | $110 | $121 | $133 | $146 | $161 | $177 | $195 | |

Assumptions:

Eligible earnings: $40,000
Annual pay raise: 5%
Rate EPS grows annually: 10%
December 31, 1998 common stock price: $100
Annual stock price growth: 10%
1999 grant based on the profit sharing structure effective in 1999, not 1998 transition.

In this example, by year eight, the employee has accumulated 214 options that can be exercised at a market price of $195 per share.

The chart on the next page shows the options "piling up" as they vest.

30

XC002453



**Vesting in your options and exercising them**

This chart shows how options awarded from 1999 to 2006 vest through 2007. The dollar amount at the top of each column shows the gross profit if all the vested options were exercised at the beginning of the year. These amounts are not cumulative. Once a stock option has been exercised, it's gone.

Taxes are due on your profit at the time of exercise, along with a nominal broker's fee. If you exercise and hold the stock, there is no broker's fee, but you still must pay income tax on this amount at the time of exercise.

**Vesting schedule**
- 2006 grant
- 2005 grant
- 2004 grant
- 2003 grant
- 2002 grant
- 2001 grant
- 2000 grant
- 1999 grant

These options, awarded in 1999, expire if they're not exercised by December 31, 2006.

$14,343
$9,996
$6,663
$4,192
$2,062
$710
$130
$0

1999  2000  2001  2002  2003  2004  2005  2006  2007

HOW THE PLANS WORK PROFIT SHARING

XC002454

31

# Tax withholding

The full amount of the 50% of your profit sharing contribution that you take in cash or defer to your 401(k) savings plan account is subject to FICA withholding (currently 7.65%), whether or not you defer any or all of it to your 401(k) savings plan account.

If you choose to split the cash portion of your profit sharing contribution by deferring some to your 401(k) savings plan account and taking the balance in cash, the entire amount of FICA due on the cash and deferred portion will be withheld from your cash payout. This allows you to invest the full amount you deferred. You will owe income taxes on the amount you receive in cash. But deferred amounts are not subject to federal income tax until you withdraw them.

No FICA taxes are due on the portion automatically deferred to the Xerox Stock Fund or the portion granted as stock options. Proceeds from exercising your stock options—the market price minus the option price, times the number of shares exercised— are taxable at that time.

32

# When you leave Xerox or go on long-term disability

If you leave Xerox prior to December 31, you are not eligible to receive profit sharing for the year in which you terminate. When you retire, you will be eligible for a prorated profit sharing contribution (except for stock options), if any, for the year you retire, even if you do not stay to the end of the year. If you die while actively employed at Xerox, your properly designated beneficiary will receive your profit sharing contribution (except for stock options), if any, for the year of your death. The profit sharing contribution in the year you retire or die will be based on your eligible earnings for the year to the date of your death or retirement.

Beginning with profit sharing for 1999 (payable in 2000), long-term disability benefits are not eligible for profit sharing. This change applies to all employees on long-term disability, regardless of when the disability began.

If you become disabled, your profit sharing contribution will be based on your earnings up until you begin receiving payments from Xerox Long-Term Disability (after five months). Payments under long-term disability are not eligible for profit sharing. For example, if you become disabled on March 1, your five months of pay under Xerox Short-Term Disability (March through July) are eligible for profit sharing. Payments beginning August 1 under long-term disability are not eligible if you are currently receiving long-term disability benefits. You will not be eligible for profit sharing contributions until you return to work.

If your disability continues and you go on "inactive status without Xerox pay or benefits," your participation in profit sharing ends. If you are retirement eligible (age 55 with 10 years of service), you have 12 months to exercise your vested options—or until the options expire, if sooner. Otherwise, you have three months to exercise your vested options—or until the options expire, if sooner. See page 30 for more information.



**Accessing your funds**

For information about how to access your funds, see page 55.

# Designating your beneficiary

You must designate a beneficiary to receive the value of your account in the event of your death. The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid. These rules apply only to the components paid through the Xerox Corporation Profit Sharing and Savings Plan. They are described in more detail in "About your beneficiary" on page 41. Forms are available from the Xerox Benefits Center.

## 1998: A transition year

Nineteen ninety-eight is a transition year between the former plan and the new profit sharing structure. Special rules apply to 1998 before the new structure takes effect in 1999.

