# Attachment 9

**THE DOCUMENT COMPANY**

XEROX

# Benefits Handbook for Monroe County Employees

| Local 14A | The Xerographic Division | Amalgamated Clothing & Textile Workers Union | A.F.L.-C.I.O. | September 19__ |

XC 001052

Defs
EXHIBIT NO. 7
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

**Financing Your Future**

XC 001053

## Financing Your Future

Each of us has our own financial goals...and each of us follows our own individual path toward them. Whether you are planning for retirement or taking steps toward shorter-term goals, like buying a home or financing a child's education, the Xerox Retirement and Savings Program can help.

The program is designed to allow each of us to follow a unique personal and financial path toward the future. Its goals are to set a strong foundation for your financial security; to provide value whether you are a short- or long-service Xerox employee; and to give you the flexibility to make decisions that customize its value to your individual situation.

To do this, you and Xerox work together using the program's two basic elements:

- The Retirement Income Guarantee Plan

- The Profit Sharing Plan

These plans, together with Social Security and your personal savings, provide the basis for your future financial security.

XC 001054

## The Profit Sharing Plan

The Profit Sharing Plan shares the Company's profits with you and gives you a very effective way to save for the future. Experts agree that the basis for a secure retirement is a partnership between company and individual...between you and Xerox. Xerox' Optional Profit Sharing contribution is a valuable addition to your fund for the future. But your personal savings are also a critical element in achieving your long- and short-term financial goals.

*It is intended that the plan shall constitute an ERISA Section 404(c) plan and plan fiduciaries may be relieved of liability for any losses which are the direct and necessary result of participants' or beneficiaries' investment instructions.*

**XC 001055**

# Contents—Profit Sharing Plan

Profit Sharing Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 165

Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 165

Saving in the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 165
　Before-Tax Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 166
　After-Tax Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 166
　Matched Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 166
　　The Effect of Matched Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 167

Optional Profit Sharing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 167
　Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 168
　Calculating the Contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 169
　Receiving Your Contribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 169

Contribution Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 169
　Before-Tax Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 169
　Other Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 170
　Nondiscrimination Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 170

Tax Advantages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 170

Investing Your Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 170

Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 172
　Types of Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 173
　Minimum and Maximum Loan Amounts . . . . . . . . . . . . . . . . . . . . . . . Page 173
　Applying for a Loan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 173
　Interest Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 174
　Administrative Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 175
　Repayment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 175
　If You Are Disabled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 175
　If You Are on Unpaid Leave of Absence . . . . . . . . . . . . . . . . . . . . . . Page 175
　If You Leave Xerox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 175
　If You Default . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 176

Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 176
　Discretionary Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 176
　Financial Hardship Withdrawals . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 177

Plan Distributions When You Leave Xerox . . . . . . . . . . . . . . . . . . . . . . Page 178
　Payment Methods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 178

The Value of Your Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 179

Qualified Domestic Relations Orders . . . . . . . . . . . . . . . . . . . . . . . . . . Page 179

XC 001056

## Contents—Profit Sharing Plan

Minimum Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 179

Tax Treatment of Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 180
   Rollovers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 180
   Income Tax Withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 181
      Mandatory Withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 181
      Voluntary Withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 181
   Special Tax Treatment for Lump Sums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 181
   Tax on Excess Distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 182

Impact of Before-Tax Saving and Salary Redirection . . . . . . . . . . . . . . . . . . . . . . . . Page 182

Plan Administration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 182
   Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 183
   Leaves of Absence and Layoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 183
   Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 183

XC 001057

# Index—Profit Sharing Plan

after-tax savings, 166
Balanced Fund, 171
before-tax savings, 166, 169
changing elections, 172
contribution limits, 169
disability, 175
discretionary withdrawals, 176
distributions, 178
eligibility, for Optional Profit Sharing, 167
eligibility, for savings, 165
excess distributions, 182
fund transfers, 172
hardship withdrawals, 177
Income Fund, 171
International Stock Fund, 172
investment funds, 170-172
IRS restrictions, 169
layoff, 183
leave of absence, 183
loans, 172-176
maximum savings, 169
minimum distributions, 179
Optional Profit Sharing, 167-169
payment methods, 178
Plan Administrator, 182
Qualified Domestic Relations Orders, 179
Return on Assets (ROA), 168
rollovers, 180
salary redirection, 169
Small Company Stock Fund, 172
statements, 183
tax advantages, 170
taxes, 180-182
termination of employment, 180
U.S. Stock Fund, 171
valuation, 179
withdrawals, 176-177
withholding, 181
Xerox Facts, 165, 183
Xerox Stock Fund, 172

XC 001058

## Glossary—Profit Sharing Plan

**After-tax savings:** Savings set aside from your pay after your taxes have been calculated and deducted.

**Annuity:** Payments made in equal monthly installments.

**Before-tax savings:** Savings set aside from your pay before your taxes are calculated. This reduces your current taxable income. Before-tax savings are taxable when you receive them from the plan.

**Discretionary withdrawal:** A withdrawal from after-tax savings. Discretionary withdrawals are available once every three months.

**Distribution:** Payments from the plan (generally on account of retirement or termination of employment, withdrawals, Qualified Domestic Relations Orders (QDROs), certain sales of subsidiaries or divisions, or loan defaults).

**Pay:** For the Profit Sharing Plan, your pay is your annualized straight-time hourly rate of pay plus overtime and certain lump-sum wages (exclusive of lump-sum salary continuance payments and prior to any before-tax savings and/or salary redirection).

**ROA (Return on Assets):** The ratio comparing our Document Processing Profit to our assets. ROA determines the amount of the Optional Profit Sharing contribution.

**Rollover:** Deposit of an eligible distribution into another qualified plan or an IRA.

XC 001059

# Profit Sharing Plan

### Eligibility

If you are a full-time union employee of a Xerox participating organization, or a part-time employee working at least 20 hours per week, you are eligible to participate immediately if you become an employee on or before the first working day in July; otherwise, you may participate beginning on the next January 1.

### Saving in the Plan

You can use payroll deductions to save in the plan. You can save on either a before-tax or an after-tax basis, or a combination of the two.

The amount you can save is a percentage of your pay, up to a maximum percentage that can change each year because of government limits. This percentage may also be different depending on your earnings in the previous year. For example:

- In 1994, if your 1993 earnings were up to $64,245, you could save up to 18% of your pay in any combination of before-tax and after-tax savings.

- In 1994, if your 1993 earnings were over $64,245, you could save up to 12% of your pay on a before-tax basis and 4% on an after-tax basis.

