# Attachment 10

# Part A



# 1998
## INVESTMENT FUNDS
## ANNUAL REPORT

Xerox Profit Sharing and 401(k) Savings Plans



Dept
EXHIBIT NO. 13
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST



TABLE OF CONTENTS

your plan at work

CHIEF INVESTMENT OFFICER'S MESSAGE ... 1
PERSONAL RISK TOLERANCE ... 2
SAMPLE INVESTMENT ALLOCATIONS ... 3
1998 FUND RESULTS AT A GLANCE ... 6

balanced fund—more bonds ... 
balanced fund—fifty/fifty ... 10
balanced fund—more stocks ... 14
fund manager ... 

income fund ... 20
enhanced bond fund ... 24
u.s. stock fund ... 28
international stock fund ... 32
small company stock fund ... 36
xerox stock fund ... 40

marketplace window ... 44
appendix 1: investment manager descriptions ... 46
appendix 2: statement of changes in market value ... 49
appendix 3: additional information ... 50
staying informed ... 51

TP000309

| CHIEF INVESTMENT OFFICER'S |
| --- |
| message |

DEAR FELLOW PLAN PARTICIPANT:
1998 SAW A MAJOR EXPANSION OF OUR PLAN'S INVESTMENT
OPTIONS AND SERVICES.

We added three new Xerox investment funds and a Marketplace Window
consisting of 50 mutual funds. We began providing Internet access to your
401(k) account, with daily valuation. And we added a rollover option for retiring
employees; you can now roll pension fund payouts into the savings plan and
continue to benefit from ongoing investment oversight and low costs.

You've welcomed all these changes: You have moved more than $100 million into
the new investment options. So many of you went online to check your account
balances, get more fund information, and use the FutureSaver™ financial planner
that the traffic caused glitches in service. (I'm happy to say things are running
more smoothly now.) And retiring employees have rolled $200 million of their
pension payouts into the savings plan.

WE CONTINUED TO ENJOY STRONG INVESTMENT
PERFORMANCE, in what—despite months of nerve-wracking volatility—
turned out to be the eighth year of the domestic bull market. I can't tell you
when this will end—only that it won't last forever. History shows that, in the
long run, stock investments have grown at an average annual rate of roughly 11%.
By contrast, the S&P 500 Index earned 28.8% last year.

EXTENDED GOOD PERFORMANCE makes it more important than
ever to verify that your asset allocation still fits. If you have equity investments,
you may be exposed to greater investment risk than you originally accepted.
By rebalancing your account, you reduce that risk, capture the gains in your
best-performing investments, and take advantage of an opportunity to buy
undervalued assets at bargain prices.

CONSIDER INCREASING YOUR 401(K) CONTRIBUTIONS, TOO.
Assets won't compound at these incredibly high rates forever. Boosting your
contributions is a risk-free way to maintain your account's growth. Even an
after-tax savings contribution can add significantly to that growth because it
earns a tax-deferred return.

ENJOY THIS MARKET, BUT DON'T LET IT GO TO YOUR HEAD.
Too many people funnel all their money into the funds with the highest returns.
No investor can read the future accurately enough to count on selling at the top
of the market and buying back at the bottom. That's one of the reasons that
careful asset allocation has proved to be the most successful approach to retire-
ment investing. With a well-diversified portfolio, you can profit from a bull
market without having to predict when it will end.

Sincerely,

*Myra R. Drucker*

Chief Investment Officer

TP000310

# PERSONAL RISK TOLERANCE

### quiz

**TAKE THIS QUIZ** to help you decide how much investment risk you're willing to tolerate. Review each pair of statements below. Select the number that best describes where you fall between the two statements.

|  | conservative <<<< | | | >>>> aggressive | |
|---|---|---|---|---|---|
| My primary goal is to protect my retirement savings. I'm concerned about losing money. | 1 | 2 | 3 | 4 | 5 | My primary goal is to earn enough on my retirement savings to stay ahead of inflation. I am willing to risk some losses to do so. |
| I would definitely be upset if my 401(k) savings plan statement showed a loss. | 1 | 2 | 3 | 4 | 5 | A loss on my 401(k) savings plan statement wouldn't necessarily bother me. |
| If the stock market dropped, I'd take my losses and pull my savings out of stocks. | 1 | 2 | 3 | 4 | 5 | If the stock market dropped, I'd put more of my money into the market to catch it before it moves back up. |
| If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the cash. | 1 | 2 | 3 | 4 | 5 | If I had a choice between $1,000 cash and a one-in-ten chance at $10,000, I'd definitely take the chance. |
| I would worry about short-term investment losses. | 1 | 2 | 3 | 4 | 5 | I wouldn't worry about short-term investment losses. |
| I wouldn't invest in a start-up company, even one with a promising idea. | 1 | 2 | 3 | 4 | 5 | I'd invest in a start-up company if it has a promising idea. |
| I plan to begin withdrawing my savings within the next 5 years. | 1 | 2 | 3 | 4 | 5 | I do not plan to take money out of my 401(k) savings plan for at least 25 years. |
| My 401(k) savings represent the majority of my personal savings and investments. | 1 | 2 | 3 | 4 | 5 | My 401(k) savings represent only a small portion of my savings and investments. |

**TOTAL THE NUMBERS FROM YOUR ANSWERS ABOVE...**

your score

and determine your score using these categories. On the following page, review the description of risk tolerance for your score. What type of investor are you?

