# Attachment 10

# Part B



**U.S. STOCK FUND**

1998 in review

# ANOTHER OUTSTANDING YEAR.

The U.S. Stock Fund had an excellent year. The Fund earned 29.7% for 1998, outperforming its benchmark by 2.7%—and beating the return of the average equity mutual fund by a full 11 percentage points. Meanwhile, the stock market overall overcame a rocky summer and autumn to chalk up the 8th year of its long bull run.

**Smart Stock Choices Boost Our Return** The Fund's performance last year owes a great deal to its managers' successful stock picking.

Big company growth stocks in technology, health care and telecommunications dominated the market in 1998, with telecommunications stocks leading the way. The Fund's managers invested in some of the best performers in this group.

The Fund outpaced both its benchmark and its peer group mutual funds throughout the year—even during the volatile second and third quarters, when fears of economic slowdown drove down the stock prices of its investments in retail and entertainment companies, as well as those of oil producing and servicing firms.

**The Rewards of Diversification** The Fund's performance last year illustrates why diversifying between the growth and value styles of investing is important to long-term financial performance.

Value investing didn't fare well in 1998. Although the Fund's value managers delivered good returns, they weren't able to add as much to its overall performance as its growth managers. By contrast, the investments chosen by our growth managers added significantly to our performance —as did the Fund's overall tilt in favor of growth stocks last year.

The Fund also benefited from the decision to keep cash reserves as low as possible.

**A Blueprint For Long-Term Growth** Because the Fund specializes in the stocks of well-established, larger capitalization U.S. companies, it can be used as one of the core components of your 401(k) portfolio.

By investing in the U.S. Stock Fund, you participate in the future growth of companies that are mainstays of the U. economy. The Fund provides a solid way to experience long-term growth: the key to investing for retirement.

TPC00337



**AT A GLANCE**

u.s. stock fund

## PERFORMANCE SUMMARY

december 31, 1998



| | 1 year | 3 years | 5 years |
|---|---|---|---|
| u.s. stock fund | 29.7% | 28.3% | 22.7% |
| benchmark index | 27.0% | 27.4% | 23.4% |
| peer group mutual funds | 18.7% | 21.3% | 18.1% |

### fund type

U.S. Stocks—
Larger Companies

### objective

To provide growth in capital
through investment in a
diversified group of stocks.

## GROWTH OF $100



### investments

Primarily stocks of
medium to large
U.S. companies.

### advantages

High long-term growth
potential; investment primarily
in established U.S. companies.

fund    benchmark    peer group

### disadvantages

Moderate to large
fluctuations in value.

## QUARTERLY PERCENT GAIN OR LOSS



### expense ratios

Expenses as % of average
market value:

| | |
|---|---|
| Investment Management | 0.20% |
| Total Fund Expenses | 0.29% |
| Peer Group Mutual Funds | 1.44% |

**Notes on Investment Performance**
Three- and five-year results are the compound
average annual rates of return for periods ending
December 31, 1998. Past results are no guarantee
of future performance.

TP000338



## INVESTMENT STRATEGY

u.s. stock fund

This Fund invests primarily in well-established large and medium-sized companies based in the U.S. It may at times also hold stocks of foreign-based companies or some cash.

The portfolio is highly diversified, holding many different stocks in a variety of business sectors.

It is further diversified by multiple investment managers who are selected for their demonstrated expertise in a particular style of equity investing—specialists in growth or value investing.

Because of the difficulty of beating the averages in so efficient a market, the Fund also uses passive managers who replicate indices, a lower-cost management process.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through growth from capital appreciation and some dividend income. It is subject to market risk, but over the long term generally provides protection from inflationary risk. It provides long-term growth potential with moderate to large fluctuations in value.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund



balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

## ADDITIONAL INFORMATION

Performance Benchmark The Fund's performance is measured against the Russell 1000 Index, which includes the 1,000 largest U.S. companies. Its performance covers a broader array of securities than the more familiar Standard & Poor's 500 Index. A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

Peer Group Mutual Funds Morningstar Growth Funds. These funds seek capital appreciation by investing primarily in equity securities. There were 1,620 mutual funds in this category as of December 31, 1998.

Fund Managers Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
Dresdner RCM Global Investors
Independence Investment Associates, Inc.
Lincoln Capital Management Company
Sound Shore Management, Inc.
Westpeak Investment Advisors, L.P.

TP000339

## CAPITALIZATION OF HOLDINGS
december 31, 1998



20% medium/large
$5.0B – $20.0B

7% medium
$2.5B – $5.0B

5% medium/small
$0.75B – $2.5B

68% large
$20.0B & above

## ECONOMIC SECTOR HOLDINGS
december 31, 1998



23% consumer non-durables
23% technology
18% finance
7% materials & services
9% utilities
3% energy
4% capital goods
2% consumer durables
2% transportation

## SIGNIFICANT HOLDINGS
december 31, 1998

Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 1 | 2.9% | General Electric Producer Goods |
| 2 | 2.6% | Microsoft Technology & Electronics |
| 3 | 2.3% | International Business Machines Business Machines |
| 4 | 2.2% | Cisco Systems Business Machines |
| 5 | 2.1% | Intel Technology & Electronics |
| 6 | 1.8% | Pfizer Drugs & Medicine |
| 7 | 1.6% | Procter & Gamble Cosmetics |
| 8 | 1.5% | Federal Nat'l Mortgage Assoc. Finance |
| 9 | 1.5% | Wal-Mart Stores Retail |
| 10 | 1.4% | Coca-Cola Food & Agriculture |
| 11 | 1.3% | Lucent Technologies Technology & Electronics |
| 12 | 1.3% | Philip Morris Tobacco |
| 13 | 1.3% | Merck Drugs & Medicine |

Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 14 | 1.3% | Tyco International Business Services |
| 15 | 1.2% | American International Group Finance |
| 16 | 1.2% | American Telephone & Telegraph Telephone |
| 17 | 1.2% | Amgen Drugs & Medicine |
| 18 | 1.1% | MCI Worldcom Telephone |
| 19 | 1.1% | Ford Automobiles |
| 20 | 1.1% | First Union Finance |
| 21 | 1.0% | Eli Lilly Drugs & Medicine |
| 22 | 1.0% | Dell Computer Business Services |
| 23 | 1.0% | SBC Communications Telephone |
| 24 | 1.0% | Bristol Myers Squibb Drugs & Medicine |
| 25 | 0.9% | Schering Plough Drugs & Medicine |
| | 37.1% | Top Twenty-Five Total |

(21)

TP000340

# GOOD RESULTS AMID CHOPPY SEAS.

The International Stock Fund turned in a very strong performance last year. The Fund earned 16.3% in 1998, underperforming its benchmark but outpacing its peer group of mutual funds by a full 8 percentage points.

