Attachment 11



THE DOCUMENT COMPANY
XEROX

# 1999 INVESTMENT FUNDS ANNUAL REPORT

## YOUR 401(K) FUNDS AT WORK



Defts

EXHIBIT NO. 49

JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

MD 0195



MD 0196

# TABLE OF CONTENTS

2 Your Fund Choices & 1999 Fund Results at a Glance

3 Chief Investment Officer's Message

4 Check Your Risk Profile

8 Balanced Fund—More Bonds

10 Balanced Fund—Fifty/Fifty

12 Balanced Fund—More Stocks

16 Income Fund

18 Enhanced Bond Fund

20 U.S. Stock Fund

22 International Stock Fund

24 Small Company Stock Fund

26 Xerox Stock Fund

30 Marketplace Window

32 Appendix 1: Investment Manager Descriptions

34 Appendix 2: Statement Of Changes In Market Value

35 Appendix 3: Additional Information

37 Staying Informed

MD 0197

## YOUR FUND CHOICES

To accommodate a broad range of investment needs and preferences, Xerox provides three tiers of investment choices. Tier I and Tier II funds have been created exclusively for Xerox employees. The Xerox Trust Investments professionals establish the investment guidelines for each fund and select the investment managers. Multiple managers with complementary investment styles are blended in each fund to improve diversification.

These managers also run segments of the Xerox pension funds, so your contributions are invested with the same professionalism and rigor as the Company's money. Tier I and Tier II funds have historically maintained significantly lower fees than comparable mutual funds. Results on the Tier III funds can be seen on pages 30 and 31.

## 1999 FUND RESULTS AT A GLANCE

| TIER ONE: MIXED STRATEGY | |
|---|---|
| Balanced Fund–More Bonds | 8.3% |
| Balanced Fund–Fifty/Fifty | 13.6% |
| Balanced Fund–More Stocks | 19.2% |
| **TIER TWO: FOCUSED STRATEGY** | |
| Income Fund | 3.4% |
| Enhanced Bond Fund | 1.0% |
| U.S. Stock Fund | 20.0% |
| International Stock Fund | 31.9% |
| Small Company Stock Fund | 32.5% |
| Xerox Stock Fund | -60.2% |
| | |
| 1999 Inflation Rate (CPI) | 2.8% |
| 3-Month Treasury Bill Yield | 5.3% |
| 30-Year Treasury Bond Yield | 6.5% |
| S&P 500 Total Return | 21.0% |
| Russell 2000 (Small-Cap Index) | 21.3% |
| MSCI EAFE (International Index) | 27.0% |

2

MD 0198

# CHIEF INVESTMENT OFFICER'S MESSAGE

3

Dear Fellow Plan Participant,

**Your 401(k) Plan Delivered First-Rate Performance in 1999**
It was a terrific year for all our equity funds. And our flagship fund, the Balanced Fund–More Stocks, returned 19.2% – an extraordinary feat for a balanced fund, especially when you consider the fact that since 1926, stocks alone have earned an 11.3% average annual return.

Bonds had a much bumpier 1999. It was one of the worst years in the past two decades for fixed-income investments. But even in this difficult environment, I'm pleased to say that both our Income Fund and our Enhanced Bond Fund outperformed their benchmarks.

**The Rewards of Diversification**
Although this was a disappointing year for bonds, I urge you not to discount their value in a long-term portfolio. To see why it's a mistake to overreact to short-term results, let's step back and look at what happened on the equity side of your plan last year:

The Small Company Stock Fund and the International Stock Fund, which had underperformed in 1998, both came roaring back in 1999 to outstrip big cap U.S. stocks by a wide margin. Investors who followed their impulse to abandon these asset classes after their disappointing 1998 performance missed their stellar 1999 returns.

**The Challenge: Keeping a Long-Term Focus**
The hardest thing about the best investing is developing and maintaining a long-term focus: remembering that your average annual investment return over 10, 20, or 30 years is much more significant than any single year's return.

To keep and maintain this long-term perspective is especially tough in a volatile, speculative, and long-lived bull market like the one we're in today. As a sensible investor, you want to seize the opportunities presented by such a market – but you also want to avoid gambling with your retirement investments.

Your 401(k) plan provides investment choices that can help you meet your goals. Our funds are broadly diversified enough – among investment styles as well as asset classes   to let you benefit from current investment trends without imprudently concentrating your risk.

The Balanced Fund–More Stocks, which is also the Xerox pension fund, is an excellent example of what I'm talking about. Last year, despite the big differences in performance between asset classes, this fund was well positioned to capture the lion's share of investment return without concentrating its assets in any single investment strategy.

**A Key Factor: Your Contributions**
I hope the wonderful investment returns of the past several years won't make you lose sight of an even more critical factor in the growth of your retirement account: the amount you save. Even if your portfolio enjoys exceptional returns, it can't grow significantly without your steady contributions.

By participating in the 401(k) plan, you've taken the single most important step towards building long-term wealth for your future and that's a winning strategy.

*Myra R. Drucker*
Myra R. Drucker
Chief Investment Officer

# CHECK YOUR RISK PROFILE

Take this quiz to help you decide how much investment risk you're willing to tolerate. Review each pair of statements below. Select the number that best describes where you fall between the two statements.



YOUR SCORE: _____

MD 0200

## SAMPLE INVESTMENT ALLOCATIONS

The following sample allocations represent possible investment allocations for each risk tolerance profile. The Xerox Stock Fund is not included in these profiles because you have opportunities to own Xerox common stock through profit sharing and your account in the Employee Stock Ownership Plan. Keep in mind that you have to include all your ownership in Xerox stock when evaluating your portfolio. Too much of any one stock could affect achieving your investment objectives.

5

| PROFILE | POSSIBLE ASSET ALLOCATION |
|---------|---------------------------|

### 8–13 Conservative

Investors with a low tolerance for risk may be within three to five years of retirement or within several years of paying for college tuition. Because they will need access to their funds soon, they want to avoid market fluctuations. Capital preservation is the highest priority.




### 14–20 Conservative to Moderate

Investors are entering the last phase of their careers. They want some capital appreciation without taking undue risks to get it.




### 21–27 Moderate

Investors in this profile may be in a mature phase of their careers. Their concerns about capital appreciation and capital preservation are about equal. Their overall allocation of stocks and fixed income investments is evenly split between the two.




### 28–34 Moderate to Aggressive

Investors who fit this category may be at the midpoint of their careers. Retirement is still a way off, but they may be saving for children's college tuition. These investors may weight their portfolios more heavily to stocks than fixed income. Capital appreciation is more important than capital preservation.




### 35–40 Aggressive

Investors may be starting out in a career with a long time ahead before retirement. They may be "do it your self" investors who want a high return and are willing to take chances to get it. High returns are the main motivator. Aggressive investors are less concerned about preserving capital.



MD 0201



# BROAD STRATEGY FUNDS

The Broad Strategy funds in Tier 1 are diversified balanced funds. Each fund has its own distinct mix of stocks and bonds that offer different levels of risk and return to suit individual needs and preferences. Any one of the Broad Strategy Funds alone is diversified enough for one-stop shopping and can serve as your entire savings portfolio.

TIER

MD 0202



MD 0203

# BALANCED FUND MORE BONDS

## HIGH YIELD-BONDS FUELED RETURNS

The Balanced Fund—More Bonds earned 8.3% in 1999, outperforming both its benchmark and its mutual fund peer group.

The Fund's high-yield bonds were a key factor in last year's solid performance despite the very difficult environment for fixed-income investments in general.

Our high-yield telecommunications bonds particularly boosted results.

The Fund's higher-than-average allocation to high-quality mortgages also helped.

### Excellent Equities

On the equity side, the Fund enjoyed excellent returns from its venture capital investments and from its domestic and international stocks—particularly growth—including high-tech holdings.

The Balanced Fund–More Bonds offers enough diversification to serve as your entire savings portfolio at Xerox, regardless of your investments outside the 401(k) plan.

Its higher allocation to bonds provides more stability than our other two balanced funds, in exchange for a lower potential return.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Balanced Fund—More Bonds | 8.3% | 12.1% | 14.0% |
| Benchmark Index | 5.2% | 11.1% | 12.6% |
| Peer Group Mutual Funds | 6.8% | 12.1% | 14.8% |

### GROWTH OF $100



### QUARTERLY PERCENT GAIN OR LOSS






**Notes on Investment Performance**
This Fund started on October 1, 1998. Results for earlier periods are simulated using the actual performance of the Fund's managers, weighted to reflect the multiple design of the Balanced Fund–More Bonds.

Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| Balanced | To provide a return greater than the rate of inflation while seeking capital preservation | Usually, about 70% in stocks; most of the rest in bonds; some private placements and cash. Mix may shift with market outlook. | Well-diversified fund; expected return greater than inflation; more stable than stocks alone | Expected long-term returns lower than stocks alone; moderate fluctuations in value. | Fund Assets    $48<br>Total Assets   $7,034 | Expenses as % of average market value: |

| | |
|---|---|
| Investment Management | 0.37% |
| Total Fund Expenses | 0.42% |
| Peer Group Mutual Funds | 1.41% |

MD 0204

## INVESTMENT STRATEGY

This Fund is the most conservative of the Broad Strategy funds. Its investments are highly diversified. Under normal market conditions, the Fund invests about 70% in bonds and about 30% in stocks. The mix may shift as market conditions change.

Approximately 70% of the bond holdings are high-quality government, corporate and mortgage securities, and 30% of its bonds are high-yield lower quality instruments.

About 65% of the stock holdings are in large- and medium-sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

Twenty-one investment firms manage specialized assignments for the Fund.



**ASSET ALLOCATION**
December 31, 1999

68% BONDS
21% DOMESTIC EQUITIES
7% INTERNATIONAL EQUITIES
2% CASH
2% PRIVATE EQUITIES



**ASSET CLASS GUIDELINES**

VARIABLE STOCKS/BONDS MIX
STOCKS 30-40% (norm 30%)
BONDS PLUS CASH 60-70% (norm 70%)



**STOCK SECTOR HOLDINGS**
December 31, 1999

2% BASIC MATERIALS
3% CAPITAL GOODS
7% COMMUNICATION SERVICES
10% CONSUMER CYCLICALS
15% CONSUMER STAPLES
4% ENERGY
11% FINANCIALS
9% HEALTH CARE
23% TECHNOLOGY
7% TRANSPORTATION
4% UTILITIES

### Risk vs. Return Profile

The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, and lower than those of the other Broad Strategy Funds

HIGH RISK

XEROX STOCK FUND
SMALL COMPANY STOCK FUND
INTERNATIONAL STOCK FUND
DISCOVERY FUND
BALANCED FUND MORE STOCKS
BALANCED FUND MORE STOCKS
BALANCED FUND MORE BONDS
BALANCED FUND MORE BONDS
INCOME FUND

LOW RISK

## SIGNIFICANT HOLDINGS December 31, 1999

### Stocks

| | % of Fund | Holding/Industry |
|---|---|---|
| 1 | 0.7% | Microsoft/Computer Peripherals |
| 2 | 0.6% | Cisco Systems/Communications |
| 3 | 0.6% | General Electric/Electrical Equipment |
| 4 | 0.4% | Nokia/Communications |
| 5 | 0.3% | Lucent Technologies/Communications |
| 6 | 0.3% | Wal-Mart/Retail |
| 7 | 0.3% | Intel/Electronic Components |
| 8 | 0.3% | EMC/Computer Peripherals |
| 9 | 0.3% | America Online/Business Services |
| 10 | 0.2% | AT&T/Telephone |
| | 4.0% | TOP TEN TOTAL |

### Bonds

| | % of Fund | Holding/Quality Rating |
|---|---|---|
| 1 | 7.9% | U.S. Treasury Bonds/U.S. Treasury |
| 2 | 7.4% | Federal Nat'l Mortgage Assoc./U.S. Government Agency |
| 3 | 1.5% | Federal Home Loan Mortgage/U.S. Government Agency |
| 4 | 1.3% | Government Nat'l Mortgage Assoc./U.S. Government Agency |
| 5 | 0.8% | Interstate B |
| 6 | 0.8% | Ford Motor Credit A- |
| 7 | 0.8% | Telewest Communication B+ |
| 8 | 0.7% | Diamond Cable B- |
| 9 | 0.7% | ICG Holdings B- |
| 10 | 0.6% | Mediapartners B- |
| | 22.4% | TOP TEN TOTAL |

## ADDITIONAL INFORMATION

**Performance Benchmark** The Fund is measured against the Balanced Fund—More Bonds Policy Benchmark, a combination of indices for each major asset class—weighted by its target allocation.

