UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>)<br>ALL ACTIONS )<br>) | Master File No. 02-CV-1138 (AWT)<br><br>**CLASS ACTION** |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to District of Connecticut Local Rule 83.1(d) and upon the accompanying affidavit of Robert T. Smith, the undersigned counsel, a member in good standing of the Bar of the District of Connecticut, hereby moves the Court to admit Robert T. Smith, an attorney who is not a member of the Bar of this District, to appear *pro hac vice* in order to represent all of the defendants except Myra R. Drucker, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler in the trial of this action. In support of this motion undersigned counsel avers as follows:

1.     Robert T. Smith is a member in good standing of the Bar of New York; the United States Courts of Appeals for the Second, Sixth, and Ninth Circuits; and the United States District Courts for the Southern and Eastern Districts of New York.

2.     Robert T. Smith is presently an associate at the law firm Jones Day, and resident in its offices located at 222 East 41st Street, New York, New York 10017-6702; Tel. No 212.326.3939; Fax No. 212.755.7306; Email: rtsmith@jonesday.com.

3.     Robert T. Smith has not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut, nor has she been denied admission or disciplined by any other Court.

4. The granting of this motion will not require the modification of any scheduling order or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that the court grant this motion and permit Robert T. Smith to appear *pro hac vice* in this matter on behalf of all of the defendants except Myra R. Drucker, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler.

Dated: September 5, 2008

          THE DEFENDANTS

          By _/s/ Benjamin Green_
          Benjamin H. Green (CT05166)
          Dreier LLP
          One Landmark Square, 20th Floor
          Stamford, CT 06901
          Attorney for All Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION ) ) ) ) ) This Document Relates to: ) ) ) ALL ACTIONS ) ) | Master File No. 02-CV-1138 (AWT)  **CLASS ACTION** |

**AFFIDAVIT OF ROBERT T. SMITH IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Personally appeared, Robert T. Smith, to me known, who being duly sworn, did depose and say under oath the following:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained herein.

3. I am a member in good standing of the Bar of New York; the United States Courts of Appeals for the Second, Sixth, and Ninth Circuits; and the United States District Courts for the Southern and Eastern Districts of New York.

4. I am an associate at the law firm Jones Day, and resident in its offices located at 222 East 41st Street, New York, New York 10017-6702; Tel. No 212.326.3939; Fax No. 212.755.7306; Email: rtsmith@jonesday.com.

5. I have not been denied admission or disciplined in accordance with the Local Rules of the District of Connecticut.

6. I have not been suspended or disbarred in any Court, nor have there been any disciplinary actions or investigations pending against me in any jurisdiction.

7. I seek admission into the United Stated District Court for the District of Connecticut pro hac vice to represent all of the Defendants except Myra Drucker, William Roscoe, Paul Allaire, William Buehler, Barry Romeril, and Gregory Tayler in the above captioned action.

8. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut, and agree to be subject to its Rules.

Dated at New York, New York this 4th day of September 2008.

Subscribed and sworn to before me, this 4th day of September 2008.

Notary Public
My Commission Expires on

DEBORAH L. ABOUD
NOTARY PUBLIC, State of New York
No. 01AB4995633
Qualified in Kings County
Commission Expires April 27, 20 10

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I caused a copy of the Motion To Admit Counsel *Pro Hac Vice* and the Affidavit Of Robert T. Smith In Support Of Motion To Admit Counsel *Pro Hac Vice* to be served by electronic mail to the counsel listed below:

**Attorneys for Defendants:**

Steven J. Sacher (ct24024)
sjsacher@jonesday.com
Evan Miller (phv01958)
emiller@jonesday.com
Sara Pikofsky
spikofsky@jonesday.com
Kevin Noble (phv01959)
krnoble@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Tel:  202-879-3939

Jayant W. Tambe (ct15992)
jtambe@jonesday.com
Aviva Warter Sisitsky (phv01990)
aswarter@jonesday.com
Arthur J. Margulies (phv02256)
ajmargulies@jonesday.com
JONES DAY
222 East 41st Street
New York, NY  10017-6702
Tel:  212-326-3939

Benjamin H. Green (ct05166)
bgreen@dreierllp.com
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT  06901
Tel: 203-425-9500

John A. Valentine (ct25941)
john.valentine@wilmerhale.com
Elizabeth Canizares
elizabeth.canizares@wilmerhale.com
Felipe Mendoza
felipe.mendoza@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel:  202-663-6399

Michael T. Hannafan (ct11859)
mth@hannafanlaw.com
Blake T. Hannafan (ct24594)
bth@hannafanlaw.com
HANNAFAN & HANNAFAN, LTD.
One East Wacker Drive, Suite 2800
Chicago, IL  60601
Tel:  312-527-0055

Thomas D. Goldberg (ct04386)
tdgoldberg@daypitney.com
Terence J. Gallagher (ct22415)
tjgallagher@daypitney.com
Rosemary Q. Barry (ct20273)
rqbarry@daypitney.com
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
Tel: 203-977-7300

**Attorneys for Plaintiffs:**

Charles R. Watkins (ct23936)
cwatkins@futtermanhoward.com
John R. Wylie (ct23927)
FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
Tel: 312-427-3600

Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Tel: 215-875-3000

Joseph H. Meltzer
jmeltzer@sbclasslaw.com
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706

Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
Patrick P. de Gravelles
pdegravelles@mctiguelaw.com
MCTIGUE & PORTER LLC
5301 Wisconsin Avenue, NW, Suite 350
Washington, DC 20015
Tel: 202-364-6900

Ellen Doyle
edoyle@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Suite 1700 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412 281 8400

Lynn Lincoln Sarko (ct23927)
lsarko@kellerrohrback.com
Elizabeth A. Leland (phv01338)
bleland@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Erin M. Riley
eriley@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206-623-1900

Gary A. Gotto (ct23952)
ggotto@kellerrohrback.com
KELLER ROHRBACK P.L.C.
3101 North Central Avenue
Suite 1400
Phoenix, AZ 85012
Tel: 602-248-0088

Daniel M. Harris
lawofficedh@yahoo.com
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312-960-1802

John F. McKenna (ct00104)
jmckenna@grmattorneys.com
Rebecca B. Lamont
rlamont@grmattorneys.com
GOODMAN, ROSENTHAL & MCKENNA, PC
977 Farmington Avenue, Suite 200
West Hartford, CT 06107
Tel: 860-231-2800

*/s/ Joanne J. Rapuano*
Joanne J. Rapuano