IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| | CLASS ACTION |
| This Document Relates to: ALL ACTIONS | September 15, 2008 |

### STIPULATED AMENDMENT TO THE XEROX DEFENDANTS' ANSWER TO THE THIRD CONSOLIDATED AMENDED COMPLAINT

COME NOW, the Xerox Defendants[1] in the above-captioned consolidated ERISA action, and amend their Answer To The Third Consolidated Amended Complaint filed on July 15, 2008 (the "Answer"), as follows:

1.  The Xerox Defendants adopt and incorporate by reference each and every paragraph of the Answer, as if fully set forth herein, except that paragraphs 25 and 49 of the Answer are revised as follows:

> 25. The Xerox Defendants deny the allegations contained in Paragraph 25 of the Complaint, except admit that Defendants B.R. Inman, Vernon E. Jordan, Jr., George J. Mitchell, N.J. Nicholas, Jr., Martha R. Seger, Thomas C. Theobald, Patricia F. Russo and Hilmar Kopper were members of the Xerox Board's Finance Committee at certain respective times.

> 49. No response is required to the legal conclusions and factual characterizations contained in Paragraph 49 of the Complaint. To the extent that a response is required, the Xerox Defendants deny the allegations contained in Paragraph 49 of the Complaint, except admit that Xerox restated and revised certain financial results in a Form 10-K for the year-end 2001 filed with the SEC on June 28, 2002, and further admit that in April 2002 Xerox entered into a

---

[1] The Xerox Defendants are all Defendants named in the Third Consolidated Amended Complaint except Myra R. Drucker.

Consent and Undertaking with the SEC, and refer those writings for a true and complete portrayal of their contents.

2. The Xerox Defendants' Amended Answer To The Third Consolidated Amended Complaint reflecting the amendment described in paragraph 1, above, is attached hereto as Exhibit A.

3. By their counsel's signature below, the Plaintiffs hereby consent to this amendment and the filing of the appended Amended Answer To The Third Consolidated Amended Complaint. Accordingly, the Xerox Defendants satisfy Rule 15(a) of the Federal Rules of Civil Procedure, which permits amendment of a party's pleading "with the opposing party's written consent." Fed. R. Civ. P. 15(a)(2).

Dated this 15th day of September, 2008.

| **Counsel For Plaintiffs:** | **Counsel For The Xerox Defendants:** |
|---|---|
| *s/ Lynn Lincoln Sarko* | *s/ Steven J. Sacher* |
| Lynn Lincoln Sarko | Steven J. Sacher (ct24024) |
| Gary A. Gotto | Evan Miller (phv01958) |
| Elizabeth A. Leland | Kevin Noble (phv01959) |
| KELLER ROHRBACK L.L.P. | JONES DAY |
| 1201 Third Avenue, Suite 3200 | 51 Louisiana Avenue, N.W. |
| Seattle, WA 98101 | Washington, D.C. 20001-2113 |
| Telephone: 206-623-1900 | Telephone: 202-879-3939 |
| Facsimile: 206-623-3384 | Facsimile: 202-626-1700 |
| lsarko@kellerrohrback.com | sjsacher@jonesday.com |
| ggotto@kellerrohback.com | emiller@jonesday.com |
| bleland@kellerrohrback.com | knoble@jonesday.com |
| | |
| *Co-Lead Counsel* | Jayant W. Tambe (ct15992) |
| | Aviva Warter Sisitsky (phv01990) |
| Charles R. Watkins | Arthur J. Margulies (phv02256) |
| John R. Wylie | JONES DAY |
| FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD. | 222 East 41st Street |
| 122 S. Michigan Avenue, Suite 1850 | New York, NY 10017-6702 |
| Chicago, Illinois 60603 | Telephone: 212-326-3939 |
| Telephone: 312-427-3600 | Facsimile: 212-755-7306 |
| | jtambe@jonesday.com |

Facsimile: 312-427-1850
cwatkins@futtermanhoward.com
jwylie@futtermanhoward.com

*Co-Lead Counsel*

Daniel M. Harris
LAW OFFICES OF DANIEL M. HARRIS
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-960-1802
Facsimile: 312-960-1936
lawofficedh@yahoo.com

*Steering Committee Counsel*

Sherrie R. Savett
Joy Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: 215-875-3000
Facsimile: 215-875-4503
ssavett@bm.net
jclairmont@bm.net

*Steering Committee Counsel*

Marc A. Topaz
Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
mtopaz@sbtklaw.com
jmeltzer@sbtklaw.com

*Steering Committee Counsel*

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
The Allegheny Building, 17th floor
429 Forbes Avenue

aswarter@jonesday.com
amargulies@jonesday.com

*Counsel for All Defendants except Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory Tayler, and Myra R. Drucker*

John A. Valentine (ct25941)
Elizabeth Canizares (phv02306)
Felipe Mendoza (phv02242)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363
john.valentine@wilmerhale.com
felipe.mendoza@wilmerhale.com
elizabeth.canizares@wilmerhale.com

*Counsel for Paul A. Allaire, William F. Buehler, Barry D. Romeril and Gregory B. Tayler*

Thomas D. Goldberg (ct04386)
Terence J. Gallagher (ct22415)
Rosemary Q. Barry (ct20273)
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
Telephone: 203-977-7300
Facsimile: 203-977-7301
tjgallagher@daypitney.com
tdgoldberg@daypitney.com
rqbarry@daypitney.com

*Counsel for G. Richard Thoman*

<div style="column-count:2">

Pittsburgh PA 15219
Telephone: 412-281-8400
Facsimile: 412-232-3730
edoyle@stemberfeinstein.com

*Steering Committee Counsel for the Union Plan*

Brian McTigue
Jennifer H. Strouf
MCTIGUE & PORTER LLP
5301 Wisconsin Avenue, N.W., Ste. 350
Washington, DC 20015
Telephone: 202-364-6900
Facsimile: 202-364-9960
bmctigue@mctiguelaw.com
jstrouf@mctiguelaw.com

*Steering Committee Counsel for the Union Plan*

Benjamin H. Green (ct05166)
DREIER LLP
One Landmark Square, 20th Floor
Stamford, CT 06901
Telephone: 203-425-9500
Facsimile: 203-425-9595
bgreen@dreierllp.com

*Counsel for the Xerox Defendants*

</div>