UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, </br></br>This Document Relates to: </br></br>     ALL ACTIONS | Master File No. 02-CV-1138 (AWT) </br></br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, a copy of the Stipulated Amendment to the XEROX Defendants' Answer to the Third Consolidated Amended Complaint [Dkt. # 309] and the Amended Answer to the Third Consolidated Amended Complaint [Dkt. # 310] was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

I declare under penalty of perjury that the foregoing is true and correct.
This 15th day of September, 2008.

                                                            /s/
                                                   _____
                                                   Joanne Rapuano

{00388358.DOC;}