# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER: 3:02-CV-1138 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in *In re Xerox Corporation ERISA Litigation* for all Defendants, except Myra R. Drucker, Paul Allaire, William F. Buehler, Barry D. Romeril and Gregory B. Tayler.

September 18, 2008
Date

phv02895
Connecticut Federal Bar Number:

(202) 879-3939
Telephone Number:

(202) 626-1700
Fax Number:

sdvoretzky@jonesday.com
E-mail address:

[Signature]
Signature

Shay Dvoretzky
Print clearly or type

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Address

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2008, a copy of the Appearance of Shay Dvoretzky was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                /s/
                                                           Joanne Rapuano