UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 02 CV-1138 (AWT)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER** |

Plaintiffs, by and through their undersigned counsel, hereby move unopposed to amend the current Scheduling Order, as follows:

### I.   MOTION

1.    Plaintiffs' Motion for Class Certification was filed on July 1, 2008, pursuant to the Scheduling Order entered in this matter, dated June 6, 2008.

2.    Defendants' served their Memorandum of Law Opposition to Plaintiffs' Motion for Class Certification on September 5, 2008, also pursuant to the Scheduling Order.

3.    Plaintiffs' reply is presently due September 26, 2008.

4.    On September 18, 2008, counsel for Plaintiffs and Defendants had a conference call during which they discussed the class certification briefing schedule.  Plaintiffs' counsel explained that, due in part to difficulties encountered as a result of Hurricane Ike, they would request from the Court a short extension of the deadline to file their class certification reply. Defense counsel stated that they had no objection to the requested extension.

5.    The parties agreed that, subject to Court approval, Plaintiffs shall have an extension of time, up through and including October 6, 2008, within which to file and serve their class certification reply.

6.    Pursuant to Local Civil Rule 7(b)(3), this is Plaintiffs' first request for the extensions sought herein.

7.  Therefore, Plaintiffs respectfully request that the time within which Plaintiffs may file and serve their class certification reply be extended up through and including October 6, 2008.

Respectfully submitted this 19th day of September, 2008.

/s/Elizabeth A. Leland
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Gary A. Gotto
ggotto@kellerrohback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
*Co-Lead Counsel*

FUTTERMAN HOWARD WATKINS
WYLIE & ASHLEY, CHTD.
Charles R. Watkins
cwatkins@futtermanhoward.com
John R. Wylie
jwylie@futtermanhoward.com
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Telephone: (312) 427-3600
Facsimile: (312) 427-1850
*Co-Lead Counsel*

LAW OFFICES OF DANIEL M. HARRIS
Daniel M. Harris
lawofficedh@yahoo.com
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile:  (312) 960-1936
*Steering Committee Counsel*

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
ssavett@bm.net
Joy Clairmont
jclairmont@bm.net
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4503
*Steering Committee Counsel*

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Marc A. Topaz
mtopaz@sbclasslaw.com
Joseph H. Meltzer
jmeltzer@sbclasslaw.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
*Steering Committee Counsel*

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
Ellen M. Doyle
edoyle@stemberfeinstein.com
The Allegheny Building, 17th floor
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile:  (412) 232-3730
*Steering Committee Counsel for the Union Plan*

MCTIGUE & PORTER LLP
Brian McTigue
bmctigue@mctiguelaw.com
Jennifer H. Strouf
jstrouf@mctiguelaw.com
5301 Wisconsin Avenue, N.W.
Ste. 350
Washington, DC  20015
Telephone: (202) 364-6900
Facsimile:  (202) 364-9960

*Steering Committee Counsel for the Union Plan*

GOODMAN ROSENTHAL & MCKENNA PC
John F. McKenna, Esq. - ct00104
jmckenna@grmattorneys.com
977 Farmington Avenue, Suite 200
West Hartford, Connecticut  06107
Telephone:  (860) 231-2800
Facsimile:  (860) 523-9235
*Liaison Counsel*

## II.  ORDER

IT IS SO ORDERED that the Scheduling Order shall be amended as follows:

1. Plaintiffs' shall have up through and including _____ to file and serve their Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification.

Dated: _____

                                            THE HONORABLE ALVIN W. THOMPSON