**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re XEROX CORPORATION ERISA LITIGATION, | Master File No. 02-CV-1138 (AWT) |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | CERTIFICATE OF SERVICE |

This is to certify that a copy of the foregoing document, Plaintiffs' Unopposed Motion and [Proposed] Order to Amend the Scheduling Order was served this 19th day of September, 2008, on the following counsel of record, via the means indicated below:

**ATTORNEYS FOR PLAINTIFFS (VIA ECF)**

| | |
|---|---|
| Sherrie R. Savett<br>Joy Clairmont<br>Shoshana Savett<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103-6365<br>Tel:   215-875-3000<br>Fax:  215-875-4604<br>Email: srs@bm.net<br>         jclairmont@bm.net<br>         stsavett@bm.net<br><br>*Steering Committee Counsel* | Charles R. Watkins (ct23936)<br>John Wylie (ct23937)<br>**FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY, CHTD.**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Tel:   312-427-3600<br>Fax:  312-427-1850<br>Email: cwatkins@futtermanhoward.com<br>         jwylie@futtermanhoward.com<br><br>*Co-Lead Counsel for Plaintiffs* |

-1-

| **ATTORNEYS FOR PLAINTIFFS (VIA ECF)** | |
|---|---|
| John F. McKenna, Esq. (ct00104)<br>**GOODMAN, ROSENTHAL & MCKENNA, PC**<br>977 Farmington Avenue, Suite 200<br>West Hartford, Connecticut 06107<br>Tel:    860-231-2800<br>Fax:    860-523-9235<br>Email: jmckenna@grmattorneys.com<br><br>*Liaison Counsel* | Ellen M. Doyle<br>**STEMBER FEINSTEIN DOYLE &<br>PAYNE, LLC**<br>The Allegheny Building, 17th floor<br>429 Forbes Avenue<br>Pittsburgh  PA  15219<br>Tel:    412-281-8400<br>Fax:    412-232-3730<br>Email: edoyle@stemberfeinstein.com<br><br>*Steering Committee Counsel* |
| Daniel M. Harris<br>**LAW OFFICES OF DANIEL M. HARRIS**<br>150 North Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>Tel:    312-960-1802<br>Fax:    312-960-1936<br>Email: lawofficedh@yahoo.com<br><br>*Steering Committee Counsel* | Joseph H. Meltzer<br>**SCHIFFRIN BARROWAY TOPAZ &<br> KESSLER, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:    610-667-7706<br>Fax:    610-667-7056<br>Email: jmeltzer@sbclasslaw.com<br><br>*Steering Committee Counsel* |
| Brian McTigue<br>Jennifer H. Strouf<br>Patrick de Gravelles<br>Dave Bond<br>**MCTIGUE & PORTER LLP**<br>5301 Wisconsin Avenue, N.W., Ste. 350<br>Washington, DC  20015<br>Tel:    202-364-6900<br>Fax:    202-364-9960<br>Email: bmctigue@mctiguelaw.com<br>          jstrouf@mctiguelaw.com<br>          pdegravelles@mctiguelaw.com<br>          dbond@mctiguelaw.com<br><br>*Steering Committee Counsel*<br>*(with respect to the U.N.I.T.E. Plan)* | Gary A. Gotto (ct23952)<br>**KELLER ROHRBACK P.L.C.**<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ  85012<br>Tel:    602-248-0088<br>Fax:    602-248-2822<br>Email: ggotto@kellerrohrback.com<br><br>*Co-Lead Counsel for Plaintiffs* |

**ATTORNEYS FOR DEFENDANTS (VIA ECF)**

| | |
|---|---|
| Jayant W. Tambe (ct15992)<br>Aviva Warter Sisistky (phv01990)<br>Arthur J. Margulies (phv02256)<br>Robert T. Smith<br>**JONES DAY REAVIS & POGUE**<br>222 East 41st Street<br>New York, NY  10017<br>Tel:  212-326-3939<br>Fax:  212-755-7306<br>Email:  jtambe@jonesday.com<br>　　　　aswarter@jonesday.com<br>　　　　gshapiro@jonesday.com<br>　　　　amargulies@jonesday.com<br>　　　　rtsmith@jonesday.com | Steven J. Sacher (ct24024)<br>Kevin R. Noble (phv01959)<br>Evan Miller (phv01958)<br>Sara Pikofsky<br>Shay Dvoretzky<br>**JONES DAY REAVIS & POGUE**<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Tel:  202-879-5402<br>Fax:  202-626-1700<br>Email:  sjsacher@jonesday.com<br>　　　　krnoble@jonesday.com<br>　　　　emiller@jonesday.com<br>　　　　spikofsky@jonesday.com<br>　　　　sdvoretzky@jonesday.com |
| *Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe* | *Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe* |
| Michael T. Hannafan, Esq.<br>Blake T. Hannafan, Esq.<br>**HANNAFAN & HANNAFAN**<br>One East Wacker Drive, Suite 2800<br>Chicago, IL  60601<br>Tel:  312-527-0055<br>Fax:  312-527-0220<br>Email:  mth@hannafanlaw.com<br>　　　　bth@hannafanlaw.com | Terrence J. Gallagher III<br>Thomas D. Goldberg<br>Rosemary Q. Barry<br>**DAY PITNEY LLP**<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>Tel:  203-977-7504<br>Fax:  203-977-7301<br>Email:  tjgallagher@daypitney.com<br>　　　　tdgoldberg@daypitney.com<br>　　　　rqbarry@daypitney.com |
| *Counsel for Defendant Myra Drucker* | *Counsel for Defendants G. Richard Thoman* |

**ATTORNEYS FOR DEFENDANTS (VIA ECF)**

| | |
|---|---|
| Benjamin H. Green (ct05166)<br>Frances Codd Slusarz (ct24442)<br>Joanne Rapuano (ct27102)<br>**DREIER LLP**<br>One Landmark Square, 20th Floor<br>Stamford, CT  06901<br>Tel:     203-425-9500<br>Fax:    203-425-9595<br>Email: bgreen@dreierllp.com<br>            fslusarz@dreierllp.com<br>            jrapuano@dreierllp.com<br><br>*Local Counsel for Defendants Xerox Corp., Xerox Corp Profit Sharing & Savings Plan, Union of Needletrade, Industry & Textile Employees, AFL-CIO-CLC, Anne M. Mulcahy, B. R. Inman, G. Richard Thoman, George J. Mitchell, Hilmar Kopper, Lawrence Becker, Martha R. Seger, N. J. Nicholas, Jr., Patricia Nazemetz, Patricia F. Russo, Sally Conkright, Thomas C. Theobald, Vernon E. Jordan, Jr., Henry Charles Filter, III, John Musicaro, Jr, Jerry W. Hostetter, Barbara D. Roscoe* | John A. Valentine<br>Felipe D. Mendoza<br>Elizabeth K. Canizares<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Tel:     202-663-6399<br>Fax:    202-663-6363<br>Email: john.valentine@wilmerhale.com<br>            felipe.mendoza@wilmerhale.com<br>            elizabeth.canizares@wilmerhale.com<br><br>*Counsel for Defendants Paul A. Allaire, William F. Buehler, Barry D. Romeril, Gregory B. Tayler* |

**ATTORNEYS FOR DEFENDANTS (VIA U.S. MAIL)**

Michael D. Ryan, Senior Counsel
**XEROX CORPORATION**
800 Long Ridge Road
Stamford, CT  06904

*In-House Counsel for Xerox*

 

/s/Elizabeth A. Leland
Elizabeth A. Leland (phv01338)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Phone: (206) 623-1900
Fax:     (206) 623-3384