Andrew Whitmore
89 Tree Brook Drive
Rochester, NY 14625

March 30, 2009

Clerk of the Court
United States District Court for the District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street, Hartford, CT 06103

*In re Xerox ERISA Litigation*
Master File No.: 02-CV-1138 (AWT)

Dear Clerk of the Court:

As a shareholder of the Xerox Stock Fund during the period May 12, 1997 through December 31, 1997 I would like to express my objection to the settlement terms of this Class Action. Specifically, I strongly object to the level of Attorneys' fees proposed in this settlement.

Since the officers of the company were severely punished by SEC actions I find it totally unnecessary to further extract monetary settlements from the corporation which will only penalize current shareholders, most of whom had nothing to do with the wrongdoing alleged in this class action. Furthermore, if attorneys are awarded 30% of the $51M settlement they will receive $15,300,000 plus expenses for only 19,200 hours of work. This equates to over $795 per hour of work, the vast majority of which was performed at below the partner level. I would never agree to pay this level of compensation to an attorney. My employer pays a rate of $350 per hour at partner level for very competent and difficult legal work, a level triple this is totally unacceptable to me as the employer of the attorney.

While the attorney bears some risk they would not pursue these cases unless they were confident of success. They are successful a majority of the time so should not be awarded rates more than triple what someone on the open market would be willing to pay. I propose that attorney fees be limited to 10% of the award, including expenses.

Sincerely yours,

Andrew Whitmore