02cv1138min

Civil (April 12, 2004)

TOTAL TIME: ___ hours **50** minutes

DEPUTY CLERK **Smith**    HONORABLE **Thompson**
RPTR/ERO/TAPE **Huntington**

DATE **4/14/09**    START TIME **9:10am**    END TIME **10:00am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **02CV1138**

**Patti**
vs.
**Xerox**

☒ SEE ATTACHED ~~CALENDAR~~ FOR COUNSEL

Plaintiffs Counsel
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☒ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

| | Doc# | Type | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☒ **Proposed Order and Final Judgment approved**
☒ **Attorney fees approved**

☐ filed ☐ docketed (repeated)

_____ Hearing continued until _____ at _____

**Plaintiff**
Alexander Perkins
**Charles R. Watkins** ✓
Derek W. Loeser

Elizabeth A. Leland ✓
Ellen M. Doyle
Erin M. Riley
James Brian McTigue
John F. McKenna
John R. Wylie
Joy P. Clairmont
Lynn Lincoln Sarko ✓
Sherrie R. Savett

**Consol Plaintiff**
Gary A. Gotto ✓
Rebecca B. Lamont ✓
Bruce F. Rinaldi
Jennifer H. Strouf
Patrick P. de Gravelles

**Defendant**
Arthur J. Margulies
Aviva W. Sisitsky
Benjamin H. Green ✓
Charles V. Wait, Jr.
David Pickle
Evan Miller
Frances Codd Slusarz
James A. A. Kirk
Jayant W. Tambe
Joanne Rapuano
Karlene J. Rogers
Kevin R. Noble
Robert T. Smith
Sara Pikofsky
Shay Dvoretzky
Stephen E. Baskin
**Steven J. Sacher** ✓
William H. Boice

**Def. Allaire**
Adam S. Aderton
Elizabeth K. Canizares

Felipe D. Mendoza ✓
John A. Valentine

**Objector**
Andrew Whitmore

Blake T. Hannafan ✓

Terence J. Gallagher ✓