For 1998, you will receive half of your profit sharing contribution in the form of a contribution to the 401(k) savings plan, as before. The other half will come to you in the form of stock options. The 1998 profit sharing contribution will be the final year that the contribution is determined by Return on Assets. The previous plan maximum of 10% of covered compensation will remain in place for the 1998 contribution.

If you retire in 1998, a special contribution structure applies only for that year. You will receive a profit sharing contribution of 50% in cash or deferred to the 401(k) savings plan, and the remaining 50% in cash in lieu of stock options.

Reminder: For 1998, 50% of your profit sharing payout will be in stock options, not 25%. If you use the shortcut method to estimate the number of options you'll receive, remember to multiply by 2.

For example, if the 1998 profit sharing contribution is 10%, your eligible pay is $36,000, and the option price is $100, you'll receive 72 options.

$$\left(\frac{\$3,600}{\$100} \times 2 = 72\right)$$

XC002456

HOW THE PLANS WORK PROFIT SHARING

# How the plans work
# Employee Stock
# Ownership Plan

**A T   A   G L A N C E**

**X**erox provides the opportunity to own Company stock and participate in the Company's financial performance through the Employee Stock Ownership Plan (ESOP). This plan provides an additional source of retirement income paid entirely by Xerox.

Under the plan, you become a Xerox shareholder through the shares of Xerox Series B convertible preferred stock that are set aside in your name. The ESOP is designed as a long-term savings plan, so shares are held in your account until you retire or leave the Company, or diversify your account. For more information about the diversification election, see page 38. One share of ESOP stock converts to three shares of Xerox common stock at the time of distribution, because of the three-for-one stock split in 1996.

You receive stock in two ways:

- A priority allocation pays the dividends earned by the shares in your account. ESOP stock pays a dividend of $6.25 per year.

- A pay-based allocation is made after the priority allocation.

Your ESOP shares have a "floor" price of $78.25 per share. They are never worth less. But they can be worth more. When you settle with the plan at retirement or termination, your distribution will be the greater of the minimum value or the current market value, based on three times the price of Xerox common stock for every share of ESOP stock.

XC002457

## Who is eligible?

You are eligible to participate in the plan on the day after you complete one year of service.

For example, if you joined Xerox on June 1, 1998, you would be eligible to participate in the plan on June 1, 1999. Your first ESOP award would be a pay-based allocation, based on your eligible pay from June 1, 1999 through December 31, 1999. In subsequent years, you would receive the priority allocation (see below) and any pay-based allocation.

You receive the value of your account when you leave Xerox if you have at least five years of vesting service. If you have less than five years of service and you leave Xerox, you forfeit the value of your account.

## How your ESOP account grows

The plan was created in 1989 with about 10 million shares of Series B convertible preferred stock to be allocated over a 15-year period. Each year, the plan releases a portion of ESOP stock to be allocated to employee accounts. Employees who retire or die receive prorated allocations for the year in which they retire or die. Employees who transition to a Xerox subsidiary or XNE entity are also eligible for prorated allocations. Otherwise, you must be employed by Xerox on December 31 to receive that year's pay-based allocation.

Beginning with the allocation for 1999, employees who are on long-term disability are not eligible for pay-based allocations.

Allocations are made to your account in two ways.

**Priority allocations**
Each share of ESOP stock pays a dividend of $6.25 per year. The dividends that the shares in your account earned during the previous year are paid in more shares. The term *priority allocation* means that these shares are allocated before any pay-based allocations are made.

The number of shares in your priority allocation is determined by a formula. First, the dividends earned by the stock in your ESOP account are divided by the total dividends earned on the stock in all participants' accounts. Then, this fraction is multiplied by the total number of shares available for the priority allocation. The result is the number of shares allocated to your account.


Dividends on Stock
in Your ESOP Account

Total Amount of Dividends
on All Allocated Shares




Number of Shares Available
for Priority Allocation




Number of Dividend
Equivalent Shares
Allocated to Your Account

**The more shares in your account,
the higher your priority allocation will be.**
If you defer settlement of your ESOP account when you terminate or retire, your account will continue to earn dividends and receive priority allocations.

35

XC002458

**Pay-based allocations**

After the annual priority allocation, Xerox makes an allocation to your account based on your pay.

The number of Series B convertible preferred shares allocated to your account will be determined by a formula. First, your eligible pay is divided by the total pay of all Xerox ESOP participants. This fraction is multiplied by the total number of shares available for pay-based allocation. The result is the number of shares allocated to your account.