There is also a maximum amount the government allows you to save each year from the combination of before-tax savings and Optional Profit Sharing contributions you choose to defer into the Profit Sharing Plan. This amount changes each year. In 1994, it was $9,240.

The government limits on your savings are described in more detail beginning on page 169.

To begin saving in the plan, you must call *Xerox Facts*. Once you have selected your savings percentage, you can later change it at any time or stop your savings altogether.

> **You can initiate or change payroll deductions via *Xerox Facts*.**

XC 001060

## Before-Tax Savings

Before-tax savings give you a special advantage. Because your savings are taken from your pay before your federal income taxes are calculated, the amount you are immediately taxed on is reduced—so you pay less in current taxes. For example, if you pay 15% federal income tax, your taxes are reduced $150 for every $1,000 you save. If you pay a higher tax rate, your tax savings are even greater. You also defer state income taxes. A number of municipalities also tax your before-tax savings. Your before-tax savings are subject to Social Security taxes.

You pay taxes on your before-tax savings and earnings when you eventually receive them from the plan. And there are more limiting restrictions on withdrawing before-tax dollars than after-tax dollars. But the financial advantage of before-tax savings makes this method more effective than most other ways to save. In addition, the investment earnings on this money are not taxed until they are distributed.

You should think of before-tax savings as a way to supplement your retirement income. In deciding how much to save on a before-tax basis, consider how much money you want to invest for the long term.

## After-Tax Savings

If you need greater access to your savings, you may want to consider saving on an after-tax basis because there are less restrictive rules for withdrawal. You might also use after-tax savings if you have reached the before-tax maximum.

Money saved on an after-tax basis will not reduce your current taxes, but investment earnings on this money are not taxed until they are distributed.

## Matched Savings

The Company will add 35 cents for every dollar that you save before tax up to a contribution equaling 4% of your annualized pay.

With matched savings, your capital will build faster. The earlier you start saving, the greater the difference matched savings will make. The chart below shows the investment growth—without matched savings and with Xerox' 35% match. The employee in this example earns $30,000 a year and saves 4% of pay—$1,200 a year—before taxes.

*Effect of Matched Savings**

|  | Without Company Match | With Company Match |
|---|---|---|
| 5 years | $ 7,493 | $ 9,932 |
| 10 years | 18,250 | 24,192 |
| 15 years | 33,693 | 44,662 |
| 20 years | 55,863 | 74,051 |
| 25 years | 87,691 | 116,242 |

*Assuming an annual growth rate of 7.5%.*

XC 001061

The Company match will be credited to your account on the last day of February in the year following your savings or deferral election. To receive the matching funds, you must be employed by Xerox on the last day of February or have retired or died between January 1 of the previous year and the last day in February of the year in which the contribution is made.

### Optional Profit Sharing

Optional Profit Sharing is another way you may benefit when the Company has good performance. And it's another way your individual performance can affect the benefits you receive.

Each year, we measure the Company's financial results by determining Xerox' "Return on Assets." If the results of its Document Processing business are above a specified level, the Company shares its profits with you through an Optional Profit Sharing contribution.

### Eligibility

You are eligible to receive an Optional Profit Sharing contribution after you complete six months of service. The portion of the profit sharing allocation that is credited to your account is based on your service (as of December 31 of the calendar year on which the profit sharing contribution is based) as shown in the following chart:

| Length of Service | Participation |
| --- | --- |
| Less than 6 months | None |
| 6 months, but less than 2 years | 85% |
| 2 years, but less than 3 years | 90% |
| 3 years or more | 100% |

When you retire, you will be eligible for an Optional Profit Sharing contribution, if any, for the year you retire, even if you do not stay to the end of the year. In addition, if you die while actively employed at Xerox, your beneficiary will receive your Optional Profit Sharing contribution, if any, for the year of your death. The Optional Profit Sharing contribution in the year you retire or die will be based on your earnings for the year to the date of your retirement or death.

XC 001062

## Calculating the Contribution

The Optional Profit Sharing contribution is a percentage of your eligible pay.

This percentage may differ each year because it is based on a measure of the Company's performance—Return on Assets (ROA)—which compares our profit to our assets.

ROA is determined by dividing *Document Processing Profit* by the *Average Assets* for the year.

$$\frac{\text{Document Processing Profit}}{\text{Average Assets}} = \text{ROA}$$

*Document Processing Profit* is the total of income—before taxes and minorities' interests—from Document Processing, plus income (loss) before taxes from Document Processing related to discontinued operations, cumulative effect of changes in accounting principles and extraordinary items, if applicable.

*Average Assets* is the average of total assets of Document Processing at the end of the preceding and current years. These assets are equal to the sum of Business Equipment assets (less investments and advances to unconsolidated subsidiaries carried at equity) plus Xerox Equipment Financing assets (less allocated short- and long-term debt).

The Optional Profit Sharing contribution that results from ROA is taken from this schedule:

| If ROA* Is: | Your Optional Profit Sharing, As a Percent of Pay, Will Be: |
|---|---|
| less than 8.50 | 0.00 |
| 8.50 | 0.10 |
| 9.00 | 0.30 |
| 9.50 | 0.50 |
| 10.00 | 1.10 |
| 10.50 | 1.70 |
| 11.00 | 2.30 |
| 11.50 | 2.90 |
| 12.00 | 3.50 |
| 12.50 | 4.10 |
| 13.00 | 4.70 |
| 13.50 | 5.30 |
| 14.00 | 5.90 |
| 14.50 | 6.65 |
| 15.00 | 7.45 |
| 15.50 | 8.25 |
| 16.00 | 9.10 |
| 16.50 | 10.00 |

*This table shows ROA increases in steps of 1/2%. In practice, ROA will be calculated to the nearest quarter percent. When ROA is at least 8.5%, the minimum payout is $100.

16

XC 001063

### Receiving Your Contribution

Each year that Optional Profit Sharing is awarded, you choose the way you receive your contribution:

- As taxable cash;

- In taxable shares of Xerox common stock;

- As a before-tax deferral to your Profit Sharing Savings Account;

- As a combination of these methods, in increments of 10% of your contribution.

When you make your decision, you must keep in mind that the total of your before-tax savings and deferred Optional Profit Sharing cannot exceed the limit imposed by federal law ($9,240 for 1994).