| | |
|---|---|
| 8–13 | CONSERVATIVE |
| 14–20 | CONSERVATIVE TO MODERATE |
| 21–27 | MODERATE |
| 28–34 | MODERATE TO AGGRESSIVE |
| 35–40 | AGGRESSIVE |

TP000311

## SAMPLE INVESTMENT ALLOCATIONS

The following sample allocations represent possible investment allocations for each risk tolerance profile. The Xerox Stock Fund is not included in these profiles because you have opportunities to own Xerox common stock through profit sharing and your account in the Employee Stock Ownership Plan. Keep in mind that you have to include all your ownership in Xerox stock when evaluating your portfolio. Too much of any one stock could affect achieving your investment objectives.

| profile | possible asset allocation |
|---|---|

**8–13 Conservative** investors with a low tolerance for risk may be within three to five years of retirement or within several years of paying for college tuition. Because they will need access to their funds soon, they want to avoid market fluctuations. Capital preservation is the highest priority.




○ 50% Income Fund
○ 50% Enhanced Bond Fund

100%
Income Fund

**14–20 Conservative to Moderate** Investors are entering the last phase of their careers. They want some capital appreciation without taking undue risks to get it.




○ 40% Income Fund
○ 40% Enhanced Bond Fund
○ 20% U.S. Stock Fund

100%
Balanced Fund—
More Bonds

**21–27 Moderate** Investors in this profile may be in a mature phase of their careers. Their concerns about capital appreciation and capital preservation are about equal. Their overall allocation of stocks and fixed income investments is evenly split between the two.




○ 40% Enhanced Bond Fund
○ 30% U.S. Stock Fund
○ 10% International Stock Fund
○ 20% Small Company Stock Fund

100%
Balanced Fund—
Fifty/Fifty

**28–34 Moderate to Aggressive** Investors who fit this category may be at the midpoint of their careers. Retirement is still a way off, but they may be saving for children's college tuition. These investors may weight their portfolios more heavily to stocks than fixed income. Capital appreciation is more important than capital preservation.




○ 20% Enhanced Bond Fund
○ 35% U.S. Stock Fund
○ 20% International Stock Fund
○ 25% Small Company Stock Fund

100%
Balanced Fund—
More Stocks

**35–40 Aggressive** Investors may be starting out in a career with a long time ahead before retirement. They may be "do-it-yourself" investors who want a high return and are willing to take chances to get it. High returns are the main motivator. Aggressive investors are less concerned about preserving capital.



○ 50% U.S. Stock Fund
● 25% International Stock Fund
○ 25% Small Company Stock Fund



TP000312

## YOUR FUND CHOICES

To accommodate a broad range of investment needs and preferences, Xerox provides three tiers of investment choices. Tier I and Tier II funds have been created exclusively for Xerox employees. The Xerox Trust Investments professionals establish the investment guidelines for each fund and select the investment managers. Multiple managers with complementary investment styles are blended in each fund to improve diversification. These managers also run segments of the Xerox pension funds, so your contributions are invested with the same professionalism and rigor as the Company's money. Tier I and Tier II funds have historically maintained significantly lower fees than comparable mutual funds.

## 1998 FUND RESULTS
### at a glance

### TIER ONE—BROAD STRATEGY

| | |
|---|---|
| Balanced Fund—More Bonds | 12.7 % |
| Balanced Fund—Fifty/Fifty | 14.9 % |
| Balanced Fund—More Stocks | 17.6 % |

### TIER TWO—FOCUSED STRATEGY

| | |
|---|---|
| Income Fund | 6.7 % |
| Enhanced Bond Fund | 7.1 % |
| U.S. Stock Fund | 29.7 % |
| International Stock Fund | 16.3 % |
| Small Company Stock Fund | -3.1 % |
| Xerox Stock Fund | 60.8 % |

### END OF YEAR: MILESTONE DATA

| | |
|---|---|
| 1998 Inflation Rate (CPI) | 1.6 % |
| 3-Month Treasury Bill Yield | 4.5 % |
| 30-Year Treasury Bond Yield | 5.1 % |
| S&P 500 Total Return | 28.8 % |
| Russell 2000 (Small-Cap Index) | -2.6 % |
| MSCI EAFE (International Index) | 20.0 % |

Notes on Investment Performance
The Enhanced Bond Fund, the Balanced Fund—More Bonds, and the Balanced Fund—Fifty/Fifty started on October 1, 1998. Results for earlier periods are simulated using the actual performance of the Fund's managers, weighted to reflect the strategic design of these new funds.

TP000313



Balance. The Broad Strategy Funds in Tier I are diversified balanced funds, each with a different level of stocks and bonds. They are diversified enough for one-stop shopping and have different levels of risk and return to suit individual needs and preferences. Any one of the Broad Strategy Funds alone is diversified enough to be your entire savings portfolio.

BROAD STRATEGY
FUNDS
a balanced approach

TP000314

## BALANCED FUND MORE BONDS

### 1998 in review

## AN IMPRESSIVE BEGINNING.

The Balanced Fund—More Bonds is a new Broad Strategy investment option. This Fund has the same managers as the Xerox pension fund, but a higher proportion of bonds in its portfolio. It's a good choice for investors who need some long-term growth, but want to minimize their exposure to stock market risk.

Last year, the Fund's managers earned 12.7%, outperforming the peer group of mutual funds by one percentage point, despite a smaller stock allocation.