In a highly volatile year, this Fund earned twice as much as the average international stock mutual fund.

**Stormy World Markets** No international stock market escaped volatility in 1998.

Markets overseas followed the same pattern as the U.S. market: a strong first quarter, much higher volatility in the second and third quarters, and strong fourth quarter returns. As the Asian financial crisis widened to include Russia and Latin America, investors sought the safety of big company stocks and government bonds in developed markets.

In this environment, our best-performing investments were in Europe, North America, and Japan.

**Communications Stocks Were Winners** The stocks earning the highest returns last year were in telecommunications, broadcasting, publishing and transportation services. As a group, our holdings in these companies had excellent returns, while our holdings in insurance, real estate and financial services companies didn't do as well.

Our worst performers were gold mining, energy, and materials companies; they didn't lose money, but they did underperform our benchmark, hurting our overall return.

**Unexpected Weakness In The Dollar** To stabilize its returns, the Fund buys and sells currencies based on anticipated changes in their value. In 1998 this strategy worked very well until the fourth quarter, when the Japanese government unexpectedly acted to strengthen the Yen while much publicized hedge funds started buying the Yen. Our losses due to the Yen's sudden appreciation exceeded our gains from currency trading earlier in the year.

**Diversify And Broaden Your Investment Horizons** Although we live in a global economy, international markets continue to be driven by their own economic and stock market cycles. They often don't move in step with the U.S. market. So investing part of your 401(k) portfolio in the International Stock Fund helps to spread your risks. It also gives you access to investment opportunities around the world.

TP000341

**AT A GLANCE**
international stock fund

### fund type
International Stocks

### objective
To provide long-term capital growth through diversified international holdings.

### investments
Primarily stocks of companies based outside the U.S.

### advantages
High long-term growth potential; provides diversification when used together with U.S. stock investments.

### disadvantages
Moderate to large fluctuations in value; returns affected by currency exchange rates.

### expense ratios
Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.59% |
| Total Fund Expenses | 0.79% |
| Peer Group Mutual Funds | 1.71% |

## PERFORMANCE SUMMARY
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| international stock fund | 16.3% | 15.9% | 11.5% |
| benchmark index | 22.5% | 14.5% | 12.4% |
| peer group mutual funds | 8.3% | 9.2% | 6.4% |

## GROWTH OF $100



fund    benchmark    peer group

## QUARTERLY PERCENT GAIN OR LOSS



Notes on Investment Performance
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

TP000342

# INVESTMENT STRATEGY
### international stock fund

This Fund invests primarily in established companies based in the economically developed countries of Europe and Asia. Its holdings are diversified across a variety of industries.

The Fund also invests limited amounts in smaller companies and in emerging markets such as those in the Pacific Rim and Latin America.

The Fund may hold bonds or U.S. stocks when managers believe it will help achieve their investment objectives.

Stocks are purchased and sold in each country's local currency, so fluctuations in exchange rates can have a significant effect on the Fund's performance. To hedge some of the impact of exchange rate movements, the Fund's currency specialists buy and sell currencies based on anticipated changes in value.

## RISK VS. RETURN PROFILE

The Fund intends to provide returns through growth from capital appreciation and some dividend income. It is subject to market, currency, and political risk. It provides long-term growth potential with moderate to large fluctuations in value.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock


international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

## ADDITIONAL INFORMATION

Performance Benchmark The Fund's performance is measured against a modified Morgan Stanley Capital International Europe Australia Far East Index, with countries weighted by market capitalization to capture the performance of major stock markets outside the U.S. Japan's weight in the index is reduced by 50% to reflect the way active managers normally invest. This index is known as the MSCI EAFE-Lite. A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

Peer Group Mutual Funds Morningstar Foreign Stock Funds. These funds invest primarily in companies located outside the United States. As of December 31, 1998, there were 637 funds in this category.

Fund Managers Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
Capital Guardian Trust Company
Grantham, Mayo, Van Otterloo & Co. LLC
Jennison Associates LLC
J.P. Morgan Investment Management Inc.

## REGIONAL HOLDINGS
december 31, 1998



56% continental europe
20% united kingdom

5% north america

11% japan

6% pacific
(excluding japan)

2% emerging markets

## COUNTRY HOLDINGS
december 31, 1998

11% France
11% Japan
20% United Kingdom
11% Italy
2% Canada
2% Finland
2% Hong Kong
3% Australia
3% United States
5% Switzerland
10% Other
9% Germany
6% Spain
5% Netherlands

## SIGNIFICANT HOLDINGS
december 31, 1998

Stocks

| | % of Fund | Holding / Country |
|---|---|---|
| 1 | 5.0% | Telecom Italia Italy |
| 2 | 2.4% | Telefonica Spain |
| 3 | 2.3% | Unicredito Italiano Italy |
| 4 | 2.0% | Granada Group United Kingdom |
| 5 | 2.0% | Assicurazioni Generali Italy |
| 6 | 1.8% | Novartis Switzerland |
| 7 | 1.7% | Synthelabo France |
| 8 | 1.7% | Pearson United Kingdom |
| 9 | 1.6% | AXA France |
| 10 | 1.6% | Banco Bilbao Vizcaya Spain |
| 11 | 1.4% | Ver Ned Uitgevers Netherlands |
| 12 | 1.4% | Tele Danmark Denmark |
| 13 | 1.3% | Slabe United Kingdom |

Stocks

| | % of Fund | Holding / Country |
|---|---|---|
| 14 | 1.3% | Bayer Hypo Vereins Germany |
| 15 | 1.2% | Banco Comercial Portugues Portugal |
| 16 | 1.2% | Rentokil Initial United Kingdom |
| 17 | 1.2% | Nokia Finland |
| 18 | 1.2% | Valeo France |
| 19 | 1.0% | Aegon Netherlands |
| 20 | 1.0% | Sanofi France |
| 21 | 0.9% | Mannesmann Germany |
| 22 | 0.8% | Nestle Switzerland |
| 23 | 0.8% | British Telecom United Kingdom |
| 24 | 0.8% | Kimberly Clark de Mexico Mexico |
| 25 | 0.7% | Allied Zurich United Kingdom |
| | 38.2% | Top Twenty-Five Total |

(35)

TP000344



SMALL COMPANY
STOCK FUND

1998 in review

## DISAPPOINTING RESULTS IN A TRYING YEAR.

The Small Company Stock Fund returned -3.1% for 1998, under-performing its benchmark and its mutual fund peer group, both of which just managed to eke out positive returns. The average small company stock mutual fund, for example, returned 0.1% last year.