The Balanced Fund—More Bonds Policy Benchmark is 25% Russell 3000 Index (measuring the broad U.S. stock market), plus 5% modified Morgan Stanley Capital International Europe Australia Far East Index with dividends reinvested by half (measuring international markets), plus 60% Lehman Brothers Government/Corporate Bond Index and 10% three month Treasury bills (measuring the fixed income markets). A three-to-five year time horizon is used in evaluating fund returns against the benchmark.

**Peer Group** Mutual Funds. Morningstar Balanced Funds with bond holdings equal to or greater than 40% of the total fund. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1999, there were 125 mutual funds in this category.

**Fund Managers** The Broad Strategy Funds all use the same investment managers. The Xerox Trust Investments group regularly monitors the investment managers, and may change managers to enhance fund performance.

For more detailed information on the investment managers see Appendix 1. Current fund managers for Broad Strategy Funds are:

Barclays Global Investors, N.A., Capital Guardian Trust Company, Dresdner RCM Global Investors, Fidelity Associates, Inc., GE Investment Management Inc. (GenCapital) LLC, Franchum, Main, Van Otterloo & Co. LLC, Hellman Capital Management LLC, Husley & Vigo Partners LLC, W.R. Huff Asset Management Co. LLC, Independence Investment Associates, Inc., Jennison Associates LLC, Lincoln Capital Management Company, J.P. Morgan Investment Management Inc., Quaker Capital Management, LLC, Pacific Investment Management Company, The NHLII Funds, Sanford Shore Management, Inc., Silvering Asset Management Co., Inc., Trust Company of the West, Westport Investment Advisors, L.P.

MD 0205

# BALANCED FUND FIFTY/FIFTY

## Growth Stocks Lead the Way
The Fund enjoyed excellent returns last year from both domestic and international stocks, and from its venture capital investments. Our growth stocks, particularly technology, delivered impressive results.

## Fund's Bonds Best Average
Despite a turbulent market on the bond side, the Fund's investments outpaced the benchmark. Our high-yield bonds played a strong role in delivering positive results.

## Ahead of the Pack
The Fund beat other balanced mutual funds by an impressive 5.2 percentage points in 1999, thanks to this strong performance from both its stock and bond investments.

The Balanced Fund–Fifty/Fifty is diversified enough to serve as your entire savings portfolio at Xerox. It offers a higher degree of stability than the Balanced Fund–More Stocks in exchange for a lower potential return.

## AN EXCELLENT PERFORMANCE
The Balanced Fund–Fifty/Fifty earned 13.6% in 1999. That's an exceptional result for a fund that was half in bonds last year.

The Fund's broad diversification with growth stocks, international and venture capital leading the way, drove strong performance.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Balanced Fund—Fifty/Fifty | 13.6% | 15.5% | 17.1% |
| Benchmark Index | 9.0% | 14.8% | 15.9% |
| Peer Group Market Funds | 8.4% | 13.3% | 15.6% |

### GROWTH OF $100



— FUND   — PEER GROUP   — BENCHMARK

### QUARTERLY PERCENT GAIN OR LOSS







**Notes on Investment Performance**
This fund started on October 1, 1998. Returns for notes periods are simulated using the actual performance of the fund's managers, weighted to reflect the average charge of the Balanced Fund Fifty/Fifty.

These total four-year results are the compound average annual rates of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| Balanced | To provide a return greater than the rate of inflation while dampening the impact of stock market declines | Usually about 50% in stocks and 50% in bonds, some private placements and cash. May stay shift with market outlook. | Well-diversified fund; expected return greater than inflation, more stable than stocks alone | Expected long-term returns lower than stocks alone; moderate fluctuations in value | Fund Assets  $111<br>Total Assets  $7,034 | Expenses as % of average market value<br><br>Investment Management  0.24%<br>Total Fund Expenses  0.45%<br>Peer Group Mutual Funds  1.35% |

10

MD 0206

## INVESTMENT STRATEGY

This Fund is a Broad Strategy Fund with a moderate risk/return profile. Its investments are highly diversified. Under normal market conditions, the Fund invests equally in stocks and bonds. This mix may shift as market conditions change.

About 65% of its stock holdings are in large and medium-sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

Approximately 70% of its bond holdings are high-quality government, corporate and mortgage securities, and 30% of its bonds are high-yield lower quality instruments.

Twenty-one investment firms manage specialized assignments for the Fund.



**ASSET ALLOCATION**
December 31, 1999

- 47% BONDS
- 34% DOMESTIC EQUITIES
- 12% INTERNATIONAL EQUITIES
- 3% PRIVATE EQUITIES

**ASSET CLASS GUIDELINES**



STOCKS
35-65% (norm 50%)

VARIABLE STOCKS/BONDS MIX

BONDS PLUS CASH
40-65% (norm 50%)



HIGH RISK

XEROX STOCK FUND

SMALL COMPANY STOCK FUND

INTERNATIONAL STOCK FUND

U.S. STOCK FUND

BALANCED FUND MORE STOCKS

BALANCED FUND

BALANCED FUND MORE BONDS

ENHANCED BOND FUND

INCOME FUND

LOW RISK

**Risk vs. Return Profile**
The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, lower than those of the Balanced Fund—More Stocks, but higher than those of the Balanced Fund—More Bonds.

**STOCK SECTOR HOLDINGS**
December 31, 1999



- 3% BASIC MATERIALS
- 10% CAPITAL GOODS
- 7% COMMUNICATION SERVICES
- 10% CONSUMER CYCLICALS
- 10% CONSUMER STAPLES
- 4% ENERGY
- 11% FINANCIAL
- 9% HEALTH CARE
- 33% TECHNOLOGY
- 1% TRANSPORTATION
- 1% UTILITIES

### SIGNIFICANT HOLDINGS December 31, 1999

| Stocks | % of Fund | Holding/Industry |
|---|---|---|
| 1 | 1.2% | Microsoft Computer Peripherals |
| 2 | 1.0% | Cisco Systems Communications |
| 3 | 1.0% | General Electric Electrical Equipment |
| 4 | 0.6% | Nokia Communications |
| 5 | 0.6% | Lucent Technologies Communications |
| 6 | 0.5% | Wal-Mart Retail |
| 7 | 0.5% | Intel Electronic Components |
| 8 | 0.4% | EMC Computer Peripherals |
| 9 | 0.4% | America Online Business Services |
| 10 | 0.4% | AT&T Telephone |
| | 6.6% | TOP TEN TOTAL |

| Bonds | % of Fund | Holding/Quality Rating |
|---|---|---|
| 1 | 5.6% | U.S. Treasury Bonds U.S. Treasury |
| 2 | 5.7% | Federal Nat'l Mortgage Assoc. U.S. Government Agency |
| 3 | 1.2% | Federal Home Loan Mortgage U.S. Government Agency |
| 4 | 1.0% | Government Nat'l Mortgage Assoc. U.S. Government Agency |
| 5 | 0.5% | Interest B |
| 6 | 0.5% | Ford Motor Credit A |
| 7 | 0.4% | Telewest Communications B |
| 8 | 0.3% | Diamond Cable B |
| 9 | 0.3% | ICG Holdings B |
| 10 | 0.4% | Nextgeneration B |
| | 15.8% | TOP TEN TOTAL |

### ADDITIONAL INFORMATION

**Performance Benchmark** The Fund is measured against the Balanced Fund—Floyd City Policy Benchmark — a combination of indices for each major asset class — weighted by its target allocation.

The Balanced Fund — Floyd City Policy Benchmark is 40% Russell 3000 Index (measuring the broad U.S. stock market) plus the standard Morgan Stanley Capital International Europe Australia Far East Index (with Japan's weight reduced by half) (measuring international markets), plus 40% Lehman Brothers Government/Corporate Bond Index and 10% three-month Treasury bills (measuring the fixed income markets). A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

**Peer Group Metof Funds** Morningstar Balanced Funds. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1999, there were 492 mutual funds in this category.

**Fund Managers** The Broad Strategy Funds all use the same investment managers. The Xerox Fund Investments group regularly monitors the investment managers, and may change managers to enhance fund performance.

For more detailed information on the investment managers, see Appendix 1. Outside fund managers for Broad Strategy Funds are:

Barclays Global Investors, N.A., Capital Guardian Trust Company, Investment PCM Global Investors, Emess Associates, Inc., GE Investment Management, Inc., GenCapital LLC, Grantham, Mayo, Van Otterloo & Co. LLC., Holman Capital Management LLC, Hensley Bridge Partners LLC, PPB Investment Management Co. LLC, Independence Investment Associates, Inc., Johnson Associates LLC, Lincoln Capital Management Company, J.P. Morgan Investment Management Inc., Oaktree Capital Management, LLC, Pacific Investment Management Company, The RREEF Funds, Sound Shore Management, Inc., Standard Asset Management Inc., Trust Company of the West, Westpeak Investment Advisors, L.P.

# BALANCED FUND MORE STOCKS

## ANOTHER TERRIFIC YEAR

The Balanced Fund—More Stocks, which is also the Xerox pension fund, earned 19.2% in 1999, handily outpacing its benchmark.

The stellar performance of our flagship fund owes a great deal to the Fund's broadly diversified portfolio and high tilt towards stocks.

### Growth Stocks Delivered, at Home and Abroad

The Fund's stock investments delivered strong returns both in the U.S. and internationally last year, with growth–particularly technology stocks–leading the way.

Our increased allocation to the rebounding Japanese market also enhanced the Fund's performance.

The Fund's venture capital investments enjoyed spectacular returns, thanks to 1999's red-hot Internet-driven IPO market.