**Your Eligible Pay**



**Total Eligible Pay of All ESOP Participants**





**Number of Shares Available for Pay-Based Allocation**





**Number of Pay-Based Shares Allocated to Your Account**

**The more you earn (subject to IRS limitations), the higher your pay-based allocation will be.** However, as the number of shares in employee accounts grows, a greater percentage of the total available shares will be used to meet the priority allocation. This means that each year, fewer shares will be available for the pay-based allocation. Pay for determining plan benefits is capped at the federally mandated limit ($160,000 in 1998) for qualified plans.

# The value of your account

Each share of ESOP stock has a guaranteed "floor price" of $78.25. Your shares of ESOP stock will never be worth less than this amount. Each year, as you receive more shares, your account value grows by at least $78.25 per ESOP share received.







While each share's value cannot go below $78.25, it can be higher. If the price of three shares of Xerox common stock is greater than $78.25 when you leave Xerox, you receive this greater value. (Remember that one ESOP share is convertible to three shares of Xerox common stock.)

The following example, based on having 100 ESOP shares in your account, shows how your distribution would be made, by comparing the minimum and market values of your account.

**You receive whichever gives you the greater value.**



**Minimum value = $7,825**

100 shares x $78.25 = $7,825 the guaranteed floor price

Your ESOP stock is never worth less than this amount.

**Market value = $28,500**

If the market value of Xerox common stock is $95, you would receive

100 ESOP shares x 3 = 300

300 x $95 = $28,500

1 ESOP share = 3 shares of Xerox common stock

**If you elect to receive your distribution in shares of Xerox common stock**

You receive 100 x 3 = 300 shares

The value of your account increases with the value of Xerox common stock, so you have an important stake in increasing the stock's value. Over time, its growth can increase the value of all the shares in your account. The value of your account also increases with each year's allocation. And you pay no taxes on your account's value until you receive it.

## Stock rights

Only the trustee can hold ESOP stock. You cannot access the ESOP stock in your account. But as a plan participant, you are entitled to instruct the trustee how to vote the shares allocated to your account and whether to tender or exchange these shares in any tender or exchange offer.

Each year, prior to the annual meeting of shareholders, you will receive a proxy ballot. You use it to instruct the trustee how to vote your allocated shares on all proposals to Xerox shareholders. If you fail to instruct the trustee how to vote, the trustee will vote the shares in your account for you. The trustee will vote your shares—and all other unvoted and unallocated shares—in the same proportion as participants voted their allocated shares. This proportional voting means that Xerox employees control the voting of all Series B convertible preferred shares held in the ESOP.

In the event of a tender or exchange offer for Series B convertible preferred stock, you are entitled to instruct the trustee whether or not to tender or exchange the shares. In the event you do not instruct the trustee, you will be deemed to have elected not to tender or exchange, unless otherwise required by law.

XC002460

## Diversification election

As you near retirement, the federal government allows you to diversify your ESOP holdings. When you turn age 55 and have ten years of participation in the ESOP, or any time within five consecutive years after this occurs, you may have 25% of your account value distributed to you while you continue to work at Xerox. The first year that participants will have 10 years of participation is 1999.

During the fifth year, eligible participants may elect to diversify an additional 25%, for a total of 50%.

You can diversify into the Xerox 401(k) savings plan and invest in the fund of your choice, as a way to continue to postpone taxes. Or you can elect to receive a lump sum (eligible for rollover to an IRA) or shares of Xerox common stock. If you take cash or shares of Xerox common stock, you will be liable for taxes on the diversification distribution.

This provision gives you added flexibility to diversify and manage your financial resources as you get closer to retirement. Any cash or stock distribution that is not rolled over is taxable in the year it is made. You must elect this diversification within the first 90 days of any plan year after you become eligible to diversify. Diversification transactions will be processed by the Xerox Benefits Center only during this 90-day period.

### Federal limits

The ESOP is a qualified plan and is subject to federal contribution limits and nondiscrimination requirements. Pay in excess of the federal limit ($160,000 in 1998) is not eligible for contributions under the terms of the ESOP.