### Contribution Limits

The Internal Revenue Code applies limits on how much you can save. Most of the restrictions apply to contributions that are not immediately taxed—before-tax savings and deferred Optional Profit Sharing. But the law may also limit, directly or indirectly, your after-tax savings.

### Before-Tax Savings

The IRS puts a dollar limit on the annual total of your before-tax savings contribution plus Optional Profit Sharing that you defer to your Profit Sharing Savings Account. This limit may change from year to year, based on changes in the Consumer Price Index. In 1994 it was $9,240.

### Other Limits

Federal tax law limits contributions made by or on behalf of an employee to 25% of pay or $30,000, whichever is less. In calculating your pay for this purpose, your before-tax deductions and any salary redirection are not included, so pay may be less than your gross wages. The 25%/$30,000 limit applies to the total of:

- Your before-tax savings;

- Your after-tax savings;

- Company match;

- The Optional Profit Sharing contribution (if one is made).

XC 001064

To allow for the Company's contributions, your savings elections for before- and after-tax savings cannot exceed a specified percentage determined each year. Some employees who are saving close to this maximum rate may also have their after-tax savings reduced (for one or more months) at the end of the year. If your savings must be reduced to meet the limit, you will be notified. You may also be required to take all or part of any Optional Profit Sharing contribution in cash.

### Nondiscrimination Tests

By law, Xerox must demonstrate that the Profit Sharing Plan provides a fair mix of savings from all plan members and does not discriminate in favor of highly paid employees. Therefore, if you are considered a highly paid employee (defined under federal tax law for 1994 as having earned in excess of $64,245 in 1993), your savings rate may be reduced below the plan maximums for other employees. The definition of highly paid may be adjusted for increases in the Consumer Price Index; Xerox will advise you when any adjustments are made. The allowable maximums (which may be different for before- and after-tax savings) will be communicated to affected employees.

### Tax Advantages

By participating in the Profit Sharing Plan, you defer federal income taxes on:

- Your before-tax savings;

- Any Optional Profit Sharing that you do not take in cash or in Xerox common stock;

- Earnings on your savings (before-tax, after-tax, and deferred Optional Profit Sharing) invested in the plan.

- The Company match.

You also defer income taxes in most states. A number of municipalities do not follow federal tax rules regarding before-tax contributions and deferred Optional Profit Sharing. Depending on where you live, you may be required to pay local taxes on the before-tax contributions and deferred Optional Profit Sharing.

### Investing Your Accounts

The Profit Sharing Plan gives you flexibility in the way you invest your savings, the Company match, and Optional Profit Sharing contributions. Investing your money in a way that reflects your personal situation and your financial goals is a critical part of sound financial planning that can have a significant effect on your ability to meet your objectives.

You can allocate your savings among six investment funds. Each fund invests in a different way, giving you the opportunity to choose a fund (or combination of funds) that's right for you. In thinking about the funds and your objectives, consider this: funds which have the potential for the largest increase in value over the long term generally have the most risk of loss in the short term. Funds which have the most stable values in the short term tend to provide lower long-term returns.

170

XC 001065

The fund descriptions that follow begin with those having generally a lower risk of short-term loss, and progress to those with generally higher risk (and potentially higher returns). Each of the funds—except the Xerox Stock Fund—is diversified. That is, each fund invests in a variety of financial instruments. The investments for each fund other than the Xerox Stock Fund are selected by a carefully structured combination of professional fund managers. The Xerox Stock Fund is listed last because it invests primarily in only one vehicle: Xerox common stock.

- **The Income Fund.** This fund seeks to provide competitive fixed income returns while emphasizing preservation of capital and liquidity. Before October 1993, the fund invested primarily in contracts with insurance companies and banks. Under these contracts, the insurance companies and banks guarantee the principal amount invested and specific interest rates for the periods of the contracts up to the available assets of the insurance companies or banks. In October 1993, the fund enhanced its diversification and liquidity by adding investments in short-duration, high-quality bonds that can be traded in the market. The value of these bonds will vary as interest rates change, but their relatively short average maturity is expected to reduce price fluctuations. This market value bond component currently represents a small percentage of the fund, but will grow over time.*

- **The Balanced Fund (previously called the General Fund).** This fund's objectives are to provide a return greater than the rate of inflation while dampening the impact of stock market declines. To achieve these objectives, the fund holds a variety of investments including stocks, bonds, real estate, private placements, and cash. Normally, approximately 70% of the fund is invested in the common stocks of U.S. and international companies, and most of the remainder is in bonds, although this mix will vary from time to time. The Balanced Fund's value will increase or decrease with changes in stock market conditions, interest rates, and other factors.

- **The U.S. Stock Fund.** This fund seeks to provide growth in capital through investment in a diversified group of stocks. The fund's assets are primarily invested in the stocks of medium to large companies based in the U.S., although it may occasionally hold other investments if the fund's managers see opportunities to create additional growth. The U.S. Stock Fund's value increases or decreases with changes in stock market conditions and other factors.

---

*Balances of participants in the Guaranteed Fund as of April 1, 1991 which are attributable to Executive Life Insurance Company have been segregated into the Segregated Assets Fund. The plan does not permit any withdrawals and is unable to make any distributions from the Segregated Assets Fund to the extent that funds allocable to the Segregated Assets Fund have not yet been received. As amounts allocable to the Segregated Assets Fund are paid, these amounts will be automatically transferred from the Segregated Assets Fund to the Income Fund.*

XC 001066

- **The International Stock Fund.** This fund seeks to achieve long-term capital growth through diversified international holdings. It invests primarily in stocks of companies based outside the U.S., although it may occasionally hold some U.S. stocks and some investments other than stock if the fund's managers expect that these investments will enhance capital growth. The International Stock Fund's value will vary with international stock market conditions, changes in currency exchange rates, and other factors.

- **The Small Company Stock Fund.** This fund seeks to provide capital growth over time. Its assets are generally invested in the stocks of smaller U.S. companies that the Small Company Stock Fund managers believe are undervalued in the market, as well as those with above average prospects for long-term growth. In general, smaller company stocks tend to have more price variability than the stocks of larger, more established firms. The Small Company Stock Fund's value may therefore fluctuate more than that of the U.S. Stock Fund as stock market conditions and other factors change.

- **The Xerox Stock Fund.** This fund gives you the opportunity to invest in the future growth of Xerox Corporation. It invests solely in Xerox common stock, but may hold some cash for administrative purposes. The value of accounts in the fund will vary with the performance of Xerox common stock, which tends to reflect changes in the economy and the investment community's view of the Company's prospects.