However, the Fund fell short of its benchmark, mostly due to disappointing performance in small cap stocks and lower returns from high-yield bonds.

A Flight to Fixed Income. Last year, fears of a widespread global recession caused investors to abandon riskier bonds for the safety of the U.S. Treasury market. This flight to quality caused the value of Treasury bonds to soar. However, corporate bonds, which had performed well early in the year, didn't fare as well.

The bond segment of the Fund delivered a solid return for the year, despite the fact that in this turbulent market, its high quality and high-yield corporate bonds earned much less than in prior years.

A Volatile Stock Market. 1998 was the fourth consecutive year of double-digit stock market returns, but they were hard-won.

After a strong start, the U.S. market reached an all-time high on July 17th. Then it plummeted as investors reacted to continuing chaos in emerging markets, currency collapse in Russia, and leveraged hedge fund sell-offs. The market continued to gyrate until October, when it rallied after the Federal Reserve cut interest rates.

Early in the year, we decided to reduce the Fund's small cap domestic holdings. We also increased its allocation to large cap U.S. stocks, which turned out to be 1998's best-performing market sector. Both these actions added significantly to the Fund's performance for the year, as did our decision to keep our cash reserves as low as possible.

Our U.S. stock segment performed very well, significantly outpacing the average equity mutual fund. Our international stock holdings also turned in solid, double digit returns, despite fourth quarter currency losses in the Japanese Yen.

Long-Term Growth With Less Volatility. The Balanced Fund—More Bonds can serve as your entire savings portfolio at Xerox, regardless of your investments outside the 401(k) plan; it offers all the diversification you need as a long-term investor. This Fund's higher proportion of bonds provides a greater degree of stability than our other two balanced funds, in exchange for a lower potential return.

TP000315

---

**AT A GLANCE**

balanced fund—more bonds

---

**fund type**

Balanced

**objective**

To provide a return greater than the rate of inflation while seeking capital preservation.

**investments**

Usually, about 30% in stocks; most of the rest in bonds; some private placements and cash. Mix may shift with market outlook.

**advantages**

Well-diversified fund; expected return greater than inflation; more stable than stocks alone.

**disadvantages**

Expected long-term returns lower than stocks alone; moderate fluctuations in value.

**expense ratios**

Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.33% |
| Total Fund Expenses | 0.43% |
| Peer Group Mutual Funds | 1.37% |

---

**PERFORMANCE SUMMARY**

december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| balanced fund—more bonds | 12.7% | 13.7% | 11.8% |
| benchmark index | 13.8% | 12.2% | 11.1% |
| peer group mutual funds | 11.7% | 14.4% | 12.5% |

**GROWTH OF $100**



| fund | benchmark | peer group |
|---|---|---|

**QUARTERLY PERCENT GAIN OR LOSS**



Notes on Investment Performance
This fund started on October 1, 1998. Returns for earlier periods are simulated using the actual performance of the fund's managers, weighted to reflect the strategic design of the Balanced Fund—More Bonds.

Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

## INVESTMENT STRATEGY

balanced fund—more bonds

This Fund is the most conservative of the Broad Strategy funds. Its investments are highly diversified. Under normal market conditions, the Fund invests about 70% in bonds and about 30% in stocks. The mix may shift as market conditions change.

Approximately 70% of the bond holdings are high quality government, corporate and mortgage securities, and 30% of its bonds are high-yield lower quality instruments.

About 65% of the stock holdings are in large and medium sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

Twenty-three investment firms manage specialized assignments for the Fund.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, and lower than those of the other Broad Strategy Funds.

### HIGHER

expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty



enhanced bond fund

income fund

### LOWER

expected risk, lower expected returns

### ADDITIONAL INFORMATION

**Performance Benchmark** The Fund is measured against the Balanced Fund—More Bonds Policy Benchmark—a combination of indices for each major asset class—weighted by its target allocation.

The Balanced Fund—More Bonds Policy Benchmark is 25% Russell 3000 Index (measuring the broad U.S. stock market), plus 5% modified Morgan Stanley Capital International Europe Australia Far East Index with Japan's weight reduced by half (measuring international markets), plus 60% Lehman Brothers Government/Corporate Bond Index and 10% three month Treasury bills (measuring the fixed income

markets). A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

**Peer Group Mutual Funds** Morningstar Balanced Funds with bond holdings equal to or greater than 40% of the total fund. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1998, there were 136 mutual funds in this category.

**Fund Managers**
See page 18 for a list of current fund managers.

TP000317

## ASSET CLASS GUIDELINES



stocks* 20-40% (norm 30%)

bonds plus cash 60-80% (norm 70%)

*normally 25% domestic, 5% international

## ASSET ALLOCATION
december 31, 1998

6% international equity    25% domestic equity

5% cash

2% private equities

62% bonds

## ECONOMIC SECTOR HOLDINGS
december 31, 1998



27% consumer non-durables · 18% technology · 18% finance · 11% materials & services · 11% utilities · 4% energy · 6% capital goods · 3% consumer durables · 2% transportation