This Fund had a tough year because big companies dramatically outperformed small ones in 1998. The large companies that make up the S&P 500 Index earned 28.8%; the small and medium-sized companies in this Fund's benchmark, the Russell 2500 Index, earned just 0.4%. The Fund owned even smaller stocks than the Index, and underperformed it.

### An Out-Of-Favor Investment Style

Historically, value and growth stocks have alternated in market popularity.

The Fund's return last year was hurt by its managers' tilt in favor of value; in other words, companies whose stock is selling at a discount relative to its worth. In 1998 the market heavily favored growth stocks—those of companies with rapidly growing earnings.

### A Small Cap Bear Market

The Fund also bought stocks that were particularly hard hit during the bear market for small stocks that developed at the end of the second quarter. Large companies continued to outperform small ones, and our holdings of small drug companies, HMOs, entertainment, and retail companies were hammered.

Although the Fund has been one of our best performers in years past, this year erased much of that good track record. We're taking a careful look at our investment strategies to enhance the Fund's performance in the future.

### Risk And Diversification Have Their Rewards

Last year was a reminder that the higher risk of small-company investing isn't for the fainthearted.

Still, history shows that for long-term investors, the higher risk of small company stocks has been rewarded with higher returns. History also shows that big cap and small cap stocks tend to alternate as market favorites. For both reasons, this Fund is worth considering as one component of your retirement savings portfolio.

TP000345

### AT A GLANCE
small company stock fund

**fund type**

U.S. Stocks–
Smaller Companies

**objective**

To provide capital growth over time through diversified holdings of small capitalization companies.

**investments**

Primarily stocks of smaller U.S. companies that fund managers believe have greater value than indicated by the current market price or above-average prospects for long-term growth.

**advantages**

High long-term growth potential.

**disadvantages**

Moderate to large fluctuations in value; greater fluctuation than the U.S. Stock Fund.

**expense ratios**

Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.59% |
| Total Fund Expenses | 0.70% |
| Peer Group Mutual Funds | 1.50% |

## PERFORMANCE SUMMARY
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| small company stock fund | -3.1% | 13.0% | 13.3% |
| benchmark index | 0.4% | 14.1% | 14.1% |
| peer group mutual funds | 0.1% | 13.7% | 13.9% |

## GROWTH OF $100



fund    benchmark    peer group

## QUARTERLY PERCENT GAIN OR LOSS



Notes on Investment Performance
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

(37)

TP000346

## INVESTMENT STRATEGY

small company stock fund

This Fund invests primarily in stocks of businesses that are among the smallest 20% of companies in the broad stock market. These stocks generally have market capitalizations below $2.5 billion. Managers may occasionally hold other types of investments, such as cash or stocks of larger companies.

Five investment managers manage segments of this Fund. All specialize in small cap stocks, but each uses a different approach to stock selection: some seeking rapid growth, others looking for companies that are statistically undervalued.

This Fund holds stocks in several hundred different companies. The large numbers assure liquidity and avoid concentrations in any one company.

### RISK VS. RETURN PROFILE

The Fund intends to provide returns through growth from capital appreciation. It is subject to market risk and may have wide swings in value from quarter to quarter.

### HIGHER
expected risk, higher expected returns

xerox stock fund



international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

### ADDITIONAL INFORMATION

Performance Benchmark The Fund's performance is measured against the Russell 2500 Index, which includes the smallest 20% of the broad stock market, based on market capitalization. A three- to five-year time horizon is used in evaluating fund returns against the benchmark.

Peer Group Mutual Funds Morningstar Small Company Funds. These mutual funds seek capital appreciation by investing in stocks of small companies, as determined by market capitalization. As of December 31, 1998, there were 688 funds in this category.

Fund Managers Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
First Pacific Advisors, Inc.
Friess Associates, Inc.
GeoCapital LLC
Trust Company of the West

TP000347

## CAPITALIZATION OF HOLDINGS
december 31, 1998



12% medium
$2.5B – $5.0B

33% medium/small
$0.75B – $2.5B

5% medium/large
$5.0B – $20.0B

2% large
$20.0B & above

48% small
$0.75B & below

## ECONOMIC SECTOR HOLDINGS
december 31, 1998



| consumer non-durables | technology | finance | materials & services | utilities | energy | capital goods | consumer durables | transportation |
|---|---|---|---|---|---|---|---|---|
| | | 7% | | 3% | 4% | 3% | 2% | 2% |

## SIGNIFICANT HOLDINGS
december 31, 1998

### Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 1 | 1.9% | Physician Reliance Network Drugs & Medicine |
| 2 | 1.5% | DST Online Business Services |
| 3 | 1.4% | Oakley Apparel |
| 4 | 1.2% | Sunglass Hut International Retail |
| 5 | 1.2% | Newmont Mining Mining |
| 6 | 1.1% | John Wiley & Son Media |
| 7 | 1.1% | Morrison Knudsen Construction |
| 8 | 1.1% | Lone Star Steakhouse & Saloon Entertainment |
| 9 | 1.0% | Placer Dome Mining |
| 10 | 1.0% | Heilig Meyers Retail |
| 11 | 0.9% | Complete Business Solutions Business Services |
| 12 | 0.9% | De Beers Construction Mines Mining |
| 13 | 0.9% | EEX Energy & Raw Materials |