### Bonds Beat the Benchmark

Though bonds in general had a tough year, our high-yield bonds boosted the Fund's fixed-income returns to beat their benchmark by 3.6 percentage points. Thanks to impressive returns in these asset types, the Fund outperformed its mutual fund peer group last year by a full 10.8 percentage points.

### A Unique Investment Mix

The Fund's broadly diversified investment mix – including large cap growth stocks, high yield bonds and venture capital holdings – stands out among its peers.

The Balanced Fund–More Stocks is our flagship fund. Its investment portfolio can serve as your entire retirement savings account at Xerox, regardless of your holdings outside the 401(k) plan.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Balanced Fund—More Stocks | 19.2% | 19.0% | 28.1% |
| Benchmark Index | 14.3% | 18.4% | 19.4% |
| Peer Group Mutual Funds | 8.4% | 13.3% | 15.6% |

### GROWTH OF $100



### QUARTERLY PERCENT GAIN OR LOSS



#### Notes on Investment Performance
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| Balanced | To provide a return greater than the rate of inflation while dampening the impact of stock market declines. | Usually, about 70% in stocks; most of the rest in bonds; some private placements and cash. Mix may shift with market outlook. | Well-diversified fund; expected return greater than inflation, more stable than stocks alone. | Expected long-term returns lower than stocks alone; moderate fluctuations in value. | Fund Assets $1,280 / Total Assets $7,034 | Expenses as % of average market value: |

| | |
|---|---|
| Investment Management | 0.37% |
| Total Fund Expenses | 0.48% |
| Peer Group Mutual Funds | 1.35% |

12

MD 0208

## INVESTMENT STRATEGY

This Fund is the original Balanced Fund, and the most aggressive of the Broad Strategy Funds. Its investments are highly diversified. Under normal market conditions, the Fund holds about 70% of its assets in stocks and 30% in bonds. This mix may shift as market conditions change.

About 65% of its stock holdings are in large- and medium-sized U.S. companies, 15% in smaller stocks, and 20% in international stocks. Equity holdings include a small amount of venture capital and other private placements.

About 70% of its bond holdings are high-quality government, corporate and mortgage securities, and one-third of its bonds are high-yield lower quality instruments.

Twenty-one investment firms manage specialized assignments for the Fund.

13

### ASSET ALLOCATION
December 31, 1999



48% DOMESTIC EQUITIES
27% BONDS
18% INTERNATIONAL EQUITIES
5% PRIVATE EQUITIES
4% CASH

### ASSET CLASS GUIDELINES



NORMAL STOCKS/BONDS MIX

STOCKS
70% (from 70%)

BONDS PLUS CASH
(5-55% from 30%)

"Normally 55% domestic, 15% international

### STOCK SECTOR HOLDINGS
December 31, 1999





HIGH RISK
XEROX STOCK FUND
SMALL COMPANY STOCK FUND
INTERNATIONAL STOCK FUND
U.S. STOCK FUND
BALANCED FUND
BALANCED FUND FIFTY/FIFTY
BALANCED FUND MORE BONDS
ENHANCED BOND FUND
INCOME FUND
LOW RISK

**Risk vs. Return Profile**
The Fund intends to provide returns through a balance of interest and dividend income, and growth from capital appreciation. It is subject to interest rate and market risk. Fluctuations in value are typically moderate from quarter to quarter, but higher than those of the other Broad Strategy Funds.

### TEN LARGEST HOLDINGS · 1999

| Stocks | | |
|---|---|---|
| | % of Fund | Holding/Industry |
| 1 | 1.7% | Microsoft Computer Peripherals |
| 2 | 1.4% | Cisco Systems Communications |
| 3 | 1.3% | General Electric Electrical Equipment |
| 4 | 0.9% | Nokia Communications |
| 5 | 0.8% | Lucent Technologies Communications |
| 6 | 0.7% | Wal-Mart Retail |
| 7 | 0.7% | Intel Electronic Components |
| 8 | 0.4% | EMC Computer Peripherals |
| 9 | 0.5% | America Online Business Services |
| 10 | 0.5% | AT&T Telephone |
| | 9.1% | TOP TEN TOTAL |

| Bonds | | |
|---|---|---|
| | % of Fund | Holding/Quality Rating |
| 1 | 3.3% | U.S. Treasury Bonds U.S. Treasury |
| 2 | 3.0% | Federal Nat'l Mortgage Assoc. U.S. Government Agency |
| 3 | 0.6% | Federal Home Loan Mortgage U.S. Government Agency |
| 4 | 0.5% | Government Nat'l Mortgage Assoc. U.S. Government Agency |
| 5 | 0.3% | Interest B |
| 6 | 0.3% | Ford Motor Credit A+ |
| 7 | 0.3% | Telovest Communication B- |
| 8 | 0.3% | Diamond Cable B- |
| 9 | 0.3% | ICG Holdings B- |
| 10 | 0.3% | Mcpartners B- |
| | 9.2% | TOP TEN TOTAL |

**Performance Benchmark** The Fund is measured against the Balanced Fund—More Stocks Policy Benchmark—a combination of indices for each major asset class—weighted by its target allocation.

The Balanced Fund— More Stocks Policy Benchmark is 50% Russell 3000 index (measuring the broad U.S. stock market), plus 15% modified Morgan Stanley Capital International Europe Australia Far East Index with Japan's weight reduced by half (measuring international markets); plus 25% Lehman Brothers Government/Corporate Bond Index and 5% three-month Treasury bills (measuring the fixed income markets). A three-to-five year time horizon is used in evaluating Fund returns against the benchmark.

**Peer Group Mutual Funds** Morningstar Balanced Funds. These funds seek income and capital appreciation by investing in a combination of stocks and bonds. As of December 31, 1999, there were 452 mutual funds in this category.

**Fund Managers** The Broad Strategy Funds all use the same investment managers. The Asset Trust Investments group regularly monitors the investment managers, and any change managers to enhance fund performance.

For more detailed information on the investment managers, see Appendix I. Consult fund managers for Broad Strategy Funds are:

Barclay Global Investors, N.A., Capital Guardian Trust Company, Delaware RCM Global Investors, Fiduciary Associates, Inc., GE Investment Management, Inc., GeoCapital LLC, Grantham, Mayo, Van Otterloo & Co. LLC, Holman Capital Management LLC, Hartley Dodge Partners LLC, WR. Huff Asset Management Co. LLC, Independence Investment Associates, Inc., Jennison Associates LLC, Lincoln Capital Management Company, J.P. Morgan Investment Management Inc., Oaktree Capital Management LLC, Pacific Investment Management Company, The RREEF Funds, Sound Shore Management, Inc., Strategic Asset Management Co., Inc., Trust Company of the West, Westpeak Investment Advisors, L.P.

MD 0209



MD 0210



MD 0211

# INCOME FUND

## STABILITY IN A FALLING MARKET

The Income Fund returned 3.4% in 1999, beating both its benchmark and its peer group mutual funds, in what turned out to be the second-worst year for bonds since 1973.

The Fund's portfolio of short-duration bonds offers potential capital appreciation or depreciation as well as income – unlike money market instruments, for example, which only provide income.

Last year, fear of rising inflation and Federal interest rate hikes caused bond prices in general to fall, and the Income Fund's bond holdings lost value.

But the Fund was well positioned to deliver a positive return, even in this environment; its short-duration investments retain their value better than most bonds when interest rates rise.

### Strong U.S. Economy Helped

The Fund's corporate bond holdings also benefited from a very strong 1999 economy, which reduced concern about default rates. Last year's smaller-than-usual supply of new corporate issues also increased the value of existing bonds

The Income Fund's solid performance in last year's volatile market is a reminder of its important role in a long-term portfolio. No investment is risk-free; but the Fund provides more stability than others, in exchange for a somewhat lower return

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

|  | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Benchmark Index | 3.1% | 5.6% | 6.5% |
| Peer Group Mutual Funds | 2.0% | 4.8% | 5.9% |

### GROWTH OF $100



### QUARTERLY PERCENT GAIN OR LOSS

95


96


97

98


99


**Notes on Investment Performance**
Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

Income Fund results exclude returns on assets held in the Segregated Income Fund through February 29, 1996.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| Bond | To provide competitive fixed income returns while emphasizing preservation of capital and liquidity. | Short to intermediate duration, high quality bonds. | Lowest short-term risk; relatively stable rate of return. | Lowest expected long-term return. | Fund Assets $646 / Total Assets $774 | Expenses as % of average market value |

| | |
|---|---|
| Investment Management | 0.17% |
| Total Fund Expenses | 0.26% |
| Peer Group Mutual Funds | 0.61% |

16

MD 0212

# INVESTMENT STRATEGY

This Fund invests in short- to intermediate-term high-quality bonds. Holdings include government and corporate bonds, mortgage-backed and asset-backed securities, and money market instruments such as Treasury bills and commercial paper.

The average maturity of the Fund's bonds is one to three years, which makes the volatility of this Fund low.

The average credit quality of the bonds as rated by Standard & Poor's or Moody's is approximately AA (the second highest rating category), signifying very strong capacity to pay interest and repay principal.

17



**BOND SECTOR HOLDINGS**
December 31, 1999

43% CORPORATES    27% MORTGAGES    7% ASSET BACKED    7% CASH    2% OTHER    1% EMERGING MARKETS



**CREDIT QUALITY RATING**
December 31, 1999

29% U.S. TREASURY    27% U.S. GOVERNMENT AGENCY    17% AA RATED    12% AA RATED    12% A RATED    1% BBB RATED



HIGH RISK

XEROX STOCK FUND

INTERNATIONAL STOCK FUND

U.S. STOCK FUND

BALANCED FUND MORE STOCKS

BALANCED FUND MORE BONDS

LOW RISK

**Risk vs. Return Profile**
The Fund intends to provide interest income and some capital appreciation. It may be subject to interest rate, credit and inflationary risks. Fluctuations in value are typically low from quarter to quarter.

## SIGNIFICANT HOLDINGS   December 31, 1999

**Bonds**

| | % of Fund | Holding/Quality Rating |
|---|---|---|
| 1 | 11.2% | Federal Nat'l Mortgage Assoc. U.S. Government Agency |
| 2 | 3.8% | Federal Home Loan Mortgage U.S. Government Agency |
| 3 | 3.2% | AT&T Capital A- |
| 4 | 2.4% | Government Nat'l Mortgage Assoc. U.S. Government Agency |
| 5 | 1.9% | CSI BBB |
| 6 | 1.9% | Heller Financial A- |
| 7 | 1.7% | Household Finance A |
| 8 | 1.7% | General Motors Acceptance A |
| 9 | 1.6% | Green Tree AAA |
| 10 | 1.5% | Discover Card Master Trust AAA |
| | 30.7% | TOP TEN TOTAL |

## ADDITIONAL INFORMATION

Performance Benchmark: This Fund's performance is measured against the Merrill Lynch 1-3 Year Treasury Bond Index. This index is composed of U.S. Treasury bonds with an average maturity similar to that offered by the Fund. A three- to five-year time horizon is used to evaluate Fund performance against the benchmark.

Peer Group Mutual Funds: For fixed income and/or funds that invest primarily in high-quality, short- to intermediate-term securities are the Fund's peer group. Return data on these funds is reported by Morningstar.