XC002461

# Designating your beneficiary

You must designate a beneficiary to receive the value of your
account in the event of your death. The Employee Retirement
Income Security Act (ERISA) has established certain rules for
married employees regarding designation of beneficiaries and
how death benefits are paid. If you are married and designate
someone other than your spouse as beneficiary, you must have
your spouse's written consent. These rules are described in more
detail in "About your beneficiary" on page 41. Forms are available
from the Xerox Benefits Center.



**Accessing your funds**

For information about how
you can receive the value
of your ESOP account
when you terminate or
retire, see page 62.

XC002462

# How the plans work
## Retirement
### Income
# Guarantee Plan

## AT A GLANCE

The Xerox Retirement Income Guarantee Plan (RIGP) is the Xerox pension plan, designed to provide you with a foundation of income during your retirement. It is a defined benefit plan with an individual account feature. Your pension benefits are supplemented by your Social Security benefits, your ESOP account, and your savings in the 401(k) savings plan. You do not make any contributions to your retirement benefit under RIGP.

Your benefit is based on your pay and your years of benefit service. Xerox looks at several ways to calculate your benefit and gives you the one that yields the highest result.

- The retirement plan formula is based on the average of your five highest-paid calendar years and your years of benefit service.

- The Cash Balance Retirement Account is an account to which Xerox makes annual employer credits equal to 5% of your eligible pay. It earns annual interest, which is credited daily.

- If you were hired before 1989, you may also have a Transitional Retirement Account. The value changes daily, based on the investment results of the funds in which your account was invested as of December 31, 1989.

Normal retirement is defined as retirement at age 65. You can take early retirement between ages 55 and 65 if you have at least 10 years of vesting service.

You have a number of options for taking your distribution. You may take a lump sum in cash and pay the taxes due, or you can roll it over into the 401(k) savings plan and continue to defer taxes. You can choose an annuity to provide a regular monthly income for your lifetime. If you are married, the normal form of payment is a 50% joint and survivor annuity; any other form of payment requires spousal consent.

XC002463

## Who is eligible?

If you are an employee of a Xerox participating organization, you start earning vesting service and benefit service as of your first day of work. Xerox pays the entire cost of providing your retirement income under RIGP.



**Vesting service**

*Vesting service is defined as time worked for the Company that counts toward eligibility to receive a benefit and eligibility for retirement. Vesting service is important at three different times as shown to the right.*

At five years, when you become vested in your plan benefit

At 10 years, which is required for retirement eligibility (you must also be at least 55 years old to retire)

At 30 years, which can affect the reduction for early retirement

## Benefit eligibility

When you have completed five years of vesting service, you are entitled to a benefit from the plan. You are eligible to retire when you have reached age 55 and completed 10 years of vesting service. Normal retirement is the first day of the month after you reach age 65. If your 65th birthday falls on the first of the month, your normal retirement falls on that day. There is no mandatory retirement age.

You become fully vested in your RIGP benefit at age 65, regardless of your years of vesting service.

For information about how vesting service and benefit service are calculated when you left Xerox and were subsequently rehired, see "Reemployment" on page 49.

**Benefit service**

*Benefit service is defined as all of your years of active employment with Xerox. It does not include certain leaves of absence, times you did not work for the Company, and service as a contract employee. Time worked at Xerox as a contract employee will count toward vesting, but will not count as benefit service. Benefit service is used in calculating the retirement plan formula.*

## About your beneficiary

The Employee Retirement Income Security Act (ERISA) has established certain rules for married employees regarding designation of beneficiaries and how death benefits are paid.

- If you are under 35 years old and married, your spouse is automatically your beneficiary.

- After you reach age 35, you may designate someone other than your spouse as your beneficiary, but you must have your spouse's written and notarized consent to do so.

- If you are married and designate someone other than your spouse as your beneficiary without having obtained your spouse's consent, this designation is invalid. You must complete a new beneficiary designation form with your spouse's written, notarized consent. Contact the Xerox Benefits Center for forms and more information.

- If you die prior to retirement, your spouse has an automatic right to 50% of any retirement income supplement that would have been payable to you had you retired the day before your death. (The retirement income supplement is the difference between the higher of your Cash Balance or Transitional Retirement Account and the retirement income produced by the retirement plan formula, when the retirement plan formula benefit is higher.)

XC002464

# Calculating your benefit for the best result

The Xerox Benefits Center calculates your benefit several ways, and selects the one that pays you the most money. Your benefits will be calculated according to the following methods, including a special formula if you have exceptionally long service.