Interest, dividends, and investment gains earned by each investment fund are reinvested in that fund. You can split your investment among the various funds, in multiples of 10%.

If you elect both before-tax and after-tax payroll deductions, your investment mix must be the same for each savings method. For example, if you invest 60% of your after-tax savings in the Income Fund, and 40% in the Xerox Stock Fund, you must invest your before-tax savings in the same funds in the same percentages.

You can change the way you invest future savings at any time by calling *Xerox Facts.*

You may also transfer the current value of your accounts from one or more funds to any other fund or funds effective at the beginning of each month. To make a transfer, call *Xerox Facts.* Your call must be made no later than the 25th of the month before the effective date of the fund transfer.

Fund transfers will be based on the value of your account as of the last day of the month preceding the effective date. For example, for a transfer effective as of January 1, the value of your funds as of December 31 would be transferred.

**Loans**

You can take a loan from your savings accounts (except for matched savings) and repay this amount, plus interest, back into your own accounts. This gives you the flexibility to use your money—and continue to postpone taxes—while still building a fund for the future.

172

XC 001067

## Types of Loans

Both personal and home purchase loans are available. Personal loans must be repaid within 4-1/2 years (54 months); home purchase loans must be repaid within 14-1/2 years (174 months). You may take out a home purchase loan to acquire or construct your principal residence only. If you apply for a home purchase loan, you must provide documentation (such as a signed real estate contract) to support your application.

## Minimum and Maximum Loan Amounts

The federal government limits how much you can borrow from your savings accounts. Within those limits, Xerox has established both minimum and maximum amounts for profit sharing loans. You must borrow at least $500. The maximum amount you can borrow at any one time is $45,000.

| If the total balance from your before-tax savings, deferred Optional Profit Sharing, and after-tax savings is*: | Maximum** you can borrow is: |
| --- | --- |
| up to $100,000 | 45% |
| $100,000 or more | $45,000 |

*Including outstanding loans from these accounts.
**Remember that your maximum includes all previous outstanding loan balances.

Loan funds will be drawn from before-tax savings and deferred Optional Profit Sharing to the extent possible. Your after-tax contributions and investment results, which are available for discretionary withdrawal, will only be used if the full amount of your loan cannot be borrowed from before-tax accounts and deferred Optional Profit Sharing.

The total of all your outstanding loan balances during any consecutive 12 months cannot exceed $50,000. This may further reduce the amount you can borrow if you take another loan less than 12 months after making the final payment on an earlier loan.

## Applying for a Loan

You apply for a loan using *Xerox Facts*. When you call, you will be asked to enter the amount you want to borrow and the loan repayment period, in months. Xerox Employee Administrative Services (XEAS) in Rochester will then mail a promissory note to your home.

You initiate the loan by signing the promissory note and returning it to Benefits Services, along with a check for the loan fees if you are not paid through the Rochester Payroll System (RPS). If you are paid by the Rochester Payroll System, the loan fees will be automatically deducted from your pay. If you are taking out a home purchase loan, you must include documents to substantiate that you are buying or building your primary residence. The loan does not become effective until approved by XEAS.

XC 001068

For your loan to be approved, you must meet the following criteria:

- You have signed the promissory note.

- Your promissory note was issued within the last 45 days.

- You have not made a withdrawal from your profit sharing accounts in the past ten days (to allow time for the withdrawal to clear and ensure that your account balances are accurate).

- You do not already have the maximum number of active loans (five) outstanding.

- You have sufficient net pay to cover the loan repayments through payroll deduction.

- You have no defaulted loans which have not been satisfied and 24 months have elapsed since the latest loan was deemed in default.

- For a personal loan, it has been at least 12 months since your most recent personal loan was issued.

- For a home purchase loan, you do not already have a home purchase loan outstanding.

- The combined outstanding balance of all your loans is less than $50,000.

If your loan is approved, XEAS will send you a confirmation note, and State Street Bank will mail a check for the amount of the loan to your home. If your loan is not approved, you will be notified by XEAS. The promissory note, along with your loan processing fee, will be returned.

### Interest Rate

The interest rate for profit sharing loans will be set quarterly. The interest rate will be the Citibank commercial prime rate at the close of business on the last working day of the previous quarter, plus 1%. This rate is rounded to the next higher tenth, if necessary.

The effective interest rate applies to all loans taken during the quarter. For a given loan, the interest rate remains in effect for the life of the loan; it cannot be adjusted or recalculated.

If the interest rate changes between the date the promissory note is issued and the loan approval date, the interest rate printed on the note prevails. For example: a promissory note issued on September 17 is approved on October 6. The interest rate established for the third quarter (July through September) applies to that loan, whether it is higher or lower than the rate established for the fourth quarter (October through December).

174                    XC 001069

## Administrative Fees

You must pay a one-time loan initiation fee of $45 per loan. When you sign and return your promissory note, if you are not paid by the Rochester Payroll System, you must include a certified check or money order for $45, payable to Xerox Corporation. If you are paid by the Rochester Payroll System, the $45 loan initiation fee will be automatically deducted from your pay.

## Repayment

When you sign the promissory note, you authorize loan repayment through payroll deduction. Once your loan check has been issued, you will not be able to change or revoke your deduction. The payroll deduction will remain in effect until the loan is repaid. Loan repayment deductions will take precedence over other payroll deductions for before- and after-tax savings and for your other benefits, including salary redirection.

Loan payments—both principal and interest—will be reinvested in your profit sharing and savings accounts according to your current fund allocation. For example, if you have allocated 50% of your savings for the Balanced Fund, and 50% for the Income Fund, your loan payment—both principal and interest—will be allocated the same way.

You may wish to repay your loan early. Any time after 12 months from the loan approval date, you may repay the remaining balance in its entirety. Your certified check or money order should be payable to State Street Bank and should be sent to Xerox Benefits Services.

## If You Are Disabled

Short-term disability does not affect your ability to take a loan or the status of an outstanding loan.

If you are on long-term disability, you do not receive regular paychecks from Xerox and payroll deductions cannot be taken. In this event, your Industrial Relations representative will review with you your options for repaying your loan. You must make alternate arrangements and begin making payments within six months. If you fail to begin payments within that time, your loan will be declared in default.

## If You Are on Unpaid Leave of Absence

If you are on unpaid leave of absence, you do not receive regular paychecks from Xerox and payroll deductions cannot be taken. In this event, your Industrial Relations representative will review with you your options for repaying your loan. You must make alternate arrangements and begin making payments within six months. If you fail to begin payments within that time, your loan will be declared in default.