## SIGNIFICANT HOLDINGS
december 31, 1998

### Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 1 | 0.5% | General Electric Producer Goods |
| 2 | 0.5% | Microsoft Technology & Electronics |
| 3 | 0.4% | International Business Machines Business Machines |
| 4 | 0.4% | Cisco Systems Technology & Electronics |
| 5 | 0.4% | Intel Technology & Electronics |
| 6 | 0.3% | Pfizer Drugs & Medicine |
| 7 | 0.3% | Telecom Italia Telephone |
| 8 | 0.3% | Procter & Gamble Cosmetics |
| 9 | 0.3% | Federal Nat'l Mortgage Assoc. Finance |
| 10 | 0.3% | Wal-Mart Stores Retail |
| | 3.7% | Top Ten Total |

### Bonds

| | % of Fund | Holding / Quality Rating |
|---|---|---|
| 1 | 7.8% | U. S. Treasury Bonds U.S. Treasury |
| 2 | 3.9% | Federal Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 3 | 3.8% | Federal Home Loan Mortgage U.S. Gov't. Agency |
| 4 | 1.3% | Government Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 5 | 0.8% | Intercel B |
| 6 | 0.7% | Stone Container B |
| 7 | 0.7% | ICG Holdings Not Rated |
| 8 | 0.7% | International Cabletel B- |
| 9 | 0.7% | Niagara Mohawk Power BBB |
| 10 | 0.6% | Diamond Cable B- |
| | 21.0% | Top Ten Total |



TP000319

## A STRONG PERFORMANCE.

The Balanced Fund—Fifty/Fifty is a new Broad Strategy investment option. This Fund has the same managers as the Xerox pension fund, but its assets are equally divided between stocks and bonds. It's a good choice for investors who need long-term growth but don't want to own more stocks than bonds.

Last year, the managers of this Fund earned 14.9%, outpacing the peer group mutual funds by 2.4% despite a smaller allocation to stocks.

The Fund fell short of its benchmark, however, mostly because of a disappointing performance in small cap stocks and lower returns in high-yield bonds.

**A Turbulent Stock Market** In 1998 the stock market returned over 20% for the fourth year in a row, but it was far from an easy achievement.

After a strong start, the U.S. market reached an all-time high on July 17th. Then it plummeted as investors reacted to continuing chaos in emerging markets, currency collapse in Russia, and leveraged hedge fund sell offs. The market gyrated until October, then rallied after the Federal Reserve cut interest rates.

Early in the year, we decided to reduce the Fund's allocation to small cap U.S. stocks. We also increased its large cap U.S. stock holdings. These actions added significantly to our performance: big U.S. stocks were 1998's best-performing market sector, while small stocks had a very rough year. The Fund also benefited from our decision to keep our cash reserves as low as possible.

Our U.S. equity managers had strong overall returns. Although the Fund's small cap holdings didn't fare well, our big cap managers added substantial value to our performance. Our international stock managers also had a good year, earning double-digit returns despite a difficult third quarter.

**A Nervous Bond Market** Fears of global recession caused investors to abandon riskier bonds for the safety of the U.S. Treasury market last year. As a result of this flight to quality, the value of Treasury bonds soared. But corporate bonds, which had performed well early in the year, didn't fare well compared to U.S. Treasury bonds, as bond investors reduced their risk profiles.

The bond segment of the Balanced Fund—Fifty/Fifty performed well in this difficult environment. Our bond managers delivered a solid return for the year, even though the Fund's high quality and high-yield corporate bonds earned much less than in prior years.

**A Fund For All Markets** The Balanced Fund—Fifty/Fifty offers all the diversification you need as a long-term investor. Whatever your investments outside the 401(k) plan, this Fund can serve as your entire savings portfolio at Xerox. It offers a higher degree of stability than the Balanced Fund—More Stocks in exchange for a lower potential return.

TP000320

## AT A GLANCE
balanced fund—fifty/fifty

**fund type**

Balanced

**objective**

To provide a return greater than the rate of inflation while dampening the impact of stock market declines.

**investments**

Usually, about 50% in stocks and 50% in bonds; some private placements and cash. Mix may shift with market outlook.

**advantages**

diversified fund; expected return greater than inflation; more stable than stocks alone.

**disadvantages**

Expected long-term returns lower than stocks alone; moderate fluctuations in value.

**expense ratios**

Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.35% |
| Total Fund Expenses | 0.46% |
| Peer Group Mutual Funds | 1.37% |

### PERFORMANCE SUMMARY
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| balanced fund—fifty/fifty | 14.9% | 16.4% | 13.8% |
| benchmark index | 16.8% | 15.3% | 13.6% |
| peer group mutual funds | 12.5% | 14.8% | 13.0% |

### GROWTH OF $100



| fund | benchmark | peer group |

### QUARTERLY PERCENT GAIN OR LOSS



Notes on Investment Performance
This Fund started on October 1, 1998. Returns for earlier periods are simulated using the actual performance of the Fund's managers, weighted to reflect the strategic design of the Balanced Fund—Fifty/Fifty.

Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

## INVESTMENT STRATEGY
balanced fund—fifty/fifty

This Fund is a Broad Strategy Fund with a moderate risk/return profile. Its investments are highly diversified. Under normal market conditions, the Fund invests equally in stocks and bonds. This mix may shift as market conditions change.

About 65% of its stock holdings are in large and medium sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

Approximately 70% of its bond holdings are high quality government, corporate and mortgage securities, and 30% of its bonds are high-yield lower quality instruments.

Twenty-three investment firms manage specialized assignments for the fund.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, lower than those of the Balanced Fund—More Stocks, but higher than those of the Balanced Fund—More Bonds.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund

u.s. stock fund

balanced fund—more stocks


balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

### ADDITIONAL INFORMATION

Performance Benchmark The Fund is measured against the Balanced Fund—Fifty/Fifty Policy Benchmark—a combination of indices for each major asset class—weighted by its target allocation.