### Stocks

| | % of Fund | Holding / Industry |
|---|---|---|
| 14 | 0.9% | Devry Business Services |
| 15 | 0.8% | Symantec Business Services |
| 16 | 0.8% | America Online Business Services |
| 17 | 0.8% | Corrections Corp. of America Business Services |
| 18 | 0.7% | Legg Mason Finance |
| 19 | 0.7% | Whitman Hart Business Services |
| 20 | 0.7% | Polymer Group Apparel |
| 21 | 0.7% | Sotheby's Entertainment |
| 22 | 0.6% | Documentum Business Services |
| 23 | 0.6% | U.S. Trust Finance |
| 24 | 0.6% | Macromedia Electronics |
| 25 | 0.6% | True North Communications Business Services |
| | 23.7% | Top Twenty-Five Total |

TP000348



# THE REWARDS OF AN EXCELLENT YEAR.

The past year was an outstanding one for the Xerox shareholder. As a result, the Xerox Stock Fund, which mirrors the movement of the company's stock, turned in its best performance in recent memory. With a return of 60.8%, it outpaced the S&P 500 by 32 percentage points in 1998. That performance also beats the Fund's 43% return of one year ago.

**Reaping Superior Results** Xerox stock started 1998 at $73.88 per share, well above its price of a year earlier. Its performance was enhanced by consistently strong quarterly earnings; by a restructuring designed to better position Xerox against its digital competitors; and by the company's continued introduction of new digital products that enjoyed strong customer acceptance.

In fact, Xerox passed a milestone last year: for the first time, revenues from the digital products that represent our future surpassed revenues from light lens, the key technology of our past growth.

Revenue growth slowed during the second half of the year as a result of weaker demand from countries with faltering economies, particularly Brazil and Russia. Nevertheless, the company's focus on productivity, and the benefits of the restructuring program, resulted in consistent mid-to-high teens earnings growth. Xerox stock finished the year at $118.

**A Word About Risk** Because this Fund's only holding is Xerox stock, it involves special risks. Its returns can be affected by:

the direction of the stock market

how much is spent on office equipment

the general health of the U.S. and world economies

our company's financial performance and dividend yield, and

the opinion of Wall Street analysts.

This fund is suitable for you only if you are not averse to the risks of investing in an individual company and your savings plan portfolio is already well diversified.

TP000349

**AT A GLANCE**
xerox stock fund

**fund type**

Specialty–Company Stock

**objective**

To provide an opportunity to invest in the future growth of Xerox Corporation.

**investments**

Xerox common stock; some cash for administrative purposes.

**advantages**

Fund investors share in Xerox's profitability and growth.

**disadvantages**

No diversification.

**expense ratios**

Expenses as % of average market value:

| | |
|---|---|
| Investment Management | 0.015% |
| Total Fund Expenses | 0.13% |
| Peer Group Mutual Funds | n/a |

**PERFORMANCE SUMMARY**
december 31, 1998

| | 1 year | 3 years | 5 years |
|---|---|---|---|
| xerox stock fund | 60.8% | 39.5% | 34.4% |

**GROWTH OF $100**



fund

**QUARTERLY PERCENT GAIN OR LOSS**



Notes on Investment Performance
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1998. Past results are no guarantee of future performance.

TP000350

## INVESTMENT STRATEGY
xerox stock fund

This Fund invests only in Xerox common stock. It is not actively managed. Its investments are made without regard to stock price or investment outlook. The Trustee, State Street Bank and Trust Company, buys and sells the stock at fair market value, paying brokerage commissions from Fund assets.

Cash dividends are reinvested in additional shares of Xerox stock, or they may be held as cash. The Fund normally keeps a small portion of its assets in money market instruments to provide needed liquidity.

### RISK VS. RETURN PROFILE

Because this Fund's only holding is Xerox stock, it involves special risks. Its returns can be affected by the direction of the stock market, how much is spent on office equipment, our company's financial performance and dividend yield, and the opinion of Wall Street analysts. The Fund is suitable for you only if you are not averse to the risks of investing in an individual company and your savings are already well diversified.

### HIGHER
expected risk, higher expected returns

xerox stock fund

small company stock

international stock fund

u.s. stock fund

balanced fund—more stocks

balanced fund—fifty/fifty

balanced fund—more bonds

enhanced bond fund

income fund

### LOWER
expected risk, lower expected returns

### ADDITIONAL INFORMATION

Fund Manager
    State Street Bank and Trust Company

TP000351



**New Directions.** The Tier III: Marketplace Window offers access to no-load mutual funds outside of Xerox. Be sure to read the prospectus for each fund to understand the fund's investment strategy, expenses, and permitted investments before investing. To invest here, you need to tell a Xerox Benefits Center representative how much you want to put in each mutual fund. If you transfer money without speaking to a representative, the money will be deposited in the Hewitt Money Market Fund.

**Buyer Beware!** Selecting a Marketplace Window fund means you have more responsibility to monitor your investment choices. These funds have not been created specifically for Xerox. The Xerox Trust Investments group does not establish investment management guidelines for these funds as it does for the Xerox funds, nor does it select or structure a mix of investment managers. Although these funds are highly reputable, individuals who participate in Tier III funds must be comfortable assuming more responsibility for watching over their investments. Remember to read the prospectus!

TP000352

# MARKETPLACE WINDOW

### 1998 in review

The Marketplace Window funds are grouped by type of investment. Be sure to ask for the prospectus from the Xerox Benefits Center before investing in any of these funds.