Fund Managers: Investment managers are regularly monitored by the Xerox Fund investment group. Managers may be changed to enhance fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
J.P. Morgan Investment Management Inc.
Pacific Investment Management Company

MD 0213

This achievement is particularly noteworthy since three Federal Reserve rate hikes hurt 1999 bond returns across the board, in one of the worst fixed-income markets in decades.

## Winners: High-Yield Bonds and Mortgages

The Fund's investment strategy paid off in this falling market: the high-yield bonds that make up 30% of its holdings significantly outperformed the Fund's benchmark.

The Fund also benefited from its mortgage holdings, which outpaced U.S. Treasury bonds in 1999.

The Fund underperformed its peer group because it owned fewer investments in emerging markets and the Pacific Rim, which were strong performers in 1999.

## A Core Long-Term Investment

By taking carefully considered credit risk, the Enhanced Bond Fund offers the potential of greater returns than Treasuries over the long term. This Fund can serve as a core fixed-income component of your retirement portfolio at Xerox, providing stability and the potential for capital appreciation.

## A FEISTY PERFORMANCE IN A ROUGH MARKET

The Enhanced Bond Fund earned 1.0% in 1999, delivering a positive return in a negative environment for bonds. It beat its benchmark by 3.2 percentage points.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

|  | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
|  | 1.0% | 6.5% | 11.0% |
| Benchmark Index | -2.2% | 5.5% | 7.6% |
| Peer Group Mutual Funds | 2.8% | 4.2% | 7.8% |

### GROWTH OF $100



95  96  97  98  99

— FUND — PEER GROUP — BENCHMARK

### QUARTERLY PERCENT GAIN OR LOSS



95   96   97   98   99

**Notes on Investment Performance**
The Fund started on October 1, 1998. Returns for earlier periods are simulated using the actual performance of the Fund's managers, weighted to reflect the strategy/design of the Enhanced Bond Fund.

Three- and five-year results are the compound average annual rates of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| Bond | To provide competitive fixed-income returns from both income and capital appreciation. | Intermediate duration; 70% high-quality bonds, 30% high-yield lower-quality bonds. | Relatively stable expected rate of return; lower expenses and risk than stocks. | Expected long-term returns lower than stocks; moderate fluctuations in value. | Fund Assets $27 / Total Assets 21,983 | Expenses as % of average market value. |

| | |
|---|---|
| Investment Management | 0.28% |
| Total Fund Expenses | 0.38% |
| Peer Group Mutual Funds | 1.44% |

118

MD 0214

## INVESTMENT STRATEGY

This Fund invests in a wide range of bonds. About 70% of the Fund is invested in high-quality fixed-income securities, and about 30% is in high-yield lower quality bonds or convertible securities.

Holdings are primarily government, corporate, mortgage-backed, and asset-backed fixed-income instruments. The Fund typically has a duration of three to six years.

### ASSET ALLOCATION
December 31, 1999



67% HIGH-GRADE BONDS
33% HIGH-YIELD BONDS

### CREDIT QUALITY RATING
December 31, 1999



**HIGH RISK**

- XEROX STOCK FUND
- SMALL COMPANY STOCK FUND
- INTERNATIONAL STOCK FUND
- U.S. STOCK FUND
- BALANCED FUND MORE STOCKS
- BALANCED FUND FIFTY/FIFTY
- BALANCED FUND MORE BONDS
- INCOME FUND

**LOW RISK**

**Risk vs. Return Profile**
The Fund intends to provide returns through interest income and some capital appreciation. It may be subject to interest rate, credit, and inflationary risks. Fluctuations in value are typically moderate from quarter to quarter.

### SIGNIFICANT HOLDINGS December 31, 1999

**Bonds**

| | % of Fed | Holding/Credit Rating |
|---|---|---|
| 1 | 12.9% | U.S. Treasury Bonds U.S. Treasury |
| 2 | 11.2% | Federal Nat'l Mortgage Assoc. U.S. Government Agency |
| 3 | 7.7% | Federal Home Loan Mortgage U.S. Government Agency |
| 4 | 7.5% | Government Nat'l Mortgage Assoc. U.S. Government Agency |
| 5 | 1.3% | Internal a |
| 6 | 1.1% | Ford Motor Credit A |
| 7 | 1.1% | Telewest Communication B- |
| 8 | 1.0% | Diamond Cable B |
| 9 | 1.0% | ICG Holdings D- |
| 10 | 0.9% | Medialiners B- |
| | 33.8% | TOP TEN TOTAL |

## ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against the Lehman Brothers Government/Corporate Bond Index. A benchmark is a one-year time horizon is used to evaluate Fund performance against the bond index.

**Peer Group Mutual Funds** Mutual Funds in the Multi-Sector Bond Funds. These funds seek income and capital appreciation by investing primarily in multi-sector fixed-income securities. As of December 31, 1999 there were 126 mutual funds in this category.

**Fund Managers** Investment managers are regularly monitored by the Xerox Fund Investment group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
Dresdner RCM Global Investors
W R Huff Asset Management Co. LLC
JP Morgan Investment Management Inc.
Oaktree Capital Management, LLC
Pacific Investment Management Company

MD 0215

# U.S. STOCK FUND

## TECH STOCKS DROVE STRONG PERFORMANCE
The U.S. Stock Fund returned a healthy 20% for the year.

In last year's narrow stock market, the Fund's returns came in slightly under the benchmark where 20 technology companies accounted for more than 60% of the market's return.

Our more diversified holdings fell short of this highly concentrated return, though our technology investments still delivered a stunning 91.6%.

**Big Cap Growth Boosted Returns**
The Fund benefited from its tilt towards large cap growth stocks, which strongly outperformed value stocks last year.

Our performance was also helped by a relatively small allocation to financial stocks, whose 1999 return was hurt by three Federal Reserve interest rate hikes.

**A Winning Long-Term Strategy**
This Fund has an impressive track record. Its diversified portfolio has handily outperformed its peer group mutual funds over the last three- and five-year periods. Last year, the Fund's return lagged that of its peer funds, some of which were heavily concentrated in a handful of high-flying technology stocks.

As an investor in the U.S. Stock Fund, you participate in the future growth of companies that are the mainstay of the U.S. economy. This Fund offers solid long-term growth potential.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| U.S. Stock Fund | | | |
| Benchmark Index | 20.9% | 26.8% | 28.0% |
| Peer Group Mutual Funds | 28.2% | 24.2% | 24.8% |

### GROWTH OF $1000



FUND — PEER GROUP — BENCHMARK

### QUARTERLY PERCENT GAIN OR LOSS



95



96

97



98



99

**Notes on Investment Performance**
Three- and five-year results are the compound average annual rate of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| U.S. Stocks – Larger Companies | To provide growth in capital through investment in a diversified group of stocks | Primarily stocks of medium to large U.S. companies | High long-term growth potential; investment primarily in established U.S. companies | Moderate to large fluctuations in value | Fund Assets $545<br>Total Assets $3,105 | Expenses as % of average market value:<br>Investment Management 0.76%<br>Total Fund Expenses 0.79%<br>Peer Group Mutual Funds 1.47% |

20

MD 0216

# INVESTMENT STRATEGY

This Fund invests primarily in well-established large- and medium-sized companies based in the U.S. It may at times also hold stocks of foreign-based companies or some cash.

The portfolio is highly diversified, holding many different stocks in a variety of business sectors.

It is further diversified by multiple investment managers who are selected for their demonstrated expertise in a particular style of equity investing—specialists in growth or value investing.

Because of the difficulty of beating the averages in so efficient a market, the Fund also uses passive managers who replicate indices, a lower-cost management process.

## CAPITALIZATION OF HOLDINGS
December 31, 1999



## STOCK SECTOR HOLDINGS
December 31, 1999





**Risk vs. Return Profile**
The Fund intends to provide returns through growth from capital appreciation and some dividend income. It is subject to market risk, but over the long term generally provides protection from inflationary risk. It provides long-term growth potential with moderate to large fluctuations in value.

## SIGNIFICANT HOLDINGS  December 31, 1999

| Stocks | | | Stocks | | |
|---|---|---|---|---|---|
| | % of Fund | Holding / Industry | | % of Fund | Holding / Industry |
| 1 | 4.5% | Microsoft Computer Peripherals | 14 | 1.2% | Procter & Gamble Household Products |
| 2 | 4.0% | Cisco Systems Communications | 15 | 1.2% | SBC Communications Telephone |
| 3 | 3.7% | General Electric Electrical Equipment | 16 | 1.2% | Bristol Myers Squibb Health Care |
| 4 | 2.1% | Lucent Technologies Communications | 17 | 1.2% | Texas Instruments Electronic Components |
| 5 | 1.9% | Wal-Mart Retail | 18 | 1.2% | Home Depot Retail |
| 6 | 1.8% | Intel Electronic Components | 19 | 1.1% | Qualcomm Communications |
| 7 | 1.6% | EMC Computer Peripherals | 20 | 1.1% | Johnson & Johnson Health Care |
| 8 | 1.5% | America Online Business Services | 21 | 1.1% | IBM Computers |
| 9 | 1.4% | Nokia Communications | 22 | 1.1% | Warner Lambert Health Care |
| 10 | 1.4% | MCI Worldcom Telephone | 23 | 1.1% | Coca-Cola Beverages |
| 11 | 1.3% | Tyco International Electrical Equipment | 24 | 1.1% | Amgen Drugs & Medicine |
| 12 | 1.3% | AT&T Telephone | 25 | 1.0% | Fed. Nat'l Mortgage Assoc. Financial Services |
| 13 | 1.3% | Citigroup Banks | | 41.3% | TOP TWENTY-FIVE TOTAL |

# ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against the Russell 1000 Index, which includes the 1,000 largest U.S. companies. Its performance covers a broader array of securities than the more familiar Standard & Poor's 500 Index. A price-only comparison is used in evaluating Fund returns against the benchmark.

**Peer Group Mutual Funds** Morningstar Growth Funds. These funds seek capital appreciation by investing primarily in equity securities. As of December 31, 1999 there were 1,952 mutual funds in this category.

**Fund Managers** Investment managers are regularly monitored by the Xerox fund investments group. Managers may be changed to enhance Fund performance. See Appendix 3 for more information on Fees. Current managers are:

Barclays Global Investors, N.A.
Deutsche Asset Global Investors
Independence Investment Associates, Inc.
LSV Asset Management Company
Sound Shore Management, Inc.
Westpeak Investment Advisors, L.P.

MD 0217

# INTERNATIONAL STOCK FUND

### GLOBAL RECOVERY IGNITES RETURNS
The International fund returned 31.9% last year, well ahead of its benchmark.

The Fund had a wonderful 1999 thanks to a strongly rebounding global economy. Our capital equipment stocks in particular benefited from this recovery, both in Europe and in Japan.

**Japan: Last Year's Big Comeback**
The Fund's performance was also boosted by an increased allocation to Japan, which turned out to be the best-performing major market last year.

The Fund underperformed its peer group mutual funds because it was less heavily invested in the hot emerging markets last year. Over the past 5 years, the Fund has handily outpaced its peers.