**The retirement plan formula**
The formula uses your average eligible pay during your five highest-paid calendar years with Xerox and your years of benefit service.



In calculating your highest-average pay, the plan only considers annual amounts up to a federally mandated limit, which is $160,000 in 1998. This limit is subject to change.

Your eligible pay includes your annual base salary plus overtime, commissions, certain bonuses, and lump-sum wages (exclusive of lump-sum salary continuance payments and prior to any before-tax savings and/or salary redirection).

**You must have worked on the last day of the year for that year's pay to be used in your highest-average pay.**

**Highest-average pay**

To calculate your highest-average pay, find the five complete calendar years of employment with Xerox (after 1974) during which your pay was highest. The years need not be consecutive. The average pay of these five years is used in the formula.

**Your highest-average pay is shown each year in your Value Added Statement.**

**Alternative method for long-service employees**
If you have exceptionally long service, this alternative method may produce a higher benefit. It does not limit your years of benefit service to 30.



XC002465

Here are three examples of how the retirement plan formula benefits would be calculated, based on age and years of benefit service at retirement.

### Retirement at age 65 or older with 30 or more years of benefit and vesting service

**Normal Retirement**

| | |
|---|---|
| Highest-average pay $36,000 x 1.4% | $ 504 |
| Years of benefit service | x 30 |
| Annual retirement benefit from Xerox | $15,120 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan, and Social Security.

### Retirement at age 65 or older with less than 30 years of benefit and vesting service

**Calculated the Same As Normal Retirement**

| | |
|---|---|
| Highest average pay $36,000 x 1.4% | $ 504 |
| Years of benefit service | x 24 |
| Annual retirement benefit from Xerox | $12,096 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan, and Social Security.

### Retirement at age 65 or older with 44 years of benefit and vesting service

**Alternative Formula for Long-Service Employees**

| | |
|---|---|
| Highest average pay $36,000 x 1% | $ 360 |
| Years of benefit service | x 44 |
| Annual retirement benefit from Xerox | $15,840 |

Your annual retirement benefit will be supplemented by the value of your ESOP account, your savings in the 401(k) savings plan, and Social Security.

### Early and normal retirement

- **Normal Retirement: age 65**
  You are eligible for an unreduced retirement plan formula benefit

- **Early Retirement: between ages 55 and 65 with at least 10 years of vesting service**
  If you have at least 10 but less than 30 years of vesting service, your early retirement reduction is calculated from age 65.

  If you have at least 30 years of vesting service, your early retirement reduction is from age 62, not age 65.

XC002466

# Early retirement reduction

**For early retirement with 30 or more years of vesting service at age 55 or older:**
- The retirement plan formula benefit is reduced by 5% ($^1/_{12}$ of 5% for each month) for each year (or portion of a year) that you begin receiving benefits before age 62.

**For early retirement with less than 30 years of service at age 55 or older:**
- The retirement plan formula benefit is reduced by 5% ($^1/_{12}$ of 5% for each month) for each year (or portion of a year) that you begin receiving benefits before age 65.

The early retirement reduction will be applied if you elect to receive your retirement plan formula benefit before age 65, or before age 62 with 30 or more years of vesting service.

**Here's how retirement plan formula benefits would be calculated, based on age and years of benefit service for early retirement.**

### Retirement at age 60 (60 months before age 65) with 25 years of vesting and benefit service

**Early Retirement**

| | |
|---|---|
| Highest-average pay $36,000 x 1.4% | $ 504 |
| Years of benefit service | x 25 |
| Annual retirement benefit payable at age 65 | $12,600 |
| Minus early retirement reduction (60 months × [$^1/_{12}$ × .05] = 25%) | − 3,150 |
| Annual retirement benefit payable from Xerox at age 60 | $ 9,450 |

This benefit is supplemented by the value of your ESOP account, your savings in the 401(k) plan, and Social Security when you reach age 62.

### Retirement at age 55 (120 months before age 65) with 25 years of vesting and benefit service

**Early Retirement**

| | |
|---|---|
| Highest-average pay $36,000 x 1.4% | $ 504 |
| Years of benefit service | x 25 |
| Annual retirement benefit payable at age 65 | $12,600 |
| Minus early retirement reduction (120 months × [$^1/_{12}$ × .05] = 50%) | − 6,300 |
| Annual retirement benefit payable from Xerox at age 55 | $ 6,300 |

This benefit is supplemented by the value of your ESOP account, your savings in the 401(k) plan, and Social Security when you reach age 62.