## If You Leave Xerox

If you leave Xerox, you may leave your savings in the plan, or have your balances paid out. If you take a payout, the amount will be adjusted to reflect any unpaid loan balances and interest accrued through the date of termination. Any after-tax principal will be used to satisfy the unpaid loan balance.

XC 001070

For example, assume you leave Xerox with an outstanding loan balance of $2,500 (principal and interest as of your termination date), and a total savings account balance of $44,500 (including the unpaid loan).

- If you choose a lump-sum distribution, you will receive a check for $42,000 in cash, and a discharged loan balance of $2,500. The loan is considered paid, and you are liable for taxes on the full $44,500.

- If you elect to leave your funds in the plan, your total account balance would be $42,000. The unpaid loan balance will be treated as a partial distribution, and you will be liable for taxes on $2,500.

Because tax laws are complex and subject to change, you are encouraged to seek professional advice from your attorney or tax advisor concerning the tax consequences on the amount left in the plan.

### If You Default

If you fail to make loan payments for a period of six months, regardless of the reasons, your loan will be declared in default. (The six months do not have to be consecutive.) Your loan will become due and payable immediately in full. If this happens, you cannot save in the plan, defer Optional Profit Sharing, make withdrawals, or initiate another loan. You will be subject to these restrictions for at least 24 months.

If you do not repay the loan in full when it is due and payable, the taxable portion of and accrued interest on the unpaid balance of the loan will be reported to the IRS as ordinary income for that tax year. You will be liable for taxes at ordinary income tax rates on this amount and may be subject to an additional 10% penalty tax.

Once a loan is in default, it must be repaid in full or cancelled on account of disability or other qualifying event before you are able to initiate another profit sharing loan.

### Withdrawals

Although the Profit Sharing Plan is intended as a long-term savings and investment opportunity, it does permit withdrawals to meet special financial needs during your career.

### Discretionary Withdrawals

A discretionary withdrawal is a withdrawal from your after-tax savings account. You may make a discretionary withdrawal once every three months.

You must withdraw your pre-1987 after-tax contributions first, and withdrawals from this amount are not taxable.

XC 001071

After any pre-1987 after-tax contributions have been withdrawn, you must withdraw your post-1986 after-tax contributions and their earnings on a prorated basis. The ratio of contributions to earnings in your withdrawal will duplicate the ratio of contributions to earnings in your account balance. You must pay income tax on the earnings portion of your withdrawal. In most cases, you will also be liable for a 10% additional tax on the taxable portion of your withdrawal. (The 10% additional tax does not apply if you are age 59-1/2 or older, or to amounts you use to pay uninsured and unreimbursed medical expenses in excess of 7-1/2% of your adjusted gross income.)

**Financial Hardship Withdrawals**

You are not permitted to withdraw your before-tax savings while you are actively employed, unless you need the money because of certain financial hardships and you have exhausted all other sources of funds. These restrictions, which also apply to any Optional Profit Sharing contributions you have deferred, make qualifying for hardship withdrawals difficult.

Before-tax earnings credited after December 31, 1988 are not available for hardship withdrawal.

Only four financial hardships are recognized. The amount withdrawn cannot exceed your immediate need for:

- Medical expenses incurred or to be incurred for you, your spouse, or your dependents which are not covered by insurance.

- Purchase of your principal residence (excluding mortgage payments).

- Payment of tuition for the next 12 months of post-secondary education for you, your spouse, or your dependents.

- Prevention of eviction from, or mortgage foreclosure on, your principal residence.

You may elect to increase the amount of your financial hardship withdrawal by amounts necessary to pay federal and state taxes or penalties reasonably anticipated to result from the withdrawal.

Before a hardship withdrawal can be approved, you must first attempt to obtain the funds from other sources which include, but are not limited to: commercial or other loans; reimbursement from insurance; liquidation of your assets (see the hardship withdrawal form for specific examples of what you don't have to liquidate); discretionary withdrawals or loans from the Profit Sharing Plan; or stopping payroll deductions for Profit Sharing Plan contributions. Xerox requires that you submit written certification that you cannot obtain the funds elsewhere. The certification must be signed and documents to support your withdrawal request and amount must also be submitted.

You are liable for income tax on the full amount of your withdrawal. In most cases, you will also be liable for a 10% additional tax on this amount. (The 10% additional tax does not apply if you are age 59-1/2 or older, or to amounts you use to pay uninsured and unreimbursed medical expenses in excess of 7-1/2% of your adjusted gross income.)

XC 001072

If you make a hardship withdrawal, you cannot save in the plan or defer Optional Profit Sharing for a period of 24 months.

## Plan Distributions When You Leave Xerox

The full value of your profit sharing accounts is payable to you at retirement or if you leave Xerox for any reason before retirement. If you should die while actively employed, the full value of your savings accounts is payable to your beneficiary.

If you are married, designation of your beneficiary under the Profit Sharing Plan is subject to the same restrictions as under RIGP (see page 151).

When you receive a payout, you are liable for income tax on the taxable portion of the distribution, which includes:

- Before-tax contributions.

- Deferred Optional Profit Sharing.

- Company match;

- Investment results on all savings.

For more information about the tax treatment of distributions, see page 180.

If the total value of your savings is greater than $3,500, you can leave these savings in the plan to be paid out at a later date. You can elect to transfer your savings among the investment funds as of any month end by calling *Xerox Facts*.

If your account balance is less than $3,500, you will automatically receive a lump-sum payment in cash.

### Payment Methods

When you retire, leave Xerox for any reason, or die, you or your designated beneficiary may choose how your savings accounts will be paid out. The choices are:

- A lump-sum payment in cash;

- An annuity with monthly payments made throughout your (or your beneficiary's) lifetime;

- An annuity with reduced monthly benefits payable throughout your lifetime, and with continuing payments after your death to any beneficiary you choose.

- Direct rollover to an IRA or another qualifying plan.

XC 001073

The annuity methods are described on page 151 in the "Retirement Income Guarantee Plan" section. These payment methods are valuable if you want to supplement your retirement income on a monthly basis. There may also be tax advantages to spreading the payments out over a period of years.

Because tax laws are complex and subject to change, you are encouraged to seek professional advice from your attorney or tax advisor concerning payment methods.

To elect any of these optional payment methods, you must complete the appropriate form, available from your Industrial Relations representative.