The Balanced Fund—Fifty/Fifty Policy Benchmark is 40% Russell 3000 Index (measuring the broad U.S. stock market), plus 10% modified Morgan Stanley Capital International Europe Australia Far East Index with Japan's weight reduced by half (measuring international markets); plus 40% Lehman Brothers Government/Corporate Bond Index and 10% three-month Treasury bills (measuring the fixed

income markets). A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

Peer Group Mutual Funds Morningstar Balanced Funds. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1998, there were 423 mutual funds in this category.

Fund Managers
See page 38 for a list of current fund managers.

TP000321

## ASSET CLASS GUIDELINES



stocks* 35–60% (norm 50%)

bonds plus cash 40–65% (norm 50%)

*normally 40% domestic, 10% international

## ASSET ALLOCATION
december 31, 1998

3% private equities    40% domestic equity

3% cash    10% international equity

44% bonds

## ECONOMIC SECTOR HOLDINGS
december 31, 1998



|  |  |  | 11% | 11% | 4% | 6% | 3% | 2% |

consumer non-durables   technology   finance   materials & services   utilities   energy   capital goods   consumer durables   transportation

## SIGNIFICANT HOLDINGS
december 31, 1998

### Stocks

|  | % of Fund | Holding / Industry |
|---|---|---|
| 1 | 0.8% | General Electric Producer Goods |
| 2 | 0.8% | Microsoft Technology & Electronics |
| 3 | 0.7% | International Business Machines Business Machines |
| 4 | 0.6% | Cisco Systems Technology & Electronics |
| 5 | 0.6% | Intel Technology & Electronics |
| 6 | 0.5% | Pfizer Drugs & Medicine |
| 7 | 0.5% | Telecom Italia Telephone |
| 8 | 0.5% | Procter & Gamble Cosmetics |
| 9 | 0.4% | Federal Nat'l Mortgage Assoc. Finance |
| 10 | 0.4% | Wal-Mart Stores Retail |
|  | 5.8% | Top Ten Total |

### Bonds

|  | % of Fund | Holding / Quality Rating |
|---|---|---|
| 1 | 5.5% | U. S. Treasury Bonds U.S. Treasury |
| 2 | 2.8% | Federal Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 3 | 2.7% | Federal Home Loan Mortgage U.S. Gov't. Agency |
| 4 | 1.0% | Government Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 5 | 0.5% | Intercel B |
| 6 | 0.5% | Stone Container B |
| 7 | 0.5% | ICG Holdings Not Rated |
| 8 | 0.5% | International Cabletel B- |
| 9 | 0.5% | Niagara Mohawk Power BBB |
| 10 | 0.4% | Diamond Cable B- |
|  | 14.9% | Top Ten Total |

⑬

TP000322



# A SOLID RETURN.

In a volatile market, the Balanced Fund—More Stocks (the original Balance Fund) turned in very solid performance in 1998. The Fund earned 17.6% for the year, outpacing its peer group of mutual funds by a full 5.1 percentage points.

This Fund, which is also the Xerox pension fund, outranked 88% of all large U.S. pension funds for the year.

Despite its impressive performance, however, the Fund underperformed its benchmark by 2.2%, mainly because of small cap stock and currency losses and lower returns from high-yield bonds.

**A Rollercoaster Year For Stocks** In 1998, the stock market completed its fourth consecutive year of returns over 20%—but getting there wasn't easy:

After a strong start, the U.S. market reached an all-time high on July 17th. Then it plummeted as investors reacted to continuing chaos in emerging markets, currency collapse in Russia, and leveraged hedge fund sell-offs. The market gyrated until October, then rallied after the Federal Reserve cut interest rates.

We decided early in the year to reduce the Fund's small cap U.S. holdings and to increase its allocation to large cap domestic stocks. These actions added significantly to our performance for the year: small cap stocks fared badly in 1998, while large cap growth stocks—including many that we owned—did extremely well. The Fund also benefited from our decision to keep our cash reserves as low as possible.

Our domestic equity managers delivered an excellent overall performance, outpacing the average U.S. growth equity mutual fund by 3.7%.

Although our performance in small cap stocks was disappointing, our large cap managers added substantial value to the Fund's returns.

Our international stocks also earned a solid double-digit return for the year; the Fund's international managers outperformed their peer group mutual funds by a full 8 percentage points.

**An Anxious Bond Market** As financial chaos spread from Asia to Russia and Latin America, bond investors abandoned riskier securities for the safety of the U.S. Treasury market. This sent the value of Treasury bonds soaring. But corporate bonds, which had performed well early in the year, didn't fare well compared to U.S. Treasury bonds, as bond investors reduced their risk profiles.

The Fund's bond segment turned in a solid performance for the year, despite the fact that our high quality and high-yield corporate bonds earned much less than they had in prior years.

**An Anchor For Your 401(k)** This Fund's well-diversified asset mix can be an anchor in your 401(k) portfolio. As last year's performance shows, the Fund is strongly positioned to weather market turmoil. It can serve as your entire savings portfolio at Xerox, regardless of your investments outside the 401(k) plan.

TP000323



**AT A GLANCE**
balanced fund—more stocks

### fund type
Balanced

### objective
To provide a return greater than the rate of inflation while dampening the impact of stock market declines.