| fund name | expense ratio | prospectus objective | 1 year return | 3 year return | 5 year return | 10 year return | net assets $mm |
|---|---|---|---|---|---|---|---|
| **MONEY MARKET** | | | | | | | |
| Hewitt Money Market* | 0.45 | Money Market | 5.2 | 5.2 | 5.0 | — | 6,646 |
| **BONDS** | | | | | | | |
| PIMCO Low Duration | 0.43 | Short-Term Bond | 7.2 | 7.2 | 6.8 | 8.3 | 3,137 |
| PIMCO Total Return | 0.43 | Corp. Bond – Gen. | 9.8 | 8.2 | 7.9 | 10.3 | 20,126 |
| Federated US Gov't: 2-5 | 0.54 | Gov't. Bond – Treas. | 8.1 | 6.3 | 6.0 | 7.8 | 723 |
| **BALANCED** | | | | | | | |
| Brinson Global | 0.94 | Multi-Asset Global | 8.3 | 11.1 | 10.8 | — | 482 |
| INVESCO Total Return | 0.79 | Asset Allocation | 13.6 | 17.1 | 16.2 | 14.5 | 3,041 |
| MasterWorks Asset Allocation | 0.75 | Asset Allocation | 25.6 | 19.8 | 16.7 | — | 601 |
| MFS Total Return | 0.93 | Balanced | 11.9 | 15.7 | 13.8 | 13.5 | 3,811 |
| **U.S. STOCKS – LARGER** | | | | | | | |
| AIM Value | 1.04 | Growth | 32.8 | 23.5 | 21.3 | 21.4 | 18,727 |
| Amer. Century–20thC Ultra | 1.00 | Growth | 34.6 | 23.6 | 20.1 | 24.0 | 27,150 |
| Founders Growth | 1.10 | Growth | 25.0 | 22.7 | 21.0 | 20.3 | 2,377 |
| Kemper-Dreman High Ret. Eq. | 1.22 | Growth & Income | 12.0 | 23.9 | 22.5 | 19.2 | 5,342 |
| MAS Value | 0.61 | Growth & Income | -2.9 | 15.2 | 17.0 | 16.2 | 2,839 |
| MFS Emerging Growth | 1.21 | Aggressive Growth | 24.5 | 19.9 | 20.6 | — | 12,938 |
| MSDW Instl. Equity Growth | 0.80 | Growth | 19.0 | 27.0 | 25.1 | — | 878 |
| Neuberger & Berman Guardian | 0.87 | Growth & Income | 2.4 | 12.4 | 13.7 | — | 6,250 |
| Neuberger & Berman Partners | 0.90 | Growth | 6.1 | 20.1 | 18.3 | — | 890 |
| PIMCO Capital Appreciation | 0.71 | Growth | 17.6 | 26.0 | 21.3 | — | 1,143 |
| Putnam Voyager | 0.96 | Aggressive Growth | 24.1 | 20.8 | 19.9 | 20.3 | 22,837 |
| Scudder Growth & Income | 0.76 | Growth & Income | 6.1 | 19.1 | 17.9 | 16.4 | 7,696 |
| Sound Shore Fund | 1.08 | Value | 4.4 | 23.8 | 19.8 | 17.1 | 1,953 |
| SSgA S&P 500 Index | 0.17 | Growth & Income | 28.5 | 28.0 | 23.8 | — | 2,250 |
| Warburg Pincus Capital Apprec. | 1.01 | Growth | 25.7 | 26.7 | 22.2 | 17.8 | 755 |

| fund name | expense ratio | prospectus objective | 1 year return | 3 year return | 5 year return | 10 year return | net assets $mm |
|---|---|---|---|---|---|---|---|
| **U.S. STOCKS – SMALLER** | | | | | | | |
| AIM Constellation | 1.11 | Aggressive Growth | 18.9 | 16.0 | 16.5 | 20.6 | 14,304 |
| Brandywine | 1.04 | Growth | -0.7 | 11.6 | 13.6 | 18.2 | 4,694 |
| Dreyfus New Leaders | 1.12 | Small Company | -4.0 | 10.4 | 11.8 | 14.2 | 692 |
| FPA Paramount | 0.92 | Growth & Income | -24.4 | -1.3 | 3.4 | 9.3 | 355 |
| Franklin Small Cap Growth | 0.89 | Small Company | 0.0 | 13.7 | 17.9 | — | 3,724 |
| Kemper Small Cap Equity | 0.90 | Small Company | -3.1 | 10.0 | 11.1 | 14.8 | 660 |
| Neuberger & Berman Genesis | 1.17 | Small Company | -7.0 | 17.7 | 15.3 | — | 848 |
| PBHG Emerging Growth | 1.27 | Small Company | 3.0 | 5.1 | 16.4 | — | 1,044 |
| PBHG Growth | 1.26 | Growth | 0.6 | 2.2 | 11.0 | 18.8 | 3,940 |
| SSgA Small Cap | 1.04 | Small Company | -7.6 | 13.8 | 15.6 | — | 453 |
| Warburg Pincus Emrg. Growth | 1.22 | Small Company | 5.8 | 12.1 | 15.2 | 16.5 | 1,778 |
| **INTERNATIONAL STOCKS** | | | | | | | |
| Amer. Century–20thC International Growth | 1.38 | Foreign Stock | 19.0 | 17.7 | 11.7 | — | 2,640 |
| Founders Worldwide Growth | 1.45 | World Stock | 9.6 | 11.4 | 10.3 | — | 275 |
| Harbor International Growth | 1.02 | Foreign Stock | 23.5 | 19.1 | 14.1 | — | 1,244 |
| Hotchkis & Wiley Intl. | 0.89 | Foreign Stock | 6.4 | 9.8 | 9.1 | — | 1,406 |
| Janus Worldwide | 0.95 | World Stock | 25.9 | 24.2 | 19.3 | — | 16,323 |
| Scudder Global | 1.34 | World Stock | 12.6 | 14.5 | 11.6 | 13.6 | 1,596 |
| Templeton Developing Mkts. | 1.96 | Divers. Emrg. Mkts. | -18.7 | -3.4 | -3.7 | — | 2,149 |
| Templeton Foreign | 1.12 | Foreign Stock | -4.9 | 6.2 | 6.0 | 10.6 | 11,510 |
| Warburg Pincus Emrg. Mkts. | 1.66 | Divers. Emrg. Mkts. | -29.2 | -14.5 | — | — | 62 |
| **SECTOR SPECIALTY** | | | | | | | |
| Cohen & Steers Realty | 1.05 | Specialty – Real Estate | -18.1 | 11.2 | 10.6 | — | 2,146 |
| INVESCO Technology | 1.05 | Specialty – Tech. | 30.1 | 19.9 | 21.5 | 23.8 | 1,148 |
| Kemper High-Yield | 0.89 | Corp. Bond – High-Yield | 1.3 | 8.6 | 8.1 | 10.2 | 5,065 |
| Putnam Utils. Growth & Income | 1.05 | Specialty – Utils. | 14.8 | 19.0 | 15.5 | — | 1,582 |
| **INTERNATIONAL SPECIALTY** | | | | | | | |
| Putnam Asia Pacific Growth | 1.46 | Pacific Stock | -9.4 | -6.5 | -3.5 | — | 254 |
| Putnam Europe Growth | 1.32 | Europe Stock | 23.6 | 22.7 | 19.0 | — | 1,728 |
| Scudder Latin America | 1.89 | Foreign Stock | -29.7 | 5.8 | -0.7 | — | 527 |

**Note**

In addition to the expense ratios shown, Marketplace Window funds carry an additional administrative expense that is approximately 0.10% of the account balance. Participants in the Marketplace Window will find this expense noted as a separate line item on their statements.