**Diversification Pays Off**
The International Fund's first-rate performance last year illustrates the importance of owning a broadly diversified portfolio. After underperforming the U.S. stock market in 1998, international stocks came roaring back in 1999 to beat the Standard & Poor's 500 Index.

Because international markets are driven by their own economic and stock market cycles, you spread your risk by allocating part of your 401(k) portfolio to the International Stock Fund, as well as giving yourself access to investment opportunities around the world.

---

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

|  | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Benchmark Index | 22.2% | 17.4% | 16.2% |
| Peer Group Mutual Funds | 44.9% | 18.9% | 15.3% |

### GROWTH OF $100



— FUND  — PEER GROUP  — BENCHMARK

### QUARTERLY PERCENT GAIN OR LOSS




95  96  97  98  99

**Notes on Investment Performance**
These numbers for past results are the compound average annual return on each fund for periods ending December 31, 1999. Past results are no guarantee of future performance.

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | Expense Ratios |
|---|---|---|---|---|---|---|
| International Stocks | To provide long-term capital growth through diversified international holdings. | Primarily stocks of companies based outside the U.S. | High long-term growth potential, provides diversification when used together with U.S. stock investments. | Moderate to larger fluctuations in value, returns affected by currency exchange rates. | Fund Assets  $726  Total Assets  $1,439 | Expenses as % of average assets value:  Investment Management  0.56%  Total Fund Expenses  0.74%  Peer Group Mutual Funds  1.88% |

MD 0218

23

## INVESTMENT STRATEGY

This Fund invests primarily in established companies based in the economically developed countries of Europe and Asia. Its holdings are diversified across a variety of industries.

The Fund also invests limited amounts in smaller companies and in emerging markets such as those in the Pacific Rim and Latin America.

The Fund may hold bonds or U.S. stocks when managers believe it will help achieve their investment objectives.

Stocks are purchased and sold in each country's local currency, so fluctuations in exchange rates can have a significant effect on the Fund's performance. To hedge some of the impact of exchange rate movements, the Fund's currency specialists buy and sell currencies based on anticipated changes in value.



**REGIONAL HOLDINGS**
December 31, 1999

**COUNTRY HOLDINGS**



**Risk vs. Return Profile**
The Fund intends to provide return through growth from capital appreciation and some dividend income. It is subject to market, currency, and political risk. It provides long term growth potential with moderate to large fluctuations in value.

## SIGNIFICANT HOLDINGS  December 31, 1999

| | Stocks % of Fund | Holding/Country | | Stocks % of Fund | Holding/Country |
|---|---|---|---|---|---|
| 1 | 2.9% | Telecom Italia Italy | 14 | 1.2% | Unicredito Italiano Italy |
| 2 | 2.4% | Telefonica Spain | 15 | 1.2% | Banco Santander Central Spain |
| 3 | 2.4% | Mannesman Germany | 16 | 1.2% | Vodafone Airtouch United Kingdom |
| 4 | 2.0% | Nokia Finland | 17 | 1.1% | KON KPN NV Netherlands |
| 5 | 2.0% | Nippon Telephone & Telegraph Japan | 18 | 1.1% | Banco Bilbao Vizcaya Spain |
| 6 | 1.7% | Sony Japan | 19 | 1.1% | Sanofi France |
| 7 | 1.7% | Ver Ned Uitgevers Netherlands | 20 | 1.0% | AXA France |
| 8 | 1.7% | DBS Group Holdings Singapore | 21 | 0.9% | Valeo France |
| 9 | 1.6% | Invensys United Kingdom | 22 | 0.9% | Carrefour France |
| 10 | 1.6% | Pearson United Kingdom | 23 | 0.9% | Banco Comercial Portugues Portugal |
| 11 | 1.5% | Arendis France | 24 | 0.9% | Brambles Industries Australia |
| 12 | 1.5% | Granada Group United Kingdom | 25 | 0.8% | Getronics NV Netherlands |
| 13 | 1.4% | Sonera Finland | | 36.7% | TOP TWENTY-FIVE TOTAL |

## ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against a modified Morgan Stanley Capital International Europe Australia Far East Index, with countries weighted by market capitalization to capture the performance of major stock markets outside the U.S. Japan's weight in the index is reduced by 50% to reflect the way many active managers invest. This index is known as the MSCI EAFE-Lite. A three- to five-year time horizon is used in evaluating Fund returns against the benchmark.

**Peer Group** Mutual Funds Morningstar Foreign Stock Funds. These funds invest primarily in companies located outside the United States. As of December 31, 1999, there were 710 funds in this category.

**Fund Managers** Investment managers are regularly monitored by the Xerox Trust Investments group. Managers may be changed to enhance Fund performance. See Appendix 1 for more information on them. Current managers are:

Barclays Global Investors, N.A.
Capital Guardian Trust Company
Grantham, Mayo, Van Otterloo & Co., LLC
Jennison Associates LLC
J.P. Morgan Investment Management Inc.

MD 0219

# SMALL COMPANY STOCK FUND

## GROWTH DRIVES STRONG REBOUND

The Small Company Stock Fund returned 32.5% last year, beating its benchmark by more than 8.0 percentage points in a dramatic rebound from 1998.

Unlike the big cap market, whose 1999 returns were driven by just a handful of companies, last year saw a broad-based resurgence of small and mid-cap growth stocks.

The Fund was in an excellent position to benefit from this broad recovery thanks to its well-diversified portfolio.

**Tech and Comm: 100%+ Returns**
The Fund's performance was dramatically boosted by its allocation to technology and communications investments, which enjoyed triple-digit returns last year.

Another plus was our low relative exposure to financially-oriented stocks, which turned out to be the worst performing sector in the small and mid-cap market in 1999.

**Value Holdings Also Outperform**
Growth investments were last year's stellar performers. But the Fund's value holdings also beat those of the average value mutual fund in 1999. The Fund's total return matched the peer group's return for the year.

Small company stocks historically have entailed more risk than big company stocks, but they have enjoyed higher returns over the long term. Big cap and small cap stocks also have often alternated as market favorites, making it sensible to include both in a retirement savings portfolio.

---

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

| | 1 Year | 3 Years | 5 Years |
|---|---|---|---|
| Benchmark Index | 24.1% | 15.7% | 19.4% |
| Peer Group Mutual Funds | 32.5% | 17.7% | 21.0% |

### GROWTH OF $100



— FUND   — PEER GROUP   — BENCHMARK

### QUARTERLY PERCENT GAIN OR LOSS


95



96

97

98



99

**Notes on Investment Performance**
Three and five year results are the compounded average annual rate of return for periods ending December 31, 1999. Past results are no guarantee of future performance.

---

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | EXPENSE RATIOS |
|---|---|---|---|---|---|---|
| U.S. Stocks–Smaller Companies | To provide capital growth over time through diversified holdings of small capitalization companies | Primarily stocks of smaller U.S. companies that fund managers believe have greater value than indicated by the current market price or above average prospects for long-term growth | High long-term growth potential | Moderate to large fluctuations in value, greater fluctuation than the U.S. Stock Fund | Fund Assets $279 Total Assets $850 | Expenses as % of average market value. |

| | |
|---|---|
| Investment Management | 0.56% |
| Total Fund Expenses | 0.65% |
| Peer Group Mutual Funds | 1.57% |

24

MD 0220

## INVESTMENT STRATEGY

This Fund invests primarily in stocks of businesses that are among the smallest 20% of companies in the broad stock market. These stocks generally have market capitalizations below $4.0 billion. Managers may occasionally hold other types of investments, such as cash or stocks of larger companies.

Four investment managers manage segments of this Fund. All specialize in small cap stocks, but each uses a different approach to stock selection – some seeking rapid growth, others looking for companies that are statistically undervalued.

This Fund holds stocks in several hundred different companies. The large numbers assure liquidity and avoid concentrations in any one company.

25

### CAPITALIZATION OF HOLDINGS
December 31, 1999



3% LARGE (10 BILLION & MEDIUM)
5% MEDIUM/LARGE (4.0-10.0 GR)
21% MEDIUM (1.0-4.0 BILLION)
23% MEDIUM/SMALL (0.5-1.0 BILLION)
48% SMALL (0-0.5 BILLION)

### STOCK SECTOR HOLDINGS
December 31, 1999

3% BASIC MATERIALS
7% CAPITAL GOODS
3% COMMUNICATION SERVICES
7% CONSUMER CYCLICALS
6% CONSUMER STAPLES
3% ENERGY
7% FINANCIALS
7% HEALTH CARE
43% TECHNOLOGY
1% TRANSPORTATION
1% UTILITIES

### Risk vs. Return Profile
The Fund intends to provide returns through growth from capital appreciation. It is subject to market risk and may have wide swings in value from quarter to quarter.

HIGH RISK

XEROX STOCK FUND

SMALL COMPANY STOCK FUND

INTERNATIONAL STOCK FUND

U.S. STOCK FUND

BALANCED FUND MORE STOCKS

BALANCED FUND FIFTY/FIFTY

BALANCED FUND MORE BONDS

ENHANCED BOND FUND

INCOME FUND

LOW RISK

## SIGNIFICANT HOLDINGS   December 31, 1999

| Stocks | | Stocks | |
|---|---|---|---|
| % of Fund | Holding/Industry | % of Fund | Holding/Industry |
| 1 7.0% | Broadvision Computer Peripherals | 14 0.6% | Morrison Knudsen Construction |
| 2 1.6% | Exodus Communications Business Services | 15 0.6% | True North Communications Business Services |
| 3 1.2% | Inktomi Communications Business Services | 16 0.6% | Critical Path Business Services |
| 4 1.0% | Parametric Technology Computer Peripherals | 17 0.6% | NBC Internet Business Services |
| 5 0.9% | Whitman Hart Business Services | 18 0.6% | Enron Systems Business Services |
| 6 0.8% | Complete Business Solutions Business Services | 19 0.6% | Atmel Electronic Components |
| 7 0.7% | Oak Technology Electronic Components | 20 0.6% | Tellabs Communications Telephone Components |
| 8 0.7% | Cap Brasil | 21 0.5% | Perrigone Systems Business Services |
| 9 0.7% | AT&T Telephone | 22 0.5% | Probusiness Services Business Services |
| 10 0.7% | Jean Wiley & Sons Publishing | 23 0.5% | National Instruments Computer Peripherals |
| 11 0.7% | Legg Mason Financial Services | 24 0.5% | 3Com Communications |
| 12 0.6% | Technology Solutions Business Services | 25 0.5% | Advanced Micro Devices Electronic Components |
| 13 0.6% | Apple Computer Computers | 18.9% | TOP TWENTY-FIVE TOTAL |

## ADDITIONAL INFORMATION

**Performance Benchmark** The Fund's performance is measured against the Russell 2500 Index, which excludes the smallest 70% of the broad stock market, based on market capitalization. Almost all low-price time horizons used in evaluating the performance against the benchmark.

**Peer Group Mutual Funds** Morningstar Small Company Funds. These mutual funds seek capital appreciation by investing in stocks of small companies, as determined by market capitalization. As of December 31, 1999, there were 725 funds in this category.