XC002467

### Estimating your retirement plan formula benefit

To estimate your annual retirement benefit from the retirement plan formula, multiply your highest-average pay (the average of your highest five complete calendar years) by the percentage indicated for your age and service.

| Benefit service | Retirement age | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 |
| 30 | 27.3% | 29.4% | 31.5% | 33.6% | 35.7% | 37.8% | 39.9% | 42.0% | 42.0% | 42.0% | 42.0% |
| 29 | 20.3 | 22.3 | 24.4 | 26.4 | 28.4 | 30.4 | 32.5 | 34.5 | 36.5 | 38.6 | 40.6 |
| 28 | 19.6 | 21.6 | 23.5 | 25.5 | 27.4 | 29.4 | 31.4 | 33.3 | 35.3 | 37.2 | 39.2 |
| 27 | 18.9 | 20.8 | 22.7 | 24.6 | 26.5 | 28.4 | 30.2 | 32.1 | 34.0 | 35.9 | 37.8 |
| 26 | 18.2 | 20.0 | 21.8 | 23.7 | 25.5 | 27.3 | 29.1 | 30.9 | 32.8 | 34.6 | 36.4 |
| 25 | 17.5 | 19.2 | 21.0 | 22.8 | 24.5 | 26.2 | 28.0 | 29.8 | 31.5 | 33.2 | 35.0 |
| 24 | 16.8 | 18.5 | 20.2 | 21.8 | 23.5 | 25.2 | 26.9 | 28.6 | 30.2 | 31.9 | 33.6 |
| 23 | 16.1 | 17.7 | 19.3 | 20.9 | 22.5 | 24.2 | 25.8 | 27.4 | 29.0 | 30.6 | 32.2 |
| 22 | 15.4 | 16.9 | 18.5 | 20.0 | 21.6 | 23.1 | 24.6 | 26.2 | 27.7 | 29.3 | 30.8 |
| 21 | 14.7 | 16.2 | 17.6 | 19.1 | 20.6 | 22.0 | 23.5 | 25.0 | 26.5 | 27.9 | 29.4 |
| 20 | 14.0 | 15.4 | 16.8 | 18.2 | 19.6 | 21.0 | 22.4 | 23.8 | 25.2 | 26.6 | 28.0 |
| 19 | 13.3 | 14.6 | 16.0 | 17.3 | 18.6 | 20.0 | 21.3 | 22.6 | 23.9 | 25.3 | 26.6 |
| 18 | 12.6 | 13.9 | 15.1 | 16.4 | 17.6 | 18.9 | 20.2 | 21.4 | 22.7 | 23.9 | 25.2 |
| 17 | 11.9 | 13.1 | 14.3 | 15.5 | 16.7 | 17.8 | 19.0 | 20.2 | 21.4 | 22.6 | 23.8 |
| 16 | 11.2 | 12.3 | 13.4 | 14.6 | 15.7 | 16.8 | 17.9 | 19.0 | 20.2 | 21.3 | 22.4 |
| 15 | 10.5 | 11.6 | 12.6 | 13.6 | 14.7 | 15.8 | 16.8 | 17.8 | 18.9 | 20.0 | 21.0 |
| 14 | 9.8 | 10.8 | 11.8 | 12.7 | 13.7 | 14.7 | 15.7 | 16.7 | 17.6 | 18.6 | 19.6 |
| 13 | 9.1 | 10.0 | 10.9 | 11.8 | 12.7 | 13.6 | 14.6 | 15.5 | 16.4 | 17.3 | 18.2 |
| 12 | 8.4 | 9.2 | 10.1 | 10.9 | 11.8 | 12.6 | 13.4 | 14.3 | 15.1 | 16.0 | 16.8 |
| 11 | 7.7 | 8.5 | 9.2 | 10.0 | 10.8 | 11.6 | 12.3 | 13.1 | 13.9 | 14.6 | 15.4 |
| 10 | 7.0 | 7.7 | 8.4 | 9.1 | 9.8 | 10.5 | 11.2 | 11.9 | 12.6 | 13.3 | 14.0 |

### Your Cash Balance Retirement Account (CBRA)

While the retirement plan formula generally begins to produce a significant benefit only after many years of service, your Cash Balance Retirement Account (CBRA) can grow to a substantial cash value quickly. Over time, it may grow to a retirement income value that is greater than the one produced by the retirement plan formula. This account may produce a higher benefit if you leave Xerox before you are eligible for early retirement.