### The Value of Your Accounts

When you request money from the plan, the exact value of your accounts must be determined before you can receive a payment.

Your payment will be based on the value of your account on the last day of the month before you retire, die, or leave Xerox, if one of these events occurs after the 15th of the month. If you retire, die, or leave Xerox between the first and the 15th of the month, your account will be valued on the last day of the month before the month that precedes the event. For example, if you terminate on September 10, your payment will be based on the value of your account as of the previous July 30.

For withdrawals, the date that triggers the valuation is the date your withdrawal request is received by XEAS.

### Qualified Domestic Relations Orders

Generally, your profit sharing accounts may not be paid out to anyone except you, your beneficiary, or your estate and no one can obligate or create a lien on any of your accounts. However, under federal law, if a satisfactory Qualified Domestic Relations Order is submitted to Xerox and accepted by the Plan Administrator, payments may be made from your accounts to satisfy alimony, child support, or marital property rights. Federal law sets stringent standards that the court order must satisfy in order to be effective. For instance, the order can not require payments to be made from the Profit Sharing Plan in any manner not permitted by the plan. Xerox will review each order submitted; those that do not comply with federal law will not be accepted.

### Minimum Distributions

The tax law requires that distribution from all qualified plans, IRAs, and tax-sheltered annuities must begin no later than April 1 following the year in which you reach 70-1/2—even if you are still actively employed. If you were age 70 before July 1, 1988, distributions must begin by April 1 following either the calendar year in which you reach age 70-1/2 or the calendar year in which you retire, whichever occurs later.

XC 001074

## Tax Treatment of Distributions

When you receive a distribution from the Profit Sharing Plan, any amounts that have not previously been taxed are subject to federal income tax. Also, the distribution will be subject to a 10% additional tax if it is made before you reach age 59-1/2, unless:

- Your distribution is made following termination of employment after age 55 or following retirement after age 55.

- You take the distribution in the form of an annuity payable over your life expectancy, or over the life expectancy of you and your spouse or beneficiary.

- The distribution is made to an alternate payee, as mandated by a Qualified Domestic Relations Order.

- The distribution is made to your beneficiary in the event of your death. (The amount paid as a death benefit may—subject to change—be excluded from income for federal income tax purposes up to a total of $5,000.)

- You have medical expenses allowable as an income tax deduction, to the extent thereof.

- You "roll over" your distribution and continue to postpone its taxation.

See IRS Form 5329 for more information on the 10% additional tax and for any exceptions that may apply to you.

## Rollovers

If you make a withdrawal or receive a distribution that would be subject to federal income tax, federal law allows you, in most cases, to redeposit or "roll over," all or part of this distribution to another tax-favored plan, such as another employer's qualified plan or an IRA. Exceptions include annuity payments for your life (or joint life expectancies of you and your designated beneficiary), installment payments for a period of ten or more years, and certain required minimum distributions after you reach age 70-1/2. If you make this rollover within 60 days of your distribution, the amount rolled over is not subject to either federal income tax or the 10% additional income tax. (Your after-tax savings cannot be rolled over.)

You can make a rollover by requesting that Xerox transfer your funds directly to the other plan or by taking your distribution and depositing it yourself (within the 60-day time limit). However, if you receive the distribution, rather than asking Xerox to make a direct transfer, your distribution will have 20% of the total amount withheld for federal income taxes as mandated by federal law.

XC 001075

## Income Tax Withholding

### Mandatory Withholding

If, as mentioned above, you receive a distribution that is eligible for rollover, 20% of that amount is required to be withheld. The 20% is sent to the IRS as income tax withholding. For example, if the amount of the distribution eligible for rollover is $10,000, you will receive only $8,000 because $2,000 must be withheld for federal income tax. When you file your income tax return for that year, you are required to report the full $10,000 distribution and you may be subject to the 10% additional income tax. You will be entitled to a credit for the $2,000 tax withheld against any income tax you owe for that year.

If, in the above example, you wish to roll over the entire $10,000 distribution, you would have to reinvest the $8,000 you received plus $2,000 from your own funds to an IRA or other qualified plan within 60 days. You would recover the full $2,000 tax withheld when you file your income tax return for that year.

If you choose to roll over the $8,000 payment made to you, the $2,000 amount not rolled over is subject to tax and must be reported by you when you file your income tax return for that year. You may also be subject to the 10% additional income tax on that amount. You will be entitled to a credit for the $2,000 tax withheld against any income tax you owe for that year.

An example of the rollover of all or a portion of the distribution is illustrated as follows:

| Rollover Total | | or | Rollover Amount Paid to You | |
|---|---|---|---|---|
| Rollover Amount Received | $ 8,000 | | Rollover Amount Received | $8,000 |
| And from Other Sources | 2,000 | | Sent to IRS | 2,000* |
| Total Rolled Over | $10,000* | | | $8,000 |

*The entire payment rolled over by you is not taxed until you take it out of the IRA or other eligible retirement plan. When you file your income tax return, you may get a refund of the $2,000 tax withheld. If you ask Xerox to make the direct rollover, no tax will be withheld.

*You may get a refund of part of the $2,000 withheld when you file your income tax return. However, the refund is likely to be larger if you roll over the entire $10,000. If you ask Xerox to make a direct rollover of the $10,000 distribution, no tax will be withheld.

### Voluntary Withholding

If any portion of your payment is not eligible for rollover, but is taxable, mandatory withholding does not apply. In such case, you are generally allowed to elect not to have withholding apply to that portion. To elect out of withholding, ask your Industrial Relations representative for the applicable form (IRS Form W-4P).

### Special Tax Treatment for Lump Sums

If you take your distribution in the form of a lump sum, and you are at least age 59-1/2, you may be allowed a once-in-a-lifetime election of five-year forward averaging treatment. (You must be a plan participant for a minimum of five years to qualify for forward averaging.)

XC 001076

If you were at least age 50 before January 1, 1986, you will be allowed a once-in-a-lifetime election of either:

- Ten-year forward averaging, using 1986 tax rates;

- Five-year forward averaging using current tax rates.

This choice is available at any time, but only once during your lifetime. The age 59-1/2 requirement does not apply in this case. Also, if you were at least age 50 on January 1, 1986, you will be allowed to claim pre-1974 capital gains, at an assumed tax rate of 20%.