### investments
Usually, about 70% in stocks; most of the rest in bonds; some private placements and cash. Mix may shift with market outlook.

### advantages
Well diversified fund; expected return greater than inflation; more stable than stocks alone.

### disadvantages
Expected long-term returns lower than stocks alone; moderate fluctuations in value.

### expense ratios
Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.38% |
| Total Fund Expenses | 0.49% |
| Peer Group Mutual Funds | 1.57% |

## PERFORMANCE SUMMARY
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| balanced fund—more stocks | 17.6% | 19.2% | 15.8% |
| benchmark index | 19.8% | 18.6% | 16.3% |
| peer group mutual funds | 12.5% | 14.8% | 13.0% |

## GROWTH OF $100



fund    benchmark    peer group

## QUARTERLY PERCENT GAIN OR LOSS



Notes on Investment Performance
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

⑮

TP000324

## INVESTMENT STRATEGY
### balanced fund—more stocks

This Fund is the original Balanced Fund, and the most aggressive of the Broad Strategy Funds. Its investments are highly diversified. Under normal market conditions, the Fund holds about 70% of its assets in stocks and 30% in bonds. This mix may shift as market conditions change.

About 65% of its stock holdings are in large and medium sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

About 70% of its bond holdings are high quality government, corporate and mortgage securities, and one-third of its bonds are high-yield lower quality instruments.

Twenty-three investment firms manage specialized assignments for the fund.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, but higher than those of the other Broad Strategy Funds.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund

u.s. stock fund



balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

### ADDITIONAL INFORMATION

Performance Benchmark  The Fund is measured against the Balanced Fund—More Stocks Policy Benchmark—a combination of indices for each major asset class—weighted by its target allocation.

The Balanced Fund—More Stocks Policy Benchmark is 35% Russell 3000 Index (measuring the broad U.S. stock market); plus 15% modified Morgan Stanley Capital International Europe Australia Far East Index with Japan's weight reduced by half (measuring international markets); plus 25% Lehman Brothers Government/Corporate Bond Index and

5% three-month Treasury bills (measuring the fixed income markets). A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

Peer Group Mutual Funds  Morningstar Balanced Funds. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1998, there were 423 mutual funds in this category.

Fund Managers  See page 18 for a list of current fund managers.

## ASSET CLASS GUIDELINES



stocks* 50-85% (norm 70%)

bonds plus cash 15-50% (norm 30%)

*normally 55% domestic, 15% international

## ASSET ALLOCATION
december 31, 1998



4% private equities

13% international equity

1% cash

26% bonds

56% domestic equity

## ECONOMIC SECTOR HOLDINGS
december 31, 1998



| consumer non-durables | technology | finance | materials & services 11% | utilities 11% | energy 4% | capital goods 6% | consumer durables 3% | transportation 2% |

## SIGNIFICANT HOLDINGS
december 31, 1998

### Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 1 | 1.2% | General Electric Producer Goods |
| 2 | 1.1% | Microsoft Technology & Electronics |
| 3 | 0.9% | International Business Machines Business Machines |
| 4 | 0.9% | Cisco Systems Technology & Electronics |
| 5 | 0.9% | Intel Technology & Electronics |
| 6 | 0.7% | Pfizer Drugs & Medicine |
| 7 | 0.7% | Telecom Italia Telephone |
| 8 | 0.6% | Procter & Gamble Cosmetics |
| 9 | 0.6% | Federal Nat'l Mortgage Assoc. Finance |
| 10 | 0.6% | Wal-Mart Stores Retail |
| | 8.2% | Top Ten Total |

### Bonds

| | % of Fund | Holding / Quality Rating |
|---|---|---|
| 1 | 3.2% | U.S. Treasury Bonds U.S. Treasury |
| 2 | 1.6% | Federal Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 3 | 1.5% | Federal Home Loan Mortgage U.S. Gov't. Agency |
| 4 | 0.5% | Government Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 5 | 0.3% | Intercel B |
| 6 | 0.3% | Stone Container B |
| 7 | 0.3% | ICG Holdings Not Rated |
| 8 | 0.3% | International Cabletel B- |
| 9 | 0.3% | Niagara Mohawk Power BBB |
| 10 | 0.3% | Diamond Cable a- |
| | 8.6% | Top Ten Total |

17

TP000326



# FUND MANAGERS
### tier one

The Broad Strategy Funds all use the
same investment managers. The Xerox
Trust Investments group regularly
monitors the investment managers, and
may change managers to enhance
fund performance.

For more detailed information on the
investment managers see Appendix 1.

The current managers for the
Balanced Fund—More Bonds,
the Balanced Fund—Fifty/Fifty,
and the Balanced Fund—More Stocks are:

Barclays Global Investors, N.A.
Capital Guardian Trust Company
Dresdner RCM Global Investors
First Pacific Advisors, Inc.
Friess Associates, Inc.
GE Investment Management, Inc.
GEM Capital Management, Inc.
GeoCapital LLC
Grantham, Mayo, Van Otterloo & Co. LLC.
Heitman Capital Management Corp.
Horsley Bridge Partners LLC
W.R. Huff Asset Management Co. LLC
Independence Investment Associates, Inc.
Jennison Associates LLC
Lincoln Capital Management Company
J.P. Morgan Investment Management Inc.
Pacific Investment Management Company
PanAgora Asset Management, Inc.
The RREEF Funds
Sound Shore Management, Inc.
Steinberg Asset Management Co., Inc.
Trust Company of the West
Westpeak Investment Advisors, L.P.