*The Hewitt Money Market Fund returns and assets reflect the returns and assets of the Barclay Global Investors Money Market Fund, which has a strategy identical to that of the Hewitt Money Market Fund.

## APPENDIX I

*investment manager descriptions*

**Bankers Trust Company**
NEW YORK, NEW YORK
Assignment for Xerox
The Income Fund's insurance company and
bank investment contracts.
Total Assets Managed
$337.8 billion
Representative Clients
Avon, AT&T, IBM, Hercules
Mutual Funds Managed
BT Investment and BT Institutional Funds series
of mutual funds

**Barclays Global Investors, N.A.**
SAN FRANCISCO, CALIFORNIA
Assignment for Xerox
Domestic and international equity index funds for the
Balanced Funds, the International Stock Fund, the
Small Company Stock Fund, and the U.S. Stock Fund.
Total Assets Managed
$550 billion
Representative Clients
Anheuser-Busch, Dial, Exxon, Phelps Dodge,
SBC Communications

**Capital Guardian Trust Company**
LOS ANGELES, CALIFORNIA
Assignment for Xerox
International equities for the Balanced Funds and
the International Stock Fund.
Total Assets Managed
$68.8 billion
Representative Clients
Alcoa, AT&T, Pacific Gas & Electric, Time Warner,
Unilever
Mutual Funds Managed
American Funds series of mutual funds

**Dresdner RCM Global Investors**
SAN FRANCISCO, CALIFORNIA
Assignment for Xerox
Domestic equities for the Balanced Funds and
the U.S. Stock Fund and high-grade bonds for the
Balanced Funds and the Enhanced Bond Fund.
Total Assets Managed
$54.7 billion
Representative Clients
Abbott Laboratories, AT&T, Dean Witter Reynolds,
General Mills, Monsanto

**First Pacific Advisors, Inc.**
LOS ANGELES, CALIFORNIA
Assignment for Xerox
Small capitalization domestic equities for the Balanced
Funds and the Small Company Stock Fund.
Total Assets Managed
$3.5 billion
Representative Clients
Kodak, Federated Department Stores, General Electric
Mutual Funds Managed
FPA Funds series of open-end mutual funds and
UAM:FPA Crescent Portfolio

**Friess Associates, Inc.**
GREENVILLE, DELAWARE
Assignment for Xerox
Small to medium capitalization domestic equities for the
Balanced Funds and the Small Company Stock Fund.
Total Assets Managed
$7.9 billion
Representative Clients
Adolph Coors Foundation, Corning Glass,
Crown Cork and Seal, Southland
Mutual Funds Managed
Brandywine and Brandywine Blue Funds

**GE Investment Management, Inc.**
STAMFORD, CONNECTICUT
Assignment for Xerox
Private placements for the Balanced Funds.
Total Assets Managed
$80 billion
Representative Clients
American Airlines, Chrysler, Georgia-Pacific, 3M,
NYC Retirement Funds
Mutual Funds Managed
Elfun Funds, GE Savings & Security Program Funds
and GE Funds

**GEM Capital Management, Inc.**
NEW YORK, NEW YORK
Assignment for Xerox
High-yield/convertible bonds for the Balanced Funds
and the Enhanced Bond Fund.
Total Assets Managed
$1.6 billion
Representative Clients
Delta Airlines, Pitney Bowes, Los Angeles Fire & Police

TP000355

## GeoCapital LLC
NEW YORK, NEW YORK

Assignment for Xerox
Small capitalization domestic equities for the Balanced Funds and the Small Company Stock Fund.

Total Assets Managed
$2.4 billion

Representative Clients
Brown & Williamson, Presbyterian Church, SBC Communications

## Grantham, Mayo, Van Otterloo & Co. LLC.
BOSTON, MASSACHUSETTS

Assignment for Xerox
International equities for the Balanced Funds and the International Stock Fund.

Total Assets Managed
$26 billion

Representative Clients
Harvard, SmithKline Beecham, 3M, Princeton, Sprint, The World Bank

## Heitman Capital Management Corp.
CHICAGO, ILLINOIS

Assignment for Xerox
Institutional quality real estate for the Balanced Funds.

Total Assets Managed
$7.7 billion

Representative Clients
AT&T, New York Common Retirement Fund, State of Florida

## Horsley Bridge Partners LLC
SAN FRANCISCO, CALIFORNIA

Assignment for Xerox
Private equity investments for the Balanced Funds.

Total Assets Managed
$2 billion

Representative Clients
John Deere, Kodak, Exxon, Rice University

## W.R. Huff Asset Management Co. LLC
MORRISTOWN, NEW JERSEY

Assignment for Xerox
High-yield bonds for the Balanced Funds and the Enhanced Bond Fund.

Total Assets Managed
$6.7 billion

Representative Clients
Allied Signal, ARCO, General Motors, United Airlines

## Independence Investment Associates, Inc.
BOSTON, MASSACHUSETTS

Assignment for Xerox
Domestic equities for the Balanced Funds and the U.S. Stock Fund.

Total Assets Managed
$30.5 billion

Representative Clients
American Airlines, Colgate, Motorola, Shell Oil, United Technologies

Mutual Funds Managed
John Hancock Independence Fund series of mutual funds

## Jennison Associates LLC
NEW YORK, NEW YORK

Assignment for Xerox
International equities for the Balanced Funds and the International Stock Fund.