**Fund Managers** Investment managers are regularly reviewed by the Peer Trust and Benefits group. Managers may be changed to enhance Fund performance. See Appendix I for more information on Fund's current managers are:

Barclays Global Investors, N.A.
Fiserv Associates, Inc.
GeoCapital LLC
Trust Company of the West

MD 0221

# XEROX STOCK FUND

## A DIFFICULT YEAR

1999 was a tough year for the Xerox shareholder. The Company's year-over-year revenue declined 1% and its earnings decreased 16%.

The Xerox Stock Fund mirrors the movement of the Company's stock, its only holding. Xerox stock started the year at $59 per share, and finished 1999 at $22¼ per share. The Fund's return for the year was -60.2%.

### Internal and External Challenges

These results can be attributed to three major factors:

- A very difficult environment. Last year's challenges included the economic crisis and currency devaluation in Brazil, a weak Japanese economy and currency, and customer focus on Y2K mitigation efforts that delayed many of their major purchases.

- Internal problems of execution, in particular poor implementation of the Company's plans to centralize U.S. customer administration and disruption related to the sales force realignment by industry.

- Increased competition in the digital products marketplace.

### A Word About Risk

Because the Fund's only holding is Xerox stock, it involves special risks. Its returns can be affected by:

- the direction of the stock market

- how much is spent on office equipment

- the general health of the U.S. and world economies

- our company's financial performance and dividend yield, and

- the opinion of Wall Street analysts.

The Fund is suitable for you only if you are not averse to the risks of investing in an individual company and your saving's plan portfolio is already well diversified.

## AT A GLANCE

### PERFORMANCE SUMMARY
December 31, 1999

### GROWTH OF $100



### QUARTERLY PERCENT GAIN OR LOSS



### Notes on Investment Performance

Fees and fee structures are the computed annual rate of return for products through December 31, 1999. Past results are no guarantee of future performance.

26

MD 0222

## INVESTMENT STRATEGY

This Fund invests only in Xerox common stock. It is not actively managed. Its investments are made without regard to stock price or investment outlook. The Trustee, State Street Bank and Trust Company, buys and sells the stock at fair market value, paying brokerage commissions from Fund assets.

Cash dividends are reinvested in additional shares of Xerox stock, or they may be held as cash. The Fund normally keeps a small portion of its assets in money market instruments to provide needed liquidity.

**SHORT-TERM TRADERS TAKE NOTE!**

Please remember that Xerox has a corporate policy against short-term trading in Xerox securities (HR 101.2, Business Ethics). The policy states "All purchases of securities by employees and immediate family members should be for investment...as a general rule, sales should not be made within a period of six months from the most recent date of purchase."



**Risk vs. Return Profile**
Investing in the Xerox Stock Fund involves special risks. The Fund is suitable for you only if you are not averse to the risks of investing in an individual company and your savings are already well diversified.

## ADDITIONAL INFORMATION

Fund Manager
State Street Bank and Trust Company

| FUND TYPE | OBJECTIVE | INVESTMENTS | ADVANTAGES | DISADVANTAGES | ASSETS (in millions) | | Expense Ratios | |
|---|---|---|---|---|---|---|---|---|
| Specialty–Company Stock | To provide an opportunity to invest in the future growth of Xerox Corporation. | Xerox common stock, some cash for administrative purposes. | Fund invests a share in Xerox's profitability and growth. | No diversification | Fund Assets | $440 | | |
| | | | | | Total Assets | $440 | | |
| | | | | | | | Investment Management | 0.07% |
| | | | | | | | Total Fund Expenses | 0.11% |
| | | | | | | | Peer Group Mutual Funds | n/a |

MD 0223



# MARKETPLACE WINDOW

The Tier III Marketplace Window offers access to no-load mutual funds outside of Xerox. Be sure to read the prospectus for each fund to understand the fund's investment strategy, expenses, and permitted securities before making your selection. To invest here, you need to tell a Xerox Benefits Center representative how much you want to buy of each mutual fund. If you transfer money without speaking to a representative, that money will be invested in the Xerox Money Market Fund.

**TIER**

MD 0224



**BUYER BEWARE!**

Selecting a Marketplace Window fund means you have more responsibility to monitor your investment choices. These funds have not been created specifically for Xerox. The Xerox Trust Investments group does not establish investment management guidelines for these funds as it does for the Xerox funds, nor does it select or structure a mix of investment managers. Although these funds are highly reputable, individuals who participate in Tier III funds must be comfortable assuming more responsibility for watching over their investments. Remember to read the prospectus!

THREE



## 1999 IN REVIEW

The Marketplace Window Funds are grouped by type of investment. Be sure to ask for the prospectus from the Xerox Benefits Center representative. Remember, you must speak to a representative to invest in these funds, or your money will be invested in the Hewitt Money Market Fund.

AS OF DECEMBER 31, 1999

| FUND NAME | EXPENSE RATIO | PROSPECTUS OBJECTIVE | ANNUALIZED INVESTMENT RETURN | | | | 2NET ASSETS IN $MILLIONS |
|---|---|---|---|---|---|---|---|
| | | | 1 YR RETURN | 3 YR RETURN | 5 YR RETURN | 10 YR RETURN | |
| **MONEY MARKET** | | | | | | | |
| Hewitt Money Market* | 0.45 | Money Market | 4.96 | 5.15 | 5.24 | – | $  142.5 |
| **BONDS** | | | | | | | |
| Federated U.S. Gov't 2-5 (Institutional) | 0.55 | Gov't Bond–Treasury | -0.52 | 4.83 | 6.27 | 6.54 | 701.2 |
| PIMCO Low Duration (Institutional) | 0.43 | Corp. Bond–General | 2.97 | 6.10 | 7.25 | 7.44 | 4,289.7 |
| PIMCO Total Return (Institutional) | 0.43 | Corp. Bond–General | 0.28 | 6.44 | 8.62 | 8.81 | 31,489.7 |
| **BALANCED** | | | | | | | |
| Barclays Global Investors Asset Allocation | 0.75 | Asset Allocation | 9.64 | 19.00 | 19.47 | – | 519.3 |
| Brinson Global (I Shares) | 0.94 | Multi-Asset Global | 1.49 | 6.86 | 11.57 | – | 319.4 |
| Invesco Total Return | 0.83 | Asset Allocation | -1.36 | 11.91 | 15.31 | 12.38 | 3,018.8 |
| MFS Total Return (Class A) | 0.90 | Balanced | 2.31 | 11.37 | 14.97 | 11.40 | 6,445.1 |
| **U.S. STOCKS (LARGER COMPANIES)** | | | | | | | |
| AIM Value (Class A) | 1.00 | Growth | 29.95 | 28.83 | 26.99 | 21.28 | 27,764.9 |
| American Century Ultra (Investor) | 1.00 | Growth | 41.46 | 32.83 | 29.72 | 24.44 | 28,069.3 |
| Dreyfus Founders Growth Fund | 1.08 | Growth | 39.07 | 30.08 | 30.16 | 20.08 | 2,936.8 |
| Kemper-Dreman High Return Equity (Class A) | 1.19 | Growth and Income | -13.23 | 8.62 | 19.37 | 15.53 | 4,358.6 |
| MAS Value (Institutional) | 0.59 | Growth and Income | -2.07 | 5.48 | 15.75 | 13.79 | 1,213.7 |
| MFS Emerging Growth (Class A) | 1.16 | Aggressive Growth | 50.08 | 31.11 | 29.57 | – | 16,159.1 |
| MSDW Institutional Equity Growth (Class A) | 0.80 | Growth | 39.59 | 29.67 | 32.88 | – | 1,222.5 |
| Neuberger Berman Guardian Trust | 0.87 | Growth and Income | 8.01 | 9.22 | 15.15 | – | 4,404.9 |
| Neuberger Berman Partners Trust | 0.90 | Growth | 7.60 | 13.82 | 20.30 | – | 3,448.5 |
| PIMCO Capital Appreciation (Institutional) | 0.71 | Growth | 22.30 | 24.51 | 27.40 | – | 957.5 |
| Putnam Voyager (Class A) | 0.96 | Aggressive Growth | 56.13 | 34.63 | 31.00 | 22.08 | 30,301.0 |
| Scudder Growth & Income | 0.74 | Growth and Income | 6.15 | 13.63 | 18.65 | 14.36 | 6,773.7 |
| Sound Shore | 0.99 | Growth | 0.05 | 12.53 | 19.79 | 14.77 | 1,183.9 |
| SSgA S&P 500 Index | 0.17 | Growth and Income | 20.89 | 27.35 | 28.26 | – | 2,930.1 |
| Warburg Pincus Capital Appreciation (Common) | 1.00 | Growth | 48.25 | 34.80 | 33.06 | 19.63 | 1,104.6 |

Note: In addition to the expense ratios shown, Marketplace Window funds carry an additional administrative expense that is approximately 0.10% of the account balance. Participants in the Marketplace Window will find this expense noted as a separate line item on their statements.

* The Hewitt Money Market Fund returns and assets reflect the returns and assets of the Barclay Global Investors Money Market Fund, which has a strategy identical to that of the Hewitt Money Market Fund.

MD 0226

31

| | | | ANNUALIZED INVESTMENT RETURN | | | | |
|---|---|---|---|---|---|---|---|
| FUND NAME | EXPENSE RATIO | PROSPECTUS OBJECTIVE | 1 YR RETURN | 3 YR RETURN | 5 YR RETURN | 10 YR RETURN | NET ASSETS IN $MILLIONS |
| AIM Constellation (Class A) | 1.10 | Growth | 44.38 | 24.68 | 25.01 | 21.16 | $ 16,693.1 |
| Brandywine | 1.05 | Growth | 53.50 | 19.54 | 23.71 | 19.95 | 5,055.1 |
| Dreyfus New Leaders | 1.14 | Small Company | 37.42 | 16.42 | 19.16 | 14.69 | 676.1 |
| Franklin Small Cap Growth (Class A) | 0.94 | Small Company | 97.08 | 31.64 | 32.75 | - | 8,306.4 |
| Kemper Small Cap Equity (Class A) | 1.01 | Small Company | 33.62 | 15.97 | 18.47 | 15.51 | 759.4 |
| Neuberger Berman Genesis Trust | 1.17 | Small Company | 3.99 | 9.27 | 16.60 | - | 1,401.6 |
| PBHG Emerging Growth | 1.34 | Small Company | 48.34 | 13.75 | 20.67 | - | 768.0 |
| PBHG Growth | 1.32 | Growth | 92.45 | 23.22 | 25.31 | 23.64 | 3,323.1 |
| SSgA Small Cap | 1.07 | Small Company | 3.58 | 5.78 | 16.67 | - | 346.0 |
| Warburg Pincus Emerging Growth (Common) | 1.22 | Small Company | 41.81 | 22.09 | 23.93 | 18.31 | 2,011.1 |
| American Century International Growth (Investor) | 1.33 | Foreign Stock | 64.44 | 32.82 | 24.57 | - | 3,889.7 |
| Dreyfus Founders Worldwide Fund | 1.47 | World Stock | 48.77 | 21.71 | 19.90 | 16.48 | 253.3 |
| Harbor International Growth | 0.96 | Foreign Stock | 20.19 | 15.41 | 20.33 | - | 1,458.2 |
| Hotchkis & Wiley International | 0.95 | Foreign Stock | 23.43 | 11.42 | 14.42 | - | 1,365.9 |
| Janus Worldwide | 0.92 | World Stock | 64.37 | 35.59 | 30.88 | - | 28,420.1 |
| Scudder Global | 1.34 | World Stock | 23.47 | 17.68 | 17.42 | 12.38 | 1,555.4 |
| Templeton Developing Markets (Class A) | 2.11 | Diversified Emerg. Mkts | 51.55 | 3.72 | 6.53 | - | 3,104.8 |
| Templeton Foreign (Class A) | 1.13 | Foreign Stock | 39.21 | 12.19 | 13.12 | 11.31 | 13,505.7 |
| Warburg Pincus Emerging Markets (Common) | 1.65 | Diversified Emerg. Mkts. | 85.40 | 1.75 | 6.31 | - | 87.3 |
| Cohen & Steers Realty Shares | 1.03 | Specialty–Real Estate | 2.68 | 0.64 | 9.42 | - | 1,415.9 |
| Invesco Technology II | 1.17 | Specialty–Technology | 144.94 | 51.38 | 43.84 | 32.77 | 1,888.5 |
| Kemper High–Yield (Class A) | 0.89 | Corp. Bond–High–Yield | 2.39 | 4.96 | 9.04 | 10.54 | 4,494.8 |
| Putnam Utilities Growth & Income (Class A) | 1.05 | Specialty–Utilities | 0.97 | 12.98 | 16.92 | - | 1,469.8 |
| Putnam Asia Pacific Growth (Class A) | 1.46 | Pacific Stock | 107.70 | 16.97 | 11.77 | - | 621.8 |
| Putnam Europe Growth (Class A) | 1.23 | Europe Stock | 23.15 | 22.08 | 22.52 | - | 1,845.6 |
| Scudder Latin America | 1.87 | Foreign Stock | 47.16 | 10.75 | 9.47 | - | 513.1 |