Each year, Xerox credits your account with an amount equal to 5% of your eligible pay. Your employer credit is made on the last day of February for the previous year. If you retire or terminate during the year, your employer credit for eligible pay is made on the *later* of the last day of February following the year of your retirement or termination, or the date you settle with the plan.

Your account also earns interest, which is set annually at a fixed rate. The rate is equal to the average effective yield of the one-year Treasury bill as of the first business day of each of the 12 months of the preceding year, plus 1%. For added stability, the crediting rate also has a two percentage point floor—it can never be more than two percentage points lower than the prior year's crediting rate.

If you were with Xerox before 1989, you may have had a balance in the Profit Sharing Retirement Account, which was part of the Profit Sharing and Savings Plan before the plan was revised in 1990. That balance was credited to your CBRA, along with the Profit Sharing Retirement Account contribution for 1989.

When you retire, die, or leave the Company, your employer credits will stop, but your account will continue to earn interest until you settle with the plan. Your Cash Balance Retirement Account will be valued when you settle with the plan. For more information on the valuation date, see page 63.

**No withdrawals**

Because the purpose of RIGP is to provide you a lifetime income at retirement, no loans or withdrawals are permitted.

### Your Transitional Retirement Account (TRA)

If you were hired before 1989, your RIGP benefit is calculated yet another way, as the benefit value provided by your Transitional Retirement Account (TRA).

When plan changes were made in 1990, your Profit Sharing Retirement Account balance was transferred to this account as of December 31, 1989. Your Profit Sharing Retirement Account contribution for 1989 was also added to this account.

No further contributions or employer credits are made to this account. Your TRA balance fluctuates from the investment results of the funds in which your account was invested as of December 31, 1989. (For most participants, their TRA is invested in the Balanced Fund—More Stocks. A few participants may have a portion of their TRA balance invested in the Income Fund. If you have a TRA balance, your Value Added Statement indicates where your account is invested.)

Your account value will continue to share in investment results until you settle with the plan. The valuation date is dependent on a number of factors, which are explained in more detail on page 63.

**You can take it with you**

Your Xerox retirement benefits are portable. In addition, you don't have to have long tenure to get a retirement benefit. Your CBRA balance is likely to produce a higher benefit in the short term. That means if you leave Xerox before you retire, you can take a higher retirement benefit with you than might have been produced by the retirement plan formula.

46

XC002469

## Compare the calculations

If you leave Xerox with five or more years of vesting service, the retirement plan formula is used to calculate your benefit payable at age 65. Then your balances in the Cash Balance Retirement Account and the Transitional Retirement Account (if you have one) are actuarially converted to an annuity so they can be compared to the benefit derived from the formula. (If you request a retirement benefit estimate from the Xerox Benefits Center, it will compare monthly benefits. For simplicity, the examples below show annual benefits.) Whichever method provides the greater amount will be the basis for the benefit you receive from RIGP.

Let's assume you retire at age 65 and your annual benefit from the retirement plan formula is $15,600.



In this case, the retirement plan formula generates the highest benefit. Your retirement benefit would be equal to the formula amount.



The Cash Balance Retirement Account generates the highest annual amount in this case, so your benefit would be fully funded by the value of your Cash Balance Retirement Account.

■ **Retirement Plan Formula**

$15,600

■ **Cash Balance Retirement Account**

$12,000 (actuarially equivalent annual benefit)
$120,000 account balance

▣ **Transitional Retirement Account**

$10,800 (actuarially equivalent annual benefit)
$108,000 account balance

■ **Retirement Plan Formula**

$15,600

■ **Cash Balance Retirement Account**

$18,000 (actuarially equivalent annual benefit)
$180,000 account balance

■ **Transitional Retirement Account**

$10,800 (actuarially equivalent annual benefit)
$108,000 account balance

**Converting your account to an annual benefit**

The interest rate used to determine the actuarial equivalent value of your Cash Balance Retirement Account and the Transitional Retirement Account is based on rates established by the federal government for pension calculations. It is subject to change from year to year.

XC002470