### Tax on Excess Distributions

The tax law imposes a 15% excise tax on excess distributions. The term "excess distributions" means the aggregate amount of retirement plan distributions made during the year to the extent such amount exceeds the greater of $112,500 (as adjusted for inflation for post-1986 cost-of-living increases) or $150,000, or lump-sum distributions that exceed the greater of $662,500 (as adjusted for inflation for post-1986 cost-of-living increases) or $750,000. The aggregate distribution includes all payments from tax-qualified plans from all employers, IRAs, and tax-sheltered annuities. If you believe that you may be subject to this excise tax, please consult a tax advisor.

### Impact of Before-Tax Savings and Salary Redirection

All pay-related benefits provided by Xerox—such as medical, dental, life insurance, disability income, Optional Profit Sharing, and retirement benefits—will be based on the appropriate definition of pay prior to any deductions for before-tax savings and/or salary redirection, subject to federal limits.

### Plan Administration

The plan is administered by the Profit Sharing Joint Administrative Board. Members are appointed by the Company or the Manager of the Rochester Joint Board, A.C.T.W.U., A.F.L.-C.I.O. The term of office is indefinite and the Company and the Union may each at any time remove their own appointees and appoint successors.

The Plan Administrator has authority to determine eligibility for benefits, to construe the terms of the plan and to adopt rules, regulations, and documents that are consistent with the plan to carry out its purposes. The Plan Administrator has general supervision over the operation of the plan.

Copies of the plan and its trust are available upon request from the Board.

XC 001077

**Trustee**

State Street Bank and Trust Company; Boston, Massachusetts, administers the trust which is part of the plan.

The trustee:

- Receives the trust funds from employees making voluntary contributions and from Xerox in the form of the Optional Profit Sharing contributions, if any.

- Invests the funds which are paid over to it for all funds except the Xerox Stock Fund pursuant to instructions from the investment managers and the Company.

- Acts as custodian for and administers the Xerox Stock Fund.

- Pays out money at the Board's direction.

- Votes the securities in its portfolio at its discretion or at the investment manager's direction, if authority for proxy voting has been delegated to the investment manager.

The plan provides that none of the participants or other beneficiaries shall have any right to compel an accounting, judicial or otherwise, by the trustee, and that all of them shall be bound by all accountings by the trustee to the Company. In the event of a dispute between an employee or beneficiary and the trustee, the Board will take whatever action is considered to be necessary for the protection of plan participants and beneficiaries.

**Leaves of Absence and Layoff**

You remain eligible to participate in the plan if you are on a leave of absence approved by Xerox—including a leave under the Family and Medical Leave Act—or if you are on layoff for up to one year. Time lost by you as a result of layoff for up to one year or as a result of a leave of absence granted by the Company of up to one year for the entire term of a military leave of absence, shall, for purposes of eligibility under the plan, be counted as time in the service of the Company.

**Statements**

Each year you will get a statement which shows your current year's Optional Profit Sharing contribution; the balance in your Profit Sharing Savings Accounts; the balance in your Employee After-Tax Savings Account; the balance of your Employee Before-Tax Savings Account; and the balance in your Segregated Assets Account, if applicable. You may also obtain interim statements by calling *Xerox Facts*.

XC 001078

**Administrative Information**

XC 001079

# Contents—Administrative Information

Administrative Information .................................................. Page 187
  Your Rights Under ERISA ................................................ Page 187
  Claims Denial and Appeal Procedures ................................... Page 188
  Plan Documents ........................................................ Page 188
  Plan Continuation ..................................................... Page 188
  Certain Insured Benefits .............................................. Page 189
  Employer Identification Number ........................................ Page 189
  Plan Administrator .................................................... Page 189

Facts About Your Benefit Plans ........................................... Page 190

XC 001080

## Administrative Information

### Your Rights Under ERISA

As a participant in the various Xerox benefit plans, you are entitled to certain rights and protections under the Employee Retirement Income Security Act (ERISA). ERISA provides that all participants in benefit plans governed by ERISA shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all plan documents, including insurance contracts collective bargaining agreements and copies of all documents filed for the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

- Obtain copies of all plan documents and other plan information as required by ERISA upon written request to the Plan Administrator. The Administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

- Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (65) and if so, what your benefits would be at normal retirement age if you stop working under the plan now. If you do not have a right to a pension, the statement will tell you how many more years to have to work to be entitled to receive a retirement benefit. This statement must be requested in writing and is not required to be given more than once a year. The plan must provide the statement free of charge.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the covered employee benefit plans. The people who operate these plans, called "fiduciaries" of the plans, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or your union may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a covered plan benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

XC 001081

If you have a claim for covered plan benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees; for example, if it finds your claim is frivolous.

If you have any questions about a Xerox benefit plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest area office of the U.S. Labor Management Services Administration, U.S. Department of Labor.

### Claims Denial and Appeal Procedures

If an application for benefits under a benefits plan governed by ERISA is denied in whole or in part, you or your beneficiary will receive written notification. This notification will include the reason for the denial with reference to the specific plan provisions on which the denial was based, a description of any additional information needed to process the claim and an explanation of the claim review procedure. Within 60 days after receiving the denial, if you wish to request reconsideration of your claim denial, you or your beneficiary must submit a written request for reconsideration of the application to the Plan Administrator at the address below.

Any such request should be accompanied by supporting documents or records. You or your beneficiary may review pertinent documents and submit issues and comments in writing. The claim will be reviewed and within 60 days (subject to extension under special circumstances), you will receive a written response to the appeal explaining the reason for the decision, with specific reference to the plan provisions on which the decision was based. The Plan Administrator (or designee) has the exclusive right to interpret the appropriate plan provisions; its decisions are conclusive and binding.

### Plan Documents

While this handbook summarizes the key features of the plans in your Xerox benefit program, it does not cover all the details. The full terms and conditions of your benefit program are described in the various plan texts and insurance contracts. These documents legally govern the operation of the plans. In the event of a discrepancy between these documents and the summaries contained in the handbook, the plan documents are controlling.

Copies of all plan documents, as well as the annual reports of plan operations filed with the Internal Revenue Service are available for review any time during normal business hours at the office of the Plan Administrator.

### Plan Continuation

The Company intends to continue each of the plans in your benefit program, but reserves the right to terminate or amend them at any time. If the retirement plan is terminated, you will be fully vested in your rights under the plan to the extent the plan is then funded. Benefits will be payable in the order set forth in plan documents as prescribed by law.

XC 001082

**Certain Insured Benefits**

Certain benefits provided by the Retirement Income Guarantee Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) in the event the plan should terminate, but subject to certain limitations.