TP000327



TP000328



**INCOME FUND**

1998 in review

# A GOOD PERFORMANCE IN A TOUGH YEAR.

Last year was a stormy one for bond investors. But the Income Fund'
performance actually benefited from financial turmoil outside the U.S.,
which drove investors to seek the safety and consistency of U.S. Treasuries.

The Fund delivered a solid performance,
returning 6.7% in 1998—a fraction
under its benchmark, but almost one
percent more than its peer group of
mutual funds.

**Low Inflation and Interest Rates
Help Performance** Falling interest
rates and low inflation are good news
for most bond-holders. Last year, we
saw both, and as a result the value of
many of the Fund's holdings rose.
Treasuries, especially, delivered very
solid returns.

But the Fund's non-Treasury holdings,
including corporate bonds and mort-
gage-backed securities, performed less
well in this environment. Falling interest
rates prompted homeowners to refinance
their mortgages, for example; as a result,
our mortgage-backed bonds earned less
last year.

**Moving to Short-Term Bonds**
The Fund continued its long-term
strategic transition away from book-
valued bank and insurance contracts to
short-term bonds, which are valued at
market prices.

In 1998 market-valued securities
replaced more of the Fund's bank and
insurance contracts. The Fund's overall
asset mix is now 93% short-term
bonds and 7% guaranteed insurance
contracts (GICs).

This shift to market-valued securities
improves the Fund's liquidity and
makes it more diversified. But as we
saw last year, the change also causes the
Fund's value to fluctuate in response to
what's happening in the market.

**Reliable Returns With Less Risk**
A volatile market is a reminder that
the Income Fund can be an important
component of a long-term portfolio.
While no investment is risk-free, this
Fund provides more stability than
others, in exchange for a somewhat
lower return. Its steadiness can help
to reduce your portfolio's volatility.

TP000329



**AT A GLANCE**
income fund

## fund type
Bond

## objective
To provide competitive fixed income returns while emphasizing preservation of capital and liquidity.

## investments
Short to intermediate duration, high quality bonds; contracts with insurance companies and banks.

## advantages
Lowest short-term risk; relatively stable rate of return.

## disadvantages
Lowest expected long-term return.

## expense ratios
Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.15% |
| Total Fund Expenses | 0.24% |
| Peer Group Mutual Funds | 0.61% |

**PERFORMANCE SUMMARY**
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| income fund | 6.7% | 6.7% | 7.0% |
| benchmark index | 7.0% | 6.2% | 6.0% |
| peer group mutual funds | 6.0% | 5.6% | 5.4% |

**GROWTH OF $100**




fund    benchmark    peer group

**QUARTERLY PERCENT GAIN OR LOSS**



Notes on Investment Performance
Three- and five-year results are the compound average annual rate of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

Income Fund results exclude returns on assets held in the Segregated Assets Fund through February 29, 1996.

TP000330

# INVESTMENT STRATEGY
income fund

This Fund invests primarily in short-to intermediate-term high quality bonds. Holdings include government and corporate bonds, mortgage-backed and asset-backed securities, and money market instruments such as Treasury bills and commercial paper. It also holds about 7% of its assets in contracts with banks and insurance companies, which cannot be sold on the open market.

The average maturity of the Fund's bonds is one to three years, which makes the volatility of this Fund low.

The average credit quality of the bonds as rated by Standard & Poor's or Moody's is approximately AA (the second highest rating category, signifying very strong capacity to pay interest and repay principal).

## RISK VS. RETURN PROFILE

The fund intends to provide returns through interest income and some capital appreciation. It may be subject to interest rate, credit and inflationary risks. Fluctuations in value are typically low from quarter to quarter.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund



### LOWER
expected risk, lower expected return

## ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against the Merrill Lynch 1-3 Year Treasury Bond Index. This index is composed of U.S. Treasury bonds with an average maturity similar to that targeted by the Fund's market value bond component. A three- to five-year time horizon is used to evaluate Fund performance against the benchmark.

**Peer Group Mutual Funds** Ten fixed income mutual funds that invest primarily in high quality, short- to intermediate-term securities are the Fund's peer group. Return data on these funds is reported by Morningstar.

**Fund Managers** Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Bankers Trust Company
J.P. Morgan Investment Management Inc.
Pacific Investment Management Company

TP000331

## ASSET ALLOCATION
december 31, 1998

7% insurance company contracts



93% market value bonds

## CREDIT QUALITY RATING
december 31, 1998



| 4% | | 14% | | 13% | 13% |
|---|---|---|---|---|---|
| u.s. treasury | u.s. government agency | aaa rated | aa rated | a rated | bbb rated |

## SIGNIFICANT HOLDINGS
december 31, 1998

**Bonds**

| | % of Fund | Holding / Quality Rating |
|---|---|---|
| 1 | 12.6% | Government Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 2 | 8.4% | Federal Home Loan Mortgage U.S. Gov't Agency |
| 3 | 7.7% | Federal Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 4 | 3.9% | U.S. Treasury Bonds U.S. Treasury |
| 5 | 3.7% | John Hancock AA+ |
| 6 | 2.4% | CitiGroup AA- |
| 7 | 2.4% | Allstate Life AA+ |
| 8 | 1.9% | AT&T Capital BBB |
| 9 | 1.9% | Federal Farm Credit U.S. Gov't. Agency |
| 10 | 1.6% | DaimlerChrysler A+ |
| | 46.5% | Top Ten Total |



**ENHANCED BOND FUND**

1998 in review

## OFF TO AN EXCELLENT START.

The Enhanced Bond Fund is a new Focused Strategy investment optic

This Fund is a fixed-income investment with a high-yield bond component

that offers enhanced return in exchange for some credit risk.