Total Assets Managed
$46.4 billion

Representative Clients
Allied Signal, Monsanto, Pfizer, Rockefeller Foundation, The World Bank

Mutual Funds Managed
Harbor International Growth Fund

## Lincoln Capital Management Company
CHICAGO, ILLINOIS

Assignment for Xerox
Domestic medium to large capitalization growth equities for the Balanced Funds and the U.S. Stock Fund.

Total Assets Managed
$63 billion

Representative Clients
Allied Signal, General Motors, Commonwealth of Virginia

Mutual Funds Managed
Vanguard U.S. Growth Portfolio and Ariel Premier Bond Fund

## J.P. Morgan Investment Management Inc.
NEW YORK, NEW YORK

Assignment for Xerox
Short duration bonds for the Income Fund, high-grade bonds for the Enhanced Bond Fund, high-grade bonds and alternative investments for the Balanced Funds, international equities and currency hedging for the Balanced Funds and the International Stock Fund.

Total Assets Managed
$308 billion

Representative Clients
Chrysler, Ciba-Geigy, Exxon, Ford, GTE, Gannett, GE, IBM

# APPENDIX 1

investment manager descriptions

**Pacific Investment Management Company**
NEWPORT BEACH, CALIFORNIA

High-grade bonds for the Balanced Funds and the
Enhanced Bond Fund and short duration bonds
for the Income Fund.

$157 billion

GTE, Hewlett Foundation, Pfizer, Texas Utilities,
University of Rochester

PIMCO Funds series of mutual funds.

**PanAgora Asset Management, Inc.**
BOSTON, MASSACHUSETTS

Tactically shift the Balanced Funds allocation between
stocks and bonds in response to changes in the market.

$16.8 billion

Kodak, Gillette, J.C. Penney, Kroger

**The RREEF Funds**
CHICAGO, ILLINOIS

Institutional quality real estate investments for the
Balanced Funds.

$9.9 billion

AT&T, Alcoa, CalPERS, Citibank, Shell

**Sound Shore Management, Inc.**
GREENWICH, CONNECTICUT

Domestic equities for the Balanced Funds.

$4.6 billion

Baxter, John Hartford Foundation, National Gallery of
Art, Nature Conservancy

Sound Shore Fund

**State Street Bank & Trust Company**
BOSTON, MASSACHUSETTS

Company Stock for the Xerox Stock Fund.

$441 billion

Boise Cascade, General Motors, J.C. Penney, Sears

SSgA Funds

**Steinberg Asset Management Company, Inc.**
NEW YORK, NEW YORK

Domestic equities for the Balanced Funds.

$466 million

Michigan State University, Randolph Macon College,
Sandia Laboratories

**Trust Company of the West**
LOS ANGELES, CALIFORNIA

Private placements, oil and gas, and real estate for the
Balanced Funds, small capitalization equities for the
Balanced Funds and the Small Company Stock Fund.

$52 billion

Boston College, Kodak, GTE, Lehigh University, Pfizer

TCW/DW series of mutual funds and the Galileo Funds

**Westpeak Investment Advisors, L.P.**
BOULDER, COLORADO

Domestic equities for the Balanced Funds and the U.S.
Stock Fund.

$6.2 billion

BellSouth, Coca-Cola, Fiat USA, First Data, GenCorp,
General Dynamics, Shell Oil

New England Funds and Frank Russell series of mutual funds

**APPENDIX 2**

statement of changes in market value

$ in thousands
unaudited

### TIER I

| | Balanced Funds | | | TIER III | Marketplace Window |
|---|---|---|---|---|---|
| | More Bonds | Fifty/Fifty | More Stocks | | |
| **MARKET VALUE** december 31, 1997 | $    0 | $    0 | $1,001,779 | | $    0 |
| Income | 114 | 171 | 32,063 | | 564 |
| Capital Appreciation/Depreciation | 1,138 | 2,811 | 144,888 | | 734 |
| **Total Investment Experience** | 1,252 | 2,982 | 176,951 | | 1,298 |
| Cash Flow Experience | | | | | |
| Contributions & Net Loans | 71 | 168 | 66,359 | | 39 |
| Net Transfers | 19,395 | 39,970 | [94,919] | | 18,404 |
| Benefit Payments | [1,216] | [398] | [59,083] | | [318] |
| Rollovers | 869 | 2,842 | 91,877 | | 374 |
| Expenses | | | | | |
| Investment Management Fees | [12] | [23] | [3,443] | | 0 |
| Other Expenses | [3] | [7] | [1,236] | | [1] |
| Subtotal Expenses | [15] | [30] | [4,679] | | [1] |
| **Total Cash Flow Experience** | 19,104 | 42,552 | [445] | | 18,498 |
| **Net Change in Market Value** | 20,356 | 45,534 | 176,506 | | 19,796 |
| **MARKET VALUE** december 31, 1998 | $20,356 | $45,534 | $1,178,285 | | $19,796 |
| Total Profit Sharing & Retirement Plans | | | | | |
| **MARKET VALUE** december 31, 1998 | $20,356 | $45,534 | $6,363,205 | | $19,796 |

### TIER II

| | Income Fund | Enhanced Bond Fund | U.S. Stock Fund | International Stock Fund | Small Co. Stock Fund | Xerox Stock Fund |
|---|---|---|---|---|---|---|
| **MARKET VALUE** december 31, 1997 | $717,346 | $    0 | $259,252 | $168,558 | $210,374 | $346,005 |
| Income | 45,918 | 143 | 4,556 | 3,820 | 2,602 | 7,898 |
| Capital Appreciation/Depreciation | 4,342 | 119 | 82,747 | 23,155 | [11,147] | 221,414 |
| **Total Investment Experience** | 50,260 | 262 | 87,303 | 26,975 | [8,545] | 229,312 |
| Cash Flow Experience | | | | | | |
| Contributions & Net Loans | 31,089 | 75 | 34,760 | 18,250 | 24,616 | 33,279 |
| Net Transfers | [33,828] | 18,343 | 43,110 | [27,493] | [27,310] | 44,335 |
| Benefit Payments | [73,168] | [511] | [14,484] | [6,987] | [6,865] | [17,276] |
| Rollovers | 82,458 | 1,058 | 17,851 | 6,643 | 8,586 | 8,772 |
| Expenses | | | | | | |
| Investment Management Fees | [1,096] | [15] | [669] | [1,118] | [959] | [90] |
| Other Expenses | [730] | [3] | [335] | [371] | [225] | [578] |
| Subtotal Expenses | [1,826] | [18] | [1,024] | [1,489] | [1,184] | [668] |
| **Total Cash Flow Experience** | 4,725 | 18,947 | 80,213 | [11,076] | [2,157] | 68,442 |
| **Net Change in Market Value** | 54,985 | 19,209 | 167,516 | 15,899 | [10,702] | 297,754 |
| **MARKET VALUE** december 31, 1998 | $772,331 | $19,209 | $426,768 | $184,457 | $199,672 | $643,759 |
| Total Profit Sharing & Retirement Plans | | | | | | |
| **MARKET VALUE** december 31, 1998 | $937,149 | $19,209 | $426,768 | $184,457 | $199,672 | $643,759 |