AS OF DECEMBER 31, 1999

MD 0227

# APPENDIX 1
# INVESTMENT MANAGER DESCRIPTIONS

**BARCLAYS GLOBAL INVESTORS, N.A.**
SAN FRANCISCO, CALIFORNIA

ASSIGNMENT FOR XEROX
Domestic and international equity index funds and cash overlay programs for the International Stock Fund, the Small Company Stock Fund, and the U.S. Stock Fund.

TOTAL ASSETS MANAGED
$406 billion

REPRESENTATIVE CLIENTS
Dial, Exxon, Phelps Dodge, SBC Communications

**CAPITAL GUARDIAN TRUST COMPANY**
LOS ANGELES, CALIFORNIA

ASSIGNMENT FOR XEROX
International equities for the Balanced Funds and the International Stock Fund.

TOTAL ASSETS MANAGED
$118 billion

REPRESENTATIVE CLIENTS
Alcoa, AT&T, Pacific Gas & Electric, Time Warner, Unilever

MUTUAL FUNDS MANAGED
American Funds series of mutual funds

**DRESDNER RCM GLOBAL INVESTORS**
SAN FRANCISCO, CALIFORNIA

ASSIGNMENT FOR XEROX
Domestic equities for the Balanced Funds and the U.S. Stock Fund and high grade bonds for the Balanced Funds and the Enhanced Bond Fund.

TOTAL ASSETS MANAGED
$69 billion

REPRESENTATIVE CLIENTS
Abbott Laboratories, AT&T, General Mills, Monsanto

MUTUAL FUNDS MANAGED
Dresdner RCM Funds series of mutual funds

**FRIESS ASSOCIATES, INC.**
GREENVILLE, DELAWARE

ASSIGNMENT FOR XEROX
Small to medium capitalization domestic equities for the Balanced Funds and the Small Company Stock Fund.

TOTAL ASSETS MANAGED
$8 billion

REPRESENTATIVE CLIENTS
? ??, Corning Glass, Marshfield Clinic, University of Delaware

MUTUAL FUNDS MANAGED
Brandywine and Brandywine Blue Funds

**GE INVESTMENT MANAGEMENT, INC.**
STAMFORD, CONNECTICUT

ASSIGNMENT FOR XEROX
Private placements for the Balanced Funds.

TOTAL ASSETS MANAGED
$90 billion

REPRESENTATIVE CLIENTS
American Airlines, Chrysler, Georgia-Pacific, 3M, NYC Retirement Funds

MUTUAL FUNDS MANAGED
Elfun Funds, GE Savings & Security Program Funds and GE Funds

**GEOCAPITAL LLC**
NEW YORK, NEW YORK

ASSIGNMENT FOR XEROX
Small capitalization domestic equities for the Balanced Funds and the Small Company Stock Fund.

TOTAL ASSETS MANAGED
$3 billion

REPRESENTATIVE CLIENTS
Brown & Williamson, Presbyterian Church, SBC Communications

**GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC.**
BOSTON, MASSACHUSETTS

ASSIGNMENT FOR XEROX
International equities for the Balanced Funds and the International Stock Fund.

TOTAL ASSETS MANAGED
$26 billion

REPRESENTATIVE CLIENTS
Harvard, SmithKline Beecham, 3M, Princeton, Sprint, The World Bank

**HEITMAN CAPITAL MANAGEMENT LLC**
CHICAGO, ILLINOIS

ASSIGNMENT FOR XEROX
Institutional quality real estate for the Balanced Funds.

TOTAL ASSETS MANAGED
$8 billion

REPRESENTATIVE CLIENTS
AT&T, New York Common Retirement Fund, State of Florida

**HORSLEY BRIDGE PARTNERS LLC**
SAN FRANCISCO, CALIFORNIA

ASSIGNMENT FOR XEROX
Private equity investments for the Balanced Funds.

TOTAL ASSETS MANAGED
$3 billion

REPRESENTATIVE CLIENTS
John Deere, Kodak, Exxon, Rice University

**W.R. HUFF ASSET MANAGEMENT CO. LLC**
MORRISTOWN, NEW JERSEY

ASSIGNMENT FOR XEROX
High-yield bonds for the Balanced Funds and the Enhanced Bond Fund.

TOTAL ASSETS MANAGED
$5 billion

REPRESENTATIVE CLIENTS
Allied Signal, ARCO, General Motors, United Airlines

**INDEPENDENCE INVESTMENT ASSOCIATES, INC.**
BOSTON, MASSACHUSETTS

ASSIGNMENT FOR XEROX
Domestic equities for the Balanced Funds and the U.S. Stock Fund.

TOTAL ASSETS MANAGED
$36 billion

REPRESENTATIVE CLIENTS
American Airlines, Colgate, Motorola, Southern Connecticut Gas, United Technologies

MUTUAL FUNDS MANAGED
John Hancock Independence Fund series of mutual funds

**JENNISON ASSOCIATES LLC**
NEW YORK, NEW YORK

ASSIGNMENT FOR XEROX
International equities for the Balanced Funds and the International Stock Fund.

TOTAL ASSETS MANAGED
$59 billion

REPRESENTATIVE CLIENTS
Honeywell International, Monsanto, Pfizer, Stanford University, The World Bank

MUTUAL FUNDS MANAGED
Harbor International, Growth Fund

**LINCOLN CAPITAL MANAGEMENT COMPANY**
CHICAGO, ILLINOIS

ASSIGNMENT FOR XEROX
Domestic medium to large capitalization growth equities for the Balanced Funds and the U.S. Stock Fund.

TOTAL ASSETS MANAGED
$68 billion

REPRESENTATIVE CLIENTS
Allied Signal, General Motors, Illinois State Board

MUTUAL FUNDS MANAGED
Vanguard U.S. Growth Portfolio and Ariel Premier Bond Fund

MD 0228

33

**J.P. MORGAN INVESTMENT
MANAGEMENT INC.**
NEW YORK, NEW YORK

ASSIGNMENT FOR XEROX
Short-duration bonds for the Income
Fund, high-grade bonds for the
Enhanced Bond Fund, high-grade
bonds and alternative investments
for the Balanced Funds, international
equities and currency hedging
for the Balanced Funds and the
International Stock Fund.

TOTAL ASSETS MANAGED
$272 billion

REPRESENTATIVE CLIENTS
Chrysler, Ciba-Geigy, Exxon, Ford,
GTE, Genentech, GE, IBM

**OAKTREE CAPITAL
MANAGEMENT, LLC**
LOS ANGELES, CALIFORNIA

ASSIGNMENT FOR XEROX
High-yield bonds for the Balanced
Funds and the Enhanced Bond Fund

TOTAL ASSETS MANAGED
$16 billion

REPRESENTATIVE CLIENTS
Armstrong World Industries, BASF,
Commonfund, Eli Lilly, CPU,
University of Virginia

**PACIFIC INVESTMENT
MANAGEMENT COMPANY**
NEWPORT BEACH, CALIFORNIA

ASSIGNMENT FOR XEROX
High-grade bonds for the Balanced
Funds and the Enhanced Bond Fund
and short-duration bonds for the
Income Fund.

TOTAL ASSETS MANAGED
$185 billion

REPRESENTATIVE CLIENTS
GTE, Hewlett Foundation, Pfizer,
Texas Utilities, University of
Rochester

MUTUAL FUNDS MANAGED
PIMCO Funds series of mutual funds.

**THE RREEF FUNDS**
CHICAGO, ILLINOIS

ASSIGNMENT FOR XEROX
Institutional-quality real estate
investments for the Balanced Funds.

TOTAL ASSETS MANAGED
$19 billion

REPRESENTATIVE CLIENTS
AT&T, Alcoa, CalPERS, Citibank, Shell

**SOUND SHORE
MANAGEMENT, INC.**
GREENWICH, CONNECTICUT

ASSIGNMENT FOR XEROX
Domestic equities for the
Balanced Funds.

TOTAL ASSETS MANAGED
$6 billion

REPRESENTATIVE CLIENTS
Baxter, Dana, John Hartford
Foundation, National Gallery of Art,
Nature Conservancy

MUTUAL FUNDS MANAGED
Sound Shore Fund

**STATE STREET BANK &
TRUST COMPANY**
BOSTON, MASSACHUSETTS

ASSIGNMENT FOR XEROX
Company Stock for the Xerox Stock
Fund

TOTAL ASSETS MANAGED
$587 billion

REPRESENTATIVE CLIENTS
Boise Cascade, General Motors,
J.C. Penney, Sears

MUTUAL FUNDS MANAGED
SSgA Funds

**STEINBERG
ASSET MANAGEMENT
COMPANY, INC.**
NEW YORK, NEW YORK

ASSIGNMENT FOR XEROX
Domestic equities for the
Balanced Funds.

TOTAL ASSETS MANAGED
$500 million

REPRESENTATIVE CLIENTS
Kresge Foundation, Michigan State
University, Randolph-Macon College,
Sandia Laboratories

**TRUST COMPANY
OF THE WEST**
LOS ANGELES, CALIFORNIA

ASSIGNMENT FOR XEROX
Private placements, oil and gas, and
real estate for the Balanced Funds,
small-capitalization equities for the
Balanced Funds and the Small
Company Stock Fund.