Generally, the PBGC guarantees vested benefits at the level in effect on the date the plan terminates. However, if the plan terminates before the benefit formula or any other aspect of a guaranteed benefit has been in effect for five years, the guaranteed monthly benefit is subject to a limit that is adjusted periodically.

As a "defined contribution" plan under law, the Profit Sharing Plan is not covered by the PBGC's termination insurance.

For more information on the PBGC insurance protection and its limitations, contact the Joint Administrative Board or the PBGC: Coverage and Inquiries Branch; PBGC; 1200 K Street, N.W.; Washington, D.C. 20005-4026, or you can call (202) 326-4000.

**Employer Identification Number**

Xerox' employer identification number, assigned by the IRS, is #16-0468020.

**Plan Administrator**

The Plan Administrator for the Profit Sharing Plan, the Retirement Income Guarantee Plan, and the Supplemental Unemployment Plan is the Profit Sharing Joint Administrative Board; Xerox Corporation; P.O. Box 1600; Stamford, CT 06904; telephone (203) 968-3000.

The Plan Administrator for all other plans is Patricia M. Nazemetz; Xerox Corporation; P.O. Box 1600; Stamford, CT 06904; telephone (203) 968-3000.

XC 001083

## Facts About Your Benefit Plans

| Official Plan Name | Plan Number | Plan Type | Plan Trustee/Plan Insurer/Payer of Benefits | Plan Funding |
|---|---|---|---|---|
| Life Insurance Plan for Hourly Employees | 502 | Welfare | Insurers: Metropolitan Life Insurance Co. One Madison Avenue New York, NY 10010 and The Prudential Insurance Company of America/NAO 56 No. Livingston Ave. Roseland, NJ 07068 | Xerox makes premium contributions on behalf of employees to insurance companies from general assets |
| Sickness and Accident Plan | 516 | Welfare | Administrator of benefits: Metropolitan Life Insurance Co. One Madison Avenue New York, NY 10010 | Xerox pays claims from general assets |
| Dependent Life Insurance Plan | 503 | Welfare | Insurer: Metropolitan Life Insurance Co. One Madison Avenue New York, NY 10010 | Employee payroll deductions used to pay premiums to the insurance company |
| Accident Insurance Plan for Hourly Employees | 504 | Welfare | Insurer: Metropolitan Life Insurance Co. One Madison Avenue New York, NY 10010 | Employee payroll deductions used to pay premiums to the insurance company |
| Medical Plan insured by Blue Cross/Blue Shield | 510 | Welfare | Insurers: Blue Cross/Blue Shield of Rochester and Rochester area HMOs | Xerox pays premiums or HMO fees out of general assets; employees make contributions to the insurance or HMOs |
| Xerox Long-Term Disability Income Program | 530 | Welfare | Administrator of benefits: The Travelers Insurance Company One Tower Square-3SB Hartford, CT 06183-2943 | Xerox pays claims out of general assets |
| Xerox Flexible Benefit Account and Salary Redirection Plan | 525 | Welfare | Payer of benefits: Blue Cross/Blue Shield | Xerox pays claims out of general assets; employees' salary redirection contributions are paid to the insurance company |
| Xerox Dental Care Plan | 514 | Welfare | Payer of benefits: Blue Cross/Blue Shield | Xerox pays claims out of general assets; employees pay premiums to the insurance companies |
| Xerox Vision Care Plan | 513 | Welfare | Payer of benefits: The Travelers Managed Care and Employee Benefits Operations P.O. Box 1412 Albany, NY 12201 | Employees pay premiums to the insurance companies |
| Supplemental Unemployment Plan | 523 | Welfare | Plan Trustee: State Street Bank | Payments are made from the trust |

190

XC 001084

| Official Plan Name | Plan Number | Plan Type | Plan Trustee/Plan Insurer/Payer of Benefits | Plan Funding |
|---|---|---|---|---|
| Xerox Severance Pay Plan | 529 | Welfare | Payer of benefits: Xerox Corporation | Xerox pays claims out of general assets |
| Xerox Corporation Cafeteria Plan | 512 | Welfare | N/A | N/A |
| Profit Sharing Plan of Xerox Corporation and The Xerographic Division, A.C.T.W.U., A.F.L.-C.I.O. | 002 | Defined Contribution | Trustee: State Street Bank & Trust Co. P.O. Box 1713 Boston, MA 02015 | Contributions, from both Xerox and employees, are paid to the plan trustee |
| Retirement Income Guarantee Plan (RIGP) of Xerox Corporation and The Xerographic Division, A.C.T.W.U., A.F.L.-C.I.O. | 003 | Defined Benefit/ Individual Account | Trustee: State Street Bank & Trust Co. P.O. Box 1713 Boston, MA 02015 | Xerox' contribution is actuarially determined and paid to the plan trustee |

*Legal process may be served on the plan trustee or the Plan Administrator. The end of the year for purposes of maintaining the plans' fiscal records is December 31.*

191

XC 001085

## Finding Additional Information

### Xerox Facts

*Xerox Facts* is designed to give Xerox employees a fast, easy way to get access to personal information by touch-tone telephone.

You can use *Xerox Facts* when it's convenient for you—either at work or at home. Lines are available Monday through Friday from 7 a.m. to 10 p.m. (ET) and Saturday from 8 a.m. to 5 p.m. (ET).

Just follow these steps:

**Xerox Facts—Procedures**

Step 1: Dial Xerox Facts number   Inside: 75006 or 8*227-5006
                                   Outside: 1-800-527-4589

Step 2: (Explains effective date of profit sharing and
        retirement balances)
        To end                     Press 1
        To continue                Press 2

Step 3: Enter Social Security number

Step 4: Enter PIN number

Step 5: For instructions,
        to change PIN, or to
        restrict access           Press 1

Step 6: For Main Menu             Press any key

**Xerox Facts—Main Menu**

Press 1:  Profit Sharing and Retirement

          Press 1:   Profit sharing/Retirement Balances
                     or Fund Performance

          Press 2:   Loans

          Press 3:   Discretionary Withdrawals,
                     Savings Transfers, Savings
                     Deductions, Optional Profit Sharing

Press 2:  Payroll Net Earnings/Disability Claims
          Reporting
          Press 1:   Most Recent Net Pay
          Press 2:   Disability Claims Reporting

Press 3:  Medical Elections
          Press 1:   New Hire Open Enrollment
          Press 2:   Verification of Medical Coverage

192

XC 001086