Last year, this portfolio earned 7.1%, a return less than its benchmark, but an impressive 6.1% more than its peer group mutual funds.

A Volatile Bond Market The Enhanced Bond Fund has the same managers as the bond segment of the Xerox pension fund—a portfolio whose high-yield holdings have enabled it to outperform its benchmark over the long-term.

Last year, though, the Fund's high-yield holdings hurt its return rather than enhancing it as they have in prior years.

The reason was a flight to quality: as the Asian financial crisis spread to Russia and Latin America, investors abandoned riskier bonds for the safety and consistency of U.S. Treasuries.

As a result, the Fund's Treasury holdings turned in a very solid performance; but its high-yield, lower quality bonds didn't do as well.

The Fund's mortgage-backed bonds also earned less in 1998 than they have in past years, because falling interest rates prompted homeowners to refinance their mortgages. Our returns from mortgage-backed bonds were reduced when borrowers replaced high-cost mortgages with lower-cost loans.

An Enhanced Fixed-Income Returr By taking carefully researched credit risk, the Enhanced Bond Fund offers the potential of greater returns than Treasuries over the long-term. This Fund can serve as a core fixed-income component of your retirement portfoli at Xerox, providing stability and some capital appreciation.

TP000333



**AT A GLANCE**

enhanced bond fund

## fund type

Bond

## objective

To provide competitive fixed income returns from both income and capital appreciation.

## investments

Intermediate duration; 70% high quality bonds; 30% high-yield lower quality bonds.

## advantages

Relatively stable expected rate of return; lower expected risk than stocks.

## disadvantages

Expected long-term returns lower than stocks; moderate fluctuations in value.

## expense ratios

Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.30% |
| Total Fund Expenses | 0.40% |
| Peer Group Mutual Funds | 1.49% |

### PERFORMANCE SUMMARY
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| enhanced bond fund | 7.1% | 8.9% | 8.5% |
| benchmark index | 9.5% | 7.3% | 7.3% |
| peer group mutual funds | 1.0% | 6.6% | 5.8% |

### GROWTH OF $100



fund | benchmark | peer group

### QUARTERLY PERCENT GAIN OR LOSS



Notes on Investment Performance
This fund started on October 1, 1998. Returns for earlier periods are simulated using the actual performance of the Fund's managers, weighted to reflect the strategic design of the Enhanced Bond Fund.

Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

TP000334



## INVESTMENT STRATEGY
### enhanced bond fund

This Fund invests in a wide range of bonds. About 70% of the Fund is invested in high quality fixed-income securities, and about 30% is in high-yield lower quality bonds or convertible securities.

Holdings are primarily government, corporate, mortgage-backed and asset-backed fixed-income instruments. The Fund typically has a duration of three to six years.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through interest income and some capital appreciation. It may be subject to interest rate, credit and inflationary risks. Fluctuations in value are typically moderate from quarter to quarter.

## HIGHER
### expected risk, higher expected return

xerox stock fund

small company stock

international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bond



income fund

## LOWER
### expected risk, lower expected return

### ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against the Lehman Brothers Government/Corporate Bond Index. A three- to five-year time horizon is used to evaluate Fund performance against the benchmark.

**Peer Group** Mutual Funds Morningstar Multi-Sector Bond Funds. These funds seek income and capital appreciation by investing primarily in multi-sector fixed-income securities. There were 132 mutual funds in this category as of December 31, 1998.

**Fund Managers** Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on the Current managers are:

Dresdner RCM Global Investors
GEM Capital Management, Inc.
W.R. Huff Asset Management Co. LLC
J.P. Morgan Investment Management Inc.
Pacific Investment Management Company

TP000335

## ASSET ALLOCATION
december 31, 1998



29% high-yield bonds

71% high grade bonds

## CREDIT QUALITY RATING
december 31, 1998



| 13% | 13% | 4% | 15% | 10% | 6% | 14% | 9% |
|---|---|---|---|---|---|---|---|
| u.s. treasury | aaa rated | aa rated | a rated | bbb rated | bb rated | b rated | below b rated |

u.s. government agency

## SIGNIFICANT HOLDINGS
december 31, 1998

**Bonds**

| | % of Fund | Holding / Quality Rating |
|---|---|---|
| 1 | 12.6% | U.S. Treasury Bonds U.S. Treasury |
| 2 | 6.3% | Federal Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 3 | 6.1% | Federal Home Loan Mortgage U.S. Gov't Agency |
| 4 | 2.2% | Government Nat'l Mortgage Assoc. U.S. Gov't. Agency |
| 5 | 1.2% | Intercel B |
| 6 | 1.1% | Stone Container B |
| 7 | 1.1% | ICG Holdings Not Rated |
| 8 | 1.1% | International Cabletel B- |
| 9 | 1.1% | Niagara Mohawk Power BBB |
| 10 | 1.0% | Diamond Cable B- |
| | 33.8% | Top Ten Total |

TP000336