TP000358

## APPENDIX 3

additional information

### ABOUT FUND MANAGEMENT

The Trust Investments group reports to the Xerox Corporate Treasurer in setting the overall investment strategy for the eight diversified funds (the Xerox Stock Fund, the ninth of our funds, is a single-stock fund). The Treasurer, in turn, reports to the Finance Committee of the Xerox Board of Directors (for salaried plans) and to the Profit Sharing Joint Administrative Board (for union plans), which approve the guidelines under which your funds are managed.

In addition to the specific investments listed in the fund descriptions, the fund investment managers may, when authorized by the Treasurer, also invest in a variety of instruments including (but not limited to) options, futures, currency forwards, privately placed securities, convertible securities, and real estate. The funds may engage in securities lending on a fully collateralized basis.

Investment managers are not permitted to engage in any type of borrowing transaction that would create leverage for any fund. Futures must be backed by cash equivalents or by offsetting positions equal to the notional value of the futures contracts purchased or sold. Short options must be covered by either the underlying securities (for short calls) or by cash equivalents (equal to the exposure in the event of exercise in the case of short puts). Derivatives are used primarily to enable cost effective asset allocation shifts and to hedge currency exposure. Derivatives cannot be used to achieve exposure or increase overall risk in any fund beyond that permitted by the fund's investment guidelines.

The following diversification guidelines apply to all funds except the Xerox Stock Fund:

No combination of equities or, separately, fixed-income securities of a single issuer and affiliates may exceed 5% of the total market value of a fund. No overall combination of securities of a single issuer and affiliates may exceed 10% of the total market value of a fund, except securities of the U.S. government or any of its instrumentalities, or securities guaranteed by the U.S. government or any of its instrumentalities.

Unless otherwise authorized by the Treasurer, the aggregate holdings of the voting securities of a single issuer, including convertibles, shall always be less than 5% of the total outstanding voting securities of that issuer.

No investments shall be made in any securities issued by Xerox or any subsidiary of Xerox, except in the context of an investment in a commingled fund.

Expenses directly related to the management of the funds are charged to the funds. These include, but are not limited to, investment management fees paid to external advisors, administrative expenses, and brokerage commissions incurred in trading securities for the funds.

### ABOUT THE PROFIT SHARING AND SAVINGS PLANS

Xerox and the plans hereby incorporate in the prospectus, by reference, the following documents:

(a)(1) Xerox Corporation Annual Report on Form 10-K for the fiscal year ended December 31, 1998.

(a)(2) Xerox Corporation Profit Sharing and Savings Plan Annual Report on Form 11-K for the fiscal year ended November 30, 1997.

(a)(3) The Profit Sharing Plan of Xerox Corporation and The Xerographic Division, Union of Needletrades, Industrial and Textile Employees, A.F.L.-C.I.O.-C.L.C. Annual Report on Form 11-K for the fiscal year ended December 31, 1997.

(b) All other reports filed pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 since December 31, 1998.

All reports filed pursuant to Sections 13(a), 13(c), 14, and 15(d) of the Securities Exchange Act of 1934 subsequent to the date of this document and prior to the filing of a post-effective amendment to the plans' registration statements on Form S-8 filed with the Securities and Exchange Commission that indicates that all securities offered thereby have been sold or that deregisters all securities then remaining unsold shall be deemed to be incorporated by reference in such registration statements and to be a part thereof from the date of filing of such documents.

The Company has previously transmitted to each of its employees a copy of its 1998 Annual Report to shareholders. An additional copy of the 1998 Annual Report to shareholders will be furnished upon request of any employee, directed to:

Investor Relations
Xerox Corporation
P.O. Box 1600
Stamford, Connecticut 06904

The value of units or shares in your account is available at any time by calling the Xerox Benefits Center.

Upon request, the list of assets in any of the funds constituting plan assets and the value of plan assets is available to you from:

Chief Investment Officer
Trust Investments
Xerox Corporation
P.O. Box 1600
Stamford, Connecticut 06904

## STAYING INFORMED

**Your Personal Accounts**
Your account balances are updated daily. To hear your current balances or to request a hard copy statement of accounts, call the Xerox Benefits Center. To see your current balances or to print out a copy from your computer, check the Your Benefits Resources™ Web site.

**Fund Performance**
Current fund performance is also available from the Xerox Benefits Center or the Your Benefits Resources Web site.

**Your Value Added Statement**
Your Value Added Statement, mailed to your home in April each year, provides an annual summary of your accounts.

**Current Topics**
Investing for Your Future, a quarterly newsletter prepared by the Trust Investments group, is enclosed with your last pay statement for the months of January, April, July, and October and is available on the Trust Investments Web site.

**Guide to Your Funds**
The Xerox 401(k) Savings Plan Investment Funds Guide, which includes the list of the Marketplace Window funds, is also available on the Trust Investments Web site or from the Xerox Benefits Center.

**How Your 401(k) Works**
See your benefits handbook, You & Xerox: WealthWise, for questions about how the 401(k) savings plan works.

### IMPORTANT INFORMATION
Xerox Benefits Center 1-888-979-9961
(TTY access through local relay service)

Your Benefits Resources Web site
(accessible through any computer)
http://resources.hewitt.com/xerox

Trust Investments Web site
(accessible through the Xerox intranet)
http:// ww.401k.world.xerox.com



For Internal Mail
Send to
Trust Investments
STHQ 24-D