TOTAL ASSETS MANAGED
$66 billion

REPRESENTATIVE CLIENTS
Boston College, Kodak, GTE, Lehigh
University, Pfizer

MUTUAL FUNDS MANAGED
TCW/DW series of mutual funds and
the Galileo Funds

**WESTPEAK INVESTMENT
ADVISORS, L.P.**
BOULDER, COLORADO

ASSIGNMENT FOR XEROX
Domestic equities for the Balanced
Funds and the U.S. Stock Fund.

TOTAL ASSETS MANAGED
$10 billion

REPRESENTATIVE CLIENTS
BellSouth, Coca-Cola, First USA, First
Data, CenCorp, Hofstra University,
Shell Oil

MUTUAL FUNDS MANAGED
New England Funds and Frank
Russell series of mutual funds

MD 0229

## APPENDIX 2
## STATEMENT OF CHANGES IN MARKET VALUE

$ in Thousands Unaudited

**TIER 1**

| | BALANCED OPTIONS | | | TIER 3 | MARKETPLACE WINDOW |
| | MONEY BONDS | FIFTY/FIFTY | MONEY STOCKS | | |
|---|---|---|---|---|---|
| MARKET VALUE December 31, 1999 | $ 20,356 | $ 45,534 | $ 1,178,285 | | $ 19,796 |
| Total Investment Experience | 3,352 | 12,007 | 218,051 | | 30,522 |
| CASH FLOW EXPERIENCE | | | | | |
| Contributions & Net Loans | 1,449 | 3,749 | 61,351 | | 2,924 |
| Net Transfers | 12,449 | 23,914 | (158,711) | | 107,585 |
| Benefit Payments | (5,091) | (16,078) | (76,526) | | (8,182) |
| Rollovers | 15,800 | 42,670 | 62,120 | | 9,504 |
| EXPENSES | | | | | |
| Investment Management Fees | (116) | (264) | (3,545) | | 0 |
| Other Expenses | (40) | (94) | (1,323) | | (49) |
| Subtotal Expenses | (156) | (358) | (4,868) | | (49) |
| Total Cash Flow Experience | 24,451 | 53,897 | (116,634) | | 111,782 |
| Net Change in Market Value | 27,803 | 65,904 | 101,417 | | 142,304 |
| MARKET VALUE December 31, 1999 | $ 48,159 | $ 111,438 | $ 1,279,702 | | $ 162,100 |

| | | | | | |
|---|---|---|---|---|---|
| Total Profit Sharing and Retirement Plans | | | | | |
| MARKET VALUE December 31, 1999 | $ 48,159 | $ 111,438 | $ 6,874,606 | | $ 162,100 |

**TIER 2**

| | INCOME FUND | ENHANCED BOND FUND | U.S. STOCK FUND | INT'L STOCK FUND | SMALL CO. STOCK FUND | XFUND STOCK FUND |
|---|---|---|---|---|---|---|
| MARKET VALUE December 31, 1999 | $ 772,331 | $ 19,209 | $ 426,768 | $ 184,457 | $ 199,672 | $ 643,759 |
| Total Investment Experience | 26,057 | 239 | 89,914 | 58,259 | 55,032 | (444,930) |
| CASH FLOW EXPERIENCE | | | | | | |
| Contributions & Net Loans | 28,291 | 1,071 | 39,575 | 15,573 | 18,687 | 43,949 |
| Net Transfers | (134,885) | (2,435) | (5,122) | (16,774) | (38,756) | 213,241 |
| Benefit Payments | (76,695) | (2,663) | (22,559) | (8,093) | (8,023) | (22,267) |
| Rollovers | 35,194 | 6,359 | 17,456 | 4,047 | 3,468 | 6,475 |
| EXPENSES | | | | | | |
| Investment Management Fees | (1,196) | (82) | (985) | (1,082) | (770) | (93) |
| Other Expenses | (702) | (27) | (470) | (368) | (166) | (567) |
| Subtotal Expenses | (1,898) | (109) | (1,455) | (1,450) | (936) | (660) |
| Total Cash Flow Experience | (149,990) | 2,223 | 27,895 | (6,697) | (25,560) | 240,738 |
| Net Change in Market Value | (123,933) | 2,462 | 117,809 | 51,562 | 29,472 | (204,197) |
| MARKET VALUE December 31, 1999 | $ 648,398 | $ 21,671 | $ 544,577 | $ 236,019 | $ 229,144 | $ 439,567 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Profit Sharing and Retirement Plans | | | | | | |
| MARKET VALUE December 31, 1999 | $ 773,853 | $ 21,671 | $ 544,577 | $ 236,019 | $ 229,144 | $ 439,567 |

MD 0230

# APPENDIX 3
# ADDITIONAL INFORMATION

## ABOUT FUND MANAGEMENT

The Trust Investments group reports to the Xerox Corporate Treasurer in setting the overall investment strategy for the eight diversified funds (the Xerox Stock Fund, the ninth of our funds, is a single-stock fund). The Treasurer, in turn, reports to the Finance Committee of the Xerox Board of Directors (for salaried plans) and to the Profit Sharing Joint Administrative Board (for union plans), which approve the guidelines under which your funds are managed. In addition to the specific investments listed in the fund descriptions, the fund investment managers may, when authorized by the Treasurer, also invest in a variety of instruments including (but not limited to) options, futures, currency forwards, privately placed securities, convertible securities, and real estate. The funds may engage in securities lending on a fully collateralized basis.

Investment managers are not permitted to engage in any type of borrowing transaction which would create leverage for any fund. Futures must be backed by cash equivalents or by offsetting positions equal to the notional value of the futures contracts purchased or sold. Short options must be covered by either the underlying securities (for short calls) or by cash equivalents (equal to the exposure in the event of exercise in the case of short puts). Derivatives are used primarily to enable cost effective asset allocation shifts and to hedge currency exposure. Derivatives cannot be used to achieve exposure or increase overall risk in any fund beyond that permitted by the fund's investment guidelines.

The following diversification guidelines apply to all funds except the Xerox Stock Fund:

- No combination of equities or, separately, fixed-income securities of a single issuer and affiliates may exceed 5% of the total market value of a fund. No overall combination of securities of a single issuer and affiliates may exceed 10% of the total market value of a fund, except securities of the U.S. government or any of its instrumentalities, or securities guaranteed by the U.S. government or its instrumentalities.

- Unless otherwise authorized by the Treasurer, the aggregate holdings of the voting securities of a single issuer, including convertibles, shall always be less than 5% of the total outstanding voting securities of that issuer.

- No investments shall be made in any securities issued by Xerox or any subsidiary of Xerox, except in the context of an investment in a commingled fund.

- Expenses directly related to the management of the funds are charged to the funds. These include, but are not limited to, investment management fees paid to external advisors, administrative expenses, and brokerage commissions incurred in trading securities for the funds.

## ABOUT THE PROFIT SHARING AND SAVINGS PLANS

Xerox and the plans hereby incorporate in the prospectus, by reference, the following documents:

(a)(1) Xerox Corporation Annual Report on Form 10-K for the fiscal year ended December 31, 1999.

(a)(2) Xerox Corporation Current Reports on Form 8-K dated February 8, 2000 and February 23, 2000.

(b)(1) Xerox Corporation Profit Sharing and Savings Plan Annual Report on Form 11-K for the fiscal year ended December 31, 1998.

(b)(2) The Profit Sharing Plan of Xerox Corporation and The Xerographic Division, Union of Needletrades; Industrial and Textile Employees, A.F.L.-C.I.O. C.L.C. Annual Report on Form 11-K for the fiscal year ended December 31, 1998.

All reports filed pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Securities Exchange Act of 1934 subsequent to the date of this document and prior to the filing of a post-effective amendment to the plans' registration statements on Form S-8 filed with the Securities and Exchange Commission which indicates that all securities offered thereby have been sold or which deregisters all securities then remaining unsold shall be deemed to be incorporated by reference in such registration statements and to be a part thereof from the date of filing of such documents.

The Company has previously transmitted to each of its employees a copy of its 1999 Annual Report to shareholders. An additional copy of the 1999 Annual Report to shareholders will be furnished upon request of any employee, directed to:

INVESTOR RELATIONS
XEROX CORPORATION
P.O. BOX 1600
STAMFORD, CONNECTICUT 06904

The value of units or shares in your account is available at any time by calling the Xerox Benefits Center.

Upon request, the list of assets in any of the funds constituting plan assets and the value of plan assets is available to you from:

CHIEF INVESTMENT OFFICER
TRUST INVESTMENTS
XEROX CORPORATION
P.O. BOX 1600
STAMFORD, CONNECTICUT 06904

# STAYING INFORMED

### YOUR PERSONAL ACCOUNTS
Your account balances are updated daily. To hear your current balances or to request a hard copy statement of accounts, call the Xerox Benefits Center. To see your current balances or to print out a copy from your computer, check the Your Benefits Resources™ Web site.

### FUND PERFORMANCE
Current fund performance is also available from the Xerox Benefits Center or the Your Benefits Resources℠ Web site.

### VALUE-ADDED STATEMENT
Your Value-Added statement, mailed to your home in April each year, provides an annual summary of your accounts.

### CURRENT TOPICS
Investing for Your Future, a quarterly newsletter prepared by the Trust Investments group, is sent to you in the months of January, April, July, and October and is available on the Trust Investments Web site.

### HOW YOUR 401(K) WORKS
See your benefits handbook, You & Xerox: WealthWise, for questions about how the 401(k) savings plans work.



**IMPORTANT INFORMATION**
- Xerox Benefits Center: 1-888-979-9951
- Your Benefits Resources Web site: http://resources.hewitt.com/xerox
- Trust Investments Web site: http://xww.401k.world.xerox.com

MD 0232



BUSINESS REPLY MAIL
FIRST CLASS MAIL    PERMIT NO. 444    ROCHESTER NY

POSTAGE WILL BE PAID BY ADDRESSEE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

XEROX CORPORATION
TRUST INVESTMENTS, 2-4-D
P.O. BOX 1600
STAMFORD, CT 06913-1213

MD 0233



*SURVEY CARD*

What do you think? Now that you've looked over our 1989 report, please let us know what you think. For each of the following, circle the box that best indicates your opinion:

<<<DISAGREE    AGREE    STRONGLY AGREE>>>

<<<DISAGREE    AGREE    STRONGLY AGREE>>>

<<<NONE    MODERATE    EXTENSIVE>>>

<<<DISAGREE    AGREE    STRONGLY AGREE>>>

<<<NOT AT ALL    REGULARLY    EXTENSIVELY>>>

<<<NOT HELPFUL    SOMEWHAT HELPFUL    MOST HELPFUL>>>

8. Please CHECK-OFF the boxes below that tell us who you are:

Gender:

Age:

Work Status:

Annual Salary:

I am currently using payroll deduction to save in the 401(k) Plan.

Name:

Street Address:

City/Town:    State:    Zip Code:

Telephone No:    E-mail:

Thank you. Our aim is to provide you with the information you want about your 401(k) investment funds and to deliver it in a way that works best for you. Please fold, tape, and return this preaddressed and stamped survey card via Xerox internal mail, or U.S. Postal Service.

MD 0234